# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-Filing

SECURITIES & EXCHANGE COMMISSION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ALEXANDER JAMES TRABULSE, FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING

C 07 4975 JCS

TO: (Name and address of defendant)

| | | |
|---|---|---|
| Alexander James Trabulse | Fahey Fund, L.P. | Fahey Financial Group, Inc., |
| 375 Third Ave. | c/o Alexander James Trabulse | c/o Alexander James Trabulse |
| Daly City, CA 94014 | 375 Third Ave., Daly City, CA 94014 | 375 Third Ave., Daly City, CA 94014 |
| International Trade & Data | ITD Trading | |
| c/o Alexander James Trabulse | c/o Alexander James Trabulse | |
| 375 Third Ave., Daly City, CA 94014 | 375 Third Ave., Daly City, CA 94014 | |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark P. Fickes
Erin E. Schneider
Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   SEP 2 6 2007

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | |
|---|---|
| Martha D. Dewing | TITLE Paralegal Specialist |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Federal Express on October 2, 2007 to Michael D. Celio authorized to accept service for Alexander James Trabulse, et al. Also served: Civil Cover Sheet, Welcome to the U.S. District Court, San Francisco, Order setting Initial Case Management Conference & ADR deadlines, Notice of Case to a U.S. Magistrate Judge for trial, ECF Registration Handout, Public Notice Magistrate Judge

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/2/07
             Date

*Signature of Server* SEC
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
44 Montgomery Street
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104**

FAX NUMBER: (415) 705-2501

October 1, 2007

VIA FEDERAL EXPRESS

Michael D. Celio
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

    Re:    <u>SEC v. Alexander James Trabulse, et al, C 07-4975-JCS</u>

Dear Mr. Celio:

    Pursuant to your letter dated September 27, 2007, you have agreed to accept service of the complaint for your clients, defendant Alexander James Trabulse, et al in the above captioned matter. If this is not correct, please notify us immediately.

    Pursuant to your agreement to accept service, enclosed please find a copy of each of the following documents:

    1.    Complaint,
    2.    Summons,
    3.    Civil Cover Sheet,
    4.    Welcome to the U.S. District Court, San Francisco,
    5.    Order Setting Initial Case Management Conference and ADR deadlines,
    6.    Notice of Assignment of Case to a United Stated Magistrate Judge for Trial,
    7.    ECF Registration Information Handout, and
    8.    Public Notice Magistrate Judge

Michael D. Celio
October 1, 2007
Page 2

      We have enclosed one copy set; if you would like to receive more copies please call me at (415) 705-1076.

      If you have any questions please call Mark Fickes at (415) 705-8103 or Erin Schneider at (415) 705-8112.

                                        Sincerely,

                                        Martha D. Dewing
                                        Paralegal Specialist

Enclosures