LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

## FACSIMILE TRANSMISSION COVER SHEET

September 27, 2007

| To | Telephone | Facsimile |
|---|---|---|
| Erin E. Schneider<br>U.S. Securities and Exchange Commission | (415) 705-8103 | (415) 705-2501 |

| From | Telephone | Code |
|---|---|---|
| Michael D. Celio | (415) 391-5400 | **6435/wik** |

Re   In the Matter of Fahey Fund, L.P. (SF-3211)

### Number of Pages (Including Cover): 2

### ORIGINAL WILL FOLLOW THIS TRANSMISSION

### COMMENTS

Please see attached correspondence.

Operator _____                          Time Sent _____

### IF YOU ENCOUNTER ANY DIFFICULTIES RECEIVING THIS TRANSMISSION, PLEASE CALL (415) 676-2277 OR (415) 391-5400

The information contained in this facsimile transmission is legally privileged and confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone, and return the original transmission to us at the above address via the U.S. Postal Service. Thank you.

389372.01

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL D. CELIO
MCELIO@KVN.COM

September 27, 2007

**VIA FACSIMILE AND U.S. MAIL**

Mark Fickes, Esq.
Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

Re:  In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Mark:

    I have been authorized to accept service on behalf of the defendants in the above entitled action. I will be in trial tomorrow and into next week. Please contact Clem Roberts of my office if you need anything further.

Very truly yours,

*Michael D. Celio*

MICHAEL D. CELIO

MDC/wik

cc: Clement S. Roberts, Esq.

403624.01