UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff(s),

v.

ALEXANDER JAMES TRABULSE, et al

    Defendant(s).

No. C 07-4975-JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 2, 2007

*Mark P. Fickes*
Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975-JCS<br><br>CERTIFICATE OF SERVICE |

I, Martha D. Dewing, am a citizen of the United States, over 18 years of age, and am not a party in this action. On October 2, 2007, I served true and correct copies of the following:

**PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

COMPLAINT

**CERTIFICATE OF SERVICE**

I served true and correct copies via **U.S. MAIL** addressed to the following:

Michael D. Celio, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on October 2, 2007.

_Martha D. Dewing_
Martha D. Dewing

COMPLAINT                                                    -2-