**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                               415.522.2000

**October 10, 2007**

**CASE NUMBER:  CV 07-04975 JCS**
**CASE TITLE:  SEC-v-ALEXANDER J. TRABULSE**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/10/07

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____Richard W. Wieking_____
                                                                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                               Entered in Computer 10/10/07AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA