```
 1  HELANE L. MORRISON (Cal. Bar No. 127752)
    MARK P. FICKES (Cal. Bar No. 178570)
 2   (fickesm@sec.gov)
    ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 3   (schneidere@sec.gov)

 4  Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
 5  44 Montgomery Street, Suite 2600
    San Francisco, California 94104
 6  Telephone: (415) 705-2500
    Facsimile: (415) 705-2501
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C-07-4975 (WHA) |
| Plaintiff, | |
| vs. | DECLARATION OF BOIZETTE FRANCOIS CERTIFYING AUTHENTICITY OF FOREIGN RECORDS OF REGULARY CONDUCTED BUSINESS ACTIVITY |
| ALEXANDER JAMES TRABULSE, | |
| Defendant, | |
| and | |
| FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, | |
| Relief Defendants. | |

## CERTIFICATE OF AUTHENTICITY OF FOREIGN RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, BOIZETTE François, with the understanding that I may be criminally prosecuted under the laws of France for an intentionally false declaration, declare that I am employed by BNP Paribas SA, with my position being that of Compliance Officer. By virtue of my position, I am authorised and qualified to make this declaration. I am familiar with the record keeping practices of BNP Paribas SA and with the manner in which documents such as those submitted herewith:

(1) Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters,

(2) Were kept in the course of a regularly conducted business activity,

(3) Were made by the said business activity as a regular practise; and

(4) If not original records, are duplicates of original records.

The original or duplicates of these records are maintained in France.

Paris  2 October 2007

