HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATION OF EVELYN M. REINOS CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY |

**Bank of America**

Bank of America NA
Subpoena Processing #5473
Mail Code CA9-705-05-19
PO Box 3609
Los Angeles CA, 90051

DECLARATION OF CUSTODIAN OF RECORDS          Date:   June 20, 2007

ERIN SCHNEIDER, STAFF ATTORNEY
U.S.SECURITIES AND EXCHANGE COMMISSI
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104

RE: FAHEY FINANCIAL GROUP
Legal Order Type: Securities & ExchangeReference: 788-12JUN07

Agency Case Number: SF-3211          Date Served: June 12, 2007

I, Evelyn M. Reinos declare that I am employed by Bank of America N.A. in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted activity.

C)   Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced are as follows: Signature card(s), Statements, Checks, Deposits, Corporate Resolution

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

05-17-1486B 7-2000

BOA 000994



Page 2
June 20, 2007

RE: FAHEY FINANCIAL GROUP       Reference: 788-12JUN07

Legal Order Type: Securities & Exchange  Date Served: June 12, 2007

WITHDRAWALS and DEPOSITS: Withdrawals and deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the item.

STATEMENTS: Each statement was prepared after the closing date of the account cycle as indicated on the statement. The statement reflects debits (from checks, point of sale, ATM and teller withdrawals, fees, etc.) and credits (deposits, etc.) to the account during the period covered by the statement.

SIGNATURE CARDS: The customer whose name appears on the signature card submitted the form to the Bank to open deposit account(s). The customer provided information which was relied upon by the Bank. The customer signed the form. The signature card was stored at and retrieved from the Banking Center or the Bank's record center.

CHECKS: The checks drawn on customers's account were presented to the Bank. While processing the item, a microfilm image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the check.

OTHER: Original records were prepared or received at or near the time of their creation and were stored by the Bank in the ordinary course of business. Upon receipt of this subpoena, the Bank searched and retrieved the original records and prepared a true and correct copy, using generally accepted photocopying techniques.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20 day of June, 2007, in the City of Los Angeles, State of California.

If you have any questions, please contact Subpoena Processing at (213) 240-6636 and provide the reference number listed.

Evelyn M. Reinoso
AVP, Operations Team Manager

05-17-1486B 7-2000

BOA 000995



PBAK:42

05-17-1486B 7-2000

BOA 000996