HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATIONS OF FRANCISCO A. VALERIO DATED MARCH 6, 2007, JULY 18, 2007, AND JULY 19, 2007 CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY |


**Bank of America**

Bank of America NA
Subpoena Processing #5473
Mail Code CA9-705-05-19
PO Box 3609
Los Angeles CA, 90051

ORIGINAL

DECLARATION OF CUSTODIAN OF RECORDS          Date:   March 6, 2007

ERIN E. SCHNEIDER, STAFF ATTORNEY
U.S. SECURITIES & EXCHANGE COMM.
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104


RE: FAHEY FINANCIAL GROUP, INC.
Legal Order Type: Securities & ExchangeReference: 1826-23FEB07

Agency Case Number: SF3211       Date Served: February 5, 2007

I, Francisco A. Valerio declare that I am employed by Bank of America N.A. in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted activity.

C)   Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced are as follows: Checks, Deposits

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

05-17-1486B 7-2000

BOA 000178A


**Bank of America**

Page 2
March 6, 2007

RE: FAHEY FINANCIAL GROUP, INC.        Reference: 1826-23FEB07

Legal Order Type: Securities & Exchange Date Served: February 5, 2007

CHECKS: The checks drawn on customers's account were presented to the Bank. While processing the item, a microfilm image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the check.

WITHDRAWALS and DEPOSITS: Withdrawals and deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the item.

MISSING ITEMS: Microfilm copies of requested transactions may be missing for the following reasons: Item is not on film; film is fogged, blank, black, damaged, destroyed or not available; item is covered by another item; transaction relates to an electronic transaction; or there are other reasons that prevent the Bank from completing a thorough search of records.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 06 day of March, 2007, in the City of Los Angeles, State of California.

If you have any questions, please contact Subpoena Processing at (213) 240-6636 and provide the reference number listed.

Francisco A. Valerio
Operations Team Manager
4G440B

**Bank of America**

Bank of America NA
Subpoena Processing #5473
Mail Code CA9-705-05-19
PO Box 3609
Los Angeles CA, 90051

DECLARATION OF CUSTODIAN OF RECORDS          Date:  July 19, 2007

ERIN E. SCHNEIDER
SECURITIES & EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104

RE: FAHEY FINANCIAL GROUP INC
Legal Order Type: Securities & Exchange   Reference: 223-19JUL07

Agency Case Number: SF-3211          Date Served: July 10, 2007

I, Francisco A. Valerio declare that I am employed by Bank of America N.A. in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted activity.

C)   Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced are as follows:  Checks, Deposits

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

05-17-1486B 7-2000

BOA 000844



Page 2
July 19, 2007

RE: FAHEY FINANCIAL GROUP INC       Reference: 223-19JUL07

Legal Order Type: Securities & Exchange  Date Served: July 10, 2007

CHECKS: The checks drawn on customers's account were presented to the Bank. While processing the item, a microfilm image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the check.

WITHDRAWALS and DEPOSITS: Withdrawals and deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the item.

MISSING ITEMS: Microfilm copies of requested transactions may be missing for the following reasons: Item is not on film; film is fogged, blank, black, damaged, destroyed or not available; item is covered by another item; transaction relates to an electronic transaction; or there are other reasons that prevent the Bank from completing a thorough search of records.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19 day of July, 2007, in the City of Los Angeles, State of California.

If you have any questions, please contact Subpoena Processing at (213) 240-6636 and provide the reference number listed.

Francisco A. Valerio
Operations Team Manager
4G440B

PBAK:139
05-17-1486B 7-2000

BOA 000845

**Bank of America**

Bank of America NA
Subpoena Processing #5473
Mail Code CA9-705-05-19
PO Box 3609
Los Angeles CA, 90051

RECEIVED

JUL 1 9 2007

SEC San Francisco

DECLARATION OF CUSTODIAN OF RECORDS        Date:   July 18, 2007


ERIN E. SCHNEIDER
SECURITIES & EXCHANGE COMMISSION
44 MONTGOMERY STREET, SUITE 2600
SAN FRANCISCO, CA 94104


RE: FAHEY FINANCIAL GROUP INC
Legal Order Type: Securities & ExchangeReference: 1092-10JUL07

Agency Case Number: SF-3211           Date Served: July 10, 2007

I, Francisco A. Valerio declare that I am employed by Bank of America N.A. in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)   Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)   Kept in the course of regularly conducted activity.

C)   Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced are as follows: Signature card(s), Statements

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

05-17-1486B 7-2000

BOA 000952



Page 2
July 18, 2007

RE: FAHEY FINANCIAL GROUP INC       Reference: 1092-10JUL07

Legal Order Type: Securities & Exchange   Date Served: July 10, 2007

STATEMENTS: Each statement was prepared after the closing date of the account cycle as indicated on the statement. The statement reflects debits (from checks, point of sale, ATM and teller withdrawals, fees, etc.) and credits (deposits, etc.) to the account during the period covered by the statement.

SIGNATURE CARDS: The customer whose name appears on the signature card submitted the form to the Bank to open deposit account(s). The customer provided information which was relied upon by the Bank. The customer signed the form. The signature card was stored at and retrieved from the Banking Center or the Bank's record center.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of July, 2007, in the City of Los Angeles, State of California.

If you have any questions, please contact Subpoena Processing at (213) 240-6636 and provide the reference number listed.

Francisco A. Valerio
Operations Team Manager
4G440B

PBAK:65
05-17-1486B 7-2000

BOA 000953