HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATIONS OF JULIA ZIEGLER DATED NOVEMBER 20, 2006, NOVEMBER 27, 2006, DECEMBER 4, 2006, JANUARY 2, 2007, AND FEBRUARY 20, 2007 CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY |



# BANK OF THE WEST

November 20, 2006

Erin E. Schneider
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

**REDACTED**

RE:   Subpoena Duces Tecum
      In the matter of: Fahey Fund, LP
      Case #: SF-3211

I, Julia Anderson, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - Signature card for account number ████2573, held under the name Fahey Hedge Fund, LP
   - Bank statements from November 1999 to October 2006
   - Cancelled checks and deposits with offsets for January 2003 to October 2006

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 20th day of November, 2006.

*Julia Ziegler*
Julia Ziegler
Legal Process Representative



Branch Service Center
PO Box 2573    Omaha, NE 68103

Member FDIC

BOW 00026



# BANK OF THE WEST

November 20, 2006

Erin E. Schneider
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

**REDACTED**

RE:  Subpoena Duces Tecum
     In the matter of: Fahey Fund, LP
     Case #: SF-3211

I, Julia Anderson, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - A. James Trabulse; 375 3rd Avenue, Colma, CA; Account number: ████1031, Personal Checking Account
   - A. James Trabulse; 375 3rd Avenue, Colma, CA; Account number: ████1410, Personal Checking Account
   - Magdelain Preservation Foundation; 268 Bush Street, Suite 4232, San Francisco, CA; Account number: ████0361, Business Checking Account
   - A. James Trabulse; 375 3rd Avenue, Colma, CA; Loan number: ████0429, Direct Consumer Loan

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 20th day of November, 2006.

*Julia Ziegler*
Julia Ziegler
Legal Process Representative



# BANK OF THE WEST

November 27, 2006

Erin E. Schneider
44 Montgomery Street
San Francisco, CA 94104

**REDACTED**

RE:  Subpoena Duces Tecum
     In the matter of: Fahey Fund, LP
     Case #: SF-3211

I, Julia Anderson, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - Wire transfer records for account number ▮▮▮▮2573, for the year 2006

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 27th day of November, 2006.

*Julia Ziegler*
Julia Ziegler
Legal Process Representative

---



Branch Service Center
PO Box 2573   Omaha, NE 68103

Member FDIC

BOW 00400



# BANK OF THE WEST

December 4, 2006

Erin E. Schneider
44 Montgomery Street
San Francisco, CA 94104

RE:  Subpoena Duces Tecum
     In the matter of: Fahey Fund, L.P.
     Case #: SF-3211



**REDACTED**

I, Julia Anderson, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - Wire transfer records for account number ▮▮▮▮2573, for the year 2005 and September 2006.

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 4th day of December, 2006.

*Julia Ziegler*
Julia Ziegler
Legal Process Representative


Branch Service Center
PO Box 2573    Omaha, NE 68103

Member FDIC

BOW 00534



# BANK OF THE WEST

January 2, 2007

Erin E. Schneider
44 Montgomery Street
San Francisco, Ca 94104

**REDACTED**

RE: Subpoena Duces Tecum
In the matter of: Fahey Fund, L.P.
Case #: SF-3211

I, Julia Ziegler, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - Wire transfer records for account number ████2573 for the years 2002, 2003, and 2004

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 2nd day of January 2007.

*Julia Ziegler*
Julia Ziegler
Legal Process Representative

---



Branch Service Center
PO Box 2573   Omaha, NE 68103

Member FDIC

BOW 00612

 

February 20, 2007

Erin E. Schneider
United States Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

RE: Subpoena Duces Tecum
In the matter of: Fahey Fund, L.P.
Case #: SF-3211

I, Julia Ziegler, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - Signature cards for account numbers ▮▮▮▮2375 and ▮▮▮▮0445, held under International Trade & Data ITD and ITD Trading
   - Bank statements, wire transfer records, deposit slips with offsets, and cancelled checks for account number ▮▮▮▮0445 from October 4, 2002 (opening statement) to January 31, 2007
   - Bank statements, wire transfer record, deposit slips with offsets, and cancelled checks for account number ▮▮▮▮2375 from January 2000 (first available statement under bank retention) to December 31, 2006

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 20th day of February 2007.

*Julia Ziegler*
Julia Ziegler
Legal Process Representative



# BANK OF THE WEST

February 20, 2007

Erin E. Schneider
United States Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104



RE: Subpoena Duces Tecum
In the matter of: Fahey Fund, L.P.
Case #: SF-3211

I, Julia Ziegler, declare as follows:

1. I am employed by Bank of The West in the capacity of Legal Process Representative. In such capacity I am the duly authorized Custodian of Records of Bank of The West and have authority to certify such records.

2. The copies attached hereto are true copies of the following:
   - Signature cards for account numbers: ▓▓▓5148, ▓▓▓1031, ▓▓▓1410, ▓▓▓0445, ▓▓▓0361, ▓▓▓2375, ▓▓▓2573, ▓▓▓0263
   - Loan records and payment history for loan number 402-150429
   - Bank statements and deposit slips with offsets for account numbers: ▓▓▓1031, ▓▓▓0361, ▓▓▓5148, ▓▓▓0263, ▓▓▓1410, ▓▓▓0445, ▓▓▓2375

3. The records were prepared by the personnel of Bank of The West in the ordinary course of business and were prepared at or near the time of the act, condition or event to which they pertain.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Omaha, Nebraska, this 20th day of February 2007.

*Julia Ziegler* (signature)
Julia Ziegler
Legal Process Representative



Branch Service Center
PO Box 2573   Omaha, NE 68103

Member FDIC

**BOW 02507**