HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
(fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
(schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATION OF JENNIFER M. GOOD CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY |

DECLARATION OF JENNIFER M. GOOD CERTIFYING RECORDS OF REGULARLY
CONDUCTED BUSINESS ACTIVITY

I, Jennifer M. Good, have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify as follows:

1. I am employed by Iowa Grain Company ("Iowa Grain") as a Compliance Officer and by reason of my position am authorized and qualified to make this declaration. I am familiar with Iowa Grain's recordkeeping practices.

2. I further certify that the following documents produced to the Securities and Exchange Commission by Iowa Grain are true copies of records that were: (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters; (b) kept in the course of Iowa Grain's regularly conducted business activity; and (c) made by the regularly conducted business activity as a regular practice:

| Date Produced | Description of Documents |
|---|---|
| December 22, 2006 | Monthly account statements for ITD Trading Account No. ▮5079 (2003, 2004, 2005, and 2006)<br><br>Monthly account statements for ITD Trading Account No. ▮5583 (2005 and 2006)<br><br>Monthly account statements for ITD Trading Account No. ▮5079 (2006)<br><br>Monthly account statements for ITD Trading Account No. ▮0029 (2003, 2004, 2005, and 2006)<br><br>Monthly account statements for ITD Trading Account No. ▮5097 (2003 and 2004) |
| January 9, 2007 | Monthly account statements for Douglas O'Connor Account No. ▮5581 (2005, 2006)<br><br>Monthly account statements for Douglas O'Connor/James Trabulse Account No. ▮0067 (2002) |
| January 10, 2007 | Monthly account statements for ITD Trading Account No. ▮5079 (2002)<br><br>Monthly account statements for ITD Trading Account No. ▮5079 (2002 through 2005)<br><br>Monthly account statements for ITD Trading Account No. ▮0029 (December 2002)<br><br>Monthly account statements for ITD Trading Account No. ▮5097 (December 2002) |
| March 12, 2007 | Monthly account statements for ITD Trading Account Nos. ▮5079, ▮0067, ▮5079, ▮5583, ▮0029, and ▮5097 (January and February 2007)<br><br>Monthly account statements for Douglas O'Connor Account |

REDACTED

| Date Produced | Description of Documents |
|---|---|
| | No. ▆5581 (January and February 2007) |
| March 30, 2007 | Forms 1099 for ITD Trading for 2002 through 2006 |
| April 2, 2007 | Forms 1099 for Douglas O'Connor for 2005 and 2006 |
| August 3, 2007 | Monthly account statement for ITD Trading Account No. ▆5079 (March 2007 through July 2007) |

REDACTED

3.    I further certify that, as part of Iowa Grain's account opening procedures, Iowa Grain collects partnership agreements for accounts opened in the name of a partnership. As part of these procedures, Iowa Grain collected a partnership agreement for ITD Trading dated on or about July 13, 1999. I further certify that the July 1999 partnership agreement was produced to the Securities and Exchange Commission by Iowa Grain on December 22, 2006 was a true and correct copy of a record that was kept in the course of Iowa Grain's regularly conducted business activity.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2007.

_____
Jennifer M. Good