HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
  (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATION OF TIMOTHY K. IVEY CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY |

DECLARATION OF TIMOTHY K. IVEY CERTIFYING RECORDS OF REGULARLY
CONDUCTED BUSINESS ACTIVITY

I, Timothy K. Ivey, have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify as follows:

1.  I am employed by A.G. Edwards & Sons, Inc. ("A.G. Edwards") as an Associate Vice President and Regulatory Response Coordinator and by reason of my position am authorized and qualified to make this declaration. I am familiar with A.G. Edwards recordkeeping practices.

2. I further certify that the following documents produced to the Securities and Exchange Commission by A.G. Edwards are true copies of records that were: (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters; (b) kept in the course of A.G. Edwards' regularly conducted business activity; and (c) made by the regularly conducted business activity as a regular practice:

| Date Produced | Description of Documents |
|---|---|
| December 15, 2006 | Monthly security account statements for International Trade & Data Account No. ▆4127 (▆3369) from January 2003 through the date of production |
| December 15, 2006 | November 2006 statement for International Trade & Data Account No. ▆4127 |
| December 27, 2006 | December 2006 preliminary commodity monthly account statement for International Trade & Data, Account No. ▆4127 (▆3369) |
| December 28, 2006 | Commodity monthly account statements for International Trade & Data, Account No. ▆4127 (▆3369) from January 1, 2003 through the date of production |
| January 12, 2007 | Security and commodity monthly account statements for International Trade & Data, Account No. ▆3369 (▆4127) from August 1, 1007 through December 31, 2002 |
| March 8, 2007 | Monthly security account statement for International Trade & Data, Account No. ▆4127<br><br>Form 1099s for International Trade & Data Account No. ▆4127 for 2000, 2004, 2005, and 2006 |
| April 12, 2007 | Monthly security account statements for Catherine O'Riley, Account No. ▆4902 (▆2650) |
| April 18, 2007 | Monthly commodity account statements for Catherine O'Riley, Account No. ▆4902 (▆2650) |
| July 16, 2007 | Security and commodity monthly account statements for International Trade & Data, Account No. ▆4127 (▆ |

REDACTED

| Date Produced | Description of Documents |
|---|---|
| | ███3369) from March 1, 2007 through June 30, 2007<br><br>Security and commodity monthly account statements for Catherine O'Riley, Account No. ███4902 (███2650) from March 1, 2007 through June 30, 2007 |
| September 19, 2007 | Commodity monthly account statements for International Trade & Data, Account No. ███4127 for the period from December 1, 2006 through August 31, 2007 (AGE-00001 through AGE 00165) |
| September 28, 2007 | Security monthly account statements for International Trade & Data, Account No. ███4127 for the period January 1, 2007 through February 28, 2007 |

**REDACTED**

3.   I further certify that, as part of A.G. Edwards' account opening procedures, A.G. Edwards may collect partnership agreements for accounts opened in the name of a partnership. As part of these procedures, A.G. Edwards collected a partnership agreement for International Trade & Data dated in or about March 1985 as well as an amendment with an effective date of April 1, 1987. I further certify that the March 1985 partnership agreement and amendment produced to the Securities and Exchange Commission by A.G. Edwards on December 15, 2006 were true and correct copies of records that were kept in the course of A.G. Edwards' regularly conducted business activity.

I declare under penalty of perjury that the foregoing is true and correct. Executed on [*date*] at [*place*].

_____
Timothy K. Ivey

10/2/07