HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
  (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>　　　　Defendant,<br><br>　　and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>　　　　Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATION OF EVE BODEUX CERTIFYING ACCURACY OF TRANSLATED RECORDS |

DECLARATION OF EVE BODEUX CERTIFYING ACCURACY OF TRANSLATED RECORDS

　　I, Eve Bodeux, have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify as follows:

　　1.　I am employed by LIS Translations, Inc. as a translator.

　　2.　I am a native speaker of English and have a BA in French and a graduate degree from a French university (Université de Nancy II). I am a professional translator and a long-standing

1  member of the American Translators Association. I have 8 years professional experience translating
2  financial, legal and business documents from French to English.
3      3.    On September 26, 2007, I provided to LIS Translations a translation from French to
4  English of an introductory letter dated July 13, 2007 and records relating to accounts in the name of
5  Alexander Trabulse and Catherine O'Riley at BNP Paribas. These documents bear the following
6  numbers in the lower right-hand corner: 000001-000019. I certify that, to the best of my knowledge
7  and belief, the translation is a true, accurate, and completed rendition of the documents.
8      4.    On September 26, 2007, I provided to LIS I provided to LIS Translations a translation
9  from French to English of an introductory letter dated June 26, 2007 and records relating to accounts
10 in the name of Alexander Trabulse and Catherine O'Riley at BNP Paribas. These documents bear the
11 following numbers in the lower right-hand corner: 00001-00054. I certify that, to the best of my
12 knowledge and belief, the translation is a true, accurate, and completed rendition of the documents.
13     I declare under penalty of perjury that the foregoing is true and correct. Executed on
14 *September 27, 2007* at *Westminster, CO.*

*Eve Bodeux*