HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATION OF CORINNE MCKAY CERTIFYING ACCURACY OF TRANSLATED RECORDS |

DECLARATION OF CORINNE MCKAY CERTIFYING ACCURACY OF TRANSLATED RECORDS

I, Corinne McKay, have personal knowledge of the facts set forth below. If called as a witness, I could and would competently testify as follows:

1.  I am employed by LIS Translations, Inc. as a translator.

2.  I am an American Translators Association-certified translator for French into English translation, a native speaker of English, with a BA in French and English, and an MA in French

Literature, and 5 years of professional translation experience specializing in legal, financial and business texts.

3. On September 24, 2007, I provided to LIS Translations a translation from French to English of records relating to an account in the name of Alexander Trabulse at BNP Paribas. These documents bear the following numbers in the lower right-hand corner: 00055-00131. I certify that, to the best of my knowledge and belief, the translation is a true, accurate, and completed rendition of the documents.

4. On September 14, 2007, I provided to LIS Translations a translation from French to English a cover page and records relating to the opening of a bank account in the name of Catherine O'Riley at BNP Paribas. These documents bear the following numbers in the lower right-hand corner: 00132-00134. I certify that, to the best of my knowledge and belief, the translation is a true, accurate, and completed rendition of the documents.

5. On September 14, 2007, I provided to LIS Translations a translation from French to English of bank statements for an account in the name of Catherine O'Riley at BNP Paribas. These documents bear the following numbers in the lower right-hand corner: 00135-00177. I certify that, to the best of my knowledge and belief, the translation is a true, accurate, and completed rendition of the documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on *September 27, 2007* at *Boulder, CO.*

_Corinne McKay_
Corinne McKay