1  HELANE L. MORRISON (Cal. Bar No. 127752)
   MARK P. FICKES (Cal. Bar No. 178570)
2   (fickesm@sec.gov)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
3   (schneidere@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,        Case No. C-07-4975 (WHA)

13              Plaintiff,
                                               DECLARATION OF ALEX SHURCHIN
14       vs.                                   CERTIFYING ACCURACY OF
                                               TRANSLATED RECORDS
15  ALEXANDER JAMES TRABULSE,

16              Defendant,

17       and

18  FAHEY FUND, L.P., FAHEY FINANCIAL
    GROUP, INC., INTERNATIONAL TRADE &
19  DATA, and ITD TRADING,

20              Relief Defendants.

21

22      DECLARATION OF ALEX SHURCHIN CERTIFYING ACCURACY OF TRANSLATED
                                    RECORDS
23

24       I, Alex Shurchin, have personal knowledge of the facts set forth below.  If called as a witness,

25  I could and would competently testify as follows:

26       1.      I am employed by LIS Translations, Inc. as a Project Manager.

27       2.      I certify that two of LIS Translations, Inc.'s translators of the French to English

28  language, Eve Lindemuth Bodeaux, and Corinne McKay, have translated the following entire original

1  documents: introductory letters dated June 26, 2007 and July 13, 2007 and records relating to bank

2  accounts in the name of Alexander Trabulse and Catherine O'Riley from French to English. These

3  documents bear the following numbers in the lower right-hand corner: 000001 – 000019 and 00001-

4  00177.

5       3.     I further certify that LIS Translations, Inc. has reviewed this translation and that the

6  English version bearing numbers 000001 – 000019 and 00001 – 00177 is, to the best of LIS

7  Translations, Inc.'s knowledge and belief, a true, accurate, and complete rendition of the French

8  documents bearing those same numbers.

9       4.     I provided the English documents bearing numbers 00132 – 00177 to the Securities

10  and Exchange Commission on September 17, 2007.

11       5.     I provided the English documents bearing numbers 00055-00131 to the Securities and

12  Exchange Commission on September 25, 2007.

13       6.     I provided the English documents bearing numbers 00001 – 00054 and 000001 –

14  000019 to the Securities and Exchange Commission on September 26, 2007.

15       I declare under penalty of perjury that the foregoing is true and correct. Executed on

16  September 27, 2007 at 21-52 44th Drive, Long Island City, NY 11101.

17

18

19

20  Alex Shurchin

21

22

23

24

25

26

27

28