1  HELANE L. MORRISON (Cal. Bar No. 127752)
   MARK P. FICKES (Cal. Bar No. 178570)
2    (fickesm@sec.gov)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
3    (schneidere@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>DECLARATION OF MARK P. FICKES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND OTHER ANCILLARY RELIEF |

I, MARK P. FICKES, DECLARE:

I am an attorney duly admitted to practice in the State of California. If called as a witness, I could and would competently testify as follows:

1. I am an attorney employed by the United States Securities and Exchange Commission ("Commission"), and I am not a party to this action. I make this declaration, based on personal knowledge, in support of the Commission's Motion for Preliminary Injunction and Other Ancillary Relief.

2. On or about October 3, 2007, I spoke via telephone with Karl Hillemann, an investor in the Fahey Fund. He told me he had informed Alexander James Trabulse that he wanted to liquidate his holdings. Mr. Hillemann further stated that Mr. Trabulse told him he would liquidate his account, but gave him no date by which he would do so.

3. On or about October 3, 2007, I received a letter from James and Eileen Hirst, investors in the Fahey Fund. Attached as Exhibit 1 to this Declaration is a true and correct copy of that letter. That letter sets forth the Hirst's request to withdraw from the Fahey Fund.

4. On or about October 16, 2007, I spoke via telephone with James Gale, an investor in the Fahey Fund. He told me that earlier that week, he had requested that Mr. Trabulse liquidate his account. As of the date and time of our telephone conversation, Mr. Trabulse had not yet replied.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2007 at San Francisco, California.

*/s/ Mark P. Fickes*
Mark P. Fickes

# EXHIBIT 1

James and Eileen Hirst<br>
1248 Filbert Street<br>
San Francisco, CA 94109<br>
415-554-7225

September 30, 2007

RECEIVED

OCT - 3 2007

SEC San Francisco

Mr. Mark P. Fickes<br>
Security and Exchange Commission<br>
44 Montgomery Street, Suite 2600<br>
San Francisco, CA 94104

Dear Mr. Fickes;

    Provided for your information is a copy of our letter to A. James Trabulse notifying him of our intent to withdraw as limited partners of the Fahey Fund.

    We are naturally quite concerned about the filing of the SEC complaint against Mr. Trabulse and would appreciate any information you can provide to us.

    Thank you.

Sincerely,

_____         _____
James H. Hirst                                             Eileen Hirst

James and Eileen Hirst
1248 Filbert Street
San Francisco, CA 94109
415-929-8774

September 30, 2007

Mr. A. James Trabulse
Fahey Fund, l.p.
268 Bush Street, Suite 4232
San Francisco, CA 94104

Dear Jim;

Please consider this letter to be written notice to you, as General Partner of the Fahey Fund, of our intention, under Section 5.08 of the Partnership Agreement, to withdraw as limited partners of the Fund.

Our records show the following accounts and their values as of September 30, 2007:

| | | | |
|---|---|---|---|
| James H. Hirst | SEP/IRA | #41804 (Sterling #02041804) | $355,189.65 |
| James H. Hirst | ROTH IRA | #57686 (Sterling #02057686) | $ 52,880.55 |
| Eileen Hirst | IRA | #56927 (Sterling #02056927) | $169,201.00 |

As we discussed earlier this month, we need to make alterations to our home to accommodate our changing mobility. We would appreciate your expediting the rollover of our funds to a financial institution where they will be more readily accessible. We will work with Sterling Trust Company to effect the transfer. Please let us know if you require further information.

Sincerely,

_____           _____
James H. Hirst                                         Eileen Hirst

cc: Michael D. Celio