# EXHIBIT 1

## Curriculum Vitae of H. Gifford Fong

H. Gifford Fong is President of Gifford Fong Associates, a firm specializing in fixed income, derivative product and asset allocation analysis. Independent valuation, model validation and portfolio strategy analysis are areas of emphasis. He is a graduate of the University of California where he earned his B.S., M.B.A. and J.D. (law).

Mr. Fong is the editor of the Journal Of Investment Management (JOIM); founder of the JOIM Conference Series; member of the Dean's Advisory Council of the Massachusetts Institute of Technology (MIT); founding sponsor, member of the Advisory Board of the Masters In Financial Engineering Program at the University of California at Berkeley; member, Haas Hall of Fame, Haas School of Business, University of California at Berkeley; and member of the Board of Trustees, University of California Foundation; former editor of the Financial Analysts Journal; former member of the Board of Directors and Program Chairman of the Institute for Quantitative Research in Finance; former Vice Chair and member of the Research Committee of the Research Foundation of the CFA Institute and a contributor to a number of professional books and journals.

In addition, Mr. Fong is co-author of "Fixed-Income Portfolio Management," a book published by Dow Jones-Irwin, co-author of "Advanced Fixed Income Portfolio Management, The State of the Art," a book published by Probus Publishing, co-author of CFA Institute text "Managing Investment Portfolios" chapter on Fixed Income Portfolio Management, editor of "The Credit Market Handbook: Advanced Modeling Issues," a book published by Wiley Finance, editor of "The World of Hedge Funds: Characteristics and Analysis" and "The World of Risk Management," books published by World Scientific. He is also the author of numerous professional journal publications. Mr. Fong has received a number of honors, including the Institute for Quantitative Research in Finance Award and the Financial Analysts Journal Graham and Dodd Award of Excellence. He also is on a number of boards of directors of non-related companies and non-profit institutions.

Publications

"*CFA institute Investment Series: Managing Investment Portfolios A Dynamic Process,*" "Fixed Income Portfolio Management," H. Gifford Fong and Larry D. Guin, John, Wiley & Sons Inc. (2006), ch. 6.

"*The World of Risk Management,*" H. Gifford Fong, World Scientific Publishing Co., (2006).

"*The World of Hedge Funds Characteristics and Analysis,*" H. Gifford Fong, World Scientific Publishing Co., (2006).

"*The Credit Market Handbook Advanced Modeling Issues,*" H. Gifford Fong, John Wiley & Sons, Inc., (2006).

"Impact of Correlated Default Risk on Credit Portfolios," H. Gifford Fong, Sanjiv R. Das and Gary Geng, *Journal of Fixed Income*, (December 2001).

"Simply Credit: Useful Things to Know about Correlated Default Risk," H. Gifford Fong, Sanjiv R. Das, Laurence Freed, Gary Geng and Nikunj Kapadia, *Merrill Lynch Extra Credit*, (November/December 2001).

"Multidimensional Risk," H. Gifford Fong, *Derivatives Strategy* (October 1996).

"Asset Allocation in a Taxable Environment: The Case of Nuclear Decommissioning Trusts," H. Gifford Fong, James P. Meehan and Daihyun Yoo, *Financial Analysis Journal* (November/December 1993).

"Fixed-Income Volatility Management: A New Approach to Return and Risk Analyses in Fixed-Income Management," H. Gifford Fong and Oldrich Vasicek, *The Journal of Portfolio Management (Summer, 1991), 41-46.*

"Fixed-Income Portfolio Performance: Analyzing Sources of Return," H. Gifford Fong, Charles Pearson, Oldrich Vasicek, and Theresa Conroy, *The Handbook of Fixed Income Securities* edited by Frank Fabozzi, *(1991), ch. 48, 1029-1035.*

"Why Bond Management Will Never be the Same," H. Gifford Fong, *Investing (Summer, 1989).*

"The Paradox of Quantitative Innovation," H. Gifford Fong, *Financial Analyst Journal (July - August, 1989), 3-4.*

"Forecast-Free International Asset Allocation," H. Gifford Fong and Oldrich Vasicek, *Financial Analyst Journal, (March / April, 1989), 29-33.*

"Achieving the Best Return in Asset Allocation Without Forecasting," H. Gifford Fong and Oldrich Vasicek., *Asset Allocation, A Handbook of Portfolio Policies, Strategies and Tactics, Probus Publishing Company, (1988).*

"The Valuation of Mortgage-Backed Securities: A Contingent Claims Approach," H. Gifford Fong, Ki-Young Chung and Eric M.P. Tang, *The Handbook of Mortgage-Backed Securities, (1988), ch.30, 833-854.*

"Immunized Bond Portfolios in Portfolio Protection," H. Gifford Fong and Eric M.P. Tang, *The Journal of Portfolio Management, (Winter 1988).*

"Fixed Income Portfolio Management," H. Gifford Fong and Frank Fabozzi., *Dow Jones - Irwin, 1985.*

"How to Enhance Bond Returns with Naive Strategies," H. Gifford Fong and Frank Fabozzi, *The Journal of Portfolio Management (Summer, 1985).*

"A Risk Minimizing Strategy for Portfolio Immunization," H. Gifford Fong and Oldrich A. Vasicek, *Journal of Finance, (December, 1984), 1541- 1546.*

"The Tradeoff Between Return and Risk in Immunized Portfolios," H. Gifford Fong and Oldrich Vasicek, *Financial Analyst Journal, (September / October, 1983), 3-8.*

"Bond Performance: Analyzing Sources of Return." H. Gifford Fong, Charles Pearson, and Oldrich A. Vasicek., *The Journal of Portfolio Management, (Spring, 1983), 46-50.*

"Term Structure Modeling Using Exponential Splines," Oldrich A. Vasicek and H. Gifford Fong, *Journal of Finance, (May, 1982), 339-348.*

"An Asset Allocation Framework," H. Gifford Fong, *The Journal of Portfolio Management, (Winter, 1980), 58-66.*

"An Asset Allocation Framework," H. Gifford Fong, *Financial Analyst Journal (Winter, 1980), 58-66.*

"An Equilibrium Characterization of the Term Structure," Oldrich A. Vasicek., Gifford Fong Associates, *Journal of Financial Economics, Vol. 5, (1977), 177-188.*