# EXHIBIT 2

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Mar. 31 2007*



### Catherine M. O'Riley, IRA .  —  1088

Catherine O'Riley
(H)
(B)
(FAX)
Cell:
eMail

Mail to:

TAX ID #  ▮9518

| Sterling Trust Co. | (800-955-3434,2,3) |
|---|---|
| ROTH IRA Account # | ▮2664 |

| UNITS | Date | Total |
|---|---|---|
| 9.25 | June 18 03 | 92,500.00 |
|  |  |  |

Opening Balance, Jan 1, 2007    $ 134,401.97

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| First Quarter TOTAL |  |  |  |  |  |  |  | 134,401.97 |
| Comment: | No changes from Dec 31, 2006 |  |  |  |  |  |  |  |
| Second Quarter TOTAL |  |  |  |  |  |  |  |  |
| Comments: |  |  |  |  |  |  |  |  |
| Third Quarter TOTAL |  |  |  |  |  |  |  |  |
| Comments: |  |  |  |  |  |  |  |  |
| Fourth Quarter TOTAL |  |  |  |  |  |  |  |  |
| Comments: |  |  |  |  |  |  |  |  |
| Quarterly Subtotals, all trades |  |  |  |  |  |  |  |  |
| **TOTAL:** | Mar 31, 2007 |  |  |  |  |  |  | 134,401.97 |

NOTES:

*A CALIFORNIA Limited Partnership*

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Mar. 31 2007*

**REDACTED**

| Catherine M. O'Riley, ROTH IRA | | | | | 1089 |
|---|---|---|---|---|---|
| Catherine O'Riley | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) |
| | (B) | | ROTH IRA Account # | | |
| | (FAX) | | UNITS | Date | Total |
| | Cell: | | 2.80 | Apr 6, 02 | 27,963.88 |
| | eMail | | | | |
| Mail to: | TAX ID # | 9518 | | | |
| Catherine M. O'Riley, IRA Acct. | | | Opening Balance, Jan 1, 2007 | | $ 487,929.79 |

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| First Quarter TOTAL | | | | | | | | 487,929.79 |
| | | | | | | | | |
| Comment: | No changes from Dec 31, 2006 | | | | | | | |
| Second Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Third Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Fourth Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | | |
| TOTAL: | Mar 31, 2007 | | | | | | | 487,929.79 |

NOTES:

*A CALIFORNIA Limited Partnership*

O'Riley 01170

**The Fahey Financial Group, Inc.**
A Nevada Corporation 800-880-6003
1117 Desert Lane, Las Vegas, NV 89102-2905
Statement as of Mar 31, 2007

**REDACTED**

**LAWRENCE SANDERS**  2286

Lawrence Sanders   (H)
(B)
(FAX)
Cell:
Mail to:   eMail
TAX ID #

Special Instruction

Share Liquidation Value Jan 1, 2007    $ 35,006.26

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2007 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|
| | Gain/Loss Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| First Quarter TOTAL | | | | | | | 35,006.26 |
| Comment: No changes from Dec 31, 2006 | | | | | | | |
| Second Quarter TOTAL | | | | | | | |
| Comment: | | | | | | | |
| Third Quarter TOTAL | | | | | | | |
| Comment: | | | | | | | |
| Fourth Quarter TOTAL | | | | | | | |
| Comment: | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | |
| TOTAL: | March 31, 2007 | | | | | | 35,006.26 |

NOTES:

SANDERS-SEC-00008
FOIA CONFIDENTIAL
TREATMENT REQUSTED

California Contact: Fahey Fund, 268 Bush Street, #4232  San Francisco, CA 94104 800-880-6003

 *The* FAHEY FUND/FAHEY FINANCIAL GROUP 
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor: Quarter Ending March 31, 2007

> **Enclosed is your financial position for Q1 Jan-Mar, 2007.**
> While there was a great deal of movement in the market, our particular positions just sat there! So there is nothing to report. Please not that your statements will be unchanged from the Dec. 31, 2006 final. That is, unless you had personal activity in your account, or changes, etc. The prospects for the coming several months are great. I anticipate strong moves in nearly all sectors as the great worldwide inflation roars onward!

### WHAT, REALLY, IS INFLATION?

These days, 'inflation' is called a general price rise. It is said to be linked to demand, or to shortages in particular sectors.

But 'said to be" by whom? Modern economists have, except for the Austrian school, forgotten that inflation was always defined as "a general increase in prices caused by excess monetary expansion over actual economic growth."

This means that the banking system puts more money into circulation than needed (by normal people). This 'excess' money looks for a place to increase itself. It buys perhaps, an investment, like stocks, gold, real estate. This extra money has the ability to pay more than the market rate, so it bids up prices. Other people, with no 'extra' money see the price rise, so a little boom ensues. And we have higher prices.

Of course the problem remains: to whom (very formal) does one sell after this price rise? Normal answer: the person who was FIRST to buy is often the first to sell as other people jump into the market! First in, first out — with a profit. That is what we have seen in our equities bubble, our real estate bubble, and on and on, including the present natural resource bubble, such as copper, zinc, precious metals, uranium, etc.

### WE ARE IN THE MIDST OF A VERY LARGE, WORLDWIDE INFLATION

In the US, the Federal Reserve Bank no longer issues a little number called M3, which is the total of money in circulation. Odd — after 50 years, no? This is-was-THE inflation yardstick.

In every country which has a central bank, the money increases are running between 8% and as high as 20+% in Russia! China has a large increase in money AND demand. They are buying raw materials for their productive engine with all those American dollars (they have a reserve of one trillion — yes, you read that right: 1,000,000,000,000.00).

So, expecting of higher worldwide prices is reasonable. In addition, the dollar doesn't buy as much as it did five years ago both here and abroad. So it will take more dollars to buy something, simultaneously competing with Chinese.

### NOW YOU KNOW WHY THE $4.00 GASOLINE

So, what does this mean to us? It means that **all** valuable asset classes, including 1) quality real estate; 2) blue chips with strong international revenues; 3) commodities; 4) natural resources and their stocks; 5) gold and silver; 6) and grandpa's back teeth.

All will increase in price if not in value, in the fairly near future. It is inevitable. You know this is right because you feel it inside as well as every time you shop. You have to dig a little deeper at nearly everything. What ever happened to the $20 lunch? Ha! Even a Big Mac, fries and Coke are, what? $5.00?

### SO THE COMING 3 THROUGH 12 MONTHS WILL BE CHARACTERIZED BY VERY LARGE PRICE SWINGS TO THE UPSIDE, WITH ITS EVIL TWIN HAVING HEART-STOPPING THEATRICAL CORRECTIONS

The Feb. 600-point drop in the Dow was countered by a huge rally to new highs. Ditto in Shanghai, ditto everywhere. I don't predict the future, but this is as close as I come. Can you say: "double-digit percentages?"

### WHAT TO DO?

There are so many opportunities this year that it is going to be disappointing not to take advantage of all of them! Greedy me!

> ...legendary value investor Jeremy Grantham — the man Dick Cheney, plus a lot of other rich people, trusts with his money. Grantham, chairman of Boston firm Grantham Mayo Van Otterloo, has been a voice of caution for years. But he has upped his concerns in his latest letter to shareholders. Grantham says we are now seeing the first worldwide bubble in history covering all asset classes. Everything is in bubble territory, he says. Everything.
>
> 'The bursting of this bubble will be across all countries and all assets.' — *Jeremy Grantham*
>
> "From Indian antiquities to modern Chinese art," he wrote in a letter to clients this week following a six-week world tour, "from land in Panama to Mayfair, from forestry, infrastructure and the junkiest bonds to mundane blue chips; it's bubble time!"
> --From *www.thestreet.com*

Here are the coming hot spots: oversees stock markets, including Brazil, China, and Europe. Gas and Oil stocks, gas and oil equipment companies. Weather markets in wheat, corn (along with ethanol demand), soybeans, etc. Strong upside potential in gold, silver and the better quality mining stocks, including junior stocks and juniors with proven reserves. Strong blue chip dividend paying stocks, preferably with a large percentage of revenue earned in non-dollar currencies.

Fine art, prints, rare carpets, collectables, and objet d'art with solid provable value. Real estate, and fine quality real estate anywhere, especially commercially rated land, or lots in good locations:

I think we will do very well this year, and into 2008 too! Nothing is as easy as making predictions, (especially wrong ones!) but this is a multi-generational inflation and it is going to be a wild ride.

Sincerely,

Fund Manager

SANDERS-SEC-00009
FOIA CONFIDENTIAL
TREATMENT REQUSTED




*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter Ending March 31, 2007

> Enclosed is your financial position for Q1 Jan-Mar, 2007.
> While there was a great deal of movement in the market, our particular positions just sat there! So there is nothing to report. Please not that your statements will be unchanged from the Dec. 31, 2006 final. That is, unless you had personal activity in your account, or changes, etc. The prospects for the coming several months are great. I anticipate strong moves in nearly all sectors as the great worldwide inflation roars onward!

### WHAT, REALLY, IS INFLATION?

These days, 'inflation' is called a general price rise. It is said to be linked to demand, or to shortages in particular sectors.

But 'said to be" by whom? Modern economists have, except for the Austrian school, forgotten that inflation was always defined as "a general increase in prices caused by excess monetary expansion over actual economic growth."

This means that the banking system puts more money into circulation than needed (by normal people). This 'excess' money looks for a place to increase itself. It buys perhaps, an investment, like stocks, gold, real estate. This extra money has the ability to pay more than the market rate, so it bids up prices. Other people, with no 'extra' money see the price rise, so a little boom ensues. And we have higher prices.

Of course the problem remains: to whom (very formal) does one sell after this price rise? Normal answer: the person who was FIRST to buy is often the first to sell as other people jump into the market! First in, first out – with a profit. That is what we have seen in our equities bubble, our real estate bubble, and on and on, including the present natural resource bubble, such as copper, zinc, precious metals, uranium, etc.

### WE ARE IN THE MIDST OF A VERY LARGE, WORLDWIDE INFLATION

In the US, the Federal Reserve Bank no longer issues a little number called M3, which is the total of money in circulation. Odd – after 50 years, no? This is-was-THE inflation yardstick.

In every country which has a central bank, the money increases are running between 8% and as high as 20+% in Russia! China has a large increase in money AND demand. They are buying raw materials for their productive engine with all those American dollars (they have a reserve of one trillion – yes, you read that right: 1,000,000,000,000.00).

So, expecting of higher worldwide prices is reasonable. In addition, the dollar doesn't buy as much as it did five years ago both here and abroad. So it will take more dollars to buy something, simultaneously competing with Chinese.

### NOW YOU KNOW WHY THE $4.00 GASOLINE

So, what does this mean to us? It means that all valuable asset classes, including 1) quality real estate; 2) blue chips with strong international revenues; 3) commodities; 4) natural resources and their stocks; 5) gold and silver; 6) and grandpa's back teeth.

All will increase in price if not in value, in the fairly near future. It is inevitable. You know this is right because you feel it inside as well as every time you shop. You have to dig a little deeper at nearly everything. What ever happened to the $20 lunch? Ha! Even a Big Mac, fries and Coke are, what? $5.00?

### ~~SO THE COMING 3 THROUGH 12 MONTHS WILL BE~~ CHARACTERIZED BY VERY LARGE PRICE SWINGS TO THE UPSIDE, WITH ITS EVIL TWIN HAVING HEART-STOPPING THEATRICAL CORRECTIONS

The Feb. 600-point drop in the Dow was countered by a huge rally to new highs. Ditto in Shanghai, ditto everywhere. I don't predict the future, but this is as close as I come. Can you say: "double-digit percentages?"

### WHAT TO DO?

There are so many opportunities this year that it is going to be disappointing not to take advantage of all of them! Greedy me!

> ...legendary value investor Jeremy Grantham -- the man Dick Cheney, plus a lot of other rich people, trusts with his money. Grantham, chairman of Boston firm Grantham Mayo Van Otterloo, has been a voice of caution for years. But he has upped his concerns in his latest letter to shareholders. Grantham says we are now seeing the first worldwide bubble in history covering all asset classes. Everything is in bubble territory, he says. Everything.
>
> 'The bursting of this bubble will be across all countries and all assets.' -- *Jeremy Grantham*
>
> "From Indian antiquities to modern Chinese art," he wrote in a letter to clients this week following a six-week world tour, "from land in Panama to Mayfair; from forestry, infrastructure and the junkiest bonds to mundane blue chips; it's bubble time!"
> --From *www.thestreet.com*

Here are the coming hot spots: oversees stock markets, including Brazil, China, and Europe. Gas and Oil stocks, gas and oil equipment companies. Weather markets in wheat, corn (along with ethanol demand), soybeans, etc. Strong upside potential in gold, silver and the better quality mining stocks, including junior stocks and juniors with proven reserves. Strong blue chip dividend paying stocks, preferably with a large percentage of revenue earned in non-dollar currencies.

Fine art, prints, rare carpets, collectables, and objet d'art with solid provable value. Real estate, and fine quality real estate anywhere, especially commercially rated land, or lots in good locations.

I think we will do very well this year, and into 2008 too! Nothing is as easy as making predictions, (especially wrong ones!) but this is a multi-generational inflation and it is going to be a wild ride.

Sincerely,

Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-KR 0638

**REDACTED**

**The Fahey Financial Group, Inc.**
A Nevada Corporation 800-880-6003
1117 Desert Lane, Las Vegas, NV 89102-2305
*Statement as of Mar 31, 2007*

| KATHY RANZ | | | | | 2277 |
|---|---|---|---|---|---|
| Kathleen Ranz | (H) | | Special Instruction | | |
| | (B) | | | | |
| | (FAX) | | | | |
| | Cell: | | | | |
| | eMail | | | | |
| Mail to: | | | | | |
| | TAX ID # | | | | |
| | Bank of West-Bush St  ███0347 | | | | |
| | Share Liquidation Value Jan 1, 2007 | | | $ | 91,408.48 |

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2007 | | | | Deposits | Net | Cumul. |
| | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
|---|---|---|---|---|---|---|---|---|
| First Quarter TOTAL | | | | | | | | 91,408.48 |
| Comment: | No changes from Dec 31, 2006 | | | | | | | |
| Second Quarter TOTAL | | | | | | | | |
| Comment: | | | | | | | | |
| Third Quarter TOTAL | | | | | | | | |
| Comment: | | | | | | | | |
| Fourth Quarter TOTAL | | | | | | | | |
| Comment: | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | | |
| TOTAL: | March 31, 2007 | | | | | | | 91,408.48 |

**NOTES:**

California Contact: Fahey Fund, 268 Bush Street, #4232  San Francisco, CA 94104  800-880-6003

 

*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:                                              Quarter Ending March 31, 2007

> Enclosed is your financial position for Q1 Jan-Mar, 2007.
> While there was a great deal of movement in the market, our particular positions just sat there! So there is nothing to report. Please not that your statements will be unchanged from the Dec. 31, 2006 final. That is, unless you had personal activity in your account, or changes, etc. The prospects for the coming several months are great. I anticipate strong moves in nearly all sectors as the great worldwide inflation roars onward!

### WHAT, REALLY, IS INFLATION?

These days, 'inflation' is called a general price rise. It is said to be linked to demand, or to shortages in particular sectors.

But 'said to be" by whom? Modern economists have, except for the Austrian school, forgotten that inflation was always defined as "a general increase in prices caused by excess monetary expansion over actual economic growth."

This means that the banking system puts more money into circulation than needed (by normal people). This 'excess' money looks for a place to increase itself. It buys perhaps, an investment, like stocks, gold, real estate. This extra money has the ability to pay more than the market rate, so it bids up prices. Other people, with no 'extra' money see the price rise, so a little boom ensues. And we have higher prices.

Of course the problem remains: to whom (very formal) does one sell after this price rise? Normal answer: the person who was FIRST to buy is often the first to sell as other people jump into the market! First in, first out – with a profit. That is what we have seen in our equities bubble, our real estate bubble, and on and on, including the present natural resource bubble, such as copper, zinc, precious metals, uranium, etc.

### WE ARE IN THE MIDST OF A VERY LARGE, WORLDWIDE INFLATION

In the US, the Federal Reserve Bank no longer issues a little number called M3, which is the total of money in circulation. Odd – after 50 years, no? This is-was-THE inflation yardstick.

In every country which has a central bank, the money increases are running between 8% and as high as 20+% in Russia! China has a large increase in money AND demand. They are buying raw materials for their productive engine with all those American dollars (they have a reserve of one trillion – yes, you read that right: 1,000,000,000,000.00).

So, expecting of higher worldwide prices is reasonable. In addition, the dollar doesn't buy as much as it did five years ago both here and abroad. So it will take more dollars to buy something, simultaneously competing with Chinese.

### NOW YOU KNOW WHY THE $4.00 GASOLINE

So, what does this mean to us? It means that all valuable asset classes, including 1) quality real estate; 2) blue chips with strong international revenues; 3) commodities; 4) natural resources and their stocks; 5) gold and silver; 6) and grandpa's back teeth.

All will increase in price if not in value, in the fairly near future. It is inevitable. You know this is right because you feel it inside as well as every time you shop. You have to dig a little deeper at nearly everything. What ever happened to the $20 lunch? Ha! Even a Big Mac, fries and Coke are, what? $5.00?

### SO THE COMING 3 THROUGH 12 MONTHS WILL BE CHARACTERIZED BY VERY LARGE PRICE SWINGS TO THE UPSIDE, WITH ITS EVIL TWIN HAVING HEART-STOPPING THEATRICAL CORRECTIONS

The Feb. 600-point drop in the Dow was countered by a huge rally to new highs. Ditto in Shanghai, ditto everywhere. I don't predict the future, but this is as close as I come. Can you say: "double-digit percentages?"

### WHAT TO DO?

There are so many opportunities this year that it is going to be disappointing not to take advantage of all of them! Greedy me!

> ...legendary value investor Jeremy Grantham – the man Dick Cheney, plus a lot of other rich people, trusts with his money. Grantham, chairman of Boston firm Grantham Mayo Van Otterloo, has been a voice of caution for years. But he has upped his concerns in his latest letter to shareholders. Grantham says we are now seeing the first worldwide bubble in history covering all asset classes. Everything is in bubble territory, he says. Everything.
>
> "The bursting of this bubble will be across all countries and all assets.' – *Jeremy Grantham*
>
> "From Indian antiquities to modern Chinese art," he wrote in a letter to clients this week following a six-week world tour, "from land in Panama to Mayfair, from forestry, infrastructure and the junkiest bonds to mundane blue chips, it's bubble time!"
> –From *www.thestreet.com*

Here are the coming hot spots: oversees stock markets, including Brazil, China, and Europe. Gas and Oil stocks, gas and oil equipment companies. Weather markets in wheat, corn (along with ethanol demand), soybeans, etc. Strong upside potential in gold, silver and the better quality mining stocks, including junior stocks and juniors with proven reserves. Strong blue chip dividend paying stocks, preferably with a large percentage of revenue earned in non-dollar currencies.

Fine art, prints, rare carpets, collectables, and objet d'art with solid provable value. Real estate, and fine quality real estate anywhere, especially commercially rated land, or lots in good locations.

I think we will do very well this year, and into 2008 too! Nothing is as easy as making predictions, (especially wrong ones!) but this is a multi-generational inflation and it is going to be a wild ride.

Sincerely,

Fund Manager

FOIA CONFIDENTIAL                    FF-KR 0640
TREATMENT REQUESTED

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94108
*Partnership Documentation - Mar. 31 2007*

**REDACTED**

| Kathy Ranz , IRA | | | | | | 1095 |
|---|---|---|---|---|---|---|
| Kathy Ranz | | (H) | | Sterling Trust Co. | | |
| | | (B) | | IRA Account | | |
| | | (FAX) | | UNITS | Date | Total |
| | | Cell: | | | | |
| | | eMail | | | | |
| Mail to: | | TAX ID # ████3879 | | | | |
| | | Bank of West-Bush St. | | | | |

Opening Balance, Jan 1, 2007    $ 490,779.28

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| First Quarter TOTAL | | | | | | | | 490,779.28 |
| Comment: No changes from Dec 31, 2006 | | | | | | | | |
| Second Quarter TOTAL | | | | | | | | |
| Comments: | | | | | | | | |
| Third Quarter TOTAL | | | | | | | | |
| Comments: | | | | | | | | |
| Fourth Quarter TOTAL | | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | | |
| TOTAL: | Mar 31, 2007 | | | | | | | 490,779.28 |

NOTES:

A CALIFORNIA Limited Partnership

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-KR 0641