# EXHIBIT 3

<u>SEC v. Trabulse</u>, C-07-4975
**Rate Return Calculation in Support of Plaintiff's Motion for Preliminary Injunction**

Based on our review of the bank and brokerage account records provided to us by the Securities and Exchange Commission, we determined that the Fahey Fund makes trades through accounts in the name of "ITD Trading" and "International Trade and Data" at three brokerage firms: A.G. Edwards & Sons, Inc. ("A.G. Edwards"), Iowa Grain Company, and Canaccord Capital Corporation. Below is a table summarizing the availability of the data.

Table 1: Availability of Data for 1Q07

| Source | Account Name | Account Number | Jan-07 | Feb-07 | Mar-07 |
|---|---|---|---|---|---|
| A.G. Edwards | International Trade and Data | ▮4127 | Y | Y | Y |
| Iowa Grain Company | ITD Trading | ▮5079 | Y | Y | Y |
| Canaccord Capital Corporation | Fahey Fund | ▮418A-7 | N | N | N |
| | Fahey Fund | ▮418A-8 | N | N | Y |
| | Fahey Fund | ▮173C-1 | N | N | N |
| | A James Trabulse | ▮5616 | Y | N | Y |

Following industry practice, we have calculated the time-weighted return (using the Modified Dietz Method) for the portfolios at the two brokerage accounts (A.G. Edwards and Iowa Grain) which have the most complete information for 1Q 2007. Neither the Iowa Grain Company nor the A.G. Edwards accounts have a return of zero. We discuss separately below one of the Canaccord Capital Corporation portfolios.

a. **Return for Brokerage Accounts at Iowa Grain Company and A.G. Edwards**

The 1Q07 return for Iowa Grain account is about -35.73% as shown in the table below. There is one cash outflow that occurred at the end of March 2007, and no cash flow for January and February 2007. Each cash flow is weighted by the amount of time it was held in the portfolio.

Table 2: Return of Iowa Grain Brokerage Account

| Iowa Grain | Jan-07 | Feb-07 | Mar-07 | 1Q07 |
|---|---|---|---|---|
| Beginning Market Value | 45,732.22 | 34,644.65 | 19,125.18 | 45,732.22 |
| Ending Market Value | 34,644.65 | 19,125.18 | 0.00 | 0.00 |
| Cash Flow | 0.00 | 0.00 | (29,393.86) | (29,393.86) |
| Return | -24.24% | -44.80% | 53.69% | -35.73% |

The 1Q07 return for A.G. Edwards account is about -2.37% as shown in the table below. There are cash flows for every month in 1Q07. Each cash flow is weighted by the amount of time it was held in the portfolio.

Table 3: Return of A.G. Edwards Brokerage Accounts

| A.G. Edwards | Jan-07 | Feb-07 | Mar-07 | 1Q07 |
|---|---|---|---|---|
| Beginning Market Value | 6,837,092.59 | 4,915,006.22 | 5,847,090.64 | 6,837,092.59 |
| Ending Market Value | 4,915,006.22 | 5,847,090.64 | 4,612,068.38 | 4,612,068.38 |
| Cash Flow | (2,400,000.00) | 230,000.00 | (115,000.00) | (2,285,000.00) |
| Return | 6.99% | 13.15% | -19.35% | -2.37% |

Table 4: Combined Return of Iowa Grain Company and A.G. Edwards Brokerage Accounts

|  | Jan-07 | Feb-07 | Mar-07 | 1Q07 |
|---|---|---|---|---|
| Beginning Market Value | 6,882,824.81 | 4,949,650.87 | 5,886,215.82 | 6,882,824.81 |
| Ending Market Value | 4,949,650.87 | 5,866,215.82 | 4,612,068.38 | 4,612,068.38 |
| Cash Flow | (2,400,000.00) | 230,000.00 | (144,393.86) | (2,314,393.86) |
| Return | 6.78% | 12.77% | -19.12% | -2.60% |

b. **Impact of Possible Personal Trading Account**

James Trabulse has a trading account under his name (A James Trabulse) with Canaccord Capital Corporation. We are not sure whether the account belongs to the Fahey Fund or is for his personal trading. After adding this account to the other two brokerage accounts and recalculating the total return, we found the change in return is minimal.

Table 5: Combined Return of Iowa Grain Company, A.G. Edwards, and Trabulse's Canaccord Capital Corporation Brokerage Accounts

|  | Jan-07 | Feb-07 | Mar-07 | 1Q07 |
|---|---|---|---|---|
| Beginning Market Value | 6,912,000.21 | 4,975,372.61 | 5,886,215.82 | 6,912,000.21 |
| Ending Market Value | 4,975,372.61 | 5,866,215.82 | 4,655,578.92 | 4,655,578.92 |
| Cash Flow | (2,400,000.00) | 230,000.00 | (144,393.86) | (2,314,393.86) |
| Return | 6.70% | 12.24% | -18.37% | -2.24% |

c. **Conclusion**

Our calculation and discussion show that the rate of return for two of the fund's brokerage accounts, as well as one account in the name of A James Trabulse, is not zero for the first quarter of 2007.