# EXHIBIT 4



*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104
(800) 880-6003 email: bigcheese@faheyfund.com





Originating FAX number:  **800-880-6003**
email:   bigcheese@faheyfund.com

**REDACTED**

Jan 02, 2007

PAGE(s) Including cover, if an: __1__ .

    TO:    DANIEL TONDEAU 415-765-4864
            (*or* BETH ALVIAR 415-765-4899 *or* MR. Pierre VIDEAU)
            BANK OF THE WEST
    FAX PHONE:    (415) 837-1404

RE: AUTHORIZATION FOR A WIRE TRANSFER, TO BE DRAWN AGAINST BUSINESS ACCOUNT

Dear Daniel:

Thank you for handling this matter. If you cannot reach me for some reason, my managing partner, Easter Trabulse at 707-812-5487 can get me.

Thank you

Please wire the sum of US **$10,000.00** to my Rene DIEU's account, converted to Euros. The funds will come from:

    The Fahey Hedge Fund, lp
    Bank of the West Account # ▮▮▮▮-2573

The Bank Information is:    Credit Lyonnais +33 01 48 18 16 40
                              Robespierre 598
                              167, rue de Paris
BIC                        CRLYFRPP

IBAN                  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 7379 X39

FOR THE BENEFIT OF    Rene DIEU *Local Phone* <u>06 82 59 11 26</u>
                              10, rue du don jon
                              94300 vincennes

REASON FOR TRANSFER: Paris Artistic Investment

The FAX number is above.

Thank you.

        *[signature]*        Jim Trabulse
                                Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED
FAHEY-SEC-015874



*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104
(800) 880-6003 email: bigcheese@faheyfund.com





**Originating FAX number: 800-880-6003**
email:  bigcheese@faheyfund.com

**REDACTED**

Jan 09, 2007

*PAGE(s) Including cover, if an:* __1__ .

    TO:    DANIEL TONDEAU 415-765-4864
            (*or* RICHARD DUPREE 415-765-4899 *or* MR. Pierre VIDEAU)
            BANK OF THE WEST
    FAX PHONE:    (415) 837-1404

RE: AUTHORIZATION FOR A WIRE TRANSFER, TO BE DRAWN AGAINST BUSINESS ACCOUNT

Dear Daniel:

Thank you for handling this matter. If you cannot reach me for some reason, my managing partner, Easter Trabulse at 707-812-5487 can get me. Je suis a Panama - +507-214-1000 room 1704.

Thank you

Please wire the sum of US $25,000.00 to my Mme. Pascale DOYNEL DE QUINCEY's account, converted to Euros. The funds will come from:
    The Fahey Hedge Fund, lp
    Bank of the West Account # ▮▮▮▮2573

The Bank Information is:    BRO Beaugency, FRANCE
Bank identification code:    CMCIFR22

IBAN    ▮▮▮▮▮▮▮▮▮▮▮▮ 9020 ▮

FOR THE BENEFIT OF    Mme Pascale DOYNEL DE QUINCEY (Portable 06 11 81 14 20)
                          5, rue de la mairie
                          45740 Lailly en val

REASON FOR TRANSFER: Property Investment

The FAX number is above.

Thank you.

    *[signature]*    Jim Trabulse
                          Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED
FAHEY-SEC-015483




*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104
(800) 880-6003 email: bigcheese@faheyfund.com



Originating FAX number: <u>800-880-6003</u>
email:   bigcheese@faheyfund.com

**REDACTED**

Jan. 22, 2007

PAGE(s) Including cover, if an: __1__ .

    TO:      DANIEL TONDEAU 415-765-4864
              (or RICHARD DUPREE 415-765-4899 or MR. Pierre VIDEAU)
              BANK OF THE WEST
    FAX PHONE:  (415) 837-1404

RE: AUTHORIZATION FOR A WIRE TRANSFER, TO BE DRAWN AGAINST BUSINESS ACCOUNT

Dear Daniel:

Thank you for handling this matter. If you cannot reach me for some reason, my managing partner, Easter Trabulse at 707-812-5487 can get me.

Thank you

Please wire US  $20,000.00  to SA PRESTIGE AUTOMOBILES, converted to Euros. The funds will come from:

    The Fahey Hedge Fund, lp
    Bank of the West Account # ▇▇▇▇2573

| | |
|---|---|
| The Bank Information: | Crédit Mutuel |
| **IBAN** | ▇▇▇▇▇▇▇▇▇▇ 1070 ▇ |
| **BIC** Addresse SWIFT | CMCIFR2A (*Identifiant International de la Banque (BIC)*) |
| **DOMICILIATION** | CFCM ENTREPRISES |
| **TITULAIRE DU COMPTE:** | SA PRESTIGE AUTOMOBILES |
| | ZONE EXPO SUD |
| | 2 BIS RUE TABART BP 8152 |
| | 45081 ORLEANS CEDEX 2 |

REASON FOR TRANSFER: Real Estate Investment Auto Expenses

The FAX number is above.

Thank you.


                          Jim Trabulse
                          Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED
FAHEY-SEC-015870



*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104
(800) 880-6003 email: bigcheese@faheyfund.com





Originating FAX number: <u>800-880-6003</u>
email:  bigcheese@faheyfund.com

**REDACTED**

Feb. 02, 2007

PAGE(s) Including cover, if an:  <u>1</u>  .

      TO:      DANIEL TONDEAU 415-765-4864
                (*or* BETH ALVIAR 415-765-4899 *or* MR. Pierre VIDEAU)
                BANK OF THE WEST
  FAX PHONE:  (415) 837-1404

<u>RE: AUTHORIZATION FOR A WIRE TRANSFER, TO BE DRAWN AGAINST BUSINESS ACCOUNT</u>

Dear Daniel:

Thank you for handling this matter. I am in Paris +33-6 7151 8499. If you cannot reach me for some reason, my special assistant, Ms. Easter TRABULSE at 707-812-5487 can get me.

Thank you

Please wire the sum of US  $ <u>50,000.00</u> to my BNP Account, converted to Euros. The funds will come from:

    ITD (International Trade and Data, lp)
    Bank of the West Account # ████-2375

The BNP Account Information is:
**FR76 30004 00804 000009-55025 36**

| | |
|---|---|
| IBAN | ████████████ 0988 5█ |
| FOR THE BENEFIT OF | Alexander Trabulse |
| SWIFT # | BNP AFR PPPCE |
|    BANK CODE | 30004 |
|    BRANCH CODE | 00804 |
|    ACCOUNT # | ████9885 |
|    Cle RIB | 36 |

<u>REASON FOR TRANSFER:</u> Paris Real Estate expenses

The FAX number is above. My portable is in the Bay Area 650-333-1031.

Thank you

        *[signature]*        Jim Trabulse
                                   Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED
**FAHEY-SEC-015486**