# EXHIBIT 6

**REDACTED**



| Suzanne C. Gregg, IRA Acct. | | | | | | | | 1043 |
|---|---|---|---|---|---|---|---|---|
| Suzanne Gregg | | (H) | | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | (B) | | | IRA Account # | | 9382 | |
| | | (FAX) | | | UNITS | Date | Total | |
| | | Cell: | | | 5.10 | Oct 30, 01 | 50,934.86 | |
| | | eMail | | | 1.20 | Aug 15, 02 | 12,000.00 | |
| Mail to: | | | | | 2.00 | Oct 15, 02 | 20,000.00 | |
| Suzanne Gregg | | TAX ID # | -0137 | | | | | |
| | | | | | Opening Balance, Jan 1, 2004 | | $ 187,486.45 | |

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 11,249.19 | | | | | 11,249.19 | 198,735.64 |
| Dollar Hedge v. Euro | 11,249.19 | | | | | | | |
| Comment: | The large swings in the EURO versus the US Dollar made this profit possible | | | | | | | |
| **Second Quarter TOTAL** | | | 8,943.10 | | | | 8,943.10 | 207,678.74 |
| Euro FX/Dollar Hedge | 8,943.10 | | | | | | | |
| Comment: | A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | |
| **Third Quarter TOTAL** | | | | 38,939.76 | | | 38,939.76 | 246,618.51 |
| Dollar Hedge v. Euro | 7,787.95 | | | | | | | |
| Soybeans-03-04 | 31,151.81 | | | | | | | |
| Adjustment to IRA over-contribution | | | | | | (32,000.00) | | 214,618.51 |
| Comment: | This Quarter: EURO/ US Dollar hedge | | | | | | | |
| | If you had an account dated On or before Jan. 01, 2004, you got soybean gains. | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 15,559.84 | | 15,559.84 | 230,178.35 |
| Dollar Hedge v. Euro | 15,559.84 | | | | | | | |
| Comment: | More money from the instability in the dollar versus the EURO FX | | | | | | | |
| Quarterly Subtotals, all trades | | 11,249.19 | 8,943.10 | 38,939.76 | | | 74,691.90 | |
| **TOTAL:** | Dec 31, 2004 | | | | | | +39.84% | 230,178.35 |

| NOTES: | |
|---|---|
| Hi! | As you can see, I debited your account in the 3rd quarter, so you made money before the 32k was dropped. The reason is that the money was being used to trade! As far as documentation goes, I have to request - again - that Stoiling re-send the forms I though they sent. No problem |

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC- 002798