# EXHIBIT 7

**REDACTED**

**Kathy Ranz, IRA Acct**     1153

| | | | | | | Sterling Trust Co. | (800-955-3434,2,3) | |
|---|---|---|---|---|---|---|---|---|
| Kathy Ranz | | (H) | | | | IRA Account #: | 8933 | |
| | | (B) | | | | UNITS | Date | Total |
| | | (FAX) | | | | 5.00 | Aug-29 | $ 50,000.00 |
| | | Cell: | | | | | | |
| | | eMail | | | | | | |
| Mail to: | | | | | | | | |
| | | TAX ID # | 3879 | | | | | |
| | | Bank of West-Bush St. | 0347 | | | | | |
| | | | | | | Account as of Jan 1, 2002 | | $ 52,821.50 |

| Trade Description | Gain/Loss | For the Year Ending Dec 31 2002 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 5,546.26 | | | | | 5,546.26 | 58,367.76 |
| Stocks/Indexes | 2,376.97 | | | | | | | |
| DJII/NASDAQ 100 | 3,169.29 | | | | | | | |
| Comment: | Stock and stock index profits were earned during Q4 '01 thru Q1 '02 | | | | | | | |
| **Second Quarter TOTAL** | | | 8,346.59 | | | | 8,346.59 | 66,714.35 |
| Euro Currency/Dollar Hedge | 5,720.04 | | | | | | | |
| DJII/NASDAQ 100 | 2,626.55 | | | | | | | |
| Comment: | There were considerable open profits on soybeans, probably reported Q3. | | | | | | | |
| | The Euro/Dollar hedge saved your asset value against the weak dollar | | | | | | | |
| **Third Quarter TOTAL** | | | | 7,236.29 | | | 7,236.29 | 73,950.64 |
| Contribution | Jul-1 | | | | | 50,000.00 | | 123,950.64 |
| DJII/NASDAQ 100 | 7,236.29 | | | | | | | |
| Comment: | Stock index trades have been accumulated in an ongoing manner | | | | | | | |
| | There are profits in soybeans, but they will be reported when the trade campagne has ended | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 11,713.34 | | 11,713.34 | 135,663.97 |
| DJII/NASDAQ 100 | 5,205.93 | | | | | | | |
| Euro Currency/Dollar Hedge | 6,507.41 | | | | | | | |
| Quarterly Subtotals, all trades | | 5,546.26 | 8,346.59 | 7,236.29 | 11,713.34 | | 32,842.47 | |
| **TOTAL:** | December 31, 2002 | | | | | | +62.18% | 135,663.97 |
| NOTES: | | | | | | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003491

CHECK 331922

**REDACTED**

STERLING TRUST COMPANY

** PURCHASE TRANSMITTAL **    AUG 22 2002

INVESTMENT NAME : FAHEY HEDGE FD LP    FUND A/C#: 1155
ACCOUNT REGISTRATION:

STERLING TRUST COMPANY, CUSTODIAN
FBO: KATHLEEN J RANZ, ACCT NO ███8933
P.O. BOX 2526
WACO, TX 76702-2526
TAX ID# ███5756

* * * * * * * * * * * STC INTERNAL USE ONLY * * * * * * * * * * *
REQ NO:BT347176  INV/PAY NO: 060942/F-003786 TRAN:5010/O/P   50,000.00
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TOTAL INVESTMENT TO BE MADE    50,000.00

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003492