# EXHIBIT 8

**REDACTED**

| TADASHI T. KOGA AND HATSUKI KOGA REVOCABLE LIVING TRUST 1995 | | | 1064 |
|---|---|---|---|

| | | | Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|---|---|---|
| Tadashi T. Koga TTE | (H) | | IRA Account # | | |
| Hatsuki Koga, TTE | (B) | | UNITS | Date | Total |
| | (FAX) | | | | |
| | Cell: | | | | |
| | eMail | | | | |
| Mail to: | | | | | |
| | TAX ID # | | | | |
| | | | Opening Balance, Jan 1, 2004 | | $ 100,000.00 |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2004 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| First Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| Second Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| Third Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| Contribution | | | | | | 100,000.00 | | 100,000.00 |
| Fourth Quarter TOTAL | | | | | 7,250.00 | | 7,250.00 | 107,250.00 |
| Dollar Hedge v. Euro | 7,250.00 | | | | | | | |
| Comment: | More money from the instability in the dollar versus the EURO FX | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | 7,250.00 | |
| **TOTAL:** | Dec 31, 2004 | | | | | | +7.25% | 107,250.00 |

NOTES:

**FOIA CONFIDENTIAL
TREATMENT REQUESTED**

**FAHEY-SEC-003102**

**REDACTED**

TADASHI T. KOGA
HATSUKI KOGA

0103

90-7162/3222

Dec 21, 2004

PAY TO THE
ORDER OF   Jim Teabulse / Fahey Hedgefund   $ 100,000

One Hundred thousand + 00/100   DOLLARS

Ⓦ **Washington Mutual**

Washington Mutual Bank, FA
Daly City-Junipero Serra Financial Center, 1514
2800 Junipero Serra Boulevard        1-800-788-7000
Daly City, CA 94015                  24 Hour Customer Service

PLATINUM CUSTOMER

FOR _____        Tadashi T. Koga        MP

⑆322271627⑆ ▉▉▉▉▉ 0754Ⅲ9Ⅲ 0103

©HAVILAND 2000

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003111