# EXHIBIT 9

**REDACTED**

| James H. Hirst, ROTH IRA | | | | 1063 |
|---|---|---|---|---|
| James Hirst | (H) | Sterling Trust Co. | | (800-955-3434,2,3) |
| | (B) | IRA Account # | | 7686 |
| | (FAX) | UNITS | Date | Total |
| | Cell: | 0.41 | Mar 21, 01 | 4,107.00 |
| | eMail | 0.23 | Jul 16, 01 | 2,327.00 |
| Mail to: | | 0.20 | Apr 15, 02 | 2,000.00 |
| | | 0.35 | Apr 1, 04 | 3,500.00 |
| | TAX ID # 0486 | 0.35 | Apr 1, 05 | 3,500.00 |

Opening Balance, Jan 1, 2006    $ 38,250.54

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 1,415.27 | | | | | 1,415.27 | 39,665.81 |
| Dollar Hedge v. Euro | 1,415.27 | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 6,703.52 | | | | 6,703.52 | 46,369.33 |
| EURO FX vs US | 2,617.94 | | | | | | | |
| Gold | 4,085.58 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | 3,141.66 | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 46,369.33 |
| EURO FX vs US | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 6,441.12 | | 6,441.12 | 52,810.45 |
| Dollar hedge | 2,225.73 | | | | | | | |
| Precious Metals-Partial | 4,215.39 | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,415.27 | 6,703.52 | deferred | | | 14,559.91 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 52,810.45 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002994

**REDACTED**

| James H. Hirst, ROTH IRA Acct. | | | | 1060 | |
|---|---|---|---|---|---|
| James Hirst | | (H) | Sterling Trust Co. | | (800-955-3434,2,3) |
| | | (B) | IRA Account # | | 7686 |
| | | (FAX) | UNITS | Date | Total |
| | | Cell: | 0.41 | Mar 21, 01 | 4,107.00 |
| | | eMail | 0.23 | Jul 16, 01 | 2,327.00 |
| Mail to: | | | 0.20 | Apr 15, 02 | 2,000.00 |
| | | | 0.35 | Apr 1, 04 | 3,500.00 |
| | | TAX ID # 0486 | 0.35 | Apr 1, 05 | 3,500.00 |
| | | | Opening Balance, Jan 1, 2005 | | $ 26,040.64 |

| Trade Description | Gain/Loss | For the Year Ending Dec 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 1,171.83 | | | | | 1,171.83 | 27,212.47 |
| Dollar Hedge v. Euro | 1,171.83 | | | | | | | |
| | | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 3,265.50 | | | | 3,265.50 | 30,477.96 |
| Euro FX/Dollar Hedge | 952.44 | | | | | | | |
| d-16 month hold -phase 2 | 2,313.06 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | 3,500.00 | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| | | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 3,439.80 | | 3,439.80 | 33,917.76 |
| Dollar Hedge v. Euro | 1,092.87 | | | | | | | |
| Gold and Silver | 2,732.18 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | 1,171.83 | 3,265.50 | deferred | | | 7,877.12 | |
| | | | | | | | | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +30.25% | 34,152.26 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002995

**REDACTED**



**Thurman E. Hunt, IRA w/SEP Provision** — 1060

Thurman E. Hunt
(H) [redacted]
(B) [redacted]
(FAX)
Cell: [redacted]
eMail [redacted]
Mail to: [redacted]
TAX ID # [redacted]-3429

Sterling Trust Co. (800-955-3434,2,3)
IRA Account # [redacted]4338

| UNITS | Date | Total |
|---|---|---|
| 13.87 | Mar 31, 03 | 138,700.00 |

Opening Balance, Jan 1, 2004 — $ 225,394.08

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 10,523.64 | | | | | 10,523.64 | 235,917.73 |
| Dollar Hedge v. Euro | 10,523.64 | | | | | | | |
| Comment: | The large swings in the EURO versus the US Dollar made this profit possible | | | | | | | |
| **Second Quarter TOTAL** | | | 10,616.30 | | | | 10,616.30 | 246,534.02 |
| Euro FX/Dollar Hedge | 10,616.30 | | | | | | | |
| Contribution | | | | | | 40,000.00 | | 286,534.02 |
| Comment: | A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | |
| **Third Quarter TOTAL** | | | | 46,225.13 | | | 46,225.13 | 332,759.15 |
| Dollar Hedge v. Euro | 9,245.03 | | | | | | | |
| Soybeans-03-04 | 36,980.10 | | | | | | | |
| Comment: | This Quarter: EURO/ US Dollar hedge | | | | | | | |
| | If you had an account dated On or before Jan. 01, 2004, you got soybean gains. | | | | | | | |
| Contribution | | | | | | 40,000.00 | | |
| **Fourth Quarter TOTAL** | | | | | 24,125.04 | | 24,125.04 | 356,884.19 |
| Dollar Hedge v. Euro | 24,125.04 | | | | | | | |
| Comment: | More money from the instability in the dollar versus the EURO FX | | | | | | | |
| Quarterly Subtotals, all trades | | 10,523.64 | 10,616.30 | 46,225.13 | | | 91,490.11 | |
| **TOTAL:** | Dec 31, 2004 | | | | | | +40.59% | 356,884.19 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003026



REDACTED

| Per Madsen | | | | | | | 1074 | |
|---|---|---|---|---|---|---|---|---|
| Per Madsen | | | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | | (B) | | IRA Account # | | 4850 | |
| | | | (FAX) | | UNITS | Date | Total | |
| | | | Cell: | | 0.90 | Apr 29, 03 | 9,026.50 | |
| Mail to: | | | eMail | | | | | |
| | | | TAX ID # | 7913 | | | | |
| | | | | | Opening Balance, Jan 1, 2006 | | $ | 31,898.96 |

| Trade Description | Gain/Loss | For the Year Ending Dec 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 1,180.26 | | | | | 1,180.26 | 33,079.22 |
| Dollar Hedge v. Euro | 1,180.26 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 5,590.39 | | | | 5,590.39 | 38,669.61 |
| EURO FX vs US | 2,183.23 | | | | | | | |
| Gold | 3,407.16 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | 128,682.59 | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 38,669.61 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 5,371.56 | | 5,371.56 | 44,041.17 |
| Dollar hedge | 1,856.14 | | | | | | | |
| Precious Metals-Partial | 3,515.42 | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,180.26 | 5,590.39 | deferred | | | 12,142.21 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 44,041.17 |

NOTES:

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003115

REDACTED



| Per Madsen | | | | | | | | 1069 |
|---|---|---|---|---|---|---|---|---|
| Per Madsen | | | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | | (B) | | IRA Account # | | 4850 | |
| | | | (FAX) | | UNITS | Date | Total | |
| | | | Cell: | | 0.90 | Apr 29, 03 | 9,026.50 | |
| Mail to: | | | eMail | | | | | |
| | | | TAX ID # | 7913 | | | | |
| | | | | | Opening Balance, Jan 1, 2005 | | $ 20,203.45 | |

| Trade Description | Gain/Loss | For the Year Ending Dec 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 909.16 | | | | | 909.16 | 21,112.60 |
| Dollar Hedge v. Euro | 909.16 | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 2,533.51 | | | | 2,533.51 | 23,646.11 |
| Euro FX/Dollar Hedge | 738.94 | | | | | | | |
| 1-16 month hold -phase 2 | 1,794.57 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | 4,500.00 | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 2,648.36 | | 2,648.36 | 26,294.48 |
| Dollar Hedge v. Euro | 841.42 | | | | | | | |
| Gold and Silver | 2,103.56 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | 909.16 | 2,533.51 | deferred | | | 6,091.03 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +30.15% | 26,294.48 |

NOTES:

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC-003116