# EXHIBIT 10

**REDACTED**



| Misti Covitz IRA | | | | | | | | 1031 | |
|---|---|---|---|---|---|---|---|---|---|
| Misti Covitz | | (H) | | | Sterling Trust Co. | | (800-955-3434,2,3) | | |
| | | (B) | | | IRA Account # | | 7317 | | |
| | | (FAX) | | | UNITS | Date | Total | | |
| | | Cell: | | | 18.50 | Feb 12, 01 | 185,000.00 | | |
| | | eMail | | | 1.82 | Apr 4, 04 | 18,200.00 | | |
| Mail to: 24000 | | TAX ID # 3597 Washington Mutual 9836 | | | | | | | |
| | | | | | Opening Balance, Jan 1, 2006 | | $ 915,216.99 | | |

| Trade Description | Gain/Loss | For the Year Ending Dec 31, 2006 Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 33,863.03 | | | | | 33,863.03 | 949,080.02 |
| Dollar Hedge v. Euro | 33,863.03 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 160,394.52 | | | | 160,394.52 | 1,109,474.54 |
| EURO FX vs US | 62,639.28 | | | | | | | |
| Gold | 97,755.24 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 1,109,474.54 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 154,116.10 | | 154,116.10 | 1,263,590.64 |
| Dollar hedge | 53,254.78 | | | | | | | |
| Precious Metals-Partial | 100,861.32 | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 33,863.03 | 160,394.52 | deferred | | | 348,373.65 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 1,263,590.64 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002328

**REDACTED**



| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr. 1 | Qtr. 2 | Qtr. 3 | Qtr. 4 | | | |
| **First Quarter TOTAL** | | 2,418.24 | | | | | 2,418.24 | 67,776.14 |
| Dollar Hedge v. Euro | 2,418.24 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 11,454.17 | | | | 11,454.17 | 79,230.31 |
| EURO FX vs US | 4,473.23 | | | | | | | |
| Gold | 6,980.94 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 79,230.31 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Withdrawal | | | | | | (9,000.00) | | 70,230.31 |
| Comments: | Profits deferred | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 9,755.63 | | 9,755.63 | 79,985.94 |
| Dollar hedge | 3,371.05 | | | | | | | |
| Precious Metals-Partial | 6,384.57 | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 2,418.24 | 11,454.17 | deferred | | | 23,628.04 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +36.15% | 79,985.94 |

NOTES:

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002844

**Bank of America**

**REDACTED**

Capture Date: 20060104 Sequence #: 2250362327

---

**FAHEY FINANCIAL GROUP INC.**    02-01                                        453
1117 DESERT LN. STE 728
LAS VEGAS, NV 89102                                   Date 1-2-06           94-72/1224 NV
800-880-6003                                                                         6984

Pay to the Order of  Misti Covitz                                    $ 7,500 %

Seven ~~thousand~~ ~~five hundred~~ ~~and~~ 2485 %                            Dollars

**Bank of America**

ACH R/T 122100724

For JFM                              Easter Salcha

⑆122400724⑆  ████████  5114⑈0453   ⑆00000750000⑆

ALAMEDA CA 800/523-9498
3 15897139 2470 2485 00 05 0000153800211716 01/03/06
BANK OF AMERICA WASHINGTON MUTUAL CA >322271627<
12 0015897139 01-03-06

BANK OF AMERICA NA LVG
122400724 E6329 01 993
01/04/06

2250362327

No Electronic Endorsements Found
No Payee Endorsements Found

**Bank of America**

**REDACTED**

Capture Date: 20060403 Sequence #: 2350667037

---

FAHEY FINANCIAL GROUP INC.   02-01
1117 DESERT LN. STE 728
LAS VEGAS, NV 89102                                             478
800-880-6003
                                              Date 3-30-06        94-72/1224 NV
                                                                  6984

Pay to the
Order of   Misti Covitz                                   | $ 7,500.00/100

Seventy five hundred and 00/100 ———————— Dollars

**Bank of America**
                    02533  03-30-06  6548  07
ACH R/T 122400724
For   AMJ                              [signature]

⑆122400724⑆  ⬛⬛⬛⬛⬛5114⬝0478  ⬝000075000⬝

ALAMEDA CA 800/523-9498
6548 00 05 0000000000000000 03/30/06
WASHINGTON MUTUAL CA >322271627<
02260253 03-30-06

BANK OF AMERICA,NA LVG
122400724  E5186 01 P01
04/03/06

2350667037

No Electronic Endorsements Found
No Payee Endorsements Found

**Bank of America**

**REDACTED**

Capture Date: 20060523 Sequence #: 2250091519

---

FAHEY FINANCIAL GROUP INC.    02-01                                       532
1117 DESERT LN. STE 728
LAS VEGAS, NV 89102
800-880-6003
                                              Date  5-16-06    94-72/1224 NV
                                                                  6984

Pay to the
Order of  Jacobus P. Hey                              | $8,000.00/100

Eight thousand and 00/100 ———————————— Dollars

**Bank of America**

ACH R/T 122400724

For  Fr. Dunn                          [signature]

⑈122400724⑈  ▇▇▇▇▇▇▇  5144⑈0532  ⑈00000800000⑈

[bank endorsement stamps]
BANK OF AMERICA, NA SFC
MAY 22 06
3833-71
121000358

Deposit Bank of America 0553

No Electronic Endorsements Found
No Payee Endorsements Found

**Bank of America**

REDACTED

Capture Date: 20060928 Sequence #: 2350984743

```
*122000166*
09/28/2006
6225046115

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.
```

FAHEY FINANCIAL GROUP INC.    02-01
1117 DESERT LN. STE 728
LAS VEGAS, NV 89102
800-880-6003

565

Date 9-27-06

Pay to the Order of: Mish Covitz    $7500%

Seventy five hundred and %⁰⁰       Dollars

Bank of America
ACH R/T  015624⬛⬛⬛ 09-27-06   4285

For _____

⑈:122400724⑈:  ⬛⬛⬛⬛ 5114⬛0565  ⑆00000750000⑆

⑈:122400724⑈:  ⬛⬛⬛⬛ 5114⬛0565  ⑆00000750000⑆

ALAMEDA, CA
016824678  1301-4288  25 04  00004588002117i6  09/27/06
WASHINGTON MUTUAL, CA  >322271627<
016824678  09-27-06

No Electronic Endorsements Found
No Payee Endorsements Found