# EXHIBIT 11

Case 3:07-cv-04975-WHA    Document 22-12    Filed 10/18/2007    Page 1 of 5

**REDACTED**

| KATHY RANZ | | | | | 2277 |
|---|---|---|---|---|---|
| Kathleen Ranz | | (H) | | Special Instruction | |
| | | (B) | | | |
| | | (FAX) | | | |
| | | Cell: | | | |
| | | eMail | | | |
| Mail to: | | | | | |
| | | TAX ID # | | | |
| | | Bank of West-Bush St | 0347 | | |
| | | Share Liquidation Value Jan 1, 2006 | | $ | 66,207.04 |

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2006 | | | | Deposits | Net | Cumul. |
|---|---|---|---|---|---|---|---|
| Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
| **First Quarter TOTAL** | 2,449.66 | | | | | 2,449.66 | 68,656.70 |
| EURO FX + Gold | 2,449.66 | | | | | | |
| Comment: | The Currency adjustment. Gold, silver still open | | | | | | |
| **Second Quarter TOTAL** | | 11,602.98 | | | | 11,602.98 | 80,259.68 |
| EURO FX vs US $$ | 4,531.34 | | | | | | |
| Gold | 7,071.64 | | | | | | |
| Comment: | Currency weak dollar hedge and gold up to Jan | | | | | | |
| **Third Quarter TOTAL** | | | deferred | | | | 80,259.68 |
| EURO FX + Gold | | | | | | | |
| Comment: | Profits deferred | | | | | | |
| **Fourth Quarter TOTAL** | | | | 11,148.80 | | 11,148.80 | 91,408.48 |
| Dollar hedge | 3,852.46 | | | | | | |
| Precious Metals-Partial | 7,296.33 | | | | | | |
| Comment: | Dollar hedge and profit carry forward Jan-Sep | | | | | | |
| Quarterly Subtotals, all trades | 2,449.66 | 11,602.98 | | 11,148.80 | | 25,201.44 | |
| **TOTAL:** | December 31, 2006 | | | | | +38.06% | 91,408.48 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 001683

**REDACTED**



| Anna Marie Ketelsen | | | | | | | | 1070 |
|---|---|---|---|---|---|---|---|---|
| Anna Marie Ketelsen | | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) | | |
| | | (B) | | IRA Account # | | 1383 | | |
| | | (FAX) | | UNITS | Date | Total | | |
| | | Cell: | | 7.00 | May 18, 04 | 70,000.00 | | |
| | | eMail | | 0.85 | Aug 18, 04 | 8,500.00 | | |
| Mail to: | | TAX ID # | 7688 | | | | | |
| | | | | Opening Balance, Jan 1, 2006 | | $ 143,427.20 | | |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 5,306.81 | | | | | 5,306.81 | 148,734.00 |
| Dollar Hedge v. Euro | 5,306.81 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 25,136.05 | | | | 25,136.05 | 173,870.05 |
| EURO FX vs US | 9,816.44 | | | | | | | |
| Gold | 15,319.60 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 173,870.05 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Contribution | | | | | | 8,000.00 | | 181,870.05 |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 25,263.40 | | 25,263.40 | 207,133.45 |
| Dollar hedge | 8,729.76 | | | | | | | |
| Precious Metals-Partial | 16,533.64 | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 5,306.81 | 25,136.05 | deferred | | | 55,706.26 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.84% | 207,133.45 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC-003070

**REDACTED**



| Thurman E. Hunt, IRA w/SEP Provision | | | | | | 1065 | |
|---|---|---|---|---|---|---|---|
| Thurman E. Hunt | | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | (B) | | IRA Account # | | 4338 | |
| | | (FAX) | | UNITS | Date | Total | |
| | | Cell: | | 13.87 | Mar 31, 03 | 138,700.00 | |
| Mail to: | | eMail | | | | | |
| | | TAX ID # | 3429 | | | | |
| | | | | Opening Balance, Jan 1, 2006 | | $ 508,959.35 | |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 18,831.50 | | | | | 18,831.50 | 527,790.85 |
| Dollar Hedge v. Euro | 18,831.50 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 89,196.65 | | | | 89,196.65 | 616,987.50 |
| EURO FX vs US | 34,834.20 | | | | | | | |
| Gold | 54,362.46 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 616,987.50 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 85,705.17 | | 85,705.17 | 702,692.67 |
| Dollar hedge | 29,615.40 | | | | | | | |
| Precious Metals-Partial | 56,089.77 | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 18,831.50 | 89,196.65 | deferred | | | 193,733.32 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 702,692.67 |

NOTES:

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003024

**REDACTED**

| SANDRA KASKY-BUTTON IRA | | | | | | 1067 | |
|---|---|---|---|---|---|---|---|
| SANDRA KASKY-Button | | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | (B) | | IRA Account # | | | |
| | | (FAX) | | UNITS | Date | Total | |
| | | Cell: | | 13.87 | Mar 31, 03 | 138,700.00 | |
| Mail to: | | eMail | | | | | |
| | | TAX ID # | | | | | |
| | | | | Opening Balance, Jan 1, 2006 | | $ | 17,926.45 |

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | | | | | | | |
| Dollar Hedge v. Euro | 663.28 | | | | | | 663.28 | 18,589.73 |
| | | | | | | | | |
| | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 3,141.66 | | | | 3,141.66 | 21,731.40 |
| EURO FX vs US | 1,226.92 | | | | | | | |
| Gold | 1,914.74 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 21,731.40 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 3,018.69 | | 3,018.69 | 24,750.08 |
| Dollar hedge | 1,043.11 | | | | | | | |
| Precious Metals-Partial | 1,975.58 | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | | 3,141.66 | deferred | | | 6,823.63 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 24,750.08 |

NOTES:

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003061