# EXHIBIT 12

**REDACTED**



| Rose Marie Button, IRA | | | | | | | 1019 | |
|---|---|---|---|---|---|---|---|---|
| Rose Button | | (H) | | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | (E) | | | IRA Account | | 5275 | |
| | | (FAX) | | | UNITS | Date | Total | |
| | | Cell: | | | 2.15 | May 26, 00 | 21,553.49 | |
| | | eMail | | | | | | |
| Mail to: | | TAX ID # | -2747 | | | | | |
| | | | | | Opening Balance, Jan 1, 2006 | | $ | 213,502.87 |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 7,899.61 | | | | | 7,899.61 | 221,402.47 |
| Dollar Hedge v. Euro | 7,899.61 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 37,417.02 | | | | 37,417.02 | 258,819.49 |
| EURO FX vs US | 14,612.56 | | | | | | | |
| Gold | 22,804.45 | | | | | | | |
| | | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 258,819.49 |
| EURO FX vs US | | | | deferred | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 35,952.38 | | 35,952.38 | 294,771.87 |
| Dollar hedge | 12,423.34 | | | | | | | |
| Precious Metals-Partial | 23,529.04 | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 7,899.61 | 37,417.02 | deferred | | | 81,269.00 | |
| | | | | | | | | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 294,771.87 |

NOTES:

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC- 002150



**REDACTED**

| Rose Marie Button, IRA Acct. | | | | | | | 1015 | |
|---|---|---|---|---|---|---|---|---|
| Rose Button | | (H) | | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| | | (E) | | | IRA Account | | 5275 | |
| | | (FAX) | | | UNITS | Date | Total | |
| | | Cell: | | | 2.15 | May 26, 00 | 21,553.49 | |
| | | eMail | | | | | | |
| Mail to: | | TAX ID # | 5756 | | | | | |
| | | | | | Opening Balance, Jan 1, 2005 | | $ 108,465.03 | |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 4,880.93 | | | | | 4,880.93 | 113,345.96 |
| Dollar Hedge v. Euro | 4,880.93 | | | | | | | |
| | | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 13,601.51 | | | | 13,601.51 | 126,947.47 |
| Euro FX/Dollar Hedge | 3,967.11 | | | | | | | |
| d-16 month hold.-phase 2 | 9,634.41 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| | | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 14,218.12 | | 14,218.12 | 141,165.59 |
| Dollar Hedge v. Euro | 4,517.30 | | | | | | | |
| Gold and Silver | 11,293.25 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | 4,880.93 | 13,601.51 | deferred | | | 32,700.56 | |
| | | | | | | | | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +30.15% | 141,165.59 |

NOTES:

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC- 002151

**REDACTED**



| Jacobus P. Hey | | | | | | 1056 | |
|---|---|---|---|---|---|---|---|
| JACOBUS P. HEY | (H) | | | Sterling Trust Co. | | (800-955-3434,2,3) | |
| Margaretha A. Hey | (B) | | | IRA Account # | | | |
| | (FAX) | | | UNITS | Date | Total | |
| | Cell: | | | | | | |
| | eMail | | | | | | |
| Mail to: | | | | | | | |
| Jacobus P. Hey | TAX ID # | | | | | | |
| | | | | Opening Balance, Jan 1, 2005 | | $ | 50,217.95 |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 2,259.81 | | | | | 2,259.81 | 52,477.76 |
| Dollar Hedge v. Euro | 2,259.81 | | | | | | | |
| | | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 6,297.33 | | | | 6,297.33 | 58,775.09 |
| Euro FX/Dollar Hedge | 1,836.72 | | | | | | | |
| Gold-16 month hold -phas | 4,460.61 | | | | | | | |
| | | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 6,582.81 | | 6,582.81 | 65,357.90 |
| Dollar Hedge v. Euro | 2,091.45 | | | | | | | |
| Gold and Silver | 5,228.63 | | | | | | | |
| | | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | 2,259.81 | 6,297.33 | deferred | | | 15,139.95 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +30.15% | 65,357.90 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002845

**REDACTED**



| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2004 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 5,786.58 | | | | | 5,786.58 | 102,229.49 |
| Dollar Hedge v. Euro | 5,786.58 | | | | | | | |
| Comment: | The large swings in the EURO versus the US Dollar made this profit possible | | | | | | | |
| **Second Quarter TOTAL** | | | 4,600.33 | | | | 4,600.33 | 106,829.82 |
| Euro FX/Dollar Hedge | 4,600.33 | | | | | | | |
| Transfer to Poor Students Fund | | | | | | (25,000.00) | | 81,829.82 |
| Comment: | A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | |
| **Third Quarter TOTAL** | | | | 15,343.09 | | | 15,343.09 | 97,172.91 |
| Dollar Hedge v. Euro | 3,068.62 | | | | | | | |
| Soybeans-03-04 | 12,274.47 | | | | | | | |
| Withdrawal | | | | | | (27,000.00) | | 70,172.91 |
| Comment: | This Quarter: EURO/ US Dollar hedge | | | | | | | |
| | If you had an account dated On or before Jan. 01, 2004, you got soybean gains. | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 7,045.04 | | 7,045.04 | 77,217.95 |
| Dollar Hedge v. Euro | 7,045.04 | | | | | | | |
| Comment: | More money from the instability in the dollar versus the EURO FX | | | | | | | |
| Quarterly Subtotals, all trades | | 5,786.58 | 4,600.33 | 15,343.09 | | | 32,775.03 | |
| **TOTAL:** | Dec 31, 2004 | | | | | | +33.98% | 77,217.95 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002846

**REDACTED**

| James H. Hirst, ROTH IRA | | | | 1063 |
|---|---|---|---|---|

| James Hirst | | (H) | |
|---|---|---|---|
| | | (B) | |
| | | (FAX) | |
| | | Cell: | |
| | | eMail | |
| Mail to: | | | |
| | | TAX ID # | ▇-0486 |

| Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|
| IRA Account # | ▇7686 | |
| UNITS | Date | Total |
| 0.41 | Mar 21, 01 | 4,107.00 |
| 0.23 | Jul 16, 01 | 2,327.00 |
| 0.20 | Apr 15, 02 | 2,000.00 |
| 0.35 | Apr 1, 04 | 3,500.00 |
| 0.35 | Apr 1, 05 | 3,500.00 |

Opening Balance, Jan 1, 2006        $ 38,250.54

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 1,415.27 | | | | | 1,415.27 | 39,665.81 |
| Dollar Hedge v. Euro | 1,415.27 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 6,703.52 | | | | 6,703.52 | 46,369.33 |
| EURO FX vs US | 2,617.94 | | | | | | | |
| Gold | 4,085.58 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | 3,141.66 | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 46,369.33 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 6,441.12 | | 6,441.12 | 52,810.45 |
| Dollar hedge | 2,225.73 | | | | | | | |
| Precious Metals-Partial | 4,215.39 | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,415.27 | 6,703.52 | deferred | | | 14,559.91 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 52,810.45 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002994

**REDACTED**

**James H. Hirst, ROTH IRA Acct.**     1060

James Hirst     (H) (B) (FAX) Cell: eMail

Mail to:

TAX ID # ▮-0486

| Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|
| IRA Account # | ▮7686 | |
| UNITS | Date | Total |
| 0.41 | Mar 21, 01 | 4,107.00 |
| 0.23 | Jul 16, 01 | 2,327.00 |
| 0.20 | Apr 15, 02 | 2,000.00 |
| 0.35 | Apr 1, 04 | 3,500.00 |
| 0.35 | Apr 1, 05 | 3,500.00 |

Opening Balance, Jan 1, 2005     $ 26,040.64

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 1,171.83 | | | | | 1,171.83 | 27,212.47 |
| Dollar Hedge v. Euro | 1,171.83 | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 3,265.50 | | | | 3,265.50 | 30,477.96 |
| Euro FX/Dollar Hedge | 952.44 | | | | | | | |
| d-16 month hold -phase 2 | 2,313.06 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | 3,500.00 | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 3,439.80 | | 3,439.80 | 33,917.76 |
| Dollar Hedge v. Euro | 1,092.87 | | | | | | | |
| Gold and Silver | 2,732.18 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| **Quarterly Subtotals, all trades** | | 1,171.83 | 3,265.50 | deferred | | | 7,877.12 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +30.25% | 34,152.26 |

NOTES:

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC- 002995

**REDACTED**

**The FAHEY FUND, lp**
268 Bush Street, Suite 4232
San Francisco, CA 94104
Account Update and Correction Jan 1 03 - Jan 2006



| Catherine M. O'Riley, IRA | | | | | 1088 |
|---|---|---|---|---|---|
| Catherine O'Riley | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) |
| | (B) | | ROTH IRA Account # | | 5213  2664 |
| | (FAX) | | UNITS | Date | Total |
| | Cell: | | 9.25 | June 18 03 | 92,500.00 |
| Mail to: | eMail | | | | |
| | TAX ID # | 9518 | | | |
| | | | Opening Balance, Jan 1, 2006 | | $ 97,347.16 |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 3,601.85 | | | | | 3,601.85 | 100,949.01 |
| Dollar Hedge v. Euro | 3,601.85 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 17,060.38 | | | | 17,060.38 | 118,009.39 |
| EURO FX vs US | 6,662.63 | | | | | | | |
| Gold | 10,397.75 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 118,009.39 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 16,392.58 | | 16,392.58 | 134,401.97 |
| Dollar hedge | 5,664.45 | | | | | | | |
| Precious Metals-Partial | 10,728.13 | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 3,601.85 | 17,060.38 | deferred | | | 37,054.80 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 134,401.97 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

A CALIFORNIA Limited Partnership

O'Riley 01177

**REDACTED**

**The FAHEY FUND, lp**
268 Bush Street, Suite 4232
San Francisco, CA 94104
Account Update and Correction Jan 1 03 - Jan 2006

| Catherine M. O'Riley, IRA Acct. | | | | | 1088 |
|---|---|---|---|---|---|
| Catherine O'Riley | (H) | ▓▓▓ | Sterling Trust Co. | | (800-955-3434,2,3) |
| | (B) | | ROTH IRA Account # | | ▓▓▓▓ ▓5213 |
| ▓▓▓ ▓ ▓▓▓ | (FAX) | | UNITS | Date | Total |
| | Cell: | ▓▓▓ | 9.25 | June 18 03 | 92,500.00 |
| Mail to: | eMail | ▓▓▓▓ | | | |
| | TAX ID # | ▓▓▓-9518 | | | |
| | | | Opening Balance, Jan 1, 2005 | | $ 110,889.00 |

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 4,990.01 | | | | | 4,990.01 | 115,879.01 |
| Dollar Hedge v. Euro | 4,990.01 | | | | | | | |
| | | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 13,905.48 | | | | 13,905.48 | 129,784.49 |
| Euro FX/Dollar Hedge | 4,055.77 | | | | | | | |
| ld-16 month hold -phase 2 | 9,849.72 | | | | | | | |
| | | | | | | | | 129,784.49 |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 14,535.86 | | 14,535.86 | 144,320.35 |
| Dollar Hedge v. Euro | 4,618.25 | | | | | | | |
| Gold and Silver | 11,545.63 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | 4,990.01 | 13,905.48 | deferred | | | 33,431.35 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +30.15% | 144,320.35 |

| NOTES: | |
|---|---|
| | |

A CALIFORNIA Limited Partnership

O'Riley 01187