# EXHIBIT 13

**REDACTED**



| Thurman E. Hunt, IRA w/SEP Provision | | | | 1062 |
|---|---|---|---|---|
| Thurman E. Hunt  (H)  (B)  (FAX)  Cell:  eMail  Mail to:  TAX ID # ■-3429 | | Sterling Trust Co. | (800-955-3434,2,3) | |
| | | IRA Account # | ■4338 | |
| | | UNITS | Date | Total |
| | | 13.87 | Mar 31, 03 | 138,700.00 |
| | | Opening Balance, Jan 1, 2005 | | $ 356,884.19 |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 16,059.79 | | | | | 16,059.79 | 372,943.98 |
| Dollar Hedge v. Euro | 16,059.79 | | | | | | | |
| | | | | | | | | |
| Comment: | The EURO again-yawn! Gold Profits next quarter | | | | | | | |
| **Second Quarter TOTAL** | | | 44,753.28 | | | | 44,753.28 | 417,697.26 |
| Euro FX/Dollar Hedge | 13,053.04 | | | | | | | |
| d-16 month hold -phase 2 | 31,700.24 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| SEP IRA Contribution | | | | | | 40,000.00 | | 457,697.26 |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 51,262.09 | | 51,262.09 | 508,959.35 |
| Dollar Hedge v. Euro | 16,286.70 | | | | | | | |
| Gold and Silver | 40,716.75 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | 16,059.79 | 44,753.28 | deferred | | | 112,075.16 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +31.40% | 508,959.35 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003025