# EXHIBIT 14

**REDACTED**

| SANDRA KASKY-BUTTON IRA | | | | | 1064 |
|---|---|---|---|---|---|
| SANDRA KASKY-Button ▬▬▬ ▬ Mail to: | (H) ▬▬▬ (B) ▬▬▬ (FAX) ▬▬▬ Cell: ▬▬▬ eMail ▬▬▬ TAX ID # | | Sterling Trust Co. | | (800-955-3434,2,3) |
| | | | IRA Account # | | |
| | | | UNITS | Date | Total |
| | | | 13.87 | Mar 31, 03 | 138,700.00 |
| | | | | | |
| | | | Opening Balance, April 1, 2005 | $ | 14,393.67 |

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | | | | | | | |
| *Initial Contribution* | | | | | | 14,393.67 | | 14,393.67 |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 1,727.24 | | | | 1,727.24 | 16,120.91 |
| Euro FX/Dollar Hedge | 503.78 | | | | | | | |
| d-16 month hold -phase 2 | 1,223.46 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 1,805.54 | | 1,805.54 | 17,926.45 |
| Dollar Hedge v. Euro | 573.65 | | | | | | | |
| Gold and Silver | 1,434.12 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | | 1,727.24 | deferred | | | 3,532.78 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +24.54% | 17,926.45 |

NOTES:

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC-003062

**REDACTED**

| SONYA KASKY Educational Trust Fund | | | 1066 | | |
|---|---|---|---|---|---|
| SANDRA KASKY | (H) (B) (FAX) Cell: eMail | | Sterling Trust Co. | | (800-955-3434,2,3) |
| | | | IRA Account # | | |
| | | | UNITS | Date | Total |
| | | | 13.87 | Mar 31, 03 | 138,700.00 |
| Mail to: | | TAX ID # | | | |
| | | Opening Balance, April 1, 2005 | | $ | 2,894.19 |

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | | | | | | | |
| Initial Contribution | | | | | | 2,894.19 | | 2,894.19 |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 347.30 | | | | 347.30 | 3,241.49 |
| Euro FX/Dollar Hedge | 101.30 | | | | | | | |
| id-16 month hold -phase 2 | 246.01 | | | | | | | |
| Comments: | Euro/US Dollar hedge and the end of a 16 month gold trade | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| | | | | | | | | |
| Comments: | Dollar Hedge/Versus EURO FX and Gold DEFERRED | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 363.05 | | 363.05 | 3,604.54 |
| Dollar Hedge v. Euro | 115.35 | | | | | | | |
| Gold and Silver | 288.36 | | | | | | | |
| Comments: | The deferred gain was a result of currency hedges-not done well, either! | | | | | | | |
| | The gold and silver swing up last year into the most recent bottom | | | | | | | |
| Quarterly Subtotals, all trades | | | 347.30 | deferred | | | 710.35 | |
| **TOTAL:** | Dec 31, 2005 | | | | | | +24.54% | 3,604.54 |

NOTES:

FOIA CONFIDENTIAL TREATMENT REQUESTED

FAHEY-SEC-003066