# EXHIBIT 15

**The Fahey Financial Group,** *Inc.*
*A Nevada Corporation 800-880-6003*
1117 Desert Lane, Las Vegas, NV 89102-2305
*Statement as of Mar 31, 2007*

**REDACTED**

| LAWRENCE SANDERS | | | 2286 |
|---|---|---|---|

Lawrence Sanders

(H) ▬▬▬▬
(B) ▬▬▬▬
(FAX)
Cell: ▬
eMail ▬▬▬

Mail to:

TAX ID #

Special Instruction

Share Liquidation Value Jan 1, 2007          $    35,006.26

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2007 | | | | Deposits | Net | Cumul. |
| | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
|---|---|---|---|---|---|---|---|---|
| First Quarter TOTAL | | | | | | | | 35,006.26 |
| | | | | | | | | |
| Comment: No changes from Dec 31, 2006 | | | | | | | | |
| Second Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comment: | | | | | | | | |
| Third Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comment: | | | | | | | | |
| Fourth Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comment: | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | | |
| TOTAL: | March 31, 2007 | | | | | | | 35,006.26 |

NOTES:

SANDERS-SEC- 00008
FOIA CONFIDENTIAL
TREATMENT REQUSTED

*California Contact:Fahey Fund, 268 Bush Street, #4232   San Francisco, CA 94104 800-880-6003*

# REDACTED

## JOSEPH E. BARRON

2204

| Joseph E. Barron | | (H) | ██████ | | Special Instruction | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ██████ | | (B) | ██████ | | | | |
| | | (FAX) | ██████ | | | | |
| ██ | ██ | Cell: | | | | | |
| | | eMail | ██████ | | | | |
| Mail to: | | | | | | | |
| | | TAX ID # | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Share Value as of Jan 1, 2003 | | $ | 341,682.39 |

| Trade Description | Gain/ Loss | For the Year Ending Dec. 31, 2003 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 18,792.53 | | | | | 18,792.53 | 360,474.92 |
| | | | | | | | | |
| Dollar Hedge v. Euro | 10,250.47 | | | | | | | |
| DJII/NASDAQ 100 | 8,542.06 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 78,810.51 | | | | 78,810.51 | 439,285.43 |
| Euro FX/Dollar Hedge | 12,616.62 | | | | | | | |
| Stock Indexes | 16,221.37 | | | | | | | |
| Soybean Profits 2002 | 49,972.52 | | | | | | | |
| | | | | | | | | |
| Comments: | Steady Profits from Dollar hedges and the stock market rally | | | | | | | |
| | If you were on the Books on March 31, 2002, you have soybean profits from last year | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 48,321.40 | | 48,321.40 | 487,606.83 |
| INTC, MSFT | 30,749.98 | | | | | | | |
| Euro FX/Dollar Hedge | 17,571.42 | | | | | | | |
| | | | | | | | | |
| Comments: | MORE steady Profits from Dollar hedges and the stock market rally | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Quarterly Subtotals, all trades** | | 18,792.53 | 78,810.51 | | 48,321.40 | | 145,924.44 | |
| **TOTAL:** | **December 31, 2003** | | | | | | +42.71% | 487,606.83 |
| **NOTES:** | | | | | | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000808

**REDACTED**

| YANCEY O. WADE | | | 2299 |
|---|---|---|---|

Yancey O. Wade       (H)
                          (B)
                          (FAX)
                          Cell:
                          eMail

Mail to:

Special Instruction

**Share Liquidation Value Jan 1, 2006**    | $ | 43,770.02 |

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2006 | | | | Deposits | Net | Cumul. |
| | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 1,619.49 | | | | | 1,619.49 | 45,389.51 |
| EURO FX + Gold | 1,619.49 | | | | | | | |
| | | | | | | | | |
| *Comment:* The Currency adjustment. Gold, silver still open | | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 7,670.83 | | | | 7,670.83 | 53,060.34 |
| EURO FX vs US $$ | 2,995.71 | | | | | | | |
| Gold | 4,675.12 | | | | | | | |
| | | | | | | | | |
| *Comment:* Currency weak dollar hedge and gold up to Jan | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 53,060.34 |
| EURO FX + Gold | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| *Comment:* Profits deferred | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 7,370.56 | | 7,370.56 | 60,430.90 |
| Dollar hedge | 2,546.90 | | | | | | | |
| Precious Metals-Partial | 4,823.67 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| *Comment:* Dollar hedge and profit carry forward Jan-Sep | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,619.49 | 7,670.83 | | 7,370.56 | | 16,660.88 | |
| | | | | | | | | |
| **TOTAL:** | December 31, 2006 | | | | | | +38.06% | 60,430.90 |

**NOTES:**

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 001928

**REDACTED**



| THOMAS P. WALSH | | | | | | | | | | 2302 |
|---|---|---|---|---|---|---|---|---|---|---|

Thomas P. Walsh　　　　(H)
Mitra M. Walsh　　　　(B)
　　　　　　　　　　(FAX)
　　　　　　　　　　Cell:
　　　　　　　　　　eMail

Mail to:

Special Instruction

TAX ID #

Wash Mutual ████-5094

Share Liquidation Value Jan 1, 2006　　　　$　266,567.61

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2006 | | | | | Deposits | Net | Cumul. |
|---|---|---|---|---|---|---|---|---|
| | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
| First Quarter TOTAL | | 9,863.00 | | | | | 9,863.00 | 276,430.61 |
| EURO FX + Gold | 9,863.00 | | | | | | | |
| Sale of Stock | | | | | | (25,000.00) | | 251,430.61 |
| Sale of Stock | 12,000 (12 shares) per quarter | | | | | (12,000.00) | | 239,430.61 |
| Comment: | The Currency adjustment. Gold, silver still open | | | | | | | |
| Second Quarter TOTAL | | | 40,463.77 | | | | 40,463.77 | 279,894.39 |
| EURO FX vs US $$ | 15,802.42 | | | | | | | |
| Gold | 24,661.35 | | | | | | | |
| Sale of Stock | 12,000 (12 shares) per quarter | | | | | (12,000.00) | | 267,894.39 |
| Comment: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| Third Quarter TOTAL | | | | deferred | | | | 267,894.39 |
| EURO FX + Gold | | | | | | | | |
| Sale of Stock | 12,000 (12 shares) per quarter | | | | | (12,000.00) | | 255,894.39 |
| Comment: | Profits deferred | | | | | | | |
| Fourth Quarter TOTAL | | | | | 35,546.06 | | 35,546.06 | 303,440.44 |
| Dollar hedge | 12,282.93 | | | | | | | |
| Precious Metals-Partial | 23,263.13 | | | | | | | |
| Sale of Stock | 12,000 (12 shares) per quarter | | | | | (12,000.00) | | 291,440.44 |
| Sale of Stock | 12,000 (12 shares) per quarter | | | | | | | |
| Comment: | Dollar hedge and profit carry forward Jan-Sep | | | | | | | |
| Quarterly Subtotals, all trades | | 9,863.00 | 40,463.77 | | 35,546.06 | | 85,872.83 | |
| TOTAL: | December 31, 2006 | | | | | | +32.21% | 291,440.44 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 001950

**REDACTED**

| Jacobus P. Hey | | | | | | 1058 | |
|---|---|---|---|---|---|---|---|

Jacobus P. Hey

(H) ▓▓▓▓▓
(B)
(FAX) ▓▓▓▓▓
Cell:
eMail ▓▓▓▓▓

Mail to:
Jacobus P. Hey

TAX ID #

| Sterling Trust Co. | (800-955-3434,2,3) | |
|---|---|---|
| IRA Account # | | |
| UNITS | Date | Total |
| | | |
| | | |
| | | |

Opening Balance, Jan 1, 2006    $    65,357.90

| Trade Description | Gain/Loss | For the Year Ending Dec 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 2,418.24 | | | | | 2,418.24 | 67,776.14 |
| Dollar Hedge v. Euro | 2,418.24 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| **Second Quarter TOTAL** | | | 11,454.17 | | | | 11,454.17 | 79,230.31 |
| EURO FX vs US | 4,473.23 | | | | | | | |
| Gold | 6,980.94 | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 79,230.31 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Withdrawal | | | | | | (9,000.00) | | 70,230.31 |
| Comments: | Profits deferred | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 9,755.63 | | 9,755.63 | 79,985.94 |
| Dollar hedge | 3,371.05 | | | | | | | |
| Precious Metals-Partial | 6,384.57 | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 2,418.24 | 11,454.17 | deferred | | | 23,628.04 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +36.15% | 79,985.94 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 002844

REDACTED

| SANDRA KASKY-BUTTON IRA | | | | | | | 1067 |
|---|---|---|---|---|---|---|---|

| SANDRA KASKY-Button | (H) | ▓▓▓ | | Sterling Trust Co. | | (800-955-3434,2,3) | |
|---|---|---|---|---|---|---|---|
| | (B) | ▓▓▓ | | IRA Account # | | | |
| | (FAX) | ▓▓▓ | | UNITS | Date | Total | |
| | Cell: | | | 13.87 | Mar 31, 03 | 138,700.00 | |
| | eMail | ▓▓▓ | | | | | |
| Mail to: | | | | | | | |
| | TAX ID # | | | | | | |

Opening Balance, Jan 1, 2006          $    17,926.45

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | | | | | | | |
| *Dollar Hedge v. Euro* | 663.28 | | | | | | 663.28 | 18,589.73 |
| | | | | | | | | |
| | | | | | | | | |
| US Dollar Shorts. Gold deferred | | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | · | | 3,141.66 | | | | 3,141.66 | 21,731.40 |
| EURO FX vs US | 1,226.92 | | | | | | | |
| Gold | 1,914.74 | | | | | | | |
| | | | | | | | | |
| **Comments:** Currency weak dollar hedge and gold up to Jan | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | · | | *deferred* | | | | 21,731.40 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Comments:** Profits deferred | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | · | | | | 3,018.69 | | 3,018.69 | 24,750.08 |
| Dollar hedge | 1,043.11 | | | | | | | |
| Precious Metals-Partial | 1,975.58 | | | | | | | |
| | | | | | | | | |
| **Comments:** | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | | 3,141.66 | *deferred* | | | 6,823.63 | · |
| | | | | | | | | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 24,750.08 |

| NOTES: | IMPORTANT ACCOUNTING NOTE |
|---|---|
| | Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003061

**REDACTED**

| TADASHI T. KOGA AND HATSUKI KOGA REVOCABLE LIVING TRUST 1995 | | | | | 1064 |
|---|---|---|---|---|---|

Tadashi T. Koga TTE
Hatsuki Koga, TTE

(H)
(B)
(FAX)
Cell:
eMail

Mail to:

TAX ID #

| Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|
| IRA Account # | | |
| UNITS | Date | Total |
| | | |
| | | |
| | | |

Opening Balance, Jan 1, 2004     $ 100,000.00

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2004 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct. Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr. 1 | Qtr. 2 | Qtr. 3 | Qtr. 4 | | | |
| **First Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| *Contribution* | | | | | | 100,000.00 | | 100,000.00 |
| **Fourth Quarter TOTAL** | | | | | 7,250.00 | | 7,250.00 | 107,250.00 |
| *Dollar Hedge v. Euro* | 7,250.00 | | | | | | 7,250.00 | 107,250.00 |
| Comment: | More money from the instability in the dollar versus the EURO FX | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | 7,250.00 | |
| **TOTAL:** | Dec 31, 2004 | | | | | | +7.25% | 107,250.00 |

NOTES:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003102

**REDACTED**

| CAROL M. MERLO IRA | | | | | | | | 1132 |
|---|---|---|---|---|---|---|---|---|

Carol Merlo     (H)
(B)
(FAX)
Cell:
eMail

Mail to:

TAX ID #

| | | Sterling Trust Co. | (800-955-3434,2,3) |
|---|---|---|---|
| | | IRA Account # | |
| | | UNITS | Date | Total |

Opening Balance, Jan 1, 2005     $    5,335.00

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| First Quarter TOTAL | | 197.40 | | | | | 197.40 | 5,532.40 |
| Dollar Hedge v. Euro | 197.40 | | | | | | | |
| Comment: US Dollar Shorts. Gold deferred | | | | | | | | |
| Second Quarter TOTAL | | | 934.97 | | | | 934.97 | 6,467.37 |
| EURO FX vs US | 365.14 | | | | | | | |
| Gold | 569.84 | | | | | | | |
| Comments: Currency weak dollar hedge and gold up to Jan | | | | | | | | |
| Third Quarter TOTAL | | | | deferred | | | | 6,467.37 |
| EURO FX vs US | | | | | | | | |
| Comments: Profits deferred | | | | | | deferred | | |
| Fourth Quarter TOTAL | | | | | 898.38 | | 898.38 | 7,365.75 |
| Dollar hedge | 310.43 | | | | | | | |
| Precious Metals-Partial | 587.94 | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | 197.40 | 934.97 | deferred | | | 2,030.75 | |
| TOTAL: | Dec 31, 2006 | | | | | | +38.06% | 7,365.75 |

**NOTES:**

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting to IRA Custodians. Our activity level is low and this will allow us to be more efficient. Any special personal requirement can be met by contacting us at bigcheese@faheyfund.com. Thank you for your cooperation

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-003255