# EXHIBIT 1

# California Business Portal

## Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search LP/LLC**

- **Printer Friendly Page**
- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **LLC Name Availability**
- **LP Name Availability**
- **Business Entities Records Order Form**
  - **Certificates**
  - **Copies**
  - **Status Reports**
- **LLC FAQS**
- **LP FAQS**
- **LLC Main Page**
- **LP Main Page**
- **Site Search**

Limited Partnerships/Limited Liability Companies **LP/LLC**

The information displayed here is current as of "Sep 14, 2007" and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| FAHEY FUND, L.P. | | |
| **Number:** 199721900021 | **Date Filed:** 8/6/1997 | **Status:** active |
| **Jurisdiction:** | | |
| **Address** | | |
| 268 BUSH STREET, STE. 4232 | | |
| SAN FRANCISCO, CA 94104 | | |
| **Agent for Service of Process** | | |
| MICHAEL ANTHONY | | |
| 1819 POLK STREET | | |
| SAN FRANCISCO, CA 94109 | | |

**Printer Friendly**

**New Search**

- Fees and instructions for requesting certification of limited partnership and/or limited liability company records are included on the **Business Entities Records Order Form**.
- Blank fields indicate the information is not contained in the computer file.
- If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**.

Copyright ©2001 California Secretary of State. **Privacy Statement.**

# EXHIBIT 2

**STATE OF NEVADA**



**ROSS MILLER**
*Secretary of State*

SEC
SAN FRANCISCO

*SCOTT W. ANDERSON*
*Deputy Secretary*
*for Commercial Recordings*

**OFFICE OF THE**
**SECRETARY OF STATE**

US SECURITIES & EXCAHANE COMMISSION
44 MONTGOMERY ST STE 2600
SAN FRANCISCO, CA 94104

August 6, 2007

**Job Number:** C20070803-0861

**Job Contents:**
  NV Corp Copy Request Cover Letter(s):  1

**Special Handling Instructions:**

8/6 JL REG
CALLED FOR V CODE ON CREDIT CARD OR GOVERNMENT LETTERHEAD FOR
NO CHARGE.  LETTERHEAD WAS FAXED.

*Erin Schneider*
US SECURITIES & EXCAHANE COMMISSION
44 MONTGOMERY ST STE 2600
SAN FRANCISCO, CA 94104

NEV 000001

STATE OF NEVADA



ROSS MILLER
*Secretary of State*

SCOTT W. ANDERSON
*Deputy Secretary*
*for Commercial Recordings*

OFFICE OF THE
SECRETARY OF STATE

## Job Receipt

August 6, 2007

**Job Number:**     C20070803-0861
**Account Number:**

### Charges

| Description | Document Number | Filing Date/Time | Qty | Price | Amount |
|---|---|---|---|---|---|
| Entity Copies | 00001465502-23 | | 12 | $0.00 | $0.00 |
| Total | | | | | $0.00 |

### Payments

| Type | Description | Amount |
|---|---|---|
| Total | | $0.00 |

**Job Balance:** $0.00

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

NEV 000002

**STATE OF NEVADA**



*ROSS MILLER*
Secretary of State

*SCOTT W. ANDERSON*
Deputy Secretary
for Commercial Recordings

**OFFICE OF THE**
**SECRETARY OF STATE**

**Copy Request**

August 6, 2007

**Job Number:**      C20070803-0861
**Reference Number:**   00001465502-23
**Expedite:**
**Through Date:**

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| C8226-1999-001 | Articles of Incorporation | 1 Pages/1 Copies |
| C8226-1999-003 | Amendment | 2 Pages/1 Copies |
| C8226-1999-004 | Amendment | 2 Pages/1 Copies |
| C8226-1999-007 | Annual List | 1 Pages/1 Copies |
| C8226-1999-005 | Resident Agent Address Change | 1 Pages/1 Copies |
| C8226-1999-006 | Amendment | 2 Pages/1 Copies |
| 20050156880-55 | Annual List | 1 Pages/1 Copies |
| 20050661496-09 | Amended List | 1 Pages/1 Copies |
| 20060286755-01 | Annual List | 1 Pages/1 Copies |
| 20070155950-24 | Annual List | 1 Pages/1 Copies |

Respectfully,

ROSS MILLER
Secretary of State

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

NEV 000003

FILED # *C 8226-99*

**APR 0 5 1999**

*Articles of Incorporation*
(PURSUANT TO NRS 78)
**STATE OF NEVADA**
*Secretary of State*

**APR 0 5 1999**

Filing fee:
Receipt = *$125.00*

APR 0 5 1999

IN THE OFFICE OF
(For filing office use)
DEAN HELLER SECRETARY OF STATE

**IMPORTANT:** Read instructions on reverse side before completing this form
**TYPE OR PRINT (BLACK INK ONLY)**

1. **NAME OF CORPORATION : Delta Consulting Ltd..**
2. **RESIDENT AGENT:** (designated resident agent and his STREET ADDRESS in Nevada where process may be served)
   Name of Resident Agent: Nevada First Holdings, Inc.
   Street Address: Street No.: 5130 Street Name : S. Pecos Road, Ste. 2C   City: Las Vegas     State : NV    Zip: 89120

3. **SHARES:** (number of shares the corporation is authorized to issue)
   Number of shares with par value:    25,000    Par value: $1.00   Number of shares without par value:  0

4. **GOVERNING BOARD:** shall be styled as (check one):       Directors X           Trustees
   The FIRST BOARD OF DIRECTORS shall consist of 1 member and the names and addresses are as follows (attach additional pages if necessary)

   Name: Wayne Andre   Address: 5130 S. Pecos Rd. 2C       City/State/Zip Las Vegas, NV 89120
5. **PURPOSE** (optional-see reverse side): The purpose of the corporation shall be:  All legal activities

6. **OTHER MATTERS:** This form includes the minimum statutory requirements to incorporate under NRS 78. You may attach additional information pursuant to NRS 78.037 or any other information you deem appropriate. If any additional information is contradictory to this form it cannot be filed and will be returned to you for correction.   Number of pages attached: _1
7. **CERTIFICATE:** Include a certificate from the regulatory board showing that each individual involved in the corporation is licensed and in good standing at the time of filing.
8. **SIGNATURES OF INCORPORATORS:** The names and addresses of each of the incorporators signing the articles: (Signature must be notarized)
   (Attach additional if there are more than two incorporators)

   Name (print)    Wayne Andre                                   Name (print)

   Address : 5130 S. Pecos Rd. 2C City/State/Zip Las Vegas, NV 89120       Address

   Signature of Incorporator                                    Signature of Incorporator

   STATE OF NEVADA                                              STATE OF NEVADA
   COUNTY OF CLARK                                              COUNTY OF CLARK

   This instrument was acknowledged before me on the           This instrument was acknowledged before me on the    day of

   April 1 1999 by,  Wayne Andre
   (Name of Person)                                            (Name of Person)
   as incorporator of , ; **Delta Consulting Ltd**            as incorporator of .

   Notary Public                                               Notary Public

   NOTARY PUBLIC
   STATE OF NEVADA
   County of Clark
   SHELLEY STEPANEK                                            (affix notary stamp or seal)
   My Appointment Expires Dec. 7, 1999

   **RECEIVED**

   APR 0 5 1999

9.              **CERTIFICATE OF ACCEPTANCE OF APPOINTMENT OF RESIDENT AGENT**    SECRETARY OF STATE

   I, Wayne Andre for Nevada First Holdings, Inc.  hereby accept appointment as Resident Agent for the above-named corporation.

   Date                                    April 1 1999 by Signature of Resident Agent

STATE OF NEVADA
## SECRETARY OF STATE

### CERTIFICATE OF REINSTATEMENT

**I, DEAN HELLER,** the duly elected Secretary of State of the State of Nevada, do hereby certify that

**DELTA CONSULTING LTD.** a corporation formed under the laws of the State of **NEVADA** having paid all

filing fees, licenses, penalties and costs, in accordance with the provisions of Title 7 of the Nevada Revised

Statutes as amended, for the years and in the amounts as follows:

| | | |
|---|---|---|
| 1999-2000 | List of Officers + penalty | $100.00 |
| 2000-2001 | List of Officers + penalty | $100.00 |
| Reinstatement | | $50.00 |
| total | | $250.00 |

and otherwise complied with the provisions of said section, the said corporation has been reinstated, and that

by virtue of such reinstatement it is authorized to transact its business in the same manner as if the aforesaid

filing fees, licenses, penalties and costs had been paid when due.

IN WITNESS WHEREOF, I have hereunto set my hand and
affixed the Great Seal of State, at my office in Las Vegas,
Nevada, on December 11, 2000.

Secretary of State

By:

Certification Clerk

INITIAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF   FILE NUMBER

*Delta Consulting, LLC*   April 5,1999   18726-1999

(Name of Corporation)   (Incorporation Date)

A _Nevada_ CORPORATION,   FOR THE FILING PERIOD _2000_ TO _2001_

(State of Incorporation)

The Corporation's duly appointed Resident Agent in the State
of Nevada upon whom process can be served is:

Nevada First Holdings, Inc.
4535 W. Sahara Ave Suite 100A
Las Vegas NV 89102

FOR OFFICE USE ONLY
FILED (DATE) 99-00
00-01

FILED # _____

DEC 1 1 2000

IN THE OFFICE OF
DEAN HELLER SECRETARY OF STATE

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.
1. Print or type names and addresses, either residence or business, for all officers and directors. A president secretary, treasurer and at least one director must be named.
2. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED.
3. Return the completed form with the $85.00 filing fee. A $15.00 penalty must be added for failure to file this form by the 1st day of the 2nd month following incorporation date.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. If you need the below attachment file stamped, enclose a self-addressed stamped envelope. To receive a certified copy, enclose a copy of this completed form, an additional $10.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 101 North Carson Street, Suite 3, Carson City, NV 89701-4786, (702) 687-5203

| | | |
|---|---|---|
| NAME *Tom Nagar* | TITLE(S) **PRESIDENT** | |
| PO BOX | STREET ADDRESS 4535 W. Sahara Ave. Suite 100A-728 | CITY Las Vegas | ST. NV | ZIP 89102 |
| NAME *Tom Nagar* | TITLE(S) **SECRETARY** | |
| PO BOX | STREET ADDRESS 4535 W. Sahara Ave. Suite 100A-728 | CITY Las Vegas | ST. NV | ZIP 89102 |
| NAME *Tom Nagar* | TITLE(S) **TREASURER** | |
| PO BOX | STREET ADDRESS 4535 W. Sahara Ave. Suite 100A -728 | CITY Las Vegas | ST. NV | ZIP 89102 |
| NAME *Tom Nagar* | TITLE(S) **DIRECTOR** | |
| PO BOX | STREET ADDRESS 4535 W. Sahara Ave S100A -728 | CITY LU | ST. NU 89102 | FILE NUMBER |
| NAME | TITLE(S) **DIRECTOR** | |
| PO BOX | STREET ADDRESS | CITY | ST. | ZIP |
| NAME | TITLE(S) **DIRECTOR** | |
| PO BOX | STREET ADDRESS | CITY | ST. | ZIP |

12/13/00   10:46   FAX 7027324415
DEC-13-2000 WED 08:52 AM                    NEVADA FIRST HLD                    @002/002

12/11/88 13:25:18   Please Deliver To:->      7027324415   STATE OF NEVADA   Page 001



**DEAN HELLER**
**Secretary of State**

101 North Carson Street, Suite 3
Carson City, Nevada 89701-4786
(775) 684 5708

*Important: Read attached instructions before completing form.*

**Certificate of Amendment**
(PURSUANT TO NRS 78.390)

FILED # C8226-99

DEC 1 3 2000    $75
ofw

IN THE OFFICE OF
DEAN HELLER SECRETARY OF STATE

## Certificate of Amendment to Articles of Incorporation
### For Nevada Profit Corporations
(Pursuant to NRS 78.380 - Before Issuance of Stock)
- Remit in Duplicate -

1. Name of corporation: _Della Consulting, Ltd._

2. The articles have been amended as follows (provide article numbers, if available):
   _Please change the name to_
   _Fatry Financial Group, Inc._

3. The undersigned declare that they constitute at least two-thirds of the incorporators (check)
   X or of the board of directors (check) _____ .

4. The date upon which the original articles of incorporation were filed with the Secretary of State: _3 /15 / 99_ .

5. The undersigned affirmatively declare that to the date of this certificate, no stock of the corporation has been issued. .

6. Signatures:

   Signature _____          Signature _____

**IMPORTANT:** Failure to include any of the above information and remit the proper fees may cause this filing to be rejected.

Nevada Secretary of State Form 78-380 Amendment Before Stock
Revised on 1/1/2001

NEV 000007

12/13/00  10:46  FAX 7027324415                    NEVADA FIRST HLD                    002/002
DEC-13-2000 WED 08:52 AM

12/11/00 13:25:18   Please Deliver To:→         7027324415  STATE OF NEVADA      Page 001



**DEAN HELLER**
Secretary of State
101 North Carson Street, Suite 3
Carson City, Nevada 09701-4786
(775) 684 6708

**Certificate of Amendment**
(PURSUANT TO NRS 78.380)

FILED # C8226-99

DEC 1 3 2000

Important: Read attached instructions before completing form.

DEAN HELLER SECRETARY OF STATE

## Certificate of Amendment to Articles of Incorporation
### For Nevada Profit Corporations
(Pursuant to NRS 78.380 - Before Issuance of Stock)
- Remit in Duplicate -

1. Name of corporation: _Della Consulting, LLC_

2. The articles have been amended as follows (provide article numbers, if available):
   _Please change the name to_
   _Entry Financial Group, INC._

3. The undersigned declare that they constitute at least two-thirds of the incorporators (check)
   or of the board of directors (check) ___ .

4. The date upon which the original articles of incorporation were filed with the Secretary of
   State: _3 /5 /99_

5. The undersigned affirmatively declare that to the date of this certificate, no stock of the
   corporation has been issued.

6. Signatures:

   _____                          _____
   Signature                              Signature

**IMPORTANT:** Failure to include any of the above information and remit the proper fees may cause
this filing to be rejected.



Fahey Financial Group, Inc.
(Name of Corporation)

A Nevada CORPORATION    FOR THE FILING PERIOD 2002 TO 2003

C 8226-1999

The corporation's duly appointed resident agent in the State of Nevada, upon whom process can be served is:

Nevada First Holdings, Inc.
1117 Desert Lane
Las Vegas, NV 89102

FILED
JAN 0 3 2002
Dean Heller
Secretary of State

IF AGENT INFORMATION HAS CHANGED, PLEASE SEE ATTACHED INSTRUCTIONS ON HOW TO OBTAIN THE APPROPRIATE FORM

FILING FEE $85.00    LATE PENALTY $50.00

| NAME | | TITLE(S) | | | |
|------|--|----------|--|--|--|
| Tom Nagar | | PRESIDENT | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |
| | 1117 Desert Lane | Las Vegas | NV | 89102 | |
| NAME | | TITLE(S) | | | |
| Tom Nagar | | SECRETARY | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |
| | 1117 Desert Lane | Las Vegas | NV | 89102 | |
| NAME | | TITLE(S) | | | |
| Tom Nagar | | TREASURER | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |
| | 1117 Desert Lane | Las Vegas | NV | 89102 | |
| NAME | | TITLE(S) | | | |
| | | DIRECTOR | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |
| NAME | | TITLE(S) | | | |
| | | DIRECTOR | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |
| NAME | | TITLE(S) | | | |
| | | DIRECTOR | | | |
| PO BOX | STREET ADDRESS | CITY | ST | ZIP | |

Signature of Officer    Title(s)    Date

POSTED

| (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF | FILE NUMBER |
|---|---|
| FAHEY FINANCIAL GROUP, INC. | C8226-1999 |
| (Name of Corporation) | |

FOR THE FILING PERIOD OF 2004 TO 2005

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

NEVADA FIRST HOLDINGS
1117 DESERT LANE
LAS VEGAS, NV 89102

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR RESIDENT AGENT INFORMATION

Important: Read instructions before completing and returning this form.

*(handwritten):*
POSTED
03-04 $ 200
04-05 $ 200
Rein $ 300
700      DEC 2 3 2004
(041203-0213 (125)
C040902-0212 (250)
C040902-0250 (20)
C040804-0102 (125)

THE ABOVE SPACE IS FOR OFFICE USE ONLY

RV 09-01-04

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed list with the filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, endorse an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

**CHECK ONLY IF APPLICABLE**

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | | TITLE(S) | | | |
|---|---|---|---|---|---|
| CHAS F. BAIN | | | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | | CITY | St | | Zip |
| 1117 DESERT LANE | | LAS VEGAS | NV | | 89102 |
| NAME | | TITLE(S) | | | |
| CHAS F. BAIN | | | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | | CITY | St | | Zip |
| 1117 DESERT LANE #1188 | | LAS VEGAS | NV | | 89102 |
| NAME | | TITLE(S) | | | |
| CHAS F. BAIN | | | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | | CITY | St | | Zip |
| 1117 DESERT LANE | | LAS VEGAS | NV | | 89102 |
| NAME | | TITLE(S) | | | |
| | | | DIRECTOR | | |
| ADDRESS | | CITY | St | | Zip |
| | | | | | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a Category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer _____     Title Pres.     Date 05/11/04

Nevada Secretary of State Form: ANNUAL LIST-PROFIT 2005
Revised on 09/24/03

NEV 000010



C8226-99



**DEAN HELLER**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684 5708
Website: secretaryofstate.biz

FILED # _____

DEC 2 3 2004

IN THE OFFICE OF
_____
DEAN HELLER SECRETARY OF STATE

## Resident Agent Acceptance

ABOVE SPACE IS FOR OFFICE USE ONLY

**General instructions for this form:**
    1. Please print legibly or type; Black Ink Only.
    2. Complete all fields.
    3. Ensure that document is signed in signature field.

**In the matter of** ___FINLEY FINANCIAL___
(Name of business entity)

**I,** ___NEVADA FIRST HOLDINGS___ ,
(Name of resident agent)

**hereby state that on** __12-16-04__ **I accepted the appointment as resident agent**
(Date)

**for the above named business entity. The street address of the resident agent in this**

**state is as follows:**

___117 DESERT LANE___
Physical Street Address                               Suite number

___LV___ , **NEVADA**    ___87102___
City                                  Zip Code

**Optional:**

_____    _____
Additional Mailing Address                       Suite number

_____    _____
City                         State           Zip Code

**Signature:**

_____    __12-16-04__
Authorized Signature of R.A.  or  On Behalf of  R.A. Company    Date

Nevada Secretary of State RA Acceptance 2003
Revised on 11/04/03

NEV 000011

## ANNUAL LIST OF OFFICERS, DIRECTORS AND AGENTS OF:

FAHEY FINANCIAL GROUP, INC.
FOR THE PERIOD APR 2005 TO 2006. DUE BY APR 30, 2005.

The Corporation's duly appointed resident agent in the
State of Nevada upon whom process can be served is:



CB226-1999

NEVADA FIRST HOLDINGS INC
1117 DESERT LANE
LAS VEGAS NV 89102

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* (signature) | **20050156880-55** |
| Dean Heller | Filing Date and Time |
| Secretary of State | 04/29/2005 3:32 PM |
| State of Nevada | Entity Number |
| | C8226-1999 |

FILING FEE: | $125

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND
A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1. Include the names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. Last year's information may have been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. An officer must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional directors, attach a list of them to this form.
3. Return the completed form with the filing fee shown above. A $75 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE - AS SHOWN ABOVE     PENALTY: $75.00

Check all that apply:

☐ This corporation is a publicly-traded corporation. If so, Central Index Key number is: _____

☐ This publicly-traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) PRESIDENT (OR EQUIVALENT OF) | | | |
|---|---|---|---|---|
| CHAS F BAIN | | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| 1117 DESERT LANE | | LAS VEGAS | NV | 89102 |

| NAME | TITLE(S) SECRETARY (OR EQUIVALENT OF) | | | |
|---|---|---|---|---|
| CHAS F BAIN | | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| 1117 DESERT LANE | | LAS VEGAS | NV | 89102 |

| NAME | TITLE(S) TREASURER (OR EQUIVALENT OF) | | | |
|---|---|---|---|---|
| CHAS F BAIN | | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| 1117 DESERT LANE | | LAS VEGAS | NV | 89102 |

| NAME | TITLE(S) DIRECTOR | | | |
|---|---|---|---|---|
| | | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.760 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

*Chas Bain* (signature)                    4/5/05

X Signature of Officer                     Date

@1C55A5
(Rev 01/05)

NEV 000012

# (PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF

| | FILE NUMBER |
|---|---|
| | C8226-1999 |

Fahey Financial Group, Inc.

(Name of Corporation)

FOR THE FILING PERIOD OF 2005 TO 2006

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Nevada First Holdings, Inc.
1117 Desert Lane
Las Vegas, NV 89102

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR RESIDENT AGENT INFORMATION

Important: Read instructions before completing and returning this form.

| Filed in the office of | Document Number |
|---|---|
| *[signature]* Dean Heller | 20050661496-09 |
| | Filing Date and Time |
| Secretary of State | 12/30/2005 7:21 AM |
| State of Nevada | Entity Number |
| | C8226-1999 |

THE ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. Return the completed to* with the filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
3. If there are additional directors attach a list of them to this form.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 897014201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

### CHECK ONLY IF APPLICABLE

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) |
|---|---|
| Chas. F. Bain | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | St | Zip |
|---|---|---|---|
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |

| NAME | TITLE(S) |
|---|---|
| Chas. F. Bain | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | St | Zip |
|---|---|---|---|
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |

| NAME | TITLE(S) |
|---|---|
| Chas. F. Bain | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | St | Zip |
|---|---|---|---|
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |

| NAME | TITLE(S) |
|---|---|
| | **DIRECTOR** |

| ADDRESS | CITY | St | Zip |
|---|---|---|---|
| | | | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer *[signature]*     Title: Pres     Date: 10/17/05

Nevada Secretary of State ANNUAL LIST (PROFIT 23)
Revised on 02/04/05

NEV 000013

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF**

FILE NUMBER

FAHEY FINANCIAL GROUP, INC.                                    C8226-1999
_____
(Name of Corporation)

FOR THE FILING PERIOD OF  2006    TO  2007

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

| | |
|---|---|
| NEVADA FIRST HOLDINGS, INC.<br>117 DESERT LANE<br>LAS VEGAS, NV 89102 | **Filed in the office of**<br>*Dean Heller* (signature)<br>**Dean Heller**<br>**Secretary of State**<br>**State of Nevada** |

**Document Number**
20060286755-01

**Filing Date and Time**
05/01/2006 6:36 AM

**Entity Number**
C8226-1999

A FORM TO CHANGE RESIDENT AGENT INFORMATION CAN BE FOUND ON OUR WEBSITE: secretaryofstate.biz

*Important: Read instructions before completing and returning this form.*                    THE ABOVE SPACE IS FOR OFFICE USE ONLY

☐  **Return one file stamped copy.  (If filing not accompanied by order instructions, file stamped copy will be sent to resident agent.)**

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an Officer sign the form. *FORM WILL BE RETURNED IF UNSIGNED*
2. If there are additional directors attach a list of them to this form.
3. Return the completed form with the filing fee. Fee is based upon the current total authorized stock as explained on the Annual List Fee Schedule for Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. Your canceled check will constitute a certificate to transact business.
5. *Ordering Copies:* If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
6. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.
7. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

**CHECK ONLY IF APPLICABLE**

☐  This corporation is a publicly traded corporation. The Central Index Key number is: [_____]

☐  This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) |
|---|---|
| CHAS F. BAIN | **PRESIDENT** (OR EQUIVALENT OF) |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| 1117 DESERT LANE STE 728 | LAS VEGAS | NV | 89102 |

| NAME | TITLE(S) |
|---|---|
| CHAS F. BAIN | **SECRETARY** (OR EQUIVALENT OF) |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| 1117 DESERT LANE STE 728 | LAS VEGAS | NV | 89102 |

| NAME | TITLE(S) |
|---|---|
| CHAS F. BAIN | **TREASURER** (OR EQUIVALENT OF) |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| 1117 DESERT LANE STE 728 | LAS VEGAS | NV | 89102 |

| NAME | TITLE(S) |
|---|---|
| CHAS F. BAIN | **DIRECTOR** |

| ADDRESS | CITY | ST | ZIP |
|---|---|---|---|
| 1117 DESERT LANE STE 728 | LAS VEGAS | NV | 89102 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

*Chas Bain* (signature)                Title  DIRECTOR          Date  4/26/06
_____
**X Signature of Officer**

Nevada Secretary of State Form ANNUAL LIST-PROFIT 2003
Revised on 09/27/05

NEV 000014

(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND RESIDENT AGENT OF

FILE NUMBER

FAHEY FINANCIAL GROUP, INC.                                    C8226-1999
(Name of Corporation)

FOR THE FILING PERIOD OF 2007        TO 2008

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is:

Nevada First Holdings, Inc.
1117 Desert Lane
Las Vegas, NV  89102

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR RESIDENT AGENT INFORMATION

Important: Read instructions before completing and returning this form.

| Filed in the office of | Document Number |
| --- | --- |
| *(signature)* Ross Miller Secretary of State State of Nevada | 20070155950-24 |
| | Filing Date and Time |
| | 02/28/2007 4:23 PM |
| | Entity Number |
| | C8226-1999 |

THE ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors and all directors must be named. Have an officer sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional directors attach a list of them to this form.
3. Return the completed to* with the filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business per NRS 78.155. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 897014201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

**CHECK ONLY IF APPLICABLE**

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | |
| --- | --- | --- | --- |
| Chas. F. Bain | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | St | Zip |
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |
| NAME | TITLE(S) | | |
| Chas. F. Bain | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | St | Zip |
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |
| NAME | TITLE(S) | | |
| Chas. F. Bain | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | St | Zip |
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |
| NAME | TITLE(S) | | |
| Chas. F. Bain | DIRECTOR | | |
| ADDRESS | CITY | St | Zip |
| 1117 Desert Lane Suite 728 | Las Vegas | NV | 89102 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Officer *(signature)*        Title Director        Date 2/20/2007

Nevada Secretary of State Form ANNUAL LIST-PROFIT 2002
Revised on 06/C400

**NEV 000015**

Page: 1  Document Name: untitled

→ not filmed for Copy

NAME: FAHEY FINANCIAL GROUP, INC.

```
FILE TYP/NR.C   008226-1999                          PF4=PAGE<-
 12-23-04 OTHER AMENDMENT
 REINSTATED/REVOKED 09/01/04                                      MTF
 02-03-03 RA REMOVAL
 NEVADA FIRST HOLDINGS, INC.      SUITE 100 A                     RAA
 4535 W. SAHARA AVE              LAS VEGAS         NV 89102       RAA
 12-13-00 CHANGED NAME FROM
 DELTA CONSULTING LTD..                            AJW
 12-13-00         LD TABLE DFHE
 1PG.                                                             AJW
 12-11-00 OTHER AMENDMENT
 REINSTATED, REVOKED 00-03-01                                     SDD
```

```
 CMD?
 PA1=MENU                         PF5=END INQ
```

Date: 08/06/07 Time: 10:53:38

NEV 000016

**STATE OF NEVADA**



*ROSS MILLER*
Secretary of State

*SCOTT W. ANDERSON*
Deputy Secretary
for Commercial Recordings

**OFFICE OF THE**
**SECRETARY OF STATE**

## Copy Request Exception List Fulfillment

**Job Number:**        C20070803-0861
**Reference Number:**  00001465502-23

Online images for the following document numbers were unavailable at the time of your request and are now being provided. We apologize for any inconvenience.

| Document Number | Filing Type | Filing Date/Time | Roll and Frame Numbers | FileNET ID | Note |
|---|---|---|---|---|---|
| C8226-1999-005 | Resident Agent Address Change | 2/3/2003 | | | No online image of this document. |

**Special Handling Instructions:**

8/6 JL REG
CALLED FOR V CODE ON CREDIT CARD OR GOVERNMENT LETTERHEAD
FOR NO CHARGE. LETTERHEAD WAS FAXED.

Respectfully,

ROSS MILLER
Secretary of State

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

**NEV 000017**

# EXHIBIT 3

**Bank of America.**

**REDACTED**

BANK OF AMERICA, N.A. (THE "BANK")

**Corporate Signature Card**

| | |
|---|---|
| Account Number | ___8114 |
| Account Type | BUSINESS ECONOMY CHKG |
| Account Title | FAHEY FINANCIAL GROUP |

☐ Temporary Signature Card

Name of Corporation    FAHEY FINANCIAL GROUP

Tax Identification Number    880488483

By signing below, the above named Corporation agrees that this account is and shall be governed by the terms and conditions set forth in the following documents, as amended from time to time: (1) the Deposit Agreement and Disclosures, (2) the Business Schedule of Fees, (3) the Miscellaneous Fees for Business Accounts and the Corporation further acknowledges the receipt of these documents.

**Substitute Form W-9.** Certification-Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

**Certification Instructions**
You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. (See also IRS Instructions for Form W-9).

☒ Exempt (check if applicable)

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title | Signature |
|---|---|---|
| 1. EASTER ALEXANDER TRAGUSE | Chief Oper. Office. | _____ |
| 2. ALEXANDER J TRAGUSE | PRES. CEO | _____ |
| 3. | | |
| 4. | | |
| 5. | | |

I, the undersigned, hereby certify (1) I am the Secretary or Assistant Secretary of the Corporation named above, (2) the above named person(s) are those person(s) currently empowered to act under the Corporate resolutions authorizing this account and the other banking services provided for therein, (3) that the title and specimen signature set forth opposite the name of each person are true and genuine, and (4) the Substitute Form W-9 certification.

This  13  day of  July  2005 .                    _____
                                                 Secretary/Assistant Secretary

**ATM/Deposit/Check Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Check Cards, I (as authorized by the resolutions which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

_____                                    President
Signature                                Title

**Bank Information**

Date  06/16/2005                         Banking Center Name  SOUTH TAMPA

Associate's Phone Number  800 299-2265   Associate's Name  PAULINE WILSON

NNV
-3-14-900EM 06-2001

55

BOA 001002

# EXHIBIT 4

A.G. EDWARDS & SONS, INC.
One North Jefferson
St. Louis, MO 63103

314/955-3000

**RECEIVED**

**DEC 1 8 2006**

**SEC San Francisco**



**EDWARDS.**

**VIA UPS EXPRESS**
**NEXT DAY DELIVERY**

December 15, 2006

Erin E. Schneider
Attorney
Division of Enforcement
United States Securities and Exchange Commission
San Francisco District Office
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

**REDACTED**

Re:    In the Matter of Fahey Fund, L.P.
       Your File No. SF-3211

Dear Ms. Schneider:

Pursuant to the above-referenced matter, your requests dated December 6, and December 12, 2006, and our recent telephone conversations, enclosed please find the following documents and information from A.G. Edwards & Sons, Inc. ("Edwards") in response to your inquiry.

Enclosed is a CD containing new account documents and monthly statements for International Trade & Data, account no. ▮▮▮▮-4127 (▮▮▮▮3369) from January 2003 through present. Edwards did not identify any other accounts responsive to your requests.

I believe the enclosed information satisfies your request. Upon receipt of your inquiries, Edwards conducted a thorough and diligent search of its records. The information provided is believed, but not guaranteed, to be accurate based on our best efforts, the information provided, and the time permitted. The accuracy of this response would be increased by providing additional information such as tax identification numbers, social security numbers, and/or addresses.

Erin Schneider
December 15, 2006
Page 2

    If you have any questions please feel free to contact me at 314-955-5221.

Sincerely,

Timothy K. Ivey
Regulatory Response Coordinator &
Associate Vice President

TKI/tb

Enclosure

31121506.000

AGE ITD 000002



REDACTED

COPY

PARTNERSHIP AGREEMENT

This Partnership Agreement is made and entered into as of the ___ day of March, 1985 between Arnold Steeg and Alexander James Trabulse.

ADMISSION:

The parties so herein agree to become partners in business together and agree to all of the following terms and conditions:

1. Firm Name: The business of the Partnership shall be conducted under the name of INTERNATIONAL TRADE AND DATA(ITD)

2. Principal Place of Business: The principal place of business of the partnership shall be in San Francisco,California; or at such other place as the partners shall hereinafter determine.

3. Purpose of the Business: The purpose of the partnership will be to buy,sell and otherwise deal in option contracts for the account of the partnership as a market maker/specialist; to otherwise conduct a general commodities and securities business; to provide consultation services in the securities and commodities field; and to engage in any and all activities related or incidental thereto.

AGE ITD 000025



4. **Term:** This partnership shall begin as of the date of this Agreement and shall continue in otherwise provided herein, continue until such time as it shall dissolve.

5. **Dissolution:** The partnership may be terminated and voluntarily dissolved at any time by either of the general partners. On the death, bankruptcy, incompetency, insanity of a partner, the partnership shall terminate and shall be deemed to be in the process of liquidation, provided any remaining partners shall have the right to continue within a reasonable time, any remaining partnership assets for the purpose of winding such assets in the ordinary course of business and not to sell as part of a plan for liquidation. The share of a partner shall revert to someone in event of liability of a partner to conduct business in reasonable manner.

6. **Distribution in liquidation of liquidation:** in the event of the liquidation at dissolution of the partnership for any reason after the payment of or provision for creditors, the assets of the partnership shall be distributed to the respective partners in accordance with each partner's capital account including profits and losses to the date of dissolution computed in accordance herewith.

- 2 -

AGE ITD 000026



AGE ITD 000027



AGE ITD 000028



(2) Records: Proper books of account shall be kept in which there shall be entered all transactions of the Partnership

The books of account shall always be open at any reasonable time for the inspection of any partner, or his duly authorized representative.

(3) Fiscal Year: The fiscal year of the partnership shall be the period ending Dec. 31 in each year.

(4) Devotion of Time/Services, Illness and Skills: Each of the partners shall give his personal attention to the business and devote adequate time and service, best efforts and their skills to the ends of the partnership. Furthermore, as this is a Definite partnership, the partners will put their time in all transactions, remembering this is both their partnership decisions as well as in the blessing in any contact on the partnership, in addition, illness and useful contributions to the aim of getting out the land.

(5) General Restrictions: No partner shall have the right, power or authority to do any of the following without the consent of all the partners:

a) Expend or use any partnership money or property except in any account of or use for the land in the Partnership.

AGE ITD 000029



b) Pledge any of the Partnership's credit or property

(or other than the Partnership purposes);

c) Compromise, settle or release any debt due the Partnership

except upon full payment thereof;

d) Assign the Partnership property in trust for creditors

or on the assignee's promise to pay the debts of the Partnership;

e) Confess judgment against the Partnership, the

Partnership property, or any of the partners.

16) Amendments of Partnership Articles: These articles

may be amended by an agreement of all the partners at any time during

the continuance of the partnership. The agreement may be amended

or modified in whole or in part and any amendment or modification

shall be in writing and signed by each of the partners.

17) Bank and Checks: The partnership shall maintain

checking and saving accounts at such banks as a majority of the

partners shall determine. All funds of the partnership shall be

withdrawn upon the signature of both the first and second several

partners.

18) Notice of Notice to Partners: All notices ...

AGE ITD 000030



COPY

This agreement shall be in writing and shall be effective either by personal delivery or if sent by registered mail or certified mail, return receipt requested, addressed to the last known address of the partner to whom such notice is to be given. Notice sent by mail shall be deemed served twenty-four hours after deposited in the United States mail and issuance of the registered or certified receipt.

(b) Governing Law: This agreement has been executed and shall be governed by and construed under the laws of the State of California.

IN WITNESS WHEREOF the parties hereto have signed this Partnership Agreement on the day and year first above written.

_____
(First General Partner)

_____
(Second General Partner)

AGE ITD 000031



Amendment to the Partnership, International Trade and Data

RE: Distribution of Sale of Membership in the Pacific Stock
Exchange(PSE)

Effective Date: April 1,1987

Insert the following paragraph, which changes all proceeding
references to PSE Membership Sale

" Distribution of Profits, Assets, etc:

The asset known as " Membership in the Pacific
Stock Exchange" is owned solely by First General
Partner[A.Steeg] as of the effective date of this
Amendment, under the following terms and conditions:

1) First General Partner is able to
sell,lease or otherwise utilize said
membership provided first option is given
to Second General Partner [A. James Trabulse].

2) All proceeds of the sale of the seat
up to and including the sum of $75,000.00
(US) will be strictly added to First General
Partner's Share.

3) All proceeds above $75,000.00 are subject
to the 51%-49% split, at the option of the
first General Partner.

4) First General Partner receives net lease
proceeds for a period equal to Second General
Partner's Lease Period. That is a period of
Seven months, but for the sake of consistency
such a full crediting to First General Partner
will expire on Jan 31,1988, assuming such lease
is in effect through that time.

5) If Second General Partner wishes to trade
for his own account, he has the option of leasing
this seat at current market values,or other
arrangements satisfactory to First General Partner.
If such an arrangement is made, all financial
liabilities, percentages, etc., will be formulated
and this Partnership Agreement amendmended
at that time.

6) Second General Partner acquires all rights to
the name of the Partnership upon sale of membership,
and all former agreements are no longer binding,
unless provision is made for such. In other words,
once First General Partner is credited with
proceeds from sale of membership, the Partnership
known as "International Trade and Data" will
be solely owned by Second General Partner,unless
a new covenant and agreement is concluded.

AGE ITD 000032

# EXHIBIT 5

**REDACTED**



# I☘WA GRAIN company

141 W. Jackson, Suite 1520A Chicago, Illinois 60604 • 312-786-9760 (Fax) 312-786-4130

December 22, 2006

**Via Electronic Mail and US Mail**

United States Securities and Exchange Commission
San Francisco District Office
Attn: Ms. Erin E. Schneider
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

ORIGINAL FILE COPY

*RECEIVED DEC 2 6 2006 SEC San Francisco*

Re: In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Ms. Schneider:

Iowa Grain Company ("Iowa Grain") received the subpoena for information issued by the S.E.C. on December 15, 2006. Iowa Grain researched and found documentation responsive to the request in its possession. The documents are as follows:

Exhibit 1 – ITD Trading New Account Application

Exhibit 2 – ITD Trading Partnership Agreement

Exhibit 3 – Additional ITD Trading Account Request Letter

Exhibit 4 – Customer Requests for a Different Broker

Exhibit 5 – Notification of new mailing address

Exhibit 6 – 2003, 2004, 2005 and 2006 Month end Statements for account ████5079, ITD Trading

Exhibit 7 – 2005 and 2006 Month end Statements for account ████5583, ITD Trading

Exhibit 8 – 2006 Month end Statements for account ████5079, ITD Trading

Exhibit 9 – 2003, 2004, 2005 and 2006 Month end Statements for account ████0029, ITD Trading

Exhibit 10 – 2003 and 2004 Month end Statements for account ████5097, ITD Trading

IWG 000009

**Via Electronic Mail and US Mail**
United States Securities and Exchange Commission
Attn: Ms. Erin E. Schneider
December 22, 2006
Re: In the Matter of Fahey Fund, L.P. (SF-3211)
Page 2 of 2

     If you have any questions regarding this response, please contact me at 312-786-4111 or via e-mail at jmg@iowagrain.com.

Sincerely,

Jennifer M. Good
Compliance Officer

IWG 000010


# PARTNERSHIP AGREEMENT FOR ITD Trading

This Partnership Agreement is entered into as of the 13rd Day of July, 1999, between Douglas O'Connor and Jim Trabulse.

## WITNESSETH:

The parties do hereby agree to become partners in business together and agree to all of the following terms and conditions:

1. <u>Firm Name:</u> The Business of the partnership shall be conducted under the name of ITD Trading.

2. <u>Principal Place of Business:</u> The principal place of business of the partnership shall be in San Francisco, Ca., or at such other place as the partners shall hereinafter decide.

3. <u>Purpose of the Business:</u> The Purpose of the partnership will be to buy, sell and otherwise deal in futures contracts, options on futures contracts for the account of the partnership; to otherwise conduct a general commodity business; and to engage in any and all related activities related or incidental thereto.

4. <u>Term:</u> The partnership shall begin as of the date of this agreement and shall, except as otherwise provided herein, continue until January 1, 2005, at which time it shall have a ninety day renewal period, or dissolve.

5. <u>Dissolution:</u> The partnership may be terminated and voluntarily dissolved at any time by either of the general partners. On the death, bankruptcy, insolvency or insanity of a partner the Partnership shall terminate and shall be deemed to be in the process of liquidation, provided any remaining partners shall have the right to develop, within a reasonable time, any remaining partnership assets for the purpose of selling such assets in the ordinary course of business and not solely as a part of a plan at liquidation.

6. <u>Distributions in Liquidation of Dissolution:</u> in the event of the liquidation of dissolution of the partnership for any reason, after the payment of or provision for creditors, the assets of the partnership shall be distributed to the respective partners in accordance with each partner's capital accounts including profits and losses to the date of dissolution computed in accordance herewith and including unrealized appreciation of non-liquidated assets.

7. <u>Capital Contribution:</u> The partnership shall consist of two general partners. The First General Partner, Jim Trabulse, shall be required to contribute to the partnership as follows:

> a) $ 250,000 for initial expenses on July 13, 2002
> b) Additional capital may be contributed at the beginning of each fiscal quarter by the First General Partner in any amount. The Second General Partner, Douglas Sean O'Connor, may also contribute capital to the partnership at the beginning of each quarter, in any amount.

8. <u>Partnership Accounts:</u> An individual income account shall be maintained for each General Partner. Each General Partner's income account shall be increased by the general partner's share of the partnership profits and shall be decreased by the general partner's share of the partnership losses in that account. General Partner #1's allocation of the profits and losses shall be as follows:


EXHIBIT 60

> His share of the profits and losses shall be equal to the of his capital contribution to the partnership divided by the total capital contribution in the partnership times 50%.

General Partner #2's allocation to profits and losses shall be as follows:

> His share of the profits and losses shall be equal to the amount of his capital contribution to the partnership divided by the total capital contribution in the partnership times 50% plus 50%.

9. Partnership Expenses: Expenses of the partnership shall include exchange fees, fees included in the exchange membership agreement salaries, data processing, reasonable travel expenses, accounting expenses, and such incidental costs of conducting business. The expenses directly attributable to a particular trading or income account shall include expenses paid to clearing firms and the comissions paid to floor brokers conducting transactions. All expenses will be approved by the First General Partner.

10. Profits and Losses: The partnership net profit or net loss shall be determined and distributed on an annual basis. Net profits and losses shall be determined in accordance with generally accepted accounting principles and applied consistently with prior periods.

11. Advances and Distribution of Profits: The Second General Partner shall be entitled to an advance against profits of $ 1,500 per month, payable the first of each month and any additional advances agreed to by the two partners.

12. Records: Proper books of accounts shall be kept, in which there shall be entered all transactions of the Partnership. The books of account shall always be open at any reasonable time to the inspection of any partner or his duly authorized representative.

13. Fiscal Year: The fiscal year of the partnership shall be the period ending December 31, in each year.

14. Management: the First General Partner shall manage the partnership.

15. Devotion of Time, Service, Efforts, and Skill: Each of the partners shall give his personal attention to the business and shall devote adequate time and service, best efforts and utmost skills to the best ends of the enterprise.

16: General Restrictions: No partner shall have the right, power, or authority to do any of the following acts without the consent of all the partners:

> a) Expend or use any Partnership money or property except on account of and for the benefit of the Partnership;
> b )Pledge any of the Partnership's credit or property for other than Partnership purposes; except upon full payment thereof;
> c) Compromise, settle or release any debt due the partnership.
> d) Assign the partnership property in trust for creditors or on the assignee s promise to pay the debts of the partnership; or,
> e) Confess judgment against the partnership, the partnership property, or any of the partners

17. Amendment of Partnership Articles: These articles may be amended by an agreement of all the partners at any time during the continuance of the partnership. The agreement may be modified in whole or in part, but any amendment or modification shall be in writing and signed by each of the partners.

18. Banks and Checks: The partnership shall maintain checking and savings accounts at such banks as a majority of the partners shall determine. All funds of the partnership shall be deposited in the partnership name and shall be withdrawn upon the signature of either General Partner.

19. Method of Notice to Partners: All notices under this agreement shall be in writing and shall be effective either by personal delivery or if sent by registered certified mail, return receipt requested, adressed to the last known address of the partner to whom such notice is given. Notice sent by mail should be deemed served twelve (12) hours after deposited in the United States mail and issuance of the registered or certified receipt.

20. Governing Law: This agreement has been executed and shall be governed by and construed under the laws to the State of California.

*Partnership Agreement for ITD D. O.Connor and J. Trabulse*

IN WITNESS WHEREOF the parties hereto have signed this partnership agreement on the day first written above.

_____ 13/July '99
(First General Partner)

_____
(Second General Partner)

On this 13th day of  July 1999      before me personally came _____Douglas O'Connor____ and _____Jim Trabulse_____ known to me to be the individuals described herein and who executed the foregoing instrument, and they duly acknowledged to me that they executed the same.

MY Commission expires___ Jan 1, 2010___

Seal: <copy>

# EXHIBIT 6

```
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:          )

 4   FAHEY FUND, L.P.           )FILE NO. SF--3211-A

 5

 6   WITNESS:  Douglas O'Connor

 7   PAGES:    1 through 151

 8   PLACE:    Securities and Exchange Commission

 9             44 Montgomery Street, Suite 2600

10             San Francisco, CA

11   DATE:     Friday, June 1, 2007

12

13       The above-entitled matter came on for hearing, pursuant

14   to notice, at 1:08 p.m.

15

16

17

18

19

20

21                         COPY

22

23

24           Diversified Reporting Services, Inc.

25                   (202) 467-9200
```

2

1   APPEARANCES:

2

3   On behalf of the Securities and Exchange Commission:

4        ERIN E. SCHNEIDER, ESQ.

5        Division of Enforcement

6        Securities and Exchange Commission

7        44 Montgomery Street, Suite 2600

8        San Francisco, CA 94104

9        415-293-0337

10        Fax 415-705-2501

11

12   On behalf of the Witness:

13        MICHAEL D. CELIO, ESQ.

14        Jordan Van Druff, Assistant

15        Keker & Van Nest LLP

16        710 Sansome Street

17        San Francisco, CA 94111-1704

18        415-391-5400

19        Fax 415-397-7188

20

21

22

23

24

25

64

1          BY MS. SCHNEIDER:

2     Q     You recall signing some sort of partnership

3  agreement?

4     A     Yes, in 2002.  It was in 2002, that's correct,

5  October of 2002.

6     Q     All right.  Do you recall reading that partnership

7  agreement before you signed it?

8     A     Yeah, to some extent I had read it.  I'd signed it

9  when Jim was actually not there, actually Easter was there

10  when it was signed but, Jim had suggested that I sign it over

11  the phone, like he was out in Europe.  So, it's like

12  basically, I mean in some ways, I mean yeah, that's what

13  happened.

14     Q     How did you get the partnership agreement that you

15  remember singing?

16     A     I believe I just got the copy when I signed with

17  Easter.

18     Q     But, how did you get it?

19     A     I just got like a copy in person, like it's the

20  hard copy.  It wasn't emailed to me or anything, it's just

21  like I just got -- I met up with Easter and here it was and I

22  signed it.  I had to send it over to Iowa, to go out there.

23  I mean I ha to send it to Iowa in order to open up a

24  partnership account.

25     Q     Did you, were you the person who sent it to Iowa

1  where it says "Second General Partner" it says "On this 13th

2  day of July 1999, Before me personally came Douglas

3  O'Connor", do you see that?

4        A    Yes.

5        Q    Do you recall going to a notary in connection with

6  that --

7        A    No.  You know, the reason that had gotten put on

8  there, that was the day where Jim and I had started like

9  doing some type of work together, so that's why we put July

10  13th, it wasn't like -- we weren't really partners on July

11  13, 1999, we just put the date on there as a way to

12  commemorate what we thought was the start of this new

13  enterprise or whatever.

14        Q    All right.  So, you were aware, when you signed the

15  partnership agreement, that it was dated in July of 1999?

16        A    I do not recall.

17        Q    How were -- why were you explaining to me that you

18  put the 13th day of July 1999, because that's when you

19  started doing business together?

20        A    I mean that's the day I recognize as the day we did

21  business.

22        Q    Sitting here today you recognize --

23        A    I mean that's when we had started, you know, when I

24  started working.  I sort of got the idea where I was going to

25  start working with him.  At the time of 1999, I mean I don't

1    consider -- we weren't partners, in my mind, until 2002.

2         Q    I hear what you're saying.  I'm just trying to

3    figure out, when you signed the partnership agreement, were

4    you aware that it was dated in July of 1999?

5         A    I do not recall.

6         Q    You don't remember.  Do you recall having

7    discussions with Mr. Trabulse about dating it in 1999?

8         A    I do not.  I remember like what had happened, like

9    you said, well, like previously it had happened, so I

10   basically had signed it, because the account balance had

11   gotten so large over there and Jim was going out of the

12   country so, it's like I just signed it because I had figured,

13   well, you know, it's just something to -- because Jim wanted

14   to keep control of his assets, which I respected that, you

15   know, and that was -- so I just signed it.  And, you know, I

16   took some interest in it but, as time wore on, I used to have

17   another copy of it but, I had gotten -- it seemed like by

18   2005 it was gone, because I just was generally uninterested

19   in the whole partnership.

20        Q    You're saying that the partnership agreement you

21   recall signing, you disposed of it because you weren't

22   interested anymore?

23        A    I was just unhappy.

24        Q    So, sitting here today, you do not have a copy of

25   the partnership agreement that you signed?

150

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

REPORTER'S CERTIFICATE

I Richard Friant, reporter, hereby verify that the foregoing transcript of 149 pages is a complete, true and accurate transcript of the testimony indicated, held on Friday, June 1, 2007, at 44 Montgomery Street, Suite 2600, San Francisco, California, in the matter of: Fahey Fund LP. I further certify that this proceeding was recorded by me and that the foregoing transcript was prepared by Maryann Loverro under my direction.

Date: 6/14/07

Official Reporter: Richard A. Friant

Diversified Reporting Services, Inc.

Diversified Reporting Services, Inc.

Phone: (202)467-9200 Fax: (202)296-9220

151

PROOFREADER'S CERTIFICATE

In the Matter of:  Fahey Fund LP

Witness:  Douglas O'Connor

File Number:  SF-03211-A

Date:  Wednesday, May 30, 2007

Location:  San Francisco, California


    This is to certify that I, <u>Maryann Loverro</u>, do
hereby swear and affirm that the attached proceedings before
the U.S. Securities and Exchange Commission were held
according to the record and that this is the original,
complete, true and accurate transcript that has been compared
to the reporting or recording accomplished at the hearing.


_Maryann Loverro_

6/14/07

# EXHIBIT 7

LAW OFFICES

# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL D. CELIO
MDC@KVN.COM



February 14, 2007

## FOIA CONFIDENTIAL TREATMENT REQUEST

**VIA HAND DELIVERY**

Erin E. Schneider
Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

**VIA FIRST CLASS MAIL**

Office of Freedom of Information and Privacy
Act Operations, SEC
Operations Center
6432 General Green Way
Alexandria, VA 22312-2413

Re:    In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Ms. Schneider and To Whom It May Concern:

Enclosed with the copy of this letter sent to Mr. Schneider of the U.S. Securities and Exchange Commission is the production of documents in response to the subpoenas to Alexander James Trabulse, Fahey Fund, Fahey Financial Group and International Trade & Data dated January 29, 2007.

Pursuant to 17 C.F.R. § 200.83, I request confidential treatment under the Freedom of Information Act of the information submitted to the Commission by the subpoenaed parties. This request is being made in order to protect Mr. Trabulse's personal privacy.

The documents Mr. Trabulse has submitted have been Bates-stamped and marked "Confidential" as required by 17 C.F.R. § 200.83(c)(2). Confidential treatment is requested for each and every document submitted with this letter, i.e. Bates-stamped FAHEY-SEC-000001 to FAHEY-SEC-004120.

Erin E. Schneider;
Office of Freedom of Information
and Privacy Act Operations, SEC
February 14, 2007
Page 2

     If you have any questions about Mr. Trabulse's production or his request for confidential treatment under the Freedom of Information Act, please do not hesitate to contact me at the address and telephone number listed above.

Very truly yours,

MICHAEL D. CELIO

MDC:wik
Enclosures:
(documents with letter sent to Ms. Schneider)
(self addressed stamped envelope with letter sent to Office of Freedom of Information)



# BANK OF THE WEST®

# STATEMENT

SERRAMONTE OFFICE                    00102
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

PAGE        1 OF    1

FAHEY HEDGE FUND, LP
FAHEY FUND
268 BUSH ST STE 4232
SAN FRANCISCO CA 94104-3503

STATEMENT PERIOD
12/01/06 THROUGH 12/31/06

# REDACTED

■■■2573        5 ITEMS ENCLOSED

------------------------------------------------------------

THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.

------------------------------------------------------------

## REGULAR BUSINESS CHECKING ACCOUNT NUMBER ■■■2573

| | | |
|---|---|---|
| BEGINNING BALANCE..........2,859,319.85 | AVERAGE DAILY BALANCE..............2,800,065.00 |
| 3 DEPOSITS..............624,706.98 | LOW BALANCE....................2,090,429.32 |
| 0 CREDITS...................0.00 | YEAR-TO-DATE INTEREST PAID.................0.00 |
| 12 WITHDRAWALS..........1,389,597.51 | YEAR-TO-DATE TAX WITHHELD.................0.00 |
| 2 CHECKS................4,000.00 | ANNUAL PERCENTAGE YIELD EARNED.............0.00 |
| ENDING BALANCE..........2,090,429.32 | INTEREST ACCRUED THIS STATEMENT...........0.00 |

## DEPOSITS

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/11 | 490,000.00 | 12/15 | 25,000.00 | 12/26 | 109,706.98 |

## WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | |
|---|---|---|---|
| 12/04 | 7,000.00 | OUTGOING WIRE | REFERENCE # 061204007331 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/04 | 5,000.00 | OUTGOING WIRE | REFERENCE # 061204006891 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/04 | 1,000.00 | BANK DEBIT 0315666 | |
| 12/06 | 28,000.00 | OUTGOING WIRE | REFERENCE # 061206005623 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/13 | 21,000.00 | OUTGOING WIRE | REFERENCE # 061213007128 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/15 | 517.89 | LOAN PAYMENT | TRANSFER TO LOAN # ■■■0429 |
| 12/18 | 20,000.00 | OUTGOING WIRE | REFERENCE # 061218007404 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/18 | 2,000.00 | BANK DEBIT 0644259 | |
| 12/20 | 750,000.00 | ELECTRONIC DEBIT | FOREIGN EXCHANGE DEBIT    FX 343940 |
| 12/22 | 20,000.00 | OUTGOING WIRE | REFERENCE # 061222008799 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/28 | 497,999.99 | OUTGOING WIRE | REFERENCE # 061228005120 WIRE DEBIT |
| | | | SENDING BANK REFERENCE # NONREF |
| 12/28 | 37,079.63 | BANK DEBIT 0315695 | |

## CHECKS

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9025 | 12/29 | 2,000.00 | 9097* | 12/04 | 2,000.00 | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000343



For Your Protection: Please examine this statement and report any discrepancy within 30 days.    MEMBER FDIC



# BANK OF THE WEST®

## STATEMENT

SERRAMONTE OFFICE                    00102
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

PAGE    1 OF    1

STATEMENT PERIOD
12/09/06 THROUGH 01/09/07

A JAMES TRABULSE
375 3RD AVE
COLMA CA  94014 2956

# REDACTED

█████1031          0 ITEMS ENCLOSED

THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.

PERSONAL CHECK PLAN ACCOUNT NUMBER ████1031

| | |
|---|---|
| BEGINNING BALANCE.................2.08- | AVERAGE DAILY BALANCE.................1,270.00 |
| 0 DEPOSITS....................0.00 | LOW BALANCE.......................2.08- |
| 1 CREDITS....................2,000.00 | YEAR-TO-DATE INTEREST PAID..........0.00 |
| 9 WITHDRAWALS................323.24 | YEAR-TO-DATE TAX WITHHELD...........0.00 |
| 0 CHECKS......................0.00 | ANNUAL PERCENTAGE YIELD EARNED......0.00 |
| ENDING BALANCE...............1,674.68 | INTEREST ACCRUED THIS STATEMENT......0.00 |

DEPOSITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION
12/18     2,000.00 BANK CREDIT 0224413

WITHDRAWALS
DATE.........AMOUNT.TRANSACTION DESCRIPTION

| DATE | AMOUNT | | | | | |
|---|---|---|---|---|---|---|
| 12/18 | 26.90 | DEBIT CARD POS | WWW*EARTHLINK.NET | 800-719-4660 | GA ON | 061218 |
| 12/20 | 29.99 | DEBIT CARD POS | HUSHMAIL.COM 1(877)533 | VANCOUVER | BC ON | 061220 |
| 12/20 | 14.99 | DEBIT CARD POS | HUSHMAIL.COM 1(877)533 | VANCOUVER | BC ON | 061220 |
| 12/21 | 142.56 | DEBIT CARD POS | GTC TELECOM INC | COSTA MESA | CA ON | 061221 |
| 12/21 | 19.95 | DEBIT CARD POS | MAIL.COM | HONG KONG | HK ON | 061221 |
| 01/03 | 59.95 | DEBIT CARD POS | MAIL.COM | HONG KONG | HK ON | 070103 |
| 01/08 | 26.90 | DEBIT CARD POS | WWW*EARTHLINK.NET | 800-719-4660 | GA ON | 070108 |
| 01/09 | 1.00 | POS CHARGE | | | | |
| 01/09 | 1.00 | CHECKSCAN STMT FEE | | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000480



For Your Protection: Please examine this statement and report any discrepancy within 30 days.    MEMBER FDIC



# BANK OF THE WEST ®

## STATEMENT

SERRAMONTE OFFICE                    00102
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

PAGE    1 OF    1

STATEMENT PERIOD
12/09/06 THROUGH 01/09/07

A JAMES TRABULSE
375 3RD AVE
COLMA CA  94014 2956

# REDACTED

████1410          0 ITEMS ENCLOSED

--------------------------------------------------------------------
THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.
--------------------------------------------------------------------

### PERSONAL CHECK PLAN ACCOUNT NUMBER ████1410

| | |
|---|---|
| BEGINNING BALANCE.............2,162.73 | AVERAGE DAILY BALANCE..................1,848.00 |
| 0 DEPOSITS....................0.00 | LOW BALANCE............................1,765.84 |
| 0 CREDITS.....................0.00 | YEAR-TO-DATE INTEREST PAID................0.00 |
| 11 WITHDRAWALS..............397.89 | YEAR-TO-DATE TAX WITHHELD.................0.00 |
| 0 CHECKS......................0.00 | ANNUAL PERCENTAGE YIELD EARNED............0.00 |
| ENDING BALANCE..............1,764.84 | INTEREST ACCRUED THIS STATEMENT..........0.00 |

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | | |
|---|---|---|---|---|---|
| 12/11 | 45.98 | DEBIT CARD POS | AMZ*AMAZON PAYMENTS | AMZN.COM/BILL | WA ON 061211 |
| 12/11 | 26.35 | DEBIT CARD POS | AMZ*AMAZON PAYMENTS | AMZN.COM/BILL | WA ON 061211 |
| 12/11 | 16.46 | DEBIT CARD POS | AMAZON.COM | AMZN.COM/BILL | WA ON 061211 |
| 12/12 | 90.53 | DEBIT CARD POS | AMAZON.COM | AMZN.COM/BILL | WA ON 061212 |
| 12/12 | 84.25 | DEBIT CARD POS | DOVER PUBLICATIONS | 5162947000 | NY ON 061212 |
| 12/12 | 27.95 | DEBIT CARD POS | AMAZON.COM | AMZN.COM/BILL | WA ON 061212 |
| 12/14 | 13.46 | DEBIT CARD POS | AMAZON.COM | AMZN.COM/BILL | WA ON 061214 |
| 12/26 | 49.97 | DEBIT CARD POS | DAVID DEANGELO COMMUNI | 800-749-1325 | CA ON 061225 |
| 12/26 | 19.95 | DEBIT CARD POS | DAVID DEANGELO COMMUNI | 800-749-1325 | CA ON 061225 |
| 01/05 | 21.99 | DEBIT CARD POS | HOSTCENTRIC | 8004678669 | MA ON 070105 |
| 01/09 | 1.00 | CHECKSCAN STMT FEE | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC-000554



For Your Protection: Please examine this statement and report any discrepancy within 30 days.      MEMBER FDIC

# BANK OF THE WEST®

# STATEMENT

SERRAMONTE OFFICE                00102
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

PAGE    1 OF    1

STATEMENT PERIOD
12/01/06 THROUGH 12/31/06

ITD TRADING
747 LEWELLING BLVD 40
SAN LEANDRO CA  94579 2401

**REDACTED**

████0445          6 ITEMS ENCLOSED

---

THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.

---

REGULAR BUSINESS CHECKING ACCOUNT NUMBER ████0445

| | |
|---|---|
| BEGINNING BALANCE...........49,322.53 | AVERAGE DAILY BALANCE.................47,120.00 |
| 0 DEPOSITS.................. 0.00 | LOW BALANCE.......................44,447.53 |
| 0 CREDITS.................. 0.00 | YEAR-TO-DATE INTEREST PAID.............0.00 |
| 0 WITHDRAWALS.............. 0.00 | YEAR-TO-DATE TAX WITHHELD.............0.00 |
| 6 CHECKS..................4,875.00 | ANNUAL PERCENTAGE YIELD EARNED.........0.00 |
| ENDING BALANCE.............44,447.53 | INTEREST ACCRUED THIS STATEMENT..........0.00 |

CHECKS

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2040 | 12/05 | 525.00 | 2043 | 12/15 | 1,000.00 | 2045 | 12/19 | 1,000.00 |
| 2042* | 12/27 | 600.00 | 2044 | 12/08 | 650.00 | 9042* | 12/27 | 1,100.00 |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000624



For Your Protection: Please examine this statement and report any discrepancy within 30 days.    MEMBER FDIC

# BANK OF THE WEST®

# STATEMENT

PAGE     1 OF     1

SERRAMONTE OFFICE                    00102
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

STATEMENT PERIOD
12/01/06 THROUGH 12/31/06

INTERNATIONAL TRADE & DATA LTD
747 LEWELLING BLVD 40
SAN LEANDRO CA  94579 2401

████2375              33 ITEMS ENCLOSED

THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.

## REGULAR BUSINESS CHECKING ACCOUNT NUMBER ████2375

| | | |
|---|---|---|
| BEGINNING BALANCE..............5,532.47 | AVERAGE DAILY BALANCE.................118,818.00 |
| 1 DEPOSITS................10,000.00 | LOW BALANCE........................3,845.74 |
| 1 CREDITS................500,000.00 | YEAR-TO-DATE INTEREST PAID................0.00 |
| 5 WITHDRAWALS...............458.57 | YEAR-TO-DATE TAX WITHHELD.................0.00 |
| 33 CHECKS................503,595.40 | ANNUAL PERCENTAGE YIELD EARNED............0.00 |
| ENDING BALANCE.............11,478.50 | INTEREST ACCRUED THIS STATEMENT...........0.00 |

## DEPOSITS
DATE........AMOUNT TRANSACTION DESCRIPTION
12/04     500,000.00 INCOMING WIRE     REFERENCE # 061204006100 WIRE CREDIT
                                       SENDING BANK REFERENCE # 061204025831

| DATE........AMOUNT | DATE........AMOUNT | DATE........AMOUNT |
|---|---|---|
| 12/29    10,000.00 | | |

## WITHDRAWALS
DATE........AMOUNT TRANSACTION DESCRIPTION
| | | | | | |
|---|---|---|---|---|---|
| 12/01 | 150.00 ELECTRONIC DBT | CSAA | AAA PYMT | 120106 3754 | ARC |
| 12/04 | 12.00 WIRE IN FEE | REFERENCE # 061204006100 WIRE FEES | | | |
| | | SENDING BANK REFERENCE # 061204025831 | | | |
| 12/18 | 56.00 ELECTRONIC DBT | CSAA | AAA PYMT | 121806 3776 | ARC |
| 12/21 | 95.57 ELECTRONIC DBT | VZ WIRELESS ARC | ARC | 122106 3785 | ARC |
| 12/29 | 145.00 ELECTRONIC DBT | CSAA | AAA PYMT | 122906 3798 | ARC |

## CHECKS
| NUMBER..DATE........AMOUNT | NUMBER..DATE........AMOUNT | NUMBER..DATE........AMOUNT |
|---|---|---|
| 3686  12/21      100.00 | 3773* 12/11       44.77 | 3786* 12/22      102.85 |
| 3753* 12/01      400.40 | 3774  12/06      200.00 | 3787  12/22       10.86 |
| 3755* 12/01    1,136.33 | 3775  12/11   490,000.00 | 3788  12/20       21.25 |
| 3758* 12/06      102.85 | 3777* 12/13      225.00 | 3790* 12/20       71.63 |
| 3765* 12/11       65.00 | 3778  12/18      150.07 | 3791  12/20       39.30 |
| 3766  12/04      150.00 | 3779  12/18      199.99 | 3792  12/19      200.00 |
| 3767  12/14       25.00 | 3780  12/13       27.88 | 3793  12/19      100.00 |
| 3768  12/14       25.00 | 3781  12/14      414.37 | 3794  12/29      170.06 |
| 3769  12/11        9.98 | 3782  12/12      200.00 | 3795  12/27       31.90 |
| 3770  12/13       13.64 | 3783  12/14    6,500.00 | 3796  12/26      200.00 |
| 3771  12/11       50.29 | 3784  12/21      106.98 | 3801* 12/29    2,500.00 |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000741



For Your Protection: Please examine this statement and report any discrepancy within 30 days.   MEMBER FDIC



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 3
Account Number: ▆▆▆▆▆▆ 8846
E0 P 0E Enclosures 0      45
Statement Period
12/01/06 through 12/31/06      0060535

‖·|···|···|···|‖‖···|···|···|···|·|·|···|···|‖···|·|·|···|·|·|···|‖
00015747 01 AB  0.317 13    30336 001 SCM999 I1

FAHEY FINANCIAL GROUP
268 BUSH ST STE 4232
SAN FRANCISCO CA 94104-3503

**REDACTED**

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Business Economy Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 12/01/06 through 12/31/06 | Statement Beginning Balance | 19,516.71 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 50,000.00 |
| Number of Withdrawals/Debits | 9 | Amount of Withdrawals/Debits | 4,800.76 |
| Number of Deposited Items | 0 | Statement Ending Balance | 64,715.95 |
| Number of Enclosures | 0 | Average Ledger Balance | 60,863.55 |
| Number of Days in Cycle | 31 | Service Charge | 0.00 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/04 | 50,000.00 | Agent Assisted transfer from Chk 5114 Confirmation# 5258033467 | 956812047506038 |

### Withdrawals and Debits

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/14 | 70.00 | Check Order00336;Des=fee     ;ID=0102030569 Eff Date: 061214;Indn:Fahey Financial Group | 902563481783004 |

**Card Account # 4635 8900 0109 3417:**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 12/04 | 3,367.19 | CheckCard 1201 Haven Home Furnishings | 917412010078099 |
| 12/11 | 678.68 | CheckCard 1209 Best Buy     00001388 | 917412090333843 |
| 12/13 | 103.50 | CheckCard 1211 Selbach European Servic | 917412110233224 |
| 12/18 | 137.03 | CheckCard 1216 Thousand Cranes | 917412160077343 |
| 12/18 | 168.23 | CheckCard 1216 Teance | 917412160364609 |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

♻ Recycled Paper

FAHEY-SEC-004119



**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

Page 1 of 7
Account Number:            5114
ED P  0E Enclosures 9          45
Statement Period
12/01/06 through 12/31/06          0046929

00007109 02 MB   0.563 23    30336 001 SCH999 I1
FAHEY FINANCIAL GROUP
268 BUSH ST STE 4232
SAN FRANCISCO CA 94104-3503

**REDACTED**

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking | 5114 | 914,621.76 | Average | 12-28 | |
| Business Economy Checking | 8846 | 59,039.28 | Average** | 12-28 | |
| **Total Deposit Account Balance** | | | | | **$973,661.04** |

Thank you for banking with us.  With the balances in your account, there is no monthly maintenance fee for your
Business Advantage account this month.

\* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here.  These balances reflect the average or principal balance in your
account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.
\*\* Detailed information about this account is not included in this statement.

Effective with statement cycles beginning on or after 2/1/07, the following changes apply: monthly maintenance fee, $29; average monthly balance to avoid monthly
maintenance fee, $15,000, or combined average monthly balance of $35,000; excess transaction fee, $.45 per item after 400 transactions of any type (checks paid/other
debits/deposited items).

### Business Advantage Checking

#### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 12/01/06 through 12/31/06 | Statement Beginning Balance | 1,045,934.57 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 5,000.00 |
| Number of Withdrawals/Debits | 34 | Amount of Withdrawals/Debits | 205,004.73 |
| Number of Deposited Items | 1 | Statement Ending Balance | 845,929.84 |
| Number of Enclosures | 9 | Average Ledger Balance | 903,738.26 |
| Number of Days in Cycle | 31 | Service Charge | 0.00 |

**Your account has overdraft protection provided by Deposit Account number 0049 6412 8846.**

FOIA CONFIDENTIAL
TREATMENT REQUESTED

Recycled Paper

FAHEY-SEC- 004063



**Bank of America** ®

FAHEY FINANCIAL GROUP

Page 3 of 7
Account Number: 0049 6178 5114
E0 P 0E Enclosures 9          45
Statement Period
12/01/06 through 12/31/06        0046931

HI

## Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 1,045,934.57 | 12/08 | 914,362.52 | 12/20 | 879,725.09 |
| 12/04 | 995,171.48 | 12/11 | 913,677.11 | 12/22 | 849,330.09 |
| 12/05 | 961,599.39 | 12/12 | 913,357.43 | 12/27 | 848,836.01 |
| 12/06 | 948,099.39 | 12/15 | 884,357.43 | 12/28 | 847,369.84 |
| 12/07 | 915,326.39 | 12/19 | 883,523.10 | 12/29 | 845,929.84 |

### Message Center

*Effective 2-16-07, the fee for overdraft and returned items is changing. For the first day your account has an occurrence (a day with at least 1 overdraft item or 1 returned item), the fee for each item is $20. For the second day, and subsequent days your account has an occurrence during the current month and preceding 12 months the fee for each item is $35*

*Fee applies to each overdraft item and each returned item with a maximum of 10 items each day. Sign up for our Overdraft Protection service to transfer available funds from your Bank of America credit card, line of credit, or savings account to help cover an overdraft.*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

Recycled Paper

FAHEY-SEC- 004064

# EXHIBIT 8



# BANK OF THE WEST®

# STATEMENT

SERRAMONTE OFFICE                    00102        PAGE     1 OF     2
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

STATEMENT PERIOD
12/09/06 THROUGH 01/09/07

LAWRENCE SANDERS
JAMES TRABULSE
SAN LEANDRO CA  94579 2401

## REDACTED

■■■5148              0 ITEMS ENCLOSED

------------------------------------------------------------------------
THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.

PERSONAL CHECK PLAN ACCOUNT NUMBER ■■■5148

| | | | |
|---|---|---|---|
| BEGINNING BALANCE | 491.11 | AVERAGE DAILY BALANCE | 615.00 |
| 2 DEPOSITS | 1,470.00 | LOW BALANCE | 179.83 |
| 1 CREDITS | 11.54 | YEAR-TO-DATE INTEREST PAID | 0.00 |
| 5 WITHDRAWALS | 96.95 | YEAR-TO-DATE TAX WITHHELD | 0.00 |
| 10 CHECKS | 1,333.82 | ANNUAL PERCENTAGE YIELD EARNED | 0.00 |
| ENDING BALANCE | 541.88 | INTEREST ACCRUED THIS STATEMENT | 0.00 |

DEPOSITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | |
|---|---|---|---|---|
| 12/13 | 11.54 | POS CREDIT | AMZ*AMAZON PAYMENTS | AMZN.COM/BILL WA ON 061213 |
| DATE | AMOUNT | | DATE | AMOUNT |
| 12/21 | 170.00 | | 12/29 | 1,300.00 |

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | | |
|---|---|---|---|---|
| 12/13 | 5.58 | DEBIT CARD POS | AMZ*AMAZON PAYMENTS | AMZN.COM/BILL WA ON 061218 |
| 12/21 | 50.00 | CHECK IMAGE | 3000 | |
| 12/22 | 8.71 | DEBIT CARD POS | AMZ*AMAZON PAYMENTS | AMZN.COM/BILL WA ON 063222 |
| 12/26 | 31.66 | POS PURCHASE | 003616 PORKYS PORKYS PIZZA PALA SAN LEANDRO CA | |
| 01/09 | 1.00 | POS CHARGE | | |

CHECKS

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 585 | 12/26 | 100.00 | 591 | 12/26 | 40.00 | 596 | 01/09 | 100.00 |
| 586 | 12/12 | 100.00 | 592 | 12/20 | 50.00 | 597 | 01/03 | 758.95 |
| 589* | 01/02 | 50.00 | 593 | 12/20 | 6.87 | 598 | 01/08 | 28.00 |
| 590 | 12/26 | 100.00 | | | | | | |



For Your Protection: Please examine this statement and report any discrepancy within 30 days.     MEMBER FDIC

**BOW 02388**

☞ **IF THIS IS YOUR TIME DEPOSIT ACCOUNT STATEMENT**
Review the information on the reverse. Contact your branch if you have any questions about your account.

☞ **IF THIS IS YOUR CHRISTMAS CLUB ACCOUNT STATEMENT**
Review the information on the reverse. The debit to your checking account will appear on the checking account portion of your statement. Contact your branch if you have any questions about your account.

☞ **IF THIS IS YOUR CHECKING OR SAVINGS ACCOUNT STATEMENT**
To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account.

1. Enter the Ending Balance for the account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. Enter each withdrawal/check made but not listed on the Statement in the Outstanding Withdrawals column.

5. Enter in your register(s) any automatic charges, deposits, or interest appearing on this statement that have not been recorded.

6. ADD any deposits made after the statement period.

7. SUBTRACT Outstanding Withdrawals/Checks Total made after the statement period.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

   * If this balance differs from your register(s), use the following steps to locate the error:

   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charges due for this statement period have been deducted from your register(s).

| | OUTSTANDING WITHDRAWALS | |
|---|---|---|
| NUMBER OR DATE | | AMOUNT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

ENDING BALANCE

DEPOSITS  +

SUBTOTAL

WITHDRAWALS  —

ACCOUNT BALANCE

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
For accounts that are maintained primarily for personal, family or household purposes

If you think your statement or receipt is wrong, or if you need more information about an electronic transfer, contact us as soon as you can. Telephone us at (800) 488-2265, or write us at Bank of the West, PO Box 27792, Concord, CA 94527.
We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Your name and account number.
2. The error or the transfer you are unsure about, including the dollar amount.
3. A detailed explanation of why you believe there is an error, or why you need additional information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts), we will credit your account for the amount you believe is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION ABOUT YOUR GOLD LINE OR ADVANTAGE BANKING CREDIT ACCOUNT

The periodic rate finance charge shown on the front of this statement was figured by applying the daily periodic rate to the product of the average daily balance of your account for the billing cycle times the number of days in the billing cycle. To get the "average daily balance," the Bank took the beginning balance of your account each day, added any new advances and subtracted any new payments and credits and any unpaid finance charges, late charges and annual fees. This gave the Bank the daily balance. Then, the Bank added up all the daily balances for the billing cycle and divided the total by the number of days in the billing cycle. This gave the Bank the "average daily balance."

Payment received more than 5 days past the due date will be assessed a late charge of 5% of minimum payment due (minimum $2.00, maximum $7.00).

### BILLING RIGHTS SUMMARY
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet addressed to Bank of the West, P.O. Box 4002, Concord, CA 94524 as soon as possible. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of the bill that are not in question. While we investigate your questions we cannot report you as delinquent or take any action to collect the amount you question.

140-01910 (03/04)

**BOW 02389**



# BANK OF THE WEST®

# STATEMENT

WASHINGTON MANOR OFFICE          00119        PAGE      1 OF      1
15075 FARNSWORTH ST
SAN LEANDRO CA 94579 800-488-2265

STATEMENT PERIOD
12/01/06 THROUGH 12/31/06

JAMES TRABULSE DBA
DBA SECOND PAGE BOOKS
747 LEWELLING BLVD #38
SAN LEANDRO CA  94579 2401

# REDACTED

■■■■0263          0 ITEMS ENCLOSED

------------------------------------------------------------------------
THANK YOU FOR DOING BUSINESS WITH US.
WE LOOK FORWARD TO CONTINUING TO
SERVE ALL YOUR BANKING NEEDS.

REGULAR BUSINESS CHECKING ACCOUNT NUMBER ■■■■0263

| BEGINNING BALANCE | 93.53 | AVERAGE DAILY BALANCE | 220.00 |
| 1-DEPOSITS | 150.00 | LOW BALANCE | 93.53 |
| 0-CREDITS | 0.00 | YEAR-TO-DATE INTEREST PAID | 0.00 |
| 1-WITHDRAWALS | 11.00 | YEAR-TO-DATE TAX WITHHELD | 0.00 |
| 0-CHECKS | 0.00 | ANNUAL PERCENTAGE YIELD EARNED | 0.00 |
| ENDING BALANCE | 232.53 | INTEREST ACCRUED THIS STATEMENT | 0.00 |

DEPOSITS

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 12/04 | 150.00 | | | | |

WITHDRAWALS

| DATE | AMOUNT | TRANSACTION DESCRIPTION |
|------|--------|-------------------------|
| 12/31 | 11.00 | SERVICE CHARGE |



BOW 02669



For Your Protection: Please examine this statement and report any discrepancy within 30 days.    MEMBER FDIC

☞ **IF THIS IS YOUR TIME DEPOSIT ACCOUNT STATEMENT**
　Review the information on the reverse. Contact your branch if you have any questions about your account.

☞ **IF THIS IS YOUR CHRISTMAS CLUB ACCOUNT STATEMENT**
　Review the information on the reverse. The debit to your checking account will appear on the checking account portion of your statement. Contact your branch if you have any questions about your account.

☞ **IF THIS IS YOUR CHECKING OR SAVINGS ACCOUNT STATEMENT**
　To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account.

| | OUTSTANDING WITHDRAWALS | |
|---|---|---|
| | **NUMBER OR DATE** | **AMOUNT** |

1.　Enter the Ending Balance for the account as shown on the front of the statement.

2.　Compare the items listed on the statement against your register(s).

3.　Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4.　Enter each withdrawal/check made but not listed on the Statement in the Outstanding Withdrawals column.

5.　Enter in your register(s) any automatic charges, deposits, or interest appearing on this statement that have not been recorded.

6.　ADD any deposits made after the statement period.

7.　SUBTRACT Outstanding Withdrawals/Checks Total made after the statement period.

8.　ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

　*　If this balance differs from your register(s), use the following steps to locate the error:

　　a.　Examine the figures used in this reconcilement for accuracy.
　　b.　Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
　　c.　Verify addition and subtraction in your register(s).
　　d.　Verify that any service charges due for this statement period have been deducted from your register(s).

ENDING BALANCE _____

DEPOSITS ＋

SUBTOTAL

WITHDRAWALS −

ACCOUNT BALANCE    TOTAL

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
### For accounts that are maintained primarily for personal, family or household purposes

If you think your statement or receipt is wrong, or if you need more information about an electronic transfer, contact us as soon as you can. Telephone us at (800) 488-2265, or write us at Bank of the West, PO Box 27792, Concord, CA 94527.
We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1.　Your name and account number.
2.　The error or the transfer you are unsure about, including the dollar amount.
3.　A detailed explanation of why you believe there is an error, or why you need additional information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts), we will credit your account for the amount you believe is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

### IMPORTANT INFORMATION ABOUT YOUR GOLD LINE OR ADVANTAGE BANKING CREDIT ACCOUNT

The periodic rate finance charge shown on the front of this statement was figured by applying the daily periodic rate to the product of the average daily balance of your account for the billing cycle times the number of days in the billing cycle. To get the "average daily balance," the Bank took the beginning balance of your account each day, added any new advances and subtracted any new payments and credits and any unpaid finance charges, late charges and annual fees. This gave the Bank the daily balance. Then, the Bank added up all the daily balances for the billing cycle and divided the total by the number of days in the billing cycle. This gave the Bank the "average daily balance."

Payment received more than 5 days past the due date will be assessed a late charge of 5% of minimum payment due (minimum $2.00, maximum $7.00).

### BILLING RIGHTS SUMMARY
#### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet addressed to Bank of the West, P.O. Box 4002, Concord, CA 94524 as soon as possible. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

(1)　Your name and account number.
(2)　The dollar amount of the suspected error.
(3)　Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of the bill that are not in question. While we investigate your questions we cannot report you as delinquent or take any action to collect the amount you question.

140-01910 (03/04)

BOW 02670



# BANK OF THE WEST®

# STATEMENT

SERRAMONTE OFFICE                00102          PAGE      1 OF      1
321 GELLERT BLVD
DALY CITY CA 94015-2369 800-488-2265

STATEMENT PERIOD
12/01/06 THROUGH 12/31/06

MAGDELAIN PRESERVATION FOUNDATION
268 BUSH STREET 4232
SAN FRANCISCO CA  94104 3503

# REDACTED

▆▆▆0361          0 ITEMS ENCLOSED

-------------------------------------------------------------------------
         THANK YOU FOR DOING BUSINESS WITH US.
         WE LOOK FORWARD TO CONTINUING TO
         SERVE ALL YOUR BANKING NEEDS.
-------------------------------------------------------------------------
          REGULAR BUSINESS CHECKING ACCOUNT NUMBER ▆▆▆0361

BEGINNING BALANCE...............486.20      AVERAGE DAILY BALANCE....................486.00
    0 DEPOSITS...................0.00       LOW BALANCE..............................486.20
    0 CREDITS....................0.00       YEAR-TO-DATE INTEREST PAID.................0.00
    0 WITHDRAWALS................0.00       YEAR-TO-DATE TAX WITHHELD..................0.00
    0 CHECKS.....................0.00       ANNUAL PERCENTAGE YIELD EARNED.............0.00
ENDING BALANCE..................486.20      INTEREST ACCRUED THIS STATEMENT............0.00

**BOW 02783**


EQUAL HOUSING LENDER

**For Your Protection:** Please examine this statement and report any discrepancy within 30 days.          MEMBER FDIC

☞ **IF THIS IS YOUR TIME DEPOSIT ACCOUNT STATEMENT**
   Review the information on the reverse. Contact your branch if you have any questions about your account.

☞ **IF THIS IS YOUR CHRISTMAS CLUB ACCOUNT STATEMENT**
   Review the information on the reverse. The debit to your checking account will appear on the checking account portion of your statement. Contact your branch if you have any questions about your account.

☞ **IF THIS IS YOUR CHECKING OR SAVINGS ACCOUNT STATEMENT**
   To reconcile this statement to your register(s), the following steps are recommended. Contact your branch if you have any questions about your account.

**OUTSTANDING WITHDRAWALS**

| NUMBER OR DATE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

1. Enter the Ending Balance for the account as shown on the front of the statement.

2. Compare the items listed on the statement against your register(s).

3. Check off each matching item listed in your register(s). Verify deposits shown on the statement with your records.

4. Enter each withdrawal/check made but not listed on the Statement in the Outstanding Withdrawals column.

5. Enter in your register(s) any automatic charges, deposits, or interest appearing on this statement that have not been recorded.

6. ADD any deposits made after the statement period.

7. SUBTRACT Outstanding Withdrawals/Checks Total made after the statement period.

8. ACCOUNT BALANCE(S) SHOULD AGREE WITH YOUR REGISTER BALANCE(S).

   * If this balance differs from your register(s), use the following steps to locate the error:

   a. Examine the figures used in this reconcilement for accuracy.
   b. Examine last month's reconcilement for difference adjustments, charges not deducted, interest not added, etc.
   c. Verify addition and subtraction in your register(s).
   d. Verify that any service charges due for this statement period have been deducted from your register(s).

ENDING BALANCE _____

DEPOSITS +_____

SUBTOTAL _____

WITHDRAWALS _____

ACCOUNT BALANCE _____

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**
For accounts that are maintained primarily for personal, family or household purposes

If you think your statement or receipt is wrong, or if you need more information about an electronic transfer, contact us as soon as you can. Telephone us at (800) 488-2265, or write us at Bank of the West, PO Box 27792, Concord, CA 94527.
We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Your name and account number.
2. The error or the transfer you are unsure about, including the dollar amount.
3. A detailed explanation of why you believe there is an error, or why you need additional information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts), we will credit your account for the amount you believe is in error. This will allow you to have use of the money during the time it takes us to complete our investigation.

---

**IMPORTANT INFORMATION ABOUT YOUR GOLD LINE OR ADVANTAGE BANKING CREDIT ACCOUNT**

The periodic rate finance charge shown on the front of this statement was figured by applying the daily periodic rate to the product of the average daily balance of your account for the billing cycle times the number of days in the billing cycle. To get the "average daily balance," the Bank took the beginning balance of your account each day, added any new advances and subtracted any new payments and credits and any unpaid finance charges, late charges and annual fees. This gave the Bank the daily balance. Then, the Bank added up all the daily balances for the billing cycle and divided the total by the number of days in the billing cycle. This gave the Bank the "average daily balance."

Payment received more than 5 days past the due date will be assessed a late charge of 5% of minimum payment due (minimum $2.00, maximum $7.00).

**BILLING RIGHTS SUMMARY**
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet addressed to Bank of the West, P.O. Box 4002, Concord, CA 94524 as soon as possible. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of the bill that are not in question. While we investigate your questions we cannot report you as delinquent or take any action to collect the amount you question.

140-01910 (03/04)

BOW 02784

# EXHIBIT 9


**BNP PARIBAS**

BANQUE DE DETAIL EN France
CONFORMITE
Dossier suivi par François BOIZETTE          le 26/06/2007
Tel : 01 40 14 35 22

```
AMF-D.E.S.M.
   ARRIVÉE
 2 7 JUIN 2007
N°  € 46697
```

Mme Murielle DULIC
Autorité des Marchés Financiers
17 Place de la BOURSE
75082 PARIS CEDEX 2

Objet : Enquête AMF sur le titre FAHEY FUND – Comptes de M. Alexander TRABULSE et Mme Catherine O'RILEY

Madame,

En réponse à votre demande reçue le 08 juin dernier, et suite à notre entretien téléphonique du 22 juin, nous vous prions de bien vouloir trouver ci après les éléments d'enquête recherchés concernant M. TRABULSE et Mme O'RILEY.

**Concernant Mr TRABULSE**

Vous trouverez ci-joint :
- Les relevés de compte du 01/01/2004 au 31/03/2007.
- Les documents d'ouverture de compte et de dépôt de signature.
- La photocopie de 43 Chèques débités à ce compte.
- La photocopie d'un retrait espèces du 13/09/2004.

Il reste 32 photocopies de chèques que nous vous adresserons au fur et à mesure de leur réception.

**Concernant Mme O'RILEY**

Vous trouverez ci-joint :
- Les relevés de compte du 01/01/2004 au 31/03/2007
- Les documents d'ouverture de compte.

Ce compte fonctionnant peu, aucune photocopie d'opération n'est à demander pour expliquer les relevés de compte.
Nous vous adresserons le document de dépôt de dépôt de signature dès que possible.

Restant à votre disposition pour tout renseignement complémentaire que vous pourriez souhaiter, nous vous prions d'agréer, Madame, l'assurance de nos salutations distinguées.

François BOIZETTE
Adjoint au RCSI

CONFIDENTIAL PURSUANT TO
SECTION 24 (d)
00001

BNP PARIBAS - SA au capital de 1.865.756.980 euros - Immatriculée sous le n° 662 042 449 RCS Paris
Siège social : 16, boulevard des Italiens 75009 Paris – www.bnpparibas.com

**BNP PARIBAS**

**DUPLICATA DE RELEVE DE COMPTE**

du 30 novembre 2006 au 31 décembre 2006

MONSIEUR ALEXANDER TRABULSE

375 THIRD AVENUE

USA DALY CITY 94014

**REDACTED**

Domiciliation

Agence : PARIS CH ELY IN (02712)

Compte : ▓▓▓▓▓▓9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| | **SOLDE CREDITEUR AU 30.11.2006** | | | **3.019,81** |
| | Assurance Auto et Assurance Habitation. Comparez les prix et les garanties pour choisir l'assurance la plus adaptee a vos besoins et a votre budget. Demandez un Diagnostic Protection des Biens. Quelques minutes suffisent et c'est gratuit Renseignez-vous vite aupres de votre conseiller BNP Paribas. | | | |
| 04.12 | RETRAIT DAB 30/11/06 BANK OF THE WE/ DALY CIT   CARTE ▓▓▓▓4109 US   500USD  + COMMISSION :  9,06EUR | 30.11 | 386,99 | |
| 04.12 | *COMMISSIONS COMMISSION ESPRIT LIBRE | 04.12 | 10,28 | |
| 05.12 | CHEQUE 7557882 | 05.12 | 640,00 | |
| 12.12 | RETRAIT DAB 10/12/06 BANK OF THE WE/ DALY CIT   CARTE ▓▓▓▓4109 US   500USD  + COMMISSION : : 9,05EUR | 10.12 | 386,44 | |
| 13.12 | PRELEVEMENT   FT INTERNET ORANGE NUM 422262 ECH 13.12.06 REF 111751388 11242402132WFE | 13.12 | 93,98 | |
| 15.12 | CHEQUE 7557887 | 15.12 | 3.000,00 | |
| 29.12 | FACTURE CARTE DU 191206 ELEMENTS CARTE ▓▓▓▓2948 USA   20,66USD+COMMISSION: 1,25 EUR | 29.12 | 16,93 | |
| 29.12 | FACTURE CARTE DU 191206 BODY TIME-10 CARTE ▓▓▓▓2948 USA   28,28USD+COMMISSION: 1,42 EUR | 29.12 | 22,88 | |
| 29.12 | FACTURE CARTE DU 191206 FARLEAVES TEA I CARTE ▓▓▓▓2948 USA   29,89USD+COMMISSION: 1,46 EUR | 29.12 | 24,14 | |
| 29.12 | FACTURE CARTE DU 181206 NAPA GENERAL ST CARTE ▓▓▓▓2948 USA   29,96USD+COMMISSION: 1,46 EUR | 29.12 | 24,19 | |
| 29.12 | FACTURE CARTE DU 121206 PIZZA AZZURRO CARTE ▓▓▓▓2948 USA   31,68USD+COMMISSION: 1,50 EUR | 29.12 | 25,51 | |

CONFIDENTIAL PURSUANT TO SECTION 24 (d)

00122

Page    1

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net


**BNP PARIBAS**

**DUPLICATA DE RELEVE DE COMPTE**

du 30 novembre 2006 au 31 décembre 2006

MONSIEUR ALEXANDER TRABULSE

**REDACTED**

Domiciliation

Agence :  PARIS CH ELY IN (02712)

Compte :  ████████9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| 29.12 | FACTURE CARTE DU 111206 HANCOCK FABRICS<br>CARTE ███████2948<br>USA   32,41USD+COMMISSION: 1,51 EUR | 29.12 | 26,01 | |
| 29.12 | FACTURE CARTE DU 161206 CHOCOLAT<br>CARTE ███████2948<br>USA   39,75USD+COMMISSION: 1,68 EUR | 29.12 | 32,06 | |
| 29.12 | FACTURE CARTE DU 091206 WHOLEFDS BRK 10<br>CARTE ███████2948<br>USA   40,56USD+COMMISSION: 1,69 EUR | 29.12 | 32,30 | |
| 29.12 | FACTURE CARTE DU 011206 CHA-AM THAI RES<br>CARTE ███████2948<br>USA   50,21USD+COMMISSION: 1,89 EUR | 29.12 | 39,62 | |
| 29.12 | FACTURE CARTE DU 191206 MRS. DALLOWAY S<br>CARTE ███████2948<br>USA   53,29USD+COMMISSION: 1,97 EUR | 29.12 | 42,40 | |
| 29.12 | FACTURE CARTE DU 261106 WHOLEFDS JEN 10<br>CARTE ███████2948<br>USA   54,66USD+COMMISSION: 2,01 EUR | 29.12 | 43,82 | |
| 29.12 | FACTURE CARTE DU 231206 RAINBOW GROCERY<br>CARTE ███████2948<br>USA   58,00USD+COMMISSION: 2,08 EUR | 29.12 | 46,30 | |
| 29.12 | FACTURE CARTE DU 281106 SHACKFORD S<br>CARTE ███████2948<br>USA   59,25USD+COMMISSION: 2,11 EUR | 29.12 | 47,12 | |
| 29.12 | FACTURE CARTE DU 231206 CESAR<br>CARTE ███████2948<br>USA   83,51USD+COMMISSION: 2,65 EUR | 29.12 | 66,33 | |
| 29.12 | FACTURE CARTE DU 201206 TRADER JOE S .1<br>CARTE ███████2948<br>USA   84,71USD+COMMISSION: 2,67 EUR | 29.12 | 67,06 | |
| 29.12 | FACTURE CARTE DU 051206 RAINBOW GROCERY<br>CARTE ███████2948<br>USA   87,82USD+COMMISSION: 2,71 EUR | 29.12 | 68,62 | |
| 29.12 | FACTURE CARTE DU 191206 THE GARDENER BE<br>CARTE ███████2948<br>USA   88,63USD+COMMISSION: 2,75 EUR | 29.12 | 69,99 | |
| 29.12 | FACTURE CARTE DU 191206 GLOBAL EXCHANGE<br>CARTE ███████2948<br>USA   91,13USD+COMMISSION: 2,81 EUR | 29.12 | 71,99 | |

CONFIDENTIAL PURSUANT TO<br>SECTION 24 (d)<br>00123

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris
Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net

# BNP PARIBAS

**DUPLICATA DE RELEVE DE COMPTE**

du 30 novembre 2006 au 31 décembre 2006

MONSIEUR ALEXANDER TRABULSE

**REDACTED**

Domiciliation

Agence : PARIS CH ELY IN (02712)

Compte : ██████████9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| 29.12 | FACTURE CARTE DU 081206 CAFE JAPAN CARTE ████████2948 USA  102,65USD+COMMISSION: 3,05 EUR | 29.12 | 80,53 | |
| 29.12 | FACTURE CARTE DU 151206 FARLEAVES TEA I CARTE ████████2948 USA  117,18USD+COMMISSION: 3,40 EUR | 29.12 | 92,95 | |
| 29.12 | FACTURE CARTE DU 221206 PRATHER RANCH M CARTE ████████2948 USA  130,49USD+COMMISSION: 3,69 EUR | 29.12 | 103,19 | |
| 29.12 | FACTURE CARTE DU 201206 ELEPHANT PHARMA CARTE ████████2948 USA  140,42USD+COMMISSION: 3,90 EUR | 29.12 | 110,64 | |
| 29.12 | FACTURE CARTE DU 191206 TEANCE CARTE ████████2948 USA  147,00USD+COMMISSION: 4,04 EUR | 29.12 | 115,63 | |
| 29.12 | FACTURE CARTE DU 161206 SADDLES CARTE ████████2948 USA  156,34USD+COMMISSION: 4,26 EUR | 29.12 | 123,74 | |
| 29.12 | FACTURE CARTE DU 151206 ARTICLE PRACT CARTE ████████2948 USA  181,23USD+COMMISSION: 4,82 EUR | 29.12 | 143,32 | |
| 29.12 | FACTURE CARTE DU 271106 THE BLACK CAT CARTE ████████2948 USA  184,04USD+COMMISSION: 4,87 EUR | 29.12 | 145,23 | |
| 29.12 | FACTURE CARTE SUIVANT RELEVE DU 22122006 | 29.12 | 6.566,88 | |
| 29.12 | COMMISSIONS PERCUES POUR TRAITEMENT PARTICULIER D OPERATIONS DU 15/12 AU 15/ 12 | 31.12 | 6,69 | |

Rappel : votre numero client est le : ████0835
Il vous permet de gerer vos comptes et effectuer vos operations courantes
aupres du Centre de Relations Clients au 0 820 820 001 (0,12 Euro / min)
et complete de votre code secret, sur Internet www.bnpparibas.net,
sur votre mobile a l'adresse mobile.bnpparibas.net ou sur Minitel
Pour obtenir votre code secret, contactez votre conseiller.
La tarification d'Esprit Libre change. A ce titre, le montant
qui vous sera facture a partir du     01/04/2007 et preleve au debut du
mois suivant sera de 10,12 Euros.
Ce tarif ne prend pas en compte les eventuelles promotions en cours qui
s'appliquent a votre contrat.

| | Débit | Crédit |
|---|-------|--------|
| TOTAL DES MONTANTS | 12.773,76 | 0,00 |
| SOLDE DEBITEUR  AU 31.12.2006 | 9.753,95 | |

SAUF ERREUR OU OMISSION. Conformement à l'usage et sauf observation de votre part dans un delai de deux mois à l'agence qui tient votre compte,
nous considererons que vous avez approuvé le présent document ainsi que le nouveau solde qui en résulte.

CONFIDENTIAL PURSUANT TO
SECTION 24 (d)
00124

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris
Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net

# EXHIBIT 10

BNP PARISBAS

RETAIL BANKING IN France
Compliance
File belonging to François BOIZETTE                                    June 26, 2007
Telephone: 01.40.14.35.22

[stamp]
AMF[1]-D.E.S.M.[2]
RECEIVED
June 27, 2007
No. E 46697

                                   Ms. Murielle DULIC
                                   Autorité des Marchés Financiers[3]
                                   17 Place de la BOURSE
                                   75082 PARIS CEDEX 2

Subject: AMF investigation into the FAHEY FUND fund [sic] – Accounts of Mr. Alexander TRABULSE and Mrs.
Catherine O'RILEY

Madam,

En response to your request received June 8 of this year, and following our telephone conversation on June 22, please find
enclosed the items sought for the investigation regarding Mr. TRABULSE and Mrs. O'Riley.

**Regarding Mr. TRABULSE**

You will find enclosed:
  - Account statements from 1/1/2004 through 3/31/2007.
  - Documents related to the account's opening and the signature card.
  - The photocopy of 43 checks debited from this account.
  - The photocopy of a cash withdrawal dated 9/13/2004.

There are also 32 photocopies of checks that we will send to you as they are received.

**Regarding Mrs. O'RILEY**

You will find enclosed:
  - Account statements from 1/1/2004 through 3/31/2007
  - Documents related to the account's opening.

This account has little activity, there are no photocopies of transactions to request to clarify the account statements.
We will send you the signature card card [sic] document as soon as possible.

At your disposition for any additional information that you would like, with best regards,

                                   François BOIZETTE
                                   Assistant RCSI[4]

                                   [Signature]

---

[1] AMF = *Autorité des Marchés Financiers* – see footnote below.
[2] DESM = *Direction des Enquêtes et de la Surveillance des Marchés* – Office of Investigations and of Market Montitoring.
[3] Literal translation is *Financial Markets Authority*, however, even in English, this entity is also referred to as the *Autorité
des Marchés Financiers* (AMF). This institution is similar to the U.S. Securities and Exchange Commission.
[4] RCSI = *Responsable de la conformité pour les services d'investissement* – Officer in Charge of Investment Services
Compliance

CONFIDENTIAL
Pursuant to Section 24(d)
00001

BNP PARISBAS – SA with capital of 1,865,756,980 Euros – Registered in the Paris Corporate and Trade Register under
number 662 042 449
Headquarters: 16, boulevard des Italiens 75009 Paris – www.bnpparibas.com

# REDACTED

**BNP PARIBAS**

**DUPLICATE ACCOUNT STATEMENT**
November 30, 2006 to December 31, 2006
MR. ALEXANDER TRABULSE
375 THIRD AVENUE

Domiciliation
Branch: PARIS CH ELY IN (02712)
Account: ▇▇▇▇▇▇9885

USA DALY CITY 94014

**Account currency: Euros**

| Date[65] | Nature of transactions | Value | Debit | Credit |
|---|---|---|---|---|
| | **POSITIVE BALANCE ON 11/30/2006** | | | **3,019.81** |
| | Auto Insurance and Home Insurance<br>Compare the prices and guarantees to choose the insurance that best meets your needs and your budget. Ask for an Asset Protection Evaluation. It only takes a few minutes and it's free. Ask for more information from your BNP Paribas advisor | | | |
| 12/4 | BANK CARD WITHDRAWAL 11/30/06 BANK OF THE WE/ DALY CITY    CARD ▇▇▇▇▇4109<br>US 500 USD + COMMISSION 9.06 EUROS | 11/30 | 386.99 | |
| 12/4 | COMMISSIONS FREE SPIRIT COMMISSION | 12/4 | 10.28 | |
| 12/5 | CHECK 7557882 | 12/5 | 640.00 | |
| 12/12 | BANK CARD WITHDRAWAL 12/10/06 BANK OF THE WE/ DALY CITY    CARD ▇▇▇▇▇4109<br>US 500 USD + COMMISSION 9.05 EUROS | 12/10 | 386.44 | |
| 12/13 | FT INTERNET ORANGE WITHDRAWAL<br>NUM 422262 DEADLINE 12/13/06 REF 111751388<br>1124202132WFE | 12/13 | 93.98 | |
| 12/15 | CHECK 7557887 | 12/15 | 3,000.00 | |
| 12/29 | CARD INVOICE FOR 12/19/06 ELEMENTS<br>CARD ▇▇▇▇▇2948<br>USA 20.66 USD + COMMISSION 1.25   EUROS | 12/29 | 16.93 | |
| 12/29 | CARD INVOICE FOR 12/19/06 BODY TIME -10<br>CARD ▇▇▇▇▇2948<br>USA 28.28 USD + COMMISSION 1.42   EUROS | 12/29 | 22.88 | |
| 12/29 | CARD INVOICE FOR 12/19/06 FARLEAVES TEA I<br>CARD ▇▇▇▇▇2948<br>USA 28.89 USD + COMMISSION 1.46   EUROS | 12/29 | 24.14 | |
| 12/29 | CARD INVOICE FOR 12/18/06 NAPA GENERAL ST<br>CARD ▇▇▇▇▇2948<br>USA 29.96 USD + COMMISSION 1.46   EUROS | 12/29 | 24.19 | |
| 12/29 | CARD INVOICE FOR 12/12/06 PIZZA AZZURRO<br>CARD ▇▇▇▇▇2948<br>USA 31.68 USD + COMMISSION 1.50   EUROS | 12/29 | 25.51 | |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
00122

Page   1

BNP PARIBAS S.A. with capital of 1,865,756,908 Euros. 16, boulevard des Italiens- 75009 Paris. Registered in the Paris Corporate and Trade Register under number 662 042 449. E.C. Identifier FR76662042449- Customer Relations Center: 0 820 820 001 (0.12 Euros/minute) -3615 BNP PARIBAS (0.15 Euros/min) www.bnpparibas.net

---

65 Translator's Note: Characters on left side of page are cut off

# REDACTED

**BNP PARIBAS**

**DUPLICATE ACCOUNT STATEMENT**
November 30, 2006 to December 31, 2006

MR. ALEXANDER TRABULSE

Domiciliation
Branch: PARIS CHAMPS EL (00804)
Account: ⬛⬛⬛⬛9885

Account currency: Euros

| Date | Nature of transactions | Value | Debit | Credit |
|------|------------------------|-------|-------|--------|
| 12/29 | CARD INVOICE FOR 12/11/06 HANCOCK FABRICS<br>CARD ⬛⬛⬛⬛2948<br>USA 32.41 USD + COMMISSION 1.51  EUROS | 12/29 | 26.01 | |
| 12/29 | CARD INVOICE FOR 12/16/06 CHOCOLAT<br>CARD ⬛⬛⬛⬛2948<br>USA 39.75 USD + COMMISSION 1.68  EUROS | 12/29 | 32.06 | |
| 12/29 | CARD INVOICE FOR 12/9/06 WHOLEFDS BRK 10<br>CARD ⬛⬛⬛⬛2948<br>USA 40.56 USD + COMMISSION 1.69  EUROS | 12/29 | 32.30 | |
| 12/29 | CARD INVOICE FOR 12/1/06 CHA-AM THAI RES<br>CARD ⬛⬛⬛⬛2948<br>USA 50.21 USD + COMMISSION 1.89  EUROS | 12/29 | 39.62 | |
| 12/29 | CARD INVOICE FOR 12/19/06 MRS DALLOWAY S.<br>CARD ⬛⬛⬛⬛2948<br>USA 53.29 USD + COMMISSION 1.97  EUROS | 12/29 | 42.40 | |
| 12/29 | CARD INVOICE FOR 11/26/06 WHOLEFDS JEN 10<br>CARD ⬛⬛⬛⬛2948<br>USA 54.66 USD + COMMISSION 2.01  EUROS | 12/29 | 43.82 | |
| 12/29 | CARD INVOICE FOR 12/23/06 RAINBOW GROCERY<br>CARD ⬛⬛⬛⬛2948<br>USA 58.00 USD + COMMISSION 2.08  EUROS | 12/29 | 46.30 | |
| 12/29 | CARD INVOICE FOR 11/29/06 SHACKFORD S<br>CARD ⬛⬛⬛⬛2948<br>USA 59.25 USD + COMMISSION 2.11  EUROS | 12/29 | 47.12 | |
| 12/29 | CARD INVOICE FOR 12/23/06 CESAR<br>CARD ⬛⬛⬛⬛2948<br>USA 83.51 USD + COMMISSION 2.65  EUROS | 12/29 | 66.33 | |
| 12/29 | CARD INVOICE FOR 12/20/06 TRADER JOE S 1<br>CARD ⬛⬛⬛⬛2948<br>USA 84.71 USD + COMMISSION 2.67  EUROS | 12/29 | 67.06 | |
| 12/29 | CARD INVOICE FOR 12/5/06 RAINBOW GROCERY<br>CARD ⬛⬛⬛⬛2948<br>USA 87.82 USD + COMMISSION 2.71  EUROS | 12/29 | 68.62 | |
| 12/29 | CARD INVOICE FOR 12/19/06 THE GARDENER BE<br>CARD ⬛⬛⬛⬛2948<br>USA 88.63 USD + COMMISSION 2.75  EUROS | 12/29 | 69.99 | |
| 12/29 | CARD INVOICE FOR 12/19/06 GLOBAL EXCHANGE<br>CARD ⬛⬛⬛⬛2948<br>USA 91.13 USD + COMMISSION 2.81  EUROS | 12/29 | 71.99 | |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
000123

BNP PARIBAS S.A. with capital of 1,865,756,908 Euros. 16, boulevard des Italiens- 75009 Paris. Registered in the Paris
Corporate and Trade Register under number 662 042 449. E.C. Identifier FR76662042449- Customer Relations Center: 0
820 820 001 (0.12 Euros/minute) -3615 BNP PARIBAS (0.15 Euros/min) www.bnpparibas.net

**BNP PARIBAS**

MR. ALEXANDER TRABULSE

**DUPLICATE ACCOUNT STATEMENT**
November 30, 2006 to December 31, 2006

**REDACTED**

Domiciliation
Branch: PARIS CHAMPS EL (00804)
Account: ███████9885

Account currency: Euros

| Date | Nature of transactions | Value | Debit | Credit |
|------|------------------------|-------|-------|--------|
| 12/29 | CARD INVOICE FOR 12/8/06 CAFE JAPAN CARD ████████2948 USA 102.65 USD + COMMISSION 3.05  EUROS | 12/29 | 80.53 | |
| 12/29 | CARD INVOICE FOR 12/15/06 FARLEAVES TEA I CARD ████████2948 USA 117.18 USD + COMMISSION 3.40  EUROS | 12/29 | 92.95 | |
| 12/29 | CARD INVOICE FOR 12/22/06 PRATHER RANCH M CARD ████████2948 USA 130.49 USD + COMMISSION 3.69  EUROS | 12/29 | 103.19 | |
| 12/29 | CARD INVOICE FOR 12/20/06 ELEPHANT PHARMA CARD ████████2948 USA 140.42 USD + COMMISSION 3.90  EUROS | 12/29 | 110.64 | |
| 12/29 | CARD INVOICE FOR 12/19/06 TEANCE CARD ████████2948 USA 147.00 USD + COMMISSION 4.04  EUROS | 12/29 | 115.63 | |
| 12/29 | CARD INVOICE FOR 12/16/06 SADDLES CARD ████████2948 USA 156.34 USD + COMMISSION 4.26  EUROS | 12/29 | 123.74 | |
| 12/29 | CARD INVOICE FOR 12/15/06 ARTICLE PRACT CARD ████████2948 USA 181.23 USD + COMMISSION 4.82  EUROS | 12/29 | 143.32 | |
| 12/29 | CARD INVOICE FOR 11/27/06 THE BLACK CAT CARD ████████2948 USA 184.04 USD + COMMISSION 4.87  EUROS | 12/29 | 145.23 | |
| 12/29 | CARD INVOICE FOLLOWING WITHDRAWAL OF 12/22/2006 | 12/29 | 6,566.88 | |
| 12/29 | COMMISSIONS COLLECTED FOR INDIVIDUAL PROCESSING OF TRANSACTIONS FROM 12/15 TO 12/15 | 12/29 | 6.69 | |

Reminder: your customer number is: ████0835
It allows you to manage your accounts and complete your current transactions
by telephone at 0 820 820 001 (0.12 Euros/min) BNP PARIBAS Customer
Relations Center and by using your secret code, on the Internet at
www.bnpparibas.net, on your cell phone at mobile.bnpparibas.net or on the
Minitel. To obtain your secret code, contact your advisor

Free Spirit pricing is changing. The amount withdrawn from your account as
of 4/1/2007 will be 10.12 Euros. This rate does not include possible ongoing
promotions which apply to your account.

| | | | |
|------|------|------|------|
| **TOTAL AMOUNT** | | 12,773.76 | 0.00 |
| **NEGATIVE BALANCE ON  12/31/2006** | | (9,753.95) | |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
000124

Page    3