# EXHIBIT 11

```
<HELP> for explanation.                                          CurncyHP

CLOSE/VALUE                                                   Page  1 / 1
USEU      EUR-USD X-RATE           PRICE 1.4055              Composite(NY)
                                                    HI 1.3343    ON 12/ 4/06
Range 12/ 1/06 to 12/29/06    Period D Daily        AVE 1.3200
                              Market M mid/trd      LOW 1.3080    ON 12/15/06
    DATE   PRICE          |    DATE   PRICE        |    DATE   PRICE
F  12/29  1.3199          | F  12/ 8  1.3203       |
T  12/28  1.3151          | T  12/ 7  1.3288       |
W  12/27  1.3115          | W  12/ 6  1.3288       |
T  12/26  1.3098          | T  12/ 5  1.3317       |
M  12/25  1.3122          | M  12/ 4 H1.3343       |

F  12/22  1.3128          | F  12/ 1  1.3336       |
T  12/21  1.3177          |
W  12/20  1.3174          |
T  12/19  1.3196          |
M  12/18  1.3098          |

F  12/15 L1.3080          |
T  12/14  1.3144          |
W  12/13  1.3214          |
T  12/12  1.3284          |
M  12/11  1.3237          |
```

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
G778-869-0 08-Oct-2007 13:00:16

# EXHIBIT 12

# EXHIBIT 12

A.G. EDWARDS & SONS, INC.
One North Jefferson
St. Louis, MO 63103

314/955-3000



EDWARDS.

VIA UPS EXPRESS
NEXT DAY DELIVERY

September 19, 2007

RECEIVED
SEP 2 0 2007
SEC San Francisco

Erin E. Schneider
Attorney
United States Securities and Exchange Commission
Division of Enforcement
San Francisco District Office
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

**REDACTED**

Re:   In the Matter of Fahey Fund, L.P.
      SF-3211

Dear Ms. Schneider:

Pursuant to the above-referenced matter and our telephone conversation on September 18, 2007, enclosed please find legible copies of commodity monthly account statements for International Trade and Data (███4127) for the period covering December 1, 2006 through August 31, 2007. I have labeled the documents AGE-00001 through AGE-00165.

I believe the enclosed information satisfies your request. If you have any further questions, please feel free to contact me.

Sincerely,

Timothy K. Ivey
Regulatory Response Coordinator &
Associate Vice President

TKI/tb

Enclosure

31091907.005

REDACTED

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DAVELUNG SUITE 40
SAN LEANDRO, CA 94579-2401

FC Account ####127

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6125

CONFIDENTIAL TREATMENT REQUESTED BY A.G. EDWARDS & SONS, INC.
Pursuant to Confidential Treatment Procedures under the Freedom of Information Act, 5 U.S.C. Section 552, Regulation Sec 200.83 Direct all Inquiries to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.

Page 1

Segregated Accounts

OPENING ACCOUNT BALANCES  11,866,501.88

US DOLLARS

FUTURES/OPTIONS CONFIRMATIONS

| Date | Long | Short | Contract/Description | Strike | Price | Curr | Amount |
|---|---|---|---|---|---|---|---|
| 12/01/06 | | 10* | MAR07 CMX SILVER C 1400.0 | | 105.00 | USD | 52,500.00-* |
| | | | | | Premium Paid | USD | 52,500.00-* |
| EDAT:02/22/07 | | | | | COMMISSION | USD | 250.00-* |
| | | | | | CLEARING | USD | 133.50-* |
| | | | | | NFA | USD | .20-* |
| 12/01/06 | 10* | | MAR07 CMX SILVER C 1500.0 | | 66.00 | USD | 33,000.00 |
| | | | | | Premium Collected | USD | 33,000.00 |
| EDAT:02/22/07 | | | | | COMMISSION | USD | 250.00-* |
| | | | | | CLEARING | USD | 13.50-* |
| | | | | | NFA | USD | .20-* |
| 12/06/06 | | 2 | MAR07 CBT T-BOND | | 114.03 | USD | |
| 12/06/06 | | 2 | MAR07 CBT T-BOND | | 114.03 | USD | |
| 12/06/06 | 2 | | MAR07 CBT T-BOND | | 114.03 | USD | |
| 12/06/06 | 2 | | MAR07 CBT T-BOND | | 114.03 | USD | |
| FLTD:03/21/07 | 10* | | | | | | |
| 12/06/06 | 1 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | | 4 | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | | 4 | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | 3 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | 3 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | | 3 | MAR07 IMM ECU | | 1.33550 | USD | |
| FLTD:01/19/07 | 25* | | | | | | |
| 12/06/06 | 1 | | MAR07 NYBT $INDX | | 82.380 | USD | |
| 12/06/06 | | 19 | MAR07 NYBT $INDX | | 82.390 | USD | |
| FLTD:01/19/07 | 10* | | | | | | |

--- CONTINUED ON NEXT PAGE ---

AGE 310 (7/04)

AGE - 00001



**REDACTED**

**AG EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC   A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

AGE 310 (7/04)

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

FC Account [REDACTED]

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Segregated Accounts                                                        Page 2

- - - - F U T U R E S / O P T I O N S   C O N F I R M A T I O N S - - - -

| Date | Long | Short | Contract/Description | Strike | Price | Curr | Amount |
|------|------|-------|----------------------|--------|-------|------|--------|
| 12/13/06 | 10 | | CBOT DJIA DEC06 | | 123.15 | USD | |
| 12/13/06 | | 10* | CBOT DJIA MAR07 | | 124.06 | USD | |
|  | | | FLTD:12/14/06 | | | | |
| 12/14/06 | 1 | | IMM ECU MAR07 | | 1.32700 | USD | |
|  | | | FLTD:03/15/07 | | | | |
| 12/14/06 | 1 | | IMM ECU MAR07 | | 1.32700 | USD | |
| 12/14/06 | 7 | | IMM ECU MAR07 | | 1.32700 | USD | |
| 12/14/06 | 15 | | IMM ECU MAR07 | | 1.32700 | USD | |
| 12/14/06 | 26 | | IMM ECU MAR07 | | 1.32700 | USD | |
| 12/14/06 | 50* | | NYBT ISINDX MAR07 | | 829.50 | USD | |
|  | | | GLBX, FFRM:685, GVUP:GI, |  |  |  |  |
|  | | | FLTD:03/19/07. | | | | |
| 12/27/06 | 2 | | NYCE OJ DF JAN07 | | 196.50 | USD | |
|  | | | FLTD:03/19/07. | | | | |
| 12/27/06 | | 2* | FROZEN OJ JAN07 | | 200.00 | USD | |
|  | | | FLTD:01/10/07. | | | | |
| 12/29/06 | 2 | | FRZEN OJ-B JAN07 | | 195.75 | USD | |
|  | | | UNBUNDLED OJ DIFFERENTIAL |  |  |  |  |
| 12/28/06 As of date |  |  |  |  |  |  |  |
|  | | 2* | NYCB OJ JAN07 | | 195.50 | USD | |
|  | | | FLTD:01/11/07. | | | | |
|  | | | UNBUNDLED OJ DIFFERENTIAL |  |  |  |  |
| 12/28/06 As of date | | | | | | | |

- - - - C O N T I N U E D   O N   N E X T   P A G E - - - -

CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.
(Pursuant to Confidential Treatment
Procedures under the Freedom of
Information Act, 5 U.S.C. Section 552,
Regulation S 200.83) Direct all inquiries
to the Director of Law, 1 North Jefferson,
St. Louis, Missouri 63103 (314) 955-3000.

AGE - 00002



**REDACTED**

# A.G. EDWARDS
FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly statement for: DEC 01, 2006 through DEC 31, 2006

FC Account 2127

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DOWELLING, SUITE 40
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 3

Segregated Accounts

## FUTURES / OPTIONS CONFIRMATIONS

| Date | Long | Short | Contract/Description | Strike | Price | Cur | Amount |
|---|---|---|---|---|---|---|---|
| | | 2* | FLTD:12/28/06 | | | USD | |
| 12/29/06 | 2 | | JAN07 FROZEN OJ | | 199.25 | USD | |
| 12/28/06 As of date | | | UNBUNDLED OJ DIFFERENTIAL | | | USD | 19,500.00- |
| | | | | | | USD | 500.00- |
| | | | | | | USD | 27.40- |
| | | | Total P&L on Confirmations | | | USD | 20,027.40- |
| | | | Commissions on Confirmations | | | USD | |
| | | | Fees on Confirmations | | | USD | |
| | | 12* | FLTD:01/10/07 | | | USD | |
| | | | Net Profit or Loss 12/01/06 | | | USD | 20,027.40- |
| | | | Net Premium on Confirmations | | | USD | |

## REALIZED FUTURES GAINS/LOSSES

| Date | Long | Short | Contract/Description | Strike | Price | Cur | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/06 | 10 | | MAR07 CMX SILVER C 1400.000 | | 78.00 | USD | |
| 12/01/06 | | 10* | MAR07 CMX SILVER C 1400.0000 | | 105.00 | USD | |
| | | | FLTD:02/22/07 | | | USD | 13,500.00- |

Options P&L (for information only)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/26/06 | 13 | | MAR07 IMM ECU | | 1.27590 | USD | |
| 10/26/06 | | 12 | MAR07 IMM ECU | | 1.27590 | USD | |
| 12/06/06 | 1 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | 4 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | 4 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | 3 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | 3 | | MAR07 IMM ECU | | 1.33550 | USD | |
| 12/06/06 | | 25* | MAR07 IMM ECU | | 1.33550 | USD | |
| 9/26/06 | 5 | | DEC06 CBOT DJIA | | 117.20 | USD | |
| 12/01/06 | | 1 | DEC06 CBOT DJIA | | 120.38 | USD | |

----- CONTINUED ON NEXT PAGE -----

CONFIDENTIAL TREATMENT REQUESTED BY A.G. EDWARDS & SONS, INC.
(Pursuant to the Freedom of Information Act, 5 U.S.C. Section 552, and Regulation S 200.83) Direct all inquiries
COMMISSION or the Director of Law at 1-486-450-5000 or -1-625-3800
EXCHANGE St. Louis, Missouri 63103 (314) 955-3000

NFA

AGE 310 (7/04)

AGE - 00003



**REDACTED**

FUTURES AND COMMODITIES STATEMENT

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

FC Account 11-27 [REDACTED]

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
147 JEWELING SUITE 40
SAN LEANDRO, CA  94579-2401

Page 4

Segregated Accounts

--- R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S ---

| Date | Long | Short | Contract | Description | Strike | Price | Cur | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/02/06 | | 2 | DEC06 | CBOT DJIA | | 120.38 | USD | |
| 11/02/06 | 2 | | DEC06 | CBOT DJIA | | 120.318 | USD | |
| 12/13/06 | 10 | | DEC06 | CBOT DJIA | S | 123.15 | USD | 433,500.00-* |
| | | | | COMMISSION | | | USD | 500.00-* |
| | | | | CLEARING | | | USD | 11.20-* |
| | | | | EXCHANGE | | | USD | 8.00-* |
| | | | | NFA | | | USD | .40-* |
| 12/06/06 | 1 | | MAR07 | NYBT $INDX | | 82.380 | USD | |
| 12/05/06 | | 9 | MAR07 | NYBT $INDX | | 82-.390 | USD | |
| 12/14/06 | | 10 | MAR07 | NYBT $INDX | | 82.960 | USD | |
| 12/14/06 | 10* | | | GLBX - RFRM 68.5 GVOP GI | | | | 5,740.00* |
| | | | | COMMISSION | | | USD | 500.00-* |
| | | | | EXCHANGE | | | USD | 27.00-* |
| | | | | NFA | | | USD | .40-* |
| 12/27/06 | | 2 | JAN07 | NYCE OJ DF | | 96.50 | USD | |
| 12/29/06 | 2 | | JAN07 | NYCE OJ DF | | 96.50 | USD | |
| 12/27/06 | 2* | | | UNBUNDLED OJ DIFFERENTIAL | | 200.00 | USD | |
| 12/27/06 | | 2 | JAN07 | FROZEN OJ | | 199.25 | USD | |
| 12/29/06 | 2 | | JAN07 | FROZEN OJ | | | USD | |
| 12/29/06 | 2* | | | UNBUNDLED OJ DIFFERENTIAL | | | USD | |

P & S CONFIDENTIAL USD
COMMISSION - A MEAL REQUESTED.00-*
EXCHANGE (Pursuant to Confidential Treatment USD 5.40-*
NFA Procedures under the Freedom of USD .08-*
P & S Information Act, 5 U.S.C. Section USD 225.00-*
COMMISSION Regulation S.200.83, Direct all inquiries USD 100.00-*
EXCHANGE to the Office of the Law USD 10.80-*
NFA [REDACTED] USD .40-*

Profit or Loss From Offsets 12/06/06  USD  2,450.40-
Commissions and Fees From Offsets  USD  81.96-
Net Profit or Loss 12/06/06  USD  184,966.00
Net Profit or Loss 12/13/06  USD  44,109.60-
Net Profit or Loss 12/14/06  USD  5,182.60

------- C O N T I N U E D   O N   N E X T   P A G E -------

AGE 310 (7/04)

AGE - 00004



**REDACTED**

**EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠ — Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement for: DEC 01, 2006 through DEC 31, 2006

FC Account ▓▓▓▓

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7747 LEWELLING SUITE 140
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 5

Segregated Accounts

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | Strike | Price | Amount |
|---|---|---|---|---|---|---|

Net Profit or Loss 12/29/06                14.04

--- CASH ACTIVITY ---

| Date | | | Description | | | Amount |
|---|---|---|---|---|---|---|
| 12/01/06 | | | ACTIVITY FEE | | | 2.75- USD |
| 12/04/06 | | | WIRE TFR-FED WIRE TRANSFER WIRE REF# 33800588 | | | 500,000.00 USD |
| 12/04/06 | | | WIRE Charge WIRE TFR FEE | | | 10.00- USD |
| 12/06/06 | | | ACTIVITY FEE | | | 2.75- USD |
| 12/13/06 | | | STOR CHGS 10/06-11/06 RCPT # 63536 | | | 18.00- USD |
| 12/13/06 | | | STOR CHGS 10/06-11/06 RCPT # 63537 | | | 18.00- USD |
| 12/13/06 | | | STOR CHGS 10/06-11/06 RCPT # 63538 | | | 18.00- USD |
| 12/13/06 | | | STOR CHGS 11/06-12/06 RCPT # 41034 | | | 15.00- USD |
| 12/13/06 | | | ACTIVITY FEE | | | 2.75- USD |
| 12/14/06 | | | ACTIVITY FEE | | | 2.75- USD |
| 12/15/06 | | | INTEREST EARNED | | | 17,899.81 USD |
| 12/27/06 | | | Disbursement CREDIT BALANCE | | | 10,000.00- USD |
| 12/27/06 | | | ACTIVITY FEE | | | 2.75- USD |
| 12/28/06 | | | STOR CHGS 12/06-1/07 RCPT# 4509 | | | 528.00- USD |
| 12/28/06 | | | STOR CHGS 12/06-1/07 RCPT# 4941 | | | 528.00- USD |
| 12/28/06 | | | FEE NFCONVERT 2 CERTS FM PAPER TO EWR | | | 8.00- USD |
| 12/29/06 | | | INTEREST EARNED | | | 6,470.85 USD |

Total Cash    4867,786.09* USD

--- FUTURES / OPTIONS OPEN POSITION STATEMENT REQUESTED BY ---

| Date | Long | Short | Contract/Description | Strike | Price | Amount |
|---|---|---|---|---|---|---|
| 10/24/06 | 12 | | MAR07 CBT CORN | | 3.37 | 1,950.00 |
| 10/24/06 | 13 | | MAR07 CBT CORN | | 3.37 | 34,612.50 |
| 10/25/06 | 25 | | MAR07 CBT CORN | | 3.39 | 64,812.50 |
| 10/26/06 | 1 | | MAR07 CBT CORN | | 3.5 3/4 | 625.00 |
| 10/26/06 | 24 | | MAR07 CBT CORN | | 3.36 | 145,200.00 |
| 11/03/06 | 25 | | MAR07 CBT CORN | | 3.57 3/4 | 56,625.00 |
| 11/28/06 | 100 | | MAR07 CBT CORN | | 3.82 1/4 | 214,000.00 |
| 200* | | | | Settlement 3.90 1/4 | | 278,075.00 |
| | | | Avg Bought Sold 3.62343250 | Avg | | |
| | | | FLTD:03/14/07 | | | |
| 11/03/06 | 6 | | MAR07 CBT OATS | | 2.65 1/2 | 4,050.00 |

--- CONTINUED ON NEXT PAGE ---

AGE 310 (7/04)

AGE - 00005



**REDACTED**

**EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING, SUITE 40
SAN LEANDRO, CA  94579-2401

FC Account [REDACTED]

Your Futures Broker
0455 JAMES EDWARDS
433 BOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6135

Page 5

Segregated Accounts

----- F U T U R E S / O P T I O N S   O P E N   P O S I T I O N S -----

| Date | Long | Short | Contract/Description | Strike Price | Cur | Amount |
|---|---|---|---|---|---|---|
| 11/03/06 | 10 | | CBT OATS MAR07 | 2.66 | USD | 2,500.00 |
| 11/03/06 | 12 | | CBT OATS MAR07 | 2.66 | USD | 3,000.00 |
| 11/03/06 | 3 | | CBT OATS MAR07 | 2.70 | USD | 150.00 |
| 11/03/06 | 19 | | CBT OATS MAR07 | 2.70 | USD | 950.00 |
| 11/14/06 | 10 | | CBT OATS MAR07 | 2.70 | USD | 500.00 |
| 11/14/06 | 2 | | CBT OATS MAR07 | 2.73 1/2 | USD | 250.00 |
| 11/14/06 | 11 | | CBT OATS MAR07 | 2.73 1/2 | USD | 1,375.00 |
| 11/30/06 | 3 | | CBT OATS MAR07 | 2.66 1/2 | USD | 675.00 |
| 11/30/06 | 5 | | CBT OATS MAR07 | 2.66 1/2 | USD | 1,125.00 |
| 11/30/06 | 34 | | CBT OATS MAR07 | 2.66 1/2 | USD | 7,650.00 |
| 11/30/06 | 12 | | CBT OATS MAR07 | 2.68 1/2 | USD | 600.00 |
| 11/30/06 | 14 | | CBT OATS MAR07 | 2.68 1/4 | USD | 1,750.00 |
| | 150* | | | Settlement 2.71 | USD | 21,300.00 |

Avg Bought 2.681600
FLTD:03/14/07,

| 10/18/06 | 20 | | CBT SOYBNS JAN07 | 6.15 1/2 | USD | 68,000.00 |
| 10/25/06 | 10 | | CBT SOYBNS JAN07 | 6.41 1/2 | USD | 21,000.00 |
| 10/25/06 | 15 | | CBT SOYBNS JAN07 | 6.71 1/2 | USD | 31,500.00 |
| 11/08/06 | 1 | | CBT SOYBNS JAN07 | 6.80 1/2 | USD | 150.00 |
| 11/08/06 | 3 | | CBT SOYBNS JAN07 | 6.80 1/2 | USD | 450.00 |
| 11/08/06 | 5 | | CBT SOYBNS JAN07 | 6.80 1/2 | USD | 750.00 |
| | 55* | | | Settlement 6.83 1/2 | USD | 122,000.00 |

Avg Sold 6.3913636
FLTD:01/12/07,

| 11/03/06 | 5 | | CBT WHEAT MAR07 | 5.07 1/2 | USD | 625.00 |
| 11/03/06 | | 10 | CBT WHEAT MAR07 | 5.07 1/2 | USD | 2,500.00 |
| | 10* | | | Settlement 5.01 | USD | 3,250.00 |

Avg Bought 5.075000
FLTD:03/14/07,

| 12/13/06 | 10* | | CBOT DJIA MAR07 | 124.05 | USD | 15,336,000.00 |
| | | | | Settlement 125.39 | | |

Avg Sold 124.060000

---- C O N T I N U E D   O N   N E X T   P A G E ----

AGE-00006

AGE 310 (7/04)

**REDACTED**

# A.G. EDWARDS
Member SIPC  A.G. Edwards & Sons, Inc.
FULLY INVESTED IN OUR CLIENTS℠

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement for: DEC 01, 2006 through DEC 31, 2006

FC Account 4127

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DEWELLING SUITE 19
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 7

Segregated Accounts

--- FUTURES / OPTIONS OPEN POSITIONS ---

| Date | Long | Short | Contract/Description | | Strike Price | Curr | Amount |
|---|---|---|---|---|---|---|---|
| | | | FLTD:03/15/07, | | | | |
| 11/10/06 | | 20 | MAR07 CBT T-BOND | | 112.24 | USD | 26,250.00 |
| 11/30/06 | | 5 | MAR07 CBT T-BOND | | 113.01 | USD | 7,968.75 |
| 11/30/06 | | 2 | MAR07 CBT T-BOND | | 114.09 | USD | 5,687.50 |
| 11/30/06 | | 2 | MAR07 CBT T-BOND | | 114.09 | USD | 5,687.50 |
| 11/30/06 | | 2 | MAR07 CBT T-BOND | | 114.09 | USD | 5,687.50 |
| 11/30/06 | | 2 | MAR07 CBT T-BOND | | 114.09 | USD | 5,687.50 |
| 12/06/06 | | 2 | MAR07 CBT T-BOND | | 114.03 | USD | 5,312.50 |
| 12/06/06 | | 2 | MAR07 CBT T-BOND | | 114.03 | USD | 5,312.50 |
| 12/06/06 | | 2 | MAR07 CBT T-BOND | | 114.03 | USD | 5,312.50 |
| 12/06/06 | | 2 | MAR07 CBT T-BOND | | 114.03 | USD | 5,312.50 |
| | | 45* | | Settlement | 111.14 | USD | 89,218.75* |
| | | | | Avg Sold | 113.13444444 | | |
| | | | FLTD:03/21/07, | | | | |
| 10/05/05 | 75 | | DEC07 CMX GOLD | | 511.80 | USD | 175,250.00 |
| 11/01/05 | 50 | | DEC07 CMX GOLD | | 509.30 | USD | 796,000.00 |
| 5/02/06 | 5 | | DEC07 CMX GOLD | | 728.10 | USD | 295,750.00 |
| 8/07/06 | 20 | | DEC07 CMX GOLD | | 699.00 | USD | 164,000.00- |
| | 150* | | | Settlement | | USD | 1,889,750.00* |
| | | | Avg Bought | 543.13333333 | Avg Sold | .0000000 | |
| | | | FLTD:12/27/07, | | | | |
| 10/24/06 | 35 | | MAR07 CMX SILVER | | 1206.00 | USD | 93,250.00 |
| 11/28/06 | 495 | | MAR07 CMX SILVER | | 1369.30 | USD | 876,050.00 |
| | 530* | | | Settlement | 1293.50 | USD | 969,300.00* |
| | | | Avg Bought | 1358.51603.77 | Avg Sold | .0000000 | |
| | | | FLTD:03/28/07, | | | | |
| 1/27/06 | 35 | | DEC07 CMX SILVER | | 1000.00 | USD | 5,687,500.00 |
| 3/02/06 | 100 | | DEC07 CMX SILVER | | 1027.00 | USD | 570,000.00- |
| 3/08/06 | 5 | | DEC07 CMX SILVER | | 1008.00 | USD | 83,250.00- |
| 3/23/06 | 200 | | DEC07 CMX SILVER | | 1076.50 | USD | 2,645,000.00- |
| 3/29/06 | 15 | | DEC07 CMX SILVER | | 1100.00 | USD | 180,750.00- |
| 3/29/06 | 15 | | DEC07 CMX SILVER | | 1100.00 | USD | 180,750.00- |
| | 370* | | | Settlement | 1341.00 | USD | 5,256,125.00* |
| | | | Avg Bought | .00000000 | Avg Sold | 1051.78885135 | |

--- CONTINUED ON NEXT PAGE ---

(Pursuant to Confidential Treatment
Procedures under the Freedom of
Information Act, 5 U.S.C. Section 552 and
Regulation S 7018, Direct all inquiries
to the Director of USPW, 1 North Jefferson,
St. Louis, Missouri 63103 (314) 955-3000.
CONFIDENTIAL TREATMENT REQUESTED BY A.G. EDWARDS & SONS, INC.)

AGE - 00007
AGE 310 (7/04)

REDACTED                                         A.G. EDWARDS
                                                 FULLY INVESTED IN OUR CLIENTS
                                                 Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

FC Account
4127

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

Page 8

Segregated Accounts

F U T U R E S / O P T I O N S   O P E N   P O S I T I O N S

| Date | Long | Short | Contract/Description | Strike Price | | Amount |
|---|---|---|---|---|---|---|
| | | | FLTD:12/27/07, DEC08 | | | |
| 10/18/06 | | 15* | CMX SILVER | 1260.0000000 Settlement | USD | 92,325.00 |
| | | | Avg Bought 1260.0000000 Avg Sold | | | 92,325.00* |
| | | | FLTD:12/29/08, | | | |
| 11/30/06 | 100 | | CMX SILVER C 1500.0000 | 52.00 Settlement | USD | 5,650.00- |
| 12/01/06 | 10 | | CMX SILVER C 1500.000 | 66.00 Settlement | USD | 62,150.00* |
| | | 110* | | | | |
| | | | Avg Bought   .00000000 Avg Sold   .00000000 | | | |
| | | | EDAT:02/22/07, | | | |
| 10/26/06 | 6 | | MAR07 IMM C-DLLR | .89160 | USD | 18,840.00- |
| 10/26/06 | 6 | | MAR07 IMM C-DLLR | .89160 | USD | 18,840.00- |
| 10/26/06 | 6 | | MAR07 IMM C-DLLR | .89160 | USD | 18,840.00- |
| 10/26/06 | 6 | | MAR07 IMM C-DLLR | .89160 Settlement | USD | 18,840.00- |
| 11/28/06 | 4 | | MAR07 IMM C-DLLR DIFF S | .88820 | USD | 11,200.00- |
| 11/28/06 | 4 | | MAR07 IMM C-DLLR DIFF S | .88820 | USD | 11,200.00- |
| 11/28/06 | 4 | | MAR07 IMM C-DLLR DIFF S | .88820 | USD | 11,200.00- |
| 11/28/06 | 4 | | MAR07 IMM C-DLLR DIFF | .88820 | USD | 11,200.00- |
| | 50* | | | Settlement .860020 | USD | 120,160.00- |
| | | | Avg Bought .8902400 Avg Sold .0000000 | | | |
| | | | FLTD:03/20/07, | | | |
| 12/14/06 | 1 | | MAR07 IMM ECU GLBX | 1.32700 | USD | 425.00- |
| 12/14/06 | 1 | | MAR07 IMM ECU GLBX | 1.32700 | | |
| 12/14/06 | 1 | | MAR07 IMM ECU GLBX | 1.32700 | | |
| 12/14/06 | 15 | | MAR07 IMM ECU GLBX | 1.32700 | | |
| 12/14/06 | 26 | | MAR07 IMM ECU GLBX | 1.32700 Settlement | USD | 21,250.00* |
| | 50* | | | .323550 | | |
| | | | Avg Bought 1.3270000 Avg Sold   .0000000 | | | |

CONFIDENTIAL TREATMENT REQUESTED BY A.G. EDWARDS & SONS, INC. (Pursuant to Confidential Treatment Procedures under the Freedom of Information Act, USC Section 552p Regulation St. 2095, Direct all inquiries to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103, 4 955-3000.

- - - - - - - CONTINUED ON NEXT PAGE - - - - - - -

AGE 310 (7/04)



**REDACTED**

# A.G. EDWARDS
FULLY INVESTED IN OUR CLIENTS
Member SIPC   A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7474 DEWEILING SUITE 40
SAN LEANDRO, CA 94579-2401

FC Account [REDACTED]

Your Futures Broker
01455 JAMES EDWARDS
433 SOBCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 9

Segregated Accounts

## FUTURES / OPTIONS OPEN POSITIONS

| Date | Long | Short | Contract/Description | Strike Price | Cur | Amount |
|---|---|---|---|---|---|---|
| 10/24/06 | 25 | | MAR07 KCBT WHEAT | 5.55 S | USD | 56,562.50- |
| 11/03/06 | 5 | | MAR07 KCBT WHEAT | 5.33 1/4 S | USD | 5,875.00- |
| 11/03/06 | 20 | | MAR07 KCBT WHEAT | 5.33 1/2 S | USD | 23,750.00- |
| 11/28/06 | 25 | | MAR07 KCBT WHEAT | 5.35 S | USD | 31,562.50- |
| | 75* | | | Settlement 5.09 3/4 | USD* | 117,750.00-* |
| | | | Avg Bought 5.4115000 Avg Sold .0000000 | | | |
| | | | FLTD:03/14/07, UNBUNDLED OR DIFFERENTIAL | | | |
| 10/24/06 | 25 | | MAR07 MGE WHEAT | 5.39 S | USD | 25,625.00 |
| 11/03/06 | 10 | | MAR07 MGE WHEAT | 5.15 1/2 | USD | 1,500.00 |
| 11/28/06 | 25 | | MAR07 MGE WHEAT | 5.15 1/2 | USD | 1,250.00 |
| | 60* | | | Settlement 5.18 1/2 | USD* | 22,875.00-* |
| | | | Avg Bought 5.2612500 Avg Sold .0000000 | | | |
| | | | FLTD:03/21/07, UNBUNDLED OR DIFFERENTIAL | | | |
| 12/28/06 | 2 | | JAN07 FRZN OJ-B | 195.75 Settlement | USD | .00 |
| | 2* | | | Avg Bought 195.7500000 Avg Sold .0000000 | USD* | .00* |
| | | | FLTD:01/11/07, UNBUNDLED OR DIFFERENTIAL | | | |
| 3/27/06 | 15 | | MAR07 FRZN OJ | 197.15 Settlement | USD | 152,212.50-* |
| | 15* | | | Avg Bought 129.2500000 Avg Sold .0000000 | USD* | 152,212.50-* |
| | | | FLTD:03/09/07, UNBUNDLED OR DIFFERENTIAL | | | |

Total Value In Base Currency USD -5,219,268.75

A.G. EDWARDS SONS, INC.
Total Cash Market Value               USD    .00
Total Non-cash Market Value           USD    Denial Treatment .00
Total Long Option Value               USD    .00
Total Short Option Value              USD    .00
Net Option Value                      USD    56.90
Net Liquidity                         USD    6,224,125.6 B
Information Actual U.S.C. Section Freedom of
Regulation S 2008, Direct as Inquiries
COLLATERAL

| | Market Value | Haircut | Margin | Settlement |
|---|---|---|---|---|
| | | | | |

ACCOUNT REQUESTED BY CONFIDENTIAL TREATMENT

St. Louis, Missouri 63103 (3,4, 955.3000

### Positions

| Date | Par Value/ Quantity | Type/ Description | Rate | Maturity | | |
|---|---|---|---|---|---|---|
| 2/24/06 | 100.00 L | USD/ W/R GOLD | .00 | 1.00 | 1.00 | .00 |
| 12/27/06 | 101.00 L | | .00 | 1.00 | 1.00 | .00 |

--- CONTINUED ON NEXT PAGE ---

AGE - 00009

AGE 310 (7/04)

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC · A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

FC Account ****4127

Your Futures Broker
0456 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 10

Segregated Accounts

--- A C C O U N T   C O L L A T E R A L ---

| Date | Positions | Par Value/ Quantity | Type/ Descr | Rate | Maturity | Market Value | Settlement Value | Haircut Curr | Margin Value | Purchase Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/06 | L | 101.00 | | | | .00 | 1.00 | | .00 | .00 |
| 2/27/06 | L | 102.00 | | | | .00 | 1.00 | | .00 | .00 |
| | | 404.00 * | USD/NW/RECUR | | | Settlement | 634.90 | | | |
| 11/22/06 | L | 30,000.00 | | | | .00 | 1.00 | | .00 | .00 |
| | | 30,000.00 * | USD | | | Settlement | 488.90 | | | |

--- M A R G I N   R E Q U I R E M E N T   S U M M A R Y ---

Initial Margin Requirement .00    New Total Margin Calls
Maintenance .00    Margin Call .00
Excess/Deficit 4,160,919.68    Amount No/Act .00

Total Value in Base Currency
USD  2,125,353.00
USD  2,125,353.00

--- A C C O U N T   V A L U E   S U M M A R Y ---

Account Balance | Unrealized G/L on Futures | Unrealized G/L on Forwards | Net Option Value | Collateral Market Value | Net Liquidating Value
USD 11,505,741.43 | 5,219,468.75 | .00 | 62,150,200.00 | .00 | 62,224,122.68

--- F U T U R E / O P T I O N   O P E N   C O N T R A C T   S U M M A R Y ---

| Commodity | Dely Month | Futures Long | Futures Short | Puts Long | Puts Short | Calls Long | Calls Short |
|---|---|---|---|---|---|---|---|
| CBT CORN | MAR07 | 200 | 0 | 0 | 0 | 0 | 0 |
| | Total | 200 | 0 | 0 | 0 | 0 | 0 |
| CBT OATS | MAR07 | 150 | 0 | 0 | 0 | 0 | 0 |
| | Total | 150 | 0 | 0 | 0 | 0 | 0 |
| CBT SOYBNS | JAN07 | 55 | 0 | 0 | 0 | 0 | 0 |
| | Total | 55 | 0 | 0 | 0 | 0 | 0 |
| CBT WHEAT | MAR07 | 10 | 0 | 0 | 0 | 0 | 0 |
| | Total | 10 | 0 | 0 | 0 | 0 | 0 |
| CBOT DJIA | MAR07 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total | 0 | 0 | 0 | 0 | 0 | 0 |
| CBT T-BOND | MAR07 | 45 | 0 | 0 | 0 | 0 | 0 |
| | Total | 45 | 0 | 0 | 0 | 0 | 0 |
| CMX GOLD | DEC07 | 150 | 0 | 0 | 0 | 0 | 0 |
| | Total | 150 | 0 | 0 | 0 | 0 | 0 |

--- CONTINUED ON NEXT PAGE ---

CONFIDENTIAL INITIAL MARGIN
A.G. EDWARDS & ... 1,125,939.00 USD
(Pursuant to Confidentiality Agreement
Procedures Under 15 U.S.C. Section 1681
Information Act) 15,525,000.00 USD
Regulation S-2008.) 548,750.00 USD
to the Director of Law 60,750.00 USD
Stock Miss... 405,000.00 USD

AGE 310 (7/04)

AGE - 00010

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC   A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: DEC 01, 2006 through DEC 31, 2006

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 140
SAN LEANDRO, CA 94579-2401

FC Account ████████

Your Futures Broker
10455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6195

Page 11

Segregated Accounts

- - - - - - F U T U R E / O P T I O N   O P E N   C O N T R A C T   S U M M A R Y - - - - - -

| Commodity | Delv. Month | Futures Long | Futures Short | Puts Long | Puts Short | Calls Long | Calls Short | Initial Margin | |
|---|---|---|---|---|---|---|---|---|---|
| CMX SILVER | MAR07 | 530 | 0 | 0 | 0 | 0 | 110 | 581,357.75- | USD |
| CMX SILVER | DEC07 | 0 | 370 | 0 | 0 | 0 | 0 | 300,162.50- | USD |
| CMX SILVER | DEC08 | 15 | 0 | 0 | 0 | 0 | 0 | 12,168.75- | USD |
| Total | | 545 * | 370 * | 0 * | 0 * | 0 * | 110 * | 893,689.00-* | USD |
| IMM C-DLR | MAR07 | 50 | 0 | 0 | 0 | 0 | 0 | 57,375.00- | USD |
| Total | | 50 * | 0 * | 0 * | 0 * | 0 * | 0 * | 57,375.00-* | USD |
| IMM ECU | MAR07 | 50 | 0 | 0 | 0 | 0 | 0 | 128,250.00- | USD |
| Total | | 50 * | 0 * | 0 * | 0 * | 0 * | 0 * | 128,250.00-* | USD |
| KCBT WHEAT | MAR07 | 75 | 0 | 0 | 0 | 0 | 0 | 112,500.00- | USD |
| Total | | 75 * | 0 * | 0 * | 0 * | 0 * | 0 * | 112,500.00-* | USD |
| MGE WHEAT | MAR07 | 60 | 0 | 0 | 0 | 0 | 0 | 101,400.00- | USD |
| Total | | 60 * | 0 * | 0 * | 0 * | 0 * | 0 * | 101,400.00-* | USD |
| FRZEN OJ-B | JAN07 | 0 | 2 | 0 | 0 | 0 | 0 | 4,480.00- | USD |
| Total | | 0 * | 2 * | 0 * | 0 * | 0 * | 0 * | 4,480.00-* | USD |
| FROZEN OJ | MAR07 | 0 | 15 | 0 | 0 | 0 | 0 | 33,600.00- | USD |
| Total | | 0 * | 15 * | 0 * | 0 * | 0 * | 0 * | 33,600.00-** | USD |

Total Requirement   2,125,353.00-** USD

- - - - - - P R O F I T / C L O S I N G   S U M M A R Y - - - - - -

| | Futures | Options | Options | Commission | Fees |
| | Profits and Loss | Long Premium | Short Premium | | |
|---|---|---|---|---|---|
| MTD USD | 148,585.00- | 52,500.00- | 33,000.00- | 2,950.00- | 123.11- |
| YTD USD | 83,534,110.70- | 788,550.00- | 29,629,250.00- | 13,834,94-- | |

CONFIDENTIAL Treatment REQUESTED BY
A.G. EDWARDS & SONS, INC.

(Pursuant to Confidential Treatment
Procedures under the Freedom of
Information Act, 5 U.S.C. Section 552,
Regulation 200.83) Direct all inquiries
to the Director of Law, 1 North Jefferson
St. Louis, Missouri 63103, (314) 955-1000

AGE 310 (7/04)

AGE - 00011

# EXHIBIT 13

A.G. EDWARDS & SONS, INC.
One North Jefferson
St. Louis, MO 63103

314/955-3000

**REDACTED**

**EDWARDS.**

VIA UPS EXPRESS
NEXT DAY DELIVERY

Erin E. Schneider
Attorney
Division of Enforcement
United States Securities and Exchange Commission
San Francisco District Office
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

**RECEIVED**

**MAR 0 9 2007**

**SEC San Francisco**

Re: In the Matter of Fahey Fund, L.P.
Your File No. SF-3211

Dear Ms. Schneider:

Pursuant to the above-referenced matter and your March 1, 2007 request letter, enclosed please find transfer documentation, monthly account statements for December 2006, and 1099's for 2000, 2004, 2005, and 2006 for International Trade and Data, A Partnership Account No. ▇▇▇-4127. The enclosed documents are responsive to your requests numbered 4, 5, and 6 from your March 1, 2007 request letter. Please note, Edwards did not locate other documents for requests numbered 1, 2, and 3 but believe documentation responsive to these requests were previously produced.

Finally, pursuant to our agreement as outlined in your February 2, 2007 correspondence, Edwards is discontinuing our daily review of the above-referenced account for transfers or withdrawals of money equal to or greater than $100,000. If this is not your understanding of the matter, please contact me immediately.

Edwards has appreciated your patience and cooperation in resolving this matter.

Sincerely,

*[signature]*

Timothy K. Ivey
Regulatory Response Coordinator &
Associate Vice President

TKI/tb

Enclosure

31030807.000

AGE ITD 001700

**REDACTED**

455

A.G. EDWARDS
FULLY INVESTED IN OUR CLIENTS
Member SIPC · A.G. Edwards & Sons, Inc.

PAGE 1 OF 3

ACCOUNT #: ▓▓▓-4127 | INTERNATIONAL TRADE AND DATA A PARTNERSHIP
FINANCIAL CONSULTANT: G565 | JAMES EDWARDS | 707/258-6135    800/456-6135

FOR THE PERIOD: *December 1, 2006 - December 31, 2006*

## ACCOUNT INFORMATION

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING, SUITE 40
SAN LEANDRO CA 94579-2401

**PHONE:**
707/258-6135
800/456-6135 Toll Free

**BRANCH ADDRESS:**
433 SOSCAL AVE STE A100
NAPA CA 94559

*Customer Phone: Home Not Available  Work Not Available*

## FOR YOUR CONSIDERATION

How will rising energy prices affect consumer spending? Could events in Iraq, Iran and North Korea change the economic outcome? What can investors do to position their portfolios for the coming year? Now is the time to find answers for these and other important questions and to prepare your portfolio for either a soft or hard economic landing in 2007. Let A. G. Edwards strategists guide you through potential risks and possible investment opportunities in the new year. Call your financial consultant today to request your free copy of our report, *2007 Investment Guide - The Hard Versus Soft Landing Debate*.

(Pursuant to the Director of Law, 1 Rome Jefferson, St. Louis, Missouri 63103 is 455 Information Section 552, Freedom Regulation 5 Procedure Treatment CONFIDENTIAL REQUESTED BY A.G. EDWARDS & SONS, INC.)

| | Value on 11/30/2006 | % | Value on 12/31/2006 | % | Net Change |
|---|---|---|---|---|---|
| Equities | 701,315.76 | 97.23 | 710,247.92 | 95.75 | 8,932.16 |
| Options | 20,000.00 | 2.77 | 31,500.00 | 4.25 | 11,500.00 |
| **Total Portfolio Holdings** | **$721,315.76** | **100.00 %** | **$741,747.92** | **100.00 %** | **$20,432.16** |
| Cash You Owe Us | -42,796.86 | | -128,778.01 | | -85,981.15 |
| Securities You Owe Us | -64,460.00 | | 0.00 | | 64,460.00 |
| **Total Account Value** | **$614,058.90** | | **$612,969.91** | | **-$1,088.99** |

Your total account value on 12/31/2006 does not include securities we were unable to price.

## PORTFOLIO AT-A-GLANCE



YOUR ALLOCATION ON
12/31/2006
TOTAL ACCOUNT VALUE
$612,969.91

AGE ITD 001717

455

**A.G. EDWARDS**
FULLY INVESTED IN OUR CLIENTS℠

**REDACTED**

ACCOUNT #: ▓▓▓4127 | INTERNATIONAL TRADE AND DATA A PARTNERSHIP
FINANCIAL CONSULTANT: G565 | JAMES EDWARDS | 707/258-6135    800/456-6135

FOR THE PERIOD: December 1, 2006 - December 31, 2006

Primary Investment Objective - Trading

## CASH FLOW SUMMARY

| | This Period | Year to Date |
|---|---|---|
| Beginning Balance | -$42,796.86 | |
| Net Purchases & Sales | -85,161.00 | |
| Income | | 513.78 |
| Deposits/Transfers In | | 892,539.71 |
| Withdrawals/Transfers Out | | -313,693.74 |
| Margin Interest | -820.15 | -4,595.55 |
| Cash In Lieu | | 8.33 |
| Ending Balance | -$128,778.01 | |
| Net Change | -$85,981.15 | |

## INCOME SUMMARY

| | This Period | Year to Date |
|---|---|---|
| Taxable | | |
| Dividends | | |
| Money Fund | | |
| Total Income | | |

## PORTFOLIO HOLDINGS

| | Quantity | Description | Symbol | % of Account | Current Price | Current Value | Estimated Annual Income | % Yield | Type |
|---|---|---|---|---|---|---|---|---|---|
| CASH & MONEY FUND | | | | | | | | | |
| | | CASH YOU OWE US | | | | -128,778.01 | | | |
| | | TOTAL CASH & MONEY FUND | | | | -$128,778.01 | | | |
| EQUITIES | | | | | | | | | |
| ◆ | 100 | BUNGE LIMITED | BG | 0.98 | 72.51 | 7,251.00 | 64 | 0.88 | M |
| | 200 | CHOICEPOINT INC | CPS | 1.06 | 39.38 | 7,876.00 | | | M |
| ◆ | 125,000 | ECU SILVER MINING INC | ECUXF | 50.19 | 2.9781 | 372,282.50 | | | C |
| | 1,500 | ENRON CORP NT TRANSFER FACS& STATUS UNKNOWN | | | Price was not available | | | | C |
| ◆ | 1,100 | ISHARES SILVER TRUST REVERSE SPLIT 09/19/05 | SLV | 19.08 | 128.64 | 141,504.00 | | | M |
| ◆ | 37 | JDS UNIPHASE CORP PAR $0.001 | JDSU | 0.08 | 16.66 | 616.42 | | | M |
| | 125,000 | MILL CITY GOLD CORP | MCYGF | 2.88 | .1588 | 19,850.00 | | | C |
| ◆ | 4,000 | PYR ENERGY CORP | PYR | 0.49 | .91 | 3,640.00 | | | M |

Neither@PGSA.G.Edwards & Sons, Inc.
PAGE 2 OF 3
St. Louis, Missouri 63103 (314) 955-3000
to the Director of A.G. Edwards 1 North Jefferson
Information Act, 20 U.S.C. Section 552
Regulation S 206.62.28 4513.78
Procedures under the Freedom
Pursuant to Confidential Treatment
CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.

455

**A.G. EDWARDS** FULLY INVESTED IN OUR CLIENTS

*(Pursuant to Confidential Treatment Procedures under the Freedom of Information Act, 5 U.S.C. Section 552, Regulation S 200.83) Direct all inquiries to the Director of Law, A.G. Edwards & Sons, Inc., One North Jefferson, St. Louis, Missouri 63103 (314) 955-3030*

**CONFIDENTIAL TREATMENT REQUESTED BY A.G. EDWARDS & SONS, INC.**

REDACTED

ACCOUNT #: ▮▮▮▮-4127 | INTERNATIONAL TRADE AND DATA A PARTNERSHIP
FINANCIAL CONSULTANT: G565 | JAMES EDWARDS | 707/258-6135   800/456-6135

FOR THE PERIOD: *December 1, 2006 - December 31, 2006*

### PORTFOLIO HOLDINGS *continued*

| Quantity | Description | Symbol | % of Account | Current Price | Current Value | Estimated Annual Income | %Yield | Type |
|---|---|---|---|---|---|---|---|---|
| **EQUITIES** | | | | | | | | |
| ◆ 15,000 | SILVER WHEATON CORP R/S & N/C 12/21/04 FROM CHAP MERCANTILE | SLW | 21.19 | 10.48 | 157,200.00 | | | |
| 10,000 | WEIRTON STEEL CORP CHAPTER 11 FILED 05/19/03 | WRTLQ | | .002 | 20.00 | | | |
| 14,000 | YES ENTERTAINMENT CORP | YESS | | .002 | 28.00 | | | |
| | **TOTAL EQUITIES** | | 95.75 | | $710,247.92 | $64 | 0.01 | |
| **OPTIONS** | | | | | | | | |
| 700 | CALL MICROSOFT CORP $32.50 EXP 04/21/07 | MSQDZ | 4.25 | .45 | 31,500.00 | | | M |
| | **TOTAL OPTIONS** | | 4.25 | | $31,500.00 | | | |
| | **TOTAL ACCOUNT VALUE** | | | | $612,969.91 | $64 | 0.01 | |
| | *Total Cash You Owe Us* | | | | -$128,778.01 | | | |

◆ *Research Report Available*

### ACTIVITY DETAIL

| Date | Transaction Type | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|
| 11/30 | | | BEGINNING CASH BALANCE | | -42,796.86 |
| 12/15 | Bought | 1,000 | GENZYME CORP | 63.40 | -63,655.50 |
| 12/15 | Bought | 300 | CALL MICROSOFT CORP $32.50 EXP 04/21/07 | .70 | -21,505.50 |
| 12/28 | Int Charged | | INTEREST 11/29 - 12/27 29 DAY AVG BAL= 113,121 AVG RATE= 9.000% | | -820.15 |
| 12/31 | | | ENDING CASH BALANCE | | -128,778.01 |

**END OF STATEMENT**