# EXHIBIT 14



# IOWA GRAIN
# company

SEC
SAN FRANCISCO

141 W. Jackson, Suite 1520A Chicago, Illinois 60604 • 312-786-9760 (F... 2007 MAR 15 PM 3 0 9

March 12, 2007

**Via United Postal Service**

COPY

United States Securities and Exchange Commission
San Francisco District Office
Attn: Ms. Erin E. Schneider
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

REDACTED

Re: In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Ms. Schneider:

    Iowa Grain Company ("Iowa Grain") received the subpoena for information issued by the S.E.C. on March 1, 2007. Please find enclosed copies of the month-end statements for December 2006 and January and February 2007. There was only one active account, ████5079; nevertheless, I included copies of the month-end statements evidencing there was no activity for all accounts previously specified in the past three requests (████5581, ████0067, ████5079, ████5583, ████0029 and ████5097.) If you have any questions regarding this response, please contact me at 312-786-4111 or via e-mail at jmg@iowagrain.com.

                               Sincerely,

                               Jennifer M. Good
                               Compliance Officer

Enclosures

Iowa Grain Company : Members Only Area

# IOWA GRAIN COMPANY®

*the commodity broker who remember where the commodities come from...*

141 W. Jackson Blvd, Suite 1520A
Chicago, IL 60604
1-800-437-6731
brokersupport@iowagrain.com

MEMBER LOGOUT

| Account Access | Market Resources | Research | OAK Platforms | Support | Sitemap |

HOME  CONTACT US

December

Account ____5079

STATEMENT DATE: DEC 29, 2006
ACCOUNT NUMBER: ____5079

REDACTED

ITD TRADING
747 LEWELLING BLVD SUITE 40
SAN LEANDRO CA 94579

* * * * * * * * * Y O U R   A C T I V I T Y   T H I S   M O N T H * * * * * * * * * *

MONTHLY STATEMENT

| DATE | AT | LONG/BUY | SHORT/SELL | DESCRIPTION | EX | PRICE/LEGEND | CC | DEBIT | CREDIT |
|------|-----|----------|------------|-------------|-----|--------------|-----|--------|--------|
| 12/01/6 | F1 | 4 | | MAR 07 CBOT SILVER | 01 | FEE/COMM | US | 125.43 | |
| | | | | E-CBOT | | | | | |
| 12/01/6 | F1 | 1 | | MAR 07 HI-GRD COPPER | 01 | FEE/COMM | US | 34.14 | |
| 12/04/6 | F1 | 4 | | MAR 07 CBOT SILVER | 01 | P&L | US | | 1,370.00 |
| | | | | E-CBOT | | | | | |
| 12/04/6 | F1 | 4 | | MAR 07 CBOT SILVER | 01 | FEE/COMM | US | 125.43 | |
| | | | | E-CBOT | | | | | |
| 12/04/6 | F1 | 3 | | MAR 07 HI-GRD COPPER | 04 | P&L | US | 37.50 | |
| | | | | ACCESS TRADE | | | | | |
| 12/04/6 | F1 | 2 | | MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 309.26 | |
| | | | | ACCESS TRADE | | | | | |
| 12/04/6 | F1 | 1 | | DEC 06 NY SILVER | 04 | P&L | US | | 5,800.00 |
| 12/04/6 | F1 | 1 | | DEC 06 NY SILVER | 04 | FEE/COMM | US | 34.14 | |
| 12/04/6 | F1 | 4 | | MAR 07 NY SILVER | 04 | P&L | US | | 13,125.00 |
| | | | | ACCESS TRADE | | | | | |
| 12/04/6 | F1 | 4 | | MAR 07 NY SILVER | 04 | FEE/COMM | US | 140.56 | |
| | | | | ACCESS TRADE | | | | | |
| 12/05/6 | F1 | 1 | | MAR 07 NY SILVER | 04 | P&L | US | | 2,600.00 |
| | | | | GLOBEX TRADES | | | | | |
| 12/05/6 | F1 | 1 | | MAR 07 NY SILVER | 04 | FEE/COMM | US | 31.64 | |
| | | | | GLOBEX TRADES | | | | | |
| 12/06/6 | F1 | 4 | | MAR 07 HI-GRD COPPER | 04 | P&L | US | | 2,125.00 |
| | | | | GLOBEX TRADES | | | | | |
| 12/06/6 | F1 | 4 | | MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 126.56 | |
| | | | | GLOBEX TRADES | | | | | |
| 12/07/6 | F1 | 4 | | MAR 07 HI-GRD COPPER | 04 | P&L | US | 2,937.50 | |
| | | | | GLOBEX TRADES | | | | | |
| 12/07/6 | F1 | 6 | | MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 317.40 | |
| | | | | GLOBEX TRADES | | | | | |
| 12/11/6 | F1 | 2 | | MAR 07 HI-GRD COPPER | 04 | P&L | US | | 2,050.00 |
| | | | | GLOBEX TRADES | | | | | |

IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
SUITE 1520A
CHICAGO, ILL 60604

3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

Iowa Grain Company : Members Only Area

Page 2 of 3

| DATE | AT | LONG/BUY | SHORT/SELL | DESCRIPTION | EX | PRICE/LEGEND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| 12/11/6 | F1 | | 2 | MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 63.48 | |
| 12/12/6 | F1 | | 2 | GLOBEX TRADES MAR 07 NY SILVER | 04 | FEE/COMM | US | 63.48 | |
| 12/13/6 | F1 | | 4 | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 126.96 | |
| 12/13/6 | F1 | | 2 | GLOBEX TRADES MAR 07 NY SILVER | 04 | P&L | US | | 1,950.00 |
| 12/13/6 | F1 | | 2 | GLOBEX TRADES - MAR 07 NY SILVER | 04 | FEE/COMM | US | 63.48 | |
| 12/14/6 | F1 | | 8 | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | P&L | US | 2,262.50 | |
| 12/14/6 | F1 | | 8 | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 380.88 | |
| 12/14/6 | F1 | | 3 | GLOBEX TRADES DEC 06 NY SILVER | 04 | P&L | US | 15,325.00 | |
| 12/14/6 | F1 | | 3 | ACCESS TRADE DEC 06 NY SILVER | 04 | FEE/COMM | US | 105.42 | |
| 12/14/6 | F1 | | 5 | ACCESS TRADE MAR 07 NY SILVER | 04 | P&L | US | | 450.00 |
| 12/14/6 | F1 | | 5 | GLOBEX TRADES MAR 07 NY SILVER | 04 | FEE/COMM | US | 232.38 | |
| | | | | GLOBEX TRADES | | | | | |

PAGE    2

STATEMENT DATE: DEC 29, 2006
ACCOUNT NUMBER: ███████5079

REDACTED

ITD TRADING
747 LEWELLING BLVD SUITE 40
SAN LEANDRO CA 94579

MONTHLY STATEMENT

| DATE | AT | LONG/BUY | SHORT/SELL | DESCRIPTION | EX | PRICE/LEGEND | CC | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/6 | F1 | 3 | | MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 95.22 | |
| 12/15/6 | F1 | 2 | | MAR 07 NY SILVER | 04 | P&L | US | | 350.00 |
| 12/15/6 | F1 | 2 | | GLOBEX TRADES MAR 07 NY SILVER | 04 | FEE/COMM | US | 131.76 | |
| 12/18/6 | F1 | 1 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 31.74 | |
| 12/21/6 | F1 | 1 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | P&L | US | 225.00 | |
| 12/21/6 | F1 | 3 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 126.96 | |
| 12/27/6 | F1 | 6 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | P&L | US | | 12,862.50 |
| 12/27/6 | F1 | 6 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 190.44 | |
| 12/28/6 | F1 | 3 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 95.22 | |
| 12/29/6 | F1 | 2 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | P&L | US | 3,812.50 | |
| 12/29/6 | F1 | 2 | | GLOBEX TRADES MAR 07 HI-GRD COPPER | 04 | FEE/COMM | US | 158.70 | |
| | | | | GLOBEX TRADES | | | | | |

* * * * * * * * * * P O S I T I O N S  I N  Y O U R  A C C O U N T * * * * * * * * * *
| 12/28/6 | F1 | 1 | | MAR 07 HI-GRD COPPER | 04 | 288.75 | US | | 412.50 |

IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
SUITE 1620A
CHICAGO, ILL 60604

3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

IWG 000415

Iowa Grain Company : Members Only Area

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/28/6 .1 | 1 | MAR 07 HI-GRD COPPER | 04 | 289.5 | US | 500.00 |
| 12/28/6 F1 | 1 | MAR 07 HI-GRD COPPER | 04 | 289.55 | US | 612.50 |
| 12/29/6 F1 | 1 | MAR 07 HI-GRD COPPER | 04 | 289.45 | US | 587.50 |
| | 4* | MAR 07 HI-GRD COPPER | 04 | 287.10 | | 2,212.50* |
| | | OPEN TRADE EQUITY | | | | |

```
                        ** US DOLLARS **
BEGINNING BALANCE            40,147.90
THIS MONTH'S ACTIVITY        3,371.82
ENDING BALANCE              43,519.72
NET FUTURES P&L              3,371.82
FUTURES OPEN TRADE EQUITY    2,212.50

ACCOUNT VALUE AT MARKET     45,732.22
TRADE DATE BALANCE          43,519.72

                        *** CURRENT MONTH ***
FUTURES PROFIT/LOSS    US     3,371.82
OPTION PREMIUM         US          .00
```

Trading commodity futures and options involves substantial risk of loss and may not be suitable for all investors. You should carefully consider whether trading is suitable for you in light of your circumstances, knowledge, and financial resources. Opinions, market data, and recommendations are subject to change at any time. This brief statement does not disclose all of the risks associated with trading commodities, futures, and options. For more information, see Disclosure Statement. The information contained on this Web site does not constitute a solicitation to buy or sell by Iowa Grain Company. This Web site is not to be available to individuals in a jurisdiction where such availability would be contrary to local regulation or law. Iowa Grain Company © 1996-2006 No Claim to Orig. U.S. Govt. Works

IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
SUITE 1520A
CHICAGO, ILL 60604

3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

IWG 000416

Iowa Grain Company : Members Only Area

🌐 IOWA GRAIN COMPANY®
*the commodity brokers who remember where the commodities come from...*

| Account Access | Market Resources | Research | O&K Platforms | Support | Sitemap |

141 W. Jackson Blvd. Suite 1520A
Chicago, IL 60604
1-800-437-6731

(MEMBER LOGOUT)
brokersupport@iowagrain.com
HOME  CONTACT US

December

Account ▬▬5097    **REDACTED**

No data found for this request.

Trading commodity futures and options involves substantial risk of loss and may not be suitable for all investors. You should carefully consider whether trading is suitable for you in light of your circumstances, knowledge, and financial resources. Opinions, market data, and recommendations are subject to change at any time. This brief statement does not disclose all of the risks associated with trading commodities, futures, and options. For more information, see Disclosure Statement. The information contained on this Web site does not constitute a solicitation to buy or sell by Iowa Grain Company. This Web site is not to be available to individuals in a jurisdiction where such availability would be contrary to local regulation or law. Iowa Grain Company © 1996-2006 No Claim to Orig. U.S. Govt. Works

IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
SUITE 1520A
CHICAGO, ILL 60604

3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

IWG 000424

Iowa Grain Company : Members Only Area

# IOWA GRAIN COMPANY®

*the commodity brokers who remember where the commodities come from…*

| Account Access | Market Resources | Research | OAK Platforms | Support | Sitemap |

141 W. Jackson Blvd, Suite 1520A
Chicago, IL 60604
1-800-437-6731

brokersupport@iowagrain.com

MEMBER LOGOUT

HOME | CONTACT US

December

Account ____ 0029

REDACTED

No data found for this request.

Trading commodity futures and options involves substantial risk of loss and may not be suitable for all investors. You should carefully consider whether trading is suitable for you in light of your circumstances, knowledge, and financial resources. Opinions, market data, and recommendations are subject to change at any time. This brief statement does not disclose all of the risks associated with trading commodities, futures, and options. For more information, see Disclosure Statement. The information contained on this Web site does not constitute a solicitation to buy or sell by Iowa Grain Company. This Web site is not to be available to individuals in a jurisdiction where such availability would be contrary to local regulation or law. Iowa Grain Company © 1996-2006 No Claim to Orig. U.S. Govt. Works



3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

Iowa Grain Company : Members Only Area

# IOWA GRAIN COMPANY ®

*the commodity brokers who remember where the commodities come from...*

| Account Access | Market Resources | Research | OAK Platforms | Support | Sitemap |

141 W. Jackson Blvd, Suite 1520A
Chicago, IL 60604
1-800-437-6731

brokersupport@iowagrain.com

MEMBER LOGOUT

HOME    CONTACT US

December

**REDACTED**

Account ████0067

No data found for this request.

Trading commodity futures and options involves substantial risk of loss and may not be suitable for all investors. You should carefully consider whether trading is suitable for you in light of your circumstances, knowledge, and financial resources. Opinions, market data, and recommendations are subject to change at any time. This brief statement does not disclose all of the risks associated with trading commodities, futures, and options. For more information, see Disclosure Statement. The information contained on this Web site does not constitute a solicitation to buy or sell by Iowa Grain Company. This Web site is not to be available to individuals in a jurisdiction where such availability would be contrary to local regulation or law. Iowa Grain Company © 1996-2006 No Claim to Orig. U.S. Govt. Works



IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
SUITE 1520A
CHICAGO, IL 60604

3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

IWG 000428

Iowa Grain Company : Members Only Area

Page 1 of 1

## IOWA GRAIN COMPANY ®

*the commodity brokers who remember where the commodities come from...*

141 W. Jackson Blvd, Suite 1520A
Chicago, IL 60604
1-800-437-6731

brokersupport@iowagrain.com

MEMBER LOGOUT

| Account Access | Market Resources | Research | O&K Platforms | Support | Sitemap |

HOME | CONTACT US

December

REDACTED

Account ▬▬ 5583

No data found for this request.

Trading commodity futures and options involves substantial risk of loss and may not be suitable for all investors. You should carefully consider whether trading is suitable for you in light of your circumstances, knowledge, and financial resources. Opinions, market data, and recommendations are subject to change at any time. This brief statement does not disclose all of the risks associated with trading commodities, futures, and options. For more information, see Disclosure Statement. The information contained on this Web site does not constitute a solicitation to buy or sell by Iowa Grain Company. This Web site is not to be available to individuals in a jurisdiction where such availability would be contrary to local regulation or law. Iowa Grain Company © 1996-2006 No Claim to Orig. U.S. Govt. Works

IOWA GRAIN COMPANY
IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
CHICAGO, ILL 60604

3/12/2007

https://www.iowagrain.com/members/monthlyfiles.asp

IWG 000430

Iowa Grain Company : Members Only Area

Page 1 of 1



## IOWA GRAIN COMPANY ®

*the commodity brokers who remember where the commodities come from...*

141 W. Jackson Blvd, Suite 1520A
Chicago, IL 60604
1-800-437-5731

Account Access | Market Resources | Research | OAK Platforms | Support | Sitemap

MEMBER LOGOUT
brokersupport@iowagrain.com

HOME | CONTACT US

December

Account ━━ 5079

REDACTED

No data found for this request.

Trading commodity futures and options involves substantial risk of loss and may not be suitable for all investors. You should carefully consider whether trading is suitable for you in light of your circumstances, knowledge, and financial resources. Opinions, market data, and recommendations are subject to change at any time. This brief statement does not disclose all of the risks associated with trading commodities, futures, and options. For more information, see Disclosure Statement. The information contained on this Web site does not constitute a solicitation to buy or sell by Iowa Grain Company. This Web site is not to be available to individuals in a jurisdiction where such availability would be contrary to local regulation or law. Iowa Grain Company © 1996-2006 No Claim to Orig. U.S. Govt. Works

https://www.iowagrain.com/members/monthlyfiles.asp

3/12/2007

IOWA GRAIN COMPANY
141 W. JACKSON BLVD.
SUITE 1520A
CHICAGO, ILL 60604

IWG 000432

# EXHIBIT 15



SEC
SAN FRANCISCO

2006 DEC -8  AM II: 17

**INDEPENDENT THINKING**

December 7, 2006

# ORIGINAL

Erin Schneider
Attorney, Division of Enforcement
US Securities and Exchange Commission
San Francisco District Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

Dear Ms Schneider:

**Re: In the Matter of Fahey Fund, SF-3211**

Further to your letter of December 1, 2006 please find enclosed the documents as requested.

   A. Fahey Hedge Fund, L.P. – no accounts found.
   B. Fahey Fund, L.P – account found, information enclosed.
   C. Fahey Financial Group, Inc – no accounts found
   D. International Trade & Data – no accounts found
   E. Alexander James Trabulse – account found, information enclosed

Please let us know if you require any further information.

Sincerely,
CANACCORD CAPITAL CORPORATION USA, INC.

Bruce Maranda, CA, FCSI
Chief Compliance Officer

Encls

CANACCORD CAPITAL CORPORATION (USA), INC.
P.O. Box 10337 PACIFIC CENTRE 2200-609 GRANVILLE STREET VANCOUVER BC CANADA V7Y 1H2
TEL: 604 643.7300  FAX: 604 643.7606  WEBSITE: www.canaccord.com
MEMBER OF NASD AND SIPC

CNC 000001



CANACCORD CAPITAL CORPORATION
Head Office:
P.O. Box 10337, Pacific Centre
2200 - 609 Granville Street
Vancouver, BC V7Y 1H2
Tel: (604) 643-7300



REDACTED

Member of all Canadian
exchanges and the
Investment Dealers
Association

CLIENT ID: ●●418                    IA: URLL          1

| ACCOUNT NUMBER | FINANCIAL CONSULTANT | TELEPHONE | STATEMENT DATE | PAGE |
|---|---|---|---|---|
| ●●418B-7 | DAVID HAROLD LEISHMAN—CCC60●A643-7704 | | 31 MAR, 2006 | 1 |

FAHEY FUND
(CCC USA CUSTODIAL )
268 BUSH ST SUITE 4232
SAN FRANCISCO CA  94104
USA

| FINANCIAL SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| ACCOUNT | TYPE | FNDS | OPENING BALANCE | CLOSING BALANCE | TOTAL ESTIMATED MARKET VALUE | EQUITY |
| ●●418B-7 | CASH | USD | 0.00 | 0.27DR | 109,160.96 | 109,160.69 |

| DIVIDENDS AND INTEREST | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | INTEREST THIS MONTH | | INTEREST YEAR TO DATE | | DIVIDENDS |
| ACCOUNT | TYPE | FNDS | PAID BY YOU | PAID TO YOU | PAID BY YOU | PAID TO YOU | THIS MONTH | YEAR TO DATE |
| ●●418B-7 | CASH | USD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| TRANSACTIONS THIS MONTH | | | | | | |
|---|---|---|---|---|---|---|
| SETTLEMENT DATE | BOUGHT / RECEIVED | SOLD / DELIVERED | DESCRIPTION | PRICE / ENTRY | AMOUNT | BALANCE |
| ●●418B-7 CASH USD | | | OPENING BALANCE | | | 0.00 |
| 03/14 | | | USD WIRE RECD BR TEST KEY        WTI | | 50,560.00CR | 50,560.00CR |
| 03/15 | 37,500 | | CENTURY MNG CORP | .74 | | |
| | 37,500 | | CENTURY MNG CORP | .75 | 50,560.27DR | 0.27DR |
| 03/15 | | | CONVERT TO USD @ 1.1300 | | | |
| 500-418B-7 CASH USD | | | CLOSING BALANCE  31 MAR, 2006 | | | 0.27DR |

| SECURITY POSITIONS | | | | | | |
|---|---|---|---|---|---|---|
| HELD FOR YOU | DUE FROM YOU | SECURITY DESCRIPTION | PRICE 31 MAR | ESTIMATED MARKET VALUE | SEGREGATED SECURITIES | |
| | | | | | SEG | SFK |
| ●●418B-7 CASH USD | | | | | | |
| 75,000 | | CENTURY MNG CORP | 1.70000C | 109,160.96 | 75,000 | |

**If this statement does not agree with your records, please communicate directly in writing with our auditors:**
Ernst & Young, LLP, P.O.Box 10101 Pacific Centre,
700 West Georgia St., Vancouver, BC  Canada. V7Y 1C7
Fax: (604) 643-5422

E. & O.E.
GST Registration # 813356754S

CNC 000024

# EXHIBIT 16





## INDEPENDENT THINKING

March 8, 2007

**RECEIVED**

MAR 0 9 2007

Erin Schneider
Attorney, Division of Enforcement
US Securities and Exchange Commission
San Francisco District Office
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

SEC San Francisco

**REDACTED**

Dear Ms Schneider:

Re: In the Matter of Fahey Fund, SF-3211

Further to your letter of March 1, 2007 please find our response as follows:

A. Fahey Hedge Fund, L.P. – no accounts found.
B. Fahey Fund, L.P – account ████418 opened Mar 9, 2006 requested account documentation already provided with our December 7, 2006 response. Account ████173 opened February 7, 2007 requested account documentation enclosed. February 2007 statements have not been loaded onto our database as of this date. We undertake to deliver these statements to you as soon as they are available.
C. Fahey Financial Group, Inc – no accounts found.
D. Alexander James Trabulse – account opened Aug 19, 2003 requested account documentation already provided with our December 7, 2006 response. Please find enclosed the requested statements. The February statement for this account should be available within the next few days and will be delivered to you shortly thereafter.
E. International Trade & Data (also known as ITD Trading)– no accounts found.

Please let us know if you require any further information.

Sincerely,
CANACCORD CAPITAL CORPORATION USA, INC.

Bruce Maranda, CA, FCSI
Chief Compliance Officer

Encls

CANACCORD CAPITAL CORPORATION (USA), INC.
P.O. BOX 10337 PACIFIC CENTRE 2200-609 GRANVILLE STREET VANCOUVER BC CANADA V7Y 1H2
TEL: 604 643.7300   FAX: 604 643.7606   WEBSITE: www.canaccord.com
MEMBER OF NASD AND SIPC

CNC 000052

CANACCORD
CAPITAL

Corporation (USA), INC.
2200-609 Granville Street
Vancouver, BC V7Y 1H2
(604) 643-7300

**Statement Period**
September 29, 2006 to December 29, 2006

REDACTED

A James Trabulse
268 Bush St #4232
San Francisco, CA 94104

**Your Account Executive**

David Leishman
Phone: (800) 663-8061

Office: 557 / 1389   AE#: 2990

**This Package Includes Statements for the Following Accounts:**

| Account Number | Account Name | Cash & Money Markets | Securities | Account Totals |
|---|---|---|---|---|
| ▆5616 | A James Trabulse | | 29,175.40 | 29,175.40 |
| | | | 29,175.40 | 29,175.40 |

In compliance with NASD Rule 2340 which requires us to provide valuations and disclosures relating to direct participation program (DPP) and real estate investment trust (REIT) securities on customer statements, we have chosen to provide an estimated value for each security from one of the following sources: 1) annual report 2) outside service or 3) other source. These estimated values have been developed from data that is as of a date no more than 18 months prior to the date of this statement. Further, please note that DPP or REIT securities are generally illiquid, and that the estimated value may not be realized when the investor seeks to liquidate the security.

Clearing agent for your account is:
Southwest Securities, Inc. Member NYSE/SIPC (214) 859-1770

Please be sure to read the Southwest Securities, Inc. Privacy Policy located on our website www.swst.com/includes/privacypolicy.pdf

## Statement of Account

Southwest Securities, Inc., in addition to acting as a brokerage firm for its own retail and institutional customers, also acts as a clearing agent and/or a facilitator for independent brokerage firms. These services are performed under various names known as Clearing Agreements, between Southwest Securities, Inc. and a number of brokerage firms (your Broker). Southwest Securities' role is limited to performing execution, clearing and bookkeeping services for these brokerage firms. Southwest Securities makes no investment recommendations to the customers of these brokerage firms and assumes no responsibility for any investment recommendations that they may make.

If your account executive is the employee or owner of a brokerage firm using the facilities of Southwest Securities to perform certain clearing functions, then your account executive is not an employee or agent of Southwest Securities and rather he nor his firm may contractually bind Southwest Securities or make any representation on its behalf. Southwest Securities is acting only as agent for your account executive and/or your Broker. We do not act on behalf of your Broker or the employee or agents. Funds or securities reflected on this statement are located at Southwest Securities and not at your Broker.

This statement should accurately reflect all transactions and the current free and settled status of the account. However, inquiry, error or omission should be promptly reported to the Compliance Department of Southwest Securities at 800-257-2099. If this statement reflects the delivery of a certificate or funds that you have not received, please advise us immediately. If you can arrange for re-issuance or stop order and replacement. Failure to do so may result in you assuming responsibility of replacement.

### General

You will periodically receive a statement showing the securities and cash held for your account and any activity that has taken place since the preceding statement. Your statement is the official record of your account. A position that has not settled is a transaction for which payment has not been received. If any of these positions do not settle, an account adjustment will be reflected on your next statement. Interest payments that Southwest Securities has credited to the account.

Data shown on initial purchase and sale transactions are trade date positions for execution. Such remuneration is considered compensation to the firm, and the source and amount of any such compensation will be disclosed upon request.

### Payment for Order Flow

This firm receives remuneration for directing orders for particular securities to market centers for execution. Payment for Order Flow is compensation paid to a firm for directing customer orders for execution. Such remuneration is considered compensation to the firm, and the source and amount of any such compensation received by this firm, in connection with your transaction will be disclosed upon request. Southwest Securities may receive certain reductions or credits against fees that would otherwise be charged to it by an options exchange in return for routing customer orders to that exchange. To route each customer order, Southwest Securities assesses

---

the quality of the markets to which it routes order flow based on a variety of factors, including the opportunity for price improvement where it may exist. The foremost objective is to obtain best execution for our customers regardless of the execution, firm may be a factor. The obligation to obtain best execution does not necessarily require us to execute an order in the specific market from which a particular quote may have been received from you or your broker. It is the policy of Southwest Securities to direct orders to the market where favorable fees can and will be received by our customers. We may consider in determining where to send an order to include the opportunity to place obtain price improvement of price and execution. These are provided as estimates only. If not available prices, the reputation of the exchange specialist or who may be selected for execution, please regardless of the size of the order, and the quality of previous order executions.

### Account Balance

The Account Balance section shows the position and closing balance of any securities, the current market value of your securities for which a price is available, and your equity position at month and year end. If you had short positions, open short positions (long term short positions and debit balance), various year-to-date statistical information is presented (totals for the calendar year on the December 31st statement).

### Margin Accounts

You are entitled to receive securities purchased on margin balance in your account whenever, within federal limits and the right to limit margin purchases in accordance with our policies as modified from time to time, as prescribed in this account is fully paid. If paid securities, your debit and/or decrease will be marked to the market on the value date closing date. The equity in a special margin/short account maintained for you under Section 220.6 of Regulation T as issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T can be furnished upon request.

### Short Account Balances

If you have sold securities that you do not own under the short sale rule, in accordance with regulations, you must maintain your account. All short transactions in the Short Account. Any market increases or decreases from the Short Account, value will be marked to the market. All short increases and decreases will be transferred to your Margin Account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

### Option Accounts

Option balances for option contracts are allocated among client short positions pursuant to a manual procedure that randomly selects from among those firm short positions which are subject to exercise. All those contracts that are subject to exercise. All short positions contracts are established on the last trading day prior to exercise. Any short option on any European style option contracts are only exercisable on the last trading day prior to the maturity allocation procedure is available upon request. Information of the timing of such positions has been included on the confirmations of such transactions previously furnished to you.

---

A summary of such information will be made promptly available to you upon your request.

### Securities Held by You

Securities which you may be holding in your personal possession (in your safe deposit box) will not appear on this statement.

### Portfolio Positions - Market Value

The prices printed in the market value column of this section are prices as of this statement date provided to us by data providers by the quotation services. The accuracy of such data is provided by the quotation services. Therefore, you may not be able to sell securities at a price shown. For a bond data provider, the value is provided as estimate only. These are provided as estimate only. If securities are not priced, the value is not included in the market value column of your statement. For an actual quote, please contact your broker.

### Free Credit Balances

Any free credit balances are not segregated and may be used in Southwest Securities business subject to the limitations of 17CFR Section 240.15c3-2 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operations, subject to open commitments in any of your accounts, any free credit balances to which you are entitled.

### Interest Dividend/Sale Proceeds

We are required by the Internal Revenue Service (IRS) on an information Form 1099 and credited to your account, dividend income and sale proceeds credited to your account.

### Open Orders

This section displays open orders you have placed with us at your request on your statement. These orders may not appear on this statement and that does not affect the validity of orders which you have placed with us. If you cancel or change any open order that you have placed with your broker. The prices on some orders may be reduced by the amount that the dividend declared on the date the stock sells ex-dividend.

### Investment Objectives

You should advise your Broker of any material change that might affect your financial situation and/or investment objectives. Since the options account in conjunction with the customer options agreement signed by you, you are required to promptly advise your Broker of material change in your financial situation and/or investment objectives.

### Transfer of Account

We can assign your accounts to anyone unless you give us a written copy of the current holder of the bank, hurts to the benefit of anyone to whom we transfer your accounts.

### Callable Bonds and Preferred Stock

In the event of a partial call for tender of these securities, we will determine the recipient of the tender in accordance with the rules of the New York Stock Exchange. The procedure used in which the probability of a customer's process to be used in which the probability of a customer's securities held are chosen. Information on the allocation procedure is available upon request. Should you not wish to be subject to the random name. Should you not wish to be subject to the random selection process, you may instruct your Broker to have your fully paid securities delivered to you. Delivery will be

---

indebtedness and that your security has not already been pledged by the issuer or the completion of your instructions. You should understand the probability of these securities being called is the same whether it is held by you or by Southwest Securities for you.

### Cost Basis

As a courtesy to our customers, our statements may display cost basis and related information. Southwest Securities, Inc., makes no warranties with respect to the accuracy of this information and specifically disclaims any liability arising out of your use or reliance upon this basis or glorious information for any purpose. We will not accept customer or broker order, however, we do not guarantee or verify the accuracy of this data.

In calculating gains/losses, Southwest uses a First-In/First-Out (FIFO) accounting method. We will honor requests for specific identification of individual tax lots.

We may have adjusted, or may in the future adjust, costs or events such as capital changes, splits, and the reclassification of dividends as a return of capital. We do not warrant that the information is complete or accurate. Always consult your tax advisor for the proper tax treatment of these changes as they relate to your personal situation.

### Securities Protection

Southwest Securities Inc (Southwest) is, and your broker may be, a member of the Securities Investor Protection Corporation (SIPC). As a result, SIPC protects the securities held at Southwest SIPC protects accounts (as defined by SIPC), held in customer accounts up to customer including up to $100,000.00 for cash. Southwest Securities also has purchased for you an additional return to any aggregate of $60 million, limited to a combined return to any customer from a Trustee, SIPC and the underwriters of $20 million. This protection does not apply to a decline in the market value of your securities. For more details, talk with your Investment Executive.

### Financial Statement

A financial statement of Southwest Securities is available for personal inspection at our main office. A copy will be mailed to you upon your written request.

### Statement Sweep Disclosure

Sweep Deposit Accounts - The statement is informational and is provided by a courtesy that includes assets held at different financial entities. The PC Bank Insured Fund is a Federal Deposit Insurance Corporation (FDIC) insured interest-bearing deposit account. The PC Bank Insured Fund is an affiliate of Southwest Securities Inc. Once your brokerage account is automatically swept into this bank. These funds are not covered by the SIPC but are covered by the applicable rules of FDIC insurance. FDIC for balances up to $100,000, and your coverage thru Southwest Bank. For complete account disclosures please see our Customer Information Brochure. Current rates are available on our website at http://www.swst.com/



Rev. 09/05

Account Number [REDACTED] 5616
A James Trabulse



## Account Summary

| | 09/29/06 Value | 12/29/06 Value |
|---|---|---|
| Equities | 40,695.20 | 29,175.40 |
| **Total Account Value** | 40,695.20 | 29,175.40 |
| Net Account Value | 40,695.20 | 29,175.40 |

## Account Holdings



■ Equities 100.00%

---

**Statement Period**
September 29, 2006 to December 29, 2006

Page
1 of 2

## Change In Account Value

| | Cash/MMkt Margin/Short | Investments | Total Account |
|---|---|---|---|
| Beginning Balance | | 40,695.20 | 40,695.20 |
| Funds Deposited | | | |
| Income Activity | | | |
| Securities Sold/Matured | | | |
| Securities Received | | | |
| Funds Withdrawn | | | |
| Margin Interest | | | |
| Securities Purchased | | | |
| Securities Delivered | | | |
| Change in Value of Securities | | (11,519.80) | (11,519.80) |
| Ending Balance | | 29,175.40 | 29,175.40 |

## Messages

Average 7 Day Yield for Dreyfus Money Market Funds Class B on December 29, 2006

| | |
|---|---|
| Money Market Fund | 4.36% |
| U.S. Government Fund | 4.30% |
| Municipal Money Market Fund | 2.90% |

Annual Percentage Yield for Bank Insured Funds on December 29, 2006

PC² Bank Insured Funds            4.54%

For questions concerning the PC2 Bank Insured Funds (Southwest Securities' new FDIC cash management account), contact your Financial Advisor today. (Not available for all accounts)

CNC 000055

REDACTED

Account Number 5816
A James Trabulse

## Account Positions

| Equities | Account Type | Symbol/ Cusip | Quantity Long/Short | Current Price | Current Value |
|---|---|---|---|---|---|
| CENTURY MINING CORP ISIN #CA15662P1018 | Cash | CMNZF | 50,000.000 | 0.584 | 29,175.40 |
| **Total Equities** | | | | | **29,175.40** |

## End of Account Positions

## Other Important Information

### Income Summary

| Type of Income | Current Period | | Year to Date | |
|---|---|---|---|---|
| | Taxable | Nontaxable | Taxable | Nontaxable |
| Interest | | | 15.58 | |
| **Total Income** | | | **15.58** | |

### Other Tax Information

| | Current Period | Year to Date |
|---|---|---|
| Sales Proceeds | | 19,741.60 |

## End of Statement

Southwest Securities, Inc. (the "Company") is subject to the Securities and Exchange Commission's Uniform Net Capital Rule (the "Rule"), which requires the maintenance of minimum net capital. The Company has elected to use the alternative method, permitted by the rule, which requires that it maintain minimum net capital, as defined in Rule 15c3-1 under the 1934 Act, equal to the greater of $1,000,000 or 2% of aggregate debit balances, as defined in Rule 15c3-3 under the 1934 Act. At June 30, 2006, the Company had net capital of $130,155,000, or approximately 27% of aggregate debit balances, which was $120,373,000 in excess of its minimum net capital requirement of $9,782,000 at that date. The audited statement of financial condition as of June 30, 2006 is available on the Company's web site at www.swst.com, or by dialing our toll-free request line, 800-328-2174, and is provided pursuant to NASD Conduct Rule 2280 (Investor Education and Protection). The toll-free NASD Regulation and Disclosure Program Hotline is 800-289-9999, and the NASD web site is www.nasd.com. An investor brochure that includes information describing the Public Disclosure Program can be obtained by calling the toll-free number or visiting the web site.

CNC 000056

# EXHIBIT 17

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL D. CELIO
MDC@KVN.COM



February 14, 2007

## FOIA CONFIDENTIAL TREATMENT REQUEST

**VIA HAND DELIVERY**

Erin E. Schneider
Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

**VIA FIRST CLASS MAIL**

Office of Freedom of Information and Privacy
Act Operations, SEC
Operations Center
6432 General Green Way
Alexandria, VA 22312-2413

Re:    In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Ms. Schneider and To Whom It May Concern:

Enclosed with the copy of this letter sent to Mr. Schneider of the U.S. Securities and Exchange Commission is the production of documents in response to the subpoenas to Alexander James Trabulse, Fahey Fund, Fahey Financial Group and International Trade & Data dated January 29, 2007.

Pursuant to 17 C.F.R. § 200.83, I request confidential treatment under the Freedom of Information Act of the information submitted to the Commission by the subpoenaed parties. This request is being made in order to protect Mr. Trabulse's personal privacy.

The documents Mr. Trabulse has submitted have been Bates-stamped and marked "Confidential" as required by 17 C.F.R. § 200.83(c)(2). Confidential treatment is requested for each and every document submitted with this letter, i.e. Bates-stamped FAHEY-SEC-000001 to FAHEY-SEC-004120.

Erin E. Schneider,
Office of Freedom of Information
and Privacy Act Operations, SEC
February 14, 2007
Page 2


     If you have any questions about Mr. Trabulse's production or his request for confidential treatment under the Freedom of Information Act, please do not hesitate to contact me at the address and telephone number listed above.

                      Very truly yours,

                      MICHAEL D. CELIO

MDC:wik
Enclosures:
(documents with letter sent to Ms. Schneider)
(self addressed stamped envelope with letter sent to Office of Freedom of Information)

# REDACTED

**JOHN. F. NOVAK**

2268

John F. Novak

(H) ▮▮▮▮▮
(B) ▮▮▮▮▮
(FAX) ▮▮▮▮▮
Cell: ▮▮▮▮▮
eMail ▮▮▮▮▮

| Special Instruction | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Mail to:

TAX ID # ▮▮▮▮4175

**Share Liquidation Value Jan 1, 2006**    **$    115,074.24**

| Investment | —Hedge fund and Special Investments Year Ending Dec. 31, 2006— | | | | Deposits | Net | Cumul. |
|---|---|---|---|---|---|---|---|
| | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
| First Quarter TOTAL | | 4,257.75 | | | | | 4,257.75 | 119,331.99 |
| EURO FX + Gold | 4,257.75 | | | | | | | |
| Purchase of Share | <<Retroactive to Oct 01, 05 - Jan 1 balance includes the 50k investment>> | | | | | 50,000.00 | | |
| Comment: | The Currency adjustment. Gold, silver still open | | | | | | | |
| | | | | | | | | |
| Second Quarter TOTAL | | | 20,167.11 | | | | 20,167.11 | 139,499.09 |
| EURO FX vs US $$ | 7,875.91 | | | | | | | |
| Gold | 12,291.19 | | | | | | | |
| | | | | | | | | |
| Comment: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| Third Quarter TOTAL | | | | deferred | | | | 139,499.09 |
| EURO FX + Gold | | | | | | | | |
| | | | | | | | | |
| Comment: | Profits deferred | | | | | | | |
| Fourth Quarter TOTAL | | | | | 19,377.69 | | 19,377.69 | 158,876.78 |
| Dollar hedge | 6,695.96 | | | | | | | |
| Precious Metals-Partial | 12,681.74 | | | | | | | |
| | | | | | | | | |
| Comment: | Dollar hedge and profit carry forward Jan-Sep | | | | | | | |
| Quarterly Subtotals, all trades | | 4,257.75 | 20,167.11 | | 19,377.69 | | 43,802.54 | |
| TOTAL: | December 31, 2006 | | | | | | | |
| | | | | | | | +38.06% | 158,876.78 |

**NOTES:**

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 001594

# REDACTED

| KARL HILLEMANN | | | | | | | | 2319 |
|---|---|---|---|---|---|---|---|---|

Karl Hillemann  (H)  
(B)  
(FAX)  
Cell:  
eMail

Mail to:

Special Instruction  
Beneficiary:  
Rachael HILLERMANN

TAX ID #

Share Liquidation Value Jan 1, 2006    **$  1,300,000.00**

| Investment | Hedge fund and Special Investments Year Ending Dec. 31, 2006 | | | | | Deposits | Net | Cumul. |
|---|---|---|---|---|---|---|---|---|
| | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Withdrawals | Gain/Loss | Acct Bal |
| **First Quarter TOTAL** | | 48,100.00 | | | | | 48,100.00 | 1,348,100.00 |
| EURO FX + Gold | 48,100.00 | | | | | | | |
| Stock Purchase | 130 shares @ 1000 ea. | | | | | | | |
| *Comment:* | *The Currency adjustment. Gold, silver still open* | | | | | | | |
| **Second Quarter TOTAL** | | | 227,828.90 | | | | 227,828.90 | 1,575,928.90 |
| EURO FX vs US $$ | 88,974.60 | | | | | | | |
| Gold | 138,854.30 | | | | | | | |
| *Comment:* | *Currency weak dollar hedge and gold up to Jan* | | | | | | | |
| **Third  Quarter TOTAL** | | | | deferred | | | | 1,575,928.90 |
| EURO FX + Gold | | | | | | | | |
| *Comment:* | *Profits deferred* | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 218,910.85 | | 218,910.85 | 1,794,839.75 |
| Dollar hedge | 75,644.59 | | | | | | | |
| Precious Metals-Partial | 143,266.26 | | | | | | | |
| *Comment:* | *Dollar hedge and profit carry forward Jan-Sep* | | | | | | | |
| Quarterly Subtotals, all trades | | 48,100.00 | 227,828.90 | | 218,910.85 | | 494,839.75 | |
| **TOTAL:** | December 31, 2006 | | | | | | +38.06% | 1,794,839.75 |

**NOTES:**

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 001168