# EXHIBIT 18
## PART A

1

1   ]THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2                                          ⒸCOPY

3   In the Matter of:              )

4                                  )   File No. SF-03211-A

5   FAHEY FUND                     )

6

7   WITNESS:  Alexander J. Trabulse

8   PAGES:    1 through 167

9   PLACE:    Securities and Exchange Commission

10            44 Montgomery, Suite 2600

11            San Francisco, California   94104

12

13   DATE:    Thursday, April 26, 2007

14

15

16            The above-entitled matter came on for hearing,

17   pursuant to notice, at 2:13 p.m.

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                  (202) 467-3200

```
 1   APPEARANCES:

 2

 3

 4   On behalf of the Securities and Exchange Commission:

 5

 6           ERIN SCHNEIDER, ESQ.

 7           Division of Enforcement

 8           Securities and Exchange Commission

 9           44 Montgomery Street

10           San Francisco, California  94104

11

12

13   On behalf of the witness:

14

15           MICHAEL D. CELIO, ESQ.

16           Keker & Van Nest

17           710 Sansome Street

18           San Francisco, California  94111-1704

19

20

21

22

23

24

25
```

3

<pre>
 1                      C O N T E N T S

 2

 3    WITNESS                              EXAMINATION

 4

 5    Alexander J. Trabulse                          4

 6

 7

 8

 9

10    EXHIBITS:       DESCRIPTIONS              IDENTIFIED

11

12    56      A copy of the SEC Form 1662            11

13    57      A copy of the Fifth Amendment           7

14    58      A copy of a subpoena for the witness,

15            dated January 29th, 2007               13

16    59      A copy of a subpoena for the witness,

17            dated March 13th, 2007                 15

18    60      A four-page document, entitled, "Partnership

19            Agreement for ITD Trading"             47

20    61      A print-out of a website entitled,

21            "www.faheyfund.com"                   142

22

23

24

25
</pre>

4

1                    P R O C E E D I N G S

2              MS. SCHNEIDER:  Okay.  We're on the record at 2:13

3    p.m. on April 26th, 2007.

4              Mr. Trabulse, would you please raise your right

5    hand?

6    Whereupon,

7                    ALEXANDER J. TRABULSE,

8    was called as a witness and, having been first duly sworn,

9    was examined and testified as follows:

10                        EXAMINATION

11             BY MS. SCHNEIDER:

12        Q    Please state and spell your full name for the

13   record?

14        A    Alexander James Trabulse, A-l-e-x-a-n-d-e-r

15   J-a-m-e-s T-r-a-b-u-l-s-e.

16        Q    Mr. Trabulse, my name is Erin Schneider.  I'm a

17   member of the staff of the San Francisco Regional Office of

18   the United States Securities and Exchange Commission.  I'm an

19   Officer of the Commission for the purposes of this proceeding

20   here today.

21             This is an investigation by the United States

22   Securities and Exchange Commission.  It's titled:  In the

23   matter of Fahey Fund, LLP.  Our number for it is SF-3211.

24             And the purpose of our investigation is to

25   determine whether there have been violations of the federal

1    securities laws.  However, you should know that the facts

2    that we develop in this investigation might constitute

3    violations of other federal or state, civil or criminal laws.

4         Now, before we went on the record this afternoon, I

5    provided you with a copy of the Formal Order of Investigation

6    in this matter.  It will be available for you to look at

7    during the entire course of this proceeding, although I do

8    need to take it back at the end.

9         Have you had a chance to review the Formal Order,

10   Mr. Trabulse?

11        MR. CELIO:  Mr. Trabulse, I will instruct you not

12   to answer that question on the grounds that under the United

13   States Constitution, the Government may not compel you to

14   give testimony against yourself.  Will you follow my

15   instruction?

16        THE WITNESS:  I will.

17        MS. SCHNEIDER:  Is there a particular piece of the

18   Fifth Amendment that you're relying on, Mr. Celio?

19        MR. CELIO:  I'm relying on the authority of the

20   Supreme Court case of Hoffman, 341 US 486, which states that

21   the Fifth Amendment embraces those facts which would furnish

22   a link in the chain of evidence needed to prosecute the

23   Claimant.  That's my objection, also.

24        MS. SCHNEIDER:  Okay.  So, just so I'm

25   understanding, you're instructing Mr. Trabulse not to answer

1    the question of whether he's reviewed the Formal Order?

2            MR. CELIO:  I'll state for the record that he's

3    been given that opportunity, but I'm instructing him not to

4    answer the question.

5            MS. SCHNEIDER:  Okay.

6            BY MS. SCHNEIDER:

7        Q    Mr. Trabulse, are you following your counsel's

8    instructions?

9        A    Yes.

10       Q    Okay.  Mr. Trabulse, do you have any questions

11   about the formal order?

12           MR. CELIO:  Mr. Trabulse, I instruct you not to

13   answer that question on the grounds that under the United

14   States Constitution, the Government may not compel you to

15   give testimony against yourself.  Will you follow my

16   instruction?

17           THE WITNESS:  I will.

18           MS. SCHNEIDER:  We're off the record at 2:16 p.m.

19           (Off the record.)

20           MS. SCHNEIDER:  We're back on the record at 2:22

21   p.m.

22           MS. SCHNEIDER:  Mr. Trabulse, before we broke, I

23   asked you whether you had had a chance to review the Formal

24   Order of Investigation.  Have you had that opportunity?

25           MR. CELIO:  Mr. Trabulse, again, I'm going to give

1    you the same instruction I gave you previously, not to answer

2    that question.  Will you follow my instruction?

3              THE WITNESS:  I will.

4              MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

5    answer my question because the answer may tend to incriminate

6    you?

7              MR. CELIO:  Mr. Trabulse, I instruct you not to

8    answer that question on the grounds that under the United

9    States Constitute, the Government of the United States may

10   not compel you to be a witness against yourself.

11             Will you follow my instruction?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  Okay.  I'll have the court reporter

14   mark this as Exhibit 57.

15                            (SEC Exhibit No. 57 was marked for

16                             identification.)

17             MS. SCHNEIDER:  Mr. Trabulse, I'm handing you

18   what's been marked as Exhibit 57.  And just for the record

19   I'm going to describe it.

20             Exhibit 57 is a copy from a United States Code

21   Section book, and it's a copy of the Fifth Amendment, which

22   is titled, "Grand Jury Indictment for Capital Crimes, Double

23   Jeopardy, Self-Incrimination, Due Process of Law, Just

24   Compensation or Property."

25             I'm just going to read the Fifth Amendment:  "No

1    person shall be held to answer for a capital or otherwise

2    infamous crime unless on a presentment or indictment of a

3    Grand Jury except in cases arising in land or naval forces or

4    in the militia, when an actual service of war or public

5    danger, nor shall any person be subject to the same offense

6    to be twice put in jeopardy of life or limb, nor shall be

7    compelled in any criminal case to be a witness against

8    himself, nor be deprived of life, liberty, or property,

9    without due process of law, nor shall private property be

10   taken for public use without just compensation."

11        Mr. Trabulse, are you refusing to answer my

12   question because your answer would cause you to twice be put

13   in jeopardy for life or limb?

14        MR. CELIO:  Mr. Trabulse, I instruct you not to

15   answer that question on the grounds that the United States

16   Constitution may not compel you to be a witness against

17   yourself.  Will you follow that instruction?

18        THE WITNESS:  I will.

19        MS. SCHNEIDER:  Okay.  Mr. Trabulse, are you

20   refusing to answer my question because your answer might

21   compel you to be a witness against yourself?

22        MR. CELIO:  Mr. Trabulse, again, I instruct you not

23   to answer that question on the grounds -- as I've said

24   several times already -- that the Government may not compel

25   you to be a witness against yourself.  Will you follow my

9

1    instruction?

2                THE WITNESS:  I will.

3                MS. SCHNEIDER:  Mr. Trabulse, I'm not authorized to

4    compel you to give evidence or testimony as to what you

5    assert your privilege against self-incrimination, and I have

6    no intention of doing so.

7                In addition, I do not have the authority to compel

8    your testimony by granting you immunity from prosecution.

9    Any question that I ask hereafter will be with the

10   understanding that if you wish to assert your privilege, you

11   need merely state that you refuse to answer on the grounds

12   that your answer might incriminate you.

13               In other words, you're not compelled to answer any

14   further questions if you believe that a truthful answer to

15   the question might show that you've committed a crime and you

16   wish to assert your privilege against self-incrimination.

17               Accordingly, if you answer any questions, you will

18   be doing so voluntarily.  Do you understand that?

19               MR. CELIO:  I object to the question on the grounds

20   that it severely misstates the law.  I cite the

21   Commission -- as I do every time I appear here in this

22   capacity -- to the case of Hoffman v. United States, 341 US

23   479 at 46, which states that the privilege against

24   self-incrimination serves as a protection to the innocent as

25   well as to the guilty.

1          I, therefore, instruct you not to answer a question

2     on the grounds that the Government may not compel you to be a

3     witness against yourself.  I will allow you to answer the

4     question whether you understand that Ms. Schneider has stated

5     the Commission's view of what the law is.  Do you understand

6     that?

7               THE WITNESS:  I do understand that.

8               MS. SCHNEIDER:  Mr. Trabulse, you should be aware

9     that if you refuse to answer a question based on your Fifth

10    Amendment privilege, a judge or a jury may take an adverse

11    inference against you in a civil action that the Securities

12    and Exchange Commission may determine to bring against you?

13    That means that the judge or jury would be permitted to infer

14    that your answer to the questions might incriminate you.  Do

15    you understand that?

16              MR. CELIO:  I object to that question in the

17    grounds that it misstates the law.  Mr. Trabulse, I instruct

18    you not to answer that question on the grounds that under the

19    United States Constitution, the Government may not compel you

20    to be a witness against yourself.

21              I will, however, allow you to answer the question

22    if you understand that that's the SEC's view of the law.  Do

23    you understand that?

24              THE WITNESS:  I do understand that.  Thank you.

25              MS. SCHNEIDER:  Now, before we went on the record,

1    I also provided you, Mr. Trabulse, with a copy of the SEC

2    Form 1662, and a copy of that document has been marked as

3    Exhibit 56, which I'm now handing to you.

4                              (SEC Exhibit No. 56 was marked for

5                              identification.)

6              MS. SCHNEIDER:  Mr. Trabulse, have you had the

7    opportunity to read Exhibit 56?

8              MR. CELIO:  Mr. Trabulse, I'll also give you the

9    same instruction.  Under the United States Constitution, the

10   Government may not compel you to be a witness against

11   yourself.  Therefore, I instruct you not to answer the

12   question.  Will you follow my instruction?

13             THE WITNESS:  I will.

14             MS. SCHNEIDER:  Okay.  Mr. Trabulse, are you

15   refusing to answer my question because the answer might

16   incriminate you?

17             MR. CELIO:  The same instruction.  Under the United

18   States Constitution, the Government may not compel you to be

19   a witness against yourself.  I, therefore, instruct you not

20   to answer the question.  Will you follow my instruction?

21             THE WITNESS:  I will.

22             MS. SCHNEIDER:  Do you have any questions about

23   Exhibit 56, Mr. Trabulse?

24             MR. CELIO:  The same instruction.  Under the United

25   States Constitution, the Government may not compel you to be

1    witness against yourself.  Will you follow my instruction?

2              THE WITNESS:  I will.

3              MS. SCHNEIDER:  Mr. Trabulse, are you represented

4    by a lawyer here today?

5              MR. CELIO:  That question you can answer.

6              THE WITNESS:  Yes.

7              MS. SCHNEIDER:  Okay.  Would counsel for Mr.

8    Trabulse please identify themselves?

9              MR. CELIO:  Michael Celio for Keker & Van Ness, for

10   the witness.  I am accompanied in the room here by my

11   colleague, Jessa Hell-Alla Comb (phonetic).

12             MS. SCHNEIDER:  And, Mr. Celio, in what capacity

13   are you representing Mr. Trabulse?

14             MR. CELIO:  In his personal capacity.

15             Although I should also note for the record, that I

16   also represent the Fahey Fund.

17             MS. SCHNEIDER:  Okay.  Do you represent any other

18   entities associated with the Fahey Fund?

19             MR. CELIO:  I do, although it's easier to go

20   one-by-one than for me to try to give you the list.

21             MS. SCHNEIDER:  Okay.  Do you also represent

22   International Trade and Dividend (phonetic)?

23             MR. CELIO:  I do.

24             MS. SCHNEIDER:  And do you also represent the Fahey

25   Hedge Fund?

1          MR. CELIO:  To the extent that that entity exists,

2     I do.  Although, for the record, I don't believe that that's

3     a separate entity than the Fahey Fund.

4          MS. SCHNEIDER:  Okay.  And do you also represent

5     the Fahey Financial Group?

6          MR. CELIO:  I do.

7          MS. SCHNEIDER:  Okay.  I'd like to have the court

8     reporter mark the next document as the next exhibit.

9                         (SEC Exhibit No. 58 was marked for

10                              identification.)

11          MS. SCHNEIDER:  Mr. Trabulse, I'm handing you

12     what's been marked as Exhibit 58 in this matter.  For the

13     record, Exhibit 58 is a copy of the subpoena directed to

14     Alexander James Trabulse, in care of the Fahey Fund, 268 Bush

15     Street, Suite 4232, San Francisco, California 94104.  It's

16     dated January 29th, 2007.

17          Did you receive Exhibit 58, Mr. Trabulse?

18          MR. CELIO:  Mr. Trabulse, I instruct you not to

19     answer that question on the grounds that under the United

20     States Constitution, the Government may not compel you to be

21     witness against yourself.  Will you follow my instruction?

22          THE WITNESS:  I will.

23          MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

24     answer my question because the answer might incriminate you?

25          MR. CELIO:  The same instruction.  Under the United

1    States Constitution, the Government may not compel you to be

2    witness against yourself.  Will you follow my instruction?

3              THE WITNESS:  I will.

4              MS. SCHNEIDER:  Did you produce the documents that

5    were called for by Exhibit 48, Mr. Trabulse?

6              MR. CELIO:  The same instruction.  I instruct you

7    not to answer on the grounds that the Government may not

8    compel you to be a witness against yourself. Will you follow

9    my instruction?

10              THE WITNESS:  I will.

11              MR. CELIO:  And, for the record, I'll note that on

12    behalf of Mr. Trabulse, I produced documents and I believe

13    those were everything required by the subpoena.

14              MS. SCHNEIDER:  Mr. Trabulse, have you

15    produced -- have you withheld any documents that were called

16    for by the subpoena?

17              MR. CELIO:  The same instruction.  I instruct you

18    not to answer the question on the grounds that the Government

19    may not compel you to be a witness against yourself.  Will

20    you follow my instruction?

21              THE WITNESS:  I will.

22              MR. CELIO:  And, for the record, I'll also note

23    that no documents were withheld on the ground of privilege.

24              MS. SCHNEIDER:  Mr. Trabulse, were any documents

25    called for by Exhibit 58 withheld on any other ground other

1    than privilege?

2              MR. CELIO:   The same instruction.   The Government

3    may not compel you to be a witness against yourself, and I,

4    therefore, instruct you not to answer.   Will you follow that

5    instruction?

6              THE WITNESS:   I will.

7              MR. CELIO:   For the record, no documents were

8    withheld for any other reason.

9              MS. SCHNEIDER:   Okay.   If I ask you any other

10   questions about Exhibit 58, Mr. Trabulse, would you continue

11   to assert your privilege against self-incrimination under the

12   Fifth Amendment?

13             MR. CELIO:   I instruct you not to answer that

14   question on the grounds that the Government may not compel

15   you to be a witness against yourself.   Will you follow my

16   instruction?

17             THE WITNESS:   I will.

18             MS. SCHNEIDER:   I'll have the court reporter mark

19   this next document as the next exhibit.

20                              (SEC Exhibit No. 59 was marked for

21                               identification.)

22             MS. SCHNEIDER:   Mr. Trabulse, I'm handing you

23   what's been marked as Exhibit 59.   And, for the record,

24   Exhibit 59 is a copy of a subpoena directed to Alexander

25   James Trabulse, in care of Michael Celio, at Keker & Van

1    Ness, LLP, 710 Sansome Street, San Francisco, California

2    94111.  It's dated March 13th, 2007.

3              Mr. Trabulse, did you receive Exhibit 59?

4              MR. CELIO:  Mr. Trabulse, I instruct you not to

5    answer that question on the grounds that under the United

6    States Constitution, the Government may not compel you to be

7    witness against yourself.  Will you follow my instruction?

8              THE WITNESS:  I will.

9              MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

10   answer my questions of the -- because you're asserting your

11   privilege against self-incrimination under the Fifth

12   Amendment?

13             MR. CELIO:  The same instruction.  Under the United

14   States Constitution, the Government may not compel you to be

15   witness against yourself.  I, therefore, instruct you not to

16   answer.  Will you follow my instruction?

17             THE WITNESS:  I will.

18             MR. CELIO:  For the record, I'll note that I

19   received the subpoena to produce documents on Mr. Trabulse's

20   behalf, and to speed things along, nothing was withheld on

21   the grounds of privilege or any other ground.

22             MS. SCHNEIDER:  Mr. Trabulse, is Exhibit 59 a copy

23   of the subpoena pursuant to which you're appearing here

24   today?

25             MR. CELIO:  The same instruction, Mr. Trabulse.  I

1    instruct you not to answer on the grounds that the Government

2    may not compel you to be a witness against yourself.  that

3    the Government may not compel you to be a witness against

4    yourself.  Will you follow my instruction?

5         THE WITNESS:  I will.

6         MR. CELIO:  I will confirm, however, for the record

7    that Mr. Trabulse is here in response to whatever subpoenas

8    the Government has issued in this case.

9         MS. SCHNEIDER:  Mr. Trabulse, if I ask you any more

10   questions about Exhibit 59, would you continue to assert your

11   privilege against self-incrimination under the Fifth

12   Amendment?

13        MR. CELIO:  The same instruction, Mr. Trabulse.

14   that the Government may not compel you to be a witness

15   against yourself.  Will you follow my instruction?

16        THE WITNESS:  I will.

17        MS. SCHNEIDER:  Mr. Trabulse, have you ever had

18   your testimony before in which you were asked questions under

19   oath?

20        MR. CELIO:  The same instruction, Mr. Trabulse.

21   that the Government may not compel you to be a witness

22   against yourself.  Will you follow my instruction?

23        THE WITNESS:  I will.

24        MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

25   answer my question because you're asserting your privilege

1    against self-incrimination under the Fifth Amendment?

2            MR. CELIO:   I instruct you not to answer that

3    question on the grounds that the Government may not compel

4    you to be a witness against yourself.   Will you follow my

5    instruction?

6            THE WITNESS:   I will.

7            MS. SCHNEIDER:   I'm going to explain a little bit

8    about how this works today here.   We call it "testimony."

9    It's somewhat similar to a deposition in a lawsuit.

10           The court reporter is going to be transcribing

11   everything that I say, everything that you say, everything,

12   apparently, that your lawyer is going to be saying here today

13   and a transcript will be prepared at the end.   So it's

14   important that all three of us talk only one at a time.

15   Sometimes, I tend to cut off witnesses and sometimes

16   witnesses tend to answer the question before I'm finished

17   asking it.   So I'd like to ask that everybody wait until each

18   person is finished speaking.

19           Do you answer that?

20           MR. CELIO:   You can answer that question.

21           THE WITNESS:   I do.

22           BY MS. SCHNEIDER:

23   Q    Okay.   I am going to assume that you understand the

24   questions that I ask.   If you don't understand the question,

25   please let me know and I will try and rephrase it for you.

19

1   Do you understand that?

2        A    I do.

3        Q    It's also important that you answer audibly, rather

4   than shaking your head, "uh-huh" or "uh-uh," because the

5   court reporter can't take that down.  Do you understand that?

6        A    I do.

7        Q    Now, you're not in court, but the oath that you

8   took is essentially the same one as you would take if you

9   were testifying before a judge or a jury.  And that means it

10  carries with it the same penalties for perjury.

11            I don't have any reason to think that you're not

12  going to tell the truth here today, but we remind everyone

13  that they are required to answer questions truthfully.  Do

14  you understand that?

15       A    I do.

16       Q    Okay.  I control the record in this matter.  That

17  means that the court reporter will only go off the record at

18  my direction.  So if you need to take a break, let me know

19  and I will try and accommodate that.  Do you understand that?

20       A    I do.

21       Q    Okay.  Mr. Trabulse, are you taking any medications

22  or drugs today that may affect your ability to testify?

23            MR. CELIO:  Mr. Trabulse, I instruct you not to

24  answer that question on the grounds that the Government may

25  not compel you to be a witness against yourself.  Will you

1    follow my instruction?

2              THE WITNESS:  I will.

3              MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

4    answer my question based on your Fifth Amendment privilege

5    against self-incrimination under the Fifth Amendment?

6              MR. CELIO:  Mr. Trabulse, I instruct you not to

7    answer that question on the grounds that the Government may

8    not compel you to be a witness against yourself.  Will you

9    follow my instruction?

10             THE WITNESS:  I will.

11             MS. SCHNEIDER:  Mr. Trabulse, is there any other

12   reason why you can't give complete and truthful testimony

13   here today?

14             MR. CELIO:  I instruct you not to answer that

15   question on the grounds previously stated.  Will you follow

16   my instruction?

17             THE WITNESS:  I will.

18             MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

19   answer my question based on your Fifth Amendment privilege

20   not to incriminate yourself?

21             MR. CELIO:  The same instruction.  Will you follow

22   my instruction?

23             THE WITNESS:  I will.

24             MS. SCHNEIDER:  Okay.  If I ask you any -- if I ask

25   you any other questions about whether you're going to testify

1    truthfully here today, would you -- are you going to assert

2    your Fifth Amendment privilege against self-incrimination?

3         MR. CELIO:  The same instruction.  Will you follow

4    my instruction?

5         THE WITNESS:  I will.

6         MS. SCHNEIDER:  Tell me your date and place of

7    birth?

8         MR. CELIO:  I instruct you not to answer that

9    question on the grounds that the Government may not compel

10   you to be a witness against yourself.  Will you follow my

11   instruction?

12        THE WITNESS:  I will.

13        MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

14   answer my question based on your privilege against

15   self-incrimination under the Fifth Amendment?

16        MR. CELIO:  The same instruction.  Will you follow

17   it?

18        THE WITNESS:  I will.

19        MS. SCHNEIDER:  What is your Social Security

20   Number?

21        MR. CELIO:  The same instruction.  Will you follow

22   it?

23        THE WITNESS:  I will.

24        MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

25   answer my question based on your Fifth Amendment privilege

1    against self-incrimination under the Fifth Amendment?

2              MR. CELIO:  I instruct you not to answer the

3    question on the grounds -- so that it's very clear -- that

4    the Government may not compel you to be a witness against

5    yourself.  Will you follow my instruction?

6              THE WITNESS:  I will.

7              MS. SCHNEIDER:  What is your home address, Mr.

8    Trabulse?

9              MR. CELIO:  The same instruction, that the

10   Government may not compel you to be a witness against

11   yourself.  Will you follow my instruction?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

14   answer my questions based on your Fifth Amendment privilege

15   against -- your Fifth Amendment privilege to not incriminate

16   yourself?

17             MR. CELIO:  The same instruction, on the

18   basis -- so that it's very clear for the record -- I'm

19   instructing you not to answer the question on the grounds

20   that the Government may not compel you to be a witness

21   against yourself.  Will you follow my instruction?

22             THE WITNESS:  I will.

23             MS. SCHNEIDER:  Mr. Trabulse, you use the e-mail

24   address "bigcheese@faheyfund" to send e-mails.  Is that

25   right?

1              MR. CELIO:  I instruct you not to answer that

2     question on the grounds previously stated.  Will you follow

3     my instruction?

4              THE WITNESS:  I will.

5              MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

6     answer my question based on your Fifth Amendment privilege

7     not to incriminate yourself?

8              MR. CELIO:  Mr. Trabulse, I'm instructing you not

9     to answer that question on the grounds that the Government

10    may not compel you to be a witness against yourself.  Will

11    you follow my instruction?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  Tell me about your educational

14    background, Mr. Trabulse, starting with high school.

15             MR. CELIO:  Same instruction.  Will you follow it?

16             THE WITNESS:  I will.

17             MS. SCHNEIDER:  Did you get a degree from U.C.

18    Berkeley?

19             MR. CELIO:  The same instruction.  Will you follow

20    it?

21             THE WITNESS:  I will.

22             MS. SCHNEIDER:  Did you get a degree from Brown?

23             MR. CELIO:  The same instruction.  Will you follow

24    it?

25             THE WITNESS:  I will.

1          MS. SCHNEIDER:  Did you get a degree in applied

2    mathematics?

3          MR. CELIO:  The same instruction.  Will you follow

4    it?

5          THE WITNESS:  I will.

6          MS. SCHNEIDER:  Did you get a degree in computer

7    science?

8          MR. CELIO:  The same instruction.  Will you follow

9    it?

10          THE WITNESS:  I will.

11          MS. SCHNEIDER:  Did you get a degree in economics?

12          MR. CELIO:  The same instruction.  Will you follow

13    it?

14          THE WITNESS:  I will.

15          MS. SCHNEIDER:  Okay.  Mr. Trabulse, if I ask you

16    any other questions about your educational background, will

17    you continue to assert your Fifth Amendment privilege against

18    self-incrimination?

19          MR. CELIO:  Mr. Trabulse, I instruct you not to

20    answer that question on the grounds that the Government may

21    not compel you to be a witness against yourself.  Will you

22    follow my instruction?

23          THE WITNESS:  I will.

24          MS. SCHNEIDER:  Mr. Trabulse, you've never been

25    registered with the Securities and Exchange Commission in any

```
 1    capacity, have you?

 2             MR. CELIO:   The same instruction.   Will you follow

 3    it?

 4             THE WITNESS:   I will.

 5             MS. SCHNEIDER:   Mr. Trabulse, are you refusing to

 6    answer my question based on your Fifth Amendment privilege

 7    against self-incrimination?

 8             MR. CELIO:   Just so that the record is suitably

 9    clear, I'm instructing you not to answer that question on the

10    grounds that the Government Constitution forbids the

11    Government to force you or compelling you to be a witness

12    against yourself.   Will you follow my instruction?

13             THE WITNESS:   I will.

14             MS. SCHNEIDER:   Mr. Trabulse, if I ask you any

15    other questions about professional licenses that you have

16    held in the past or currently hold, will you continue to

17    assert your privilege against self-incrimination under the

18    Fifth Amendment?

19             MR. CELIO:   Mr. Trabulse, I'm instructing you not

20    to answer that question on the grounds that the Government

21    may not compel you to be a witness against yourself.   Will

22    you follow my instruction?

23             THE WITNESS:   I will.

24             MS. SCHNEIDER:   Mr. Trabulse, were you ever a

25    member of the Pacific Commodity Exchange?
```

1          MR. CELIO:  The same instruction.  Will you follow

2     it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  Were you ever a trader on the

5     options floor of the Pacific Stock Exchange?

6          MR. CELIO:  The same instruction.  Will you follow

7     it?

8          THE WITNESS:  I will.

9          MS. SCHNEIDER:  Can you tell me about your

10    employment history since college?

11         MR. CELIO:  The same instruction.  Will you follow

12    it?

13         THE WITNESS:  I will.

14         MS. SCHNEIDER:  Mr. Trabulse, if I ask you any

15    other questions about your past employment history, will you

16    continue to assert your privilege against self-incrimination

17    under the Fifth Amendment?

18         MR. CELIO:  Mr. Trabulse, I instruct you that under

19    the United States Constitution, the Government may not compel

20    you to be a witness against yourself.  Will you follow my

21    instruction?

22         THE WITNESS:  I will.

23         MS. SCHNEIDER:  Fahey Hedge Fund, LP, formerly was

24    a limited partnership, is that right?

25         MR. CELIO:  Mr. Trabulse, the same instruction.

1    Will you follow it?

2                THE WITNESS:  I will.

3                MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

4    answer my question based on your privilege under the Fifth

5    Amendment to not incriminate yourself?

6                MR. CELIO:  Mr. Trabulse, I instruct you not to

7    answer the question on the grounds that under the United

8    States Constitution, the United States Government may not

9    compel you to be a witness against yourself.  Will you follow

10   my instruction?

11               THE WITNESS:  I will.

12               MS. SCHNEIDER:  And Fahey Hedge Fund, LP, formerly

13   was registered in the State of California.  Isn't that right?

14               MR. CELIO:  Mr. Trabulse, the same instruction.

15   Will you follow it?

16               THE WITNESS:  I will.

17               MS. SCHNEIDER:  You were the General Partner of

18   Fahey Hedge Fund, LP, isn't that right?

19               MR. CELIO:  The same instruction.  Will you follow

20   it?

21               THE WITNESS:  I will.

22               MS. SCHNEIDER:  You controlled the Fahey Hedge

23   Fund, LP, isn't that right?

24               MR. CELIO:  The same instruction.  Will you follow

25   it?

1              THE WITNESS:  I will.

2              MS. SCHNEIDER:  Who works for Fahey Hedge Fund, LP?

3              MR. CELIO:  The same instruction.  Will you follow

4    it?

5              THE WITNESS:  I will.

6              MS. SCHNEIDER:  Who did work for Fahey Hedge Fund,

7    LP?

8              MR. CELIO:  The same instruction.  Will you follow

9    it?

10             THE WITNESS:  I will.

11             MS. SCHNEIDER:  You served as the investment

12   advisor to Fahey Hedge Fund, LP, isn't that right?

13             MR. CELIO:  The same instruction.  Will you follow

14   it?

15             THE WITNESS:  I will.

16             MR. CELIO:  And for the record I'd like to note

17   that the Rules of Evidence, of course, do not apply in this

18   proceeding, but we are reserving our rights.  Therefore, I'm

19   not going to object to any of the questions.  However, some

20   of the questions are objectionable, to the extent the Staff

21   ever seeks to introduce this testimony in a proceeding in

22   which the Rules of Evidence do apply, we reserve all rights

23   to make our objections at that time.

24             MS. SCHNEIDER:  Mr. Trabulse, you never registered

25   with the Securities and Exchange Commission as an investment

1    advisor, did you?

2            MR. CELIO:  Mr. Trabulse, I instruct you not to

3    answer the question on the grounds that under the United

4    States Constitution, the United States Government may not

5    compel you to be a witness against yourself.  Will you follow

6    my instruction?

7            THE WITNESS:  I will.

8            MS. SCHNEIDER:  You solicitated people to invest in

9    the Fahey Hedge Fund, LP, isn't that right?

10           MR. CELIO:  Mr. Trabulse, I instruct you not to

11   answer the question on the grounds previously stated.  Will

12   you follow my instruction?

13           THE WITNESS:  I will.

14           MS. SCHNEIDER:  Those investors then became limited

15   partners of Fahey Hedge Fund, LP, isn't that right?

16           MR. CELIO:  The same instruction.  Will you follow

17   it?

18           THE WITNESS:  I will.

19           MS. SCHNEIDER:  Did the Fahey Hedge Fund, LP, use

20   any accounting software?

21           MR. CELIO:  The same instruction.  Will you follow

22   it?

23           THE WITNESS:  I will.

24           MS. SCHNEIDER:  How did the Fahey Hedge Fund

25   calculate its gains?

1          MR. CELIO:  The same instruction.  Will you follow

2    it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  How did the Fahey Hedge Fund

5    calculate its profits?

6          MR. CELIO:  The same instruction.  Will you follow

7    it?

8          THE WITNESS:  I will.

9          MS. SCHNEIDER:  And how did the Fahey Hedge Fund

10   calculate its losses?

11         MR. CELIO:  The same instruction.  Will you follow

12   it?

13         THE WITNESS:  I will.

14         MS. SCHNEIDER:  How did the Fahey Hedge Fund keep

15   track of its assets?

16         MR. CELIO:  The same instruction.  Will you follow

17   it?

18         THE WITNESS:  I will.

19         MS. SCHNEIDER:  How did the Fahey Hedge Fund value

20   its assets?

21         MR. CELIO:  The same instruction.  Will you follow

22   it?

23         THE WITNESS:  I will.

24         MS. SCHNEIDER:  The Fahey Hedge Fund, LP, never had

25   financial statements, isn't that right?

1          MR. CELIO:   The same instruction.  Will you follow

2    it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  And the Fahey Hedge Fund, LP, never

5    had an independent auditor, isn't that right?

6          MR. CELIO:   The same instruction.  Will you follow

7    it?

8          THE WITNESS:  I will.

9          MS. SCHNEIDER:  Did the Fahey Hedge Fund, LP, ever

10   have a tax preparer?

11         MR. CELIO:   The same instruction. Will you follow

12   it?

13         THE WITNESS:  I will.

14         MS. SCHNEIDER:  And, Mr. Trabulse, if I ask you any

15   further questions on about structure, control, or operations

16   of the Fahey Hedge Fund, LP, would you continue to assert

17   your right against self-incrimination under the Fifth

18   Amendment?

19         MR. CELIO:  As previously stated, I instruct you

20   not to answer the question on the grounds that the United

21   States Government may not compel you to be a witness against

22   yourself.  Will you follow my instruction?

23         THE WITNESS:  I will.

24         MS. SCHNEIDER:  And I'm just going to repeat the

25   warning.  I'm not authorized to compel you, Mr. Trabulse, to

1    give evidence or testimony as to which you assert your

2    privilege against

3    self-incrimination, and I have no intention of doing so.

4         In addition, I do not have the authority to compel

5    your testimony or by granting you immunity from prosecution.

6    Any question that I ask hereafter will be with the

7    understanding that if you wish to assert your privilege, you

8    need merely state that you refuse to answer on the grounds

9    that your answer might incriminate you.

10        In other words, you're not compelled to answer any

11   further questions if you believe that a truthful answer to

12   the question might show that you've committed a crime and you

13   wish to assert your privilege against self-incrimination.

14        Accordingly, if you answer any questions, you will

15   be doing so voluntarily.  Do you understand this?

16        MR. CELIO:  As I've stated previously to the SEC,

17   every time someone comes in to assert the Fifth Amendment

18   misstates the law.  It full well knows that under the

19   authority of the Hoffman case.

20        As a result, I instruct you not to answer that

21   question both on the grounds that the Government may not

22   compel you to be a witness against yourself and on the

23   grounds it severely misstates the applicable law.

24        I will allow you to answer the question:  Do you

25   understand that that's the SEC's view?

1              THE WITNESS:  I do.

2              MS. SCHNEIDER:  Mr. Trabulse, you should be aware

3    that if you refuse to answer a question based on your Fifth

4    Amendment privilege, a judge or a jury may take an adverse

5    inference against you in a civil action that the SEC may

6    determine to bring against you.  That means that the judge or

7    jury would be permitted to infer that your answer to the

8    questions might incriminate you.  Do you understand this?

9              MR. CELIO:  I'm not going to belabor the record.

10   You've heard my objection.  I'll allow you to answer the

11   question:  Do you understand that this is the SEC's view?

12             THE WITNESS:  I do understand that.

13             MS. SCHNEIDER:  Okay.  Sometime after January 1st,

14   2000, the name of Fahey Hedge Fund, LP, was changed to Fahey

15   Fund, LP, isn't that right?

16             MR. CELIO:  The same instruction.  Will you follow

17   my instruction?

18             THE WITNESS:  I will.

19             MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

20   answer my question based on your Fifth Amendment privilege

21   against self-incrimination?

22             MR. CELIO:  Mr. Trabulse, I am instructing you not

23   to answer the question on the grounds that under the United

24   States Constitution, the Government lacks the authority and

25   may not compel you to give evidence against yourself.  Will

34

1    you follow my instruction?

2            THE WITNESS:  I will.

3            MS. SCHNEIDER:  Mr. Trabulse, what are the

4    differences between Fahey Hedge Fund, LP, and Fahey Fund, LP?

5            MR. CELIO:  The same instruction.  Will you follow

6    my instruction?

7            THE WITNESS:  I will.

8            MS. SCHNEIDER:  Fahey Hedge Fund, LP, and Fahey

9    Fund, LP, employed the same trading strategy, isn't that

10   right?

11           MR. CELIO:  The same instruction.  Will you follow

12   it?

13           THE WITNESS:  I will.

14           MS. SCHNEIDER:  They also invested in the same

15   types of products, isn't that right?

16           MR. CELIO:  The same instruction.  Will you follow

17   it?

18           THE WITNESS:  I will.

19           MS. SCHNEIDER:  Fahey Fund, LP, uses a bank account

20   at Bank of the West in the name of Fahey Hedge Fund, isn't

21   that right?

22           MR. CELIO:  The same instruction.  Will you follow

23   it?

24           THE WITNESS:  I will.

25           BY MS. SCHNEIDER:

1      Q    I'm sorry, did you say, "I will follow it"?

2      A    I will.

3           MR. CELIO:  Will you follow it?

4           THE WITNESS:  Yes.

5           MR. CELIO:  Yes.

6           MS. SCHNEIDER:  Okay.  I'm sorry, I just didn't

7    hear you.

8           MR. CELIO:  Yes.

9           MS. SCHNEIDER:  Fahey Hedge Fund, LP, is a limited

10   partnership, isn't that right?

11          MR. CELIO:  The same instruction.  Will you follow

12   it?

13          THE WITNESS:  I will.

14          MS. SCHNEIDER:  Is the Fahey Fund registered to do

15   business in any state?

16          MR. CELIO:  The same instruction.  Will you follow

17   it?

18          THE WITNESS:  I will.

19          MS. SCHNEIDER:  Okay.  You are the general partner

20   of Fahey Fund, LP, isn't that right?

21          MR. CELIO:  The same instruction.  Will you follow

22   it?

23          THE WITNESS:  I will.

24          MS. SCHNEIDER:  You serve as the investment advisor

25   to Fahey Fund, LP, isn't that right?

1          MR. CELIO:  The same instruction.  Will you follow

2     it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  And people who invested money in

5     Fahey Fund, LP, became limited partners of Fahey Fund, LP,

6     isn't that right?

7          MR. CELIO:  The same instruction.  Will you follow

8     it?

9          THE WITNESS:  I will.

10          MS. SCHNEIDER:  You control Fahey Fund, LP, Mr.

11     Trabulse, isn't that right?

12          MR. CELIO:  The same instruction.  Will you follow

13     it?

14          THE WITNESS:  I will.

15          MS. SCHNEIDER:  Who works for Fahey Fund, LP?

16          MR. CELIO:  The same instruction.  Will you follow

17     it?

18          THE WITNESS:  I will.

19          MS. SCHNEIDER:  Did Fahey Fund, LP, use any

20     accounting software?

21          MR. CELIO:  The same instruction.  Will you follow

22     it?

23          THE WITNESS:  I will.

24          MS. SCHNEIDER:  How does Fahey Fund, LP, calculate

25     its gains?

```
 1              MR. CELIO:  The same instruction.  Will you follow
 2    it?
 3              THE WITNESS:  I will.
 4              MS. SCHNEIDER:  How does Fahey Fund, LP, calculate
 5    its profit?
 6              MR. CELIO:  The same instruction.  Will you follow
 7    it?
 8              THE WITNESS:  I will.
 9              MS. SCHNEIDER:  How does Fahey Fund, LP, calculate
10    its losses?
11              MR. CELIO:  The same instruction.  Will you follow
12    it?
13              THE WITNESS:  I will.
14              MS. SCHNEIDER:  How does Fahey Fund keep track of
15    its assets?
16              MR. CELIO:  The same instruction.  Will you follow
17    it?
18              THE WITNESS:  I will.
19              MS. SCHNEIDER:  How does Fahey Fund, LP, value its
20    assets?
21              MR. CELIO:  The same instruction.  Will you follow
22    it?
23              THE WITNESS:  I will.
24              MS. SCHNEIDER:  Fahey Fund, LP, does not have any
25    financial statements, does it?
```

1            MR. CELIO:  The same instruction.  Will you follow

2    it?

3            THE WITNESS:  I will.

4            MS. SCHNEIDER:  Then Fahey Fund, LP, has never

5    prepared financial statements, isn't that right?

6            MR. CELIO:  The same instruction.  Will you follow

7    it?

8            THE WITNESS:  I will.

9            MS. SCHNEIDER:  I just want to clarify my question

10   a little bit.

11           Fahey Fund, LP, has never prepared financial

12   statements for Fahey Fund, the entity, has it?

13           MR. CELIO:  The same instruction.  Will you follow

14   it?

15           THE WITNESS:  I will.

16           MS. SCHNEIDER:  Fahey Fund, LP, does not have an

17   auditor, does it?

18           MR. CELIO:  The same instruction.  Will you follow

19   it?

20           THE WITNESS:  I will.

21           MS. SCHNEIDER:  Fahey Fund, LP, has never had an

22   auditor, has it?

23           MR. CELIO:  The same instruction  Will you follow

24   it?

25           THE WITNESS:  I will.

39

```
1              MS. SCHNEIDER:  Does Fahey Fund, LP, have a tax
2    preparer?
3              MR. CELIO:  The same instruction.  Will you follow
4    it?
5              THE WITNESS:  I will.
6              MS. SCHNEIDER:  Does Fahey Fund, LP, have a tax
7    preparer?
8              MR. CELIO:  The same instruction.  Will you follow
9    it?
10             THE WITNESS:  I will.
11             MS. SCHNEIDER:  Has it ever had a tax preparer?
12             MR. CELIO:  The same instruction.  Will you follow
13   it?
14             THE WITNESS:  I will.
15             MS. SCHNEIDER:  Fahey Fund, LP, did not provide its
16   limited partners with tax statements, did it?
17             MR. CELIO:  The same instruction.  Will you follow
18   it?
19             THE WITNESS:  I will.
20             MS. SCHNEIDER:  In fact, you advised Fahey Fund's
21   limited partners that they did not have to pay taxes on their
22   investments in Fahey Fund, LP, until they took money out of
23   Fahey Fund, LP, isn't that true?
24             MR. CELIO:  The same instruction.  Will you follow
25   it?
```

1           THE WITNESS:  I will.

2           MS. SCHNEIDER:  Okay.  Mr. Trabulse, if I asked you

3     any more questions about the structure, control, or

4     operations of Fahey Fund, LP, would you continue to assert

5     your right against self-incrimination under the Fifth

6     Amendment?

7           MR. CELIO:  Mr. Trabulse, I instruct you that under

8     the United States Constitution, the Government may not compel

9     you to be a witness against yourself.  As a result, I

10    instruct you not to answer that question.  Will you follow my

11    instruction?

12          THE WITNESS:  I will.

13          MS. SCHNEIDER:  Fahey Financial Group, Inc., is a

14    corporation, isn't that right?

15          MR. CELIO:  The same instruction.  Will you follow

16    it?

17          THE WITNESS:  I will.

18          MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

19    answer my question based on your Fifth Amendment privilege

20    against self-incrimination?

21          MR. CELIO:  Mr. Trabulse, I instruct you -- and the

22    grounds for the instruction is that under the United States

23    Constitution, the Government may not compel you to be a

24    witness against yourself.  I, therefore, instruct you not to

25    answer.  Will you follow my instruction?

1             THE WITNESS:  I will.

2             MS. SCHNEIDER:  The Fahey Financial Group, Inc., is

3    registered in the state of Nevada, isn't that right?

4             MR. CELIO:  The same instruction.  Will you follow

5    it?

6             THE WITNESS:  I will.

7             MS. SCHNEIDER:  What is your title, if any, at the

8    Fahey Financial Group, Inc.?

9             MR. CELIO:  The same instruction.  Will you follow

10   it?

11            THE WITNESS:  I will.

12            MS. SCHNEIDER:  You control Fahey Financial Group,

13   Inc., isn't that right?

14            MR. CELIO:  The same instruction.  Will you follow

15   it?

16            THE WITNESS:  I will.

17            MS. SCHNEIDER:  Who works for Fahey Financial

18   Group, Inc.?

19            MR. CELIO:  The same instruction.  Will you follow

20   it?

21            THE WITNESS:  I will.

22            MS. SCHNEIDER:  Mr. Trabulse, do you object to my

23   referring to Fahey Financial Group, Inc., as "Fahey

24   Financial"?

25            MR. CELIO:  For the purposes of this, that's fine,

1    Counsel.  Just go ahead.

2              MS. SCHNEIDER:  Okay.

3              MS. SCHNEIDER:  Does Fahey Financial use any

4    accounting software?

5              MR. CELIO:  The same instruction.  Will you follow

6    it?

7              THE WITNESS:  I will.

8              MS. SCHNEIDER:  How does Fahey Financial calculate

9    its gains?

10             MR. CELIO:  The same instruction.  Will you follow

11   it?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  How does Fahey Financial calculate

14   its profits?

15             MR. CELIO:  The same instruction.  Will you follow

16   it?

17             THE WITNESS:  I will.

18             MS. SCHNEIDER:  How does Fahey Financial calculate

19   its losses?

20             MR. CELIO:  The same instruction.  Will you follow

21   it?

22             THE WITNESS:  I will.

23             MS. SCHNEIDER:  How does Fahey Financial keep track

24   of its assets?

25             MR. CELIO:  The same instruction.  Will you follow

43

1    it?

2              THE WITNESS:    I will.

3              MS. SCHNEIDER:    How does Fahey Financial value its

4    assets?

5              MR. CELIO:    The same instruction.    Will you follow

6    it?

7              THE WITNESS:    I will.

8              MS. SCHNEIDER:    And Fahey Financial has never

9    prepared financial statements for Fahey Financial's entity,

10   has it?

11             MR. CELIO:    The same instruction.    Will you follow

12   it?

13             THE WITNESS:    I will.

14             MS. SCHNEIDER:    And Fahey Financial does not

15   currently have financial statements for Fahey Financial as an

16   entity, is that right?

17             MR. CELIO:    The same instruction.    Will you follow

18   it?

19             THE WITNESS:    I will.

20             MS. SCHNEIDER:    And Fahey Financial does not have

21   an auditor, does it?

22             MR. CELIO:    The same instruction.    Will you follow

23   it?

24             THE WITNESS:    I will.

25             MS. SCHNEIDER:    Fahey Financial has never had an

1    auditor, has it?

2            MR. CELIO:  The same instruction.  Will you follow

3    it?

4            THE WITNESS:  I will.

5            MS. SCHNEIDER:  Does Fahey Financial have a tax

6    preparer?

7            MR. CELIO:  The same instruction.  Will you follow

8    my instruction?

9            THE WITNESS:  I will.

10            MS. SCHNEIDER:  Has Fahey Financial ever had a tax

11    preparer?

12            MR. CELIO:  The same instruction.  Will you follow

13    my instruction?

14            THE WITNESS:  I will.

15            MS. SCHNEIDER:  Fahey Financial employed the same

16    investment strategy as Fahey Hedge Fund, isn't that right?

17            MR. CELIO:  The same instruction.  Will you follow

18    it?

19            THE WITNESS:  I will.

20            MS. SCHNEIDER:  And Fahey Financial employed the

21    same investment strategy as Fahey Fund, LP, isn't that right?

22            MR. CELIO:  The same instruction.  Will you follow

23    my instruction?

24            THE WITNESS:  I will.

25            MS. SCHNEIDER:  You instructed prospective

1    investors to direct their investments to Fahey Financial,

2    isn't that right?

3            MR. CELIO:  The same instruction.  Will you follow

4    it?

5            THE WITNESS:  I will.

6            MS. SCHNEIDER:  And you transferred existing

7    investors in Fahey Hedge Fund, or Fahey Fund, LP, to Fahey

8    Financial Group, Inc., isn't that right?

9            MR. CELIO:  The same instruction.  Will you follow

10   my instruction?

11           THE WITNESS:  I will.

12           MS. SCHNEIDER:  And you told prospective and

13   existing investors that they would not have to pay tax on

14   their investments until they withdrew money out of Fahey

15   Financial, isn't that right?

16           MR. CELIO:  The same instruction.  Will you follow

17   it?

18           THE WITNESS:  I will.

19           MS. SCHNEIDER:  Did you get any legal advice in

20   that regard, Mr. Trabulse?

21           MR. CELIO:  The same instruction.  Will you follow

22   it?

23           THE WITNESS:  I will.

24           MS. SCHNEIDER:  Fahey Financial never filed tax

25   returns, did it?

1          MR. CELIO:  The same instruction.  Will you follow

2     it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  Mr. Trabulse, if I ask you any more

5     questions about the structure, control, or operations of

6     Fahey Financial Group, Inc., would you continue to assert

7     your right against self-incrimination under the Fifth

8     Amendment?

9          MR. CELIO:  Mr. Trabulse, as I've said before, I am

10    instructing you not to answer questions under these grounds:

11    Under the United States Constitution, the Government may not

12    compel you to be a witness against yourself.  Will you follow

13    my instruction?

14         THE WITNESS:  I will.

15         MS. SCHNEIDER:  International Trade and Data is a

16    partnership, is that right?

17         MR. CELIO:  The same instruction.  Will you follow

18    my instruction?

19         THE WITNESS:  I will.

20         MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

21    answer my question based on your Fifth Amendment privilege

22    not to incriminate yourself?

23         MR. CELIO:  To be clear, I am instructing you not

24    to answer on the grounds that under the United States

25    Constitution, the Government may not compel you to give

1    testimony against yourself.  Will you follow my instruction?

2                    THE WITNESS:  I will.

3                    MS. SCHNEIDER:  International Trade and Data is a

4    general partnership, isn't it?

5                    MR. CELIO:  The same instruction.  Will you follow

6    my instruction?

7                    THE WITNESS:  I will.

8                    MS. SCHNEIDER:  Okay.  You and Doug O'Connor are

9    the general partners of International Trade and Data, isn't

10   that right?

11                   MR. CELIO:  The same instruction, the same

12   instruction.  Will you follow my instruction?

13                   THE WITNESS:  I will.

14                   MS. SCHNEIDER:  I'd like to have the court reporter

15   mark this next document as the next exhibit.

16                            (SEC Exhibit No. 60 was marked for

17                             identification.)

18                   MS. SCHNEIDER:  Mr. Trabulse, I'm handing you

19   what's been marked as Exhibit 60.  I'm just going to describe

20   it briefly for the record.  Exhibit 60 is a one, two,

21   three -- four-page document and at the top it says,

22   "Partnership Agreement for ITD Trading."

23                   Do you recognize Exhibit 60, Mr. Trabulse?

24                   MR. CELIO:  Mr. Trabulse, I am instructing you not

25   to answer the question on the grounds previously stated.

48

1    Will you follow my instruction?

2              THE WITNESS:  I will.

3              MS. SCHNEIDER:  Okay.  Exhibit 60 governs the

4    operation of International Trade and Data, isn't that right?

5              MR. CELIO:  The same instruction.  Will you follow

6    it?

7              THE WITNESS:  I will.

8              MS. SCHNEIDER:  What is the purpose of Exhibit 50?

9    Exhibit 60, excuse me.

10             MR. CELIO:  The same instruction.  Will you follow

11   my instruction?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  Who works for International Trade

14   and Data?

15             MR. CELIO:  The same instruction.  Will you follow

16   it?

17             THE WITNESS:  I will.

18             MS. SCHNEIDER:  Is International Trade and

19   Data -- excuse me.  Is International Trade and Data

20   registered to do business in any states?

21             MR. CELIO:  The same instruction.  Will you follow

22   it?

23             THE WITNESS:  I will.

24             MS. SCHNEIDER:  Mr. Trabulse, you control

25   International Trade and Data, isn't that right?

1                MR. CELIO:  The same instruction.  Will you follow

2    my instruction?

3                THE WITNESS:  I will.

4                MS. SCHNEIDER:  Mr. Trabulse, you co-mingled

5    investor funds between Fahey Financial, LP, Fahey Financial

6    Group, Inc., and International Trade and Data, didn't you?

7                MR. CELIO:  The same instruction.  Will you follow

8    it?

9                THE WITNESS:  I will.

10               MS. SCHNEIDER:  And, Mr. Trabulse, you co-mingled

11   profits earned on trading activities between Fahey Fund, LP,

12   Fahey Financial Group, Inc., and International Trade and

13   Data, didn't you?

14               MR. CELIO:  The same instruction.  Will you follow

15   it?

16               THE WITNESS:  I will.

17               MS. SCHNEIDER:  Does International Trade and Data

18   use any accounting software?

19               MR. CELIO:  The same instruction.  Will you follow

20   it?

21               THE WITNESS:  I will.

22               MS. SCHNEIDER:  How does International Trade and

23   Data calculate its gains?

24               MR. CELIO:  The same instruction.  Will you follow

25   it?

1           THE WITNESS:  I will.

2           MS. SCHNEIDER:  How does International Trade and

3   Data calculate its profits?

4           MR. CELIO:  The same instruction.  Will you follow

5   it?

6           THE WITNESS:  I will.

7           MS. SCHNEIDER:  How does International Trade and

8   Data calculate its losses?

9           MR. CELIO:  The same instruction.  Will you follow

10  my instruction?

11          THE WITNESS:  I will.

12          MS. SCHNEIDER:  Go ahead and let Mr. Celio finish.

13  I apologize.

14          How does International Trade and Data keep track of

15  its assets?

16          MR. CELIO:  The same instruction.  Will you follow

17  my instruction?

18          THE WITNESS:  I will.

19          MS. SCHNEIDER:  How does International Trade and

20  Data value its assets?

21          MR. CELIO:  The same instruction.  Will you follow

22  it?

23          THE WITNESS:  I will.

24          MS. SCHNEIDER:  International Trade and Data has

25  never prepared financial statements for International Trade

1    and Data, the entity, isn't that right?

2              MR. CELIO:   The same instruction.   Will you follow

3    it?

4              THE WITNESS:   I will.

5              MS. SCHNEIDER:   And International Trade and Data

6    has never prepared financial statements, isn't that right?

7              MR. CELIO:   The same instruction.   Will you follow

8    it?

9              THE WITNESS:   I will.

10             MS. SCHNEIDER:   And International Trade and Data

11   does not have an auditor, does it?

12             MR. CELIO:   The same instruction.   Will you follow

13   it?

14             THE WITNESS:   I will.

15             MS. SCHNEIDER:   And International Trade and Data

16   has never had an auditor, isn't that right?

17             MR. CELIO:   The same instruction.   Will you follow

18   it?

19             THE WITNESS:   I will.

20             MS. SCHNEIDER:   Does International Trade and Data

21   have a tax preparer?

22             MR. CELIO:   I instruct you not to answer the

23   question.   Will you follow my instruction?

24             THE WITNESS:   I will.

25             MS. SCHNEIDER:   Has it ever had one?

1          MR. CELIO:  I instruct you not to answer the

2     question.  Will you follow my instruction?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  International Trade and Data's

5     partners never filed tax returns reflecting their profits or

6     losses related to International Trade and Data, did they?

7          MR. CELIO:  The same instruction.  Will you follow

8     my instruction?

9          THE WITNESS:  I will.

10         MS. SCHNEIDER:  Mr. Trabulse, if I asked you any

11    more questions about the structure, control, or operations of

12    International Trade and Data, would you continue to assert

13    your right against self-incrimination under the Fifth

14    Amendment of the Constitution?

15         MR. CELIO:  Counsel, you keep saying is he

16    continuing to assert his right against self-incrimination.

17    You're putting a characterization on it.

18         For the record, I'm instructing him not to answer

19    on the grounds that under the United States, the Government

20    may not compel him to be a witness against himself.

21         Mr. Trabulse, are you going to follow my

22    instruction?

23         THE WITNESS:  Yes.

24         MS. SCHNEIDER:  Mr. Trabulse, how were -- were you

25    compensated for your role at Fahey Hedge Fund?

1          MR. CELIO:  The same instruction as previously.

2    Will you follow my instruction?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

5    answer my question based on your Fifth Amendment privilege

6    against self-incrimination?

7          MR. CELIO:  As stated before, Counsel, you keep

8    looking for the sound bite that you're not going to get.

9          I'm instructing him very clearly on the grounds the

10   Constitution of the United States does not permit the

11   Government to compel him to be a witness against himself.

12   It's in the very exhibit you marked.

13         I believe he's clear on the purpose and nature of

14   the instruction.

15         Will you follow my instruction?

16         THE WITNESS:  I will.

17         MS. SCHNEIDER:  How were you compensated for your

18   role at Fahey Hedge Fund?

19         MR. CELIO:  The same instruction.  Will you follow

20   it?

21         THE WITNESS:  I will.

22         MS. SCHNEIDER:  How was your compensation

23   compensated?

24         MR. CELIO:  The same instruction.  Will you follow

25   it?

1          THE WITNESS:  I will.

2          MS. SCHNEIDER:  Were you authorized to incur

3     expenses in connection with your role at Fahey Hedge Fund?

4          MR. CELIO:  The same instruction.  Will you follow

5     it?

6          THE WITNESS:  I will.

7          MS. SCHNEIDER:  How did you keep track of your

8     expenses?

9          MR. CELIO:  The same instruction.  Will you follow

10    my instruction?

11         THE WITNESS:  I will.

12         MS. SCHNEIDER:  Were you compensated for your role

13    at Fahey Fund, LP?

14         MR. CELIO:  The same instruction.  Will you follow

15    my instruction?

16         THE WITNESS:  I will.

17         MS. SCHNEIDER:  How were you compensated?

18         MR. CELIO:  The same instruction.  Will you follow

19    my instruction?

20         THE WITNESS:  I will.

21         MS. SCHNEIDER:  How was your compensation

22    calculated?

23         MR. CELIO:  The same instruction  Will you follow

24    my instruction?

25         THE WITNESS:  I will.

1           MS. SCHNEIDER:  Were you authorized to incur

2   expenses in connection with your role at Fahey Fund, LP?

3           MR. CELIO:  The same instruction.  Will you follow

4   my instruction?

5           THE WITNESS:  I will.

6           MS. SCHNEIDER:  And how did you keep track of your

7   expenses?

8           MR. CELIO:  The same instruction.  Will you follow

9   my instruction?

10          THE WITNESS:  I will.

11          MS. SCHNEIDER:  Were you compensated for your role

12  at Fahey Financial Group, Inc.?

13          MR. CELIO:  The same instruction.  Will you follow

14  my instruction?

15          THE WITNESS:  I will.

16          MS. SCHNEIDER:  How were you compensated?

17          MR. CELIO:  The same instruction.  Will you follow

18  my instruction?

19          THE WITNESS:  I will.

20          MS. SCHNEIDER:  How was your compensation

21  calculated?

22          MR. CELIO:  The same instruction.  Will you follow

23  my instruction?

24          THE WITNESS:  I will.

25          MS. SCHNEIDER:  Were you authorized to incur

1    expenses in connection with your role at Fahey Financial

2    Group, Inc.?

3                MR. CELIO:  The same instruction.  Will you follow

4    my instruction?

5                THE WITNESS:  I will.

6                MS. SCHNEIDER:  How did you keep track of your

7    expenses?

8                MR. CELIO:  I'll give you the same instruction as

9    previously.  Will you follow my instruction?

10               THE WITNESS:  I will.

11               MS. SCHNEIDER:  Mr. Trabulse, were you compensated

12   for your role at International Trade and Data?

13               MR. CELIO:  The same instruction.  Will you follow

14   my instruction?

15               THE WITNESS:  I will.

16               MS. SCHNEIDER:  How were you compensated?

17               MR. CELIO:  The same instruction.  Will you follow

18   my instruction?

19               THE WITNESS:  I will.

20               MS. SCHNEIDER:  How was your compensation

21   compensated?

22               MR. CELIO:  The same instruction.  Will you follow

23   my instruction?

24               THE WITNESS:  I will.

25               MS. SCHNEIDER:  Were you authorized to incur

1    expenses in connection with your role at International Trade

2    and Data?

3            MR. CELIO:  The same instruction.  Will you follow

4    my instruction?

5            THE WITNESS:  I will.

6            MS. SCHNEIDER:  How did you keep track of your

7    expenses?

8            MR. CELIO:  I'll give you the same instruction as

9    I've given you previously.  Will you follow it?

10            THE WITNESS:  I will.

11            MS. SCHNEIDER:  Mr. Trabulse, if I asked you any

12    more questions about your compensation and your authorization

13    to incur expenses on behalf of Fahey Hedge Fund, Fahey Fund,

14    Fahey Financial Group, or International Trade and Data, would

15    you assert your right against self-incrimination under the

16    Fifth Amendment?

17            MR. CELIO:  Mr. Trabulse, I'm instructing you not

18    to answer that question, as I've said many times today, on

19    the grounds that under the United States Constitution, the

20    Government may not compel you to be a witness against

21    yourself.  Will you follow my instruction?

22            THE WITNESS:  I will.

23            MS. SCHNEIDER:  Mr. Trabulse, International Trade

24    and Data had a brokerage account at A.G. Edwards, numbered

25    ████4127; isn't that right?

**REDACTED**

1        MS. SCHNEIDER:  I am instructing you not to answer

2    that question.  Will you follow my instruction?

3        THE WITNESS:  I will.

4        MS. SCHNEIDER:  Are you refusing to answer my

5    question based on your Fifth Amendment privilege against

6    self-incrimination?

7        MR. CELIO:  Mr. Trabulse, I'm instructing you not

8    to answer that question, either, on the same grounds as

9    previously stated, that under the United States Constitution,

10   the Government may not compel you to be a witness against

11   yourself.  Will you follow my instruction?

12       THE WITNESS:  I will.

13       MS. SCHNEIDER:  Mr. Trabulse, you had trading

14   authority for that account, isn't that right?

15       MR. CELIO:  The same instruction.  Will you follow

16   it?

17       THE WITNESS:  I will.

18       MS. SCHNEIDER:  You were authorized to direct and

19   withdraw money out of that account, is that right?

20       MR. CELIO:  The same instruction.  Will you follow

21   it?

22       THE WITNESS:  I will.

23       MS. SCHNEIDER:  And you used that account to make

24   commodity trades and security trades, isn't that right?

25       MR. CELIO:  The same instruction.  Will you follow

1    my instruction?

2           THE WITNESS:  I will.

3           MS. SCHNEIDER:  Mr. Trabulse, International Trade

4    and Data did have another account at A.G. Edwards and Sons,

5    Inc., numbered ████3369-██; isn't that right?

6           MS. SCHNEIDER:  I'm instructing you not to answer

7    the question on the grounds previously stated.  Will you

8    follow my instruction?

9           THE WITNESS:  I will.

10          MS. SCHNEIDER:  You had trading authority for this

11   account, didn't you, Mr. Trabulse?

12         MR. CELIO:  The same instruction.  Will you follow

13   my instruction?

14         THE WITNESS:  I will.

15         MS. SCHNEIDER:  You also had authority to withdraw

16   or direct the withdrawal of money out of this account, didn't

17   you?

18         MR. CELIO:  The same instruction.  Will you follow

19   it?

20         THE WITNESS:  I will.

21         MS. SCHNEIDER:  And you used this account to make

22   commodity trades and security trades, didn't you?

23         MR. CELIO:  The same instruction.  Will you follow

24   it?

25         THE WITNESS:  I will.

REDACTED

1               MS. SCHNEIDER:  Mr. Trabulse, International Trade

2     and Data had a brokerage account at Iowa Grain, numbered

3     ████5079; isn't that right?

4               MR. CELIO:  The same instruction.  Will you follow

5     it?

6               THE WITNESS:  I will.

7               MS. SCHNEIDER:  You had trading authority in that

8     account, didn't you?

9               MR. CELIO:  The same instruction.  Will you follow

10    it?

11              THE WITNESS:  I will.

12              MS. SCHNEIDER:  And you had the authority to

13    withdraw money or to direct the withdrawal of money out of

14    that account; isn't that right?

15              MR. CELIO:  The same instruction.  Will you follow

16    it?

17              THE WITNESS:  I will.

18              MS. SCHNEIDER:  And you used that account to make

19    commodity trades, right?

20              MR. CELIO:  The same instruction.  Will you follow

21    it?

22              THE WITNESS:  I will.

23              MS. SCHNEIDER:  International Trade and Data also

24    had an account -- a brokerage account at Iowa Grain, numbered

25    20295079; isn't that right?

**REDACTED**

1          MR. CELIO:  The same instruction.  Will you follow

2     it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  You had trading authority for that

5     account, isn't that right?

6          MR. CELIO:  The same instruction.  Will you follow

7     it?

8          THE WITNESS:  I will.

9          MS. SCHNEIDER:  And you were authorized to withdraw

10    money out of that account, isn't that right?

11         MR. CELIO:  The same instruction.  Will you follow

12    it?

13         THE WITNESS:  I will.

14         MS. SCHNEIDER:  And you used this account to make

15    commodity trades, isn't that right?

16         MR. CELIO:  The same instruction.  Will you follow

17    it?

18         THE WITNESS:  I will.

19         MS. SCHNEIDER:  International Trade and Data had

20    another account at Iowa Grain Company, numbered ████5583;

21    isn't that right?

22         MR. CELIO:  The same instruction.  Will you follow

23    it?

24         THE WITNESS:  I will.

25         MS. SCHNEIDER:  And you had trading authority in



62

1    that account, isn't that right?

2              MR. CELIO:  The same instruction.  Will you follow

3    it?

4              THE WITNESS:  I will.

5              MS. SCHNEIDER:  And you had the authority to

6    withdraw money out of that account, isn't that right?

7              MR. CELIO:  The same instruction.  Will you follow

8    it?

9              THE WITNESS:  I will.

10             MS. SCHNEIDER:  And you used this account to make

11   commodity trades, isn't that right?

12             MR. CELIO:  The same instruction.  Will you follow

13   it?

14             THE WITNESS:  I will.

15             MS. SCHNEIDER:  International Trade and Data had

16   another account at Iowa Grain, numbered ████0029; isn't that

17   right?

18             MR. CELIO:  The same instruction.  Will you follow

19   it?

20             THE WITNESS:  I will.

21             MS. SCHNEIDER:  And you had trading authority in

22   that account, didn't you?

23             MR. CELIO:  The same instruction.  Will you follow

24   it?

25             THE WITNESS:  Yes.

**REDACTED**

1          MS. SCHNEIDER:  And you were authorized to withdraw

2     money out of that account, isn't that right?

3          MR. CELIO:  The same instruction.  Will you follow

4     it?

5          THE WITNESS:  I will.

6          MS. SCHNEIDER:  And you used this account to make

7     commodity trades, isn't that right?

8          MR. CELIO:  The same instruction.  Will you follow

9     it?

10         THE WITNESS:  I will.

11         MS. SCHNEIDER:  International Trade and Data had

12    another account at Iowa Grain Company, numbered ████5097;

13    isn't that right?

14         MR. CELIO:  The same instruction.  Will you follow

15    it?

16         THE WITNESS:  I will.

17         MS. SCHNEIDER:  And you had trading authority in

18    that account, isn't that right?

19         MR. CELIO:  The same instruction.  Will you follow

20    it?

21         THE WITNESS:  I will.

22         MS. SCHNEIDER:  And you were authorized to withdraw

23    money out of that account, isn't that right?

24         MR. CELIO:  The same instruction.  Will you follow

25    it?

**REDACTED**

1              THE WITNESS:  I will.

2              MS. SCHNEIDER:  And you use that account to make

3    commodity trades, isn't that right?

4              MR. CELIO:  The same instruction.  Will you follow

5    it?

6              THE WITNESS:  I will.

7              MS. SCHNEIDER:  You had an account at Iowa Grain

8    Company in the name of James Trabulse and Doug O'Connor,

9    numbered ████0067; isn't that right?

10             MR. CELIO:  The same instruction.  Will you follow

11   it?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  And you had trading authority for

14   that account, isn't that right?

15             MR. CELIO:  The same instruction.  Will you follow

16   it?

17             THE WITNESS:  I will.

18             MS. SCHNEIDER:  Okay.  And you were authorized to

19   withdraw money out of that account, isn't that right?

20             MR. CELIO:  The same instruction.  Will you follow

21   it?

22             THE WITNESS:  I will.

23             MS. SCHNEIDER:  Did you use this account for the

24   benefit of investors in Fahey Fund, LP, or Fahey Financial

25   Group, Inc.?

REDACTED

1          MR. CELIO:  The same instruction.  Will you follow

2     it?

3          THE WITNESS:  I will.

4          MS. SCHNEIDER:  Why is it in the name of Doug

5     O'Connor and James Trabulse, rather than in the name of Fahey

6     Fund, LP, or Fahey Financial Group, Inc.?

7          MR. CELIO:  The same instruction.  Will you follow

8     it?

9          THE WITNESS:  I will.

10         MS. SCHNEIDER:  Doug O'Connor had an account at

11    Iowa Grain Company, numbered ████5581; isn't that right?

12         MR. CELIO:  Can you say that one more time?  The

13    account number?

14         MS. SCHNEIDER:  Sure.  ████5581.

15         MR. CELIO:  81, okay, thank you.  The same

16    instruction as previously.  Will you follow my instruction?

17         THE WITNESS:  I will.

18         MS. SCHNEIDER:  You had trading authority in this

19    account, didn't you?

20         MR. CELIO:  The same instruction.  Will you follow

21    my instruction?

22         THE WITNESS:  I will.

23         MS. SCHNEIDER:  And you had the authority to

24    withdraw money out of that account, isn't that right?

25         MR. CELIO:  The same instruction.  Will you follow

**REDACTED**

1    it?

2              THE WITNESS:  I will.

3              MS. SCHNEIDER:  Did you use this account for the

4    benefit of investors in Fahey Fund, LP, or Fahey Financial

5    Group, Inc.?

6              MR. CELIO:  The same instruction.  Will you follow

7    it?

8              THE WITNESS:  I will.

9              MS. SCHNEIDER:  Why is it in the name of Doug

10   O'Connor, rather than in the name of Fahey Fund, LP, or Fahey

11   Financial Group, Inc.?

12             MR. CELIO:  The same instruction.  Will you follow

13   it?

14             THE WITNESS:  I will.

15             MS. SCHNEIDER:  Mr. Trabulse, you had a brokerage

16   account had at Canacord Capital Corporation, numbered

17   ████5616; isn't that right?

18             MR. CELIO:  Just repeat the account number for me

19   one more time?

20             MS. SCHNEIDER:  Sure, ████5616.

21             MR. CELIO:  5616, thank you very much.  The same

22   instruction as previously, Mr. Trabulse.  Will you follow my

23   instruction?

24             THE WITNESS:  I will.

25             MS. SCHNEIDER:  Mr. Trabulse, you had trading

REDACTED

1    authority in that account, isn't that right?

2              MR. CELIO:  The same instruction.  Will you follow

3    it?

4              THE WITNESS:  I will.

5              MS. SCHNEIDER:  And you were authorized to withdraw

6    money out of that account, isn't that right?

7              MR. CELIO:  The same instruction.  Will you follow

8    it?

9              THE WITNESS:  I will.

10             MS. SCHNEIDER:  Did you use this account for the

11   benefit of investors in Fahey Fund, LP, Fahey Hedge Fund, or

12   Fahey Financial Group, Inc.?

13             MR. CELIO:  The same instruction.  Will you follow

14   it?

15             THE WITNESS:  I will.

16             MS. SCHNEIDER:  Why is the account in your name

17   rather than Fahey Fund, LP, Fahey Hedge Fund, LP, or Fahey

18   Financial Group, Inc.?

19             MR. CELIO:  The same instruction.  Will you follow

20   it?

21             THE WITNESS:  I will.

22             MS. SCHNEIDER:  I'm going to go off the record for

23   five minutes.

24             We're off the record at 3:08 p.m.

25             (Off the record.)

1           MS. SCHNEIDER:  We're back on the record at 3:13

2    p.m.

3           MS. SCHNEIDER:  Fahey Fund had an account at

4    Canacord Capital Corporation, numbered ███-418B-█; isn't that

5    right, Mr. Trabulse?

6           MR. CELIO:  The same instruction given to you

7    previously.  Will you follow it?

8           THE WITNESS:  I will.

9           MS. SCHNEIDER:  And you had trading authority in

10   that account, isn't that right, Mr. Trabulse?

11          MR. CELIO:  The same instruction.  Will you follow

12   it?

13          THE WITNESS:  I will.

14          MS. SCHNEIDER:  And you were authorized to make

15   withdrawals out of that account, isn't that right?

16          MR. CELIO:  The same instruction.  Will you follow

17   it?

18          THE WITNESS:  I will.

19          MS. SCHNEIDER:  We have talked about a number of

20   brokerage accounts, Mr. Trabulse.  Are there any brokerage

21   accounts that I haven't mentioned that are for the benefit of

22   investors in Fahey Hedge Fund, LP, Fahey Fund, LP, or Fahey

23   Financial Group, Inc.?

24          MR. CELIO:  The same instruction.  Will you follow

25   my instruction?

**REDACTED**

1        THE WITNESS:  I will.

2        MS. SCHNEIDER:  Mr. Trabulse, if I ask you any more

3    questions about brokerage accounts for which you held or hold

4    trading authority or any interest, will you assert your right

5    against self-incrimination under the Fifth Amendment?

6        MR. CELIO:  I am instructing you not to answer the

7    question on the grounds that under the United States

8    Constitution, the Government lacks the authority and may not

9    compel you to give evidence against yourself.  Will you

10   follow my instruction?

11       THE WITNESS:  I will.

12       MS. SCHNEIDER:  Mr. Trabulse, Fahey Hedge Fund, LP,

13   has a bank account at Bank of the West, numbered 102-002573;

14   isn't that right?

15       MR. CELIO:  I instruct you not to answer the

16   question on the grounds previously stated.  Will you follow

17   my instruction?

18       THE WITNESS:  I will.

19       MS. SCHNEIDER:  Mr. Trabulse, are you refusing to

20   answer my question based on your Fifth Amendment privilege

21   against self-incrimination?

22       MR. CELIO:  The same instruction.  I instruct you

23   not to answer the question on the grounds that -- on the very

24   words that Counsel cited to you -- that the United States

25   Government may not compel you to give testimony against

1    yourself.  Will you follow my instruction?

2              THE WITNESS:  I will.

3              MS. SCHNEIDER:  Mr. Trabulse, you had authority to

4    transfer funds in and out of that account, isn't that right?

5              MR. CELIO:  The same instruction.  Will you follow

6    it?

7              THE WITNESS:  I will.

8              MS. SCHNEIDER:  Did you have sole authority to

9    transfer funds in and out of that account?

10             MR. CELIO:  The same instruction.  Will you follow

11   it?

12             THE WITNESS:  I will.

13             MS. SCHNEIDER:  If I asked you any more questions

14   about this account, would you assert your right against

15   self-incrimination under the Fifth Amendment?

16             MR. CELIO:  As I've stated several times, there's

17   no such thing as a right against self-incrimination in the

18   United States Constitution.  I quote the words that are

19   listed right here in the exhibit previously marked:  "No

20   person shall be compelled to be a witness against himself,

21   nor be deprived life, liberty, or property without due

22   process of law."

23             Will you follow my instruction on that basis?

24             THE WITNESS:  I will.

25             MS. SCHNEIDER:  Mr. Trabulse, International Trade

1    and Data has a bank account at Bank of the West, numbered

2    ████2375, isn't that right?

3              MR. CELIO:  The same instruction.  Will you follow

4    it?

5              THE WITNESS:  I will.

6              MS. SCHNEIDER:  You have authority to transfer

7    funds out of that account, isn't that right?

8              MR. CELIO:  The same instruction.  Will you follow

9    it?

10             THE WITNESS:  I will.

11             MS. SCHNEIDER:  And you have authority to transfer

12   funds into that account, as well, right?

13             MR. CELIO:  The same instruction.  Will you follow

14   it?

15             THE WITNESS:  I will.

16             MS. SCHNEIDER:  If I ask you any more questions

17   about that bank account, would you assert your right against

18   self-incrimination under the Fifth Amendment?

19             MR. CELIO:  The same instruction as I've given you

20   previously.  The Government may not compel you to give

21   testimony against yourself.  On that basis, will you follow

22   my instruction?

23             THE WITNESS:  I will.

24             MS. SCHNEIDER:  And International Trade and Data

25   has another account at Bank of the West, numbered ████0445;



REDACTED

72

1    isn't that right?

2            MR. CELIO:  The same instruction.  Will you follow

3    it?

4            THE WITNESS:  I will.

5            MS. SCHNEIDER:  And, Mr. Trabulse, you have

6    authority to transfer funds out of that account, isn't that

7    right?

8            MR. CELIO:  The same instruction.  Will you follow

9    it?

10           THE WITNESS:  I will.

11           MS. SCHNEIDER:  You have authority to transfer

12   funds into that account, as well, isn't that right?

13           MR. CELIO:  The same instruction.  Will you follow

14   it?

15           THE WITNESS:  I will.

16           MS. SCHNEIDER:  Did you have sole authority to

17   transfer funds from that account?

18           MR. CELIO:  The same instruction.  Will you follow

19   it?

20           THE WITNESS:  I will.

21           MS. SCHNEIDER:  If I ask you any more questions

22   about that account, will you assert your right against

23   self-incrimination under the Fifth Amendment?

24           MR. CELIO:  To be clear, I'm instructing you not to

25   answer the question on the grounds that the Government cannot

1    compel you to be a witness against myself.  Will you follow

2    my instruction?

3              THE WITNESS:  I will.

4              MS. SCHNEIDER:  Mr. Trabulse, Fahey Financial

5    Group, Inc. has a bank account at Bank of America, numbered

6    ███████5114; isn't that right?

7              MR. CELIO:  The same instruction.  Will you follow

8    it?

9              THE WITNESS:  I will.

10             MS. SCHNEIDER:  And you have authority to transfer

11   funds into that account, right?

12             MS. SCHNEIDER:  The same instruction.  Will you

13   follow it?

14             THE WITNESS:  I will.

15             MS. SCHNEIDER:  And you have authority to transfer

16   funds out of that account, right?

17             MR. CELIO:  The same instruction.  Will you follow

18   it?

19             THE WITNESS:  I will.

20             MS. SCHNEIDER:  Do you have sole authority to

21   transfer money in that account?

22             MR. CELIO:  The same instruction.  Will you follow

23   it?

24             THE WITNESS:  I will.

25             MS. SCHNEIDER:  If I ask you any more questions

**REDACTED**

1   about that account, will you assert your right against

2   self-incrimination under the Fifth Amendment?

3           MR. CELIO:  Mr. Trabulse, I instruct you not to

4   answer the question on the grounds under the United States

5   Constitution, the Government may not compel you to be a

6   witness against yourself.  Will you follow my instruction?

7           THE WITNESS:  I will.

8           MS. SCHNEIDER:  Fahey Financial Group, Inc. has

9   another account at Bank of America, numbered ██████8846;

10  isn't that right?

11  The same instruction.  Will you follow it?

12          THE WITNESS:  I will.

13          MS. SCHNEIDER:  And you have authority to transfer

14  funds out of that account, right?

15          MR. CELIO:  The same instruction.  Will you follow

16  it?

17          THE WITNESS:  I will.

18          MS. SCHNEIDER:  And you have authority to transfer

19  funds out of that account, right?

20          MR. CELIO:  The same instruction.  Will you follow

21  it?

22          THE WITNESS:  I will.

23          MS. SCHNEIDER:  Did you have sole authority to

24  transfer funds in that account?

25          MR. CELIO:  The same instruction.  Will you follow

**REDACTED**

1   my instruction?

2          THE WITNESS:  I will.

3          MS. SCHNEIDER:  If I ask you any more questions

4   about that account, will you assert your right against

5   self-incrimination under the Fifth Amendment?

6          MR. CELIO:  Mr. Trabulse, I'm going to instruct you

7   not to answer the question.  The grounds for my instruction

8   is that under the Fifth Amendment, the United States

9   Government cannot compel you to be a witness against

10  yourself.  Will you follow my instruction?

11         THE WITNESS:  I will.

12         MS. SCHNEIDER:  Mr. Trabulse, are there any other

13  bank accounts other than the five that I mentioned that are

14  for the benefit of the investors in Fahey Hedge Fund, LP,

15  Fahey Fund, LP, or Fahey Financial Group, Inc.?

16         MR. CELIO:  The same instruction.  Will you follow

17  it?

18         THE WITNESS:  I will.

19         MS. SCHNEIDER:  If I asked you any more questions

20  about bank accounts for Fahey Hedge Fund, LP, Fahey Fund, LP,

21  and Fahey Financial Group, Inc., or International Trade and

22  Data, will you assert your right against self-incrimination

23  under the Fifth Amendment?

24         MR. CELIO:  Mr. Trabulse, I'm going to instruct you

25  not to answer the question.  The basis for the instruction is

1    that under the United States, the Government may not compel

2    you to be a witness against yourself.  Will you follow my

3    instruction?

4              THE WITNESS:  I will.

5              MS. SCHNEIDER:  Mr. Trabulse, you have an account

6    at Bank of the West in your name, Alexander James Trabulse,

7    numbered

8    ████1410; isn't that right?

9              MR. CELIO:  The same instruction.  Will you follow

10   it?

11             THE WITNESS:  I will.

12             MS. SCHNEIDER:  This account is for your personal

13   benefit, isn't that right?

14             MR. CELIO:  The same instruction.  Will you follow

15   it?

16             THE WITNESS:  I will.

17             MS. SCHNEIDER:  This account is not for the benefit

18   of investors in Fahey Hedge Fund, LP, Fahey Fund, LP, Fahey

19   Financial Group, Inc., or International Trade and Data; isn't

20   that right?

21             MR. CELIO:  The same instruction.  Will you follow

22   it?

23             THE WITNESS:  I will.

24             MS. SCHNEIDER:  Now, you have another bank account

25   at Bank of the West in the name of A. James Trabulse,

**REDACTED**

1    numbered ██████1031; isn't that right?

2            MR. CELIO:  The same instruction.  Will you follow

3    it?

4            THE WITNESS:  I will.

5            MS. SCHNEIDER:  This account is for your personal

6    benefit, isn't that right?

7            MR. CELIO:  The same instruction.  Will you follow

8    it?

9            THE WITNESS:  I will.

10           MS. SCHNEIDER:  This account is not for the benefit

11   of investors in Fahey Hedge Fund, LP, Fahey Fund, LP, or

12   Fahey Financial Group, Inc., is it?

13           MR. CELIO:  The same instruction.  Will you follow

14   it?

15           THE WITNESS:  Yes.

16           MS. SCHNEIDER:  Mr. Trabulse, you have a bank

17   account at BNP Corribus (phonetic).  I don't know how to

18   pronounce it, I apologize, in France, numbered ██████9885,

19   isn't that right?

20           MR. CELIO:  The same instruction.  Will you follow

21   it?

22           THE WITNESS:  I will.

23           MS. SCHNEIDER:  This account is for your personal

24   benefit, isn't that right?

25           MR. CELIO:  The same instruction.  Will you follow


REDACTED

1    it?

2              THE WITNESS:  I will.

3              MS. SCHNEIDER:  This account is not for the benefit

4    of investors in Fahey Hedge Fund, LP, Fahey Fund, LP, Fahey

5    Financial Group, Inc., or International Trade and Data; isn't

6    that right?

7              MR. CELIO:  The same instruction.  Will you follow

8    it?

9              THE WITNESS:  I will.

10             MS. SCHNEIDER:  If I ask you any more questions

11   about this account, will you assert your right against

12   self-incrimination under the Fifth Amendment?

13             MR. CELIO:  Mr. Trabulse, I instruct you not to

14   answer that question.  As I've stated several times today, on

15   the grounds that under the United States Constitution, the

16   Government may not compel you to give testimony against

17   yourself.  Will you follow my instruction?

18             THE WITNESS:  I will.

19             MS. SCHNEIDER:  Mr. Trabulse, you opened an account

20   at BNP, Corribus, in the name of Catherine O'Reilly, isn't

21   that right?

22             MR. CELIO:  The same instruction.  Will you follow

23   it?

24             THE WITNESS:  I will.

25             MS. SCHNEIDER:  Okay.  And that account number is

```
 1   9550/25; isn't that right?
 2              MR. CELIO:  The same instruction.  Will you follow
 3   it?
 4              THE WITNESS:  I will.
 5              MS. SCHNEIDER:  This account is for Ms. O'Reilly's
 6   personal benefit, right?
 7              MR. CELIO:  The same instruction.  Will you follow
 8   it?
 9              THE WITNESS:  I will.
10              MS. SCHNEIDER:  It's not for the benefit of
11   investors in Fahey Hedge Fund, LP, Fahey Fund, LP, Fahey
12   Financial Group, Inc., or International Trade and Data, is
13   that right?
14              MR. CELIO:  The same instruction.  Will you follow
15   it?
16              THE WITNESS:  I will.
17              MS. SCHNEIDER:  Do you have authority to transfer
18   money out of this account?
19              MR. CELIO:  The same instruction.  Will you follow
20   it?
21              THE WITNESS:  I will.
22              MS. SCHNEIDER:  Do you have authority to transfer
23   money into this account?
24              MR. CELIO:  The same instruction.  Will you follow
25   it?
```