# EXHIBIT 25



**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** ₘₚ

RECEIVED

APR 1 2 2007

SEC San Francisco

50 Fremont Street
San Francisco, CA 94105
Tel 415.983.1000
Fax 415.983.1200

**MAILING ADDRESS**
P. O. Box 7880
San Francisco, CA 94120
www.pillsburylaw.com

April 12, 2007

Marc H. Axelbaum
Phone: 415.983.1967
marc.axelbaum@pillsburylaw.com

## FOIA CONFIDENTIAL TREATMENT REQUESTED

*HAND DELIVERED*

Erin E. Schneider, Esq.
Staff Attorney, Division of Enforcement
United States Securities and Exchange Commission
44 Montgomery Street
Suite 2600
San Francisco, CA 94104-4613

Re:    In the Matter of Fahey Fund, SF-3211

Dear Ms. Schneider:

Enclosed are documents numbered FF-JMW 0001 to FF-JMW 0109, which are
responsive to the SEC's subpoena for documents dated January 31, 2007 to James M.
Wojack. This firm, Pillsbury Winthrop Shaw Pittman LLP, represents Mr. Wojack with
regard to the subpoena.

Please note that we have redacted portions of several of the documents on privacy
grounds. The redacted portions do not pertain in any way to the scope of your
investigation as we understand it.

We consider this letter (together with enclosures) to remain the property of Mr. Wojack
for purposes of the Freedom of Information Act, 5 U.S.C. § 552, as amended ("FOIA").
In the event that this letter, or any part of it, is determined to be an agency record within
the meaning of FOIA, we request confidential treatment pursuant to FOIA and the
applicable rules of the Commission, including but not limited to Rule 83 of the
Commission's Rules on Information and Requests, 17 C.F.R. § 200.83. In this regard,
please be advised that we have submitted to the Commission a request for confidential
treatment under FOIA. A copy of our FOIA letter request is enclosed.

This letter is not intended to, and does not, waive any applicable privilege or other legal
basis under which information may not be subject to production. Our production of any

700672366v1

Erin E. Schneider, Esq.
April 12, 2007
Page 2

material subject to any applicable privilege or other legal basis under which information
may not be subject to production is inadvertent.

Please call me at 415-983-1967 if you have any questions.

Sincerely,

Marc H. Axelbaum

Enclosures

cc:    FOIA and Privacy Act Office (w/o enclosures)

**The FAHEY Hedge Fund, lp**
*Special Gold Fund*
268 Bush Street, Suite 4232
San Francisco, CA 94104
*New Account Statement as of Jan. 15 2003*

# REDACTED

## James M. Wojack Trust—May 13, 2002                                      1067

| | | | | | | Sterling Trust Co. | | (800-955-3434,Z,3) |
|---|---|---|---|---|---|---|---|---|
| James Wojack Trust | | (H) | | | | IRA Account # | | |
| James M Wojack, Trustee | | (B) | | | | UNITS | Date | Total |
| | | (FAX) | | | | | | |
| | | Cell: | | | | | 13-May-02 | |
| | | eMail | | | | | | |
| Mail to: | | | | | | | | |
| | | TAX ID # | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Account as of Jan 15, 2003 | | $   25,000.00 |

| Trade Description | Gain/ Loss | Qtr 1 | For the Year Ending Dec 31, 2003 Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| **First Quarter TOTAL** | | | | | | | | |
| *New Investment* | | | | | | 25,000.00 | | 25,000.00 |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | | |
| **TOTAL:** | *Jan 15, 2003* | | | | | | | 25,000.00 |

| NOTES: | |
|---|---|
| *Welcome!* | Welcome to your participation in the Fahey Hedge Fund Gold Fund, which we believe will make at least 50% in the coming two years, maybe more. Why this fund? Because it will not be limited to only gold, gold stocks and options, but the financial fallout of higher gold prices will make the stock market move, will exaggerate interest rate fluctuations, and especially impact the currencies. So, we can profit on five to six MORE fronts. Then, when gold finally stops rising, we will sell out and go short! Thanks Jim for your confidence and I expect to meet you in Indiana. Note that your account starts Jan 15. |



FOIA CONFIDENTIAL
TREATMENT REQUESTED

**FF-JMW 0001**



*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104



Dear Fahey Hedge Fund, lp Investor:                                        Apr 05, 2003

Enclosed is your statement for Q1, 2003, that is, January 1, through March 31, 2003. The weakness in the dollar gave us 3.5% while the stock index trades added 2.0%, bringing the total of 5.5%.
The last three months have been difficult because of the Iraq invasion and its effect on the stock and world markets in general. However, we consider ourselves quite lucky to have made what we made.

Your fund manager is tired and aggravated by the past 30 days because of the political nature of it all. Even though I was trained in economics, I see now that the best education I ever got was on the streets, during my boyhood. There I developed a skill known indelicately as "BS Detector."

## COMES THE INTERNET

The vast and astounding quantity and variety of information and misinformation on line is now THE way to say informed. After emerging from my computer on certain days, I pop the remote to see what the "networks" are selling. There, I see and hear, and stare with expectant awe, wondering what they will tell and what they won't tell and what they can't tell. I hear how great all is from the Commander in Chief. I then hear how Allah is Great from the Evil Other Side. I read on the internet the facts about the 'economy.' I hear from discredited X-purts how we are only a quarter "or so" away from a resumption of our God-given prosperity.



And so it goes, day after day, conflicting opinions, official news, lies, deceptions, confusion, and people everywhere wondering where all those tens of billions (with a 'B') are coming from, if life in these States is so under funded. Notice that up to now I haven't said: "The GDP rate and the demand for capital expenditures are at the lowest level in 15 years." Nor did I say, "The dollar lost ground against the Eurocurrency because the US balance of payments is the worst since 1978 (which it is, incidentally)." No, what I do is look at the market to see if it likes the way the Federales are running things. If His Holiness Dr. Rumsfeld is having a good spectacles day, the market rises. If His Majesty George II stumbles on "nooo klear" more than once in public, the market frowns and divests itself of another 100 points. Such is the study of stock markets at the inception of century 21. If this were a perfect world, I could relax and indulge in supply/demand economics. I could Invest, for some obsolete thing called the 'long run.' No, I am a Fed-Washington-Mid-East watcher instead. Sigh...

For your safety, and peace of mind, the Fund is currently trading with a max exposure of less than 4 or 5%. Under 'normal' conditions, we might assume an 8 or even 9% risk. But, since so much of the perceived market value of stocks and raw materials are tied to the emotional and public relations factors excreted from World Capitols, I decided to halve our exposure, as well as to reduce our decisions to only obviously excellent trades. This protects us from odd shocks that cannot be anticipated by us. For example, even an event like 9/11 repeating would only run our maximum exposure up to our 'normal' risk level.

In brief, this means that we will not necessarily make as much as we should, in exchange for the safety factor. When we reach a place where we can make longer-term forecasts with confidence, we will return to higher gains. Does this meet with your approval? If not, let me know, and we will segregate your account and trade it as if the Administration were in control of things.

I frankly believe that there are some big pent-up moves ahead, so the year may still come out strong, especially when all eyes turn back toward the domestic front. Then we will see shock and awe in Congress when they realize the impact of the deficits. And the loss of the respect of our traditional allies. And the current account balance. And the rise in M3 And. and.. Oh, by the way, being bearish is profitable if you are with the Fahey Fund, because you made money last year short the stock market and short the dollar. Tell that to the village optimist! "I don't care if they go up or down, just that they GO!" said a wise old (alcoholic) and famous trader at the old PSE back when the world was coming to an end in 1976. How true! I echo in my middle years, how true.

I have been asked to run a short and not-too-technical seminar on the markets for our investors. It sounds deadly boring to me, but if you don't think so, send me an email with your suggestions. If I get 10 emails, I will try to do something.

Sincerely,
Jim Trabulse, Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**The FAHEY HEDGE FUND, lp**
*Special Gold Fund*
*268 Bush Street, Suite 4232*
*San Francisco, CA 94104*
*Account Statement as of March 31 2003*



## James M. Wojack Trust--May 13, 2002

| | | | | | | | Special Gold Fund | | |
|---|---|---|---|---|---|---|---|---|---|
| James Wojack Trust | | (H) | ▬▬▬ | | | | | | 1085 |
| James M Wojack, Trustee | | (B) | ▬▬▬ | | | | | | |
| ▬▬▬ | ▬▬ | (FAX) | | | | | | | |
| | ▬▬ | Cell: | | | | | | | |
| Mail to: | | eMail | ▬▬▬▬ | | | | | | |
| | | | | | | | | | |
| | | TAX ID # | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | Account as of Jan 15, 2003 | | | $ | 25,000.00 |

| Trade Description | Gain/ Loss | For the Year Ending Dec 31, 2003 | | | | Deposits/ Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| First Quarter TOTAL | | 1,375.00 | | | | | 1,375.00 | 26,375.00 |
| Dollar Hedge v. Euro | 750.00 | | | | | 25,000.00 | | 25,000.00 |
| DJII/NASDAQ 100 | 625.00 | | | | | | | |
| Comment: | *Slight hedges on the dollar vs. Euro (3%) plus stock index profits (around 3%)* | | | | | | | |
| Second Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Third Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Fourth Quarter TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | | | | | | 1,375.00 | |
| **TOTAL:** | **Jan 15, 2003** | | | | | | +5.50% | 26,375.00 |
| NOTES: | | | | | | | | |
| | | Hello Woj! I was so please to meet you in South Bend--Well mayben not in South Bend maybe it would have been more fun in Florida - -anyway, it was great fun. What is the next conference you will be at? BTW, note that your profits are not just in gold, but any related financial trade. | | | | | | |

The FAHEY Hedge Fund, lp
*Special Gold Fund*
268 Bush Street, Suite 4232
San Francisco, CA 94104
*Account Statement as of June 30, 2003*

# REDACTED

## James M. Wojack Trust--May 13, 2002

1089

| | | | | | | Special Gold Fund | | |
|---|---|---|---|---|---|---|---|---|
| James Wojack Trust | | (H) | ▉▉▉▉▉ | | | | | |
| James M Wojack, Trustee | | (B) | ▉▉▉▉▉ | | | | | |
| | | (FAX) | | | | | | |
| ▉▉▉▉ | ▉▉▉ | Cell: | | | | | | |
| | ▉▉▉ | eMail | ▉▉▉▉▉▉ | | | | | |
| Mail to: | | | | | | | | |
| | | | TAX ID # | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Account as of Jan 15, 2003 | | $  25,000.00 | |

| Trade Description | Gain/ Loss | For the Year Ending Dec. 31, 2003 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| | | | | | | | | |
| **First Quarter TOTAL** | | 1,375.00 | | | | | 1,375.00 | 26,375.00 |
| *Dollar Hedge v. Euro* | 750.00 | | | | | 25,000.00 | | 25,000.00 |
| DJII/NASDAQ 100 | 625.00 | | | | | | | |
| Comment: | *Slight hedges on the dollar vs. Euro (3%) plus stock index profits (around 3%)* | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 2,373.75 | | | | 2,373.75 | 28,748.75 |
| Euro FX/Dollar Hedge | 923.13 | | | | | | | |
| Silver Hedge | 1,450.63 | | | | | | | |
| | | | | | | | | |
| Comment: | *The gold rose, but we saved profits by selling silver as a hedge while keeping our original position* | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,375.00 | 2,373.75 | | | | | |
| **TOTAL:** | *June 30, 2003* | | | | | | | 9,517.02 |
| **NOTES:** | | | | | | | | |
| | | | | | | | | |
| | Hi Jim: I have a trader working in the Dow Jones pit at the CBOT. His name is Doug O'Conner and | | | | | | | |
| | he is about 25 years old. If you could keep an eye on him? He is expecting your phone call. | | | | | | | |
| | He is required to assist at Mass which he does, but a friend and a cop friend would be a big plus. | | | | | | | |
| | His phone number is 415-305-6918. Thanks | | | | | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0004

*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104



Dear Partner:

Sep 30, 2003

> Enclosed is your statement for Q3, 2003, that is, July 1 through September 30, 2003.
> You will note that your fund manager has booked no profits or losses for this quarter. This is because the activity seemed to allow few profits.
> However, the previous quarter combined with the next quarter will please you. It is thought best, though, to report them as of Jan 1, 2004. Hence, I wish to emphasize to you that the Q4, 2003 reports will arrive mid-January. Please be patient. Some of this has to do with the General Partner and trader being exhausted and in need of a long retreat.

> ⇒ **PLEASE NOTE THAT YOUR JUNE 30, 2003 STATEMENT WILL REMAIN UNCHANGED!**
> ⇒ It will not appear on the back of this letter. *(Of course, new investments, etc. and other changes will be recorded when they happen and they will be sent to you at the time).* Also, there are still profits acquired in this and the Second Quarter, which will appear in the Jan 15 mailing. Thank you for your understanding.

NO WITTY DULL COMMENTARY?

Yes, that is correct. There is much to talk about but in a nutshell, look out for GNMA, FMAC and all the mortgage lenders and underwriters to experience, uh..."structural" problems.

If a critical member of the Bush Administration is (finally) taken in the act, look for a sinking spell in the chances for a second term. If this happens, it will send the Foreign Exchange markets nuts (contra-dollar); it will cause a sinking spell on Whall Sthreet. It might even propel gold well above $400 toward $500.

Otherwise, if our People love the Resident President, then things will hold up heroically until Nov. 6, 2004, then nature will take Her course and the excesses will flush.

I am not a prophet, of course, so I prefer all political events to be raucous, so they will send the various markets into nice, high percentage gyrations. Democrat? Ruplicrat? Plutocrat! Back to Venice.

If you have nice recovery profits in your other investments or retirement plan, you would be very prudent to be out of no less than 2/3rds of your stocks. I am not looking for a sharp selloff, but this strong rally we had has little left in it-maybe 5-8% depending on which stox you hold. Caution and patience.

Next time in Mid January. Thank you all and have a wonderful Christmastide.

Sincerely,
Jim Trabulse
*Fund Manager*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0005

**The FAHEY Hedge Fund, lp**
*Special Gold Fund*
268 Bush Street, Suite 4232
San Francisco, CA 94104
*Account Statement as of December 31, 2003*



## James M. Wojack Trust--May 13, 2002

1095

| | | | | | | | Special Gold Fund | | |
|---|---|---|---|---|---|---|---|---|---|
| James Wojack Trust | | | (H) | ▓▓▓▓▓ | | | | | |
| James M Wojack, Trustee | | | (B) | ▓▓▓▓▓ | | | | | |
| ▓▓▓▓▓▓ | | | (FAX) | | | | | | |
| ▓▓▓▓ | ▓▓▓ | | Cell: | | | | | | |
| | | | eMail | ▓▓▓▓▓▓ | | | | | |
| Mail to: | | | | | | | | | |
| | | | TAX ID # | | | | | | |
| | | | | | | | | | |
| | | | | | | Account as of Jan 15, 2003 | | $ | 25,000.00 |

| Trade Description | Gain/ Loss | For the Year Ending Dec. 31, 2003 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 1,375.00 | | | | | 1,375.00 | 26,375.00 |
| Dollar Hedge v. Euro | 750.00 | | | | | 25,000.00 | | 25,000.00 |
| DJII/NASDAQ 100 | 625.00 | | | | | | | |
| **Comment:** *Slight hedges on the dollar vs. Euro (3%) plus stock index profits (around 3%)* | | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 2,373.75 | | | | 2,373.75 | 28,748.75 |
| Euro FX/Dollar Hedge | 923.13 | | | | | | | |
| Silver Hedge | 1,450.63 | | | | | | | |
| | | | | | | | | |
| **Comment:** *Steady Profits from Dollar hedges and the stock market rally* | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 3,593.59 | | 3,593.59 | 32,342.34 |
| Euro FX/Dollar Hedge | 1,149.95 | | | | | | | |
| Straight Gold Long | 2,443.64 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Quarterly Subtotals, all trades** | | 1,375.00 | 2,373.75 | | 3,593.59 | | 7,342.34 | |
| **TOTAL:** | June 30, 2003 | | | | | | +29.37% | 32,342.34 |
| **NOTES:** | | | | | | | | |
| Hi | The really impressive gains in gold will come THIS year (2004). But, still, this was very conservative. | | | | | | | |

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**FF-JMW 0006**



*The* FAHEY HEDGE FUND, lp
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Partner:

April 01, 2004

Enclosed is your statement for Q1, 2004, that is, January 1 through March 31, 2004. Again, we managed to take advantage of the weakness of the US dollar. So, up another 6%, mostly by trading large swings in the EURO currency FX.

## OTHER TRADES NOT ON LINE YET

Some of you know that we have other profitable trades working. But they won't be included in your statement until the end of the summer, at the earliest.

However, the continuing weakness in the US dollar relative to European currencies is almost of the nature of a crisis. Not only did the dollar drop from an excess to the Euro of 15% (*sic*) but the Euro continued to rise to an excess of 28% *over* the dollar. That, in classical understatement terms, is a "transfer of wealth. "

We didn't cash in on all that, but most of it during the past 20 months. Still, the Euro/dollar fluctuations have been running 3% to 5% in the short terms, so why not take advantage of the swings? There is no solution in prospect for a dollar/Euro parity <jargon: they both trade at the same level 100 each.> So, the market bets that the Euro will go higher, lower in the dollar.

That conflict makes for large swings, which are pictured on the right. The longer-term chart is the weekly Euro currency FX. These "little" swings added 6% to your portfolio.

## WHAT'S NEXT?

Who knows? But, one trade that is making new records is the all too familiar soybean trade, begun in 1999 at near $4.00 per bushel andn ot approaching $10.50! The final results will not be in until at least this September. (US harvest is nearly complete by then).

But, the great thing is that these big high priced markets come crashing down for several years, guaranteeing us a constant investment grade opportunity for capital gains on the short (selling) side. Stay tuned.

## GOLD

Gold has a real future, but you might not know this, when gold is high priced and visible in the mass media, it implies that some event of geopolitical importance is simultaneously in full swing. In 1977-1980 when gold rocketed from $250 to $850, there was a crisis in money supply, Iran hostages, interest rates, and general real estate failure.

If gold is, say, in excess of $520/oz., it could mean that the coming election season or even the election itself is marred with scandal. I suspect that the real culprit will be rising interest rates, coupled with some ignominious losses from Freddie May and Ginnie Mac (the biggest guarantors of residential mortgages.

Even His Highness Lord Greenspan said in his windy way that those institutions were possibly overextended. I agree. However, never underestimate the ability of Washington to plaster over problems with gobs of tax money. Other events could trigger a "flight to gold," such as more darkness from the Middle East, a significant resignation from the Administration, a ratcheting up



of social welfare programs; more tax cuts, foreign bond selling, a port strike, and, of course our dear friends, the terrorists.

I don't want to know the future, but I can guess that high gold prices correlate with real nervousness in the financial sector. In any event, we are positioned to take advantage of the following:

> - Weakness in the dollar to continue until it gets surprisingly low.
> - Possible spike in interest rates
> - High gold and precious metals prices
> - High basic commodity prices

## SO HANG ONTO YOUR HATS

I don't expect really normal things to happen, frankly, but the abnormal and volatile are very good for funds like ours. We are well capitalized, cautious, and well informed. We are able to take large positions and hold them. We are able to short the markets when called for, and finally we have a long-term commitment to making steady profits.

It is a fact and a sad one, of modern life, that price instability and confusion are profitable, rather than fine work and real investment. Everyone, whether they like it or not, is forced to be something of a risk-take and speculator. It is not for everyone, I know, but it a present reality.

So, let's see how it unfolds and hope that we can nail down some of this once in a lifetime financial opportunity.

Sincerely,
Jim Trabulse
Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**The Fahey Hedge Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
Partnership Documentation
*As of March 31, 2004*

# REDACTED

## James M. Wojack IRA

| | | | | | | | | 1096 |
|---|---|---|---|---|---|---|---|---|

| James Wojack IRA | | (H) | | | | Sterling Trust Co. | (800-955-3434,2,3) | |
|---|---|---|---|---|---|---|---|---|
| James M Wojack | | (B) | ▓▓▓▓ | | | IRA Account # | | |
| ▓▓▓▓▓▓▓ | ▓▓▓ | (FAX) | | | | UNITS | Date | Total |
| | | Cell: | ▓▓▓▓ | | | 15.00 | Mar 22, 04 | 150,000.00 |
| | ▓▓▓ | eMail | ▓▓▓ | | | | | |
| Mail to: | | | | | | | | |
| | | TAX ID # | ▓▓▓-9162 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | Account as of Jan 1, 2004 | | $ | 150,000.00 |

| Trade Description | Gain/ Loss | For the Year Ending Dec. 31, 2003 | | | | Deposits/ Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 9,000.00 | | | | | 9,000.00 | 159,000.00 |
| *Dollar Hedge v. Euro* | 9,000.00 | | | | | | 9,000.00 | 159,000.00 |
| | | | | | | 150,000.00 | | 150,000.00 |
| | | | | | | | | |
| Comment: | *The large swings in the EURO versus the US Dollar made this profit possible* | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 9,000.00 | | | | | 9,000.00 | |
| **TOTAL:** | **March 31, 2004** | | | | | | +6.00% | 159,000.00 |
| NOTES: | | | | | | | | |

*[handwritten]: This might be depleted slightly while we wait for the money!*

A CALIFORNIA Limited Partnership

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**FF-JMW 0008**

**The Fahey Hedge Fund, L.P.**
268 Bush St., Suite 4232
San Francisco, CA 94104
**Partnership Documentation**
*Account Update as of May 2004*

# REDACTED

## James M. Wojack IRA

1102

| | | | | | | Sterling Trust Co. | (800-955-3434,2,3) | |
|---|---|---|---|---|---|---|---|---|
| James Wojack IRA | (H) | | | | | IRA Account # | 9323 | |
| James M Wojack | (B) | | | | | UNITS | Date | Total |
| | (FAX) | | | | | 15.00 | Mar 22, 04 | 150,000.00 |
| | Cell: | | | | | | | |
| Mail to: | eMail | | | | | | | |
| | | | | | | | | |
| | | TAX ID # | 9162 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Account as of Jan 1, 2004 | | $ 150,000.00 |

| Trade Description | Gain/ Loss | For the Year Ending Dec. 31, 2003 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 9,000.00 | | | | | | |
| Dollar Hedge v. Euro | 9,000.00 | | | | | | 9,000.00 | 159,000.00 |
| | | | | | | 150,000.00 | | |
| Comment: The large swings in the EURO versus the US Dollar made this profit possible | | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| Contribution | | | | | | 76,171.02 | | 235,171.02 |
| | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Quarterly Subtotals, all trades** | | 9,000.00 | | | | | 9,000.00 | |
| **TOTAL:** | May 01, 2004 | | | | | | +6.00% | 235,171.02 |
| **NOTES:** | | | | | | | | |
| Hi Woj...I hope you have taken the cure and tried to shake La Ranz out of your system. But, she is such a wonderful girl, that it will take come time. I have a surprise re Fatima for you but I will have to wait until I get back. JIM | | | | | | | | |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL -
TREATMENT REQUESTED

FF-JMW 0009

The FAHEY Hedge Fund, lp
*Special Gold Fund*
268 Bush Street, Suite 4232
San Francisco, CA 94104
*Account Statement as of June 30, 2004*



## James M. Wojack Trust—May 13, 2002

1103

James Wojack Trust
James M Wojack, Trustee          (H)
                                 (B)                    Special Gold Fund
                                 (FAX)
                                 Cell:
Mail to:                         eMail

                                 TAX ID #

Account as of Jan 1, 2004                                        $ 32,342.34

| Trade Description | Gain/ Loss | at Ending Dec. 31, 2003 Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | | | | | | | |
| Dollar Hedge v. Euro | 1,940.54 | 1,940.54 | | | | | 1,940.54 | 34,282.88 |
| *Comment:* The large swings in the EURO versus the US Dollar made this profit possible | | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| Euro FX/Dollar Hedge | 1,542.73 | | 1,542.73 | | | | 1,542.73 | 35,825.61 |
| *Comment:* A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,940.54 | #REF! | | | | 3,483.27 | |
| **TOTAL:** | Jun 30, 2004 | | | | | | | |
| **NOTES:** | | | | | | | +10.77% | 35,825.61 |

FOIA CONFIDENTIAL
TREATMENT REQUESTED –

FF-JMW 0010




*The* FAHEY HEDGE FUND, *lp.*
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Partner:

July 01, 2004

> Enclosed is your statement for Q2, 2004, that is, April 1 through June 30, 2004. This quarter, we at Fahey are upgrading our accounting system, so the main profits will appear in the Fall (Oct. 1) statement, as that involves the finish of the soybean profits, including the carry-forward from last two quarters.
> However! Despite dull choppy markets, the Euro Currency FX with a variety of 'mop-up' trades in the other financial markets, we *still* picked up nearly 4.5%. That is 10.5% year to date *before* the soybeans are added in.

**!!VERY IMPORTANT REPORTING NOTICE!!**

The Fahey Financial Group, Inc. will be sending Quarterly Reports one month AFTER the quarter ends. That is, the Jan-March (Q1) Quarter will be mailed - INSTEAD of the first week of April - during the first week of May. THE YEAR WILL REMAIN A FISCAL YEAR. NO CHANGES TO YOU, EXCEPT YOU WILL GET YOUR STATEMENT ONE MONTH LATER.

The reason is that the accounting, with a larger fund now, ALWAYS comes during a Holiday! Early April is Easter. The first week of July is Independence Day. Oct 1 is the middle of the Fall season. Finally, the Dec. 31 report was during New Year's Week.

So, I decided to issue the reports one month later. Your account balances, etc., will remain calculated as before.

**A PRE-ELECTION BORE?**

I originally was mulling around in my mind that things would be more or less 'stable' during the election pre-season. Then, once #44 is enthroned, interest rates would begin their inexorable rise. Gold would soar above $530/oz. A general crash in Wall Street, accompanied by abuse of the "Patriot" Act against unhappy citizens, would keep Nightly Gnus breathless. I have been thinking these had a pretty good chance to happen.

Since we are being treated to Skull and Bones Left and Skull and Bones Right as our choices, I don't expect things in Washington to (ever) improve. Thus perhaps the forces of Chaos will land an uppercut. Oddly, all this is profitable for those of us who trade, because instability launches strong movements, up and/or down. Good for us financially, but – sob! sob! – hardly acceptable to us "patriots" acting out of love for the *patria* (*patria* is Latin for Fatherland, not homeland).

**DOLLAR, GOLD, INTEREST RATES, COFFEE, LOWER STOCKS BUT NOT LOWER STOCKS IN BIOTECH?**

Those who know me will always hear me insist that I trade value and price movement. So predicting the future I avoid. If I could predict the future, I would be a prophet, and you know that prophets rarely bring good news. They are not believed, especially by those who need them. They are, as the Good Lord told his own relatives, "A prophet is not without honor, save in his own country, and in his own house."

I routinely formulate scenarios about future events. These *might* be consequences of the stupidities and excesses of our times, so often I 'see' certain situations that are highly likely.

For example, the US Federal deficit is a Wonder of the Modern World. Balance of trade? Almost erotic if you are China. The political cynicism of propagandistic and military



solutions to all is demoralizing our countrymen who burrow into denial. These negative issues injure the nation's ability to prosper. Weak business and consumer decisions always result.

**GOLD**

A great mystery, this metal. In terms of value, it 'should' be priced higher much. If you take one ounce of 1978 ($300) gold and shop (in 1978), you can buy This and That. Today, with gold at $400 (only +25%) it will not buy you close to what one ounce bought you in 1978. The price of This and That will be quite higher. A few exceptions exist of course.

The CPI (Consumer Price Index) is 182% higher than 1978. So gold 'should' be $546. So there! Does this logic apply in our un-logical markets? Hardly, but somehow the value will come out. A possibility, but hardly a certainty...

**STOCKS AND COFFEE?**

All the above problems would be hard on stocks, of course, so most would 'slide down'. The exceptions will be those companies who cure baby boomers of aging and other unnecessary inconveniences. Also, coffee is way, way overdue for a bull market. It has been years. Maybe this market will finally, well – forgive me! – wake up and smell the coffee.

Sincerely,
Jim Trabulse
Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0011

**The Fahey Hedge Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
Partnership Documentation
*As of June 30, 2004*

# REDACTED

| James M. Wojack IRA | | | | | **1104** |
|---|---|---|---|---|---|
| James Wojack IRA | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) |
| James M Wojack | (B) | ▓▓▓▓▓▓ | IRA Account # | ▓9323 | |
| ▓▓▓▓▓▓ ▓▓▓ | (FAX) | | UNITS | Date | Total |
| | Cell: | ▓▓▓▓▓▓1 | 15.00 | Mar 22, 04 | 150,000.00 |
| **Mail to:** | eMail | ▓▓▓▓▓▓▓ | | | |
| | TAX ID # | ▓▓▓▓-9162 | | | |

Opening Balance, Jan 1, 2004          $ 150,000.00

| Trade Description | Gain/Loss | For the Year Ending Dec 31 2004 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 9,000.00 | | | | | | |
| Dollar Hedge v. Euro | 9,000.00 | | | | | | 9,000.00 | 159,000.00 |
| | | | | | | 150,000.00 | | |
| Comment: | *The large swings in the EURO versus the US Dollar made this profit possible* | | | | | | | |
| **Second Quarter TOTAL** | | | 10,582.70 | | | | | |
| Euro FX/Dollar Hedge | 7,155.00 | | | | | | 10,582.70 | 169,582.70 |
| Contribution | | | | | | 76,171.02 | | 245,753.72 |
| Comment: | *A mopping up quarter – the final accounting for soybeans will be in Q3 and Q4* | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | — |
| Quarterly Subtotals, all trades | | 9,000.00 | 10,582.70 | | | | 19,582.70 | |
| **TOTAL:** | **Jun 30, 2004** | | | | | | +13.06% | 245,753.72 |

| **NOTES:** | |
|---|---|
| *Achtung!* | The quarterly reporting from now on will be mailed ONE MONTH after the quarter's end. So, the statements ending Sep 30 are mailed around the first week of November. Dec 31 reports around Feb. 8, instead of Jan. 8. Also, please be on the alert for small mistakes, as we have modified our accounting and reporting system. Thanx |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED




**The FAHEY HEDGE FUND, lp**
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Partner:

October 01, 2004

---

Enclosed is your statement for Q3 2004, that is, July 1 through September 30, 2004. *Please recall that we changed our accounting system. Reports will be mailed 30 days AFTER quarter's end.*

Again, despite weird choppy markets, you *still* picked up slightly under 4.0%. However, the big news (*not Ze Big News Brzezinski*) is that the phase one of the soybean bull market profit is tallied, and you are up 15% this quarter. But wait! There's more: on Jan. 1, the *final* tally will be more. Very impressive.

Those of you not in the Fund on Jan 01, 2004 won't participate in the 15% figure, but you will receive some of the profits due to you in January 05.

---



The Fahey Financial Group, Inc. will be sending Quarterly Reports one month AFTER the quarter ends. That is, the Jan-March (Q1) Quarter will be mailed - INSTEAD of the first week of October - during the first week of Nov. THE YEAR WILL REMAIN A FISCAL YEAR. NO CHANGES TO YOU, EXCEPT YOU WILL GET YOUR STATEMENT ONE MONTH LATER.

**WHAT NEXT?**

So, now it is chaotic, politics has a dark flavor and an endemic dishonesty, the country is divided, the markets are more inscrutable than usual, and even His Holiness, A. Greenspan declares mysteriously that gold is the ultimate reserve of value.

Business as usual, except on the brink of real changes.

I suspect that nothing much will happen in the markets until after the election, or at least the Inauguration. Then, the critical over-done situation in interest rates can correct its excesses.

This would impact gold, the US Dollar (and of course, inversely, the EURO FX), the various treasury markets, and even (gasp! — dare I say it?) Real Estate.

FMAC and FNMA the biggest holder of real estate paper, are probably a bit ripened, the way Swiss cheese is ripened, with lots of holes. So, when the scandal breaks (allowed to break) it will mean a rise in interest rates and a likely liquidation of speculative 'second and third' houses.

Make certain that your ARM's have severe upper limits. Better yet, get out of them!

But, you probably are reading things like this anyway, and the mysterious "*they*" might be trying to scare you into doing something rash. Fear not! Fear not! This is 'normal,' actually.

A good financial emetic is healthy for a gluttonous financial system. In fact, if the emetic works dramatically, it will — well, I don't wish to be indelicate — spew great profit opportunities our way. The light-footedness of hedge funds like ours makes a chaotic situation very profitable. Chaos may cause anxiety and worry, but it IS profitable. I, of course, don't wish problems but we have to deal with the market as it is, not was we wish it to be.

And to make matters better — er, worse - the whole thing will be handled in a manner typical of big modern government: expensive, inconclusive and worthless.



Now, *THAT* is a bull market. The profits have been accumulating since last year. You will get 15% in this statement, and the balance in the Dec. 31 statement, out in the first week of Feb.

**NOT A PROPHET, MERELY A VALUE HUNTER**

I must interrupt my musings to recall to your mind that we are not visionaries and seers and prophets. We are merely financial grinds who filter, digest, expel and sift data, news, lies, etc. quarry, along with its perverse sister, the "Excessively High Price."

It is easy to argue that excess is everywhere in he present financial environment, especially *re* the Federal Kingdom. Hence, one would expect those elements under their control or influence to be ripe for the plucking. It is of course, all a matter of waiting and having the means when that comes.

So, when will that be? Answer: Dunno...sometime fairly soon, in economic time, which means a year or three.

BUT — the preparations begin now because, when things get exciting, it is difficult to profit if you aren't in early. We are in early.

**WHAT TO EXPECT?**

If the chaos reigns next year, look for an even larger percentage than we made in the 1998 Stock Market screamer. No Kidding! But, we have to wait and remain cautious and handle the capital with great care, don't we? Politically and socially it is terrible but financially it could be overwhelmingly profitable.

Sincerely,
Jim Trabulse
Fund Manager

**The Fahey Hedge Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Quarter Ending September 30, 2004*

**REDACTED**

| James M. Wojack IRA | | | | | | **1105** |
|---|---|---|---|---|---|---|
| James Wojack IRA | | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) |
| James M Wojack | | (B) | | IRA Account # | | 9323 |
| | | (FAX) | | UNITS | Date | Total |
| | | Cell: | | 15.00 | Mar 22, 04 | 150,000.00 |
| | | eMail | | | | |
| Mail to: | | | | | | |
| | | TAX ID # | 9162 | | | |
| | | | | Opening Balance, Jan 1, 2004 | | $ 150,000.00 |

| Trade Description | Gain/Loss | For the Year Ending Dec. 31 2004 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr.1 | Qtr.2 | Qtr.3 | Qtr.4 | | | |
| **First Quarter TOTAL** | | 9,000.00 | | | | | | |
| Dollar Hedge v. Euro | 9,000.00 | | | | | | 9,000.00 | 159,000.00 |
| | | | | | | 150,000.00 | | |
| | | | | | | | | |
| Comment: | *The large swings in the EURO versus the US Dollar made this profit possible* | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 7,155.00 | | | | | |
| Euro FX/Dollar Hedge | 7,155.00 | | | | | | 7,155.00 | 166,155.00 |
| Contribution | | | | | | 76,171.02 | | 242,326.02 |
| Comment: | *A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4* | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | 46,078.82 | | | | |
| Dollar Hedge v. Euro | 9,215.76 | | | | | | 46,078.82 | 212,233.82 |
| Soybeans-03-04 | 36,863.06 | | | | | | | |
| Comment: | *This Quarter: EURO/ US Dollar hedge* | | | | | | | |
| | *If you had an account dated On or before Jan. 01, 2004, you got soybeen gains.* | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Sublotals, all trades | | 9,000.00 | 7,155.00 | 46,078.82 | | | 62,233.82 | |
| **TOTAL:** | September 30, 2004 | | | | | | +41.49% | 291,832.54 |

| NOTES: | |
|---|---|
| | |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**FF-JMW 0014**




*The* FAHEY HEDGE FUND, *lp*
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Partner:

As of Dec. 31, 2004

---

Enclosed is your statement for Q4 2004, that is, October 1 through December 31, 2004. *Please recall that we changed our accounting system. Reports will be mailed 30 days AFTER quarter's end.*

Dollar strength? Dollar weakness? Both happened this quarter. When there are too many reports of the "weak dollar," it get stronger! Even the Central Banks join in the countermove. So, adding up smellish profits on both sides, you booked 7.25% for this quarter.

So, for the entire year, the percentages gain was almost 24%! And that is NOT counting the gains added in from the soybeans, if you had them!

---

## A VERY GOOD YEAR

Despite my grinding my teeth flat every time I hear US Government policy, foreign and domestic, and shaking my gray head, this kind of foolish chaos is good for the speculation business. Oh, it is bad for people who a) work; b) have fixed cash flows; c) care about the Homeland.

Chaos pays, prosperity earns. It is easier to bake a tasty cake with only two or three roaches scurrying around the baseboards. An entire kitchen full of them, and passing Roach Security Acts might cause despair in a normal baker.

The rapid decline in the US dollar versus everything was fairly steady and more or less predictable. Even the couple of profit-taking waves were a good way to consolidate profits and buy the Euro FX back cheaper. But, few of us think that the dollar will rise from the ashes easily in the face of big imbalances of payment. Or the Federal budget. Or the war to make the world safe for democracy (whoops! Wrong war. Sorry Pres. Wilson)

But, there you have it. You have made over 25% on this kind of thing. Next year? I am not a prognosticator, but I can guess with the best of them.

## GOLD INTEREST RATES US DOLLAR WAR PROFITS

Worst case scenario *(most profit potential - 40%+)*: US does what it might characterize as a chemotherapy treatment on Iran. Iran, somehow using Russian weapons, causes a very ugly wound to US troops nearby, and perhaps to Israel. Retaliation causes Iran to have a very bad day. Gold flies straight up, stocks panic, and the game goes on, with fear riding the clouds and lurking in the shadows. Is this what a Fund Manager is supposed to imagine?

Reasonable case scenario *(good profit potential – 20%+)*: Scandal in real estate mortgage market. Hearings, cross accusations. Marginal low- to middling- residential homes flood market for about a year. Government bailout leads to money supply increases which pop long term bonds and mortgages up maybe to 8 or even 10%. Everyone whines, stocks zig-zag. Gold rises to near $500. It all disappears before the election season gets underway.

Lamest case scenario *(normal profit potential)*: We all love each other. No terrorist activities. Business rolls along. Politicians frolic amidst the daisies, delaying their salary raises, and not passing new, inscrutable laws. Police stops are civil and even fun. The IRS is abducted by aliens. If you want profits in addition to this scenario, you need to reevaluate the depth of your cynicism.



We got nearly all the larger swings on this move for nearly two years. That's luck... good luck

EC - Weekly Euro Currency Unit

is abducted by aliens. If you want profits in addition to this scenario, you need to reevaluate the depth of your cynicism. In other words, the coming two years could be so weird that the economic opportunities might not seem like opportunities at all. They might instead seem like real problems and insoluble ones at that. But, the light is darkest before the dawn.

## ONE PREDICTION I KNOW WILL WORK

I predict that, sometime in the next twelve months, there will be no fewer than a dozen LOW prices and a dozen HIGH prices. I predict that those with the necessary capital, time, and resolve will be able to BUY some of the LOW prices. Ditto for the HIGH prices on the SELL side.

Why can't that buyer or seller that be us? The Fahey Fund goes into its eighth year of operation. Some of you have enjoyed the gains materially. It ain't rocket science! Patience, capital, market knowledge and a bit of luck is all. And these days, a certain heavy skepticism of the 'news.'

On the personal side, be cautious and have fun! Avoid televised news, read thoughtful authors, see the world around you through a child's eyes. Don't swear as much when you play golf. Take inappropriate naps. ((*&# the politicians!

Sincerely,

Jim Trabulse
Fund Manager

**FF-JMW 0015**

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**The Fahey Hedge Fund, L.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - As of Dec. 31 2004*

# REDACTED

## James M. Wojack IRA

**1122**

James Wojack IRA          (H)
James M Wojack            (B)
████████████              (FAX)
                          Cell: ████████
Mail to:                  eMail ████████

TAX ID # ████-9162

| Sterling Trust Co. | (800-955-3434,2,3) | |
|---|---|---|
| IRA Account # | ██9323 | |
| UNITS | Date | Total |
| | Mar 22, 04 | - |
| | | |
| | | |

Opening Balance, Jan 1, 2004          **$ 150,000.00**

| Trade Description | Gain/Loss | For the Year Ending Dec. 31 2004 Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 9,000.00 | | | | | 9,000.00 | 159,000.00 |
| Dollar Hedge v. Euro | 9,000.00 | | | | | | | |
| | | | | | | | | |
| Comment: | The large swings in the EURO versus the US Dollar made this profit possible | | | | | | | |
| **Second Quarter TOTAL** | | | 10,582.70 | | | | 10,582.70 | 169,582.70 |
| Euro FX/Dollar Hedge | 10,582.70 | | | | | | | |
| Contribution | | | | | | 76,171.02 | | 245,753.72 |
| Comment: | A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | |
| **Third Quarter TOTAL** | | | | 46,078.82 | | | 46,078.82 | 291,832.54 |
| Dollar Hedge v. Euro | 9,215.76 | | | | | | | |
| Soybeans-03-04 | 36,863.06 | | | | | | | |
| Comment: | This Quarter: EURO/ US Dollar hedge | | | | | | | |
| | If you had an account dated On or before Jan. 01, 2004, you got soybean gains. | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 21,157.86 | | 21,157.86 | 312,990.40 |
| Dollar Hedge v. Euro | 21,157.86 | | | | | | | |
| | | | | | | | | |
| Comment: | More money from the instability in the dollar versus the EURO FX | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 9,000.00 | 10,582.70 | 46,078.82 | | | 86,819.38 | |
| **TOTAL:** | Dec 31, 2004 | | | | | | +57.86% | 312,990.40 |

NOTES:

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**The FAHEY Hedge Fund, lp**
*Special Gold Fund*
268 Bush Street, Suite 4232
San Francisco, CA 94104
*Account Statement as of Dec. 31, 2004*

**REDACTED**

### James M. Wojack Trust--May 13, 2002

1121

James Wojack Trust
James M Wojack, Trustee
(H)
(B)
(FAX)
Cell:
eMail

Mail to:

Special Gold Fund

TAX ID #

Account as of Jan 1, 2004      $   32,342.34

| Trade Description | Net Change | For the Year Ending Dec. 31, 2004 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| First Quarter TOTAL | | 1,940.54 | | | | | 1,940.54 | 34,282.88 |
| Euro FX/Dollar Hedge | 1,940.54 | | | | | | | |
| Comment A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | | |
| Second Quarter TOTAL | | | 1,542.73 | | | | 1,542.73 | 35,825.61 |
| Euro FX/Dollar Hedge | 1,542.73 | | | | | | | |
| Comment A mopping up quarter - the final accounting for soybeans will be in Q3 and Q4 | | | | | | | | |
| Third Quarter TOTAL | | | | 1,343.46 | | | 1,343.46 | 37,169.07 |
| Dollar Hedge v. Euro | 1,343.46 | | | | | | | |
| Comment This Quarter: EURO/ US Dollar hedge | | | | | | | | |
| Fourth Quarter TOTAL | | | | | 6,969.20 | | 6,969.20 | 44,138.28 |
| Dollar Hedge v. Euro | 2,694.76 | | | | | | | |
| Gold Swing | 4,274.44 | | | | | | | |
| Comment More money from the instability in the dollar versus the EURO FX | | | | | | | | |
| Quarterly Subtotals, all trades | | 1,940.54 | 1,542.73 | 1,343.46 | 6,969.20 | | 11,795.93 | |

**TOTAL:**  | Dec 31, 2004 | | | | | | +36.47% | 44,138.28 |

**NOTES:**

*Well!* Lots of excitement in Gold and, especially, the weakness in the dollar. The dollar makes the gold rise or fall, and the present state of the dollar has been to put a lid on the gold rally. I think that the gold price MUST rise above $525-550 and this wil happen when there is some kind of very negative news - like the dollar declining even more; reversals in Iraq; or some other setback.

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0017



*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter ending Mar. 31, 2005

---

Enclosed is your statement for Q1 2005, that is, January 1 through March 31, 2005.
Dollar strength? Dollar weakness? Both happened this quarter. When there are too many reports of the "weak dollar," it gets stronger! Even the Central Banks join in the countermove. So, adding up smallish profits on both sides, you booked **4.5%** for this quarter.

---

## EURO FOREIGN EXCHANGE (EURO FX) ADDS AGAIN

Another series of swings in the EURO *vs.* dollar gave us a modest gain of around 4-½%. It 'could' have been better I suppose.

The first quarter was filled with odd swings, contradictions, and was difficult to follow. Since we are waiting and hoping for stronger opportunities this year, why hurry? Why guess?

Gold is coming alive, and that is our next area of profitability. We have already booked profits from early last year. That will appear on your statement either for Q2 or Q3.

## GOLD IS FINALLY TRYING TO MOVE TO $520+

Gold is very bullish, even after rising from the very, very low prices of Fall, 1999. Adjusted for the CPI (*Consume Price Index*), it seems safe to conclude that its value in depreciated dollars is close to $520. Some experts say the adjustment should be $700.

Why is it not there? It is after all, money. The monetarists in the US Treasury and academenia insist that it (gold) is merely an archaic remnant of discredited monetary notions, that the world runs on currencies of relative value, and that there is not enough gold in the world to serve as a daily currency. Hence, gold is a mere metal, a valuable one, but not MONEY.

We agree with them to a limited extent. In practice, we all prefer not to hoist golden eagles and doubloons, true. Nor do we store our principal investment funds in canvas sacks under our favorite bed. Also, as the electronic banking systems of credits, debits and general retailing are very efficient and useful, we prefer those services to carrying gold.

But, still, Mr. Greespin, gold IS money. It is more than a commodity. It is the basis historically and currently, as money.

## THUS, MR. SMART GUY, WHAT IS MONEY "WORTH?"

Money is both "worth" a market value (what you can get for it now) and an absolute value (metal backed). Since the US currency is no longer metal backed, it is "worth" what it gets in the Exchange Markets. Three Springs ago, Our Mister Dollar was worth 1.20 EUROs (20% more). But, last Fall, the Poor Dollar begged for buying power when it fell to 85% fo the EURO. Now, put another way, the dollar today is worth 56% LESS than three years ago.

So, a dollar is worth what you can get for it.



ECM05 - June 2005 Euro Currency Unit

Now, Gold was worth $270 US just three Springs ago and is priced today at $425. That represents an increase of 57%.

Hmmm...the dollar LOST 56%, and Gold GAINED 57%. Is it possible that non-monetary gold is some kind of a measure of currency VALUE?

## HOW DO YOU GET GOLD PRICES AT $520 OR HIGHER?

Trust my memory: the CPI for nearly everything except housing and stocks is up (1980 dollars). This implies that a commodity like gold has to be priced at least $540 to represent its true value in dollars. (*Source: Robert C. Sahr, Political Science Department, Oregon State University*)

If you like massaging numbers, you might ask: What price would the dollar be if gold is, say, trading at $540/oz? Doing the arithmetic, we get a 25% DECREASE in the Dollar Index to 0.666 versus the EURO (EURO at 1.666€).

This would be a political disaster. Also, Foreign Bondholders (that is Japan and China) might not mind a weaker dollar, but they will see the par value of their holdings drop, which "should" increase yields.

But, I think I am getting too abstruse for most of you. Just remember this. If the gold does rise above $500, you should see: a) a record weak dollar; b) higher interest rates, especially short term; c) some kind of front-page "event" to smother your attention.

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**FF-JMW 0018**

Fahey Fund Page 2

## ANOTHER THING...

Lest we forget, the principle holders of world gold are by central banks. So, "they" (Central Banks) will actually be involved in a situation where their gold inventories improve in currency value by 25% but "they" are responsible for keeping interest rates low and currency values stable. Can you spell 'contradiction?'

Something will trigger all this. I can only guess. Probably it will be something dramatic.

Sadly, our Fund will be forced to profit mightily from this disorder. We have no choice. We have to follow the trends. I can influence nothing. No one can keep the market from balancing out excess.

Yet, frankly, I would prefer to be a happy and trusting citizen of these 48 (plus 2) than I would to chew my nails at the gross mismanagement of the commonwealth and the low grade of political persons who misrule us. But, ya gotta follow the markets...

Sincerely,
Jim Trabulse
Fund Manager

*PS: Note the gold price charts had been in a down move for 20 years since 1980! Do you believe it — twenty years ago? But, at the end of 1999, the market arose and marched undramatically from $255 to as high as $456/oz. This is an increase of almost 80%. Big move, yessirree it were.*

*While our forecast is for gold well into the low $500's, the move from here ($425) to there $550) is "only" 30% but very visible and frontpage-ish.*

*Oh, I could be wrong. Gold might come down, interest rates stay low, the US deficit decline precipitously, the balance of trade drop to nearly nothing, and the costs of the war in Iraq go away.*



FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0019

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - March. 31 2005*

# REDACTED

| James M. Wojack IRA | | | | | 1090 |
|---|---|---|---|---|---|

James Wojack IRA         (H)
James M Wojack          (B)
_____         (FAX)  _____
_____         Cell:  _____
                        eMail  _____

Mail to:

TAX ID #  ____9162

| Sterling Trust Co. | | (800-965-3434,2,3) |
|---|---|---|
| IRA Account # | 9323 | |
| UNITS | Date | Total |
| 15.00 | Mar 22, 04 | 150,000.00 |

Opening Balance, Jan 1, 2005        $     312,990.40

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 14,084.57 | | | | | 14,084.57 | 327,074.96 |
| Dollar Hedge v. Euro | 14,084.57 | | | | | | | |
| | | | | | | | | |
| Comment: | *The EURO again-yawn! Gold Profits next quarter* | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 14,084.57 | | | | | 14,084.57 | |
| **TOTAL:** | Mar 31, 2005 | | | | | | +4.50% | 327,074.96 |

| NOTES: |
|---|
| |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0020




*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter ending June. 30, 2005.

---

**Enclosed is your statement for Q2 2005, that is, April 1 through June 30, 2005.**
The instability between the US dollar and the EURO continue. I didn't max it (the trade) out, but you booked 3, 5% for this quarter. Going back a year and one-half, it was time to take an intermediate profit in the gold market. That added an additional 8.5%. Not a bad quarter, actually.

---

**EURO FOREIGN EXCHANGE (EURO FX) ADDS AGAIN**

Repeating from last quarter: "Another series of swings in the EURO *vs.* dollar gave us a modest gain of around 3-½%. It 'could' have been better I suppose."

**GOLD PROFITS SINCE MID 2003**

My guess is that gold prices 'should' keep pace with the CPI, which translates to $525-550/oz. However, the prices move from present levels (around $420) to up above $500 will be perceived as a sign of a weak dollar, high interest rates, and even inflation.

Hence, I suspect that a political melodrama will unfold within nine or so months, some administration lacky falling on his or her sword. The lack of confidence this would engender would be the excuse for gold to run up. Do not people flee to gold in times of Economic Uncertainty? Well, we certainly do not have times of economic uncertainty right at this moment, now, do we?

One thing is certain, as the weekly chart of gold illustrates. All this 'certainty' has given you a move from $325 to over $450 in the past year and one-half. The Fund managed to capture much of this move with the result is that you are booking the profits right now. How much added to the bottom line? Try 8-½ %.

Not bad for a market which has been discredited by experts as a sign of inflation, currency weakness, and diminished buying power. By the way, I am not a gold bug. I am merely a fund manager. I surmise thus:

*"The gold at Fort Knox, in Geneva, Moscow, Toyko, etc, is on the books at anywhere from $32/oz. These central banks do NOT want to appear to desire their gold inventory prices to rise, as Bankers (note divine capitalization of the word 'Bankers') would be shocked if the paper currencies appear too lose value relative to gold. So, if they would love it if the inventory rose, but would not love to be perceived as losing it, what will THEY (the evil and mysterious 'THEY') do?"*

My surmise then morphs into a guess; the guess becomes a projection; and the projection a forecast. For example, reasoning this way: if the Bankers (big 'B' evil Bankers) would have the price rise, would they prefer a non-monetary Social Chaos. This non-created natural Social Chaos would cause people to rush to own gold to prevent loss of buying power? Further suppose that, somewhere above $550 - $600, these bankers (humble, small-cap 'b' bankers) will 'provide' (not 'sell') gold to nervous buyers. Then, when the bankers (humble 'b') sell out to the nervous victims of Social Chaos (incidentally hedging their inventories) they (small 'b') bankers will revert to Big 'B' Bankers, as the sales



cause prices to tumble down. Did this not happen in 1972-75? Those who do not learn the lesson of history are doomed to repeat it, or something like that.

Can history repeat itself in this one case?

**WHAT IS COMING DOWN THE PIKE?**

Sweet Betsy? I don't know. If I did, I would have a halo around me, and if you know me well, the one thing you can accurately say is that I do not have a halo.

But, my years and conceit demand an answer. I suspect a reasonable political meltdown of the present Administration is nigh. I think that the insiders must deal with the housing price excesses before nature takes its course. These two factors alone will provide some very large swings in interest rates. We like large swings. Large swings are good. If we get a very strong market in interest rates, etc., we could even surprise ourselves with the return.

On the other hand, the coming six months might prove quiet and dull. If so, expect the Fund Manager to hibernate. If one waits long enough, something great will always happen.

Sincerely,
Jim Trabulse
Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Jun 30, 2005*

# REDACTED

**James M. Wojack IRA**

James Wojack IRA                    (H)
James M Wojack                      (B)
▬▬▬▬▬▬▬        ▬▬▬        (FAX)    ▬▬▬▬▬▬
                                   Cell:   ▬▬▬▬▬▬
Mail to:                           eMail   ▬▬▬▬▬▬▬

1102

| Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|
| IRA Account # | ▬9323i | |
| UNITS | Date | Total |
| 2.50 | Mar 22, 04 | 25,000.00 |

TAX ID # ▬▬▬9162

Opening Balance, Jan 1, 2005          $    312,990.40

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 14,084.57 | | | | | 14,084.57 | 327,074.96 |
| Dollar Hedge v. Euro | 14,084.57 | | | | | | | |
| | | | | | | | | |
| Comment: | *The EURO again-yawn! Gold Profits next quarter* | | | | | | | |
| **Second Quarter TOTAL** | | | 39,249.00 | | | | 39,249.00 | 366,323.96 |
| Euro FX/Dollar Hedge | 11,447.62 | | | | | | | |
| Gold-16 month hold -phase 2 | 27,801.37 | | | | | | | |
| | | | | | | | | |
| Comments: | *Euro/UYS Dollar hedge and the end of a 16 month gold trade* | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **Quarterly Subtotals, all trades** | | 14,084.57 | 39,249.00 | | | | 53,333.56 | |
| **TOTAL:** | Jun 30, 2005 | | | | | | +17.04% | 366,323.96 |

| NOTES: | |
|---|---|
| *Hi alli* | Look for a special gift from the Fund! It will arrive in a week or two from Global Health Solutions. Read or listen or watch the DVD and it could be the best, safest and quickest health solution in your life. |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED          FF-JMW 0022





*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter Ending September 30, 2005

> Enclosed is your statement for Q3 2005, that is, July 1 through September 30, 2005.
> The instability between the US dollar and the EURO continues. There is approximately +3.0% for this quarter but it is being deferred until the end of the year. There are many long-term trades going on and the proper way too report your profits is after Jan. 1, 2006

**THE Q3 PROFITS WILL BE DEFERRED TO THE FOURTH QUARTER STATEMENT (EXCEPT FOR OUR NEW INVESTORS)** *NO calls please! Deferred profits are wise in the case of open positions.*

## EURO FOREIGN EXCHANGE (EURO FX) ADDS AGAIN

Repeating from last quarter(s): "Another series of swings in the EURO *vs.* dollar gave us a modest gain of around 3%. There are additional profits, not realized. Those will come out during the coming six to nine months:

## GOLD PROFITS HEADING TOWARD $550/OZ?

We were, and are, right on gold. Ditto for US Interest rates. The dollar is at present 'stronger' than the EURO, but that will likely change within a year. Many things are happening to make a big mess of things. Bad news is good news for the Fahey Investor.

## IMPORTANT ANNOUNCEMENTS

The Fund is changing in many small ways as it becomes bigger.

Here is a list of the main changes.

1) As of Jan. 01, 2006, no new accounts of less than $100,000 will be opened. That includes referrals. I regret it, but the workload demands this change. In case you weren't certain, all accounts under $100k are be fully protected by reserves against any drawdown, right up to $100k.
2) The entity known as the "Fahey Hedge Fund" is no more. It is now the "Fahey Fund." Details down a few paragraphs.
3) Ms. Easter Trabulse will be the new Managing Partner. She will generally interact with investors on detail-type questions. The Fund Manager will ALWAYS be accessible, but likely not for the day-to-day problems. He has to sleep, occasionally. You will like Easter. She is friendly, smart, and fun.

## WELCOME TO THE FAHEY FUND

Changes, changes! All our new investors since 1999 have been by referral or invitation. Also the Fahey Hedge Fund has remained private, never desiring to be a publicly traded hedge fund.

Thus, the logical step is to remove ourselves from that arena and stay as a Privately Offered Investment, which we have renamed the Fahey Fund. This increases our flexibility, your privacy and reflects the unique nature of our clientele. Investment is by invitation or referral only, at $100,000 minimums.

This will not affect any of you in the fund, except to give you more options on distribution of profits, security, as well as other investment opportunities. This will not affect tax-deferred



This might be the beginning of the run to $600. The adjusted CPI for gold is $520-550...

investments, such as IRA's, Trusts, etc. The Fahey Fund will still pay the fees and charges to your Custodian, and offer assistance with forms and filings.

Paperwork changes will be handled on our end, and be minimal. You will have nothing to do. All changes will be in place by the First Quarter of 2006, and show up on your first statement, due out by Feb. 01, 2006.

✓ REPEATING: *There is nothing for you to do. We handle all the paperwork. The excellence in results will continue.*

Questions?  Email  smallcheese@faheyfund.com  (Ms. Trabulse's contact).

## FINAL—GOOD NEWS BASED ON BAD NEWS

Sadly, bad situations are profitable for our kind of Fund. If something like a rise in interest rates causes trauma in certain weak sector in the residential real estate market, then we benefit by selling bonds short. If the military situation in the Persian Gulf damages US prestige, a short dollar and long gold will make piles of profits. That is how it works.

The coming two years might well be turbulent and unnerving for all investors. However, this coming chaos in the dollar, interest rates, gold, government, war and general disorder is very profitable for us, sad to say. Very profitable. In fact, if you see gold pass the $650 level, and a weak dollar, you are going to make 40+%! Period. So, don't be afraid. Opportunity often arrives wearing the mask of death.

Sincerely,
Jim Trabulse
Fund Manager

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Sep 30, 2005*

# REDACTED

| James M. Wojack IRA | | | | 1108 |
|---|---|---|---|---|

| | | | Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|---|---|---|
| James Wojack IRA | (H) | | IRA Account # ▓9323 | | |
| James M Wojack | (B) | ▓▓▓▓ | UNITS | Date | Total |
| ▓▓▓▓▓▓▓ | (FAX) | | 2.50 | Mar 22, 04 | ~~25,000.00~~ |
| | Cell: | ▓▓▓▓ | 15.00 | | 150,000 |
| | eMail | ▓▓▓▓▓▓ | | | |

Mail to:

TAX ID # ▓▓▓▓-9162

Opening Balance, Jan 1, 2005          $   312,990.40

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 14,084.57 | | | | | 14,084.57 | 327,074.96 |
| Dollar Hedge v. Euro | 14,084.57 | | | | | | | |
| | | | | | | | | |
| **Comment:** *The EURO again-yawn! Gold Profits next quarter* | | | | | | | | |
| **Second Quarter TOTAL** | | | 39,249.00 | | | | 39,249.00 | 366,323.96 |
| Euro FX/Dollar Hedge | 11,447.62 | | | | | | | |
| Gold-16 month hold -phase 2 | 27,801.37 | | | | | | | |
| | | | | | | | | |
| **Comments:** *Euro/US Dollar hedge and the end of a 16 month gold trade* | | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| | | | | | | | | |
| **Comments:** *Dollar Hedge/Versus EURO FX and Gold DEFERRED* | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 14,084.57 | 39,249.00 | deferred | | | 53,333.56 | |
| **TOTAL:** | Sep 30, 2005 | | | | | | +17.04% | 366,323.96 |

| NOTES: | |
|---|---|
| "deferred" | This profit and others will appear on the final statement of the year, due out by Feb. 1, 2006. There will be a currency adjustment, and partial profits from gold, interest rates, etc. Right now, the positions are unrealized but will come due over the coming six to nine months. |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0024




*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter Ending December 31, 2005

> Enclosed is your statement for Q4 2005, that is, Oct. 1 through Dec. 31, 2005.
> US Dollar / Eurocurrency swings (yawn...) + 3.2%. A deferred profit on gold from most of last year – very cool. More to come next year, possible
> much more! Anyway, that adds 8% to your fourth quarter. Not bad.

## MERRY CHRISTMAS AND A HAPPY NEW YEAR!

There is much to be grateful for, and yet the clouds are gathering on the political horizon. This will present opportunities, of course. But the present markets are reflecting opportunities that arise from twenty years of excess, political failures, and unquenchable speculation. What? A speculator wringing the hands at speculation?

## DID YOU ALL RECEIVE THE PACKAGE FROM WATERCURE.COM?

If not, please feel free to email us, or call the smallcheese at 707-812-5487 and leave a message where to send it and to whom. Speak clearly and e-n-u-n-c-i-a-t-e the numbers, please. More strokes are caused by leaving mumbling messages than all the cholesterol in the world. Or so I've heard. For those of you who have increased your water and salt consumption, and have had great results, why not drop me a line at BIGCHEESE@FAHEYFUND.COM to share. Also, for those of you who do not, or have not, had great tasting salt, let me advise.

## GOLD LEAD THE WAY THIS YEAR AND MAYBE NEXT

You have see the price rises recently, but as most of you remember, we took our first gold profit as a result of the 1999 price low of $255/oz while it ran up quickly to $320. Fahey has been clutching it ever since. Last year, our position was very solid and the present profit disgorgement is from the zig-zag portion between $380-440. We retained most of the gain as it will be used for the recent spike.

## WHITHER GOLD? LAST QUARTER, I GUESSED THAT IT WOULD HIT $550 – BEEN THERE, DONE THAT!

So, as of mid December, the gold market shot up to around $540 and settled back some. It is "hovering." This is technical term for bulls who think it is heading toward $600.

And if one is more bullish, it will hover there and head toward $800. Extravagant? Why, men who are temperamentally conservative and non-speculative, and not gold bugs are talking $1000/oz. The Wizard of Oz. I don't disagree, but, as I have stated terminally and frequently, the Fahey moles are moneymakers, not prognosticators. If Gold goes to $550 and drops back or it rises to $3000, it matterith not. But, as my bias is toward higher prices, I will make less if it crashes, and give back some of the fat profits booked so far. But what of it? It is still a good return, no?

## WAR AND RUMORS OF WAR

Perhaps the only occupational hazard of trading is reading the lying, damnable and sulphurous "news." When it is not dark and threatening, it is treating economic casualties as if all is well in Wonderland.

All IS well in wonderland, of course because it is, well, WONDERland. But in marketland, the signs are in place for all kinds of large surprises. A war? Something bigger and worse than Baghdad. Further erosion of the dollar? Very likely. How about a high-level resignation or impeachment? Real estate slowing to a crawl? The press routinely passes this by. Or worse, sugar coats it.

## BUT, THE OPPORTUNITIES ARE THERE.

Finally, a word addressing the rather bleak picture I painted last time. The picture was one of bleakness, yes, but that is not because I have a phlegmatic temperament. In fact, once we are through the consequences of the past 20 years or so, there is a great deal of optimism. Lower gold prices, better business, friendly politicians...I better stop here. I suspect that the next 18 to 24 months will be, er—interesting.

HERE IS WHAT GOLD DID IN THE PAST THREE MONTHS Pretty Impressive! (Your present profits are from the months



before August)

Sincerely,
Jim Trabulse
Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0025

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Jan 01, 2006*

# REDACTED

| James M. Wojack IRA | | | | | 1119 |
|---|---|---|---|---|---|

| James Wojack IRA | (H) | | Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|---|---|---|
| James M Wojack | (B) | ▆▆▆▆ | IRA Account # | ▆9323 | |
| | (FAX) | ▆▆▆▆ | UNITS | Date | Total |
| ▆▆▆▆▆ | Cell: | | 15.00 | Mar 22, 04 | 150,000.00 |
| | eMail | ▆▆▆▆▆ | | | |
| *Mail to:* | | | | | |
| | TAX ID # | ▆▆▆▆9162 | | | |

Opening Balance, Jan 1, 2005    $    312,990.40

| Trade Description | Gain/Loss | For the Year Ending Dec 31, 2005 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal. |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 14,084.57 | | | | | 14,084.57 | 327,074.96 |
| Dollar Hedge v. Euro | 14,084.57 | | | | | | | |
| | | | | | | | | |
| Comment: | *The EURO again-yawn! Gold Profits next quarter* | | | | | | | |
| **Second Quarter TOTAL** | | | 39,249.00 | | | | 39,249.00 | 366,323.96 |
| Euro FX/Dollar Hedge | 11,447.62 | | | | | | | |
| ld-16 month hold -phase 2 | 27,801.37 | | | | | | | |
| Comments: | *Euro/US Dollar hedge and the end of a 16 month gold trade* | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | |
| Dollar Hedge v. Euro | deferred | | | | | | | |
| Comments: | *Dollar Hedge/Versus EURO FX and Gold DEFERRED* | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 41,028.28 | | 41,028.28 | 407,352.24 |
| Dollar Hedge v. Euro | 13,035.27 | | | | | | | |
| Gold end Silver | 32,568.18 | | | | | | | |
| Comments: | *The deferred gain was a result of currency hedges not done well, either!* | | | | | | | |
| | *The gold and silver swing up last year into the most recent bottom* | | | | | | | |
| Quarterly Subtotals, all trades | | 14,084.57 | 39,249.00 | deferred | | | 94,361.85 | |
| **TOTAL:** | *Dec 31, 2005* | | | | | | +30.15% | 407,352.24 |

NOTES:

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0026



*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter Ending December 31, 2005

Enclosed is your financial positon for Q1 2006, that is, Jan. 1 through March 31, 2006. US Dollar / Eurocurrency swings + 3.6%. A deferred profit on gold from first quarter of last year will come to you in pieces, as this move will last a good long time

## OFF WITH A BANG

Despite all the turmoil in the international sphere, and apocalyptic 'forecasts' abounding, we will make good money this year. The areas of most opportunity, which have been developing for many years – decades maybe – are beginning to bear fruit. These areas are:

1) Gold
2) Silver
3) Interest rates
4) Currency adjustments
5) Stocks (yes, that is NOT a misprint)

Oddly, the stock market will rise in the face of this inflation, political turmoil, war, and various scares, terrors and rumbles about disease.

But have hope and don't worry. Keep your cool, don't act rashly, and stick with it. This whole cycle will take perhaps 18-24 months from here, then off to the beaches.

## NEW ACCOUNTING AND PROCEDURES

Over this and the next quarters, we will refine our accounting methods for both the Fahey Fund and The Fahey Financial Group, Inc. It won't change too much as far as you are concerned, except to be more reliable and easier for us.

The Fund has gotten rather large, so we are restricting new investors to $200,000. Wow! You folks who got in years ago for $25,000 are very lucky! So are we to have you. It took guts to invest with a – huh? – *hedge fund*? Something to do with gardening? Today, everyone has heard of them.

## LOOK AT THIS



### AND THIS



<<CONTINUED FROM OTHER COLUMN...>>

So now we are only 8 months shy of entering our TENTH year. A long time and a good run, that has been. Yet, the outlook for profits has never looked so, well – excessive.

I prepared the present gold chart (we bought some as early as 1999) and the amazing silver chart (we entered it in a large way about 1-½ -2 years ago. Most of the known world was sitting back fascinated with 100% returns on real estate and I can't blame them. But these crazy metals, raw materials and commodity markets are poised for a big, big move...and the stocks in the companies that own them.

### SO WE CONTINUE AS PLANNED

Thank to all of you one more time. If you wish to add money to your present account, you may do so in any amount. There are no restrictions to our little flock.

Sincerely,
Jim Trabulse
Fund Manager

---

DID YOU ALL RECEIVE YOUR PACKAGE FROM WATERCURE.COM?

If not, please feel free to email us, or call the smallcheese at 707-812-5487 and leave a message where to send it and to whom. Speak clearly and e-n-u-n-c-i-a-t-e the numbers, please. For those of you who have increased your water and salt consumption, and have had great results, why not drop me a line at bigcheese@faheyfund.com to share. Also, for those of you who do not, or have not, had great tasting salt, let me advise.

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Mar 31 2006*

# REDACTED

## James M. Wojack IRA

James Wojack IRA
James M Wojack

(H)
(B)
(FAX)
Cell:
eMail

Mail to:

TAX ID # ████-9162

| Sterling Trust Co. | | 1108 |
| --- | --- | --- |
| IRA Account # ██9323 | | (800-955-3434,2,3) |
| UNITS | Date | Total |
| | Mar 22, 04 | - |
| | | |

Opening Balance, Jan 1, 2006      $    407,352.24

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **First Quarter TOTAL** | | 15,072.03 | | | | | | |
| Dollar Hedge v. Euro | 15,072.03 | | | | | | 15,072.03 | 422,424.28 |
| | | | | | | | | |
| Comment: US Dollar Shorts. Gold deferred | | | | | | | | |
| **Second Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | 15,072.03 | | | | | 15,072.03 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +3.70%  15,072.03 | 422,424.28 |

**NOTES:**

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0028





*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:

Quarter Ending June 30, 2006

Enclosed is your financial position for Q2 2006, that is, March 1 through June 30, 2006.
US Dollar / Eurocurrency swings + 6.6%. The deferred profit on gold from first quarter of will be 10.3% and this is a whopping total of 16.9%!!

But wait! There's more! The governments of the world are having a Blue Light Special, K-Mart Shoppers and there is MORE gold and silver and interest rate and stock market profits in the coming 18-24 months so run, don't walk to our Fund Department and sign up now!

## DOLLAR SLIDES NEARLY 7% - YOUR GAIN

Again, the volatility in the currencies continues unchecked and uncheckable. No country today has a gold-backed currency, so the question is: which currency is the worst? The debt-and-war-bloated US? The Swiss, formerly gold-backed, have decided to float? How about natural resource rich countries like Brazil or Saudi Arabia? The shekel? The ruble? The yuan?

In any event, your fearless (not even close to true-timid and conservative) trader manages to eek out a percentage to protect you and the value of your paper cash.

So, below is the chart of the EURO FX (FX mean Foreign eXchange). Others who can stand the sour news are predicting, with good reason, continued dollar weakness. It will be difficult to profit fully, as the politicians and their precious jobs depend on keeping the ignorant public seeing the money problems through rose-colored greenbacks (that sounds suspiciously mixed metaphorical).



6.6%
Euro vs. $$

## I TOLD YOU SO? *HRMMPH.*

So, when a paper currency and government debt and wars and rumors of wars abound…where is the value likely to hide?

In gold, silver, platinum, palladium, rhodium, copper, and all natural resources, of course. Even in large cap stocks, like the oil companies. The possibilities are endless, the emotions painful.

In the world of gold and silver, we gained from an impressive run up, an equally impressive profit-taking wave, and an even more equally nasty government (guessing about that) selling program to weaken the gold and silver markets.



Jan-March +10.6% in Gold

A VERY tricky business, but still, we manage to keep the positions modest and got a modest return + 10.3%.

There will be more profits at year's end with more projected. The 'correction' in the metals was sufficient to delay market timing (elections?) before it roars off into space. I won't tell you what I think it will reach, but just rest assured that a dollar- and CPI adjusted gold price should be at least $1,000/oz.

## CLARIFICATION – HOW THE FUND DISTRIBUTES PROFITS BEFORE A TRADE IS COMPLETED

We have owned gold in various amounts for over 6 years and have declared periodic profits whenever the open profits are sufficient so that even a huge correction cannot compromise more than 50% of the profits. Unclear? In other words, if we have, say, $100 in profits ON PAPER, we will declare either $30 or $50 of that.

## DON'T WORRY – BE HAPPY

Look – there's going to be a lot of BAD NEWS in the next 18 months. Real estate will get soggy especially after Dec. The Fed will print money to prevent a crash. This printing will make interest rates rise, weaken the $$ while gold flies. In the Mid-East, a very nasty conflict is likely – AFTER the US elections. Threats with nuclear bombs and lots of other nastiness. But don't panic because the Fahey Fund sees those evils as a major motive underlying your profit opportunities! We live in a crazy world, no? But stay calm and you will make a lot of hay while the sun doesn't shine.   Sincerely,

Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0029

**The Fahey Fund, Lp.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Jun 30, 2006*

# REDACTED

**James M. Wojack IRA**                                                   **1110**

| James Wojack IRA | (H) | |
| James M Wojack | (B) | ▓▓▓▓ |
| ▓▓▓▓▓▓▓▓ | (FAX) | ▓▓▓▓▓▓ |
| | Cell: | ▓▓▓▓▓▓ |
| Mail to: | eMail | ▓▓▓▓▓▓▓ |

| Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|
| IRA Account # | ▓9323 | |
| UNITS | Date | Total |
| | Mar 22, 04 | |
| | | |
| | | |

TAX ID # ▓▓▓▓9162

Opening Balance, Jan 1, 2006          $    407,352.24

| Trade Description | Gain/Loss | For the Year Ending Dec 31 2006 | | | | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| | | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | | | |
| **First Quarter TOTAL** | | 15,072.03 | | | | | 15,072.03 | 422,424.28 |
| Dollar Hedge v. Euro | 15,072.03 | | | | | | | |
| | | | | | | | | |
| Comment: | US Dollar Shorts. Gold deferred | | | | | | | |
| | | | | | | | | |
| **Second Quarter TOTAL** | | | 71,389.70 | | | | 71,389.70 | 493,813.98 |
| EURO FX vs US | 27,880.00 | | | | | | | |
| Gold | 43,509.70 | | | | | | | |
| | | | | | | | | |
| Comments: | Currency weak dollar hedge and gold up to Jan | | | | | | | |
| **Third Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | 15,072.03 | 71,389.70 | | | | 86,461.74 | |
| **TOTAL:** | Jun 30, 2006 | | | | | | +21.23% | 493,813.98 |

| NOTES: | |
|---|---|
| | |

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED



*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bigcheese@faheyfund.com

Dear Investor:                                                    Quarter Ending Sep 30, 2006

---

Enclosed is your financial position for Q3 2006, that is, July 1 through September 30, 2006.
NO CHANGES -- There have been no new activity. However, there are still open profits in gold. "Open profits" mean 'paper profits' or unrealized gains. It is ALWAYS wise to wait until the trade is completed (successfully) before reporting profits. These open profits are substantial.

As you can imagine, the chaos in the Middle East and the failure of leadership combined with new Treasury appointments and guessing at Fed interest rate (fed is also a verb, when applied to the commonweal) policy, has stalled markets. Other dirty work at the crossroads also has paused the up thrust in gold and silver. Patience, children!

---

## DR. BERNANKE, FORWARD CONTRACTS AND LEASES, AND GENERAL CHAOS

This past five or so months is actually a time to pause and relax. There is nothing really, to do, unless one is able to trade foreign stocks.

After all, we have booked profits from massive increase in gold and silver, a heavy sell off in the bond markets, a strong shift in the dollar, a persistent rally in the Dow, and and...

The simple truth is that a pause is inevitable. Gold and gold stocks paused — a lot. The interest rates have retraced. The dollar has leveled off. The high cap stocks and resource stocks have chipped away toward new highs.

The political situation is awful, but nothing is new there. The ancestral lands of my family lie in rubble, but what do people need bridges or roads for anyway? Travel is very unpleasant at airports, as government petty bureaucrats check for the improbable among the unlikely.

Ho-hum, business as usual. A pause between inflationary rises, local wars and government ineptness. Who, if anyone, is running things?

So, as a mirror of this recent (un)reality, the Fund also pauses (a wink to Hemmingway). Golf and tanning are indicated. Heavy dinners, hearty laughter. Reserves are waiting for the resumption of the gold rally, the falling dollar, and the next few wars. Just a normal decade in the course of human history, no? NO!

## JUST BE PATIENT

You get to be like me, patient. Plan NOT to panic when the next round of creative media scares happens. Keep your money in a safe place, so that you won't be upset as real estate prices skid, even out here in sunny California. Florida, Denver, and many places got their bitter dose of a buyer's market. But, if you have been wise, you are not overextended on your real or unreal estate commitments and you will have much buying power as the inflation hits this winter.

Of course, you have your share of the Fund to keep you warm at night. Because we have a rather skeptical attitude to my former schoolmates in Wall Street and official Washington, we sleep well, knowing that their decisions are almost to a word bad, stupid and incredible. This adds to the Chaos of the situation. Chaos good for speculation. Order, fairness bad.



TYU06 - September 2006 10-Year Treasury Notes

## EVEN INTEREST RATES DECLINE

You have undoubtedly been aware that 'interest rate increases' by the Fed have (maybe) stopped. And Voila! One sees a rally in the bond market. A soft landing? The geniuses at the Fed have soft heads, so yes, a soft landing on their heads. Incidentally, even though I didn't mention it, we abandoned our short position in bonds back in July. We will go short again, as the Fed increases money supply heavily this winter. They will do that to prevent a collapse in Real Estate. This will allow for another soft landing. Don't despair. Your zillion-dollar home will be worth maybe 20 or 30% less than it was.

Now, children, one mustn't be greedy! 30% per year in real estate for nearly 10 years is MUCH more than the lazy Fahey Fund manager could do! And look how greedy he is!

## EXPECT BIG MOVES IN THE COMING NINE MONTHS ACCOMPANIED BY A PANICKY POLITICAL ENVIRONMENT

"There is nothing new under the sun and all is vanity and vexation of the spirit." quoted from an anonymous Wall Street Jewish source who claimed to be the world's richest man.

Sincerely,

Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0031

**REDACTED**

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Sep 30 2006*

*See Corrected - Di !*

**James M. Wojack IRA**

| | |
|---|---|
| James Wojack IRA | (H) |
| James M Wojack | (B) |
| | (FAX) |
| | Cell: |
| *Mail to:* | eMail |

TAX ID # ████9162

| Sterling Trust Co. | (800-955-3434,2,3) | **1115** |
|---|---|---|
| IRA Account # | ████9323 | |

| UNITS | Date | Total |
|---|---|---|
| | Mar 22, 04 | |
| | | |
| | | |

Opening Balance, Jan 1, 2006     $   407,352.24

| Trade Description | Gain/Loss | Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 15,072.03 | | | | | 15,072.03 | 422,424.28 |
| Dollar Hedge v. Euro | 15,072.03 | | | | | | | |
| | | | | | | | | |
| Comment: *US Dollar Shorts. Gold deferred* | | | | | | | | |
| **Second Quarter TOTAL** | | | 71,389.70 | | | | 71,389.70 | 493,813.98 |
| EURO FX vs US | 27,880.00 | | | | | | | |
| Gold | 43,509.70 | | | | | | | |
| Comments: *Currency weak dollar hedge and gold up to Jan* | | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 493,813.98 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: *Profits deferred* | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | 15,072.03 | 71,389.70 | deferred | | | 86,461.74 | |
| **TOTAL:** | Sep 30, 2006 | | | | | | +21.23% | 493,813.98 |

**NOTES:**

*A CALIFORNIA Limited Partnership*

**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Sep 30 2006*
*Corrected Personal Information*

# REDACTED

**James M. Wojack IRA** ........................................................................................ **1116**

James Wojack IRA              (H)
James M Wojack                (B)
                              (FAX)
                              Cell:
Mail to:                      eMail

TAX ID # ▮▮▮▮-9162

| Sterling Trust Co. | | (800-955-3434,2,3) |
|---|---|---|
| IRA Account # | ▮9323 | |
| UNITS | Date | Total |
| 10.00 | Mar 22, 04 | 100,000.00 |
| | | |

Opening Balance, Jan 1, 2006          $    407,352.24

| Trade Description | Gain/Loss | For the Year Ending Dec. 31, 2006 Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul. Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 15,072.03 | | | | | 15,072.03 | 422,424.28 |
| Dollar Hedge v. Euro | 15,072.03 | | | | | | | |
| | | | | | | | | |
| Comment: | *US Dollar Shorts. Gold deferred* | | | | | | | |
| **Second Quarter TOTAL** | | | 71,389.70 | | | | 71,389.70 | 493,813.98 |
| EURO FX vs US | 27,880.00 | | | | | | | |
| Gold | 43,509.70 | | | | | | | |
| Comments: | *Currency weak dollar hedge and gold up to Jan* | | | | | | | |
| **Third Quarter TOTAL** | | | | *deferred* | | | | 493,813.98 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| Comments: | *Profits deferred* | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | | | | |
| | | | | | | | | |
| Comments: | | | | | | | | |
| Quarterly Subtotals, all trades | | 15,072.03 | 71,389.70 | *deferred* | | | 86,461.74 | |
| **TOTAL:** | Sep 30, 2006 | | | | | | +21.23% | 493,813.98 |

**NOTES:**

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED




*The* FAHEY FUND/FAHEY FINANCIAL GROUP
268 Bush Street, Suite 4232
San Francisco, CA 94104
800-880-6003 bjgcheese@faheyfund.com

Dear Investor:                                          Quarter Ending Dec 31, 2006

---

**Enclosed is your financial position for Q3 and Q4 2006 July 1 through December 31, 2006.**
The Deferred gains from the Jul-Sep quarter are included here. This year was disappointing in the second half, as I sat there, thumb in nose, while the Stock Market rose nearly 10% and higher depending on stock selection! So, missed that one. Also, the precious metals, roaring uncontrolled at escape velocity, ran into the evil "They" in May. "They" sold and the market sagged like a politician forced to speak the truth.

Anyway, the total for the past two quarters is 4.8% from the dollar hedge and 15% from precious metals, totaling 19.8%.

---

### TEN YEARS!! AND COUNTING THIS COMING APRIL

Some of you remember my first visit and you asked: "Huh? Wuzaz *hedge fund?*" So, after I carefully explained it but stopped just before your eyes glazed over the final time, you awoke with a start and said: "Oh! I think I understand. You think you can make money for me. You expect me to believe *that?*"

My answer was yes, I do.

Now, ten years later, as you brag about the Fahey Fund, your bored friend says: "Huh? A HEDGE FUND? What the hell— isn't that one of those, you know—*hedge funds?* What percentage did you say???!!!"

Ten year ago, there were about 400-600 active hedge funds. Today, the figure tops 5000 in the US and 6000 in Europe. The top five fund managers were compensated (perhaps the part of that word that is appropriate is: 'sated') for an *average* of 400 million dollars. That means that their money under management had to be at least $8 billion, they grossed 25% (2 billion profit) and their 25% fee (same as mine) is $500 million.

So, I propose to you, dear investors, that the new minimum to remain or to be a new investor in the Fahey Fund will be $32,000,000 each. Please make checks payable to "Fahey Fund."

### DID I SAY THANK YOU?

Thank you.

### BRIEF SUMMARY OF YEAR

We have been long gold since 1999. We expect gold to rise well above $1,000 per ounce. It is $620 or so today.

We are long natural resource stocks. We think these will be the next dot.com type boom, perhaps beginning at the end of 2007.

We expect the dollar to decline, but not to collapse. We expect interest rates to rise, but perhaps not as wildly as originally.

We do not expect honesty in public office, or better prime time entertainment, ditto news and public manners. We hope that this year will be pleasantly filled with gainful surprises for all.

It is entirely possible that some very big opportunities will dump some lovely excessive gains in our pockets.

### MY GREETING TO YOU TO THE RIGHT

Like many of you, I have a passion for art. My teacher dashed this quick painting off of me last November, looking thoughtful and perhaps too full of Montrachet.



### FINANCIAL DANGERS AHEAD? DANGER=OPPORTUNITY

It is customary for us to prove our infallibility by making forecasts. We infallibly prove our fallibility, but that won't stop us. I too can fly like Icarus, too close to the sun and crash wingless in the sea below.

➢ More dollar weakness. If you travel, have some of your saving in other currencies. Look for heavy Chinese buying to continue in California commercial real estate.

➢ Gold, silver, uranium will rise weightlessly as the Fed expands the money supply to offset problems in real estate.

➢ Real Estate won't be as bad as it deserves to be, but still, there will be problems.

➢ Immigration issues will vex the US.

➢ The US might finally bomb Iran and something unpleasant will arise out of that.

➢ Gold and precious metals stocks will do amazing leaps into space.

➢ Of all things, the blue chip stocks, and dividend paying stocks will continue strong no matter what the 'economy' does. This has a great deal to do with the 'baby boom' entering into retirement.

➢ ALL OF YOU WHO DO NOT TAKE THE WATER+SALT BOOKS SERIOUSLY AND GIVE IT A FAIR TRY ARE GOING TO HAVE HEALTH PROBLEMS BUGGING YOU!

➢ Your Trader will become strong, youthful, beautiful and charming. No, he did NOT cut down the cherry tree...

Sincerely,

Fund Manager

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FF-JMW 0034



**The Fahey Fund, l.p.**
268 Bush St., Suite 4232
San Francisco, CA 94104
*Partnership Documentation - Jan. 02 2007*

# REDACTED

**James M. Wojack IRA**                                                                1124

James Wojack IRA          (H)              Sterling Trust Co.        (800-955-3434,2,3)
James M Wojack            (B)              IRA Account #      ●9323
                          (FAX)            | UNITS | Date | Total |
                          Cell:            | 14.55 | Mar 22, 04 | 145,500.00 |
                          eMail:
*Mail to:*

TAX ID #      ●9162

Opening Balance, Jan 1, 2006          $   407,352.24

| Trade Description | Gain/Loss | For the Year Ending Dec 31 2006 Qtr 1 | Qtr 2 | Qtr 3 | Qtr 4 | Deposits Withdrawals | Net Gain/Loss | Cumul Acct Bal |
|---|---|---|---|---|---|---|---|---|
| **First Quarter TOTAL** | | 15,072.03 | | | | | | |
| Dollar Hedge v. Euro | 15,072.03 | | | | | | 15,072.03 | 422,424.28 |
| | | | | | | | | |
| **Comment:** US Dollar Shorts. Gold deferred | | | | | | | | |
| **Second Quarter TOTAL** | | | 71,389.70 | | | | 71,389.70 | 493,813.98 |
| EURO FX vs US | 27,880.00 | | | | | | | |
| Gold | 43,509.70 | | | | | | | |
| **Comments:** Currency weak dollar hedge and gold up to Jan | | | | | | | | |
| **Third Quarter TOTAL** | | | | deferred | | | | 493,813.98 |
| EURO FX vs US | | | | | | | | |
| | | | | | | | | |
| **Comments:** Profits deferred | | | | | | | | |
| **Fourth Quarter TOTAL** | | | | | 68,595.25 | | 68,595.25 | 562,409.23 |
| Dollar hedge | 23,703.07 | | | | | | | |
| Precious Metals-Partial | 44,892.18 | | | | | | | |
| **Comments:** | | | | | | | | |
| | | | | | | | | |
| Quarterly Subtotals, all trades | | 15,072.03 | 71,389.70 | deferred | | | 155,056.99 | |
| **TOTAL:** | Dec 31, 2006 | | | | | | +38.06% | 562,409.23 |

NOTES:

**IMPORTANT ACCOUNTING NOTE**
Fahey Fund will go to a twice a year accounting cycle, except for reporting
to IRA Custodians. Our activity level is low and this will allow us to be
more efficient. Any special personal requirement can be met by contacting
us at bigcheese@faheyfund.com. Thank you for your cooperation.

*A CALIFORNIA Limited Partnership*

FOIA CONFIDENTIAL
TREATMENT REQUESTED                              **FF-JMW 0035**

# EXHIBIT 26

1    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:          )

4                              )   File No. SF-3211-A

5    FAHEY FUND                 )

6

7                                          COPY

8

9

10   WITNESS:   Urbano Maffei

11   PAGES:     1 through 131

12   PLACE:     Securities and Exchange Commission

13              44 Montgomery Street

14              San Francisco, California  94104

15   DATE:      Tuesday, April 17, 2007

16

17       The above-entitled matter came on for hearing, pursuant

18   to notice, at 9:15 a.m.

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                   (202) 467-9200

2

1   APPEARANCES:

2   On behalf of the Securities and Exchange Commission:

3       ERIN E. SCHNEIDER, ESQ.

4       Office of Enforcement

5       United States Securities and Exchange Commission

6       44 Montgomery Street, Suite 2600

7       San Francisco, California   94104

8       (415) 293-0337

9   On behalf of the American News Publishing:

10      MARC H. AXELBAUM, ESQ.

11      Pillsbury, Winthrop, Shaw, Pittman, LLP

12      50 Fremont Street

13      San Francisco, California   94105

14      (415) 983-1000

15

16

17

18

19

20

21

22

23

24

25

1    Q    Okay.  Do you remember when you made that $10,000
2  contribution?
3    A    April 7, 2000.
4    Q    Okay.  And did you make any more contributions to
5  the fund in 2000?
6    A    No.
7    Q    Have you ever made any more contributions to the
8  fund?
9    A    No.
10    Q    Okay.  Have you ever made any withdrawals from the
11  fund?
12    A    No.
13    Q    Were there ever situations where Mr. Trabulse
14  encouraged you to make an additional investment into the
15  fund?
16    A    No.
17    Q    Okay.  And so the account is represented by UJM18.
18  Do you have any other accounts with the Fahey Fund?
19    A    No.
20    Q    Okay.  At the bottom -- well, actually, it looks
21  like there's handwriting underneath UJM18.
22    A    Yes.
23    Q    Do you see that?
24    A    Yes.
25    Q    Who's handwriting is that?

59

1    Q    Okay.  Was your son Anthony with you during this

2    meeting?

3    A    Yes.

4    Q    Okay.  What did Mr. Trabulse tell you during that

5    meeting about the Fahey Fund?

6    A    Just that -- about the fund -- that I mentioned, I

7    think, in our phone call, it was just in general terms.  Told

8    me about his investment strategies or investment -- how he

9    invests.  That he was fairly conservative.

10   Showed me how he determines buy and sells, you

11   know, with some software that he did have on -- but it was

12   very general.  Yeah.  Can't really recall anything else.  He

13   did talk about the fund but just in generalities.  How long

14   had it been in existence and --

15   Q    Anything else that you can remember?

16   A    Not really.  We spent just maybe an hour, hour and

17   a half together, and there was casual talk as well as talk

18   about the fund.  Had a cup of coffee and that was the extent

19   of it.

20   Q    Did you have any other conversations with

21   Mr. Trabulse before you actually invested your money?

22   A    I don't believe so.

23   Q    Okay.  So just this one that -- this meeting at the

24   house?

25   A    Just one meeting, and, you know, the amount I

76

1     A    Yeah, it was mentioned in here at some point.

2     Q    Okay.  I want to go through some of the documents

3   that you produced to us.

4     A    Okay.

5     Q    I'm going to have the Court Reporter mark this as

6   the next exhibit in line.  The witness is always the last

7   person to actually see the exhibit.

8     A    The last person to know.

9     Q    So, Mr. Maffei, I'm handing you what's been marked

10   as Exhibit 21 in this matter.  And I'm just going to describe

11   it for the record.

12          Exhibit 21 is what appears to be a pamphlet, and it

13   bears numbers on the bottom of 1 through 8.  It's double-

14   sided, and it has handwritten numbers on the top of UJM

15   Number 1, and it appears to be titled the Fahey Hedge Fund

16   Track Records Since Its First Trade Q4 1997 Quarterly Report.

17          Do you recognize Exhibit 21, Mr. Maffei

18                         (SEC Exhibit No. 21 was marked for

19                          identification.)

20     A    Yes, I do.

21     Q    What is it?

22     A    As you described, the track record since its first

23   trade 1997 to the year 1998.

24     Q    Where did you get Exhibit 21?

25     A    From the fund, Mr. Trabulse.

1     Q     How did you get it?

2     A     I'm not certain if it was given to me or mailed.

3     Q     Okay.  Do you know when you received Exhibit 21?

4     A     I'm trying to remember if I got it the day that we

5     met or not.  I can't be sure whether I took it away with me

6     that day or it was given to me subsequently via mail.

7     Q     Okay.  Do you -- do you recall whether you received

8     it before you actually put your $10,000 in the fund?

9     A     I believe I did.

10     Q     Why do you believe you did?

11     A     I received the partnership agreement before I put

12     the money in the fund, obviously.  I just don't recall that

13     this was with it or not.

14     Q     Okay.  But you think you did receive it before?

15     A     Yes.

16     Q     Okay.  Now when you received Exhibit 21 did you

17     read it?

18     A     I went through it very quickly.  I did look in it

19     for -- type of returns.  I think I probably read more of the

20     bold type than anything else.

21     Q     Okay.  And when you say you read the bold print,

22     what do you mean by that?

23     A     The gains that were realized in the various

24     quarters indicated in here.

25     Q     Okay.  So you read the gains that were realized in

1  would hope they would used generally accepted accounting

2  principles in arriving at that.

3      Q    Why would you hope that?

4      A    Because it's acceptable.  It's the normal way of

5  accounting for a business.

6      Q    Did you have any understanding at the time -- I

7  mean, before you invested your $10,000, did you have any

8  expectation that the net profit and net losses in fact were

9  not be calculated in accordance with generally accepted

10  accounting principles?

11      A    No.

12      Q    Okay.  Did Mr. Trabulse ever tell you that even

13  though the partnership agreement says it's going to be

14  accounted by this way, it's not going to be accounted for in

15  that way?

16      A    No.

17      Q    Okay.  Did anyone ever tell you that?

18      A    No.

19      Q    Was there anything else about Exhibit 22 that was

20  important to you in deciding to invest your $10,000?

21      A    No.

22      Q    Okay.  Have the Court Reporter mark this next

23  document as Exhibit 23.

24          Okay.  Mr. Maffei, I'm handing you what's been

25  marked as Exhibit 23, and I'm just going to describe it for

1    the record.

2            Exhibit 23 is a double-sided brochure that has

3    typewritten numbers in the bottom of 1 through 7.  And then

4    it has handwritten numbers in the upper right-hand corner of

5    UJM Number 2, and it's titled Fahey Hedge Fund Profiting from

6    Fundamental and Technical Imbalances in a Broad Range of The

7    Market.

8            Do you recognize Exhibit 23, Mr. Maffei?

9                    (SEC Exhibit No. 23 was marked for

10                   identification.)

11   A    Yes.

12   Q    And what is Exhibit 23?

13   A    It's -- it deals with basically defining or

14   describing what a hedge fund is and some historical

15   information.  A number of different topics are included in

16   here.

17   Q    Where did you get Exhibit 23?

18   A    I received it from the fund and Jim Trabulse.

19   Q    When did you receive it?

20   A    Once, again, I don't -- I can't remember if I

21   received it on the day I visited him or shortly thereafter.

22   Q    Okay.  Do you think you received Exhibit 23 before

23   you invested your $10,000?

24   A    Yes.

25   Q    Okay.  And did you read Exhibit 23 before you

1    Q    Did Mr. -- did Mr. Trabulse ever tell you that the

2    fund was going to invest in Persian carpets?

3    A    No.

4    Q    Did anyone ever tell you that?

5    A    No.

6    Q    Okay.

7    A    I hope it's a good investment.

8    Q    Is that something you would have liked to have

9    known before you invested your $10,000?

10    A    I think I would have liked to have known something

11    about Persian rugs as an investment.  I have no idea about

12    Persian carpets other than they can be very expensive and

13    presumably -- in value.  But it would be nice to know about

14    things of that nature.

15    Q    Why?

16    A    Just because to me that's kind of an unusual

17    investment.  But, again, not being an investment manager,

18    perhaps in their terms it's not unusual.

19    Q    So is it fair to say that before you put in your

20    $10,000, you would have liked to have known a little bit more

21    about Persian carpets or --

22    A    Oh, perhaps.  Probably for my own edification more

23    than anything else.

24    Q    Okay.

25         MR. AXELBAUM:    Gone about an hour or more.    I

112

1    Q    Would it be fair to say that you would have liked
2    to have known about the fact that the fund was going to
3    invest in things like Native American artifacts.  Would it
4    have weighed in your decision in any manner?
5    A    It would have been nice to know in the list of
6    items that are in one of these documents.  Which may include,
7    for example.  Just as information more than anything else.
8         Would it have changed my mind about the investment
9    of the $10,000, probably not.
10   Q    Did Mr. Trabulse ever tell you that the fund was
11   going to invest in things like pearl necklaces, bracelets, or
12   earrings?
13   A    No, he did not tell me that then.
14   Q    Has he told you subsequently?
15   A    In a phone conversation that he brought up that he
16   was investing in investment-quality pearls.
17   Q    Tell me about that phone conversation.
18   A    That was the last one that -- the one that we had
19   five or six weeks ago.  He brought up that he was investing
20   in investment quality pearls.
21        And I said, oh, that's fine as long as they're
22   making money for us.  That's okay.
23   Q    How did that come up?
24   A    Just in the general course of the conversation.  I
25   didn't ask about it because I didn't know about it.  He's the

1    one that brought it up.  Why?  I'm not too sure.

2         Q    Did he give you any indication as to why he brought

3    that up?

4         A    No.  Other than he said that he's been investing in

5    pearls recently.  They're investment quality.  I said okay.

6    I didn't know we were doing that.  That was only my comment.

7         Q    Did Mr. Trabulse ever tell you that the fund was

8    going to invest in crystals?

9         A    No.

10        Q    Would you have liked to have known that prior to

11   investing your $10,000?

12             MR. AXELBAUM:    Objection, foundation.

13             THE WITNESS:    Yeah.  I think -- I think I would

14   like to know whatever information he may have on his

15   investments, even if it's just a little blurb periodically

16   saying that, you know, we're investing in these type of

17   items.

18             And so, yeah, I think I'd like to know.  But,

19   again, it's not going to change my mind or wouldn't have

20   changed my mind at the time of the initial investment.

21        Q    Why are you saying you would have liked to have

22   known?

23        A    It -- just to know.  I mean, not that the 10,000 is

24   a big number to be concerned with.  But I'd still like to

25   know the type of investments he's making.  That -- what I

114

1    would  consider maybe just out of the ordinary course of

2    business, so to speak.

3        Q    Why?

4        A    Curious more than anything else.  For my own

5    edification.  I mean, I know nothing about investment like

6    pearls or crystals or Indian artifacts for that matter.

7            So like I said, I never thought somebody would -- I

8    would never invest in something like that because I don't

9    know the value.  May be a great investment.

10       Q    Have you ever heard of the Count Yogi Golf Company?

11       A    No.

12       Q    As I understand, the Count Yogi Golf Company, Count

13   Yogi was a famous golfer in the 1930's to the 1960's.  And

14   Count Yogi Golf Company is a one-man venture by a man who

15   says he became Count Yogi's adopted son and that Count Yogi

16   taught him his golf secrets.

17           And Count Yogi Golf currently sells things like

18   DVD's and training kits to teach this golf swing, and he also

19   provides private lessons.

20           Did Mr. Trabulse ever tell you that the Fahey Fund

21   was going to invest in the Count Yogi Golf Company?

22           MR. AXELBAUM:   Objection, foundation.

23           THE WITNESS:   No.

24           BY MS. SCHNEIDER:

25       Q    Would that have been something you would have liked

1    to have known before you invested your $10,000?

2              MR. AXELBAUM:    Objection, foundation.

3              THE WITNESS:    Again, it gets back to what I said

4    before, yeah, I would have liked to have known.  But would it

5    change my decision, depending on the -- what it was all

6    about.

7              I mean, obviously, if it was going to be a, you

8    know, a fly-by-night outfit that was going to bring my

9    investment down to zero, then I would obviously not invest.

10             But, again, you know, with knowledge of what these

11   investments are, what the possible outcome of these

12   investments are, and, you know, that would have -- could have

13   had some impact.

14             BY MS. SCHNEIDER:

15   Q    Do you know who Katherine O'Reilly is?

16   A    I don't recall the name.

17   Q    Okay.  There are transfers from the Fahey Fund's

18   bank account for over $25,000 worth of stereo equipment that

19   were installed in her home.

20             Do you have an understanding as to why the fund is

21   doing that?

22             MR. AXELBAUM:    Objection, foundation.  Calls for

23   speculation.

24             THE WITNESS:    No.

25             BY MS. SCHNEIDER:

130

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

REPORTER'S CERTIFICATE


I, P.J. Kelley, reporter, hereby verify that the foregoing transcript of 129 pages is a complete, true and accurate transcript of the testimony indicated, held on April 17, 2007, at 44 Montgomery Street, San Francisco, California in the matter of: FAHEY FUND. I further testify that this proceeding was recorded by me, and that the foregoing transcript was prepared by Elena Lara under my direction.

Date: _4/26/07_____

Official Reporter: _P.J. Kelley_____

Diversified Reporting Services, Inc.

131

## PROOFREADER'S CERTIFICATION

In the Matter of:        Fahey Fund

Witness:                 Urbano Maffei

File Number:             SF-3211-A

Date:                    April 17, 2007

Location:                44 Montgomery Street

                         San Francisco, California


      This is to certify that, I, Elena Lara, do hereby swear
and affirm that the attached proceedings before the U.S.
Securities and Exchange Commission were held according to the
record and that this is the original, complete, true and
accurate transcript that has been completed to the reporting
or recording accomplished at the hearing.

_____Elena Lara_____     _4/26/07_____

# EXHIBIT 27

Urbano J. Maffei
272 Station Avenue
Daly City, CA 94014-2510

RECEIVED

FEB – 8 2007

SEC San Francisco

February 8, 2007

Attention:  Erin E. Schneider
U.S. Securities and Exchange Commission
Office of Enforcement
44 Montgomery Street, Suite 2600
San Francisco, CA  94104-4613

Re:  In the Matter of Fahey Hedge Fund L.P. (SF -3211)

Dear Ms. Schneider:

In accordance with the enclosed Subpoena dated February 1, 2007, I am submitting to
you copies of various documents relating to the above Matter.

I have numbered the pages of the copies as instructed in your letter.  I have also
categorized the enclosed documentation by those paragraphs in the Subpoena which I feel
the items most closely relate to, namely "Documents to be Produced, Paragraphs "a"
through "d".

I believe that I have met my obligation under the Subpoena.  I have searched carefully
and thoroughly and all documents located are being forwarded to you.

Please acknowledge receipt of the documents by signing the duplicate copy of the
attached list and returning it to me in the enclosed envelope.  Thank you.


Sincerely,

Urbano J. Maffei

## DOCUMENTS PRODUCED

ITEMS "a"
- UJM #1          Booklet- Fahey Hedge Fund, 8 pages
- UJM #2          Booklet- Fahey Hedge Fund/Hedge funds in general, 7 pgs
- UJM #3, #4      Articles on Hedge Funds

ITEMS "b"
- UJM #5, #6, #7  General information and updates on the fund (2000/2001)

ITEMS "c"
- UJM #8          Partnership Agreement
- UJM #9          Signature page and copy of check (front only as cancelled checks not returned by bank)
- UJM #10         Welcome Letter dated April 7, 2000

ITEMS "d"
- UJM #11 thru #18    Quarterly reports and statements for Calendar year 2000
- UJM #19 thru #27    Quarterly reports and statements for Calendar year 2001
- UJM #28 thru #35    Quarterly reports and statements for Calendar year 2002
- UJM #36 thru #38    Quarterly reports and statements for Calendar year 2003 ( Note: September 30, 2003 Statement—Missing)
- UJM #39 thru #40    Quarterly reports and statements for March 31 and June 30,2004 (September 30 & December 31,2004-Missing)
- UJM #41            Quarterly report for September 30, 2005. (Note: March 31, June 30 and December 31, 2005—missing)
- UJM #42 thru #44    Quarterly reports and statements for March 31,September 30, and December 31, 2006. ( Note: June 30, 2006—Missing)

I acknowledge receipt of the above documents numbered UJM #1 thru UJM #44.

_____

Name and Title
Date



# Fahey Hedge Fund
### Profiting from Fundamental and Technical Imbalances in a Broad Range of Markets
*268 Bush Street, Suite 4232 · San Francisco, CA 94104  800 783 2233*




EXHIBIT
Fahey Fund
23
SF 321-A

## HOW THE FAHEY HEDGE FUND CAN HELP YOU CASH IN ON 21ST CENTURY OPPORTUNITIES

In less than ten years hedge funds have become the fastest growing private investment, far surpassing the growth of mutual funds. This is because the unique features of hedge funds allow investors to realize profits no matter what direction the market is headed. Perhaps even more importantly, these features provide hedge funds the tools to keep and reinvest profits without having to leave the market. Because they have traditionally been available to only the wealthiest individual investors and institutions, most average investors are, at best, only peripherally aware of their existence. So before we rave about the many advantages hedge funds offer, it seems appropriate to describe what they are and how they work.

## WHAT IS A HEDGE FUND?

The simplest definition of a hedge fund is that it is like a mutual fund, except that: 1) It can sell short stocks, bonds, futures and indexes; 2) It can utilize hedging tactics with index futures; 3) It can take positions in any listed or international market, according to its partnership agreement; 4) It is limited to 99 non-qualified members (members with less than $5 million in equities are non-qualified); 5) It compensates the fund manager with a percentage of the profits; 6) Buy-ins are normally (except for the Fahey Fund) quite high, with most hedge funds requiring a minimum $250,000 buy-in.

## HISTORICAL PERSPECTIVE

Hedge funds were originally designed to protect equity (stock) and mutual fund holdings from severe drops. You bought and sold a stock from the same industry or group at the same time, usually going long a "strong" stock, and short a "weak" stock. The purpose was downside protection: profits from the hedge fund would accumulate during declines and these profits would compensate for most, or all, of the loss to the original holding. For example, with a crash of the DOW, or the more likely inevitable correction in the market, you would use a hedge fund as insurance to protect your gains, retain your original portfolio, and minimize losses, but your portfolio would still be your primary holding.

However, since the inception of listed stock indexes, currency, and interest rate futures, and the concomitant expansion in the options markets, something odd and exciting developed: hedge fund managers discovered that they were not merely offsetting losses, they were realizing net gains. And since they were using indexes or options as a near perfect substitute for capital-intensive stock positions, the portion of capital used to make these profits was proportionately small. Hedge funds were now more than insurance, they had become a source of high return net gains! In fact, the April 1998 issue of 'Manager Accounts Reports' profiles a report on hedge funds which indicates that almost 80% of the 115 funds reporting had positive results, with about 60 of them outperforming the S&P....some returns even exceeded 90%! Suddenly, what had been a hyper-conservative approach, now had the potential for gains that had been reserved exclusively for the wildest, speculative trading styles, but with a studied, low risk approach.

To make the new hedge fund approach work, the fund manager HAD to have the widest choice of trading tools available (such as FOREX spreads, bond futures, raw materials futures and options, and a variety

of short selling techniques) . And the talent and experience needed to run these funds demanded their compensation be tied to profit-sharing. If a mutual fund manager is really good, they won't be satisfied with the relatively low salaries of mutual funds when they see fund pioneers such as George Soros make out very well on fairly obvious opportunities (he made so much money on the Asian financial crisis that many thought he had created it!).

Unfortunately, what is new is always suspect, if not downright frowned upon. Investors were warned away first from personal computers, then from Microsoft, then the Internet stocks...in fact any fundamentally new investment idea traditionally receives initial bad press. However, ALL large companies, funds, and institutions use hedging strategies. It is those individuals who are willing to look beyond the status quo and venture into new territory who are most richly rewarded.

## ADVANTAGES OF HEDGE FUNDS

Why do wealthy institutions and individuals place their money in hedge funds? Diversification, flexibility, insurance and talent are the primary reasons. People who have made a lot of money are determined to not to lose a good portion of it in a correction such as the one we saw last Fall, and they are also seeking areas that will continue to bring net gains and profits regardless of the direction of the market.

### INSURANCE

At all costs, you want to protect your returns and prevent a disastrous downside loss such as the 48% drop in 1987, and the 20% correction we saw last Fall. Many investors, perhaps you yourself, have much of their retirement and savings in the market, where a big downturn would wipe many people out, or at least erase the last five years of gains and hopes of a comfortable retirement. With the S&P



returning 20% to 30% to investors over the past few years, investors have come to expect these kind of returns. However, if returns revert back to their thirty year moving average, we will see a decline in the Dow of almost 40% from today's levels!. Hedge funds provide insurance...and not having at least a portion of your portfolio in a hedge fund is tantamount to having a $3,000,000 home and carrying no insurance.

-2-

## INVESTING WITH THE FAHEY FUND

By shifting a portion of your invested capital to the Fahey Fund, you can fulfill all your original objectives: you stay in your favorite stocks, you can make money in other markets to balance losses in retirement accounts, you can profit even in significant market decline, you can be in on those moves that negatively impact

## FLEXIBILITY AND DIVERSITY

Hedge funds are the only investments that provide the flexibility for managers to keep gains and profits by using hedging tools (options, stock index futures hedges, or "going short against the box") , AND the diversity of markets available for investing (bonds, stocks, options, futures, indexes, commodities). Hedge fund managers specialize in all these strategies, allowing them infinite more opportunity to find value than is available to other types of fund managers. By regulation, mutual funds are not allowed to use these trading tools, and retirement funds do not offer them. Your broker will probably not be able to help you with all these strategies, and may in fact recommend a hedge fund if he or she truly has your best investment goals at heart. You only need a portion of your capital or IRA/401k holdings to provide this protection and stability, and to allow you to profits even when the market is going nowhere. Those who study asset allocation have suggested that approximately 20% of your capital should be invested in a hedge fund, (up to 40% if your total assets are in the millions of dollars). And, being in a hedge fund is like being in ten different funds at once-so no matter where the market is going, you're profiting.

## TALENT

Another advantage is that hedge funds attract the most talented, experienced and knowledgeable money managers. Because of the variety of tactical tools available to hedge funds, they provide the opportunity for money managers to make greater profits, and to KEEP those profits by using hedging tools. Not only do talented fund managers not want the blame of losing profits for want of legitimate hedging tools, they are drawn to hedge funds because their compensation is directly related to their performance, thus providing an incentive for greater returns.

Now that you realize the benefits, if not the absolute necessity of putting at least part of your capital in a hedge fund, let's look at the Fahey Fund trading strategies, and see how we offer a unique opportunity to become a part of the newest, most flexible, and profitable investment vehicle available.

## FAHEY FUND TRADING STRATEGY

The Fahey Fund is unique in a number of ways: we have pioneered the low-risk/compound interest approach to financial markets, we practice very disciplined money management, we follow a very wide variety of markets, and we have a very experienced fund manager.

### MONEY MANAGEMENT

This is the single most powerful tool of the Fahey Fund. Without good money management skills, there is no way to make huge profits with very little risk. Our conservative approach never risks more than 4% to 8% equity on any one trade. We never initiate a trade unless we are see it returning at least 15%. Because we can wait patiently for the best value trades that result in big moves, we usually see returns much greater than 15%. Some people are excellent stock pickers, have great technical skills, that does not automatically make them gifted traders. Trading, or specifically making money from trading, is nothing more, and nothing less than knowing how to handle capital: viz., when to buy, at what price, how much to risk, and then knowing when to exit, or sell. It is with the selling that many experts have a hard time....because, if you aren't willing to sell at what you consider a good price, there can be no real profits .



S & P 500 Futures

| Before (Aug '98) | After (Oct '98) |
|---|---|
| **The S & P 500 Futures Index:** | |

The hard part was getting whipped around in that high-level congestion at 1142-only to see it shoot up to 1199 for a week or two. But, the market was in a difficult position at 1192. If it didn't continue past 1,200, it would be abandoned by all those who bought it above 1142! Add to that the gloomy news from the Far East, and you had a recipe for the decline that followed. The reasonable expectation, though, was that the decline would just go back slightly under 1100. But, if it dropped through that, the target become ominous. It had to drop to 925-950! When it didn't drop far enough, I was looking for a sharp bounce back. What a wild ride. The fund made 20%.





| **Hogs-Lowest prices since 1938!**     **Dropped from 60¢ to 20¢ and back to 60¢ in 8 months!** | **Here is the Same thing With HEATING OIL** |
|---|---|
| It was a not a difficult trade except that it was hard to acquire a large position. Things moved fast down and up, both, leaving little room for planning. Also, the news was so dark and ugly, that it made one hesitate, if one didn't have the conviction. Finally, the prices were not uniform along the various expiration months, so that one was paying a premium for a long hold. Anyway, things worked out. We certainly don't expect this again in hogs anytime soon, But it is reasonable to forecast a similar rise in the other deeply depressed commodity prices, including gold. | Here is a full retracement. The "news" if you followed it at the time was full of dark woe about OPEC and the oil prices. But, where were they when it was time to buy? The experts were forecasting extended periods of low prices and even lower prices. Thank heavens for those "experts!" Someone has to be filled with fear at the bottom of the Fund wouldn't be able to buy Heating Oil at Fire Sale prices (excuse the pun please). |

If you would like to benefit from the  high returns and low-risk approach offered by the Fahey Fund,  look below at the different types of Funds we have structured to suit the individual investor .

## COMPOUND INTEREST

In the Fahey Fund, trading profits accumulate annually via compound, not simple interest. The concept of compounding interest is an incredible advantage...this alone can add 15% to an account over simple interest. The Fund's basic view of growth is profits on top of initial capital, which results in more capital available for subsequent trades. Even with only four trades a year, each netting 15%, a $100,000 account will turn into $181, 830.00. At this rate it is quite imaginable to have accounts doubling in two to three years.

## IDENTIFYING VALUE

Because hedge funds allow for trading in such a wide variety of markets including stocks, options, indexes, futures, bonds, etc.,. there is never a shortage of opportunity for trading. However, the strategy of the Fahey Fund is to study a wide variety of markets, identify where the best values lie, and wait until we get the price we want. Prioritizing opportunities and waiting for those big moves means you can get great returns with very little money. For example, in 1985 IBM was a good short sell, in 1995 a great buy; in August shorting the S & P was a great move, in the last part of 1998 Internet and technology stocks were a good value, this year we saw energy stocks, hogs, heating oil, and DOW components show value. A shift in Federal Reserve Policy can cause the bond market to tighten up, sending a shudder down Wall Street, but that Bond Trade can make you 20% to 30% in the year the policy shift begins. In no other kind of fund can you make money off such a diversity of tools and markets.

Last year's trades exemplify this approach. We entered only four trades last year: one stock, Reno Air, which rose 80%, one stock index (the S&P) which netted nearly 20%, and two futures (19%—we bought the eighteen year low in orange juice and the thirty year low in hogs).

## FUND MANAGER

Our manager has over twenty five years of experience as a trader and commodities consultant. He is a skilled fundamental and technical analyst, and has spent years developing his money management and chart analysis systems. He graduated with a degree in computer science, was one of the first computer "whiz kids" and wrote software programs for many years. We mention this only because with the advent of the Internet as THE way of trading and doing business, we think strong computer experience is an important, if not vital, asset. But most importantly, he has experienced every type of market throughout his career...sideways, bull, bear, volatile, flat, etc. Many current fund managers, however, have little experience, and most of it in a one-dimensional bull market. Wouldn't you feel safer having your money with someone who knows what to do with it any type market? For a brief summary of his trading career, please see the separate attachment "Personal and Business References".

## PERFORMANCE

Last year we returned over 39% to our investors, and in 1999 the Fund has returned 42% to date, twice the S &P, and more than the Dow, the NASDAQ, or any other major Index. And with the incredible value the raw materials market is offering, this can easily double in the next two to three quarters. This means getting into the Fund quickly, as these recoveries are rapid and wait for no one. What follows are the major results in capsulized form, which we achieved last year

-4-

# FAHEY FUND TYPES

We realize every individual has a unique investment personality and style, so at the Fahey Fund we have structured different types of funds to suit an assortment of investment objectives. Below are our current Fund offerings.

### THE ORIGINAL FAHEY HEDGE FUND

This Fund utilizes all available market tools: stocks, options, indexes, currencies, commodities...essentially any and all listed markets. The minimum buy-in is $100,000, with incremental units of $10,000 thereafter. Buy-in capital can include self-directed IRA/401(k) funds, ROTH's, as well as any other personal capital. We strongly recommend coming in at this level as it provides the greatest percentage returns, and therefore higher compounded returns. If you cannot come in all at once, we may consider a six-month entry.

### NEW!! THE FAHEY BROKER/DEALER FUND

This Fund is a rare and exciting opportunity for strongly capitalized individuals to make returns of from 100% to 400% with little, if any, equity risk. All the action takes place on the trading floor where trades are all "delta neutral" and our floor traders are able to grab the "edge" (the difference between the bid and ask on stocks and options). These returns are possible due to the record high levels of volume on the stock exchange floors. This is a unique opportunity not available to individual investors anywhere else. The minimum buy-in is $350,000, for either an individual investor or for a group of partners.

### NEW! THE FAHEY SUPER-CONSERVATIVE FUND

This sub-fund allows us to accommodate investors at a minimum buy-in of one $10,000 unit, which can be supplemented at any time. This Fund gets in on the Original Fahey Fund when they are ultra-conservative and not capital intensive (i.e. trading S&P Indexes). This Fund is recommended for investors who would like to take advantage of the benefits and returns of a hedge fund, but who either do not have the requisite capital for other funds, or who would like to get their feet wet with the Fund.

### NEW! SPECIALTY FUNDS

The Fahey Fund offers specialized fund to address particular dislocations or aberrations in the financial markets. Currently we are offering the Fahey Euro/U.S.$ Y2K Fund, and the Fahey U.S. Treasury/Interest Rate Fund. Both these Funds require a $50,000 minimum buy-in.

An investor may invest in any or all of the above Funds. Our primary concern is that you, the individual, select the entry level and investment style that best suits your personality and investment objectives.

the stock market, such as rising copper prices, exchange rates imbalances, changes in agribusiness due to weather, etc. You can do all this with from between 20% to 40% of your capital, thereby reducing your personal exposure, and providing you with portfolio diversification.

We realize how important your money is to you, and how careful you are in considering with whom you entrust it, so we have provided a separate attachment of personal and business references. Please feel free to call any, or all of them.

## HOW TO GET STARTED WITH THE FAHEY FUND

Should you decide that the Fahey Fund would be a beneficial addition to your investment portfolio call us at 800-783-2233. We can discuss your investment objectives, how to finance your entry into the Fund, as well as answer any questions you have. It's easy to roll over all, or portions of IRA/401(k) investment capital, and we offer the services of a Certified Financial Planner to facilitate the process.

Protect your capital, and give it a chance to grow in a low-risk, high profit fund. Call us today.


*JAMES TRABULSE*
General Partner
The Fahey Hedge Fund