# EXHIBIT 28

Urbano J. Maffei
272 Station Avenue
Daly City, CA 94014-2510

RECEIVED

FEB – 8 2007

SEC San Francisco

February 8, 2007

Attention: Erin E. Schneider
U.S. Securities and Exchange Commission
Office of Enforcement
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

Re: In the Matter of Fahey Hedge Fund L.P. (SF -3211)

Dear Ms. Schneider:

In accordance with the enclosed Subpoena dated February 1, 2007, I am submitting to you copies of various documents relating to the above Matter.

I have numbered the pages of the copies as instructed in your letter. I have also categorized the enclosed documentation by those paragraphs in the Subpoena which I feel the items most closely relate to, namely "Documents to be Produced, Paragraphs "a" through "d".

I believe that I have met my obligation under the Subpoena. I have searched carefully and thoroughly and all documents located are being forwarded to you.

Please acknowledge receipt of the documents by signing the duplicate copy of the attached list and returning it to me in the enclosed envelope. Thank you.

Sincerely,

Urbano J. Maffei

## DOCUMENTS PRODUCED

ITEMS "a"
- UJM #1            Booklet- Fahey Hedge Fund, 8 pages
- UJM #2            Booklet- Fahey Hedge Fund/Hedge funds in general, 7 pgs
- UJM #3, #4        Articles on Hedge Funds

ITEMS "b"
- UJM #5, #6, #7    General information and updates on the fund (2000/2001)

ITEMS "c"
- UJM #8            Partnership Agreement
- UJM #9            Signature page and copy of check (front only as cancelled checks not returned by bank)
- UJM #10           Welcome Letter dated April 7, 2000

ITEMS "d"
- UJM #11 thru #18   Quarterly reports and statements for Calendar year 2000
- UJM #19 thru #27   Quarterly reports and statements for Calendar year 2001
- UJM #28 thru #35   Quarterly reports and statements for Calendar year 2002
- UJM #36 thru #38   Quarterly reports and statements for Calendar year 2003 ( Note: September 30, 2003 Statement—Missing)
- UJM #39 thru #40   Quarterly reports and statements for March 31 and June 30,2004 (September 30 & December 31,2004-Missing)
- UJM #41            Quarterly report for September 30, 2005. (Note: March 31, June 30 and December 31, 2005—missing)
- UJM #42 thru #44   Quarterly reports and statements for March 31,September 30, and December 31, 2006. ( Note: June 30, 2006—Missing)

I acknowledge receipt of the above documents numbered UJM #1 thru UJM #44.

_____

Name and Title
Date

UJM #1

## The FAHEY HEDGE FUND Track Record since its first trade, Q4 1997 from the Quarterly Reports

Fahey Hedge Fund Report on Fourth Quarter, 1997. Exerpted from letters to Partners -     **+ 10.40%**

Jan 5, 1998

Dear XXXXXX (*Partner's name*):

It gives me great pleasure to declare that the Fahey Hedge Fund is up and running! The coming investments will not be risking original capital; we are using the winnings from Q4 1997.

Despite the fact that a few partners missed part of the first position, we made a very solid return of approximately 10.4% in the Fourth Quarter. Stretch this out over the year and the figure would approach 42% annualized. Included in this report are and a courtesy Chart showing the wo trades that made you these profits.



The Fahey Fund approached you with the following proposition: that we would 1) trade infrequently; 2) maintain very low risk levels in terms of capital drawdown or loss; 3) would specialize in imbalances, prices so far out of line as to nearly be a so-called "sure thing;" and 4) possibly gain between 15-30% annually. That is what we have done and will continue to do.

Here is a summary of the two trades that made you the percentage.

1) ORANGE JUICE. The LOWEST price in 20 years, over 15% UNDER the cost of production. The price had to rebound, and it did. The Fahey Fund bought its first position at 71.70, over 4c/lb under the cost of production. How much of the Fund's capital was actually involved in drawdown/risk? 2%!

2) CORN. A slightly more sophisticated opportunity, but as the chart shows, the price of Corn exceeded $3.00 RIGHT IN THE MIDDLE OF THE HARVEST (Oct), contradicting the historical pattern. The Fahey Fund could not resist. With the fourth largest corn crop in history already in the bins, how could the price stay above $250-$260/bushel? It couldn't, so we sold short, buying back, as our Christmas present, around the $2.65 level. The price eventually dropped below $2.60, but we already had enough. El Nino will have a whopping effect this Spring <we are currently looking very hard at that>. Too many traders are assuming Long Corn early.

So, we cashed in on these trades. The total maximum risk on BOTH was less than 4.5%.

1 of 8



EXHIBIT
Fahey Fund
29
SF-3211-A

This opportunity pattern is still in place for the coming situation. You will not be risking more than 5-6%. Yet, you just made 10.4% last Quarter. Thus, you will be risking winnings only.

The Fahey Fund sees great opportunities in the coming four quarters. Please consider bumping your initial investment, or rolling over more IRA/401(k) monies, especially as we approach the planting season. Additionally, the Fund wants to take advantage of the fabulous, once-in-a-lifetime S&P 500 index, as well as some of the super stock opportunities. To do so, we have to have more investors, and more investment. Tell your friends.

Thank you for taking that nervous first step investing in the Fahey Hedge Fund. You will see better and bigger things, as we "buy low and sell high." It looks easier than it is. You have to have patience, trade very conservatively, and study constantly. That enables us to survive all shocks, gain consistent returns, and grow year after year.

Sincerely,
James Trabulse
Fund Manager, General Partner

Fahey Hedge Fund Report on First Quarter, 1998-- + *0.00%-no trades*

April 8, 1998

Dear XXXXX (Partner):

Enclosed is your statement for Q1 1998, that is, Jan 1, 1998 through March 1, 1998.

As you can see, the Fahey Hedge Fund was entirely inactive, regarding trading. This is not unusual, but desirable. Patience pays off in big ways in the speculative environments modern markets have become. Additionally, it saves time, wear and tear on the Fund Manager, and overhead.

Of course, this is not to say that we do not have a position as of this writing. In fact, we are positioning ourselves relative to a financial opportunity and a major move in a particular stock. Also, I readily admit that I missed those rare trades, especially in NASDAQ Stocks. "SHOULD" is the only stock I never lost money on.

But, you can't trade everything!

The Fund is unique in that we often just sit, like a spider, waiting for really low prices <or high prices>. The October selloff was one such, but the Fund was just getting its capital in, so it felt a bit risky at that moment. We had it spotted about two weeks out, though, mainly because of the situation in the bond and currency markets.

Incidentally, the following good news to you is that the Fund now has doubled its size; it now takes only $100,000 minimums (although we have had to accomodate some investors by taking that amount in one or two installments); it can now process Roth IRA's, even though these are not for everyone. The larger the Fund, the more conservative we can be, and the longer we can wait; the greater the return and lower the risk.

Now, as I am seeing it, if we get lucky in the coming two quarters, we may well see 20%+ returns. There are a number of significant financial market shadows growing larger. Also, for some odd reason, nearly all commodities, both industrial and agricultural, are near multiple year lows. So, the Fund is testing the waters as of this writing, to see if some of the most

exciting of these are in the process of bottoming out.

Sincerely,
James Trabulse
Fund Manager, General Partner

## Fahey Hedge Fund Report on Second Quarter, 1998-- **+10.57%**

July 1, 1998

Dear XXXX (partner's name):

Enclosed is your statement for Q2 1998, that is, April 1, 1998 through Jun 30, 1998.

The Fund made its partners a fair profit of 10.57% from a long stock and options (calls) with RENO Air.



This basic trade was the result of simple value and less timing. At $5.00 per share or less, RENO's *intrinsic* value was MORE than the cost of their fleet of airplanes! In other words, if you managed to buy into RENO as a majority holder, you get the customers, the employees, the booking system, the airport privileges, AND the physical equipment and airplanes for the cost of the planes alone.

So, I did what any businessman would do. I assumed a position. The market fluttered around the lows briefly, then shot up to eight dollars. This not only nearly doubled the options, but it nearly doubled the price of the stock.

If a mistake was made by the Fund Manager, it was that of not being aggressive enough. This was one of those trades which practically call out: "Buy me!" But, still, we we in on it.

<PS: Note nine months later: After declining back to under $5.00, RENO was taken over by American Airlines at about $8.00 per share.>

Sincerely,
James Trabulse
Fund Manager, General Partner

## Fahey Hedge Fund Report on Third Quarter, 1998-- **+10.86%**

Oct 5, 1999

Dear XXXX (partner's name):

Enclosed is your statement for Q3 1998, that is, July 1, 1998 through Sep 30, 1998.

The Fund made its partners a fair profit of 10.85% from a short selling campaign against the S & P 500.

Short selling, for those of you who forgot, is selling before you buy. If the sales price is higher than the buying price, the trade is profitable.

**Fig 1 S & P 500 <mini> Short sale**



The trade began with a short sale using the mini SP 500. We chose to use this scaled down version of the SP 500 Index, owing to the huge and dangerous volatility in the market. The entry (selling) price was 1188.00 and the first profit point was buying it back in around 960. Look at Fig. 1 to see what we mean.

For perspective, the Dow Jones Industrials are plotted below, weekly. The amazing thing about this market is that a drop from 9300 to 7600—a huge 1700 points!—only brings the market down to the October 1997 support prices. A real bear market would drop the market to under 5,000.

The market may in fact become bearish, but I do not have a strong opinion either way. I am NOT, however, bullish, except on certain very primo stocks, currently looking for buying support. Mostly, the way to trade 'em is from a bearish posture.

**PROFIT DIMINISHED SLIGHTLY**

The profit reported was blunted and diminished by a modest and temporary loss in Soymeal. The Asian crisis and the POSITIVE effects of El Nino produced delayed demand from China and the second best Midwestern grain and bean crop on record. Result: we had to step aside, as prices made the lowest levels since 1985-86.

Shades of Orange Juice! As you recall, last year, our first trade was purchasing Orange Juice at its lowest level in 19 years. The news was awful and negative. Still, the results went entirely to our favor. I think we are in a similar position this year with grains and beans, as well as live hogs (actually, "lean" hogs). This might mean a strong percentage move up, just to readjust the market to at least break even for the farmers and producers.

To show you what I mean by a readjustment: Agricultural commodities have to at least break even, or the producers curtail their crops. This curtailment causes supply to dry up, forcing prices up.

To show you how bad the financial depression in the Midwest is for the typical 150 acre farm, let us see what the GROSS REVENUES are for this farm, when corn is at $1.90 per bushel. First, the acreage yields about 155 bushels per acre TIMES 150 acres TIMES $1.90 [155bu X 1560 acre X $1.90] = $44,175.00 GROSS INCOME.

4 of 8

Subtract seed, fertilizer, fuel, pesticide, labor costs, storage, cost of capital...etc. Also, land use, if the farm is a tenant farm. Now, one can see that a farmer grossing $45K is not making money. He is LOSING money. So, the price will have to come back, as he and others, refuse to plant. That will make for a modest, but significant, percentage rise, in the range of 8-12.5%. If the weather becomes ruinous or imports boom, these markets could rise dramatically. We are ready, and able to profit from either scenario, if we can wait.

## A BIG BUST IN A HUGE HEDGE FUND-DOESN'T HAVE ANYTHING TO DO WITH US-WE DON'T BORROW MONEY

A huge hedge fund called Long Term Capital Management lost billions recently. This Fund has many dubious characteristics, the main one of which is that the MINIMUM buy-in is $10,000,000 (Million). Compare that with the humble Fahey Fund; its minimum at $100,000 (some of you got in for less because we were the new kid on the street).



Also, LTCM used borrowed money, mostly from their super rich pals in other funds and from, ahem, "banks" who wanted a consortium for "bailouts." So, when the bailout came, no one told Mr. Long Term Hedge Fund until it was too late. The rumors place losses at $100 billion. They had leverage exceeding $1.2 TRILLION.

The Fahey Fund is low risk, patient, modest, and designed to be part of a portfolio. It looks for real fire sale-type value or for high probability fundamental situations. Our primary goal is safe profitability, having reserves when nearly no one else has them, and using compounding to build the capital. We are now ONE YEAR OLD!

Thank you so much for your participation!

WANT TO INCREASE YOUR STAKE? CALL ME AT 888-433-4378 When you wish, call us and arrange a further rollover or new increase. Increments are $10,000 still.

Thanks for your patience. It's our most vital asset.

Sincerely,
James Trabulse
Fund Manager, General Partner

---

Fahey Hedge Fund Report on Fourth Quarter, 1998--    **+5.13%**

Jan 20, 1998

Dear XXXXX (Partner):

Enclosed is your statement for Q4 1998, that is, Oct. 1, 1998 through Dec 31, 1998.

The Fund again made its partners profits (5.13%) from a short selling campaign against the S & P 500. (Short selling, for those of you who forgot, is selling before you buy. If the sales price is higher than the buying price, the trade is profitable). These trades took advantage of the huge swings in the market, something we rarely do, unless the market warrants it.

In addition, we managed to trade with, then against, the US T-Bonds (30 year). The severe dislocation caused as a result of the liquidation of Long Term Capital Management (a huge hedge fund, with a $10,000,000 minimum buy-in) caused the bond market to swing wildly yet predictably.

Despite other minor positions, the Fund returned you a total of 5.13%. This brings the total Year-to-Year up to slightly under 40%.....

PROSPECTS FOR COMING YEAR SEEM AMAZING-IN ALL MARKETS

I encourage you all to be cautious with your personal portfolios. The stock market has some areas of fundamental weakness, so another drop like in Oct., 1998 may repeat. The Internet stocks might be sated-for the moment. The smart thing would be to increase your cash and reduce your stocks risk.

If 1999 is like its brother year-1987-commodities will have a big boom. We might even see the precious metals fly.

Anyway, things seem pretty promising.

NOTE: FUND OPENING TO WIDER RANGE OF INVESTORS

Why are we opening the doors to the "small guy?" The answer is that the Hedge Fund concept SHOULD be in use widely within the next five years anyway, as we have the full range of financial and market tools to protect equity. Right now, Mutual Fund managers, no matter how smart or experienced, cannot use indexes, options, futures, etc., etc. So, for example, during a selloff like Aug/Oct of last year, they just had to sit there! WE went short, or could switch to an option tactic. They had to either get out in cash, or ride the decline. So, with the smaller trader with us, he has two advantages: a) he has an eye on what a professional hedge fund manager is doing; and 2) he might make enough to offset losses in his own main portfolio.

Thanks for your continued support. Be wary this year of getting too comfortable with your stocks.

If you know someone who would like our updated prospectus, call us and we will mail it out and talk with that person.

Sincerely,
James Trabulse
Fund Manager, General Partner

## Fahey Hedge Fund Report on First Quarter, 1999-- +*17.00 to 24.00%*, *depending on your account*

Apr 20,1999

Dear XXXXX (Partner):

Enclosed is your statement for Q1 1999, that is, Jan. 1, 1999 through Mar. 31, 1999.

The Fund had a pretty good quarter, frankly because of the 50 year low in hog prices. It got so bad out there that hog operations refused to sell. Even the man of the Year for Integrity, Albert Gore, managed to boost hog prices by shipping several million pounds to the suffering in Central America. Ho-hum: business as usual.

The 50 year low is such a stupid aberration that the prices held there all but one week! The Federal Guv, always a believer in the free enterprise system, promptly arranged loans and buy-out programs. The pork middle-men put a price floor under the market and the farmers refused to sell. Still, down, down, down prices plunged, from mid-October until the week before Christmas. In the countryside we saw under 16¢/lb—1938 prices. If you could have bought a hog then, your center-cut, loin, pork chop cost would have been almost 55¢/lb! Not bad, with gasoline at $1.60.

But, even though that catastrophic drop was fast, the reaction was even more dynamic. From those mid-Dec. lows, the price rocketed right back in six weeks! Today, one would never know there had been a Pig Crisis. And, to add insult to injury, prices of pork will exceed last year's by well over 30%. Instead of 55¢ pork loin chops, we will pay $3.25¢.

The Fund of course, looking back at this, fancies it could have performed better. Since this was a price lower in the futures markets than before I entered the business in 1975, it did seem that perhaps I was too conservative. **But, depending on your personal account and how much you added, etc., most of our people were up 17% [24% on the new 75-25% split].**

So, really, don't keep the Fund a secret. We accept IRA rollovers, ROTH's etc. Perhaps a fiend wants to put some of those excessive internet profits into the Fund, to diversify.

## STOCK MARKET PROFITS ON WAY

We are a short way from having the Floor Trading fund up and running. This activity could prove fun and keep us at the forefront of market developments. Even though the minimum buy-in is out of the reach of most (at $250,000) that is still a real bargain, once you realize how that access is a license to mint money under current market conditions.

Yours truly,
Jim Trabulse
General Partner, Fund Manager

Fahey Hedge Fund Report on Second Quarter, 1999. Exerpted from letters to
Partners--          **+ 8.00%**


June 30, 1999

Dear XXXXXX (Partner),

Enclosed is your statement for Q2 1999, that is, Mar. 1, 1999 through June 30, 1999.

We are happy to report having profited from an Internet stock Custom Tracks (CUST) owing to a smallish options purchase when the stock was trading around $12 ½ to $13. The trade was exited prematurely—in the light of looking back!--mainly because the May expiration was on us and I did not roll over to the July option. Even though the option more than increased by 600% (from $3 5/8 to 21), the Fund only had time to accumulate a smallish position. The profit to the partners varied with each partner's percentage, but for most of you, it was 8% net.

And, as of July 1, all of you will be 75-25% of the profits in your favor. This is a great time for this, as the agricultural

markets continue to offer us low prices not seen in a full generation.

The last three markets to drop this low—orange juice (end of 1997) live hogs (end of 1998) and heating oil (Jan 1999) all staged dramatic recoveries. We do not know the time or the seasons, but we anticipate strong rebounds.

The reason why the prices have to recover is-unlike the Stock Market-simple supply/demand economics. The price is low, producers cut back on production; inventories are drawn down, and a shortage is created. This is a normal cycle in agricultural commodities, in metals, in "inputs" in general. (Inputs are on the expense side of the ledger).

Why are agricultural prices UNDER 1975 levels? In real terms, this is a form of bankruptcy. How is this possible, in a world awash with money, atmospheric stock prices, and booming real estate costs? The answer is not entirely clear to me, but I think the reasoning is as follows.

The internal economics (micro economic) of the ag sector have produced solid, wonderful crops. The big buyers, for one reason or another, including China, have curtailed their buying up to now. Finally, the speculative capital normally found supporting prices is almost all in the financial arena, boosting Internet stocks, blue chips, stock options, day trades. In a word, the money has nearly "abandoned" the commodity and raw material sector. Hence, the prices drift until a real incredible bargain is available to the investing public.

At the risk of sounding like a salesman, this is a time for you to all round up your IRA investments, your friends and buddies and get them a piece of the Fund in the coming two years. When the prices rise this time, they will not be subject to a 25 year low-ipso facto-for a long time! It is just common sense.

Sincerely,
James Trabulse
Fund Manager, General Partner

# EXHIBIT 29

Urbano J. Maffei
272 Station Avenue
Daly City, CA 94014-2510

RECEIVED

FEB – 8 2007

SEC San Francisco

February 8, 2007

Attention: Erin E. Schneider
U.S. Securities and Exchange Commission
Office of Enforcement
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

Re: In the Matter of Fahey Hedge Fund L.P. (SF -3211)

Dear Ms. Schneider:

In accordance with the enclosed Subpoena dated February 1, 2007, I am submitting to
you copies of various documents relating to the above Matter.

I have numbered the pages of the copies as instructed in your letter. I have also
categorized the enclosed documentation by those paragraphs in the Subpoena which I feel
the items most closely relate to, namely "Documents to be Produced, Paragraphs "a"
through "d".

I believe that I have met my obligation under the Subpoena. I have searched carefully
and thoroughly and all documents located are being forwarded to you.

Please acknowledge receipt of the documents by signing the duplicate copy of the
attached list and returning it to me in the enclosed envelope. Thank you.

Sincerely,

Urbano J. Maffei

## DOCUMENTS PRODUCED

ITEMS "a"
- UJM #1            Booklet- Fahey Hedge Fund, 8 pages
- UJM #2            Booklet- Fahey Hedge Fund/Hedge funds in general, 7 pgs
- UJM #3, #4        Articles on Hedge Funds

ITEMS "b"
- UJM #5, #6, #7    General information and updates on the fund (2000/2001)

ITEMS "c"
- UJM #8            Partnership Agreement
- UJM #9            Signature page and copy of check (front only as cancelled checks not returned by bank)
- UJM #10           Welcome Letter dated April 7, 2000

ITEMS "d"
- UJM #11 thru #18    Quarterly reports and statements for Calendar year 2000
- UJM #19 thru #27    Quarterly reports and statements for Calendar year 2001
- UJM #28 thru #35    Quarterly reports and statements for Calendar year 2002
- UJM #36 thru #38    Quarterly reports and statements for Calendar year 2003 ( Note: September 30, 2003 Statement—Missing)
- UJM #39 thru #40    Quarterly reports and statements for March 31 and June 30,2004 (September 30 & December 31,2004-Missing)
- UJM #41             Quarterly report for September 30, 2005. (Note: March 31, June 30 and December 31, 2005—missing)
- UJM #42 thru #44    Quarterly reports and statements for March 31,September 30, and December 31, 2006. ( Note: June 30, 2006—Missing)

I acknowledge receipt of the above documents numbered UJM #1 thru UJM #44.

_____

Name and Title
Date





*The* FAHEY HEDGE FUND
268 Bush Street, Suite 4232
San Francisco, CA 94104
(800) 783 –2233

Jan 13, 2002

Dear Fahey Investor:

**Enclosed is your statement for Q4, 2001, that is, Oct 1, 2001 through Dec. 31, 2001. Fourth Quarter profits, deferred until next year, are no less than 4.0%. These profits come from major blue chip stocks, which bottomed a few days after trading opened, following the Sep 11 thing.**

THE LAST FEW MONTHS HAVE BEEN EMOTIONALLY DRAINING. SO, I LAID BACK AND PLANNED TO TRADE THE RECOVERY RALLY. I DECIDED TO DO THIS OWING TO THE LIGHTLY PUBLICIZED STATEMENTS THAT THE "GUV'MINT WOULD SUPPORT THE MARKETS. THE TWO BILLION+ DAY VOLUME OF STOCKS AT THE NYSE SEEMS TO INDICATE THAT THIS PUBLICITY WAS ACTUALLY TRUE—A RARE THING. SO, THE FUND BENEFITTED BY BUYING AND HOLDING STOCK. NOW, WE ARE HOLDING THESE PROFITABLE TRADES UNTIL THEY BECOME LONG TERM CAPITAL GAINS. HENCE WE WILL TAKE—AND REPORT—PROFITS IN THE COMING THREE OR FOUR MONTHS. *Your Fund Manager is a bit on the skeptical side about financial forecasts coming from Washington. But the chaos there produces some GREAT swings in the Stock Indices. Furthermore, there might be one particular market coming alive in the coming three months. I must emphasize: we are by NO MEANS bereft of opportunity. I have been sitting tight waiting for the air to clear of all silliness that only our elected representatives can drag us through. However, the failure of Enron, the odd situation in Japan, and the inevitable weather markets in agricultural commodities should give us all a chance to have a good year.*

————————————————

A GRIPE BY YOUR BELOVED FUND MANAGER

I KNOW you like the results of the Fahey Fund. I know some of you also know that my style is to not exclude small investors. And many of you have been very good in word and deed in both increasing your investment and referring you friends. But, my gripe is this: we are approaching our FIFTH Anniversary and I would like very much if you would take aside a friend and suggest that he look into investing a portion of his IRA/401(k), personal funds, with Fahey! He wins, you win, and we grow even stronger by our numbers. Those of you who heard me say back in 1997 that our primary tactic was to wait patiently for that annual low or high price. We trade infrequently, we catch some big moves, but mostly, we stack up profits here and there until it adds up to a good year. Anyone can do what I do, minus, perhaps, the attitude. But, still, our financial strength is in numbers. Recommend a friend, please. Gripe ended…

————————————————

THE COMING YEAR IS FILLED WITH DARKNESS AND UNCERTAINTY?

No matter what anyone tells you, be filled with optimism and hope next year. It is a year where caution and conservatism will pay off. Why? Because the complexity and information overload has the average investor torpid and weak. There was too much excess followed by too much disappointment. If we keep our heads level, and our gaze steady, and perhaps even indulge in the simpler things of life besides the (*&^ stock market, we can recover some of our innocence. Innocence in the stock market is primarily a hopeful disposition. One is ready to succeed, to take a calculated risk, but definitely NOT to "get back MY money!"

I THINK WE WILL SEE EXCEPTIONAL MARKETS, BUT VERY DIFFICULT ONES. BE PATIENT

The main thing is for you to do what I do in your personal portfolios. Take your time. Look for a good solid investment. Get a reasonable position. You will make a good rate of return.

Sincerely,
Jim Trabulse, Fund Manager

# EXHIBIT 30

```
 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:          )

 4   FAHEY FUND, L.P.           )FILE NO. SF--3211-A

 5

 6   WITNESS:  Karl Hillemann

 7   PAGES:    1 through 123

 8   PLACE:    Securities and Exchange Commission

 9             44 Montgomery Street, Suite 2600

10             San Francisco, CA

11   DATE:     Tuesday, April 10, 2007

12

13        The above-entitled matter came on for hearing, pursuant

14   to notice, at 9:10 a.m.

15

16

17

18

19

20

21

22

23

24             Diversified Reporting Services, Inc.

25                      (202) 467-9200
```

COPY

2

```
 1   APPEARANCES:

 2

 3   On behalf of the Securities and Exchange Commission:

 4        ERIN E. SCHNEIDER, ESQ.

 5        ROBERT LEACH, ESQ.

 6        Division of Enforcement

 7        Securities and Exchange Commission

 8        44 Montgomery Street, Suite 2600

 9        San Francisco, CA 94104

10        415-293-0337

11

12

13   On behalf of the Witness:

14        MARC H. AXELBAUM, ESQ

15        ANDREW LOSH, ASSISTANT

16        Pillsbury Winthrop Shaw Pittman

17        50 Fremont Street

18        San Francisco, CA 94105-2228

19        415-983-1000

20        Fax 415-983-1200

21

22

23

24

25
```

31

 1    way over on the lefthand side of the page there is a line

 2    item that says, "First quarter total", do you see that?

 3         A    Yes.

 4         Q    And underneath it, it says, "Euro FX Plus Gold", do

 5    you see that?

 6         A    Yes.

 7         Q    Okay.  And then underneath that it says, "Stock

 8    purchase 130 shares at 1000 each", do you see that?

 9         A    Yes.

10         Q    Okay.  What's your understanding of what that line

11    item means?

12         A    Each of those items that you just --

13         Q    Oh, I'm sorry, no, just the stock purchase 130

14    shares at 1000 each?

15         A    I believe that was my initial investment.

16         Q    Okay.  And how much did you initially invest?

17         A    1.3 million.

18         Q    Now, according to the record that I have, the check

19    that you wrote for 1.3 million dollars is dated June 16,

20    2006, does that seem right to you?

21         A    Yes.

22         Q    Okay.  Why is the 1.3 million dollars, the initial

23    investment of 1.3 million dollars, included in the first

24    quarter of 2006 if you didn't write it until June 2006?

25         A    Jim, as a favor, offered to journal me in as of the

1   first of January.

2       Q    When you say Jim, who do you mean?

3       A    Jim Trabulse.

4       Q    Okay.  And what do you mean by as a favor?

5       A    As a welcome gift to joining the fund.

6       Q    Can you tell me what he said in that regard?

7       A    Basically that he was welcoming me to the fund and

8   as a way of showing his appreciation he wanted to journal me

9   in as of the first of the year.

10      Q    And what is your understanding of what "journaling

11  you in" meant?

12      A    I believe that's the fixing the date of January 1st

13  in a sense to that check instead of June 17th, I believe you

14  said.

15      Q    Okay.  So, as a favor to you, or as a welcome gift,

16  Jim said that he would journal you in as of the first of the

17  year, so that you would earn profits as of the first of the

18  year, is that right?

19      A    That's correct.

20      Q    Okay.  So, just one page 22-C, D, we talked about

21  the investment of 1.3 million dollars.  Did you make any

22  other contributions in 2006?

23      A    No.

24      Q    Okay.  And did you make any withdrawals in 2006?

25      A    No.

40

1      Q      So, Mr. Hillemann, I'm handing you what's been

2   marked as Exhibit 5.  And just for the record, Exhibit 5 is a

3   four page document, it has handwritten numbers in the upper

4   right hand corner that say KH5-A through KH8-A.

5      A      Yes.

6      Q      Do you recognize Exhibit 5?

7      A      Yes.

8      Q      What is Exhibit 5?

9      A      Exhibit 5 is a copy of pages sent to me by the

10  Fahey Fund at my request, that I submitted to the SEC.

11     Q      Okay.  Who did you -- can you describe generally

12  what the papers are in Exhibit 5?

13     A      They speak to the nature of the Fahey Fund, how it

14  operates, history and general questions about it.

15     Q      Okay.  And you said Exhibit 5 was sent to you at

16  your request?

17     A      This is correct.

18     Q      Who did you make the request to?

19     A      To Jim Trabulse.

20     Q      Okay.  And do you know who sent Exhibit 5 to you?

21     A      I believe it was Jim Trabulse, but I can't say who

22  actually sent it to me.

23     Q      How did you receive Exhibit 5?

24     A      In the mail.

25     Q      Okay.

43

1          (On the record at 10:15 a.m.)

2          MS. SCHNEIDER:  We're back on he record at 10:16

3    a.m.

4          BY MS. SCHNEIDER:

5      Q    So, as I was saying before we broke, Mr. Hillemann,

6    I want to go back and map out at least the rest of your

7    investment.  So, I want to go back to Exhibit 4, and I want

8    to turn to the page that's marked in the upper right hand

9    corner, KH27-C,D?

10     A    Yes.

11     Q    What is your understanding of what KH27-C,D is?

12     A    This is a statement of my account with Fahey

13   Guarantee Reserve Fund.

14     Q    And that's a separate account than the one that you

15   put the 1.3 million dollars into?

16     A    That's correct.

17     Q    Okay.  What is the Fahey Guarantee Reserve Fund?

18     A    It's a fund that guarantees certain percentage

19   annually.

20     Q    Why did you put money into a different account?

21     A    Some were just to diversify.

22     Q    What do you mean by diversify?

23     A    To have a different structured account.  It's --

24     Q    Go ahead.

25     A    It's a fairly common investment idiom to diversify.

1      Q     So, your belief that it had a different investment

2  strategy is based solely on the fact that one was looking for

3  an annual percentage rate and the other one wasn't?

4      A     That's correct.  And the amount of overlap between

5  the nature of the investments strategies I'm not aware of.

6      Q     Okay.  Was it your understanding that the Fahey

7  Fund and the Fahey Guarantee Reserve Fund were physically

8  separate?

9      A     At least on paper, but that's the full extent.  In

10  other words, I assume that there may be overlap at times.

11     Q     Did you think they had separate bank accounts?

12     A     I didn't know.

13     Q     Okay.  What about separate trading accounts?

14     A     I didn't know.

15     Q     Okay.  I'll come back to that in a minute.  Okay.

16  So, we're back to Exhibit 4 on page KH27-C, D.  And in the

17  middle of the page there it says, "Account as of Jan 1, 2006,

18  $500,000", do you see that?

19     A     That's correct.

20     Q     Okay.  Now, according to the information that I

21  have, the check that you wrote for $500,000, was not dated

22  until June 16, 2006, does that seem right to you?

23     A     Yes.

24     Q     Okay.  And do you have any reason to think that you

25  did not write it on June 16th 2006?

1    A    No.

2    Q    Okay.  So, why is your account balance, as of

3  January 1, 2006, $500,000, when you actually didn't write the

4  check until six months later?

5    A    The same, as I spoke with the 1.3 million dollars

6  investment with the Fahey Fund, this, Jim also gave this the

7  same treatment in that he journaled it in as of the first of

8  the year.

9    Q    Okay.  Now, is $500,000, is that all your

10  contributed in 2006 to this account?

11    A    Yes.

12    Q    Okay.  And did you make any withdrawals in 2006?

13    A    No.

14    Q    Okay.  So, now let's turn to the page that's marked

15  in the upper right hand corner, KH28-C, D?

16    A    Yes.

17    Q    Okay.  What does this page reflect?

18    A    This reflects my account with Sterling Trust.

19    Q    Your account with Sterling Trust, that is invested

20  in the Fahey Fund?

21    A    In the Fahey Fund, that's correct.

22    Q    Okay.  And it says, in the middle of the page,

23  opening balance July 1, 2006, $194,310.47, do you see that?

24    A    That's correct.

25    Q    Okay.  And did you contribute anymore money to this

48

1    account other than $194,310.47?

2        A    No.

3        Q    And did you make any withdrawals out of this

4    account?

5        A    No.

6        Q    So, now when did you contribute the $194,310.47?

7        A    That was funded by Sterling.

8        Q    Do you know when it was funded by Sterling?

9        A    I believe --

10            MR. AXELBAUM:  Maybe just let the record reflect

11   that Mr. Hillemann is looking through his own documentation

12   regarding Sterling Trust, for the answer to this question.

13            THE WITNESS:  I believe that was on July 13, 2006.

14            MS. SCHNEIDER:  Okay.

15            BY MS. SCHNEIDER:

16       Q    And as your counsel mentioned, do you believe

17   that's so because of a document that you're looking at right

18   now?

19       A    Yes, that I received from Sterling Trust.

20       Q    Okay.  And did you produce that document to me?

21       A    Yes.

22       Q    Okay.  And can you tell, does that document have a

23   number on it?

24       A    KH15.

25       Q    Is that the full number of the document?

1  money was secure with his fund.

2      Q    Okay.  My question was slightly different.  Would

3  that have been something you would have liked to have known?

4          MR. AXELBAUM:  Objection on the basis of

5  foundation.  This is all assuming facts that we don't know

6  are true.

7          MS. SCHNEIDER:  You can answer the question.

8          THE WITNESS:  I didn't care.

9          MS. SCHNEIDER:  Okay.

10         BY MS. SCHNEIDER:

11     Q    That's not something you would have cared about?

12     A    No.

13     Q    And why is that?

14     A    Because I felt that my money was safe in his fund.

15     Q    Okay.  Did you ever have any conversations with

16  Mr. Trabulse about the fund's past performance?

17     A    No.  Nothing specifically where he would say what

18  the actual performance was.  And some of the literature that

19  he gave, he gave the indication of a track record of the fund

20  at different times.

21     Q    Okay.  But, you never had any specific

22  conversations with Mr. Trabulse about the fund's past

23  performance?

24     A    My general understanding was that the fund had done

25  well but I didn't have any hard numbers that I put to that.

1    Q    What was your general understanding based on?

2    A    From the investors that I spoke with before I

3    invested in the fund, they were happy with the rate of

4    returns that Jim had produced.

5    Q    Okay.  Let's -- maybe we can be a little bit more

6    specific.  I want to -- we've previously talked about Exhibit

7    5, if we could turn back to Exhibit 5?

8    A    Yes.

9    Q    Okay.  When did you receive Exhibit 5?

10        MR. AXELBAUM:  Which page does Exhibit 5 start on?

11        MS. SCHNEIDER:  It has number KH5-A.

12        MR. AXELBAUM:  Okay.  Do you mind if I write on my

13   copies of it?

14        MS. SCHNEIDER:  Yes.  I just, we'll take them back

15   but you can write on them.

16        THE WITNESS:  I believe I received this in May of

17   2006.

18        MS. SCHNEIDER:  Okay.

19        BY MS. SCHNEIDER:

20   Q    So, when you said you received other documents --

21   A    Oh no, I correct that.  I received this in March of

22   2004.

23   Q    You received Exhibit 5 in March of 2004?

24   A    Yes.

25   Q    Okay.

1       A       Yeah, this is in response to, in March 2004,

2  requesting information about his hedge fund.

3       Q       Okay.  And so you have mentioned several times that

4  you understand that the fund had done well based on

5  information that Mr. Trabulse had provided you, is that

6  right?

7       A       Yeah, this Exhibit 5 gives a track record of the

8  fund.

9       Q       Okay.

10      A       And it looks to me like it did well during the time

11  outlined.

12      Q       Okay.  And did you, when you received Exhibit 5,

13  did you read it?

14      A       Yes.

15      Q       Okay.  And was Exhibit 5, I mean was this something

16  that you relied on in deciding to invest money later in 2006?

17      A       To a small extent.

18      Q       Okay.  Well, let's turn to one of the pages in

19  here, the third page is KH7-A, do you see that?

20      A       Yes.

21      Q       Okay.  And do you see the chart at the top there?

22      A       Yes.

23      Q       Okay.  Did you actually look at this chart when you

24  received Exhibit 5?

25      A       Yes.

64

1    Q    And is the chart something that was important to

2  you in deciding to invest in 2006?

3    A    I don't know if I would say important would be the

4  word but, I was interested in the chart.

5    Q    Why were you interested in the chart?

6    A    It shows a track record of trading strategies that

7  Jim used for a period of time.

8    Q    Anything else about the chart?

9    A    No.

10    Q    Did you notice at the time you received this

11  document that the fund seems to be continuously making money?

12    A    Yes, I believe that's my impression of the fund.

13    Q    Okay.  And --

14    A    Overall, not -- I don't believe every quarter but,

15  the majority of quarters I believe it's made money.

16    Q    And why do you believe that?

17    A    I believe Jim told me that he had made money every

18  quarter except for one quarter.

19    Q    When did Jim Trabulse tell you that?

20    A    I believe that was when I was thinking of investing

21  with him in May of 2006.

22    Q    Okay.  Did he tell you which quarter he did not

23  make money in?

24    A    I believe the quarter that 9/11 occurred.

25    Q    Okay.  Is the chart on page 7-A of Exhibit 5, is

69

1    this document as the next Exhibit.

2                    (SEC Exhibit No. 6 was

3                    marked for identification.))

4            BY MS. SCHNEIDER:

5      Q    So, Mr. Hillemann, I'm handing you what's been

6    marked as Exhibit 6.  And for the record, Exhibit 6 is a one

7    page document with handwritten numbers in the upper right

8    hand corner that say KH2-A, and it's titled "References Fahey

9    Hedge Fund LLP".

10     A    Yes.

11     Q    Do you recognize Exhibit 6?

12     A    Yes.

13     Q    What is it?

14     A    This was something that Jim sent in response to the

15   conversation I had with him in March of 2000 for outlining

16   references to the fund.

17     Q    Okay.  So, there are as list of what appear to be

18   investors in the upper right hand corner of KH2-A, do you see

19   that?

20     A    The upper lefthand corner?

21     Q    Yes.

22     A    Yes.

23     Q    Okay.  And did you actually speak with any of these

24   investors?

25     A    I believe I did, yes.

70

1    Q    Okay.  Down at the bottom of the page, of KH2-A?

2    A    Yes.

3    Q    The second to last line of the lefthand column

4    says, "Would you like to view a real quarterly statement?"

5    Do you see that?

6    A    Yes.

7    Q    Did you ever get a real quarterly statement before

8    you invested?

9    A    No.

10    Q    Did you ever ask for one?

11    A    No.

12    Q    Okay.  Put that Exhibit aside.

13         MS. SCHNEIDER:  I'm going to have the Court

14    Reporter mark this next document as Exhibit 7.

15                        (SEC Exhibit No. 7 was

16                        marked for identification.)

17         BY MS. SCHNEIDER:

18    Q    So, Mr. Hillemann, I'm now handing you what's been

19    marked as Exhibit 7, and Exhibit 7 is a one page document

20    with handwritten numbers in the upper right hand corner that

21    say KH4-A?

22    A    Yes.

23    Q    Do you recognize Exhibit 7?

24    A    Yes.

25    Q    What is Exhibit 7?

71

1       A       Exhibit 7 is a list of references that Jim gave me,

2   that I could contact in order to inquire of his hedge fund.

3       Q       Okay.  And did he offer that to you?  Did you

4   request references or did --

5       A       Yes, I requested references and this is what he

6   produced.

7       Q       Okay.  Now, at the bottom right hand corner of

8   Exhibit 7, it has a date of 6/9/2006 do you see that?

9       A       Yes.

10      Q       Did you receive the document on 6/9/2006?

11      A       I believe that's when it was printed.

12      Q       Okay.

13      A       I believe that doesn't have to do with when the

14  document was received.

15      Q       Do you know when you received Exhibit 7?

16      A       Actually, it may have been in that time frame.  It

17  would have been, a safe guess would probably be in the area

18  of early June 2006.

19      Q       Okay.  Do you think you definitely received it

20  sometime in 2006?

21      A       Yes.

22      Q       Okay.  And did you receive it before you invested

23  your 1.3 million dollars?

24      A       Yes.

25      Q       Okay.  So, I just want to go down and talk about

1   some of these people that are listed here.  The first kind of

2   cell in the table, it says, "Mart6in Button", do you see

3   that?

4       A    Yes.

5       Q    Okay.  And over on the very right hand corner

6   there's some handwriting, do you see that?

7       A    Yes.

8       Q    Okay.  And who's handwriting is that?

9       A    That's mine.

10      Q    Okay.  And what does it say next to Martin Button's

11  line?

12      A    It says, "left message" and then that's crossed out

13  and underneath that it says "great".

14      Q    Okay.  And why did you write "great"?

15      A    He gave me a great reference.

16      Q    So, you actually spoke with Mr. Button?

17      A    That's correct.

18      Q    Okay.  What did Mr. Button have to say?

19      A    I don't recall.  I don't remember from individual

20  to individual what was said.  I just remember reflecting how

21  I felt overall about the conversation on the paper.

22      Q    Do you remember talking about the performance of

23  the fund with Mr. Button?

24      A    That's possible, yeah.

25      Q    Okay.  So, when you wrote "great", that reflects

73

1   how you felt after the conversation?

2       A    The overall reference that I perceive from the

3   individual, meaning their -- any number of things.

4       Q    Okay.  So, why don't you tell -- well -- we'll go

5   to the next item that says "Misti Covitz", do you see that?

6       A    Yes.

7       Q    Did you speak with Misti?

8       A    I'm not sure.  After I -- a number of these I

9   called, I noted if I left messages, and then they returned

10  calls and over a period of several days, and I believe I may

11  have talked to an individual or two that I have noted just

12  left message and didn't mark on this sheet that I'd actually

13  talked with the person.  But, if I had, I continued to get

14  good references from anyone else that I talked to.

15      Q    Okay.  So, sitting here today, you're not sure one

16  way or another whether you actually spoke with Misti Covitz,

17  is that fair?

18      A    That's fair.

19      Q    Okay.  So, in the right hand column of Exhibit 7,

20  there's a number of handwriting, do you see that?

21      A    In the very right hand column?

22      Q    The very right hand side of the page of Exhibit 7?

23      A    Yes.

24      Q    There's a bunch of handwriting?

25      A    Yeah.

1    Q    Is that all your handwriting?

2    A    Yes.

3    Q    Okay.  So, did you actually speak with Kathy Goss

4    then?

5    A    Yes.

6    Q    Okay.  Do you remember what Kathy Goss had to say

7    about the Fahey Fund?

8    A    No.  But, overall she left an impression that she

9    was happy with the fund and would recommend it.

10    Q    Okay.  And is that from your recollection of the

11    conversation or is that just because of your handwriting that

12    says "great" next to it?

13    A    That's because of my handwriting that says "great".

14    I wouldn't have written that unless that at the time that I

15    talked to the person that's the indication that I got from

16    that person.

17    Q    Okay.  Did you ever speak with Harold Haerter?

18    A    No.

19    Q    Did you ever speak with David Hingston?

20    A    I don't know.

21    Q    Okay.  Did you actually speak with James Hirst?

22    A    Yes.

23    Q    And did you actually speak with Per Madsen?

24    A    Yes.

25    Q    Did you actually speak with Jim Osella?

75

1    A    Yes.

2    Q    Now, in the handwriting next to Jim Osella's name,

3  in the far right hand side of the page of Exhibit 7, do you

4  see that?

5    A    Yes.

6    Q    And what does that say?

7    A    That says "great" with an exclamation mark.

8    Q    Okay.  Why does Jim Osella have a "great!"?

9    A    Oh, he may have been just personally more

10  enthusiastic than other investors that I talked to.

11    Q    Okay.  Do you remember what Jim Osella had to say

12  about Fahey Fund?

13    A    No.

14    Q    Did you speak with Kathy Ranz?

15    A    I don't know if I did.  It looks like the initial

16  phone call I got a modem but, she may have gotten back to me

17  with some kind of Caller ID scheme, I don't recollect if I

18  talked to her.

19    Q    And did you actually speak with Don Sather?

20    A    Yes.

21    Q    Did you speak with Eric Steeg?

22    A    I don't know.

23    Q    Did you speak with Tom Walsh?

24    A    I don't believe I did.  I think I crossed that

25  number out because it probably didn't go anywhere.

1    Q    Okay.  So, in kind of the lower lefthand side of

2    the page of Exhibit 7 there's some handwriting underneath the

3    line that says, "You're welcomed and encouraged to call our

4    investors."  Do you see that?

5    A    Yes.

6    Q    Whose handwriting is that?

7    A    That's mine.

8    Q    And what does that say?

9    A    It says Les Bordes Golf Estate.

10   Q    Why did you write that there?

11   A    I believe one of the references I talked to had

12   spent time at Les Bordes as a guest of Jim Trabulse.

13   Q    Why did you write that down?

14   A    I believe the person I was talking to felt that was

15   a highlight or something of interest, and so I jotted it

16   down, never having heard of Les Bordes before.

17   Q    Okay.  Do you play golf?

18   A    No.

19   Q    So, what was the most important reason you invested

20   money in 2006 in the Fahey Fund?

21   A    The response of these investors that we just talked

22   about.  In other words, I didn't talk to anyone that had any

23   complaints about the fund, or everyone that I talked to

24   recommended the fund and had had good experiences with the

25   fund.

77

1    Q    What do you mean by good experiences?

2    A    I think a combination of responsiveness of the fund

3    towards the investors and also the performance of the fund.

4    Q    Okay.  Do you know if the Fahey Fund had a website?

5    A    I heard that there was -- that this investigation

6    may have started because of a website that was meant for

7    European investors and I believe that it was associated with

8    a jazz group that Jim was, I'm not sure what his relationship

9    with the group in Europe but, it was a website that I think

10    advertised the group's performance in Europe.

11    Q    Did you ever see a website for the Fahey Fund?

12    A    No.

13    Q    And I don't -- I am not meaning to ask you about

14    any conversations that you may have had with your lawyer but,

15    how did you hear that the investigation started because of

16    this website?

17    A    From Jim Trabulse.

18    Q    Okay.

19    A    He was speculating as to how the investigation

20    began.

21    Q    And how did you and Jim start talking about the

22    investigation?

23    A    I had called him and told him that I had received a

24    subpoena from the SEC and I was curious of what he knew about

25    the investigation.

1      A      Specifically, I'm thinking that's -- yeah, that I

2  gave him my address at that time so he could send me the

3  information.

4      Q      Okay.  Do you know what Catherine O'Reilly does for

5  a living?

6      A      No.

7      Q      Did you ever -- did you have conversations with

8  anyone at Fahey Fund about the fact that the fund was going

9  to invest in Persian Carpets?

10     A      No.

11     Q      Did you ever have any conversations with

12  Mr. Trabulse about the fact that the fund was going to invest

13  in property in Southern California?

14     A      No.

15     Q      Did you have conversations with anyone at the Fahey

16  Fund about that?

17     A      No.

18     Q      Okay.  Did you ever have conversations with

19  Mr. Trabulse about the fact that the fund was going to invest

20  in property in France?

21     A      No.

22     Q      What about in Panama?

23     A      No.

24     Q      Did you have conversations with anyone at Fahey

25  Fund about property investments?

1     A    No.

2     Q    Did you have any conversation with Mr. Trabulse

3 about the fact that the fund was going to invest in artistic

4 investments in France?

5     A    No.

6     Q    Did you have conversations with anyone from the

7 fund about that?

8     A    No.

9     Q    Okay.  Did you ever have conversations with

10 Mr. Trabulse about the fact that the fund was going to invest

11 in pearl necklaces, bracelets and earrings?

12    A    No.

13    Q    Did you talk about that with anyone at the Fahey

14 Fund?

15    A    No.

16    Q    Do you know what Count Yogi Golf Company is?

17    A    No.

18    Q    Have you ever heard that before?

19    A    No.

20    Q    As I understand it, Count Yogi was a famous golfer

21 in the 1930s to 1960s.  And Count Yogi Golf Company is a

22 startup venture that's run by a man who claims to know Count

23 Yogi's golf secret and wants to teach it to the world, and he

24 sells DVDs and offers lessons and things like that.  Did you

25 ever have any conversations with Mr. Trabulse about the fact

122

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

REPORTER'S CERTIFICATE

I <u>Richard Friant</u>, reporter, hereby verify that the foregoing transcript of <u>121</u> pages is a complete, true and accurate transcript of the testimony indicated, held on <u>Tuesday, April 10, 2007</u>, at <u>44 Montgomery Street, Suite 2600, San Francisco, California</u>, in the matter of: <u>Fahey Fund LP.</u> I further certify that this proceeding was recorded by me and that the foregoing transcript was prepared by <u>Maryann Loverro</u> under my direction.

Date: <u>4/16/07</u>

Official Reporter: <u>Richard A. Friant</u>

Diversified Reporting Services, Inc.

Diversified Reporting Services, Inc.

Phone: (202)467-9200 Fax: (202)296-9220

PROOFREADER'S CERTIFICATE

In the Matter of:  Fahey Fund LP

Witness:  Karl Hillemann

File Number:  SF-03211-A

Date:  Tuesday, April 10, 2007

Location:  San Francisco, California


    This is to certify that I, <u>Maryann Loverro</u>, do
hereby swear and affirm that the attached proceedings before
the U.S. Securities and Exchange Commission were held
according to the record and that this is the original,
complete, true and accurate transcript that has been compared
to the reporting or recording accomplished at the hearing.




————————————————————          4/16/07