# EXHIBIT 41

Amount:          $25,000.00
Account:         ████5114
Bank Number:     12240072

Sequence Number:  2092273822
Capture Date:     04/03/2007
Check Number:     694

**REDACTED**

**FAHEY FINANCIAL GROUP INC.**    02-01
1117 DESERT LN. STE. 728
LAS VEGAS, NV 89102
800-880-6003

694

Date MAR 27 2007    94-72/1224 NV
6984

Pay to the
Order of _James Wojack_____ | $25,000 ⁰⁰⁄₁₀₀

_Twenty Five Thousand & ⁰⁰⁄₁₀₀_____ Dollars

**Bank of America**

ACH R/T 122400724

For TAST Golf Fund

⑈122400724⑆ ████████ 5114⑈0694



Electronic Endorsements

| Date | Sequence | Bank # | BOFD | Bank Name |
|------|----------|--------|------|-----------|
| 04/03/2007 | 300300027883909 | 111310346 | Y | BANK OF AMERICA, NA |
| 04/03/2007 | 002092273822 | 111310346 | N | BANK OF AMERICA, NA |

Payee Endorsement
Payee Name: O                    Chicago Patrolmen}s Federal Cred   Date: 04/03/2007

BOA 000870

# EXHIBIT 42

Amount:        $30,000.00          Sequence Number:  0160911041
Account:          ████5114          Capture Date:     04/16/2007
Bank Number:   54088010            Check Number:     0

**REDACTED**

### DEPOSIT TICKET

**FAHEY FINANCIAL GROUP INC.**   02-01
1117 DESERT LN. STE 728
LAS VEGAS, NV 89102
800-880-6003

94-72/1224 NV
6984
CASH

DATE  4-16-07

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

**Bank of America**

ACH R/T 122400724

C
H
E
C
K
S

DELAY TOTAL
ITEMS

CHECKS OR TOTAL
FROM OTHER SIDE

30000.

NET
DEPOSIT   $   30000.

�semic540880104�semic ████████ 5114⑫  5⑫0003000000⑫

TOTAL

CASH COUNT FOR FINANCIAL INSTITUTION'S USE ONLY

ENTER
TOTAL
ON
FRONT

APR 16

$

BANK OF AMERICA, NA SFC
▶121000358◀ E4711 01 15
04/16/07
0160911041  0

CHECKS
LIST SINGLY

RECORD OF CHECKS FOR DEPOSIT

DOLLARS      CENTS

**REDACTED**

Amount:          $30,000.00
Account:              5890
Bank Number:    32107649

Sequence Number:   0160911042
Capture Date:      04/16/2007
Check Number:      0

**ANNA M. STRATTON**
P O BOX 25356
SAN MATEO, CA 94402-5356

305

Date March 21, 2007

11-7649/3210

Pay Fahey Financial Group, Inc $ 30,000.00
to the order of

Thirty Thousand dollars and 00/100  Dollars

SF Police
2550 Irving Street
San Francisco, CA 94122
415-564-3800

For 30 shares/ 1,000 each          Anna M. Stratton

⑆321076496⑆            5890⑈0305  ⑆0003000000⑆

ENDORSE
PAY TO THE ORDER OF
BANK OF AMERICA
LAS VEGAS, NV 89145-8800
FOR DEPOSIT ONLY
FAHEY FINANCIAL GROUP INC
5114

BANK OF AMERICA NA SFC
12190903584 E4711 94 36
04/16/07

# EXHIBIT 43

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:          )        ⓒ COPY

4                               )    File No. SF-03211-A

5    FAHEY FUND                 )

6    WITNESS: EASTER TRABULSE

7    PAGES:    1 through 146

8    PLACE:    Securities and Exchange Commission

9              44 Montgomery, Suite 2600

10             San Francisco, California 94104

11   DATE:     Friday, May 25, 2007

12

13

14             The above-entitled matter came on for hearing,

15   pursuant to notice, at 1:11 p.m.

16

17

18

19

20

21

22

23

24             Diversified Reporting Services, Inc.

25                     (202) 467-3200

```
 1   APPEARANCES:

 2

 3   On behalf of the Securities and Exchange Commission:

 4            ERIN E. SCHNEIDER, ESQ.

 5            Office of Enforcement

 6            Securities and Exchange Commission

 7            44 Montgomery Street

 8            San Francisco, California  94104

 9

10   On behalf of the witness:

11            MICHAEL D. CELIO, ESQ.

12            JESAHEL ALARCON

13            Keker & Van Nest, LLP

14            710 Sansome Street

15            San Francisco, CA 94111-1704

16            (415) 391-5400

17

18

19

20

21

22

23

24

25
```

1    A    No.  I only know of their existence.

2    Q    You only what?

3    A    I know of their existence.  I'm not familiar with

4    them in any way, though.

5    Q    Do you know whether the Fahey Fund has any trading

6    accounts?

7    A    I don't know.

8    Q    Do you -- do you know whether -- or do you have any

9    understanding as to what the Fahey Fund's assets are?

10    A    Can you -- can you explain what you mean by

11    "understanding"?

12    Q    Do you know what the Fahey Fund's assets are?

13    A    No.

14    Q    Do you know whether the Fahey Fund invests in

15    things like Persian carpets?

16    A    Yes.

17    Q    How do you know that?

18    A    My father told me.

19    Q    What is your understanding -- well, is it -- is it

20    your understanding that these Persian carpets are for the

21    benefit of the investors in the Fahey Fund?

22    A    Yes.

23    Q    Why do you have that understanding?

24    A    Because they were investments for the fund, and --

25    Q    Why do you think that?

38

| 1 | A | Why do I think they're investments for the fund? |

1     A     Why do I think they're investments for the fund?

2     Q     Yes.

3     A     Because my father has told me that they were.

4     Q     Okay.  So we've talked about that the Fahey Fund

5  has invested in Persian carpets.

6     A     Um-hum.

7     Q     What other things has the Fahey Fund invested in

8  for the benefit of the fund investors?

9     A     Pearls.

10     Q     Tell me about pearls.  I don't know what "pearls"

11  means.

12     A     Things from oysters.  I don't understand what you

13  mean.

14     Q     Do you mean pearl necklaces?  Do you mean bulk

15  pearls that are going to be resold?  I don't know what you

16  mean --

17     A     Oh.

18     Q     -- when you just say "pearls," generally.

19     A     Pearl necklaces.

20     Q     Okay.  Any other types of pearls?

21     A     No.

22     Q     How do you know that the Fahey Fund has invested in

23  pearl necklaces for the benefit of Fahey Fund investors?

24     A     My father has told me.

25     Q     Are you aware of any other types of investments

40

1    Q    Has your father ever told you that the Fahey Fund
2    has invested in property?

3    A    Yes.

4    Q    Do you know what property your father was referring
5    to when he told you that?

6    A    No, I don't.

7    Q    Where are the Persian carpets kept?

8    A    They are kept mainly in Nevada City.

9    Q    Where?

10    A    At the home of the owner of The Magic Carpet.

11    Q    And you said, "mainly."  Are there other places
12    where the carpets are kept?

13    A    I have two in my home, and my father has some.

14    Q    How many?

15    A    I don't know.

16    Q    And when you say your father has some, where are
17    those?

18    A    In Colma.

19    Q    Okay.  Are they -- why are carpets that are
20    investments for the fund in your home?

21    A    To use.

22    Q    Who told you that you could use them?

23    A    My father.

24    Q    Other than The Magic Carpet, the two that are in
25    your house, and the -- some quantity that are in your

43

```
 1     A     I don't know.

 2     Q     Have you ever prepared tax returns for the Fahey

 3  Fund?

 4     A     Never.

 5     Q     Have you ever seen any tax returns for the Fahey

 6  Fund?

 7     A     No.

 8     Q     How are you compensated for your -- the work that

 9  you perform for the Fahey Fund?

10     A     I'm paid.

11     Q     How much are you paid?

12     A     Forty-five hundred a month.

13     Q     And have you received any other compensation from

14  the Fahey Fund?

15     A     No.

16     Q     Were you authorized to -- to draw expenses from the

17  Fahey Fund?

18     A     Yes.

19     Q     Can you tell me about that?

20     A     That I was authorized, or what I've used?

21     Q     Well, I'm going to ask you both.  So tell me

22  about --

23     A     Okay.

24     Q     -- why you think you're authorized to do that.

25     A     My father told me I am, and I have a credit card
```

1    with my name on it, and the Fahey Fund name.

2        Q    What did your father tell you, in that regard?

3        A    He said I could use it for larger purchases, things

4    like furniture, or airline tickets.

5        Q    Furniture for what?

6        A    My home, or his home.

7        Q    And he told you that you could also use it for

8    airline tickets?

9        A    Um-hum.

10       Q    Okay.  Airline tickets for business purposes?

11       A    Not specifically.

12       Q    Did you have an understanding that you could use

13   the -- the credit card to buy airline tickets for personal

14   purposes?

15       A    Yes.

16       Q    And why do you have that understanding?

17       A    I don't know.

18       Q    Did your -- did your father place any limits on you

19   in terms of what types of airline tickets you could buy?

20       A    No.

21       Q    Where -- what -- who is the issuer of that credit

22   card?

23       A    Bank of America.

24       Q    Whose name is on the card?

25       A    Mine.

1    Q    Who pays the bill for that card?

2    A    It -- it's not a credit card, it's a debit card.

3    It has a Visa logo on it.

4    Q    Do you have any credit cards in connection with the

5    Fahey Fund?

6    A    That one.  No, no credit cards, I'm sorry.  I use

7    those words interchangeably.  No credit card.

8    Q    So just the debit card?

9    A    Yes.

10   Q    Do you have a debit card for any other Fahey Fund

11   account, other than this Bank of America one?

12   A    No.

13   Q    So I asked you whether you were authorized to draw

14   expenses, and you said yes, because you have this -- this

15   debit card.  Are there any other reasons why you think that

16   you're authorized to draw expenses from the Fahey Fund?

17   A    It's what my father has told me, that I can.

18   Q    What -- what have you used that Visa card to

19   purchase?

20   A    I paid for my parking yesterday with it, and I

21   bought tickets to go to Philadelphia next week.  And I've

22   used it when I've been traveling, for travel expenses, like

23   food and hotel rooms.  I've bought furniture with it.  I

24   can't say that's inclusive, but that's what I recall.

25   Q    Can you recall any other purchases with the Visa

```
 1   card that were over a thousand dollars?

 2        A    Dental stuff, also.

 3        Q    Dental work for you?

 4        A    No, not for me, for Tim Nichols's, I think,

 5   wife -- family member.

 6        Q    I'm sorry.  Tim Nichols's family member, or your

 7   family member?

 8        A    Tim Nichols's family member.  One of his family

 9   members.

10        Q    All right.  So can you think of any other things

11   that you've used this Visa card for that are over a thousand

12   dollars?

13        A    No.

14        Q    So you're saying you were using it for travel

15   expenses, things like hotel rooms and food.  Did you use that

16   card to pay for travel expenses and food when you were on a

17   personal vacation?

18        A    Yes.

19        Q    Can you tell me what those personal vacations were

20   that you used the Fahey Fund Visa card for?

21        A    I was in Panama, and I paid for the hotel rooms

22   there, and food.  And I don't remember if I got cash back or

23   not, I don't think I did.  Just incidental expenses with

24   travel.

25        Q    And I heard you say you went on this Panama trip.
```

1    A    Yes.

2    Q    Can you recall other trips that you took where you

3    used the Visa card?

4    A    I don't remember.

5    Q    When were you -- when did you take this Panama

6    trip?

7    A    I don't remember.

8    Q    Was it 2006, or 2005?

9    A    It was in 2007, but I don't remember if it was

10   February or March.

11   Q    And why did you go to Panama recently?

12   A    It was part honeymoon, and partially to see the

13   property that my dad has down there.

14   Q    Did your trip have anything to do with business

15   related to the Fahey Fund?

16   A    I don't know.

17   Q    Did you do any work for the Fahey Fund while you

18   were down there?

19   A    I don't know.

20   Q    Do you recall doing any work?

21   A    It's just -- I don't -- I don't know.

22   Q    You said you also had gone down there to see the

23   property that your father purchased?

24   A    Um-hum.

25   Q    What is that property?

109

1    A    I don't recall.

2    Q    More than $5,000?

3    A    No.

4        MS. SCHNEIDER:  I'll have the Court Reporter mark

5    this as the next exhibit.

6                    (SEC Exhibit No. 111 was marked for

7                     identification.)

8        BY MS. SCHNEIDER:

9    Q    Ms. Trabulse, I'm handing you what's been marked as

10   Exhibit 111.  For the record, Exhibit 111 is a two-page

11   document, and it appears to be a series of e-mail, the top

12   one of which appears to be from Fund Manager to Easter

13   Trabulse dated May 12th, 2006, at 3:06 p.m.  And the exhibit

14   has a Bates No. of ETrabulse-SEC 293 through 294.

15       Let me know when you're ready.

16   A    I'm ready.

17   Q    Okay.  Well, in the middle of the page, of the

18   first page of Exhibit 111 --

19   A    Yes.

20   Q    -- it says "Easter Trabulse wrote:" -- do you see

21   that?

22   A    Yes.

23   Q    Okay.  Do you recognize that e-mail there?

24   A    Yes.  Yes.

25   Q    Did you actually send this e-mail?

110

1     A     Yes.  It's from my father, but that was -- I sent

2  him an e-mail, and he replied, and he did not delete the part

3  that he replied to.  So it's from the previous e-mail.

4     Q     Okay.  So the section underneath where it says,

5  "Easter Trabulse wrote," you actually sent an e-mail to your

6  father with those words?

7     A     Yes.

8     Q     You recall doing that?

9     A     No, I don't remember it.  But it's here.

10    Q     No reason to think you didn't write this?

11    A     I believe that I did.

12    Q     It was in my e-mail account.

13    A     Okay.  So I want to focus on the second paragraph

14  of your e-mail.  It says, "Check No. 530."  Do you see that?

15    A     Yes.

16    Q     Check 530 went to "Rug, Paul, for Catherine's

17  latest batch" in the amount of $12,000 -- $12,562.88.  Do you

18  see that?

19    A     Yes.

20    Q     What did you mean when you wrote, "for Catherine's

21  latest batch?"

22    A     For the most recent purchase of rugs to go to her

23  house.

24    Q     Do you recall purchasing rugs from The Magic Carpet

25  to go to Catherine's house?

1    A    No.  I would not have.  Either my father or she

2    did.  I never bought rugs for Catherine.  I wrote checks when

3    I was requested to write checks.

4    Q    Oh, I hear what you're saying.  I'm just confused

5    about -- again, just because we talked about where the rugs

6    were, you didn't say that any of them were in Catherine

7    O'Riley's house.

8    A    Um-hum.

9    Q    And that's why I'm confused.  When you wrote

10   "Catherine's latest batch," I just want to know what you

11   meant by that?

12   A    I -- I told you that there's rugs in my house, my

13   father's house, and Paul's property.

14   Q    Right.

15   A    And I don't know of any other rug, any other places

16   where they're stored.  So if Catherine has some, then that's

17   news to me. I don't know that.

18   Q    Do you have any recollection of why you wrote

19   "Catherine's latest batch"?

20   A    Because that would have been for the most recent

21   purchase for her house.

22   Q    So you're aware that purchases were made for her

23   house?

24   A    Yes.

25   Q    And were those rugs for Mr. -- Ms. O'Riley's

1       A    Yeah.

2       Q    -- whether Catherine has any of the investment

3  rugs.

4       A    Um-hum.

5       Q    What I'm trying to understand if -- what I'm trying

6  to understand is, are you aware that the Fahey Fund entities'

7  bank accounts have been used to purchase additional rugs for

8  Ms. O'Riley?

9       A    No, I guess I'm not.  I've written checks for rugs

10  that go to her house.  I don't know for whom these rugs are.

11  I don't know.

12      Q    Okay.  You do have an understanding that you have

13  written checks drawn on the Fahey entities' bank accounts

14  that have gone to her house?

15      A    Yes.

16      Q    Do you have an understanding as to why -- why did

17  you write checks on the Fahey entities to purchase rugs for

18  Ms. O'Riley?

19      A    My father asked me to.

20      Q    Did he say anything about why?

21      A    Just to pay for rugs.

22      Q    Do you have any understanding as to why he was

23  using these Fahey entities' bank accounts, which investors

24  had put money into, to buy rugs for Ms. O'Riley?

25      A    No.

1    fund had purchased these rugs for investments, and then a

2    pearl necklace for investment, and then the semi-precious

3    stones.  Are you aware whether the Fahey entities' bank

4    accounts have been used to purchase pearls for Ms. O'Riley?

5        A    No.

6        Q    What about any jewelry for Ms. O'Riley?

7        A    I don't have any -- I don't have any knowledge of

8    that.

9        Q    Have the Fahey entity bank accounts been used to

10   purchase any jewelry for you?

11       A    Yes.

12       Q    Tell me about that.

13       A    I -- the man Ali that I mentioned, he -- when my

14   dad was buying some stuff for the fund, I also got some

15   rings.

16       Q    What sort of rings?

17       A    Rings with stones in them?

18       Q    What were they?

19       A    Oh, I don't know.  Semi-precious stones, I

20   think -- spinnel -- they're stones that I don't remember the

21   names of, but white colors.  They're semi-precious stones,

22   but I don't remember the names.

23       Q    And they came from -- I can't remember his

24   name -- Mr. Baigvab?

25       A    Yes.

117

| | | |
|---|---|---|
| 1 | Q | How many rings did you get? |
| 2 | A | I probably have about 15 rings. |
| 3 | Q | All from Mr. Baigvab? |
| 4 | A | Yes. |
| 5 | Q | Are you aware that the Fahey entities' bank |

6  accounts have been used to purchase jewelry from anywhere

7  else for you?

8        A    No, I don't know.

9        Q    Where are those 15 rings?

10       A    They're at my place.

11       Q    Your house in Napa --

12       A    Yes.

13       Q    -- that you testified to?

14       A    Yes.

15       Q    And did you ever receive any of the pearls that

16  were purchased with the Fahey Fund -- Fahey Fund bank

17  accounts?

18       A    I don't know.

19       Q    Has your father ever given you any pearl jewelry?

20       A    Yes.

21       Q    Can you tell me about those?

22       A    I have some strings of pearls, and some earrings

23  and rings.

24       Q    How many strings of pearls?

25       A    I think eight.

1    Q    And you said one ring?

2    A    Yes.

3    Q    And I'm sorry, I couldn't recall what else you

4    said.  I heard you say the strands of pearls, a ring --

5    A    Yes.  Earrings.

6    Q    How many pairs of earrings?

7    A    Oh, ten.

8    Q    Are all those pearls in your house, as well?

9    A    Yes.

10    Q    Did your father ever tell you that those pearls

11    were for investment purposes?

12    A    No.

13    Q    Are you -- were the Fahey -- when I'm saying the

14    "Fahey entities," I'm referring to the Fahey Hedge Fund and

15    the Fahey Fund and the Fahey Financial Group.  Were you aware

16    that the Fahey entities' bank accounts were used to purchase

17    any semi-precious stones for you, other than the jewelry that

18    you've described from Mr. Baigvab?

19    A    No, I don't know of any.

20    Q    Okay.  Were you aware of -- I mean, any other

21    things that were purchased for you from the Fahey entities'

22    bank accounts?

23    A    No, I'm not aware of it.

24    Q    Who paid for your honeymoon to Panama?

25    A    My dad did.

119

1    Q    Did he pay for all of it?

2    A    Yes.

3    Q    And how did he pay for it?

4         MR. CELIO:  If you know.

5         BY MS. SCHNEIDER:

6    Q    If you know?  I mean, did --

7    A    I had the Fahey card with me, and I used that to

8    pay.

9    Q    Okay.  My question was directed to, did he give you

10   a check --

11   A    No.

12   Q    -- or did you use the Visa card, or did he

13   reimburse you?  So how -- how did you pay for that Panama

14   trip?

15   A    With the Fahey card.

16   Q    Okay.

17   A    Well, he paid for the tickets over the phone.  And

18   I don't know how -- what he used to pay for the tickets, the

19   airline tickets.

20        Actually, you know what?  That might not be right.

21   I'm not remembering now.  He made the hotel reservations on

22   the phone, and he used his card to hold them.  But I'm

23   actually not remembering anything else about -- I can't

24   remember if I bought airline tickets, or if he did.

25   Q    Did your father meet you down in Panama, at any

145

1                    PROOFREADER'S CERTIFICATE

2

3    In the Matter of:    FAHEY FUND

4    Witness:             EASTER TRABULSE

5    File Number:         SF-03211-A

6    Date:                Friday, May 25, 2007

7    Location:            San Francisco, California

8

9

10          This is to certify that I, Laurie Andrews (the

11   undersigned), do hereby swear and affirm that the attached

12   proceedings before the U.S. Securities and Exchange

13   Commission were held according to the record and that this is

14   the original, complete, true and accurate transcript that has

15   been compared to the reporting or recording accomplished at

16   the hearing.

17

18

19

20   _Laurie Andrews_____        _6/8/07_____

21   (Proofreader's Name)            (Date)

22

23

24

25

145

1              UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2                        REPORTER'S CERTIFICATE

3

4        I, DAVID ALLEN OHLSON, Reporter, hereby certify that the

5        foregoing transcript of 144 pages is a complete, true, and

6        accurate transcript of the testimony indicated, held on May

7        25, 2007, at 1:11 p.m., in the matter of Fahey Fund, Inc.

8        I further certify that this proceeding was recorded by me,

9        and that the foregoing transcript was prepared under my

10       direction.

11

12       Date:  June 6, 2007

13       Official Reporter:  David Allen Ohlson

14       Diversified Reporting Services, Inc.

15

16

17

18

19

20

21

22

23

24                  Diversified Reporting Services, Inc.

25            Phone:  (202) 467-9200  Fax: (202) 296-9220

# EXHIBIT 44



**BNP PARIBAS**

BANQUE DE DETAIL EN France
CONFORMITE
Dossier suivi par François BOIZETTE                    le 26/06/2007
Tel : 01 40 14 35 22



AMF-D.E.S.M.
ARRIVÉE
27 JUIN 2007
N° € 46657

Mme Murielle DULIC
Autorité des Marchés Financiers
17 Place de la BOURSE
75082 PARIS CEDEX 2

Objet : Enquête AMF sur le titre FAHEY FUND – Comptes de M. Alexander TRABULSE et
Mme Catherine O'RILEY

Madame,

En réponse à votre demande reçue le 08 juin dernier, et suite à notre entretien téléphonique du 22
juin, nous vous prions de bien vouloir trouver ci après les éléments d'enquête recherchés concernant
M. TRABULSE et Mme O'RILEY.

**Concernant Mr TRABULSE**

Vous trouverez ci-joint :
- Les relevés de compte du 01/01/2004 au 31/03/2007.
- Les documents d'ouverture de compte et de dépôt de signature.
- La photocopie de 43 Chèques débités à ce compte.
- La photocopie d'un retrait espèces du 13/09/2004.

Il reste 32 photocopies de chèques que nous vous adresserons au fur et à mesure de leur réception.

**Concernant Mme O'RILEY**

Vous trouverez ci-joint :
- Les relevés de compte du 01/01/2004 au 31/03/2007
- Les documents d'ouverture de compte.

Ce compte fonctionnant peu, aucune photocopie d'opération n'est à demander pour expliquer les
relevés de compte.
Nous vous adresserons le document de dépôt de dépôt de signature dès que possible.

Restant à votre disposition pour tout renseignement complémentaire que vous pourriez souhaiter,
nous vous prions d'agréer, Madame, l'assurance de nos salutations distinguées.

François BOIZETTE
Adjoint au RCSI

CONFIDENTIAL PURSUANT TO
SECTION 24 (d)
00001

BNP PARIBAS - SA au capital de 1.865.756.980 euros - Immatriculée sous le n° 662 042 449 RCS Paris
Siège social : 16, boulevard des Italiens 75009 Paris – www.bnpparibas.com


**BNP PARIBAS**

**DUPLICATA DE RELEVE DE COMPTE**

du 30 septembre 2006 au 31 octobre 2006

# REDACTED

MONSIEUR ALEXANDER TRABULSE

375 THIRD AVENUE

USA DALY CITY 94014

Domiciliation

Agence : PARIS CH ELY IN (02712)

Compte : ████████9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| | **SOLDE CREDITEUR AU 30.09.2006** | | | **22.104,75** |
| | Virements internationaux : coordonnees IBAN et BIC obligatoires. A compter du 1er janvier 2007, dans l'Espace economique europeen, l'emetteur d'un virement devra obligatoirement indiquer sur l'ordre de paiement les codes IBAN et BIC du destinataire. Si vous emettez un virement, demandez ses coordonnees bancaires completes a votre correspondant. Si vous etes le beneficiaire, pensez a communiquer les votres, au moyen de votre releve d'identite bancaire. * * * Pour faciliter le depot de vos cheques en agence, vous trouverez desormai en fin de chequier 5 bordereaux de remises de cheques personnalises. | | | |
| 02.10 | RETRAIT DAB 30/09/06 18H07 228070 BNP COURBEVOIE ARCHE ████████4109 | 02.10 | 100,00 | |
| 02.10 | RETRAIT DAB 30/09/06 18H08 228070 BNP COURBEVOIE ARCHE ████████4109 | 02.10 | 400,00 | |
| 03.10 | *COMMISSIONS COMMISSION ESPRIT LIBRE | 03.10 | 9,55 | |
| 05.10 | CHEQUE 7557885 | 05.10 | 2.000,00 | |
| 06.10 | CHEQUE 7557880 | 06.10 | 766,45 | |
| 06.10 | CHEQUE 7557881 | 06.10 | 1.000,00 | |
| 06.10 | CHEQUE 7557884 | 06.10 | 3.000,00 | |
| 09.10 | RETRAIT DAB 06/10/06 14H05 124080 BNP BASTIA ████████4109 | 06.10 | 300,00 | |
| 09.10 | CHEQUE 7557883 | 09.10 | 18.000,00 | |
| 10.10 | VIR CPTE A CPTE RECU TRABULSE ALEXAND COUVERTURE DT | 01.10 | | 6.000,00 |
| 12.10 | RETRAIT DAB 11/10/06 13H46 009035 CORTE ████████4109 | 11.10 | 300,00 | |

CONFIDENTIAL PURSUANT TO
SECTION 24 (d)
00115

Page   1

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net



**BNP PARIBAS**

**DUPLICATA DE RELEVE DE COMPTE**

du 30 septembre 2006 au 31 octobre 2006

MONSIEUR ALEXANDER TRABULSE

**REDACTED**

Domiciliation

Agence : PARIS CH ELY IN (02712)

Compte : ████████9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| 13.10 | PRELEVEMENT    FT INTERNET ORANGE NUM 422262 ECH 13.10.06 REF 111751388 11228412804WFE | 13.10 | 22,56 | |
| 16.10 | RETRAIT DAB 13/10/06 19H05 000381 CAIS.E P CORTE ████████4109 | 16.10 | 300,00 | |
| 17.10 | RETRAIT DAB 16/10/06 14H20 209321 VENTIS ERI ████████4109 | 16.10 | 300,00 | |
| 23.10 | RETRAIT DAB 21/10/06 20H47 009039 BONIFA CIO ████████4109 | 21.10 | 300,00 | |
| 24.10 | RETRAIT DAB 23/10/06 21H17 200431 ERBALU NGA ████████4109 | 23.10 | 300,00 | |
| 27.10 | VIREMENT ETRANGER RECU VIR INTL /DE F / FROM ETATS-UNIS /MOTIF PARIS BUSINESS EXPENSES /MMO EUR 39323,63 /REF ZZ0ELR3R7JQCBPQAE | 28.10 | | 39.309,08 |
| 30.10 | RETRAIT DAB 28/10/06 12H21 009020 ILE ROUSSE ████████4109 | 28.10 | 200,00 | |
| 31.10 | FACTURE CARTE DU 131006 YOUR BASIC BIRD CARTE ████████2948 USA    12,06USD+COMMISSION: 1,08 EUR | 31.10 | 10,72 | |
| 31.10 | FACTURE CARTE DU 300906 YOUR BASIC BIRD CARTE ████████2948 USA    12,70USD+COMMISSION: 1,09 EUR | 31.10 | 11,06 | |
| 31.10 | FACTURE CARTE DU 181006 TRADER JOE S .1 CARTE ████████2948 USA    17,85USD+COMMISSION: 1,21 EUR | 31.10 | 15,38 | |
| 31.10 | FACTURE CARTE DU 260906 MANPUKU RESTAUR CARTE ████████2948 USA    18,65USD+COMMISSION: 1,23 EUR | 31.10 | 15,92 | |
| 31.10 | FACTURE CARTE DU 101006 THE RED GRAPE CARTE ████████2948 USA    18,47USD+COMMISSION: 1,23 EUR | 31.10 | 15,96 | |
| 31.10 | FACTURE CARTE DU 300906 MANPUKU RESTAUR CARTE ████████2948 USA    21,22USD+COMMISSION: 1,29 EUR | 31.10 | 18,04 | |
| 31.10 | FACTURE CARTE DU 270906 PIZZA AZZURRO CARTE ████████2948 USA    22,19USD+COMMISSION: 1,31 EUR | 31.10 | 18,79 | |

CONFIDENTIAL PURSUANT TO SECTION 24 (d)

00116

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris
Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net


**BNP PARIBAS**

DUPLICATA DE RELEVE DE COMPTE

du 30 septembre 2006 au 31 octobre 2006

MONSIEUR ALEXANDER TRABULSE

**REDACTED**

Domiciliation

Agence : PARIS CH ELY IN (02712)

Compte : ████████9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|------|----------------------|--------|-------|--------|
| 31.10 | FACTURE CARTE DU 131006 GLOBAL EXCHANGE<br>CARTE ████████2948<br>USA   28,63USD+COMMISSION: 1,46 EUR | 31.10 | 24,35 | |
| 31.10 | FACTURE CARTE DU 300906 AJANTA<br>CARTE ████████2948<br>USA   29,91USD+COMMISSION: 1,48 EUR | 31.10 | 25,09 | |
| 31.10 | FACTURE CARTE DU 131006 MRS. DALLOWAY S<br>CARTE ████████2948<br>USA   34,77USD+COMMISSION: 1,61 EUR | 31.10 | 29,41 | |
| 31.10 | FACTURE CARTE DU 260906 MONTERY MARKET<br>CARTE ████████2948<br>USA   36,76USD+COMMISSION: 1,64 EUR | 31.10 | 30,59 | |
| 31.10 | FACTURE CARTE DU 260906 THE CHEESE BOAR<br>CARTE ████████2948<br>USA   46,21USD+COMMISSION: 1,86 EUR | 31.10 | 38,28 | |
| 31.10 | FACTURE CARTE DU 260906 BERKELEY BOWL M<br>CARTE ████████2948<br>USA   72,78USD+COMMISSION: 2,46 EUR | 31.10 | 59,77 | |
| 31.10 | FACTURE CARTE DU 201006 ROBATA GRILL &<br>CARTE ████████2948<br>USA   98,56USD+COMMISSION: 3,07 EUR | 31.10 | 81,21 | |
| 31.10 | FACTURE CARTE DU 141006 PRATHER RANCH M<br>CARTE ████████2948<br>USA   113,97USD+COMMISSION: 3,44 EUR | 31.10 | 94,56 | |
| 31.10 | FACTURE CARTE DU 101006 SOLE DESIRE<br>CARTE ████████2948<br>USA   123,91USD+COMMISSION: 3,67 EUR | 31.10 | 102,55 | |
| 31.10 | FACTURE CARTE DU 201006 THE PILGRIMS WA<br>CARTE ████████2948<br>USA   154,12USD+COMMISSION: 4,34 EUR | 31.10 | 126,54 | |
| 31.10 | FACTURE CARTE DU 260906 FARLEAVES TEA I<br>CARTE ████████2948<br>USA   210,11USD+COMMISSION: 5,60 EUR | 31.10 | 171,19 | |
| 31.10 | FACTURE CARTE DU 051006 ANY MTN BERKELE<br>CARTE ████████2948<br>USA   222,17USD+COMMISSION: 5,92 EUR | 31.10 | 182,38 | |
| 31.10 | FACTURE CARTE DU 131006 ANY MTN BERKELE<br>CARTE ████████2948<br>USA   250,66USD+COMMISSION: 6,61 EUR | 31.10 | 207,01 | |
| 31.10 | FACTURE CARTE SUIVANT RELEVE DU 25102006 | 31.10 | 9.007,52 | |

CONFIDENTIAL PURSUANT TO
SECTION 24 (d)
00117

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris
Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net

**BNP PARIBAS**

**DUPLICATA DE RELEVE DE COMPTE**

du 30 septembre 2006 au 31 octobre 2006

MONSIEUR ALEXANDER TRABULSE



Domiciliation

Agence : PARIS CH ELY IN (02712)

Compte : ██████████9885

Monnaie du compte : Euro

| Date | Nature des opérations | Valeur | Débit | Crédit |
|---|---|---|---|---|
| 31.10 | VIRT CPTE A CPTE EMIS SUR LE P.E.L ██████████9236 Rappel : votre numero client est le : ████0835 Il vous permet de gerer vos comptes et effectuer vos operations courantes aupres du Centre de Relations Clients au 0 820 820 001 (0,12 Euro / min) et complete de votre code secret, sur Internet www.bnpparibas.net, sur votre mobile a l'adresse mobile.bnpparibas.net ou sur Minitel Pour obtenir votre code secret, contactez votre conseiller. | 01.11 | 45,00 | |
| | TOTAL DES MONTANTS | | 37.629,88 | 45.309,08 |
| | SOLDE CREDITEUR AU 31.10.2006 | | | 29.783,95 |

SAUF ERREUR OU OMISSION. Conformément à l'usage et sauf observation de votre part dans un délai de deux mois à l'agence qui tient votre compte, nous considérerons que vous avez approuvé le présent document ainsi que le nouveau solde qui en résulte.

CONFIDENTIAL PURSUANT TO SECTION 24 (d)
00118

BNP PARIBAS - S.A. au capital de 1 865 756 980 euros - Siège social : 16, boulevard des Italiens - 75009 Paris - Immatriculée sous le n° 662 042 449 R.C.S. Paris Identifiant C.E. FR76662042449 - Centre de Relations Clients : 0 820 820 001 (0,12 euro/mn) - 3615 BNP PARIBAS (0,15 euro/mn) - www.bnpparibas.net

# EXHIBIT 45

BNP PARISBAS

RETAIL BANKING IN France
Compliance
File belonging to François BOIZETTE                                          June 26, 2007
Telephone: 01.40.14.35.22

[stamp]
AMF[1]-D.E.S.M.[2]
RECEIVED
June 27, 2007
No. E 46697

>                              Ms. Murielle DULIC
>                              Autorité des Marchés Financiers[3]
>                              17 Place de la BOURSE
>                              75082 PARIS CEDEX 2

Subject: AMF investigation into the FAHEY FUND fund [sic] – Accounts of Mr. Alexander TRABULSE and Mrs.
Catherine O'RILEY

Madam,

En response to your request received June 8 of this year, and following our telephone conversation on June 22, please find
enclosed the items sought for the investigation regarding Mr. TRABULSE and Mrs. O'Riley.

**Regarding Mr. TRABULSE**

You will find enclosed:
-   Account statements from 1/1/2004 through 3/31/2007.
-   Documents related to the account's opening and the signature card.
-   The photocopy of 43 checks debited from this account.
-   The photocopy of a cash withdrawal dated 9/13/2004.

There are also 32 photocopies of checks that we will send to you as they are received.

**Regarding Mrs. O'RILEY**

You will find enclosed:
-   Account statements from 1/1/2004 through 3/31/2007
-   Documents related to the account's opening.

This account has little activity, there are no photocopies of transactions to request to clarify the account statements.
We will send you the signature card card [sic] document as soon as possible.

At your disposition for any additional information that you would like, with best regards,

>                                         François BOIZETTE
>                                         Assistant RCSI[4]
>
>                                         [Signature]

---

[1] AMF = *Autorité des Marchés Financiers* – see footnote below.
[2] DESM = *Direction des Enquêtes et de la Surveillance des Marchés* – Office of Investigations and of Market Montitoring.
[3] Literal translation is *Financial Markets Authority*, however, even in English, this entity is also referred to as the *Autorité
des Marchés Financiers* (AMF). This institution is similar to the U.S. Securities and Exchange Commission.
[4] RCSI = *Responsable de la conformité pour les services d'investissement* – Officer in Charge of Investment Services
Compliance

CONFIDENTIAL
Pursuant to Section 24(d)
00001

BNP PARISBAS – SA with capital of 1,865,756,980 Euros – Registered in the Paris Corporate and Trade Register under number 662 042 449
Headquarters: 16, boulevard des Italiens 75009 Paris – www.bnpparibas.com

BNP PARIBAS **REDACTED**

**DUPLICATE ACCOUNT STATEMENT**
September 30, 2006 to October 31, 2006
MR. ALEXANDER TRABULSE
375 THIRD AVENUE

Domiciliation
Branch: PARIS CH ELY IN (02712)                    USA DALY CITY 94014
Account:              9885

Account currency: Euros

| Date[63] | Nature of transactions | Value | Debit | Credit |
|---|---|---|---|---|
| | **POSITIVE BALANCE ON 9/30/2006** | | | 22,104.75 |
| | International transfers: IBAN and BIC information is mandatory. Beginning on January 1, 2007, in the European Economic Area, the issuer of a transfer must indicate on the payment form the IBAN and BIC codes of the recipient. If you are issuing a transfer, ask for your contact person's complete banking information. If you are the recipient, remember to send your information, by using your bank identification card.<br><br>To facilitate the depositing of your checks at the branch office, you will find at the end of your checkbook 5 personalized check deposit slips. | | | |
| 10/2 | ATM WITHDRAWAL 9/30/06 6:07 PM 228070 BNP COURBEVOIE ARCHE          4109 | 10/2 | 100.00 | |
| 10/2 | ATM BANK CARD WITHDRAWAL 9/30/06 6:08 PM 228070 BNP COURBEVOIE ARCHE          4109 | 10/2 | 400.00 | |
| 10/3 | COMMISSIONS FREE SPIRIT COMMISSION | 10/3 | 9.55 | |
| 10/5 | CHECK 7557885 | 10/5 | 2,000.00 | |
| 10/6 | CHECK 7557880 | 10/6 | 766.45 | |
| 10/6 | CHECK 7557881 | 10/6 | 1,000.00 | |
| 10/6 | CHECK 7557884 | 10/6 | 3,000.00 | |
| 10/9 | ATM WITHDRAWAL 10/6/06 2:05 PM 124080 BNP BASTIA          4109 | 10/9 | 300.00 | |
| 10/9 | CHECK 7557883 | 10/9 | 18,000.00 | |
| 10/10 | ACCT TO ACCT TRANSFER RECEIVED TRABULSE ALEXAND DT COVERAGE | 10/1 | | 6,000.00 |
| 10/2 | ATM WITHDRAWAL 10/11/06 1:46PM 009035 CORTE          4109 | 10/1 | 300.00 | |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
00115

Page    1

BNP PARIBAS S.A. with capital of 1,865,756,908 Euros. 16, boulevard des Italiens- 75009 Paris. Registered in the Paris Corporate and Trade Register under number 662 042 449. E.C. Identifier FR76662042449- Customer Relations Center: 0 820 820 001 (0.12 Euros/minute) -3615 BNP PARIBAS (0.15 Euros/min) www.bnpparibas.net

63 Translator's Note: Characters on left side of page are cut off



BNP PARIBAS

**DUPLICATE ACCOUNT STATEMENT**
September 30, 2006 to October 31, 2006

MR. ALEXANDER TRABULSE

Domiciliation
Branch: PARIS CHAMPS EL (00804)
Account: ██████████9885

Account currency: Euros

| Date | Nature of transactions | Value | Debit | Credit |
|------|------------------------|-------|-------|--------|
| 10/13 | FT INTERNET ORANGE WITHDRAWAL NUM 422262 DEADLINE 10/13/06 REF 111751388 11228412804WFE | 10/13 | 22,56 | |
| 10/16 | ATM WITHDRAWAL 10/13/06 7:05pm 000381 CAIS E P CORTE ██████████4109 | 10/16 | 300.00 | |
| 10/17 | ATM WITHDRAWAL 10/16/06 2:20PM 209321 VENTIS ERI ██████████4109 | 10/16 | 300.00 | |
| 10/23 | ATM WITHDRAWAL 10/21/06 8:47PM 009039 BONIFA CIO ██████████4109 | 10/21 | 300.00 | |
| 10/24 | ATM WITHDRAWAL 10/23/06 9:17PM 200431 ERBALU NGA ██████████4109 | 10/23 | 300.00 | |
| 10/27 | FOREIGN TRANSFER RECEIVED /FROM FROM UNITED STATES/ REASON PARIS BUSINESS EXPENSES/ MMO 39,323.63 EUROS.REF ZZ0ELR3R7IQCBPQAE | 10/28 | | 39,309.08 |
| 10/30 | ATM WITHDRAWAL 10/28/06 12:21 PM 009020 ILE ROUSSE ██████████4109 | 10/28 | 200.00 | |
| 10/31 | CARD INVOICE FOR 10/13/06 YOUR BASIC BIRD CARD ██████████2948 USA 12.06 USD + COMMISSION 1.08 EUROS | 10/31 | 10.72 | |
| 10/31 | CARD INVOICE FOR 9/30/06 YOUR BASIC BIRD CARD ██████████2948 USA 12.70 USD + COMMISSION 1.09 EUROS | 10/31 | 11.06 | |
| 10/31 | CARD INVOICE FOR 10/18/06 TRADER JOE S 1 CARD ██████████2948 USA 17.85 USD + COMMISSION 1.21 EUROS | 10/31 | 15.38 | |
| 10/31 | CARD INVOICE FOR 9/20/06 MANPUKU RESTAUR CARD ██████████2948 USA 18.65 USD + COMMISSION 1.23 EUROS | 10/31 | 15.92 | |
| 10/31 | CARD INVOICE FOR 10/10/06 THE RED GRAPE CARD ██████████2948 USA 18.47 USD + COMMISSION 1.23 EUROS | 10/31 | 15.96 | |
| 10/31 | CARD INVOICE FOR 9/30/06 MANPUKU RESTAUR CARD ██████████2948 USA 21.22 USD + COMMISSION 1.29 EUROS | 10/31 | 18.04 | |
| 10/31 | CARD INVOICE FOR 9/27/06 PIZZA AZZURRO CARD ██████████2948 USA 22.19 USD + COMMISSION 1.31 EUROS | 10/31 | 18.79 | |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
000116

Page    2

BNP PARIBAS S.A. with capital of 1,865,756,908 Euros. 16, boulevard des Italiens- 75009 Paris. Registered in the Paris Corporate and Trade Register under number 662 042 449. E.C. Identifier FR76662042449- Customer Relations Center: 0 820 820 001 (0.12 Euros/minute) -3615 BNP PARIBAS (0.15 Euros/min) www.bnpparibas.net

**BNP PARIBAS**

MR. ALEXANDER TRABULSE

**DUPLICATE ACCOUNT STATEMENT**
September 30, 2006 to October 31, 2006



Domiciliation
Branch: PARIS CHAMPS EL (00804)
Account: ⬛⬛⬛⬛9885

Account currency: Euros

| Date | Nature of transactions | Value | Debit | Credit |
|------|------------------------|-------|-------|--------|
| 10/31 | CARD INVOICE FOR 10/13/06 GLOBAL EXCHANGE CARD ⬛⬛⬛2948 | 10/31 | 24.35 | |
| 10/31 | USA 28.63 USD + COMMISSION 1.46 EUROS CARD INVOICE FOR 9/30/06 AJANTA CARD⬛⬛⬛2948 | 10/31 | 25.09 | |
| 10/31 | USA 29.91 USD + COMMISSION 1.48 EUROS CARD INVOICE FOR 10/13/06 MRS. DALLOWAYS CARD ⬛⬛⬛2948 | 10/31 | 29.41 | |
| 10/31 | USA 34.77 USD + COMMISSION 1.61 EUROS CARD INVOICE FOR 9/26/06 MONTERY MARKET CARD⬛⬛⬛2948 | 10/31 | 30.59 | |
| 10/31 | USA 36.76 USD + COMMISSION 1.64 EUROS CARD INVOICE FOR 9/26/06 THE CHEESE BOAR CARD⬛⬛⬛2948 | 10/31 | 38.28 | |
| 10/31 | USA 46.21 + COMMISSION 1.86 EUROS CARD INVOICE FOR 9/26/06 BERKELEY BOWL M CARD⬛⬛⬛2948 | 10/31 | 59.77 | |
| 10/31 | USA 72.78 USD + COMMISSION 2.46 EUROS CARD INVOICE FOR 10/20/06 ROBATA GRILL & CARD⬛⬛⬛2948 | 10/31 | 81.21 | |
| 10/31 | USA 98.56 USD + COMMISSION 3.07 EUROS CARD INVOICE FOR 10/14/06 PRATHER RANCH CARD⬛⬛⬛2948 | 10/31 | 94.56 | |
| 10/31 | USA 113.97 USD + COMMISSION 3.44 EUROS CARD INVOICE FOR 10/10/06 SOLE DESIRE CARD ⬛⬛⬛2948 | 10/31 | 102.55 | |
| 10/31 | USA 123.91 USD + COMMISSION 3.67 EUROS CARD INVOICE FOR THE PILGRIMS WAY CARD ⬛⬛⬛2948 | 10/31 | 126.54 | |
| 10/31 | USA 154.12 USD + COMMISSION 4.34 EUROS CARD INVOICE FOR 9/26/06 FARLEAVES TEA I CARD ⬛⬛⬛2948 | 10/31 | 171.19 | |
| 10/31 | USA 210.11 USD + COMMISSION 5.60 EUROS CARD INVOICE FOR 10/5/06 ANY MTN BERKELE CARD ⬛⬛⬛2948 | 10/31 | 182.38 | |
| 10/31 | USA 222.17 USD + COMMISSION 5.92 EUROS CARD INVOICE FOR 10/13/06 ANY MTN BERKELE CARD⬛⬛⬛2948 | 10/31 | 207.01 | |
| 10/31 | USA 250.66 USD + COMMISSION 6.61 EUROS CARD INVOICE FOLLOWING WITHDRAWAL OF 10/25/2006 | 10/31 | 9,007.52 | |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
000117

Page

BNP PARIBAS S.A. with capital of 1,865,756,908 Euros. 16, boulevard des Italiens- 75009 Paris. Registered in the Paris Corporate and Trade Register under number 662 042 449. E.C. Identifier FR76662042449- Customer Relations Center: 0 820 820 001 (0.12 Euros/minute) -3615 BNP PARIBAS (0.15 Euros/min) www.bnpparibas.net

BNP PARIBAS

**DUPLICATE ACCOUNT STATEMENT**
September 30, 2006 to October 31, 2006

MR. ALEXANDER TRABULSE

 REDACTED

Domiciliation
Branch: PARIS CHAMPS EL (00804)
Account: ████████9885

**Account currency: Euros**

| Date | Nature of transactions | Value | Debit | Credit |
|------|------------------------|-------|-------|--------|
| 10/31 | ACCT TO ACCT TRANSFER ISSUED ON THE P.E.L<br>████████9236<br><br>Reminder: your customer number is: ████0835<br>It allows you to manage your accounts and complete your current transactions by telephone at 0 820 820 001 (0.12 Euros/min) BNP PARIBAS Customer Relations Center and by using your secret code, on the Internet at www.bnpparibas.net, on your cell phone at mobile.bnpparibas.net or on the Minitel. To obtain your secret code, contact your advisor | 11/1 | 45.00 | |

| | | | | |
|------|------------------------|-------|-------|--------|
| TOTAL AMOUNT | | | 37,629.88 | 45,309.08 |
| POSITIVE BALANCE ON 10/31/2006 | | | | 29,783.95 |

CONFIDENTIAL PURSUANT TO
SECTION 24(d)
000118

Page    4

BNP PARIBAS S.A. with capital of 1,865,756,908 Euros. 16, boulevard des Italiens- 75009 Paris. Registered in the Paris Corporate and Trade Register under number 662 042 449. E.C. Identifier FR76662042449- Customer Relations Center: 0 820 820 001 (0.12 Euros/minute) -3615 BNP PARIBAS (0.15 Euros/min) www.bnpparibas.net

# EXHIBIT 46

REDACTED

B nk of the West
FULL TRANSACTION REPORT

MTS_0325    Run 22-AUG-2005 21:07 P ge 5590
For 15-AUG-2005

<<< TRN: 050815-007191 >>>

( B nk : SWA )

**** MESSAGE ENVELOPE ****          EXT:

SRC:BRC CALLER:SF PRIVATE BANKING, DEPT 139

SND DATE:05/08/15.

RPTH        AMT:9,600.00         CUR:EUR RATE: 1.25         TRDR#JENNYX
TEST:301085 VAL:05/08/17    TYP:SPL/    FNDS:S CHG:DB:Y CD:Y COM:Y CBL:Y

DPT D C   2573/                 CDT F/9399992033/              ADV:SWF
:AHEY HEDGE FUND LP             DEPT:1184
68 BUSH ST STE 4232            BNP PARIBAS PARIS
AN FRANCISCO CA 94104-3503     CENTRE DE CAMPTABILITE DEVIS
SEND:8/139                     75450 PARIS CEDEX 09
RANCH TEST KEY FILE            PARIS FRANCE
F PRIVATE BANKING DEPT 139     SPECIAL INSTRUCTIONS:
                               950/BNPAFRPP

AXBOTH/9396578
NF BANK:S/BNPAFRPPPCE          WER:
NF PARIBAS SA (FORMERLY BANQUE NAT
(ONALE DE PARIS S.A.)
(CHAMPS-ELYSEES)
ARIS,FR
NF:               0955 CHG:S BK?N
25
:ATHERINE MARY O'RILEY

RIG TO BNF INFO:
ARIS BUSINESS EXPENSES

**** CREDIT PAYMENT MESSAGE TEXT ****

                                        (TYPE: 103)

ess ge Text
estin tion:
:/BNPAFRPP
NP PARIBAS PARIS
ENTRE DE CAMPTABILITE DEVIS
5450 PARIS CEDEX 09
ARIS FRANCE

ingle Customer Credit Tr nsfer

:20:  /Tr ns ction Reference Number:
50815007191
:23B: /B nk Oper tion Code:
RED
:32A: /V lue D te, Currency, Interb nk Settled Amount:
) te: 05/08/17  EUR Europe n Currency Unit 9,600.000
:33B: /Currency, Instructed Amount:
UR Europe n Currency Unit 9,600.000
:50K: /Ordering Customer:
AHEY HEDGE FUND LP
68 BUSH ST STE 4232
AN FRANCISCO CA 94104-3503
:57A: /Account With:
:/BNPAFRPPPCE

BOW 00579

Bank of the West
FULL TRANSACTION REPORT

MTS_0325    Run 13-OCT-2004 02:22 Page 1933
For 04-OCT-2004

<<< TRN: 041004-002467 >>>

**** MESSAGE ENVELOPE ****

( Bank : SWA )

SRC:BRC CALLER:SF PRIVATE BANKING, DEPT 139    EXT:

SND DATE:04/10/04

REDACTED

RPT#    AMT:8,019.25'    CUR:EUR RATE: 1.247    TRDR#:CHRISX
TEST:301228 VAL:04/10/06 /    TYP:SPL/    FNDS:S CHG:DB:Y CD:Y COM:N CBL:N
-----------------------------------------------------------
                                       CDT F/939992033/                  ADV:SWF
*DET D/    2573                        DEPT:184
FAHEY HEDGE FUND, LP                   BNP PARIBAS PARIS
268 BUSH ST STE 4232                   CENTRE DE CAMPTABILITE DEVIS
SAN FRANCISCO     CA 941043503         75450 PARIS CEDEX 09
SEND:B/139                             PARIS FRANCE
BRANCH TEST KEY FILE                   SPECIAL INSTRUCTIONS:
950/BNPAFRPP

FAXBOTH/9396578
BNP:/                   095502 CHG:S BKN
536
CATHARINE MARY O'RILEY

**** CREDIT PAYMENT MESSAGE TEXT ****

Message Text
Destination:
S/BNPAFRPP
BNP PARIBAS PARIS
CENTRE DE CAMPTABILITE DEVIS
75450 PARIS CEDEX 09
PARIS FRANCE

Single Customer Credit Transfer                        (TYPE: 103)

::103
:20:      /Transaction Reference Number:
041004002467
:23B:     /Bank Operation Code:
CRED
:32A:     /Value Date, Currency, Interbank Settled Amount:
Date: 04/10/06 8,019.250 EUR European Currency Unit
:33B:     /Currency, Instructed Amount:
8,019.250 EUR European Currency Unit
:50K:     /Ordering Customer:
FAHEY HEDGE FUND, LP
268 BUSH ST STE 4232
SAN FRANCISCO    CA 941043503
:59:      /Beneficiary Customer:
           95502536
CATHARINE MARY O'RILEY
:71A:     /Details of Charges:
SHA

MESSAGE HISTORY SEQUENCE
-------------------------
SWA is the owning bank. Priority:    Delivery ACK:
REF INDEX       REF #: 2004100400002467  4-OCT-2004 10:23:29.68

# EXHIBIT 47

```
Bank of the West                    MTS_0320   Run 24-APR-2006 20:59 Page  4255
FULL TRANSACTION REPORT                        For 17-APR-2006

   <<< TRN: 060417-004182 >>>

   **** MESSAGE ENVELOPE ****                  ( Bank : SWA )


   SRC:BRC CALLER:SF PRIVATE BANKING, DEPT 139       EXT:

   RPT#        AMT:65,000.00          CUR:USD                     TRDR#
   TEST:601437 VAL:                   TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:Y CBL:Y
   ------------------------------------------------------------------------
   DBT D/█████2573/                   CDT A/026009593              ADV:FED
   DEPT:102                           BANK OF AMERICA NT AND SA
   FAHEY HEDGE FUND LP                NEW YORK NY 10048-1191
   268 BUSH ST STE 4232
   SAN FRANCISCO CA 94104-3503
   SEND:B/139                         BNF:/█████6778          CHG:  BK?N
   BRANCH TEST KEY FILE               CATHERINE O'RILEY
   SF PRIVATE BANKING DEPT 139        14885 GOLD CONE DRIVE
   415-765-4801                       GRASS VALLEY, CA 95949
   BANK TO BANK INFO:
   3530 MT. DIABLO BLVD., LAFAYETTE,
   CA 94549
```

**REDACTED**

```
   **** CREDIT PAYMENT MESSAGE TEXT ****

   {1510} Type/Subtype Code:
   Type Code:              10 (Transfer of funds)
   Subtype Code:           00 (Regular transfer)


   {2000} Amount:              $65,000.00

   {3100} Sending Bank:
   ABA number:             121100782
   Short name:             BK WEST
   ABA lookup (REL):       BANK OF THE WEST
   2050 N CALIFORNIA BLVD
   WALNUT CREEK CA 94596-3548


   {3320} Sender Reference:     060417004182

   {3400} Receiving Bank:
   ABA number:             026009593
   Short name:             BK AMER INTL NYC
   ABA lookup (REL):       BANK OF AMERICA NT AND SA
   NEW YORK NY 10048-1191


   {3600} Business Function Code:    CTR (Customer transfer)


   {4200} Beneficiary:          D/0525506778
   CATHERINE O'RILEY
   14885 GOLD CONE DRIVE
   GRASS VALLEY, CA 95949


   {5000} Originator:           D/102002573
   FAHEY HEDGE FUND LP
   268 BUSH ST STE 4232
   SAN FRANCISCO CA 94104-3503


   {5100} Originator's Bank:        /
   BRANCH TEST KEY FILE
   SF PRIVATE BANKING DEPT 139
   415-765-4801


   {6500} Bank to Bank Info:        3530 MT. DIABLO BLVD., LAFAYETTE,
   CA 94549
```

```
MESSAGE HISTORY SEQUENCE
----------------------------------
SWA is the owning bank. Priority:    Delivery ACK:
REF_INDEX          REF #: 2006041700004182  17-APR-2006 11:43:13.59
MTRANSFTRENT_LOG        OPRID: JACKIE  TIME: 17-APR-2006 11:43:13.59
*SYS_MEMO          AUTOTRIEVE VLD call returned V & name & address.
*SYS_MEMO          CUSTOMER NAME & ADDRESS QUERY SUCCESSFUL
*DDA_INQ_DBT       INQ_DBT  AMOUNT: 65000.00
*ADR_MSG_QUE   ENQ TEXT: 060417004182
```

# EXHIBIT 48

```
Bank of the West                    MTS_0320-  Run 21-JUN-2006 20:56 Page  2742
FULL TRANSACTION REPORT                        For 14-JUN-2006

<<< TRN: 060614-006289 >>>

**** MESSAGE ENVELOPE ****              ( Bank : SWA )

SRC:BRC CALLER:SF PRIVATE BANKING, DEPT 139        EXT:

RPT#        AMT:12,500.00          CUR:USD                    TRDR#
TEST:861542 VAL:                   TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:Y CBL:Y
------------------------------------------------------------------------------
DBT D/      2573/                   CDT *A/121142313              ADV:FED
DEPT:102                            CITIZENS BANK OF NORTHERN CALIFORNI
FAHEY HEDGE FUND, LP                NEVADA CITY, CA
FAHEY FUND
268 BUSH ST STE 4232               BNF:       9373
SAN FRANCISCO CA        94104      AT HOME THEATER             CHG:  BK2N
SEND:B/139
BRANCH TEST KEY FILE
SF PRIVATE BANKING DEPT 139
415-765-4801
BANK TO BANK INFO:
709A SUTTON WAY GRASS VALLEY CA
95945 CONTACT IS B KOSHER                  REDACTED


**** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
Type Code:                  10 (Transfer of funds)
Subtype Code:               00 (Regular transfer)

{2000} Amount:                    $12,500.00

{3100} Sending Bank:
ABA number:                 121100782
Short name:                 BK WEST
ABA lookup (REL):           BANK OF THE WEST
2050 N CALIFORNIA BLVD
WALNUT CREEK CA 94596-3548

{3320} Sender Reference:          060614006289

{3400} Receiving Bank:
ABA number:                 121142313
Short name:                 CITZ NV CNTY NV CY
ABA lookup (AUX):           CITIZENS BANK OF NORTHERN CALIFORNI
NEVADA CITY, CA

{3600} Business Function Code:    CTR (Customer transfer)

{4200} Beneficiary:                      9373
AT HOME THEATER

{5000} Originator:                       2573
FAHEY HEDGE FUND, LP
FAHEY FUND
268 BUSH ST STE 4232
SAN FRANCISCO CA        94104

{5100} Originator's Bank:                 /
BRANCH TEST KEY FILE
SF PRIVATE BANKING DEPT 139
415-765-4801

{6500} Bank to Bank Info:         709A SUTTON WAY GRASS VALLEY CA
95945 CONTACT IS B KOSHER
```

**BOW 00479**

```
MESSAGE HISTORY SEQUENCE
--------------------------------
SWA is the owning bank. Priority:    Delivery ACK:
REF_INDEX           REF #: 2006061400006289  14-JUN-2006 13:51:17.46
MTRANSFTRENT_LOG         OPRID: SANDRA  TIME: 14-JUN-2006 13:51:17.46
*SYS_MEMO           AUTOTRIEVE VLD call returned V & name & address.
*SYS_MEMO           CUSTOMER NAME & ADDRESS QUERY SUCCESSFUL
*DDA_INQ_DBT        INQ_DBT  AMOUNT: 12500.00
*ADR_MSG_QUE   ENQ TEXT: 060614006289
```

BOW 00480

```
Bank of the West                    MTS_0320   Run  4-AUG-2006 20:58 Page  3195
FULL TRANSACTION REPORT                        For 28-JUL-2006

<<< TRN: 060728-002646 >>>

**** MESSAGE ENVELOPE ****                   ( Bank : SWA )


SRC:BRC CALLER:SF PRIVATE BANKING, DEPT 139        EXT:

RPT#       AMT:14,145.78              CUR:USD                    TRDR#
TEST:902073 VAL:                     TYP:FTR/1000 FNDS:S CHG:DB:Y CD:N COM:Y CBL:Y
----------------------------------------------------------------------------
DBT D/▓▓▓▓2573/                      CDT *A/121142313                 ADV:FED
DEPT:102                             CITIZENS BANK OF NORTHERN CALIFORNI
FAHEY HEDGE FUND, LP                 NEVADA CITY, CA
FAHEY FUND
268 BUSH ST STE 4232                 BNF▓▓▓▓▓9373           CHG:  BK?N
SAN FRANCISCO CA        94104        AT HOME THEATER
SEND:B/139
BRANCH TEST KEY FILE
SF PRIVATE BANKING DEPT 139
415-765-4801
BANK TO BANK INFO:
709A SUTTON WAY GRASS VALLEY CA
95945                                            REDACTED


**** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
Type Code:                   10 (Transfer of funds)
Subtype Code:                00 (Regular transfer)

{2000} Amount:                   $14,145.78

{3100} Sending Bank:
ABA number:                  121100782
Short name:                  BK WEST
ABA lookup (REL):            BANK OF THE WEST
2050 N CALIFORNIA BLVD
WALNUT CREEK CA 94596-3548


{3320} Sender Reference:         060728002646

{3400} Receiving Bank:
ABA number:                  121142313
Short name:                  CITZ NV CNTY NV CY
ABA lookup (AUX):            CITIZENS BANK OF NORTHERN CALIFORNI
NEVADA CITY, CA

{3600} Business Function Code:    CTR (Customer transfer)


{4200} Beneficiary:              ▓▓▓▓9373
AT HOME THEATER


{5000} Originator:               ▓▓▓▓2573
FAHEY HEDGE FUND, LP
FAHEY FUND
268 BUSH ST STE 4232
SAN FRANCISCO CA        94104


{5100} Originator's Bank:         /
BRANCH TEST KEY FILE
SF PRIVATE BANKING DEPT 139
415-765-4801

{6500} Bank to Bank Info:         709A SUTTON WAY GRASS VALLEY CA
95945
```

BOW 00501

```
MESSAGE HISTORY SEQUENCE
-------------------------------
SWA is the owning bank. Priority:    Delivery ACK:
REF_INDEX          REF #: 2006072800002646  28-JUL-2006 09:10:57.25
MTRANSFTRENT_LOG        OPRID: JANICE  TIME: 28-JUL-2006 09:10:57.25
*SYS_MEMO          AUTOTRIEVE VLD call returned V & name & address.
*SYS_MEMO          CUSTOMER NAME & ADDRESS QUERY SUCCESSFUL
*DDA_INQ_DBT       INQ_DBT  AMOUNT: 14145.78
*ADR_MSG_QUE  ENQ TEXT: 060728002646
```

BOW 00502

# EXHIBIT 49



Account:102002573  Check#:0  Amount:$1,300,000.00  Sequence:21417320  Date:06-19-2006

Account █████5953  Check#:1195  Amount:$1,300,000.00  Sequence:21417325  Date:06-19-2006

REDACTED

BOW 00380

# EXHIBIT 50

**Bank of America**

# REDACTED

Capture Date: 20060215 Sequence #: 0760334519

**Bank of America**

Date 02/15/06

Name Fahey Financial Group, Inc.
(Please Print)

Address
(Please Print)

City/State/Zip
(Please Print)

Telephone (        )

X

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Out of State Counter Deposit**

Cash ▶
Checks ▶            50,000 —

Subtotal ▶
Less Cash ▶

Total Deposit $   50,000 —

Proof Code Account Number            5114

⑈540880133⑈  0049617851114⑈  5⑈0005000000⑈

No Electronic Endorsements Found
No Payee Endorsements Found

BOA 000273



**REDACTED**

Capture Date: 20060215 Sequence #: 0760334520

JOHN F. NOVAK
ELIZABETH A. NOVAK
DARIEN, CT 06820-2915

1366

Date 2/8/06

Pay to the order of _Fancy Financial Group Inc_     $ 50,000.00

Fifty (Thousand) _____ Dollars

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

Memo _____     _John F. Novak_

⑆021000021⑆     666⑈     1366   ⑆000 5000000⑆

PAY TO THE ORDER OF
BANK OF AMERICA
LAS VEGAS, NV 89145-8600
FOR DEPOSIT ONLY
FANCY FINANCIAL GROUP INC.

No Electronic Endorsements Found
No Payee Endorsements Found

BOA 000274

# EXHIBIT 51

**REDACTED**

*Anne J. Fisher*

█████████

*San Francisco, CA 94114*

*Telephone:* █████████

SEC
SAN FRANCISCO
2007 FEB 12 PM 3:38

2/8/07

I have enclosed 15 pieces of paper which is everything contained in a file kept by me entitled Fahey Fund. These are originals with the exception of the 2 copies of the checks I wrote for $100,000 each.

① letter from Jim Trebulse dated 5/21/06

2 ~~Copy of~~ cover Letters from Jim Trebulse dated 6/1/06

3 Page 3 and 4 of letter dated 6/1/06

4 Page 1 and 2 of letter dated 6/1/06

5. Fahey Hedge fund eight year Quarterly Track Record

6. Fahey fund - Tax Deferred, etc

7. Article from San Francisco Business section

8. Copy of check written to Fahey fund dated 8/3/06

9. Copy of wire transfer to Fahey (I don't know what to call "it")

10. copy of check written to Fahey fund dated 6/9/06

11. copy of wire transfer to Fahey (See #9)

12. 12/31/06 financial statement sent to me by Fahey

13  9/3/06      "

14  6/30/06     "

15  3/31/06     "

I first heard of this fund from Michael Schroeder

AF 000001

of Coldwell Banker. He suggested that I phone
Pastor, the daughter of Jim Trabulse CEO of Fahey.
Sometime between the letters of 5/21/06 and
6/9/06 I received a phone call from Jim
Trabulse. Although it was a rather long
conversation, I don't remember much of what
was said.

AF 000002

*1*

**From:** Fahey Hedge Fund <bigcheese@faheyfund.com>
**Subject:** Hi From Michael Schroeder's Trader, Jim Trabulse
**Date:** May 21, 2006 10:19:38 PM PDT
**To:** annfisher347@sbcglobal.net

HI Ms. Fisher

Michael is very pleased, as are all my investors, with our 10 years of
consistent profits in all kinds of markets, up down, sideways, you name
it: if it moves, I can make it pay.

We have experienced a respectable success, based on conservative
money-management practices. Also, we take a great deal of time to make a
trade, sometimes waiting for as long as 5 years to take a position.
Patience, low risk and consistent profits make for a good solid result.

I would like to talk with you, if you don't mind. Even though I am in
Paris right now, if you would give me some times I might call you, I
could answer your questions.

: have printed information, of course. It is being revised, but if you
would like the old stuff, I would have my manager get it to you.
Nothing has changed in the markets except the prices. One aims to sell
for more than one bought! Intelligent, eh?

The Fund has two types of investments, one is for tax deferred money,
like IRA's, Trusts, etc. and the other is for regular trading capital.
The minimum is $100,000 for referrals and $250,000 for non-referrals.
Obviously, you are a referral from the excellent Michael, so you decide
your entry investment.

You don't have to leave your money in for any particular length of time.
There are no fees, as our only compensation comes from sharing the
profits. Of course, I always recommend that the investment remain at
least three years as that give us a chance to make a large percentage
and strut our stuff.

Please let me know the best time to call. If you call me here in Paris,
the direct call is 011 33 6 7151 8599 and runs anywhere from 10c a
minute and up, depending on the greed level of your carrier.

Thanks
Jim Trabulse
Fahey Fund

*[Handwritten notes:]*

$1000 shares
100
——————
$100,000

1 W

Michael
Jim Trabulse
1 800 - 783 - 2333
1. 650 - 757 1364

Daughter Easter
1-707 812 5487

Sent

# EXHIBIT 52

LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL D. CELIO
MDC@KVN.COM



February 14, 2007

## FOIA CONFIDENTIAL TREATMENT REQUEST

**VIA HAND DELIVERY**

Erin E. Schneider
Office of Enforcement
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

**VIA FIRST CLASS MAIL**

Office of Freedom of Information and Privacy
Act Operations, SEC
Operations Center
6432 General Green Way
Alexandria, VA 22312-2413

Re:    In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Ms. Schneider and To Whom It May Concern:

Enclosed with the copy of this letter sent to Mr. Schneider of the U.S. Securities and Exchange Commission is the production of documents in response to the subpoenas to Alexander James Trabulse, Fahey Fund, Fahey Financial Group and International Trade & Data dated January 29, 2007.

Pursuant to 17 C.F.R. § 200.83, I request confidential treatment under the Freedom of Information Act of the information submitted to the Commission by the subpoenaed parties. This request is being made in order to protect Mr. Trabulse's personal privacy.

The documents Mr. Trabulse has submitted have been Bates-stamped and marked "Confidential" as required by 17 C.F.R. § 200.83(c)(2). Confidential treatment is requested for each and every document submitted with this letter, i.e. Bates-stamped  FAHEY-SEC-000001 to FAHEY-SEC-004120.

Erin E. Schneider;
Office of Freedom of Information
and Privacy Act Operations, SEC
February 14, 2007
Page 2

     If you have any questions about Mr. Trabulse's production or his request for confidential
treatment under the Freedom of Information Act, please do not hesitate to contact me at the
address and telephone number listed above.

                          Very truly yours,

                          MICHAEL D. CELIO

MDC:wik
Enclosures:
(documents with letter sent to Ms. Schneider)
(self addressed stamped envelope with letter sent to Office of Freedom of Information)

## Preliminary Agreement between Count Yogi Golf, llc/Count Yogi Management Trust And Fahey Hedge Fund and/or Fahey Financial Group, Inc.

Sep 01, 2005

The purpose of this agreement is to identify and finance the activities that lead Count Yogi Golf and Fahey Fund to achieve the following:

a) Preserve and extend the Count Yogi golf system, teaching method, golf etiquette and golf course management skills

b) Increase profitable sales of existing materials to acceptable levels. These materials are at present, but not limited to:
   a. Books, DVD's, CD's, internet sales, and all existing written materials
   b. Platform toPerfection™ and related training aids
   c. Personal lessons from Mr. T. Nicholls

c) Preserve all materials regarding Count Yogi which are at present in a precarious state, such as newspaper files, films, video files, golf clubs, signature cards, memorabilia, and such like. This will include digitizing all film footage, and all editorial costs related to such

d) Preparation of both film stock and documentary material, to be produced perhaps by others, but to be the sole property of Count Yogi Golf, llc

e) Purchase of facilities consistent with the claims and fame of Count Yogi such as:
   a. Customized golf clubs
   b. Customized clothing, grips, bags, shoes, balls and all and any manner of accessories
   c. Fees, dues, tips, etc. relevant to both playing lessons and use of golf courses
   d. Membership(s) to important golf courses, facilities, etc.
   e. Memberships to professional organizations who are friendly to Count Yogi Golf

f) Purchase of property, leasing of property, for both income and/or capital gains
   a. We anticipate in the coming year the need for a visible, easily accessible place of business for both the safe storage of the above mentioned inventory, as well as business equipment, so we intend to lease a commercial space for no less than two (2) years This facility will have a storage area; high speed internet access, phones, office equipment, a showroom, and a possible area for 'strokes" (Count Yogi's word for short shots)
   b. This area can have and should have the following:
      i.  Golf customizing tools, such as bending and frequency testing machines, etc.
      ii. Video equipment for showing the above-mentioned digitized films
      iii. Place for automobile(s)
   c. It is the opinion of both entities that real estate prices might decline and hence it would be wise to purchase country club real estate if available for use by Count Yogi and investors and potential investor into the Fahey Fund
   d. It is the opinion of both parties that commercially zoned real estate prices might offer us an opportunity to purchase and develop land for a Count Yogi Training Center, a private, membership operation only

g) All PRELIMINARY properties will be held by Fahey Hedge Fund/ Fahey Financial Group, inc. until the Count Yogi golf operation is showing positive cash flow

PART II: The Henry Frankenberg Society/foundation/ for the Preservation of the True Golf Swing

We believe we need the support of the most enthusiastic elements and persons in the amateur golf community to fund and oversee the preservation of the art form and teaching method of Count Yogi Golf. Hence, we desire to select a board of at least 10 persons who will invest a certain high minimum (at least $5,000,000US) and will utilize this capital to develop the preservation and extension of Count Yogi Golf world wide, beginning in the US and then to the UK.

PART III: Ownership of Count Yogi Golf and benefits to Fahey entities

FOIA CONFIDENTIAL
TREATMENT REQUESTED

— 1~ —

FAHEY-SEC- 000853

1)

a) Fahey will initially provide the seed money for this project. In exchange for this, Fahey will have the right to have all members of the Fahey Fund PERSONALLY trained by Mr. Nicholls (a $250,000 cost) including customized clubs ($225,000)

b) Fahey will retain all rights to leases, real estate, etc., until and when this is transferred and PAID for by the trustees of the above mentioned (Part II) Society at present market rates. If there is a loss, Fahey will absorb the capital loss(es)

c) Fahey will assist at all marketing, especially when the golfers are men and women of high net worth, so as to discuss with them financial risks and rewards of the various Fahey investment opportunities.

d) Fahey receives a portion to be determined later, of all cash flows, capital gains, developed assets, such as film distributions

e) Fahey does NOT receive any title, implicit or actual, of any property, trademarks, proprietary methods, etc. from Count Yogi Golf, llc or Mr. Tim Nicholls

f) Fahey agrees to not promote, sell, or otherwise do anything with Count Yogi Golf under the Fahey name, except to publicize it as agreed above, and with the limits stipulated

PART III: Dissolution of Relationship

In case either party wishes to separate, or form other options, Fahey will not inhibit this. Once the Society has full financial control of Count Yogi Golf, llc in place, Fahey will recover its investments with a minimum return of 15% per year simple, from the date of this agreement.. This will be settled by the society.

Mr. Nicholls is held harmless from any debts, implied or explicit, to Fahey Fund, except those which are collateralized by assets.

Count Yogi Golf, llc is held harmless from any debts implied or explicit, to Fahey Fund as above.

PART IV: Continuing Planning

This agreement may change in its character and will be altered by mutual consent and amendment

We agree this 1st day of September 2005

Count Yogi Golf, llc/Count Yogi Management Trust

By: _Timothy Nicholls_, Trustee

Date: 9-5-05

Fahey Hedge Fund, Fahey Financial Group, Inc.

by: _John Pres_

Date: Sep. 07 '05

Amendment 1: All funds given, loaned, etc., prior to this agreement are forwarded to this date, and included as funds to be returned when and until Count Yogi Golf, llc, is under the direct control of the Trustees of the Society

Initials:  Count Yogi Golf, llc _TN_,    Fahey Hedge Fund, Fahey Financial Group, Inc. _JT_

Date: 9-5-05    Date: Sep 07 2005

Amendment 2: Purchase of an Automobile by Fahey/FFG for Count Yogi Golf, llc. For both use and marketing appearance, recognizing that Country Clubs expect a prosperous appearance, this will be a very well preserved BMW X series, details to be determined. Said auto will be registered and insurance and maintenance upheld by CYG, llc. Price not to exceed $30,000 and in case of dissolution, car will be reregistered to the Fahey Fund.

FOIA CONFIDENTIAL
TREATMENT REQUESTED

— 2. —

FAHEY-SEC- 000854

2)

ADDENDUM 1: On Jan 17, 2006 Fahey Financial Group, Inc. acquired two (2) developed lots in the Saticoy Country Club. The purpose of this addendum is to notify the parties to this agreement that these lots are designated to fulfill the following purpose, unless and until a material modification is stated:

1) To purchase these properties as a real estate speculation entirely under the control and development of the Fahey Financial Group, Inc.

2) To possibly utilize the developed property with homes, etc. as places of TIMESHARE for both investors and potential investors for the Fahey entities

3) To give first offer to Count Yogi Golf, llc or to the abovementioned Society to purchase these properties at the prevailing market price. If this is done, the privilege of Fahey investors or potential investors could be modified but not removed

ADDENDUM 2: As of Jan 02, 2006 Fahey Financial Group, Inc. agreed to pre-pay a 24 month lease to Told Industries for a perfect commercial space for exclusive use of Count Yogi Golf at the following address: 651 via Alondra, Suite 707 Camarillo, CA 93012. The decision to renew this lease will be taken at the time, although our intentions are to relocate to a more 'upscale' area.

ADDENDUM:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000855

FAHEY FUND Disbursements

Fahey Fund Wire $22,000 Feb 27, 2006 for digitizing, expenses, etc.

Fahey Fund Wire $29,375.97 to Superior Auto Sales for a 2001 BMW X5 book value $34,000. Register to Count Yogi Golf, llc and/or Timothy Nicholls

Fahey Fund Aug 27, 2006 wire $ 12,000.00 for expenses and equipment for trial

Fahey Fund Sep 08, 2006 wire $5,000 promotional expenses

Fahey Fund wire Nov.04 $40,000 for 30 Cobra CB forged (discontinued) plus drivers, and miscellaneous equipment

Fahey Fund Cashiers Check Dated Jan 02 (??) $ $37,079.63 ($ 1,5498/month) for a two year pre-paid lease for commercial space 651 via Alondra, Suite 707 Camarillo, CA 93012, now known as "COUNT YOGI GOLF"

Fahey Fund wire Jan 27, 2007 $15,000 for balance of Saticoy Country Club Membership

FAHEY FINANCIAL GROUP, Inc. Disbursements (incomplete)

March 08 2006 $ 3000.00 Expenses
July 26, 2006 $ 35,000 Digitizing and more clubs
Nov 25 2006 $10,000 Saticoy CC deposit Membership equity to revert to Fahey Financial Group or Fahey Fund dissolution
As per agreement $ 18,000 per quarter for personal development

FOIA CONFIDENTIAL
TREATMENT REQUESTED

-9-

FAHEY-SEC- 000856

ADDENDUM 1: On Jan 17, 2006 Fahey Financial Group, Inc. acquired two (2) developed lots in the Saticoy Country Club. The purpose of this addendum is to notify the parties to this agreement that these lots are designated to fulfill the following purpose, unless and until a material modification is stated:

1) To purchase these properties as a real estate speculation entirely under the control and development of the Fahey Financial Group, Inc.

2) To possibly utilize the developed property with homes, etc. as places of TIMESHARE for both investors and potential investors for the Fahey entities

3) To give first offer to Count Yogi Golf, llc or to the abovementioned Society to purchase these properties at the prevailing market price. If this is done, the privilege of Fahey investors or potential investors could be modified but not removed

ADDENDUM 2: As of Jan 02, 2006 Fahey Financial Group, Inc. agreed to pre-pay a 24 month lease to Told Industries for a perfect commercial space for exclusive use of Count Yogi Golf at the following address: 651 via Alondra, Suite 707 Camarillo, CA 93012. The decision to renew this lease will be taken at the time, although our intentions are to relocate to a more 'upscale' area.

ADDENDUM:

FOIA CONFIDENTIAL
TREATMENT REQUESTED

FAHEY-SEC- 000857

– 4. –

# EXHIBIT 53

**Bank of America**
Bank of America, N.A.
P.O. Box 2118
Tampa, FL 33622-5118

1.888.BUSINESS (1.888.287.4637)
www.bankofamerica.com

01336 001 SCH999 I1      0

FAHEY FINANCIAL GROUP
268 BUSH ST STE 4232
SAN FRANCISCO CA 94104-3503

**REDACTED**

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Your Bank of America Business Advantage Summary

| Account Name | Account Number | Qualifying Balance* | Type of Balance | Date | Total |
|---|---|---|---|---|---|
| **Deposit Accounts** | | | | | |
| Business Advantage Checking | ████ 5114 | 701,147.77 | Average | 02-27 | |
| Business Economy Checking | 8846 | 59,158.64 | Average** | 02-27 | |
| **Total Deposit Account Balance** | | | | | **$760,306.41** |

Thank you for banking with us. With the balances in your account, there is no monthly maintenance fee for your Business Advantage account this month.

* Balances in your linked accounts that are used to avoid a monthly maintenance fee are listed here. These balances reflect the average or principal balance in your account - for your actual ending account balance, please see the "Account Summary Information" section of your statement.
** Detailed information about this account is not included in this statement.

### Business Advantage Checking

#### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 02/01/07 through 02/28/07 | Statement Beginning Balance | 597,217.42 |
| Number of Deposits/Credits | 4 | Amount of Deposits/Credits | 855,457.28 |
| Number of Withdrawals/Debits | 28 | Amount of Withdrawals/Debits | 928,720.36 |
| Number of Deposited Items | 2 | Statement Ending Balance | 523,954.34 |
| Number of Enclosures | 4 | Average Ledger Balance | 698,531.23 |
| Number of Days in Cycle | 28 | Service Charge | 0.00 |

**Your account has overdraft protection provided by Deposit Account number 0049 6412 8846.**

05-17-1486B 7-2000

**Bank of America**

FAHEY FINANCIAL GROUP

# REDACTED

Page 2 of 4
Account Number: ⬛⬛ 5114
ED P  OE Enclosures 4          45
Statement Period:
02/01/07 through 02/28/07

## Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 02/06 | 100,000.00 | Counter Credit | 813001260999252 |
| 02/14 | 4,500.00 | Deposit | 813001560473160 |
| 02/16 | 957.28 | CheckCard  0212 Air France  05721602671 003362236021 NY 74909467047030000925321 | 917402120305884 |
| 02/16 | 750,000.00 | Wire Type:Wire IN Date: 070216 Time:1404 Et Trn:2007021600194793 Seq:2007021600003906/000900 Orig:Fahey Hedge Fund, Lp ID:⬛⬛2573 Snd Bk:Bank Of The West (CA) ID:121100782 Pmt Det:901 S Ranch O Drive Las Vegas NV 89106 | 903702160194793 |

## Withdrawals and Debits

### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 642 | 1,011.00 | 02/20 | 813002150851451 | 649 | 5,000.00 | 02/21 | 813004792424308 |
| 646 * | 2,200.00 | 02/13 | 813002350519001 | 650 | 20,000.00 | 02/27 | 813000392518728 |
| 648 * | 12,000.00 | 02/07 | 813002350163649 | 689 * | 8,000.00 | 02/27 | 813001392862476 |
| | 2,000.00 | 02/20 | 813004692886969 | | | | |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

### Other Debits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 02/05 | 50,000.00 | Counter Debit | 813002350622477 |
| 02/20 | 808,350.00 | Wire Type:Wire Out Date:070220 Time:1620 Et Trn:2007022000297973 Service Ref:005218 Bnf:Ubs Bank USA ID:101-WA-258640-00 Bnf Bk:Ubs Ag ID:026007993 Pmt Det:01070220012157Nn/Acc/F/C To Howard J. Eleanor //Walsh Acct. We06904Dh Wir/Wals | 903702200297973 |
| 02/20 | 25.00 | Wire Transfer Fee | 903702200141442 |
| **Card Account # 4635 8900 0059 3102:** | | | |
| 02/01 | 76.85 | CheckCard  0130 Schroeders | 917401300114304 |
| 02/02 | 32.18 | CheckCard  0201 Esa   Sti | 917402010335292 |
| 02/05 | 85.95 | CheckCard  0203 Buon Gusto Restorante | 917402030161788 |
| 02/05 | 1,157.28 | CheckCard  0203 Air France  05721602671 | 917402030387012 |
| 02/05 | 1,162.20 | CheckCard  0201 Import Motors | 917402010209453 |
| 02/06 | 10,927.09 | CheckCard  0202 Bich Sakurai | 917402020247944 |
| 02/06 | 109.27 | CheckCard  0202 Bich Sakurai International Transaction Fee | 917402020247944 |
| 02/07 | 915.00 | CheckCard  0205 Eric B Dixon Dds Msd | 917402050007703 |
| 02/12 | 105.01 | CheckCard  0208 IL Fornaio-Levi'S Plza | 917402080124738 |
| 02/12 | 2,388.99 | CheckCard  0208 Import Motors | 917402080113596 |
| 02/14 | 59.19 | CheckCard  0210 Murphy'S Irish Pub | 917402100107376 |
| 02/14 | 276.25 | CheckCard  0212 San Francisco Tennis C | 917402120115129 |
| 02/20 | 220.00 | CheckCard  0217 Bella Vista Restaurant | 917402170256178 |
| 02/23 | 1,355.00 | CheckCard  0222 Pearl Paradise Com | 917402220325977 |
| 02/26 | 50.59 | CheckCard  0223 IL Fornaio-Levi'S Plza | 917402230116945 |

05-17-1486B 7-2000

**BOA 000973**



**Bank of America**

FAHEY FINANCIAL GROUP

**REDACTED**

Page 3 of 4
Account Number:          5114
ED P  0 E  Enclosures 4          45
Statement Period
02/01/07 through 02/28/07          0147106

## Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 02/26 | 687.36 | CheckCard 0223 Sprint Pcs #543 | 917402230324602 |
| 02/27 | 487.00 | CheckCard 0226 Loreto Publication | 917402260186346 |
| 02/28 | 39.15 | CheckCard 0227 Dhl*08289303654 | 917402270006259 |
| **Subtotal** | **20,134.36** | | |

## Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 597,140.57 | 02/12 | 618,257.60 | 02/21 | 554,573.44 |
| 02/02 | 597,108.39 | 02/13 | 616,057.60 | 02/23 | 553,218.44 |
| 02/05 | 544,702.96 | 02/14 | 620,222.16 | 02/26 | 552,480.49 |
| 02/06 | 633,666.60 | 02/16 | 1,371,179.44 | 02/27 | 523,993.49 |
| 02/07 | 620,751.60 | 02/20 | 559,573.44 | 02/28 | 523,954.34 |

## Message Center

*Learn about card processing basics, how to switch your service, terminal processing solutions, obtaining online transaction reports anytime you want them, and more. Visit www.bankofamerica.com/merchantservices or call 1.877.837.9022 and reference promo code #142. Be sure to ask us about our Meet or Beat Offer.*

05-17-1486B 7-2000

BOA 000974



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
03/01/07 through 03/31/07
ED P PE 0E 45                    0135503
Enclosures 2
Account Number ███████ 5114

*Business Banking*

Ilılıılıılılıllıllııılılılılılıldllıllıılllıllıldlıldlıldll
02336 001 SCM999 I123  0

FAHEY FINANCIAL GROUP
268 BUSH ST STE 4232
SAN FRANCISCO CA 94104-3503

REDACTED

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Not currently processing credit cards with Bank of America? Switch your Merchant Card Processing and save. We will Meet or Beat your current price or pay you $50. Visit www.bankofamerica.com/merchantservices to learn more and to obtain a customized solution for your business needs or call 1.877.837.9022 and reference offer code #142.

05-17-1486B 7-2000