# EXHIBIT 54
## PART A

A.G. EDWARDS & SONS, INC.
One North Jefferson
St. Louis, MO 63103

314/955-3000

**EDWARDS.**

**REDACTED**

VIA UPS EXPRESS
NEXT DAY DELIVERY

RECEIVED
SEP 2 0 2007
SEC San Francisco

September 19, 2007

Erin E. Schneider
Attorney
United States Securities and Exchange Commission
Division of Enforcement
San Francisco District Office
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

Re:  In the Matter of Fahey Fund, L.P.
     SF-3211

Dear Ms. Schneider:

Pursuant to the above-referenced matter and our telephone conversation on September 18, 2007, enclosed please find legible copies of commodity monthly account statements for International Trade and Data (■■■4127) for the period covering December 1, 2006 through August 31, 2007. I have labeled the documents AGE-00001 through AGE-00165.

I believe the enclosed information satisfies your request. If you have any further questions, please feel free to contact me.

Sincerely,

Timothy K. Ivey
Regulatory Response Coordinator &
Associate Vice President

TKI/tb

Enclosure

31091907.005

REDACTED

**A G EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7747 DEVELOPMENT SUITE 40
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0435 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

FC Account ####127

Page 1

Segregated Accounts

US DOLLARS OPENING ACCOUNT BALANCES: 75,953.52

### FUTURES/OPTIONS CONFIRMATIONS

| Date | Long | Short | Contract/Description | Strike Price | Curr | Amount |
|---|---|---|---|---|---|---|
| 8/01/07 | 1 | | SEP07  IMM NAS100 | 1940.00 | USD | |
| 8/01/07 | 1 | | SEP07  IMM NAS100 | 1940.00 | USD | |
| | 2* | | FLTD:09/20/07 | | | |
| 8/06/07 | 1 | | NOV07  CBT SOYBNS | 8.49 1/2 | USD | |
| 8/06/07 | | 1 | NOV07  CBT SOYBNS | 8.49 1/2 | USD | |
| 8/06/07 | 1 | | NOV07  CBT SOYBNS | 8.49 3/4 | USD | |
| 8/06/07 | 5 | | NOV07  CBT SOYBNS | 8.49 3/4 | USD | |
| 8/06/07 | 1 | | NOV07  CBT SOYBNS | 8.50 | USD | |
| | 10* | | | | | |
| 8/06/07 | 4 | | SEP07  CBOT DJIA  GLBX | 132.29 | USD | |
| 8/06/07 | 1 | | SEP07  CBOT DJIA  GLBX | 132.31 | USD | |
| | 5* | | FLTD:09/20/07 | | | |
| 8/06/07 | 1 | | SEP07  IMM NW S&P | 1437.90 | USD | |
| 8/06/07 | 24 | | SEP07  IMM NW S&P  GLBX | 1437.90 | USD | |
| | 25* | | FLTD:09/20/07 | | | |
| 8/07/07 | 5 | | SEP07  CBOT DJIA | 1435.50 | USD | |

--- CONTINUED ON NEXT PAGE ---

CONFIDENTIAL TREATMENT REQUESTED BY A. G. EDWARDS & SONS, INC. (Pursuant to Confidential Treatment Information Act 5 U.S.C. Section 552 Regulation S-260.83) Direct all inquiries to the Direc of G Law, 1 North Jefferson St. Louis ...

AGE-00134

355.300 GB 310 (7/04)

REDACTED



**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC   A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account [REDACTED]

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DEWEITING SUITE 40
SAN LEANDRO, CA 94579-2401

Page 2

Segregated Accounts

### FUTURES/OPTIONS CONFIRMATIONS

| Date | Long | Short | Contract Description | Strike | Cur | Amount |
|---|---|---|---|---|---|---|
| 8/09/07 | 1 | | SEP07 CBOT DJIA | | USD | 134.50 |
| 8/09/07 | | 4 | SEP07 CBOT DJIA | | USD | 134.50 |
| | 5* | | FLTD:09/20/07 | | | |
| 8/09/07 | 31 | | AUG07 CMX GOLD | | USD | S 660.90 |
| 8/09/07 | 29 | | AUG07 CMX GOLD | | USD | S 661.00 |
| | 60* | | FLTD:08/29/07 | | | |
| 8/09/07 | 1 | | OCT07 CMX GOLD | | USD | 665.80 |
| 8/09/07 | 2 | | OCT07 CMX GOLD | | USD | 665.80 |
| 8/09/07 | 29 | | OCT07 CMX GOLD | | USD | 665.80 |
| 8/09/07 | 31 | | OCT07 CMX GOLD | | USD | S 665.80 |
| 8/09/07 | 1 | | OCT07 CMX GOLD | | USD | 665.90 |
| 8/09/07 | 2 | | OCT07 CMX GOLD | | USD | 666.00 |
| 8/09/07 | 3 | | OCT07 CMX GOLD | | USD | 666.00 |
| 8/09/07 | 5 | | OCT07 CMX GOLD | | USD | 666.00 |
| 8/09/07 | 10 | | OCT07 CMX GOLD | | USD | 666.00 |
| 8/09/07 | 4 | | OCT07 CMX GOLD | | USD | 666.10 |
| 8/09/07 | 1 | | OCT07 CMX GOLD | | USD | 666.20 |
| 8/09/07 | 3 | | OCT07 CMX GOLD | | USD | 666.20 |
| 8/09/07 | 5 | | OCT07 CMX GOLD | | USD | 666.30 |
| | 100* | | FLTD:10/29/07 | | | |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1265.00 |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1265.00 |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1265.00 |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1265.50 |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1265.50 |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1265.50 |
| 8/09/07 | 10 | | SEP07 CMX SILVER | | USD | 1266.00 |
| 8/09/07 | 2 | | SEP07 CMX SILVER | | USD | 1266.50 |
| 8/09/07 | 1 | | SEP07 CMX SILVER | | USD | 1266.50 |

-- CONTINUED ON NEXT PAGE --

AREA USDI REQUESTED BY Pursuant to Confidential Treatment procedures under the Freedom of Information Act, 5 USC Section 552, Regulation S 200.83, direct all inquiries to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.

A.G. EDWARDS & SONS, INC.

AGE 310 (7/04)

AGE - 00135

**REDACTED**

**EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC · A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account ▉▉▉▉-412▉

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1747 DOOLITTLE DRIVE SUITE 40
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0155 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 3

Segregated Accounts

## F U T U R E S / O P T I O N S   C O N F I R M A T I O N S

| Date | Long | Short | Contract | Description | Strike | Price | Curr | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/09/07 | 1 | | SEP07 | CMX SILVER | | 1266.50 | USD | |
| 8/09/07 | 5 | | SEP07 | CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | 1 | | SEP07 | CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | 3 | | SEP07 | CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | 10 | | SEP07 | CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | 1 | | SEP07 | CMX SILVER | | 1267.50 | USD | |
| 8/09/07 | | 40* | SEP07 | CMX SILVER | | 1267.50 | USD | |
| FLTD:09/26/07 | | | | | | | | |
| 8/10/07 | | 40* | DEC07 | CMX GOLD | | 683.20 | USD | |
| FLTD:12/27/07 | | | | | | | | |
| 8/10/07 | 3 | | DEC07 | CMX SILVER | | 1309.00 | USD | |
| 8/10/07 | 17 | | DEC07 | CMX SILVER | | 1311.00 | USD | |
| 8/10/07 | | 20* | DEC07 | CMX SILVER | | | USD | |
| FLTD:12/27/07 | | | | | | | | |
| 8/13/07 | 17 | | SEP07 | CBT SOYBNS | | 8.68 | USD | |
| 8/13/07 | 7 | | SEP07 | CBT SOYBNS | | 8.68 | USD | |
| 8/13/07 | 5 | | SEP07 | CBT SOYBNS | | 8.68 1/4 | USD | |
| 8/13/07 | 1 | | SEP07 | CBT SOYBNS | | 8.68 1/2 | USD | |
| 8/13/07 | | 20* | SEP07 | CBT SOYBNS | | | USD | |
| FLTD:09/14/07 | | | | | | | | |
| 8/14/07 | 5 | | SEP07 | CBT SOYBNS | | 8.58 1/2 | USD | |
| 8/14/07 | 15 | | SEP07 | CBT SOYBNS | | 8.58 3/4 | USD | |
| 8/14/07 | | 20* | SEP07 | CBT SOYBNS | | | USD | |
| FLTD:09/14/07 | | | | | | | | |
| 8/14/07 | 10 | | SEP07 | CBT WHEAT | | 6.87 | USD | |
| 8/14/07 | | 10* | SEP07 | CBOT DATA | | | USD | |
| FLTD:09/14/07 | | | | | | | | |
| 8/14/07 | 5 | | SEP07 | IMM C-DLLR | | .9411 | USD | |
| 8/14/07 | 1 | | SEP07 | IMM C-DLLR | | .9411 | USD | |
| 8/14/07 | 1 | | SEP07 | IMM C-DLLR | | .9411 | USD | |
| 8/14/07 | | 2* | SEP07 | IMM C-DLLR | | .9411 | USD | |

- - - C O N T I N U E D   O N   N E X T   P A G E - - -

CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.

(Pursuant to Confidential Treatment
procedures under the provisions of
Information Act, U.S.C. Section 552,
Regulation § 200.83) Direct all inquiries
to the Law Dept, One North Jefferson,
St. L▉▉▉▉ M▉▉▉▉ ▉▉▉▉▉ (314) 955-30▉▉

AGE - 00136

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account [REDACTED]

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6835

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7457 DEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

Page 4

Segregated Accounts

--- F U T U R E S / O P T I O N S   C O N F I R M A T I O N S ---

| Date | Long/Short | Contract/Description | Strike Price | CR/DR | Amount | |
|---|---|---|---|---|---|---|
| | | | | | USD | |
| 8/14/07 | 5* | FLTD:09/18/07, | | | | |
| 8/14/07 | 1 | SEP07 IMM ECU | 1.35870 | | USD | |
| 8/14/07 | 2 | SEP07 IMM ECU | 1.35870 | | USD | |
| 8/14/07 | 2 | SEP07 IMM ECU | 1.35870 | | USD | |
| 8/14/07 | 5* | | | | | |
| | | FLTD:09/17/07, | | | | |
| 8/15/07 | 5 | SEP07 CBOT DJIA | 128.80 | | USD | |
| 8/15/07 | 2 | SEP07 CBOT DJIA | 130.95 | | USD | |
| 8/15/07 | 3 | SEP07 CBOT DJIA | 130.95 | | USD | |
| 8/15/07 | 5* | | | | | |
| | | FLTD:09/20/07, | | | | |
| 8/15/07 | 5 | SEP07 NYME CRUDE | 73.55 | | USD | |
| | 5* | | | | | |
| | | FLTD:08/22/07, | | | | |
| 8/15/07 | 10 | SEP07 NYME NATGS | 6.8800 | | USD | |
| | 10* | | | | | |
| | | FLTD:08/29/07, | | | | |
| 8/15/07 | 3 | SEP07 NYME RBOB | 200.95 | | USD | |
| 8/15/07 | 2 | SEP07 NYME RBOB | 201.00 | | USD | |
| | 5* | | | | | |
| | | FLTD:08/31/07, | | | | |
| 8/16/07 | 10 | NOV07 CBT SOYBNS | 8.04 1/2 | | USD | |
| 8/16/07 | 5 | NOV07 CBT SOYBNS | 8.04 1/2 | | USD | |
| | 15* | | | | | |
| | | FLTD:11/14/07, | | | | |
| 8/16/07 | 20 | SEP07 CBT MEAL | 219.00 | | USD | |
| | 20* | | | | | |
| | | FLTD:09/14/07, | | | | |
| 8/16/07 | 2 | SEP07 CBOT DJIA | 126.75 | | USD | |
| 8/16/07 | 3 | SEP07 CBOT DJIA | | | USD | |
| 8/16/07 | 5* | SEP07 CBOT DJIA | 127.00 | | USD | |
| | | FLTD:09/20/07, | | | | |
| 8/16/07 | 5 | OCT07 CMX GOLD | 652.00 | | USD | |
| 8/16/07 | 50 | OCT07 CMX GOLD | 656.63 | | USD | |

- - - C O N T I N U E D   O N   N E X T   P A G E - - -

CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.
Pursuant to Confidential Treatment
Procedures Under Freedom of
Information Act 5 U.S.C. Section 552
Regulation § 400.83; Direct all inquiries
to the Director of Law, 1 North Jefferson

AGE 310 (7/04)

AGE - 00137

**REDACTED**


EDWARDS
FULLY INVESTED IN OUR CLIENTS
Member SIPC · A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account: XXXX427

Your Futures Broker
10455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1747 DWELLING/SUITE 140
SAN LEANDRO, CA 94579-2401

Page 5

Segregated Accounts

------ FUTURES/OPTIONS CONFIRMATIONS ------

| Date | Long | Short | Contract/Description | Strike Price | Amount | CCY |
|---|---|---|---|---|---|---|
| 8/16/07 | 5 | 50* | FLTD:10/29/07 CMX SILVER | 1194.00 | | USD |
| 8/16/07 | | 40 | DEC07 CMX SILVER | 1195.00 | | USD |
| 8/16/07 | | 10 50* | DEC07 CMX SILVER | | | USD |
| 8/16/07 | 1 | | FLTD:12/27/07 IMM C-DLLR | .93280 | | USD |
| 8/16/07 | | 1 | SEP07 IMM C-DLLR | .93280 | | USD |
| 8/16/07 | 1 | | SEP07 IMM C-DLLR | .93280 | | USD |
| 8/16/07 | | 1 | SEP07 IMM C-DLLR | .93280 | | USD |
| 8/16/07 | 5 | 5* | SEP07 IMM C-DLLR | .93280 | | USD |
| 8/16/07 | 5 | | FLTD:09/18/07 IMM J-YEN | .8798 | | USD |
| 8/16/07 | | 5 5* | SEP07 IMM J-YEN | | | USD |
| 8/16/07 | | 10 | FLTD:09/17/07 IMM J-YEN | .8895 | 18,125.00* | USD |
| 8/16/07 | 10* | | SEP07 IMM J-YEN | | 250.00-* | USD |
|  |  |  | Premium Collected |  | 6.60-* | USD |
|  |  |  | COMMISSION |  | .20-* | USD |
|  |  |  | EXCHANGE |  |  | USD |
|  |  |  | NFA |  |  | USD |
| 8/16/07 | 2 | | SEP07 IMM ECU | 1.34250 | | USD |
| 8/16/07 | | 3 | SEP07 IMM ECU | 1.34250 | | USD |
| 8/16/07 | 5 | 10* | SEP07 IMM ECU | 1.34250 | | USD |
| 8/16/07 | | 35 | FLTD:09/17/07 FROZEN OJ | 120.00 | | USD |
| 8/16/07 | 35* | | SEP07 FROZEN OJ | | | USD |
| 8/16/07 | 7 | | FLTD:09/10/07 NOV07 FROZEN OJ | 120.90 | | USD |
| 8/16/07 | | 28 35* | NOV07 FROZEN OJ | 120.00 | | USD |
| 8/16/07 | 1 | | FLTD:09/09/07 OCT07 NYME RBOB | 198.40 | | USD |
| 8/16/07 | 4 | | OCT07 NYME RBOB | 1986.40 | | USD |

--- CONTINUED ON NEXT PAGE ---

A.G. EDWARDS & SONS, INC.
All inquiries regarding this statement must be directed to A.G. Edwards & Sons, Inc.

Procedures under the Freedom of Information Act, 5 U.S.C. Section 552, and Privacy Act, 5 U.S.C. 552a, direct all inquiries to the Director of Privacy, North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.

AGE 310 (7/04)

AGE - 00138

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1747 LEWELLING, SUITE 40
SAN LEANDRO, CA  94579-2401

FC Account 412?

Page 6

Segregated Accounts

--- FUTURES / OPTIONS CONFIRMATIONS ---

| Date | Long | Short | Contract/Description | Strike | Price | Cur | Amount |
|---|---|---|---|---|---|---|---|
| | | 5* | FLTD:09/28/07 | | | USD | |
| 8/17/07 | | 3 | SEP07 CBT SOYBNS | | 8.08 1/2 | USD | |
| 8/17/07 | | 4 | SEP07 CBT SOYBNS | | 8.08 1/2 | USD | |
| 8/17/07 | | 4 | SEP07 CBT SOYBNS | | 8.08 1/2 | USD | |
| 8/17/07 | | 14 | SEP07 CBT SOYBNS | | 8.08 1/2 | USD | |
| | | 15* | | | | | |
| 8/17/07 | | 5 | SEP07 CBOT DJIA | | 131.95 | USD | |
| | | 5* | FLTD:09/14/07 | | | | |
| | | | FLTD:09/20/07 | | | | |
| 8/17/07 | | 2 | OCT07 CMX GOLD | | 656.50 | USD | |
| 8/17/07 | | 5 | OCT07 CMX GOLD | | 656.60 | USD | |
| 8/17/07 | | 8 | OCT07 CMX GOLD | | 656.60 | USD | |
| 8/17/07 | | | OCT07 CMX GOLD | | 656.70 | USD | |
| | | 15* | FLTD:10/29/07 | | | | |
| 8/17/07 | | 1 | DEC07 CMX SILVER | | 1189.50 | USD | |
| 8/17/07 | | 3 | DEC07 CMX SILVER | | 1189.50 | USD | |
| 8/17/07 | | 1 | DEC07 CMX SILVER | | 1190.00 | USD | |
| 8/17/07 | | 5 | DEC07 CMX SILVER | | 1190.00 | USD | |
| 8/17/07 | | 5 | DEC07 CMX SILVER | | 1191.50 | USD | |
| 8/17/07 | | 2 | DEC07 CMX SILVER | | 1192.00 | USD | |
| 8/17/07 | | 1 | DEC07 CMX SILVER | | 1194.50 | USD | |
| 8/17/07 | | 2 | DEC07 CMX SILVER | | 1194.50 | USD | |
| | | 20* | FLTD:12/27/07 | | | | |
| 8/17/07 | | 1 | SEP07 IMM ECU | | 1.34970 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | | 1.34970 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | | 1.34970 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | | 1.34970 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | | 1.34970 | USD | |
| | | 5* | FLTD:09/17/07 | | | | |
| 8/17/07 | | 5 | OCT07 NYME RBOB | | 192.25 | USD | |
| | | 5* | | | | | |

--- CONTINUED ON NEXT PAGE ---

REDACTED BY A.G. EDWARDS & SONS, INC.
Pursuant to Confidential Treatment Procedures under the Freedom of Information Act, 5 U.S.C. Section 552, and Regulations 17 C.F.R. Direct all inquiries to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103 (314) 955-3600

AGE 310 (7/04)
AGE - 00139



**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account 4127

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 1001
NAPA, CA 94559-9828
(707) 258-6135

Page 7

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
5747 TELEGRAPH SUITE 402
SAN LEANDRO, CA 94579-2401

Segregated Accounts

--- F U T U R E S / O P T I O N S   C O N F I R M A T I O N S ---

| Date | Long | Short | Contract/Description | Price | Amount | Curr |
|---|---|---|---|---|---|---|
| 8/20/07 | | | FLTD:09/28/07 | | | |
| | 2* | | OCT07 NYMX NATGS | 6.2100 | | USD |
| 8/21/07 | | | FLTD:09/26/07 | | | |
| | 1 | | SEP07 CBT SOYBNS | 8.20 3/4 | | USD |
| 8/21/07 | 14 | | SEP07 CBT SOYBNS | 8.20 3/4 | | USD |
| 8/21/07 | 20* | | SEP07 CBT SOYBNS | 8.20 3/4 | | USD |
| 8/21/07 | | 10* | SEP07 CBD WHEAT | 6.85 1/2 | | USD |
| | | | FLTD:09/14/07 | | | |
| 8/21/07 | | 20 | OCT07 CMX GOLD | 658.20 | | USD |
| 8/21/07 | 10 | | OCT07 CMX GOLD | 659.00 | | USD |
| 8/21/07 | 12 | | OCT07 CMX GOLD | 660.50 | | USD |
| 8/21/07 | 1 | | OCT07 CMX GOLD ACCS | 660.60 | | USD |
| 8/21/07 | 23 | | OCT07 CMX GOLD ACCS | 660.60 | | USD |
| 8/21/07 | 1 | | OCT07 CMX GOLD ACCS | 660.60 | | USD |
| 8/21/07 | 1 | | OCT07 CMX GOLD ACCS | 660.70 | | USD |
| 8/21/07 | 20* | | OCT07 CMX GOLD ACCS | 660.70 | | USD |
| 8/21/07 | | | FLTD:10/29/07 | | | |
| 8/21/07 | 1 | | DEC07 CMX SILVER ACCS | 1169.50 | | USD |
| 8/21/07 | 1 | | DEC07 CMX SILVER ACCS | 1169.50 | | USD |

--- C O N T I N U E D   O N   N E X T   P A G E ---

CONFIDENTIAL TREATMENT REQUESTED BY A.G. EDWARDS & SONS, INC.
Pursuant to Confidential Treatment Procedures implemented under the Freedom of Information Act, 5 U.S.C. Section 552, and Regulation S-250.83. Direct all inquiries to the Director of Law, North Jefferson, St. Louis, M

AGE 310 (7/04)

AGE - 00140