# EXHIBIT 54
## PART B



**FUTURES AND COMMODITIES STATEMENT**

REDACTED

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account ████-4127

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DOOLITTLE, SUITE 140
SAN LEANDRO, CA 94579-2401

Page 8

Segregated Accounts

- - - F U T U R E S / O P T I O N S   C O N F I R M A T I O N S - - -

| Date | Long | Short | Contract/Description | Strike | Price | Cur | Amount |
|---|---|---|---|---|---|---|---|
| 8/21/07 | 1 | | DEC07 ACCS CMX SILVER | | 1169.50 | USD | |
| 8/21/07 | 1 | | DEC07 ACCS CMX SILVER | | 1169.50 | USD | |
| 8/21/07 | 5 | | DEC07 ACCS CMX SILVER | | 1169.50 | USD | |
| 8/21/07 | 1 | | DEC07 ACCS CMX SILVER | | 1169.50 | USD | |
| 8/21/07 | 10 | | DEC07 ACCS CMX SILVER | | 1171.00 | USD | |
| 8/21/07 | 20* | | FLTD:12/27/07, | | | | |
| 8/21/07 | 3 | | OCT07 NYME NATGS | | 6.070 | USD | |
| | | | FLTD:09/26/07 | | | | |
| 8/23/07 | 45 | | SEP07 CBT SOYBNS | | 8.40 | USD | |
| 8/23/07 | 10 | | SEP07 CBT SOYBNS | | 8.46 | USD | |
| 8/23/07 | 5 | | SEP07 CBT SOYBNS | | 8.46 1/2 | USD | |
| 8/23/07 | 10 | | SEP07 CBT SOYBNS | | 8.46 1/2 | USD | |
| 8/23/07 | 30* | | FLTD:09/14/07, | | | | |
| 8/23/07 | 1 | | DEC07 ACCS CMX GOLD | | 669.30 | USD | |
| 8/23/07 | 6 | | DEC07 ACCS CMX GOLD | | 669.30 | USD | |
| 8/23/07 | 8 | | DEC07 ACCS CMX GOLD | | 669.40 | USD | |
| 8/23/07 | 10* | | FLTD:12/27/07, | | | | |
| 8/23/07 | 1 | | DEC07 ACCS CMX SILVER | | 1180.50 | USD | |
| 8/23/07 | 1 | | DEC07 ACCS CMX SILVER | | 1180.50 | USD | |
| 8/23/07 | 1 | | DEC07 ACCS CMX SILVER | | 1180.50 | USD | |
| 8/23/07 | 2 | | DEC07 ACCS CMX SILVER | | 1180.50 | USD | |

- - - C O N T I N U E D   O N   N E X T   P A G E - - -

CONFIDENTIAL DATA NOT TO BE DISCLOSED BY EDWARDS & USPS, INC. Tips or any request to Confidential Treatment Procedures under Freedom of Information Act 5 USC Section 552, Regulations 200.9. Direct all inquiries to the Director of Law, North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.

AGE 310 (7/04)    AGE - 00141

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC · A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-0135

FC Account
■■■■■■■-1277

Segregated Accounts                                      Page 9

--- F U T U R E S / O P T I O N S   C O N F I R M A T I O N S ---

| Date | Long | Short | Contract/Description | Strike | Price | Curr | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | USD | |
| | | | FLTD:12/27/07, | | | | |
| 8/23/07 | 1 | | SEP07 IMM J-YEN | | .86560 | USD | |
| 8/23/07 | 1 | | SEP07 IMM J-YEN | | .86560 | USD | |
| 8/23/07 | 3 | | SEP07 IMM J-YEN | | .86560 | USD | |
| 8/23/07 | 5* | | | | | | |
| | | | FLTD:09/11/07, | | | | |
| | | | OCT07 NYME NATGS | | 5.8920 | USD | |
| 8/24/07 | 1 | | | | | | |
| | | | FLTD:09/26/07, | | | | |
| 8/24/07 | 1 | | SEP07 CBOT DJIA | | 133.40 | USD | |
| 8/24/07 | 1 | | SEP07 CBOT DJIA | | 133.40 | USD | |
| 8/24/07 | 2 | | SEP07 CBOT DJIA | | 133.40 | USD | |
| 8/24/07 | 5* | | | | | | |
| | | | FLTD:09/20/07, | | | | |
| 8/24/07 | 10* | | CMX GOLD | | 671.50 | USD | |
| | | | FLTD:10/29/07, | | | | |
| 8/24/07 | 5 | | DEC07 CMX SILVER | | 1210.00 | USD | |
| 8/24/07 | 15 | | DEC07 CMX SILVER | | 1212.50 | USD | |
| 8/24/07 | 25* | | DEC07 CMX SILVER | | 1212.50 | USD | |
| | | | FLTD:12/27/07, | | | | |
| 8/27/07 | 2 | | SEP07 CBT OATS | | 2.47 | USD | |
| 8/27/07 | 18 | | SEP07 CBT OATS | | 2.47 | USD | |
| 8/27/07 | 8 | | SEP07 CBT OATS | | 2.48 | USD | |
| 8/27/07 | 28* | | CBT OATS | | | USD | |
| | | | FLTD:09/14/07, | | | | |
| 8/27/07 | 8* | | DEC07 CBT OATS | | | USD | |
| | | | FLTD:12/11/07, | | | | |
| 8/27/07 | 5 | | DEC07 CMX SILVER | | 1199.50 | USD | |
| 8/27/07 | 5* | | | | | | |
| | | | FLTD:12/27/07, | | | | |
| 8/27/07 | 1 | | OCT07 NYME NATGS | | 5.5680 | USD | |

--- C O N T I N U E D   O N   N E X T   P A G E ---

Pursuant to Confidential Treatment
Procedures under the Freedom of
Information Act, 5 U.S.C. Section 552,
CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.
Direct all inquiries to the Director of Law, 1 North Jefferson,
St. Louis, Missouri 63103 (314) 955-3000.

AGE 310 (7/04)
AGE - 00142

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DEWELLING SUITE 10█
SAN LEANDRO, CA  94579-2401

Your Futures Broker
0█155 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6135

FC Account █127

Page 10

### FUTURES/OPTIONS CONFIRMATIONS

| Date | Long | Short | Contract/Description | Strike | Price | Amount | Curr |
|------|------|-------|----------------------|--------|-------|--------|------|
| 8/28/07 | 1* | | FLTD:09/26/07, SEP07 CBT OATS | | 2.46 | | USD |
| 8/28/07 | | 1* | FLTD:09/14/07, DEC07 CBT OATS | | 2.55 | | USD |
| 8/28/07 | 1* | | FLTD:12/14/07, SEP07 CBOT DJIA | | 132.40 | | USD |
| 8/28/07 | 5* | | FLTD:09/20/07, SEP07 CBT T-BOND | | 111.10 | | USD |
| 8/28/07 | | 2 | SIDE, SEP07 CBT T-BOND | | 111.11 | | USD |
| 8/28/07 | 2 | | SIDE, SEP07 CBT T-BOND | | 111.15 | | USD |
| 8/28/07 | 1 | | SIDE, SEP07 CBT T-BOND | | 111.23 | | USD |
| 8/28/07 | 5* | 3 | FLTD:09/19/07, SEP07 IMM J-YEN | | .87400 | | USD |
| 8/28/07 | 1 | | SEP07 IMM J-YEN | | .87400 | | USD |
| 8/28/07 | | 3* | SEP07 IMM J-YEN | | .87400 | | USD |
| 8/29/07 | | 1 | FLTD:09/17/07, SEP07 CBT SOYBNS | | 8.55 1/4 | | USD |
| 8/29/07 | 5 | | SEP07 CBT SOYBNS | | 8.55 | | USD |
| 8/29/07 | 4 | | SEP07 CBT SOYBNS | | 8.55 1/4 | | USD |
| 8/29/07 | 5 | | SEP07 CBT SOYBNS | | 8.55 | | USD |
| 8/29/07 | 15 | | SEP07 CBT SOYBNS | | 8.55 A1/4 | EDWARDS SONS INC | USD |
| 8/29/07 | 10 | | SEP07 CBT SOYBNS | | 8.55(1/4 | | USD |
| 8/29/07 | 10 | | SEP07 CBT SOYBNS | | 8.55 | | USD |
| 8/29/07 | 65* | | SEP07 CBT SOYBNS | | 8.55 | | USD |
| 8/29/07 | 5* | | FLTD:09/14/07, JAN08 CBT SOYBNS | | 8.86 | | USD |

CONTINUED ON NEXT PAGE

AGE 310 (7/04)

AGE - 00143

**REDACTED**

**EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1747 LEWELLING SUITE 10
SAN LEANDRO, CA 94579-2401

Your Futures Broker
OAKS JAMES EDWARDS
433 SOSCOL AVE
SUITE 1010
NAPA, CA 94559-9828
(707) 258-6135

FC Account [REDACTED]

Page 11

Segregated Accounts

### FUTURES/OPTIONS CONFIRMATIONS

| Date | Long/Short | Contract | Description | Strike | Price | Amount | Curr |
|---|---|---|---|---|---|---|---|
| 8/29/07 | 5 | JAN08 | CBT SOYBNS | | S 8.86 1/4 | | USD |
| 8/29/07 | 10 | JAN08 | CBT SOYBNS | | S 8.86 1/4 | | USD |
| 8/29/07 | 10 | JAN08 | CBT SOYBNS | | S 8.86 1/4 | | USD |
| 8/29/07 | 15 | JAN08 | CBT SOYBNS | | S 8.86 1/4 | | USD |
| 8/29/07 | 15 | JAN08 | CBT SOYBNS | | S 8.86 1/4 | | USD |
| 8/29/07 | 4 | JAN08 | CBT SOYBNS | | S 8.86 1/2 | | USD |
| 8/29/07 | 65* | JAN08 | CBT SOYBNS | | S 8.86 1/2 | | USD |
| FLTD:01/14/08 | | | | | | | |
| 8/29/07 | 5 | SEP07 | CBOT DJIA | | 131.85 | | USD |
| 8/29/07 | 2 | SEP07 | CBOT DJIA | | 132.05 | | USD |
| 8/29/07 | 3 | SEP07 | CBOT DJIA | | 132.05 | | USD |
| 8/29/07 | 10* | | | | | | |
| FLTD:09/20/07 | | | | | | | |
| 8/29/07 | 21 | SEP07 | CMX SILVER | | 1184.00 | | USD |
| 8/29/07 | 44 | SEP07 | CMX SILVER | | 1185.00 | | USD |
| 8/29/07 | 65* | | | | | | |
| FLTD:09/26/07 | | | | | | | |
| 8/29/07 | 65* | MAR08 | CMX SILVER | | 1222.00 | | USD |
| FLTD:03/27/08 | | | | | | | |
| 8/30/07 | 15 | SEP07 | CBT OATS | | 2.38 | | USD |
| 8/30/07 | 10 | SEP07 | CBT OATS | | 2.39 1/2 | | USD |
| 8/30/07 | 11 | SEP07 | CBT OATS | | 2.40 | | USD |
| 8/30/07 | 17 | SEP07 | CBT OATS | | 2.40 | | USD |
| 8/30/07 | 5 | SEP07 | CBT OATS | | 2.40 1/4 | | USD |
| 8/30/07 | 10 | SEP07 | CBT OATS | | 2.41 | | USD |
| 8/30/07 | 8 | SEP07 | CBT OATS | | 2.41 | | USD |
| 8/30/07 | 10 | SEP07 | CBT OATS | | 2.42 | | USD |
| 8/30/07 | 7 | SEP07 | CBT OATS | | 2.42 | | USD |
| 8/30/07 | 15 | SEP07 | CBT OATS | | 2.43 | | USD |
| 8/30/07 | 131* | | | | | | |
| FLTD:09/14/07 | | | | | | | |
| 8/30/07 | 2 | DEC07 | CBT OATS | | 2.55 3/4 | | USD |
| 8/30/07 | 12 | DEC07 | CBT OATS | | 2.55 3/4 | | USD |

--- CONTINUED ON NEXT PAGE ---

CONFIDENTIAL ACCOUNT REQUESTED BY A.G. EDWARDS LOSS PREVENTION

If you have any concerns or complaints regarding your statement or procedures, and pursuant to Regulation § 240.17a-3 and Information Act, 5 U.S.C. Section 552 / Privacy Act, direct all inquiries to the Director of Law, 1 North Jefferson, Missouri 63103 (314) 955-3000.

AGE-00144



**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC   A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account [REDACTED]

Your Futures Broker
0455 JAMES EDWARDS
433 BOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-5135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 101
SAN LEANDRO, CA 94579-2401

Page 12

Segregated Accounts

--- FUTURES/OPTIONS CONFIRMATIONS ---

| Date | Long | Short | Contract/Description | Strike Price | CUR | Amount |
|---|---|---|---|---|---|---|
| 8/30/07 | 2 | | DEC07 CBT OATS | 2.56 | USD | |
| | 16* | | | | USD | |
| | | | FLTD:12/14/07 | | | |
| 8/30/07 | | 25 | SEP07 CMX SILVER | 1172.00 | USD | |
| 8/30/07 | | 50 | SEP07 CMX SILVER | 1178.00 | USD | |
| 8/30/07 | | 25 | SEP07 CMX SILVER | 1179.00 | USD | |
| 8/30/07 | | 100 | SEP07 CMX SILVER | 1181.00 | USD | |
| | 200* | | | | | |
| | | | FLTD:09/26/07 | | | |
| 8/30/07 | | 100 | DEC07 CMX SILVER | 1198.00 | USD | |
| | 100* | | | | | |
| | | | FLTD:12/27/07 | | | |
| 8/30/07 | | 50 | MAR08 CMX SILVER | 1212.00 | USD | |
| 8/30/07 | | 50 | MAR08 CMX SILVER | 1217.50 | USD | |
| 8/30/07 | | 20 | MAR08 CMX SILVER | 1217.50 | USD | |
| | 120* | | | | | |
| | | | FLTD:03/27/08 | | | |
| 8/30/07 | | 1 | DEC07 IMM J-YEN | .87550 | USD | |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | .87550 | USD | |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | .87550 | USD | |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | .87550 | USD | |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | .87550 | USD | |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | .87550 | USD | |
| | 10* | | | | | |
| | | | FLTD:12/17/07 | | | |

Recap of Confirm Activity

Total P&L on Confirmations            187,125.00   USD
Commissions on Confirmations             250.00-   USD
Fees on Confirmations                     16.80-   USD
                                     -------------
Net Profit or Loss                    17,868.20    USD
Net Premium on Confirmations          17,868.20    USD

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | Strike Price | CUR | Amount |
|---|---|---|---|---|---|---|
| 6/27/07 | 1 | | SEP07 IMM NAS100 | 1953.50 | USD | |

--- CONTINUED ON NEXT PAGE ---

Pursuant to the Judicial Treatment and Procedures under the Freedom of Information Act, 5 U.S.C. Section 552, Regulation S-2003(Pp)SR-3(R310 (7/04)
to the Director of Law, 1 North Jefferson
St. Louis, MO

AGE - 00145

**REDACTED**

**EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account [REDACTED]

Your Futures Broker
JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6435

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7747 HEWELLING SUITE 100
SAN LEANDRO, CA 94579-2401

Segregated Accounts

Page 13

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | Strike Price | Curr | Amount |
|---|---|---|---|---|---|---|
| 8/01/07 | 1 | | SEP07 IMM NAS100 | 1940.00 | USD | 2,700.00* |
| 8/01/07 | 2* | | SEP07 IMM NAS100 | 1940.00 | USD | 100.00-* |
| | | | COMMISSION | | USD | 3.36-* |
| | | | EXCHANGE | | USD | |
| | | | NFA | | USD | .08-* |
| 7/06/07 | | 5 | SEP07 CBOT DJIA | 136.90 | USD | |
| 8/06/07 | 4 | | SEP07 CBOT DJIA | 132.29 | USD | |
| | | | SIDE, | | | |
| 8/06/07 | | 1 | SEP07 CBOT DJIA | 132.31 | USD | 23,030.00* |
| | | 5* | SIDE, | | USD | 250.00-* |
| | | | COMMISSION | | USD | .60-* |
| | | | CLEARING | | USD | 3,000-* |
| | | | EXCHANGE | | USD | |
| | | | NFA | | USD | .20-* |
| 6/27/07 | | 2 | SEP07 IMM NW S&P | 1518.80 | USD | |
| 8/06/07 | 1 | | SEP07 GLBX | 1437.90 | USD | |
| 8/06/07 | 1 | | SEP07 IMM NW S&P | 1437.90 | USD | |
| | | 2* | GLBX | | USD | 40,450.00* |
| | | | P & S | | USD | 100.00-* |
| | | | COMMISSION | | USD | 3.36-* |
| | | | EXCHANGE | | USD | |
| | | | NFA | | USD | .08-* |
| 8/07/07 | | 5 | SEP07 CBOT DJIA | 135.5 | USD | |
| 8/09/07 | | 1 | SEP07 CBOT DJIA | 134.50 | USD | |
| 8/09/07 | 5* | | SEP07 CBOT DJIA | 134.50 | USD | 5,000.00* |
| | | | COMMISSION | | USD | 250.00-* |
| | | | CLEARING | | USD | .60-* |
| | | | EXCHANGE | | USD | 3,000-* |
| | | | NFA | | USD | .20-* |
| 6/01/07 | 10 | | AUG07 CMX GOLD | 658.00 | USD | |
| 6/14/07 | 2 | | AUG07 CMX GOLD | | USD | |
| 6/14/07 | 8 | | AUG07 CMX GOLD | | USD | |

--- CONTINUED ON NEXT PAGE ---

CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.
Pursuant to Confidential Treatment
Procedures under the Freedom of
Information Act, 5 USC Section 552,
Regulation S 200.83 Request all inquiries
regarding this matter be directed to A.G.
Edwards Office of Law, 1 North Jefferson,
St. Louis, Missouri 63103, (314) 955-3000.

AGE - 00146

AGE 310 (7/04)



**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-7635

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1747 LEWELLING BLVD #40
SAN LEANDRO, CA  94579-2401

Segregated Accounts

FC Account

Page 14

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | Strike | Price | Curr | Amount |
|---|---|---|---|---|---|---|---|
| 6/22/07 | 40 | | AUG07 CMX GOLD | | 655.80 | USD | |
| 8/09/07 | | 31 | AUG07 CMX GOLD | S | 660.90 | USD | 17,990.00* |
| 8/09/07 | | 29 | AUG07 CMX GOLD | S | 661.00 | USD | 3,000.00-* |
| | | 60* | | | TYPES | USD | 452.00-* |
| | | | | | COMMISSION | USD | 2.40-* |
| | | | | | CLEARING | | |
| | | | | | NFA | | |
| 6/28/07 | 40 | | SEP07 CMX SILVER | | 1255.00 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1265.00 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1265.00 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1265.50 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1265.50 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1266.00 | USD | |
| 8/09/07 | | 10 | SEP07 CMX SILVER | | 1266.50 | USD | |
| 8/09/07 | | 2 | SEP07 CMX SILVER | | 1266.50 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1266.50 | USD | |
| 8/09/07 | | 5 | SEP07 CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | | 10 | SEP07 CMX SILVER | | 1267.00 | USD | |
| 8/09/07 | | 1 | SEP07 CMX SILVER | | 1267.50 | USD | |
| | | 40* | | | | USD | 22,875.00* |
| | | | | | COMMISSION | USD | 2,000.00-* |
| | | | | | CLEARING | USD | 108.00-* |
| | | | | | NFA | USD | 1.60-* |
| 3/23/06 | 15 | | DEC07 CMX SILVER | | 1076.50 | USD | |
| 3/29/06 | 5 | | DEC07 CMX SILVER | | 1100.00 | USD | |
| 8/10/07 | | 13 | DEC07 CMX SILVER | | 1309.00 | USD | |
| 8/10/07 | | 17 | DEC07 CMX SILVER | | 1311.00 | USD | |

CONFIDENTIAL INFORMATION REQUESTED BY
A.G. EDWARDS & SONS, INC.

Pursuant to Company's Confidential Treatment procedures under the Freedom of Information Act, 5 U.S.C. Section 552, ...
to the Director of Law, 1 North Jefferson ...
(314) 955-3000.

AGE-00147
SF 310 (7/04)

--- CONTINUED ON NEXT PAGE ---

REDACTED

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1447 DEWEY LANE, SUITE 40
SAN LEANDRO, CA  94579-2401

FC Account ████████

Your Futures Broker
JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6195

Segregated Accounts                                        Page 15

- - - - - R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S - - - - -

| Date | Long | Short | Contract/Description | Strike Price | | Amount | |
|---|---|---|---|---|---|---|---|
| 8/13/07 | | 7 | SEP07 CBT SOYBNS | 8.68 | NFA | .80- | * |
| 8/13/07 | 7 | | SEP07 CBT SOYBNS | 8.68 | USD | 9,400.00- | * |
| 8/13/07 | | 5 | SEP07 CBT SOYBNS | 8.68 1/4 | USD | 1,000.00- | * |
| 8/13/07 | 1 | | SEP07 CBT SOYBNS | 8.68 1/2 | USD | 2.40- | * |
| 8/14/07 | | 15 | SEP07 CBT SOYBNS | 8.58 1/2 | USD | 24.00- | * |
| 8/14/07 | 20* | | SEP07 CBT SOYBNS | 8.58 3/4 | USD COMMISSION | .80- | * |
| | | | | | USD CLEARING | | |
| | | | | | USD EXCHANGE | | |
| 6/29/07 | | 10 | SEP07 CBT WHEAT | 6.42 | NFA | | |
| 8/14/07 | 10* | | SEP07 CBT WHEAT | 6.87 | USD | 22,500.00 | * |
| | | | | | USD COMMISSION | 500.00- | * |
| | | | | | USD CLEARING | 1.20- | * |
| | | | | | USD EXCHANGE | 12.00- | * |
| 8/15/07 | | 5 | SEP07 CBOT DJIA | 128.80 | NFA | .40- | * |
| 8/15/07 | 2 | | SEP07 CBOT DJIA | 130.95 | USD | 10,750.00 | * |
| 8/15/07 | 3 | | SEP07 CBOT DJIA | 130.95 | USD | 250.00 | * |
| | | | | | USD COMMISSION | | |
| | | | | | USD CLEARING | 6.0 | |
| | | | | | USD EXCHANGE | 3.00 | |
| 7/18/07 | | 5 | SEP07 NYME CRUDE | 74.92 | NFA | .20- | * |
| 8/15/07 | 5* | | SEP07 NYME CRUDE | 73.56 | USD | 6,850.00- | * |
| | | | | | COMMISSION. EDWARDS SONS INC | 250.00- | * |
| | | | | | CLEARING | | |
| 7/05/07 | | 5 | SEP07 NYME NATGS | 6.7500 | NFA | | |
| 7/12/07 | | 5 | SEP07 NYME NATGS | 6.5800 | USD | | |
| 8/15/07 | 10* | | SEP07 NYME NATGS | 5.8800 | USD | | |

- - - C O N T I N U E D  O N  N E X T  P A G E - - -

(Pursuant to California Freedom of Information Act, § 552, Regulation § 200.83) Direct all inquiries to the Director of Law...

St. L                                                                        AGE - 00148