# EXHIBIT 54
## PART C

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account (REDACTED)

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 TIMOTHY DR, SUITE 40
SAN LEANDRO, CA  94579-2401

Your Futures Broker
045E JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6135

Page .6

Segregated Accounts

--- R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S ---

| Date | Long | Short | Contract/Description | Strike | Price | | | Currency | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | 10* | 10 | | | P & S | | | USD | 21,500.00 |
| | | | | COMMISSION | | | | USD | 500.00-* |
| | | | | CLEARING | | | | USD | 23.00-* |
| | | | | EXCHANGE | | | | USD | 11.00-* |
| | | | | NFA | | | | USD | .40-* |
| 7/13/07 | 5 | | NYME RBOB | | 1219.00 | | | | |
| 8/15/07 | | 5 | NYME RBOB | | 200.95 | | | | |
| 8/15/07 | | | NYME RBOB | | 20.00 | | | | |
| | 5* | 5 | | | P & S | | | USD | 37,863.00-* |
| | | | | COMMISSION | | | | USD | 250.00-* |
| | | | | CLEARING | | | | USD | 14.00-* |
| 7/12/07 | 20 | | CBT MEAL | | 252.70 | | | | |
| 8/16/07 | | 20 | CBT MEAL | | 219.40 | | | | |
| | 20* | 20 | | | P & S | | | USD | 66,500.00-* |
| | | | | COMMISSION | | | | USD | 1,000.00-* |
| | | | | CLEARING | | | | USD | 2.40-* |
| | | | | EXCHANGE | | | | USD | 24.00-* |
| 8/16/07 | 2 | | CBOT DJIA | | 126.45 | | | | |
| 8/16/07 | | 5 | CBOT DJIA | | 726.50 | | | | |
| 8/16/07 | 5* | 5 | CBOT DJIA | | 127.35 | | | | |
| | | | | P & S | | | | USD | 4,350.00-* |
| | | | | COMMISSION | | | | USD | 250.00-* |
| | | | | CLEARING | | | | USD | 6.00-* |
| | | | | EXCHANGE | | | | USD | 3.00-* |
| 8/16/07 | 5 | | CMX GOLD | | 652.00 | | | | |
| 8/16/07 | | 5 | CMX GOLD | | 656.60 | | | | |
| | 5* | 5 | | | P & S | | | USD | 2,100.00-* |
| | | | | COMMISSION | | | | USD | 250.00-* |
| | | | | CLEARING | | | | USD | 35.50-* |
| 8/14/07 | 1 | | IMM C-DLLR | | .9411 | | | | |
| 8/14/07 | | 1 | IMM C-DLLR | | | | | | |
| 8/14/07 | | | IMM C-DLLR | | | | | | |

--- CONTINUED ON NEXT PAGE ---

A.G. Edwards wants to continue confidential treatment as provided under the Freedom of Information Act, 5 U.S.C. Section 552, and regulations of the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.

AGE 310 (7/04)

AGE - 00149

**REDACTED EDWARDS**
FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account    [REDACTED]27

Your Futures Broker
0155 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7747 TWEEDING SUITE 40
SAN LEANDRO, CA 94579-2401

Segregated Accounts                                                                 Page   17

- - - - - R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S - - - - -

| Date | Long | Short | Contract/Description | Strike Price | Clr | Amount |
|---|---|---|---|---|---|---|
| 8/14/07 | 1 | | SEP07 IMM C-DLLR | .94110 | USD | |
| 8/16/07 | | 1 | SEP07 IMM C-DLLR | .93280 | USD | |
| 8/16/07 | 1 | | SEP07 IMM C-DLLR | .93280 | USD | |
| 8/16/07 | | 1 | SEP07 IMM C-DLLR | .93280 | USD | |
| 8/16/07 | 5* | | SEP07 IMM C-DLLR | .93280 | USD | 4,150.00-* |
| 8/16/07 | | 5* | SEP07 IMM C-DLLR | | USD | 4,250.00 |
| | | | COMMISSION | | USD | 6.60-* |
| | | | EXCHANGE | | USD | 6.20-* |
| | | | NFA | | USD | |
| 7/03/07 | 1 | | SEP07 IMM J-YEN | .82530 | USD | |
| 7/03/07 | | 1 | SEP07 IMM J-YEN | .82530 | USD | |
| 7/03/07 | 1 | | SEP07 IMM J-YEN | .82530 | USD | |
| 7/03/07 | | 1 | SEP07 IMM J-YEN | .82530 | USD | |
| 8/16/07 | 5* | | SEP07 IMM J-YEN | .87980 | USD | 34,062.50 |
| | | 5* | | | | |
| | | | COMMISSION | | USD | 250.00-* |
| | | | EXCHANGE | | USD | 61.60-* |
| | | | NFA | | USD | .20-* |
| 5/04/07 | 20 | | SEP07 FROZEN OJ | 150.50 | USD | |
| 6/18/07 | 10 | | SEP07 FROZEN OJ | 137.15 | USD | |
| 7/03/07 | 5 | | SEP07 FROZEN OJ | 136.20 | USD | |
| 8/16/07 | | 35* | SEP07 FROZEN OJ | 120.00 | USD | 129,375.00-* |
| | 35* | | | P&S | | |
| | | | COMMISSION | | USD | 1,750.00-* |
| | | | EXCHANGE | | USD | 105.00-* |
| | | | NFA | | USD | 1.40-* |
| 8/14/07 | 5 | | SEP07 CBOT DJIA | 131 CONFIDENTIAL TREA | USD | REQUESTED BY |
| 8/17/07 | | 5* | SEP07 CBOT DJIA | 131 A.G. EDWARDS CUSTOMER | USD | |
| | | | COMMISSION | | USD | 2,750.00 |
| | | | CLEARING Pursuant to Confidential Treatment | | USD | 150.00-* |
| | | | EXCHANGE | | USD | .60-* |
| | | | NFA | | USD | .20-* |
| 8/09/07 | 1 | | OCT07 CMX GOLD | 655. Information Act, 5 USC Section 552 | USD | |

- - - C O N T I N U E D   O N   N E X T - - -

St. Louis, Missouri 63103 (314) 955-3000 AGE 310 (7/04)

AGE - 00150

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC   A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account ****1127

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
1757 DEWITT DR, SUITE 40
SAN LEANDRO, CA 94579-2401

Segregated Accounts                                                Page 18

- - - - - R E A L I Z E D  F U T U R E S  G A I N S / L O S S E S - - - - -

| Date | Long | Short | Contract/Description | Strike Price | Cur | Amount |
|---|---|---|---|---|---|---|
| 8/09/07 | | 2 | OCT07 CMX GOLD | 665.80 | USD | |
| 8/09/07 | 12 | | OCT07 CMX GOLD | 665.80 | USD | |
| 8/17/07 | 2 | | OCT07 CMX GOLD | 656.50 | USD | |
| 8/17/07 | 1 | | OCT07 CMX GOLD | 656.60 | USD | |
| 8/17/07 | 5 | | OCT07 CMX GOLD | 656.60 | USD | |
| 8/17/07 | | 15* | OCT07 CMX GOLD | 656.60 | USD | 13,750.00* |
| | | | P & S | | USD | 750.00-* |
| | | | COMMISSION | | USD | 40.50-* |
| | | | CLEARING | | USD | 6.0-* |
| | | | NFA | | | |
| 8/14/07 | 2 | | SEP07 IMM ECU | 1.358870 | USD | |
| 8/14/07 | | 1 | SEP07 IMM ECU | 1.35870 | USD | |
| 8/14/07 | | 2 | SEP07 IMM ECU | 1.35870 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | 1.34970 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | 1.34970 | USD | |
| 8/17/07 | | 1 | SEP07 IMM ECU | 1.34970 | USD | |
| 8/17/07 | | 5* | SEP07 IMM ECU | 1.34970 | USD | 5,625.00-* |
| | | | P & S | | USD | 250.00-* |
| | | | COMMISSION | | USD | 16.60-* |
| | | | EXCHANGE | | USD | .20-* |
| | | | NFA | | | |
| 8/16/07 | 4 | | OCT07 NYME RBOB | 188.40 | USD | |
| 8/16/07 | 1 | | OCT07 NYME RBOB | 188.40 | USD | |
| 8/17/07 | | 5 | OCT07 NYME RBOB | 192.25 | USD | |
| 8/17/07 | | 5* | OCT07 NYME RBOB | | USD | 8,085.00* |
| | | | P & S | | USD | 250.00-* |
| | | | COMMISSION | | USD | 14.50-* |
| | | | CLEARING | | USD | .20-* |
| | | | NFA | | | |
| 7/02/07 | 3 | | SEP07 CBT WHEAT | 5.99 | USD | |
| 7/02/07 | 7 | | SEP07 CBT WHEAT | 5.99 | USD | |
| 8/21/07 | | 10* | SEP07 CBT WHEAT | 6.85 | USD | 4,250.00* |
| | | | COMMISSION | | USD | 5.00-* |
| | | | CLEARING | | USD | .20-* |

--- CONTINUED ON NEXT PAGE ---

A.G. EDWARDS & SONS, INC.
(Pursuant to Confidential Treatment Requested Procedures under the Freedom of Information Act, 5 USC Section 552, USD Direct all inquiries to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.
AGE 310 (7/04)

AGE - 00151



**REDACTED EDWARDS**
*FULLY INVESTED IN OUR CLIENTS*
Member SIPC · A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

FC Account 4127

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DOWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

Page 19

Segregated Accounts

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | Strike Price | Exchange | Amount | Curr |
|---|---|---|---|---|---|---|---|
| 8/21/07 | | 20 | OCT07 CMX GOLD | 658.20 | NFA | 12.00-* | USD |
| 8/21/07 | 10 | | OCT07 CMX GOLD | 659.00 | | 40-** | USD |
| 8/21/07 | 2 | | OCT07 CMX GOLD | 660.50 | | | USD |
| 8/21/07 | 1 | | OCT07 ACCS GOLD | 660.60 | | | USD |
| 8/21/07 | 1 | | OCT07 ACCS GOLD | 660.60 | | | USD |
| 8/21/07 | 2 | | OCT07 ACCS GOLD | 660.60 | | | USD |
| 8/21/07 | 1 | | OCT07 ACCS GOLD | 660.60 | | | USD |
| 8/21/07 | | | OCT07 ACCS GOLD | 660.70 | | | USD |
| 8/21/07 | | | OCT07 ACCS GOLD | 660.70 | | | USD |
| 8/21/07 | | 20* | OCT07 CMX GOLD | 660.70 | P&S | 3,210.00-* | USD |
| | | | | | COMMISSION | 1,000.00-** | USD |
| | | | | | CLEARING | 54.00-* | USD |
| | | | | | NFA | .80-* | USD |
| 3/29/06 | 10 | | DEC07 CMX SILVER | 1100.00 | | | USD |
| 3/30/06 | 10 | | DEC07 CMX SILVER | 1100.50 | | | USD |
| 8/21/07 | 1 | | DEC07 ACCS SILVER | 1169.50 | | | USD |
| 8/21/07 | 1 | | DEC07 ACCS SILVER | 1169.50 | | | USD |
| 8/21/07 | 1 | | DEC07 ACCS SILVER | 1169.50 | | | USD |
| 8/21/07 | 1 | | DEC07 ACCS SILVER | 1169.50 | | | USD |
| 8/21/07 | 5 | | DEC07 ACCS SILVER | 1169.50 | | | USD |

--- CONTINUED ON NEXT PAGE ---

A.G. EDWARDS & SONS, INC.
Pursuant to Confidential Treatment
Procedures under the Freedom of
Information Act, 5 U.S.C. Section 552.
Regulation Section 200.83. Direct all inquiries
to the Director of Law, 1 North Jefferson,
St. Louis, Missouri 63103   955-3000

AGE - 00152

AGE 310 (7/04)

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
0455 JAMES EDWARDS
433 BOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-5135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

FC Account 2027

Page 20

Segregated Accounts

--- R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S ---

| Date | Long | Short | Contract | Description | Strike | Price | Cur | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/21/07 | 1 | | DEC07 | CMX SILVER | | 1169.50 | USD | |
| 8/21/07 | 10 | | DEC07 | ACCS | | | USD | 70,000.00-* |
| | | | | P & S | | | USD | 1,000.00-* |
| | | | | COMMISSION | | | USD | 54.00-* |
| | | | | CLEARING | | | USD | .80-* |
| | 20 | | DEC07 | CMX SILVER | | 1171.00 | USD | |
| | | | | NFA | | | | |
| 10/05/05 | 10 | | DEC07 | CMX GOLD | | 511.80 | USD | |
| 8/23/07 | | 1 | DEC07 | CMX GOLD | | 669.30 | USD | |
| 8/23/07 | | 8 | DEC07 | ACCS | | | USD | |
| 8/23/07 | 10 | | DEC07 | CMX GOLD | | 669.30 | USD | |
| | | | | | | | USD | 157,580.00-* |
| | | | | COMMISSION | | | USD | 500.00-* |
| | | | | CLEARING | | | USD | 27.00-* |
| | | | | NFA | | | USD | .40-* |
| 8/09/07 | 10 | | OCT07 | CMX GOLD | | 665.80 | USD | |
| 8/24/07 | | 10 | OCT07 | CMX GOLD | | 671.50 | USD | |
| | | | | P & S | | | USD | 5,700.00-* |
| | | | | COMMISSION | | | USD | 500.00-* |
| | | | | CLEARING | | | USD | 27.00-* |
| | | | | NFA | | | USD | .40-* |
| 3/30/06 | 5 | | DEC07 | CMX SILVER | | 1100.50 | USD | |
| 3/01/07 | 20 | | DEC07 | CMX SILVER | | 1402.00 | USD | |
| 8/24/07 | 5 | | DEC07 | CMX SILVER | | 1210.00 | USD | |
| 8/24/07 | 15 | | DEC07 | CMX SILVER | | 1212.50 | USD | |
| | 25 | | DEC07 | CMX SILVER | | | USD | 162,375.00-* |
| | | | | COMMISSION | | | USD | 1,250.00-* |
| | | | | CLEARING | | | USD | 17.50-* |
| | | | | NFA | | | USD | 1.00-* |
| 5/29/07 | 10 | | SEP07 | CBT OATS | | 2.68 | | |
| 5/29/07 | 3 | | SEP07 | CBT OATS | | 2.69 | | |
| 5/29/07 | 7 | | SEP07 | CBT OATS | | 2.70 | | |

--- CONTINUED ON NEXT PAGE ---

Procedures under the Freedom of Information Act, 5 U.S.C. Section 552, requesting confidential treatment. Direct all inquiries to the Records Officer, James Edwards.

St. Louis, Missouri 63103  (314) 955-3000

AGE - 00153

**REDACTED**

**A.G. EDWARDS**
FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG. 01, 2007 through AUG. 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7747 DEWBERRY (SUITE 100)
SAN LEANDRO, CA 94579-2401

Your Futures Broker
CLASS JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6195

FC Account: [REDACTED]4127

Page 21

Segregated Accounts

--- R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S ---

| Date | Long | Short | Contract/Description | Price | | Amount | Curr |
|---|---|---|---|---|---|---|---|
| 6/01/07 | 8 | | SEP07 CBT OATS | 2.88 | | | USD |
| 8/27/07 | | 8 | SEP07 CBT OATS | 2.47 | | | USD |
| 8/27/07 | 18 | | SEP07 CBT OATS | 2.47 | | | USD |
| 8/27/07 | | 28* | SEP07 CBT OATS | 2.48 | S | 38,175.00-* | USD |
| | | | | | | 1,400.00 | USD |
| | | | COMMISSION | | | 3.36- | USD |
| | | | CLEARING | | | | USD |
| | | | EXCHANGE | | | 33.60- | USD |
| | | | NFA | | | 1.12- | USD |
| 3/01/07 | | 5 | DEC07 CMX SILVER | 1402.00 | | | USD |
| 8/27/07 | 5* | | DEC07 CMX SILVER | 1199.50 | P&S | 50,625.00 | USD |
| | | | | | | 250.00 | USD |
| | | | COMMISSION | | | 13.50- | USD |
| | | | CLEARING | | | .20-* | USD |
| | | | NFA | | | | USD |
| 6/01/07 | 1 | | SEP07 CBT OATS | 2.88 | | | USD |
| 8/28/07 | | 1* | SEP07 CBT OATS | 2.76 | S | 2,100.00-* | USD |
| | | | COMMISSION | | | 50.00- | USD |
| | | | CLEARING | | | .12- | USD |
| | | | EXCHANGE | | | 1.20- | USD |
| | | | NFA | | | .04- | USD |
| 8/24/07 | | 1 | SEP07 CBOT DJIA | 133.40 | | | USD |
| 8/24/07 | | 1 | SEP07 CBOT DJIA | 133.40 | | | USD |
| 8/24/07 | | 2 | SEP07 CBOT DJIA | 133.40 | | | USD |
| 8/24/07 | | 1 | SEP07 CBOT DJIA | 133.40 | | | USD |
| 8/28/07 | 5* | | SEP07 CBOT DJIA | 132.40 | S | 5,000.00* | USD |
| | | | COMMISSION | | | 250.00- | USD |
| | | | CLEARING | | | 2.60- | USD |
| | | | EXCHANGE | | | | USD |
| | | | NFA | | | | USD |
| 7/20/07 | 2 | | SEP07 CBT T-BOND | 108.16 | | | USD |
| 8/28/07 | | 2 | SEP07 CBT T-BOND | | | 3.00- | USD |
| 8/28/07 | | 2 | SEP07 CBT T-BOND | | | | USD |

SIDE

--- CONTINUED ON NEXT PAGE ---

Pursuant to confidential treatment procedures under the freedom of Information Act, 5 U.S.C. Section 552, together Director Lawrence North Jefferson, St. Louis Missouri 63103 (314) 955-3000.

AGE 310 (7/04)

AGE - 00154

**REDACTED**

## A.G. EDWARDS
*Member SIPC  A.G. Edwards & Sons, Inc.*
FULLY INVESTED IN OUR CLIENTS℠

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account: **[REDACTED]**-127

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LLEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

Your Futures Broker
04515 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Segregated Accounts                                                                 Page 22

--- R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S ---

| Date | Long | Short | Contract/Description | Side | Strike | Price | Curr | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/28/07 | | 1 | SEP07 CBT T-BOND | SIDE | | 111.15 | USD | |
| 8/28/07 | | 5* | SEP07 CBT T-BOND | SIDE | | | USD | 4,625.00-* |
| | | | | | | | USD | 250.00-* COMMISSION |
| | | | | | | | USD | .60-* CLEARING |
| | | | | | | | USD | 4.00-* EXCHANGE |
| | | | | | | | USD | .20-* NFA |
| 8/23/07 | 1 | | SEP07 IMM J-YEN | | | .86560 | USD | |
| 8/23/07 | | 1 | SEP07 IMM J-YEN | | | .86560 | USD | |
| 8/23/07 | 1 | | SEP07 IMM J-YEN | | | .87400 | USD | |
| 8/28/07 | | 1 | SEP07 IMM J-YEN | | | .87400 | USD | |
| 8/28/07 | 3* | | SEP07 IMM J-YEN | | | | USD | P & S |
| | | | | | | | USD | 3,150.00-* |
| | | | | | | | USD | 150.00-* COMMISSION |
| | | | | | | | USD | 3.96-* EXCHANGE |
| | | | | | | | USD | .12 NFA |
| 8/17/07 | 3 | | SEP07 CBT SOYBNS | | | 8.08 1/2 | USD | |
| 8/17/07 | | 3 | SEP07 CBT SOYBNS | | | 8.08 1/2 | USD | |
| 8/17/07 | 4 | | SEP07 CBT SOYBNS | | | 8.08 1/2 | USD | |
| 8/21/07 | | 4 | SEP07 CBT SOYBNS | | | 8.08 1/2 | USD | |
| 8/21/07 | 5 | | SEP07 CBT SOYBNS | | | 8.20 3/4 | USD | |
| 8/21/07 | | 5 | SEP07 CBT SOYBNS | | | 8.20 3/4 | USD | |
| 8/23/07 | 5 | | SEP07 CBT SOYBNS | | | 8.20 3/4 | USD | |
| 8/23/07 | | 5 | SEP07 CBT SOYBNS | | | 8.20 3/4 | USD | |
| 8/23/07 | 10 | | SEP07 CBT SOYBNS | | | 8.46 | USD | |
| 8/23/07 | | 10 | SEP07 CBT SOYBNS | | | 8.46 1/2 | USD | |
| 8/29/07 | 5 | | SEP07 CBT SOYBNS | | | 8.55 1/4 | USD | |
| 8/29/07 | | 5 | SEP07 CBT SOYBNS | | | 8.55 1/4 | USD | |
| 8/29/07 | 5 | | SEP07 CBT SOYBNS | | | 8.55 1/2 | USD | |
| 8/29/07 | 15 | | SEP07 CBT SOYBNS | | | 8.55 | USD | |

-- C O N T I N U E D   O N   N E X T   P A G E --

REQUESTED BY A.G. EDWARDS & SONS, INC. Pursuant to Confidential Treatment procedures under the Freedom of Information Act, Section 552, Regulation S 200.83. Direct all inquiries to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103, 314-955-3000.

AGE 310 (7/04)

AGE - 00155

**REDACTED**
**A.G. EDWARDS**
FULLY INVESTED IN OUR CLIENTS℠
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

F.C. Account: A127[REDACTED]

Your Futures Broker
04555 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 23

Segregated Accounts

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | | Strike | Price | | Curr | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8/29/07 | 15 | | SEP07 | CBT SOYBNS | | $ | 8.55 1/4 | USD | 84,562.50- |
| 8/29/07 | | 15 | SEP07 | CBT SOYBNS | | | 8.55 1/4 | USD | |
| 8/29/07 | 10 | | SEP07 | CBT SOYBNS | | $ | 8.55 1/4 | USD | |
| | 65* | | | P & S | | | | USD | 3,250.00- |
| | | | | COMMISSION | | | | USD | 7.80- |
| | | | | CLEARING | | | | USD | |
| | | | | EXCHANGE | | | | USD | 78.00- |
| | | | | NFA | | | | USD | 2.60- |
| 6/28/07 | | 65 | SEP07 | CMX SILVER | | | 1255.00 | USD | |
| 8/29/07 | 21 | | SEP07 | CMX SILVER | | | 1184.00 | USD | |
| 8/29/07 | 44 | | SEP07 | CMX SILVER | | | 1185.000 | USD | |
| | 65* | | | P & S | | | | USD | 228,550.00- |
| | | | | COMMISSION | | | | USD | 3,250.00- |
| | | | | CLEARING | | | | USD | 175.50- |
| | | | | NFA | | | | USD | 2.60- |
| 6/01/07 | 1 | | SEP07 | CBT OATS | | | 2.88 | USD | |
| 6/01/07 | 15 | | SEP07 | CBT OATS | | | 2.90 1/2 | USD | |
| 6/07/07 | 5 | | SEP07 | CBT OATS | | | 2.91 | USD | |
| 6/07/07 | 5 | | SEP07 | CBT OATS | | | 2.91 | USD | |
| 6/15/07 | 14 | | SEP07 | CBT OATS | | | 2.94 | USD | |
| 6/15/07 | 31 | | SEP07 | CBT OATS | | | 2.95 | USD | |
| 6/15/07 | 20 | | SEP07 | CBT OATS | | | 2.95 1/2 | USD | |
| 6/18/07 | 3 | | SEP07 | CBT OATS | | | 2.90 | USD | |
| 6/18/07 | 5 | | SEP07 | CBT OATS | | | 2.83 | USD | |
| 6/19/07 | 5 | | SEP07 | CBT OATS | | | 2.83 | USD | |
| 6/19/07 | 8 | | SEP07 | CBT OATS | | | 2.83 1/2 | USD | |
| 6/19/07 | 7 | | SEP07 | CBT OATS | | | 2.83 1/2 | USD | |
| 8/30/07 | | 15 | SEP07 | CBT OATS | | | 2.38 1/2 | USD | |
| 8/30/07 | | 10 | SEP07 | CBT OATS | | | 2.39 1/2 | USD | |
| 8/30/07 | | 11 | SEP07 | CBT OATS | | | 2.40 | USD | |
| 8/30/07 | | 17 | SEP07 | CBT OATS | | | 2.40 | USD | |
| 8/30/07 | | 3 | SEP07 | CBT OATS | | | 2.41 | USD | |
| 8/30/07 | | 10 | SEP07 | CBT OATS | | | 2.41 | USD | |

--- CONTINUED ON NEXT PAGE ---

CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS, INC.

Pursuant to the Freedom of Information Act, USDU.S.C. Section 552, Procedures under USB Direct all inquiries Regulations 17 USD to the Director of Laws Northwestern
St. Louis, Missouri 63103 (314) 955-3000

AGE - 00156