# EXHIBIT 54
## PART D

**REDACTED** **A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 240
SAN LEANDRO, CA 94579-2401

FC Account **REDACTED**

Your Futures Broker
0155 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Segregated Accounts                                           Page 2

--- REALIZED FUTURES GAINS/LOSSES ---

| Date | Long | Short | Contract/Description | Strike Price | P & S | Cur |
|---|---|---|---|---|---|---|
| 8/30/07 | | 8 | SEP07 CBT OATS | 2.42 | | USD |
| 8/30/07 | | 10 | SEP07 CBT OATS | 2.42 | | USD |
| 8/30/07 | | 7 | SEP07 CBT OATS | 2.43 | | USD |
| 8/30/07 | | 135 | SEP07 CBT OATS | 2.46 | 324,787.50-* | USD |
| | 131* | 131* | | COMMISSION | 6,550.00-* | USD |
| | | | | CLEARING | 157.20-* | USD |
| | | | | EXCHANGE | 15.72-* | USD |
| | | | | NFA | 5.24-* | USD |
| 6/28/07 | 65 | | SEP07 CMX SILVER | 1255.00 | | USD |
| 6/29/07 | 20 | | SEP07 CMX SILVER | 1244.00 | | USD |
| 7/03/07 | 10 | | SEP07 CMX SILVER | 1269.00 | | USD |
| 7/05/07 | 10 | | SEP07 CMX SILVER | 1257.00 | | USD |
| 7/06/07 | 10 | | SEP07 CMX SILVER | 1270.00 | | USD |
| 7/06/07 | | 10 | SEP07 CMX SILVER | 1271.00 | | USD |
| 7/09/07 | 40 | | SEP07 CMX SILVER | 1290.50 | | USD |
| 7/13/07 | 1 | | SEP07 CMX SILVER | 1311.00 | | USD |
| 7/13/07 | 18 | | SEP07 CMX SILVER | 1311.00 | | USD |
| 7/18/07 | 25 | | SEP07 CMX SILVER | 1327.00 | | USD |
| 8/30/07 | | 23 | SEP07 CMX SILVER | 1177.00 | | USD |
| 8/30/07 | | 50 | SEP07 CMX SILVER | 1178.00 | | USD |
| 8/30/07 | | 2 | SEP07 CMX SILVER | 1179.00 | | USD |
| 8/30/07 | | 25 | SEP07 CMX SILVER | 1179.00 | | USD |
| 8/30/07 | | 100 | SEP07 CMX SILVER | 1181.00 | | USD |
| | 200* | 200* | | P & S | 255,400.00-* | USD |
| | | | | COMMISSION | 10,000.00-* | USD |
| | | | | CLEARING | 540.00-* | USD |
| | | | | NFA | 8.00-* | USD |
| 3/01/07 | 5 | | DEC07 CMX SILVER | 1402.00 | | USD |
| 4/24/07 | 70 | | DEC07 CMX SILVER | 1318.00 | | USD |
| 4/24/07 | 25 | | DEC07 CMX SILVER | 1319.00 | | USD |
| 8/30/07 | | 100 | DEC07 CMX SILVER | 1198.00 | | USD |
| | 100* | 100* | | P & S | 100,850.00-* | USD |
| | | | | COMMISSION | 5,000.00-* | USD |
| | | | | CLEARING | 295.00-* | USD |

----- CONTINUED ON NEXT PAGE -----

Information Request Pursuant to Confidential Treatment Procedures Under the Freedom of Information Act, 5 U.S.C. Section 552, Direct all inquiries to Eric Jefferson, A.G. Edwards & Sons Inc., One North Jefferson, St. Louis, MO 63103, 314-955-7015

AGE - 00157
AGE 310 (7/04)

**REDACTED EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 100
SAN LEANDRO, CA 94579-2401

FC Account: [REDACTED] 4127

Your Futures Broker
0155 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA  94559-9828
(707) 258-6135

Page 25

Segregated Accounts

- - - - - R E A L I Z E D   F U T U R E S   G A I N S / L O S S E S - - - - -

| Date | Long Short | Contract/Description | Strike Price | NFA | Profit or Loss From Offset Trades | Currency | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | 4.00-* |
| | | | | | | USD | 8417,605.50- |
| | | | | Commissions From Offsets | | USD | 44,850.00- |
| | | | | Fees From Offsets | | USD | 2,260.76- |
| | | | | Net Profit or Loss | 8/01/07 | USD | 2,596.56 |
| | | | | Net Profit or Loss | 8/03/07 | USD | 63,122.75 |
| | | | | Net Profit or Loss | 8/09/07 | USD | 10,357.20 |
| | | | | Net Profit or Loss | 8/10/07 | USD | 229,379.80- |
| | | | | Net Profit or Loss | 8/13/07 | USD | 30,359.20 |
| | | | | Net Profit or Loss | 8/14/07 | USD | 35,279.60- |
| | | | | Net Profit or Loss | 8/15/07 | USD | 172,027.20- |
| | | | | Net Profit or Loss | 8/16/07 | USD | 17,393.60 |
| | | | | Net Profit or Loss | 8/17/07 | USD | 32,583.20 |
| | | | | Net Profit or Loss | 8/20/07 | USD | 157,052.60 |
| | | | | Net Profit or Loss | 8/23/07 | USD | 154,829.10- |
| | | | | Net Profit or Loss | 8/27/07 | USD | 10,748.22 |
| | | | | Net Profit or Loss | 8/28/07 | USD | 710.96 |
| | | | | Net Profit or Loss | 8/29/07 | USD | 319,879.00- |
| | | | | Net Profit or Loss | 8/30/07 | USD | 552,737.66- |

- - - - - I T E M I Z E D   C A S H   A C T I V I T Y - - - - -

| Date | Description | | Currency | Amount |
|---|---|---|---|---|
| 8/01/07 | Wire Lifted Wire Transfer | WIRE REF# 21300622 | USD | 125,000.00 |
| 8/01/07 | Wire Lifted Wire TRF FEE | | USD | 40.00- |
| 8/01/07 | Activity Fee | | USD | 2.75- |
| 8/05/07 | Activity Fee | | USD | 2.75- |
| 8/07/07 | Wire Lifted Wire Transfer | WIRE REF# 21900578 | USD | 75,000.00 |
| 8/07/07 | Wire Charge-Wire TRF FEE | | USD | 40.00- |
| 8/07/07 | Activity Fee | | USD | 2.75- |
| 8/09/07 | Activity Fee | | USD | 2.75- |
| 8/10/07 | Activity Fee | | USD | 2.75- |
| 8/13/07 | Activity Fee | | USD | 2.75- |
| 8/14/07 | Activity Fee | | USD | 2.75- |
| 8/15/07 | Activity Fee | | USD | 2.75- |
| 8/16/07 | Trf Deposit-TRF From Margin | | USD | 650,000.00 |
| 8/16/07 | Activity Fee | | USD | 2.75- |

- - - - - C O N T I N U E D   O N   N E X T   P A G E - - - - -

Pursuant to the Freedom of Information Act 08/05 U.S.C. Section 552, Direct all inquiries to the Director of Law of North Jefferson, St. Louis, Missouri 63103 (314) 955-3000  AGE 310 (7/04)

AGE - 00158

**REDACTED EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
0455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA   94559-9828
(707) 258-6135

FC Account #▮▮▮▮

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 10
SAN LEANDRO, CA  94579-2401

Segregated Accounts                                            Page   26

--- ITEMIZED CASH ACTIVITY ---

| Date | Description | | Amount | |
|---|---|---|---|---|
| 8/17/07 | ACTIVITY FEE | | 21.75- | |
| 8/20/07 | Trf Withdrawal-TRF TO CSH FRM CMD | 8/20/07 USD | 6,275.00- | |
| 8/20/07 | ACTIVITY FEE | 8/20/07 USD | 2.75- | |
| 8/21/07 | ACTIVITY FEE | 8/21/07 USD | 2.75- | |
| 8/22/07 | WIRE-OUTGOING WIRE TRANSFER  WIRE REF# 23400376 | 8/22/07 USD | 10,000.00- | |
| 8/22/07 | WIRE CHARGE WIRE TRF FEE | 8/22/07 USD | 10.00- | |
| 8/23/07 | TRF TO 902-9 | 8/23/07 USD | 20,000.00- | |
| 8/23/07 | Disbursement CREDIT BAL | 8/23/07 USD | 5,000.00- | |
| 8/23/07 | ACTIVITY FEE | 8/23/07 USD | 2.75- | |
| 8/24/07 | ACTIVITY FEE | 8/24/07 USD | 2.75- | |
| 8/27/07 | Trf Withdrawal-TRF TO CSH FRM CMD | 8/27/07 USD | 175,414.28- | |
| 8/27/07 | ACTIVITY FEE | 8/27/07 USD | 2.75- | |
| 8/28/07 | Px Adj SEP TBONDS 8/28 | 8/28/07 USD | 125.00 | |
| 8/28/07 | ACTIVITY FEE | 8/28/07 USD | 2.75- | |
| 8/28/07 | Disbursement CREDIT BALANCE | 8/28/07 USD | 5,000.00- | |
| 8/29/07 | ACTIVITY FEE | 8/29/07 USD | 2.75- | |
| 8/30/07 | ACTIVITY FEE | 8/30/07 USD | 2.75- | |
| 8/31/07 | INTEREST EARNED | 8/31/07 USD | 1,945.31 | |
| 8/31/07 | Disbursement CR BAL-KR COMMODITY | 8/31/07 USD | 5,000.00- | |
| | Total Cash | USD | 40,301.53- | * |

--- CLOSING ACCOUNT BALANCES ---

US DOLLARS                      7760.5930-*

--- FUTURES / OPTIONS OPEN POSITIONS ---

| Date | Long | Short | Contract/Description | Strike Price | Settlement | Amount | |
|---|---|---|---|---|---|---|---|
| 6/28/07 | 10 | | DEC07 CBT CORN | | 3.61 3/4 | | |
|  | | 10* | | | Avg Bought 3.40 | 10,875.00 | |
|  | | | | | Avg Sold 3.61750000 | 10,875.00- | * |
| | | | | | | | REQUESTED BY |
| 8/27/07 | 18 | | DEC07 CBT OATS | | 2.57 | | |
| 8/28/07 | 1 | | DEC07 CBT OATS | | 2.55 | | |
| 8/30/07 | 2 | | DEC07 CBT OATS | | 2.55 3/4 | | |
| 8/30/07 | 12 | | DEC07 CBT OATS | | 2.56 | | |
|  | 25* | | | | Settlement 2.54 | 900.00- | |
|  | | | | | Avg Bought 2.5614000 | 12.50- | |
|  | | | | | Avg Sold | 600.00- | |

--- CONTINUED ON NEXT PAGE ---

St. Louis, Missouri 63103, (314) 955-3000   AGE 310 (7/04)

AGE - 00159

**REDACTED**

**A.G. EDWARDS** — Fully Invested in Our Clients
Member SIPC   A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement For: AUG. 01, 2007 through AUG. 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DEWEDDING SUITE 400
SAN LEANDRO, CA 94579-2401

FC Account 21-27

Your Futures Broker
0415 JAMES EDWARDS
433 SOSCOL AVE
SUITE 1010
NAPA, CA 94559-9828
(707) 258-6135

Page 27

Segregated Accounts

--- FUTURES / OPTIONS OPEN POSITIONS ---

| Date | Long | Short | Contract Description | Side | Strike | Price | Curr | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/30/07 | | 5 | NOV07 CBT SOYBNS | S | | 8.39 1/4 | USD | 10,687.50 |
| 7/30/07 | | 25 | NOV07 CBT SOYBNS | S | | 8.39 3/4 | USD | 53,437.50 |
| 7/30/07 | | 55 | NOV07 CBT SOYBNS | S | | 8.39 3/4 | USD | 117,562.50 |
| 7/30/07 | | 5 | NOV07 CBT SOYBNS | S | | 8.40 | USD | 10,625.00 |
| 7/30/07 | | 10 | NOV07 CBT SOYBNS | S | | 8.40 | USD | 21,250.00 |
| 8/06/07 | | 1 | NOV07 CBT SOYBNS | S | | 8.49 1/2 | USD | 1,650.00 |
| 8/06/07 | | 1 | NOV07 CBT SOYBNS | S | | 8.49 1/2 | USD | 1,650.00 |
| 8/06/07 | | 1 | NOV07 CBT SOYBNS | S | | 8.49 3/4 | USD | 1,637.50 |
| 8/06/07 | | 5 | NOV07 CBT SOYBNS | S | | 8.49 3/4 | USD | 8,187.50 |
| 8/06/07 | | 1 | NOV07 CBT SOYBNS | S | | 8.50 | USD | 1,625.00 |
| 8/16/07 | | 10 | NOV07 CBT SOYBNS | S | | 8.04 1/2 | USD | 39,000.00 |
| 8/16/07 | | 135* | NOV07 CBT SOYBNS | S | | 8.02 1/2 | USD | 309,712.50* |
| | | | Settlement | | | 8.82 1/2 | | |
| | | | Avg Sold | | | 8.3661666 | | |
| | | | Avg Bought | | | 0.00000000 | | |
| | | | FLTD:11/14/07 | | | | | |
| 8/29/07 | | 5 | JAN08 CBT SOYBNS | S | | 8.86 1/4 | USD | 24,937.50 |
| 8/29/07 | | 5 | JAN08 CBT SOYBNS | S | | 8.86 1/4 | USD | 22,937.50 |
| 8/29/07 | | 10 | JAN08 CBT SOYBNS | S | | 8.86 1/4 | USD | 44,875.00 |
| 8/29/07 | | 10 | JAN08 CBT SOYBNS | S | | 8.86 1/4 | USD | 44,875.00 |
| 8/29/07 | | 15 | JAN08 CBT SOYBNS | S | | 8.86 1/2 | USD | 8,812.50 |
| 8/29/07 | | 15 | JAN08 CBT SOYBNS | S | | 8.86 1/2 | USD | 8,812.50 |
| 8/29/07 | | 1 | JAN08 CBT SOYBNS | S | | 8.86 1/2 | USD | 75.00 |
| 8/29/07 | | 65* | JAN08 CBT SOYBNS | S | | 8.86 1/4 | USD | 100,125.00-* |
| | | | Settlement | | | 8.98 | | |
| | | | Avg Sold | | | 8.8862626 | | |
| | | | FLTD:01/14/08 | | | | | |
| 8/29/07 | | 5 | SEP07 CBOT DATA | | | | USD | 552.00 |

CONTINUED ON NEXT PAGE

AGE 310 (7/04)

AGE - 00160



**REDACTED**

## A.G. EDWARDS
FULLY INVESTED IN OUR CLIENTS
Member SIPC · A.G. Edwards & Sons, Inc.

**FUTURES AND COMMODITIES STATEMENT**

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
7447 DEWELLING SCALE 40
SAN LEANDRO, CA 94579-2401

FC Account
A127

Page 28

Segregated Accounts

--- FUTURES/OPTIONS OPEN POSITIONS ---

| Date | Long | Short | Contract/Description | Strike | Price | | Amount | |
|------|------|-------|----------------------|--------|-------|---|--------|---|
| 8/29/07 | | 2 | SEP07 CBOT DJIA | | 132.05 | USD | 3,180.00- | |
| 8/29/07 | | 10* | SEP07 CBOT DJIA | | 132.05 | USD | 16,720.00- | * |
|  |  |  | Avg Bought .00000000 Settlement 133.64 |  |  |  |  |  |
|  |  |  | FLTD:09/20/07, Avg Sold 131.9500000 |  |  |  |  |  |
| 7/20/07 | | 3* | SEP07 CBT T-BOND | | 108.15 | USD | 9,843.75- | * |
|  |  |  | Avg Bought .00000000 Settlement 111.25 |  |  |  |  |  |
|  |  |  | FLTD:09/19/07, Avg Sold 108.16000000 |  |  |  |  |  |
| 8/09/07 | 7 | | OCT07 CMX GOLD | | 665.80 | USD | 7,000.00 | |
| 8/09/07 | 31 | | OCT07 CMX GOLD | | 665.80 | USD | 31,000.00 | |
| 8/09/07 | 1 | | OCT07 CMX GOLD | | 665.90 | USD | 990.00 | |
| 8/09/07 | 1 | | OCT07 CMX GOLD | | 666.00 | USD | 980.00 | |
| 8/09/07 | 12 | | OCT07 CMX GOLD | | 666.00 | USD | 11,950.00 | |
| 8/09/07 | 3 | | OCT07 CMX GOLD | | 666.00 | USD | 2,940.00 | |
| 8/09/07 | 5 | | OCT07 CMX GOLD | | 666.00 | USD | 4,900.00 | |
| 8/09/07 | 10 | | OCT07 CMX GOLD | | 666.00 | USD | 9,800.00 | |
| 8/09/07 | | 1 | OCT07 CMX GOLD | | 666.20 | USD | 3,880.00 | |
| 8/09/07 | 1 | | OCT07 CMX GOLD | | 666.20 | USD | 960.00 | |
| 8/09/07 | 3 | | OCT07 CMX GOLD | | 666.30 | USD | 2,950.00 | |
| 8/09/07 | 5 | | OCT07 CMX GOLD | | 666.30 | USD | 2,850.00 | |
| 8/16/07 | 45 | | OCT07 CMX GOLD | | 656.60 | USD | 4,750.00 | |
|  | 120* | |  |  |  | USD | 86,400.00 | * |
|  |  |  | Avg Bought .000000000 Settlement 675.80 |  |  |  | 160,350.00- | |
|  |  |  | FLTD:10/29/07, Avg Sold .000000000 | | 662.43750000 | | | |
| 10/05/05 | 65 | | DEC07 CMX GOLD | | 511.80 | USD CONFIDENTIAL TREAT USD 17,719.50 | 689.00 | |
| 11/01/05 | 50 | | DEC07 CMX GOLD | | 509.30 | USD | 8,863,000.00 | |
| 5/02/05 | 65 | | DEC07 CMX GOLD | | 728.00 A.G. EDWARDS SEEKS USD | 23,050.00 | | |
| 8/07/06 | 20 | | DEC07 CMX GOLD | | 699.00 | USD | 34,200.00 | |
| 5/11/07 | 10 | | DEC07 CMX GOLD | | 662.00 Pursuant to Confidential Treat USD | 5,200.00 | | |
| 8/10/07 | 40 | | DEC07 CMX GOLD | | 683.20 | USD | 7,800.00 | |
|  | 190* | |  |  |  |  | 100.00 | * |
|  |  |  | Avg Bought 582.1052631 Settlement 689.9 | | | | | |
|  |  |  | FLTD:12/20/07 Avg Sold .000 Information Act, 5 U.S.C. Section 552, | | | | | |

-- CONTINUED ON NEXT PAGE --

Regulation 3 200.8 ; Order inquiries
to the Director

St. Louis, Missouri 63103 (314) 955-3000  310 (7/04)

AGE - 00161

**FUTURES AND COMMODITIES STATEMENT**

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC  A.G. Edwards & Sons, Inc.

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0355 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

FC Account: [REDACTED]

Page 29

Segregated Accounts

--- F U T U R E S / O P T I O N S   O P E N   P O S I T I O N S ---

| Date | Long | Short | Contract/Description | Strike Price | Curr | Amount |
|---|---|---|---|---|---|---|
| 6/22/07 | 5 | | DEC07 CMX SILVER | 1332.00 | USD | 27,250.00 |
| 6/22/07 | | 10 | DEC07 CMX SILVER | 1315.00 | USD | 55,000.00 |
| 6/22/07 | 10 | | DEC07 CMX SILVER | 1333.50 | USD | 55,250.00 |
| 8/16/07 | 40 | | DEC07 CMX SILVER | 1194.00 | USD | 58,000.00 |
| 8/16/07 | 10 | | DEC07 CMX SILVER | 1195.00 | USD | 14,000.00 |
| 8/17/07 | 3 | | DEC07 CMX SILVER | 1189.50 | USD | 1,675.00- |
| 8/17/07 | | 1 | DEC07 CMX SILVER | 1189.50 | USD | 5,025.00 |
| 8/17/07 | 5 | | DEC07 CMX SILVER | 1190.00 | USD | 8,250.00- |
| 8/17/07 | 2 | | DEC07 CMX SILVER | 1191.50 | USD | 3,150.00 |
| 8/17/07 | 5 | | DEC07 CMX SILVER | 1192.00 | USD | 7,750.00- |
| 8/17/07 | 1 | | DEC07 CMX SILVER | 1194.50 | USD | 1,425.00 |
| 8/17/07 | 2 | | DEC07 CMX SILVER | 1194.50 | USD | 2,850.00- |
| 8/23/07 | 1 | | DEC07 ACCS | 1180.50 | USD | 2,125.00 |
| 8/23/07 | 1 | | DEC07 CMX SILVER | 1180.50 | USD | 2,125.00- |
| 8/23/07 | 1 | | DEC07 ACCS | 1180.50 | USD | 2,125.00 |
| 8/23/07 | 2 | | DEC07 CMX SILVER | 1180.50 | USD | 4,250.00- |
| 8/23/07 | 100* | | ACCS/ | | | |

Avg Bought 1000000000  Settlement  1223.00   USD   23,100.00 *
FLTD:12/27/07   Avg Sold 1227.5620000000

| 8/29/07 | 65 | | MAR08 CMX SILVER | 1222.00 | USD | 54,600.00 |
| 8/30/07 | 50 | | MAR08 CMX SILVER | 1212.00 | USD | 67,000.00 |
| 8/30/07 | 50 | | MAR08 CMX SILVER | 1217.50 | USD | 53,250.00 |
| 8/30/07 | 20 | | MAR08 CMX SILVER | 1237.50 | USD | 21,000.00 |
| | 185* | | | | | 196,150.00 |

Avg Bought 1221.8 With A.G. EDWARDS, INC.
FLTD:03/27/08   Avg Sold 0000000000

| 10/18/06 | 15 | | DEC08 CMX SILVER | 1260.00 | USD | [illegible] |
| | 15* | | | | | 15,750.00 |

Avg Bought 1250.0000000000  Settlement  1281.00   USD   15,750.00 *
FLTD:12/29/08   Avg Sold 0000000000

*- CONTINUED ON NEXT PAGE -*

8/23/07 ... Information Act, 5 U.S.C. Section 552
Regulation S-260.65. Direct all inquiries
to the Director of Compliance Operations.
St. Louis, Missouri 63103 (314) 955-3000   AGE 310 (7/04)

AGE - 00162

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

Your Futures Broker
0415 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 LEWELLING SUITE 40
SAN LEANDRO, CA 94579-2401

FC Account [REDACTED]27

Segregated Accounts                                                   Page 30

--- F U T U R E S / O P T I O N S   O P E N   P O S I T I O N S ---

| Date | Long | Short | Contract/Description | Strike | Settlement Price | Avg Bought / Avg Sold | Curr | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 2* | Avg Bought  FLTD:09/17/07, | | .86450 | .8656000 | USD | 275.00-* |
| 8/30/07 | | 1 | DEC07 IMM J-YEN | | .87550 | | USD | 62.50- |
| 8/30/07 | | 1 | DEC07 IMM J-YEN | | .87550 | | USD | 62.50- |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | | .87550 | | USD | 125.00- |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | | .87550 | | USD | 125.00- |
| 8/30/07 | | 2 | DEC07 IMM J-YEN | | .87550 | | USD | 125.00- |
| | | 10* | Settlement Avg Sold | | .87550 | .8755000 | USD | 625.00-* |
| 8/16/07 | 10 | | SEP07 IMM J-YEN @ .8895 | | 1.450 | .00000000 | USD | 1,875.00 |
| | | 10* | Avg Bought  FLTD:12/17/07, | | | | | 1,875.00* |
| | | | Settlement Avg Sold | | .150 | .00000000 | USD | |
| 8/16/07 | | 2 | SEP07 IMM ECU EDAT:09/07/07, | | 1.34250 | 1.4500000 | USD | 5,550.00 |
| 8/16/07 | | 3 | SEP07 IMM ECU | | 1.34250 | | USD | 8,325.00 |
| 8/16/07 | | 15 | SEP07 IMM ECU | | 1.34250 | | USD | 41,875.00 |
| | | 10* | Settlement Avg Sold | | 1.36470 | 1.3425000 | USD | 27,750.00 |
| 8/16/07 | | 7 | NOV07 FROZEN OJ  FLTD:09/17/07, | | 120.90 | | USD | 2,415.00- |
| 8/16/07 | | 28 | NOV07 FROZEN OJ | | 121.00 | | USD | 10,080.00- |
| | | 35* | Avg Bought | | 118.60 | 120.98000000 | USD | 12,495.00-* |
| 8/20/07 | | 25 | OCT07 NYME NATGS  FLTD:11/09/07, | | 6.0700 | | USD | 14,840.00 |
| 8/21/07 | | 3 | OCT07 NYME NATGS | | 6.0700 | | USD | 18,060.00 |
| 8/23/07 | | 3 | OCT07 NYME NATGS | | 5.8520 | | USD | 18,240.00 |
| 8/27/07 | | 1 | OCT07 NYME NATGS | | 5.5680 | | USD | 28,140.00 |
| | | | Avg Bought  FLTD:09/26/07, | | 6.0128571 | Avg Sold .0000000 | USD | |

Total Value in Base Currency

--- CONTINUED ON NEXT PAGE ---

REDACTED BY [REDACTED], EDWARDS INC [REDACTED] disclosures under the Freedom of Information Act, 5 U.S.C. Section 552, requires [REDACTED] inspection [REDACTED] of Taught Market Practices. to the Director of Law, 1 North Jefferson, St. Louis, Missouri 63103 (314) 955-3000.

AGE 310 (7/04)
AGE - 00163

# FUTURES AND COMMODITIES STATEMENT

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS
Member SIPC  A.G. Edwards & Sons, Inc.

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account ▇▇▇▇

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DEWEIRING, SUITE 10
SAN LEANDRO, CA 94579-2401

Your Futures Broker
0415 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-6135

Page 3

Segregated Accounts

- - - F U T U R E S / O P T I O N S   O P E N   P O S I T I O N S - - -

| Date | Long | Short | Contract/Description | Strike Price | Curr | Amount |
|---|---|---|---|---|---|---|
| | | | Total Non-cash Market Value | | USD | .00 ** |
| | | | Total Long Option Value | | USD | .00 ** |
| | | | Total Short Option Value | | USD | 1,875.00-** |
| | | | Net Option Value | | USD | 1,875.00-** |
| | | | Net Liquidity | | USD | 1,416,728.24 |

- - - M A R G I N   R E Q U I R E M E N T   S U M M A R Y - - -

| Equity | New | Total Margin Calls |
|---|---|---|
| | | Amount No /Ag /▇ |
| Maintenance | Margin Call | |
| | .00 | 0 / |

Excess/Deficit
333,837.24

Initial
1,084,766.00-

Maintenance
805,970.00-

USD

Total Value in Base Currency
1,084,766.00-   805,970.00-   333,837.24
USD

- - - A C C O U N T   V A L U E   S U M M A R Y - - -

| Account Balance | Unrealized G/L on Futures | Unrealized G/L on Forwards | Collateral Value | Net Liquidating Option Value | Market Value |
|---|---|---|---|---|---|
| 1760,593.01- | 2 1,791,196.25 | .00 | .00 | 1,875.00- | 416,728.24 |
USD

- - - F U T U R E / O P T I O N   O P E N   C O N T R A C T   S U M M A R Y - - -

| | Futures | | Options | | | | |
|---|---|---|---|---|---|---|---|
| Commodity | Month | Long | Short | Long | Short | Initial Margin | |
| CBT CORN | DEC07 | 10 | 0 | 0 | 0 | 13,500.00-* | USD |
| | Total | 10 | 0 | 0 | 0 | 13,500.00-* | USD |
| CBT OATS | DEC07 | 125 | 0 | 0 | 0 | 25,313.00-* | USD |
| | Total | 125 | 0 | 0 | 0 | 25,313.00-* | USD |
| CBT SOYBNS | NOV07 | 435 | 0 | 0 | 0 | 199,259.00-* | USD |
| CBT SOYBNS | JAN08 | 0 | 65 | 0 | 0 | 57,422.00-* | USD |
| | Total | 135 | 65 | 0 | 0 | 176,681.00-* | USD |
| CBOT DJIA | SEP07 | 0 | 10 | 0 | 0 | 62,500.00-* | USD |
| | Total | 0 | 10 | 0 | 0 | 62,500.00-* | USD |
| CBT T-BOND | SEP07 | 0 | 3 | 0 | 0 | 4,860.00-* | USD |
| | Total | 0 | 3 | 0 | 0 | 4,860.00-* | USD |
| CMX GOLD | OCT07 | 120 | 0 | 0 | 0 | 766,296.00-* | USD |
| CMX GOLD | DEC07 | 190 | 0 | 0 | 0 | 129,804.00-* | USD |
| | Total | 190 | 0 | 0 | 0 | 129,804.00-* | USD |
| CMX SILVER | DEC07 | 0 | 100 | 0 | 0 | 191,790.00-* | USD |
| CMX SILVER | MAR08 | 185 | 0 | 0 | 0 | 138,600.00-* | USD |
| CMX SILVER | DEC08 | 15 | 0 | 0 | 0 | 25,040.00-* | USD |
| | Total | 200 | 100 | 0 | 0 | 355,430.00-* | USD |

- - C O N T I N U E D   O N   N E X T   P A G E - -

(Pursuant to Confidentiality provisions of Order 120)
A.G. EDWARDS & SONS, INC.
Information Center, 1 North Jefferson
Regulation S 200.83, D15-866 (Rules of the Director of Law, 1 North Jefferson
St. Louis, Missouri 63103 (314) 955-3000

AGE 310 (7/04)

AGE - 00164

**REDACTED**

**A.G. EDWARDS** — FULLY INVESTED IN OUR CLIENTS℠
Member SIPC  A.G. Edwards & Sons, Inc.

FUTURES AND COMMODITIES STATEMENT

Monthly Statement For: AUG 01, 2007 through AUG 31, 2007

FC Account: [REDACTED]

INTERNATIONAL TRADE
AND DATA A PARTNERSHIP
747 DOWLING SUITE 240
SAN LEANDRO, CA 94579-2401

Your Futures Broker
10455 JAMES EDWARDS
433 SOSCOL AVE
SUITE 100
NAPA, CA 94559-9828
(707) 258-5145

Page 32

--- F U T U R E / O P T I O N   O P E N   C O N T R A C T   S U M M A R Y ---

| Commodity | Futures Month | Futures Long | Futures Short | Puts Long | Puts Short | Calls Long | Calls Short | Initial Margin | |
|---|---|---|---|---|---|---|---|---|---|
| IMM J-YEN | SEP07 | 2 | 0 | 0 | 0 | 0 | 0 | 18,163.40- | USD |
| IMM J-YEN | DEC07 | 10 | 0 | 0 | 0 | 0 | 0 | 13,573.60- | USD |
| | Total | 12* | 0 | 0* | 0* | 10* | 0 | 31,737.00-* | USD |
| IMM ECU | SEP07 | 10 | 0 | 0 | 0 | 0 | 0 | 20,250.00- | USD |
| | Total | 10* | 0 | 0* | 0* | 0* | 0 | 20,250.00-* | USD |
| FROZEN OJ | NOV07 | 35 | 0 | 0 | 0 | 0 | 0 | 66,150.00- | USD |
| | Total | 35* | 0 | 0* | 0* | 0* | 0 | 66,150.00-* | USD |
| NYME NATGS | OCT07 | 7 | 0 | 0 | 0 | 0 | 0 | 70,875.00- | USD |
| | Total | 7* | 0 | 0* | 0* | 0* | 0 | 70,875.00-* | USD |
| | | | | | | | Total Requirement | 1,084,766.00-* | USD |

--- P R O F I T  &  L O S S   S U M M A R Y ---

| | Futures | Options Long Premium | Options Short Premium | Commission | Fees |
|---|---|---|---|---|---|
| Profit and Loss | | | | | |
| MTD USD | 847,480.50- | 22,000.00- | 18,125.00 | 45,100.00- | 2,317.00- |
| YTD USD | 9,017,250.75- | | | 248,250.00- | 11,239.70- |

CONFIDENTIAL TREATMENT REQUESTED BY
A.G. EDWARDS & SONS, INC.

(Pursuant to confidential treatment
procedures under the Freedom of
Information Act, 5 U.S.C. Section 552)
Regulation S-2001(b) Direct all inquiries
to the Director of Law, 1 North Jefferson
St. Louis, Missouri 63103 (314) 955-3000.

AGE 310 (7/04)

AGE - 00165