HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
  (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>    Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants. | Case No. C 07-4975-JCS<br><br>CERTIFICATE OF SERVICE |

I, Martha D. Dewing, am a citizen of the United States, over 18 years of age, and am not a party in this action. On October 18, 2007, I served true and correct copies of the following:

Case No. C-07-4975 WHA                            CERTIFICATE OF SERVICE

1  DECLARATION OF JENNIFER M. GOOD CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY – DOCUMENT
2  SUBMITTED UNDER SEAL

3  DECLARATIONS OF JULIA ZIEGLER DATED NOVEMBER 20, 2006, NOVEMBER 27, 2006, DECEMBER 4, 2006, JANUARY 2, 2007, AND
4  FEBRUARY 20, 2007 CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY – DOCUMENT SUBMITTED UNDER
5  SEAL

6  DECLARATION OF TIMOTHY K. IVEY CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY – DOCUMENT
7  SUBMITTED UNDER SEAL

8  DECLARATION OF H. GIFFORD FONG IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXHIBITS 1-15 –
9  DOCUMENT SUBMITTED UNDER SEAL

10  DECLARATION OF ERIN E. SCHNEIDER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND OTHER ANCILLARY
11  RELIEF AND EXHIBITS 1 – 54 – DOCUMENT SUBMITTED UNDER SEAL

12      I served true and correct copies via **U.S. MAIL** addressed to the following:

13  Michael D. Celio, Esq.
    Keker & Van Nest LLP
14  710 Sansome Street
    San Francisco, CA 94111-1704
15

16      I declare under penalty of perjury that the foregoing is true and correct.

17      Executed at San Francisco, California on October 18, 2007.

18
                                                    *[signature]*
19                                                  Martha D. Dewing

20

21

22

23

24

25

26

27

28

COMPLAINT                                    -2-