1  HELANE L. MORRISON (Cal. Bar No. 127752)
   MARK P. FICKES (Cal Bar No. 178570)
2   fickesm@sec.gov
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
3   schneidere@sec.gov

4  Attorneys for Plaintiff                          **E-Filing**
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, 26th Floor
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
7                                                    **FILED**

8              UNITED STATES DISTRICT COURT          OCT 2 4 2007

9              NORTHERN DISTRICT OF CALIFORNIA       RICHARD W. WIEKING
                                                     CLERK, U.S. DISTRICT COURT
10                 SAN FRANCISCO DIVISION            NORTHERN DISTRICT OF CALIFORNIA

11

12  SECURITIES AND EXCHANGE COMMISSION,    |  Case No. C 07-4975 WHA

13          Plaintiff,

14                                          |  ORDER DIRECTING CLERK TO FILE
                                              UNREDACTED DECLARATION UNDER
15      vs.                                   SEAL [Local Rule 79-5].

16  ALEXANDER JAMES TRABULSE,

17          Defendant,

18      and

19  FAHEY FUND, L.P., FAHEY FINANCIAL GROUP,
    INC., INTERNATIONAL TRADE & DATA, and
20  ITD TRADING,

21          Relief Defendants.

22

23      This matter is before the Court on the application of plaintiff Securities and Exchange

24  Commission to file under seal the unredacted Declarations of Erin E. Schneider ("Schneider

25  Declaration"), H. Gifford Fong, ("Fong Declaration"), Timothy K. Ivey ("Ivey Declaration"), Jennifer

26  M. Good ("Good Declaration") and Julia Ziegler ("Ziegler Declaration") pursuant to Local Rule 3-17

27  and 79-5. The Court having considered the application and finding good cause to issue the order,

28

1    IT IS ORDERED that the Clerk of the Court file the Schneider Declaration, Fong Declaration,

2    Ivey Declaration, Good Declaration and Ziegler Declaration under seal.

3

4    Dated: _10.22_____, 2007

5

6                                        William H. Alsup
                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

SEC,

                    Plaintiff,

v.

ALEXANDER J. TRABULSE et al,

                    Defendant.
_____/

Case Number: CV07-04975 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erin E. Schneider
Securities & Exchange Commission
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

Helane Leslie Morrison
U.S. Securities & Exchange Commission
San Francisco District Office
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

Mark Philip Fickes
U.S. Securities and Exchange Commission
44 Montgomery Street, #2600
San Francisco, CA 94104

Michael D. Celio
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Dated: October 24, 2007

*Cora Klein*
Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk