HELANE L. MORRISON (Cal. Bar No. 127752)
MARK P. FICKES (Cal. Bar No. 178570)
  (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>        Defendant,<br><br>    and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>        Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>STIPULATION AND [PROPOSED] ORDER CONCERNING INJUNCTIVE RELIEF |

        Whereas Plaintiff Securities and Exchange Commission ("Commission") filed a complaint

against defendant Alexander James Trabulse ("Trabulse") and Relief Defendants Fahey Fund, L.P.,

Fahey Financial Group, Inc., International Trade & Data, and ITD Trading (collectively, the "Relief

Defendants");

1    Whereas counsel for the Commission notified counsel for Trabulse and the Relief Defendants

2  of the Commission's intention to file a motion for a preliminary injunction other ancillary relief;

3    Whereas counsel for the Commission, Trabulse and the Relief Defendants have met and

4  conferred to reduce the scope of contested issues to be addressed by the Court at a hearing on the

5  Commission's motion for preliminary injunction and other ancillary relief; and

6    The Commission, Trabulse and the Relief Defendants stipulate and agree to, and ask the

7  Court to adopt as its order, the following:

8                                     I.

9    IT IS ORDERED that within thirty (30) business days of the entry of this Order, Trabulse and

10  Relief Defendants shall provide a sworn statement to the Commission's counsel, identifying all

11  accounts at any financial institution or brokerage firm (including but not limited to, overseas and

12  domestic banks and brokerage firms) that are either: (a) in Trabulse's or any of the Relief

13  Defendants' names; (b) that Trabulse or any of the Relief Defendants control or in which Trabulse or

14  Relief Defendants have permission to conduct transactions; or (c) in which Trabulse or any of the

15  Relief Defendants has an interest.  Nothing about the report mentioned in this Paragraph will

16  constitute, and the Commission will not argue to the contrary, a waiver, in whole or in part, of

17  Trabulse's rights and privileges under the Fifth Amendment of the U.S. Constitution.

18                                     II.

19    IT IS FURTHER ORDERED that pending further order of the Court, Trabulse and Relief

20  Defendants, and their officers, agents, employees, servants, and all persons in active concert or

21  participation with them, and each of them, are prohibited from making a payment, transfer, or

22  distribution, to any people who have invested in and/or purchased securities from Fahey Fund, L.P.

23  (formerly known as Fahey Hedge Fund, L.P.), or Fahey Financial Group, Inc. (collectively, the

24  "Investors"), or from authorizing the payment, transfer, or distribution of, any funds or assets to any

25  current Investor, with the exception of any payment, transfer, or distribution of any funds or assets

26  pursuant to paragraph VIII, below;

27  ///

28  ///

**III.**

IT IS FURTHER ORDERED that pending further order of the Court, Trabulse and Relief Defendants, and their officers, agents, employees, servants, and all persons in active concert or participation with them, and each of them, are prohibited from accepting any investments from any current or prospective Investors;

**IV.**

IT IS FURTHER ORDERED that pending further order of the Court, Trabulse and Relief Defendants, and their officers, agents, employees, servants, and all persons in active concert or participation with them, and each of them, whatever business names they may operate under, when acting on behalf of Trabulse or Relief Defendant shall limit their future investments solely to investments in securities, derivatives, commodities contracts, foreign currency or other exchange-traded investments.

**V.**

IT IS FURTHER ORDERED that pending further order of the Court, Trabulse and Relief Defendants, and their officers, agents, employees, servants, and all persons in active concert or participation with them, and each of them, whatever business names they may operate under, when acting on behalf of Trabulse or Relief Defendants shall not transfer or convey any assets that could be used by Trabulse or others in a personal capacity, except insofar as the asset is transferred to a third party bona fide purchaser for value.  In the event that an asset is transferred to a third party bona fide purchaser for value, the proceeds shall be maintained in accordance with all relevant provisions of this stipulation.

**VI.**

IT IS FURTHER ORDERED that, pending further order of the Court, Defendant shall provide to the Commission's counsel, within fifteen (15) business days after the end of each calendar month, a sworn accounting of all funds or assets transferred out of any bank or brokerage account pursuant to Paragraphs IV and V, above.  Nothing about the accounting mentioned in this Paragraph will constitute, and the Commission will not argue to the contrary, a waiver, in whole or in part, of Trabulse's rights and privileges under the Fifth Amendment of the U.S. Constitution.

## VII.

IT IS FURTHER ORDERED that, pending further order of the Court, Trabulse and Relief Defendants and their officers, agents, employees, servants, and all persons in active concert or participation with them, and each of them, whatever business names they may operate under are prohibited from transferring or conveying, or authorizing the transfer or conveyance of, any funds or assets currently in the United States to a jurisdiction outside the United States, with the exception of the funds transferred pursuant to Paragraphs IV and V, above.

## VIII.

Nothing is in this order shall be construed to prohibit Trabulse and Relief Defendants, and their officers, agents, employees, servants, and all persons in active concert or participation with them, and each of them, whatever business names they may operate under, from transferring or conveying, or authorizing the transfer or conveyance of, any funds or assets to pay legitimate and reasonable expenses incurred in the ordinary operation of the Relief Defendants.

## IX.

IT IS FURTHER ORDERED that, pending further order of the Court, Defendant shall provide to the Commission's counsel, within fifteen (15) business days after the end of each calendar month, a sworn accounting of all funds or assets used to pay any expenses pursuant to Paragraph VIII, above. Nothing about the accounting mentioned in this Paragraph will constitute, and the Commission will not argue to the contrary, a waiver, in whole or in part, of Trabulse's rights and privileges under the Fifth Amendment of the U.S. Constitution.

///

///

///

1   IT IS SO STIPULATED:

2   Dated:  October 18, 2007              /s/  Mark P. Fickes
                                      Mark P. Fickes
3                                       Erin E. Schneider
                                      Attorneys for Plaintiff
4                                       SECURITIES AND EXCHANGE COMMISSION

5

6   Dated:  October 18, 2007              /s/  Clement S. Roberts
                                      Michael D. Celio
7                                       Clement S. Roberts
                                      Attorneys for Defendant ALEXANDER JAMES
8                                       TRABULSE, and Relief Defendants FAHEY FUND,
                                      L.P., FAHEY FINANCIAL GROUP, INC.,
9                                       INTERNATIONAL TRADE & DATA, AND ITD
                                      TRADING

10

11       The Court, having considered this proposed stipulation and order, adopts as its order the

12 provisions of paragraphs I through IX, above.

13       IT IS SO ORDERED

14

15 Dated:  __October 29__, 2007

16

17                                       _____
                                William H. Alsup
18                                 UNITED STATES DISTRICT JUDGE

19

20     So ordered but:

21          This is without prejudice to United States Attorney arguing waiver of Fifth Amendment.
         SEC cannot bind the United States.  The hearing is vacated on December 6, 2007, as
22          moot.

23

24

25

26

27

28