<div style="writing-mode: vertical"><b>United States District Court</b><br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER J. TRABULSE,<br><br>    Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants.<br>_____/ | No. C 07-04975 WHA<br><br><br>**ORDER RE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

The Court wishes to correct its stipulation and order, filed on October 29, 2007 (Doc. 34). In light of the fact that other terms of injunctive relief are still contested, the hearing date for plaintiff's motion for preliminary injunction on **DECEMBER 6, 2007**, at **8:00 A.M.** will not be vacated. The briefing schedule and the hearing date will stand.

**IT IS SO ORDERED.**

Dated: October 29, 2007.

                                                      /s/ William Alsup<br>
WILLIAM ALSUP<br>
UNITED STATES DISTRICT JUDGE