KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
CLEMENT S. ROBERTS - #209203
JO F. WEINGARTEN - #246224
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: mcelio@kvn.com
       croberts@kvn.com
       jweingarten@kvn.com

Attorneys for Defendants
ALEXANDER JAMES TRABULSE,
FAHEY FUND, L.P., FAHEY FINANCIAL
GROUP, INC., INTERNATIONAL TRADE
& DATA, and ITD TRADING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER JAMES TRABULSE<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 WHA<br><br>**[PROPOSED] ORDER IN SUPPORT OF DEFENDANT ALEXANDER JAMES TRABULSE'S MOTION TO DISMISS THE FIRST, SECOND, AND THIRD CAUSES OF ACTION OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**<br><br>Date: December 6, 2007<br>Time: 8:00 a.m.<br>Courtroom: 9<br>Judge: Hon. William H. Alsup<br><br>Date Action Filed: September 26, 2007 |

[PROPOSED] ORDER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE FIRST, SECOND, AND THIRD CAUSES OF ACTION OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT
CASE NO. C-07-4975 WHA

405674.01

1  Defendant Alexander James Trabulse's Notice of Motion and Motion to Dismiss the
2  First, Second, and Third Causes of Action or, in the Alternative, for More Definite Statement
3  came on for a regularly scheduled hearing at 8:00 a.m. on December 6, 2007. The Court, having
4  considered the supporting and opposing papers, the pleadings and papers on file, and the
5  arguments presented by counsel, hereby **GRANTS** Mr. Trabulse's Motion to Dismiss the First,
6  Second, and Third Causes of Action.

7  **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Security and Exchange
8  Commission's First, Second, and Third Causes of Action are **DISMISSED** with leave to amend.
9  **IT IS SO ORDERED.**

11  Dated:                                    By: _____
12                                             HON. WILLIAM H. ALSUP
                                               United States District Judge

2
[PROPOSED] ORDER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE FIRST, SECOND, AND
THIRD CAUSES OF ACTION OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT
CASE NO. C-06-05289-WHA

405674.01