MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
 (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 (WHA)<br><br>DECLARATION OF ERIN E. SCHNEIDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

I, ERIN E. SCHNEIDER, DECLARE:

I am an attorney duly admitted to practice in the State of California. If called as a witness, I could and would competently testify as follows:

1. I am a staff attorney in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I am one of the attorneys with primary responsibility for the

1  Commission's investigation in the above-entitled matter before the Commission filed its complaint. I
2  have custody of the Commission's investigation file concerning this matter, including the documents
3  described below.
4      2.    As part of the Commission's investigation, I sent administrative subpoenae to several
5  investors in the Fahey Fund. Five of those investors produced partnership agreements for the Fahey
6  Fund: Urbano Maffei, Kathy Ranz, Michael Chavez, Donald Sather, and James Wojack. A true and
7  correct copy of one of those partnership agreements, produced by James Wojack, is attached hereto at
8  Exhibit 1. This partnership agreement does not state anywhere that the Fahey Fund may invest
9  capital in "other businesses" or that the Fahey Fund's mission will be to invest in "any other
10 investment of a unique long-term character." Rather, Section 2.01 states that the "Fund's primary
11 purpose shall be to use listed stock, futures, options, and index opportunities to gain consistent
12 compound rates of return" and that the "trading vehicles will be chosen from among, but not limited
13 to, the following: Stocks (NYSE, NASDQ, AMEX, etc.) Indexes, Warrants, Stock options, Futures
14 and their options, forward contracts, Cash market (physical commodities) transactions and similar
15 financial instruments." Section 6.09 states that "The General Partner is empowered to make any
16 investment in derivative instruments, such as commodities, futures, precious metals, financial
17 instruments, indexes, options or option strategies, as well as listed stocks and their options and
18 indexes, or any such like." Similarly, the partnership agreements produced by Urbano Maffei, Kathy
19 Ranz, Michael Chavez, and Donald Sather do not state anywhere that the Fahey Fund may invest
20 capital in "other businesses" or that the Fahey Fund's mission will be to invest in "any other
21 investment of a unique long-term character."
22
23 I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15,
24 2007 at San Francisco, California.
25
26                                                                    Erin E. Schneider
27
28