KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
CLEMENT S. ROBERTS - #209203
JO F. WEINGARTEN - #246224
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188
Email:  mcelio@kvn.com
          croberts@kvn.com
          jweingarten@kvn.com

Attorneys for Defendants
ALEXANDER JAMES TRABULSE,
FAHEY FUND, L.P., FAHEY FINANCIAL
GROUP, INC., INTERNATIONAL TRADE
& DATA, and ITD TRADING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER JAMES TRABULSE<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 WHA<br><br>**DECLARATION OF CLEMENT S. ROBERTS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        December 6, 2007<br>Time:        8:00 a.m.<br>Courtroom: 9<br>Judge:       Hon. William H. Alsup<br><br>Date Action Filed:     September 26, 2007 |

ROBERTS DECL. IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-07-4975 WHA

406398.01

I, CLEMENT S. ROBERTS, declare and state that:

1.    I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, counsel for Defendant Alexander James Trabulse in the above-captioned action.  I am duly admitted to practice law before this Court.  Except where expressly stated, I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could and would do so competently and under oath.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the Fahey Fund (Limited) Partnership Agreement, dated January 2002.

3.    Mr. Trabulse and the SEC entered into a stipulation that limits the actions Mr. Trabulse can take during this litigation with respect to the Fahey Fund.  The Court entered this stipulation as an order on October 29, 2007.

4.    During the defense counsel's meet and confer process with the SEC regarding the Trabulse stipulation, the SEC's counsel made clear that they intended to seek additional preliminary injunctions in order to preclude the Fund from paying for the attorney fees and costs needed to defend itself, and its General Partner, during this litigation.

5.    The SEC's counsel also made clear that they were seeking additional preliminary injunctions to preclude Mr. Trabulse from obtaining any compensation for the Fund-related work that he, and the SEC, have agreed he will do in the future.

6.    As part of the meet and confer process with the SEC regarding this litigation, the SEC informed me that they do not intend to try and remove Mr. Trabulse from continuing to manage the Fund during this litigation.  Indeed, the stipulation entered into with the SEC assumes that Mr. Trabulse will manage the Fund during this litigation.

7.    The SEC also made it clear that, despite the stipulation, it intended to seek preliminary relief in order to prevent the Fund from spending any money to defend itself or Mr. Trabulse in this litigation.

8.    The SEC spent more than nine months taking discovery, including obtaining

1

1   documents from the defendants and from numerous third parties, and taking testimony from

2   more than thirty witnesses.

3        9.      During the SEC's investigation regarding this matter, the Fund produced 16,366

4   pages of documents to the SEC in response to an SEC subpoena.

5        10.     Attached hereto as **Exhibit B** is a true and correct copy of a letter dated July 17,

6   2007 from Michael Celio to Erin Schneider .

7

8   Dated:  November 15, 2007                        KEKER & VAN NEST, LLP

9

10

11                                        By:  /s/ Clement S. Roberts
                                              CLEMENT S. ROBERTS
12                                            Attorneys for Defendants
                                              ALEXANDER JAMES TRABULSE,
13                                            FAHEY FUND, L.P., FAHEY
                                              FINANCIAL GROUP, INC.,
14                                            INTERNATIONAL TRADE & DATA,
                                              and ITD TRADING

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBERTS DECL. IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. C-07-4975 WHA

406398.01