# EXHIBIT B

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

MICHAEL D. CELIO
MCELIO@KVN.COM

July 17, 2007

**VIA FACSIMILE AND U.S. MAIL**

Erin E. Schneider
Office of Enforcement
Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104-4613

Re:   In the Matter of Fahey Fund, L.P. (SF-3211)

Dear Erin:

During our meeting yesterday, you suggested that you had not seen the Fahey Fund's revised, 2002 partnership agreement. That document was produced to the S.E.C. on February 14, 2007. Copies of it can be found at (at least) Bates FAHEY-SEC 949 through 956 and FAHEY-SEC 957 through 964. A copy is attached hereto for your convenience.

A review of that document makes plain that the Fahey Fund is permitted to invest in a wide range of assets. Section 2.01 of the agreement permits the Fahey Fund to invest in any asset "of a unique long-term character." Under Section 6.01, the General Partner (Mr. Trabulse) has virtually unlimited discretion to invest in any manner that is consistent with Section 2.01. Specifically, section 6.02 provides the General Partner "full and exclusive charge and control of management, conduct and operation of the Fund in all respects and all matters."

We therefore believe that any argument that the Fund was not permitted to make the investment decisions it did would be unfounded.

Sincerely,

MICHAEL D. CELIO

MDC/wik

399288.01