MARC J. FAGEL (Cal. Bar No. 154425)
MARK P. FICKES (Cal. Bar No. 178570)
  (fickesm@sec.gov)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  (schneidere@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 WHA<br><br>SECOND DECLARATION OF ERIN E. SCHNEIDER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND OTHER ANCILLARY RELIEF |

I, ERIN E. SCHNEIDER, DECLARE:

I am an attorney duly admitted to practice in the State of California. If called as a witness, I could and would competently testify as follows:

1. I am a staff attorney in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I am one of the attorneys with primary responsibility for the

Commission's investigation in the above-entitled matter before the Commission filed its complaint. I have custody of the Commission's investigation file concerning this matter, including the document described below.

2. On November 15, 2007, counsel for Trabulse sent to the Commission a letter purporting to be a statement of the Fahey Fund's activities in October 2007. A true and correct copy of that letter, without the attached Exhibit A (which appears to contain copies of October 2007 brokerage account statements), is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2007 at San Francisco, California.

_____
Erin E. Schneider

# EXHIBIT 1

LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

CLEMENT S. ROBERTS
(415) 773-6614
CROBERTS@KVN.COM

November 15, 2007

**VIA EMAIL & US MAIL**

Mark P. Fickes, Esq.
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco, CA 94104

Re:   *SEC v. Trabulse, C-07-4975*

Dear Mark:

Pursuant to the Stipulation and Order Concerning Injunctive Relief entered into by the parties and the Court in the matter *SEC v. Trabulse,* Case No. C 08-4975, please find enclosed the Fahey Fund's statement of activities in October 2007.

Sincerely,

CLEMENT S. ROBERTS

CSR:wik
Enclosures

406506.01

# ACCOUNTING

Pursuant to the Stipulation and Order Concerning Injunctive Relief (the "Stipulation and Order"), entered into by the parties and the Court in the matter *SEC v. Trabulse*, Case No. C 07-4975, the Fahey Fund's activities in October 2007 were as follows:

## I. All funds or assets transferred out of any bank or brokerage account for investments during October 2007

In compliance with Paragraphs IV and VI of the Stipulation and Order, the following investments were made in real estate during October 2007:

| Date | Amount | Investment |
|---|---|---|
| 10/1/07 | $2,000 | Debt service related to real estate investment ("Nevada City") in Indian Wells (check # 2060) |
| 10/7/07 | $8,000 | Debt Service (4 months) Lots 1, 2, 30, related to real estate investment ("Nevada City") in Indian Wells (check # 2058) |
| 10/15/07 | $6,000 | Landscaping and irrigation for real estate investment ("Skywalker") in Saticoy (check # 2059) |
| 10/15/07 | $9,380 | Lester Tong Debt Service for real estate investment ("Skywalker") in Saticoy, Skywalker 9 (check # 2063) |
| 10/15/07 | $2,000 | Debt Service Indian Wells lots 1 and 2, related to real estate investment ("Nevada City") in Indian Wells (check # 2062) |
| 10/17/07 | $6,276.93 | Landscaping and irrigation for real estate investment ("Northridge") in Saticoy (balance) (check # 2064) |
| 10/24/07 | $2,450 | Debt service Indian Wells lots |

| | | |
|---|---|---|
| | | 1 and 2, related to real estate investment ("Nevada City") in Indian Wells (check #2065) |
| 10/24/07 | $2,102.78 | Debt service Indian Wells lots 1 and 2, related to real estate investment ("Nevada City") in Indian Wells (check #2066) |
| 10/24/07 | $1,625.50 | Debt service Nov-Dec, related to real estate investment ("Nevada City") in Indian Wells (check # 2067) |
| 10/26/07 | $5,000 | Closing points on Omega Home Loans, related to real estate investment ("Nevada City") in Indian Wells (check # 2068) |

In addition, other investment purchases were made in compliance with Paragraph IV of the Stipulation. These investments are set forth in detail in Exhibit A to this disclosure statement (statement from AG Edwards).

II. **All profits from non-traditional asset sales during October 2007**

In compliance with Paragraphs V and VI of the Stipulation and Order, no defendant transferred or conveyed any assets that could be used by Mr. Trabulse or others in a personal capacity in October 2007, including to any third party bona fide purchaser for value.

III. **All funds or assets used to pay expenses during October 2007**

In compliance with Paragraphs VIII and IX of the Stipulation and Order, Fund assets were used to pay the following expenses in October 2007:

| | |
|---|---|
| Phones/Electronic | $1,237.60 |
| Auto | $167.75 |
| Insurance—auto | $1,642.88 |

| | |
|---|---|
| Insurance | $303.00 |
| Rents | $1,600.00 |
| Lawrence Sanders (salary) | $2,200.00 |
| Easter Trabulse (salary) | $5,000.00 |
| Miscellaneous business | $878.92 |
| Utilities | $75.00 |
| Housekeeping | $400.00 |
| Personal | $4,500.00 |
| Bank Fees | $25.00 |
| Office costs | $347.20 |
| Professional services, including legal | $5,000.00 |
| Charity | $1,000.00 |
| **TOTAL** | **$24,377.35** |

As the limited General Partner of the Fund, and as a person authorized to swear to this accounting on behalf of the Defendant, I declare under penalty of perjury, under the laws of the State of California, that to the best of my knowledge the foregoing is true and correct and that this sworn accounting was executed on November 15, 2007, at San Francisco, California.

_____
EASTER TRABULSE

406468.02