1  KEKER & VAN NEST, LLP
   MICHAEL D. CELIO - #197998
2  CLEMENT S. ROBERTS - #209203
   JO W. GOLUB - #246224
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:     (415) 391-5400
   Facsimile:     (415) 397-7188
5  Email: mcelio@kvn.com
          croberts@kvn.com
6         jweingarten@kvn.com

7  Attorneys for Defendants
   ALEXANDER JAMES TRABULSE,
8  FAHEY FUND, L.P., FAHEY FINANCIAL
   GROUP, INC., INTERNATIONAL TRADE
9  & DATA, and ITD TRADING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 WHA<br><br>**APPLICATION AND [PROPOSED] ORDER AUTHORIZING ELECTRONIC EQUIPMENT FOR DECEMBER 6, 2007 HEARING**<br><br>Date:         December 6, 2007<br>Time:         8:00 a.m.<br>Courtroom: 9<br>Judge:        Hon. William H. Alsup<br><br>Date Action Filed:     September 26, 2007 |

## APPLICATION

The hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss in this action is scheduled to begin on Thursday, December 6, 2007 at 8:00 a.m. Defendants hereby request permission to set up the following equipment in Courtroom 9, at 7:00 a.m. on December 6, 2007:

1. Laptop computers;
2. LCD projector;
3. Projection screen
4. Switch boxes for computer equipment; and
5. Various accessory extension cords, cables, speakers, power strips and duct tape.

Dated: November 29, 2007                KEKER & VAN NEST, LLP

By: /s/ Jo W. Golub_____
    JO W. GOLUB
    Attorneys for Defendants ALEXANDER
    JAMES TRABULSE, FAHEY FUND, L.P.,
    FAHEY FINANCIAL GROUP, INC.,
    INTERNATIONAL TRADE & DATA, and
    ITD TRADING

## ORDER

The Court hereby authorizes Defendants' counsel or any person designated by counsel and bearing a copy of this order to bring the following equipment into the United States Courthouse at 450 Golden Gate Avenue, for purposes of the December 6, 2007 hearing in this action:

The United States Marshals Service and the court security officers are directed to permit counsel or their designee bearing this court order to bring the above-described electronic equipment into the courthouse at 7:00 a.m. on December 6, 2007.

SO ORDERED.

Dated: November ___, 2007

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT