1  KEKER & VAN NEST, LLP
   MICHAEL D. CELIO - #197998
2  CLEMENT S. ROBERTS - #209203
   JO W. GOLUB - #246224
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:     (415) 391-5400
   Facsimile:     (415) 397-7188
5  Email: mcelio@kvn.com
          croberts@kvn.com
6         jweingarten@kvn.com

7  Attorneys for Defendants
   ALEXANDER JAMES TRABULSE,
8  FAHEY FUND, L.P., FAHEY FINANCIAL
   GROUP, INC., INTERNATIONAL TRADE
9  & DATA, and ITD TRADING

10

11
                          UNITED STATES DISTRICT COURT
12
                        NORTHERN DISTRICT OF CALIFORNIA
13
                               SAN FRANCISCO DIVISION
14

15

16  SECURITIES AND EXCHANGE COMMISSION,    Case No. C-07-4975 WHA

                                 Plaintiff,
17
                                              **APPLICATION AND [PROPOSED]**
        v.                                    **ORDER AUTHORIZING**
18                                            **ELECTRONIC EQUIPMENT FOR**
    ALEXANDER JAMES TRABULSE,                 **DECEMBER 6, 2007 HEARING**
19
                                 Defendant,
20                                            Date:       December 6, 2007
        and                                   Time:       8:00 a.m.
21                                            Courtroom: 9
    FAHEY FUND, L.P., FAHEY FINANCIAL         Judge:      Hon. William H. Alsup
22  GROUP, INC., INTERNATIONAL TRADE &
    DATA, and ITD TRADING,                    Date Action Filed:    September 26, 2007
23
                          Relief Defendants.
24

25

26

27

28

**APPLICATION**

The hearing on Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss in this action is scheduled to begin on Thursday, December 6, 2007 at 8:00 a.m. Defendants hereby request permission to set up the following equipment in Courtroom 9, at 7:00 a.m. on December 6, 2007:

1. Laptop computers;
2. LCD projector;
3. Projection screen
4. Switch boxes for computer equipment; and
5. Various accessory extension cords, cables, speakers, power strips and duct tape.

Dated: November 29, 2007                    KEKER & VAN NEST, LLP

By: /s/ Jo W. Golub
JO W. GOLUB
Attorneys for Defendants ALEXANDER JAMES TRABULSE, FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING

**ORDER**

The Court hereby authorizes Defendants' counsel or any person designated by counsel and bearing a copy of this order to bring the following equipment into the United States Courthouse at 450 Golden Gate Avenue, for purposes of the December 6, 2007 hearing in this action:

The United States Marshals Service and the court security officers are directed to permit counsel or their designee bearing this court order to bring the above-described electronic equipment into the courthouse at 7:00 a.m. on December 6, 2007.

SO ORDERED.

Dated: November 30, 2007

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT

[IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California seal]