IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 07-04975 WHA |
| Plaintiff, | |
| v. | **ORDER RE PRELIMINARY INJUNCTION** |
| ALEXANDER J. TRABULSE, | |
| Defendant, | |
| and | |
| FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, | |
| Relief Defendants. | |

For the reasons stated at the hearing and that will be further explained in a following order, defendant will not withdraw any money from the subject funds without prior approval of the Court or the SEC. Ordinary business expenses of the fund, which do not include attorney's fees for any suit, may continue to be paid.

**IT IS SO ORDERED.**

Dated: December 6, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE