UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>December 6, 2007</u>

Case No.  <u>C 07-04975 WHA</u>

Title: <u>SEC</u> v. <u>TRABULSE</u>

Plaintiff Attorneys: Mark Fickes; Erin Schneider

Defense Attorneys: Jo W. Golub; Clement Roberts

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>Plt's Motion for Preliminary Injunction - HELD                           </u>

2)   <u>Dft's Motion to Dismiss - HELD                                            </u>


Continued to <u>  </u> for Further Case Management Conference

Continued to <u>   </u>for Pretrial Conference

Continued to <u>   </u>for Trial

**ORDERED AFTER HEARING:**