1  MARC J. FAGEL (Cal. Bar No. 154425)
    (fagelm@sec.gov)
2  MARK P. FICKES (Cal. Bar No. 178570)
    (fickesm@sec.gov)
3  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
    (schneidere@sec.gov)
4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2600
6  San Francisco, California  94104
   Telephone:  (415) 705-2500
7  Facsimile:  (415) 705-2501

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13

14  SECURITIES AND EXCHANGE COMMISSION,       Case No. C 07-4975 (WHA)

15          Plaintiff,
                                              NOTICE OF SUBSTITUTION OF
16      vs.                                   COUNSEL

17  ALEXANDER JAMES TRABULSE,

18          Defendant,

19      and

20  FAHEY FUND, L.P., FAHEY FINANCIAL
    GROUP, INC., INTERNATIONAL TRADE &
21  DATA, and ITD TRADING,

22          Relief Defendants.

23

24

25

26

27

28

1    NOTICE IS HEREBY GIVEN THAT Plaintiff Securities and Exchange Commission ("Commission") has substituted Marc J. Fagel, Associate Regional Director in the Commission's San Francisco Regional Office, in this matter in place of Helane L. Morrison, who resigned from the Commission effective October 26, 2007.  The Commission requests that the Clerk amend the docket to add Mr. Fagel's name and remove Ms. Morrison's name.  Mark P. Fickes and Erin E. Schneider will continue to represent the Commission in this action.

Dated:  December 7, 2007        <u>Mark J. Fagel    </u>
                                Mark J. Fagel
                                Mark P. Fickes
                                Erin E. Schneider
                                Attorneys for Plaintiff
                                SECURITIES AND EXCHANGE COMMISSION