**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER J. TRABULSE,<br><br>    Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants.<br>_____/ | No. C 07-04975 WHA<br><br>**SUPPLEMENTAL ORDER RE ACCOUNTING** |

The order issued December 7, 2007, granting preliminary injunction and other ancillary relief, requires defendant Alexander Trabulse to submit a verified accounting. The accounting must be submitted by **FRIDAY, JANUARY 18, 2008.** The accounting should account for the $50 million number provided to investors as of December 31, 2006, for the value as of December 31, 2007, and for any difference between the two values. The accounting for each period should include the four items on page 15 of the preliminary injunction order and other ancillary relief.

In addition, if the parties cannot agree on a monitor, both sides shall provide to the Court their names of nominees and their qualifications by **FRIDAY, DECEMBER 14, 2007.**

**IT IS SO ORDERED.**

Dated: December 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE