# EXHIBIT A



RECEIVED

SEP 1 1 2007

SEC San Francisco

September 10, 2007

Mark P. Fickes
Trial Counsel
U.S. Security and Exchange Commission
44 Montgomery Street
San Francisco, CA 94104

RE: Potential Corporate Monitor Project – Daily City, CA

Dear Mr. Fickes:

Thank you for the opportunity to discuss the potential need for a Corporate Monitor for your Daily City hedge fund case.   As you know, it is a bit difficult to be specific about the case presented since the scope of the monitors duties are not yet fully known.  Nonetheless, I present for your review a discussion of (1) anticipated strategies, tasks, and goals for the corporate monitor: (2) a general description of the steps I would take to perform the tasks of a monitor: (3) how I would staff the various tasks involved; (4) our background with hourly rates: and (5) anticipated staffing of other professionals and the expected hourly rate of each professional I would hire to work on the matter (i.e., attorneys and accountants).   Please note that there will be no charges for transportation, lodging or meals by any of the professionals working on this matter for travel to or work done in the Bay area.

Anticipated Strategies, Tasks, Goals and Professionals

The main difference between the Corporate Monitor and the full Equity Receiver is the ability to direct actions of the entity, to seize or liquidate assets, and to deal with claims.  I anticipate modeling all strategies to accomplish the same results as an Equity Receiver with the exceptions listed above. These goals and tasks include but are not limited to:

1. Investigate the assets and liabilities of the entity and, if authorized, the individual including but not limited to all investments, real property and personal property wherever located.  The resulting inventory and other results of the investigation will be detailed in a Corporate Monitors Initial Report that would be due within 60 days of the appointment of the monitor.   I will interview the principal

and all employees, review stock accounts and trade histories, insurance policies, other investment accounts and investment vehicles and client account book balances (client accounts) among other things. Hourly rates for this work range between $40.00 and $275.00 (see the fee schedule for Grassmueck Group below).

2. I will set up a procedure to review all trades.   More discussion is needed as to the exact mechanics of this procedure as I want to avoid allegations that delays in timing have resulted in losses yet insure that all trades are at least legitimate trades.  There are a number of options with varying degrees of restriction that should be considered and the resulting solution ordered by the court.  Hourly rates for this work will range from $110.00 to $275.00 per hour.

3. I will undertake a thorough forensic accounting - All available books and records would be assembled and reviewed, additional records ordered from banks and other sources as needed, and the initial results will be included as part of Corporate Monitors Initial Report. I will utilize the firm of Financial Forensics for this task. Utilization of this experienced, Portland Oregon based firm will yield substantial cost savings over typical local rates.  This firm has not only demonstrated experience in this field, but has also trained FBI agents and other forensic CPA firms and is widely published in this field.   Financial Forensics qualifications are outlined in the attached Exhibit A. The hourly rates for this work will range from $45.00 to $320.00 per hour, with the majority of the work at $100.00 - $180.00 per hour.  Further qualifications are attached in Exhibit A.

4. Legal support will be provided by the local firm of Alan Matkins Leck Gamble Mallory & Natsis LLP, with offices in San Francisco and Walnut Creek.  For General Counsel I will utilize the services of David Zaro with the firms Los Angeles office.  He will be assisted by Joshua del Castillo, also with the Los Angeles office.  This selection is based on Mr. Zaro's experience with a large number of similar securities cases.   You have identified potential issues with real and possibly personal property in France, Portugal, and Central America. I identified specific attorneys at the Alan Matkins firm with existing specific experience with each of these jurisdictions who have existing contacts in each of these areas.  Mr. Roger Mertz has done significant work with French and Portuguese assets and has existing relationships with legal and other professionals in those areas.  Mr. Clark Liebenson has demonstrated experience in Central American countries and also has many existing contacts depending on the exact location of assets.  The Alan Matkins firm has agreed to a 10% discount for this engagement.  The pre-discounted rates for the professionals are as follows: David Zaro $470.00, Roger Mertz $500.00, Clark Libenson $505.00 and Joshua del Castillo $240.00.  Biographical information is attached as Exhibit B.

## Fee Discounts, Concessions, and Geographical Advantages

Grassmueck Group has its headquarters in Portland, OR and is therefore able to utilize the lower cost of living and wages to offer advantages rates to its estates.  While some local labor will be required I do not anticipate more than 1 person part time. There will be no charges for travel of any kind including transportation, lodging, meals or travel time for our work in the Bay area.  Therefore our rates can be compared to rates in the local area;

Financial Forensics, the proposed forensic accountants, is also located in Portland Oregon and also able to pass through the geographical savings to its clients.  As with the Grassmueck Group,

2

there will be no charges for transportation, lodging, meals, or travel time for work in the Bay area. Clear cost savings are presented when compared to local rates.

Alan Matkins attorney David Zaro is located in the Los Angeles office. The firm has agreed there will be no charges for transportation, lodging, meals, or travel time. In addition, I have negotiated a 10% discount on all charges from the firm.

### GRASSMUECK GROUP BACKGROUND

My experience comes primarily from almost 25 years as a U.S. Bankruptcy Court Trustee and a State and Federal Court Receiver. Over the years I have worked repeatedly with the Securities and Exchange Commission, the Federal Trade Commission, the Oregon Division of Finance and Corporate Securities, the Washington Department of Financial Institutions and the U.S. Bankruptcy Court as a Receiver and Trustee in both Chapter 7 and Chapter 11 cases. My firm, Grassmueck Group, was established as Michael A. Grassmueck, Inc., in 1985. Our team has talent and depth to serve the needs of the most complex cases. I currently serve on the Board of Directors for the National Association of Bankruptcy Trustees, am a member of the Association of Insolvency and Restructuring Advisors (AIRA), and the Turnaround Managers Association. I am very active as a lecturer, instructor and have served on the faculty of the National Bankruptcy Training Institute at the National Advocacy Center for the Department of Justice, Columbia, South Carolina.

I have specific experience in cases similar to the one you are contemplating. Some examples include:

> United States District Court for the District of Oregon
> CV 07-0533          FTC v. Merchant Processing, Inc. et al.

**Receiver:**        Merchant Processing Inc., an independent sales organization of HSBC credit card processing, engaged in unlawful and deceptive trade practices. The Receiver assumed responsibility for all operations to ensure that it was run legally, profitably and ethically. Company currently in the stages of reformation in converting to new contracts with customers and it is anticipated it will be liquidated for redress.

> United States District Court for the Northern District of Georgia
> 07CV-0767          SEC v. Global Online Direct et al.

**Corporate Monitor:**        Global Online Direct, solicited unregistered securities in the form of loans by telling investors that they would receive interest rates from on their loans and that their loans were backed by inventory, when in fact there was less than $1 million in inventory purchased. There are over 9,000 investors in many different countries with more than $40 million in outstanding principle. The Monitorship was converted to a Receivership.

> Unites States District Court for the Northern District of Georgia
> 07CV-0767          SEC v. Global Online Direct et al.

**Receiver:**        After serving as Corporate Monitor the Receiver seized a number of properties, inventory, vehicle, trailers, and equipment. Almost all bank records were missing thus

3

the need to subpoena them and required extensive forensic accounting work.    Victim communication is accomplished via live phone conferences, email statements, and voice files on the internet site maintained by the Receiver.

### United States District Court for the District of Oregon
### CV 06-1353-PK        SEC v. C. Wesley Rhodes Jr., Rhodes Econometrics, et al.

**Receiver:**  Through Rhodes Econometrics, a financial planning institution, founder C. Wesley Rhodes, Jr. engaged in fraud and sale of unregistered securities. Losses are estimated at about $14 million and assets include a multi-million dollar muscle car collection. Early and swift seizure resulted in almost $2 million cash received in the initial days.  The Receiver assisted investors in relocating existing investments and worked towards recovery of assets discovered during the forensic accounting required due to the lack of financial records.

### United States Bankruptcy Court for the Western District of Washington
### 02-25434-TGG        Wade Cook Financial Corporation, et al

**Disbursing Agent**:  In this Chapter 11 Bankruptcy on behalf of the Trustee, we solicited claims, audited claims, filed an omnibus objection, and disbursed $1.3 million in funds to approximately 2,000 claimants who purchased financial planning and investment seminars, materials, and/or related services from one or more of the Debtors and did not receive these items.

### United States District Court for the District of Oregon
### CV99-1361-BR        SEC vs. Terry L. Neal

**Receiver**:  Itex Corporation, a publicly traded company, founder and control person Terry Neal orchestrated and implemented a broad-ranging scheme to defraud the investing public and enrich himself by materially inflating Itex Corporation's assets, revenues and earnings, resulting in an inflated stock price.  We solicited claims through research with stock brokers, direct mailing, public notices, by publication, audited claims, filed an omnibus objection and disbursed $639,000.00 to approximately 250 claimants who purchased or sold stock during the affected period.

### United States District Court for the Western District of Washington
### C02-0153P        SEC vs. Health Maintenance Centers/Znetix, et al

**Receiver**:  HMC/Znetix and its affiliates defrauded more than 7,000 investors of an estimated $91 million. From assets of $37,000.00 at appointment as Receiver, we recovered more than $30 million and distributed it to over 5,000 claimants.  We conducted an intricate audit using Washington State Department of Financial Information spreadsheets uncovering more victims, as well as perpetrators, leading to additional criminal convictions.  We designed and implemented multiple class action style notices.

### United States District Court of the District of Oregon
### 699-90001-fra        Agripac

**Bankruptcy Trustee:**  Initially appointed as a Chapter 7 Trustee to administer this agricultural co-op bankruptcy, the case converted to a Chapter 11 with approximately $5 million on

hand. Although the case was thought to be substantially concluded, our review of documents and subsequent investigations led to numerous preference, malpractice and liability cases against the board of directors, co-op members, attorneys and accountants. We audited and distributed more then $16 million to over 1,110 claimants.

### United States District Court for the Western District of Washington
### 96-799                    FTC vs. Fortuna Alliance

**Receiver:**  Fortuna Alliance was an international case that operated an internet Ponzi scheme.  We intercepted domestic and foreign cashier's checks, uncovered and drilled multiple safe deposit boxes, and assisted the FTC and U.S. Attorney in seizing funds in Antigua, collecting more than $2.5 million in assets. The funds were delivered to an outside disbursing agent.

### United States District Court for the District of Oregon
### 94-6011-HO                FTC vs. Vendall Marketing Corporation

**Receiver:**  We located a large quantity of hidden personal property assets, collected and liquidated all assets of this vending machine firm that promised purchasers that they would place the machines for them and guarantee profits. Case included locating, investing, and distribution of funds.


## Proposed Professionals / Rates


### Corporate Monitor

| | |
|---|---|
| Principal – Michael A. Grassmueck | $275.00 |
| Staff Legal/Case Manager | $175.00 |
| Accounting Staff | $150.00 |
| Field Analyst | $110.00 |
| Project Manager | $ 85.00 |
| Claims Analyst | $ 65.00 |
| Data Entry /Clerk | $ 40.00 |


### Forensic Accounting

Financial Forensics has proposed the following structure:

| | |
|---|---|
| Principals | $ 200.00 to $ 320.00 |
| Professionals | $ 100.00 to $ 180.00 |
| Support and Technical | $  45.00 to $  90.00 |

**Legal Counsel**

| | |
|---|---|
| David Zaro | $470.00 pre-discount |
| Roger Mertz | $500.00 pre-discount |
| Clark Libenson | $505.00 pre-discount |
| Joshua del Castillo | $240.00 pre-discount |

In the event you have further information that should be considered or any additional questions of any kind please do not hesitate to contact me.

Sincerely,

Michael A. Grassmueck, Principal
Grassmueck Group

# EXHIBIT A

# BIOGRAPHICAL INFORMATION FOR FINANCIAL FORENSICS

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®

*(Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

## "Dispensing Teaching-Based Testimony"℠





financialforensics®
keeping business in business

(example exhibit)

**Clay Creations Inc.**
**Actual Sales and Gross Profit Through 2001**

☐ Gross Sales ☐ Gross Profit

Page 1 of 29

---

**Position**

Principal, Darrell D. Dorrell, CPA, P.C.
*financialforensics®*
5285 Meadows Road, Suite 340
Lake Oswego, OR 97035
503-636-7999 phone; 503-639-9113 fax
Additional numbers: 503-314-1648 mobile

**Professional Experience**

Mr. Dorrell's forensic accounting, litigation and business valuation related experience includes both expert witness and consultation before various Courts and juries in a wide variety of complex matters. His expertise encompasses an extensive scope of cases, including construction, financial services, healthcare, insurance, leasing, manufacturing, real estate, retail, telephony, transportation and utilities.

**Types of Expert Witness Litigation**

Mr. Dorrell's experience includes the following types of matters:

- Accountants' Malpractice
- Alter Ego
- Anti-Trust
- Breach of Contract
- Fiduciary Duty
- Forensic Accounting
- Fraud
- Fraudulent Transfer
- Lender Liability
- Lost Profits/Damages
- Marital Dissolution
- Personal Injury
- Piercing the Veil
- Product Liability
- Solvency
- Valuation
- Wrongful Death
- Wrongful Termination

**Types of Business Valuation Project**

- Accounting Firms
- Agricultural Businesses
- Auto & Truck Dealerships
- Chemical Companies
- Construction Companies
- Copyright Infringement
- Dissenting Shareholders
- ESOPs
- Estate Tax (706)
- Forest Products
- Gift Tax (709)
- Import/Export
- Intangible Assets
- Intellectual Property
- Law Firms
- Manufacturers
- Patents/Trademarks
- Wholesale/Distribution

**Table of Contents:**

*Litigation Examples* ............... Page 2
*Valuation Examples* ............... Page 7
*Business Transition* ............... Page 10
*Publications Authored* ............... Page 11
*Speaking Engagements* ............... Page 15
*Education, Certification* ............... Page 21
*Trials; Court Records* ............... Page 23

021807

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®
*(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)*

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

**Involvement Guidelines**

We have found that our cost-effectiveness as litigation and valuation support specialists requires a minimum claim amount of $25,000. However, we will provide advisory and pro bono assistance in smaller matters.

**Fee Policy**

It is our practice to spend up to 4 hours at no charge to gain an understanding of the matter, and advise you of the most effective application of our expertise. We will provide you with deliverable-specific fee estimates *where possible*.

**Technology Sources**

We utilize the most current technology for research, analysis and presentation including Internet access and a variety of on-line databases and services.

**Selected Litigation & Business Valuation Assignments**

The following *selected* examples illustrate the types of cases and assignments in which we have provided assistance. Further details can be provided upon request.

## MATTER

A large Northwest forest products company was defending itself against the US Forest Service who brought a set-off claim based upon allegations of alter ego, fraudulent conveyance, and breach of contract pursuant to litigation *originally filed in 1987*. The judge directed a two part-trial on the alter ego claim to determine whether damages were relevant.

A Texas real estate company sought payment for its long-term lease commitment from the Washington distributor who had acquired the company that guaranteed the original contingent lease. Upon notice of the contingency triggering, the Washington company asserted that its *re-valuation of the entity acquisition* left the landlord with virtually no value.

A large Northeastern US fabric manufacturer was sued for *faulty product* causing plaintiff's claimed loss of sales to *Korea and Germany*, resulting in the financial near-collapse of plaintiff's manufacturing business. The claim spanned nearly 6 years and required analysis of the *economic conditions and currency exchange fluctuations* in the US, Germany and Korea for the pertinent periods. The analysis was particularly challenging since the damages period overlapped the Asian market financial crisis.

## OUTCOME

During the Federal trial we testified the last two days on behalf of the defendant. Our client received a favorable *bench ruling* the day following testimony. The judge stated that it was only her second bench ruling in 17½ years, and indicated that our testimony regarding the facts and circumstances was foundational to her ruling.

We assisted counsel in a detailed accounting, financial and valuation investigation, including participation in key opposition depositions and advised that *both actual and fraudulent conveyance* evidence was apparent. We prepared detailed expert reports and were deposed. During trial, settlement was reached just prior to our testimony. Post-settlement, opposition attorneys admitted that our fraudulent conveyance evidence was controlling.

At trial, we testified to an extensive *international product demand/analysis* and its likely impact on the multi-year period. Our conclusions (delivered through visual exhibits) resulted in a *key observation* that was likely pivotal to the jury's decision; we demonstrated that the business relationship between the supplier and producer had begun deteriorating *3 years prior to* the initial damage claim. Likewise, we were instrumental in demonstrating that plaintiff's key witness had *perjured* himself. The jury found *no damages* for our client.

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® , CEA - Expert Witness/financialforensics®

(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| MATTER | OUTCOME |
|---|---|
| A large Oregon lumber mill was seeking **performance on a $2,000,000 surety bond**, claiming the opposing insured (a former customer with **multiple nationwide entities**) had breached their commitment. The surety sought to avoid payment, claiming plaintiff had failed to notify the insurer of a default by insured, which consisted of late payments. The legal issue was whether the surety was **prejudiced** by the claimed late default notice. | We executed an extensive financial analysis including complex accounting and consolidation methods, and comparison among the entities and industry guidelines, and wrote an affidavit in support of plaintiff's **Motion for Summary Judgment**. Our affidavit measured the financial condition of the insured at 2 distinct points in time indicating the insured's dire financial condition throughout. Consequently, it was clear that the **surety was not prejudiced** by the claimed late notice. The judge ruled in favor of our client, and specifically **cited and relied upon our work** in his ruling. |
| A closely held automotive repair business suspected their accountant/office manager of **embezzlement**. The impact threatened the continuation of the business, and the suspect (through his attorney) declined to participate in any way. We conducted an on-site records analysis requiring **extensive forensic analysis** and partial reconstruction to determine the extent of the fraud. | Based upon our findings, the suspect **conceded his involvement, and assigned virtually all of his personal assets** to the business owners, and also signed a personal note committing to repay the difference. |
| The controlling shareholder of a private holding company required the **fair market value** of each of the entities within the corporate umbrella, at 2 distinct points in time. Each entity operated in a discrete industry requiring unique analysis of the **pertinent economic drivers**. Also, one entity derived from a pre-matter period necessitating extensive financial statement **normalization** and reconstruction for non-GAAP reporting. | Our anticipated testimony required the support of detailed valuation documents at the **Appraisal Report** (USPAP) level for each of the various operating entities. The reports consisted of comprehensive analysis and application of each respective industry, including **timber properties, construction and consumer segments**. Also, the Methods consisted of Asset, Income and Market including both public and private transactions. Based upon our exhaustive analysis the **opposing expert concluded that we were correct**, and thus not required to testify. |
| An Oregon cookie stamp producer filed against a Pennsylvania company for **trade dress infringement** and resultant Lanham Act damages. We prepared and testified to a damages analysis approximating $4,000,000. The **jury found for our client** in the amount of $4,000,000 and also assessed punitive damages approximating an additional $8,000,000. However, due to a concurrent US Supreme Court decision the case was remanded for **retrial**. | We **updated** our damages analysis for the nearly **2 years** since the previous trial and prepared to deliver the same testimony at a new trial. However, the opposition **settled in favor of our client** before trial commenced. |
| A successful post-startup packet software company was acquired by a **French telecommunications conglomerate**. The acquired (pre-acquisition) majority shareholder sought damages for a claimed post-acquisition breach of contract regarding growth-oriented financing availability intended to expand the acquiree's market share. | We analyzed and critiqued the Purchase Agreement and numerous related financial and legal documents defining the initial acquisition transaction. Also, we executed extensive financial analysis and related **due diligence** of the French conglomerate. Finally, we prepared preliminary **IPO-related estimates of potential value "but for"** the claimed breach of acquisition agreement. Based upon our analysis and related factors the French conglomerate settled favorably with our client. |

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®**
*(Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites:  www.expertpages.com

| MATTER | OUTCOME |
|---|---|
| The West Coast's largest telephone company was sued for nearly **$10 million** by a customer claiming their breach of contract for *failing to transfer* a telephone number.  An appeal to an earlier motion for summary judgment dismissing the claim landed the trial in Federal court.  Plaintiff's claim was presented through extensive expert witness analysis, exhibits and testimony. | We *rigorously critiqued* plaintiff's claimed damages analysis which caused plaintiff to *continually revise in response to our critiques*, and demonstrated that no damage could have occurred due to the plaintiff's poor business record.  The jury found *no damages* for our client. |
| A well-known toolmaker sued a Fortune 1000 company under the Lanham Act for *trademark infringement* related to the design, manufacturing and distribution of a specialized tool.  The plaintiff sought injunctive relief and *damages for lost profits.* | Our trial testimony was supported by an 80-page witness statement containing extensive financial analysis, and proving that the plaintiff was the *dominant* party, had acted *deliberately* and was motivated by *declining* financial circumstances.  Further, our rebuttal testimony to opposition's expert resulted in a $4.5 million jury award. |
| A developer sued an Oregon city for a *"wrongful taking"* of his development property.  Plaintiff's damages were prepared by a high-profile economics firm that included very aggressive assumptions and little foundation, thus resulting in a significant *overstatement of damages.* | We prepared a *comprehensive damages analysis* indicating the most likely impact to the developer.  We also used sensitivity testing and validation to identify the *pivotal weaknesses* of opposition's report in anticipation of trial testimony.  We produced a written critique in anticipation of testimony, but the matter settled pre-trial with defendant paying a nominal amount. |
| One of the US's largest over-night parcel carriers was sued by a *franchisee* for breach of contract resulting from their loss of continuation rights.  Their expert claimed significant damages through application of supposed business valuation methods. | Our analysis critiqued the opposition expert's application of valuation theory and demonstrated his errors using our *Valuation Report Card®* technique.  A settlement was quickly reached that was favorable to our client. |
| The founder of a high-profile geotechnical engineering firm had implemented a *succession transition* plan consisting of periodic stock sales to the remaining shareholders.  An *ESOP* was also a key component of the plan.  Once the successor shareholders achieved majority control, they restated the firm's financials and claimed that the founder had *fraudulently misrepresented* results for his benefit. | We conducted *exhaustive accounting and valuation analysis* spanning the multi-year period in question, and likewise corrected the outside CPA's flawed treatment of prior year *project overlap*.  Our actions included various all-hands work sessions and detailed financial and valuation analysis indicating the veracity of the founder.  The successor shareholders eventually *withdrew their claims* and paid the founder's costs. |
| A candidate for a municipal police department claimed *wrongful termination* and filed a claim for significant damages. | We prepared a damages analysis based upon the pertinent facts and circumstances and objective *demographics references*.  The Court used our analysis to direct the plaintiff to a settlement. |
| A couple seeking a *divorce* disagreed on the value of the wine wholesale business founded and operated by the husband.  The wife's attorney claimed that the business had a substantial value, and that the husband had *fraudulently altered* the business's financial records. | We conducted a very *cost-effective* analysis consisting of forensic accounting and determination of the fair market value of the business.  We testified to the value during trial and proved that the husband had not altered the financial records.  The *judge ruled in favor* of the husband using our value. |

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®
*(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)*

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| MATTER | OUTCOME |
|---|---|
| A previously-tried opponent claimed an erroneous method of *interest rate calculation* in an attempt to lower his total damages. We were asked to analyze and verify the proper method of calculation. | The testimony included both definition and demonstration of the *"US Rule"* of interest amortization. Although research into contemporary sources failed to find a documented definition of the method, we found a reference in a textbook circa *1886* which we used as evidence during testimony. The Court found for our client in full. |
| The Court appointed a Receiver to seize the assets and business operations of one the "Top 50" largest real estate brokerages in the U.S. We were *engaged by the Receiver* to assist him in the determination and identification of assets including multiple kiting bank accounts spread throughout the U.S. | By working through Christmas we quickly identified and seized the assets, numerous entities, including out-of-state wholly and partially owned subs and began operating the business. Further, we developed a *detailed cash-flow model to simulate* the results of potential Receiver scenarios and demonstrated that immediate sale was the most beneficial route for the creditors. |
| A Washington-based agricultural producer relied upon a bank's representation of the creditworthiness of a distributor to extend substantial trade credit. The distributor defaulted on the debt, and we assisted the producer in a *misrepresentation* suit against both the bank and the distributor. | The jury found for our client in all respects including calculations that we had prepared and testified to in Court. Further, the damages *jury poll* disclosed that the jury had voted 12 out of 12 for our damages |
| We assisted a Texas-based property owner/manager with the forensic accounting analysis of a large West Coast Bank and RTC-sponsored loan for Washington-based apartment properties. Our client claimed *breach of fiduciary duty* and sought damages and the return of control. | Based upon our forensic analysis, supported by an extensive affidavit we provided Court testimony supported by illustrative foamcore exhibits. The *opposition settled favorably* with our client while the Court deliberated the facts. |
| A national property developer sold one of the West Coast's largest marinas to a nationwide insurance company. The insurance company sued for $7,000,000 *claiming breached warranty.* | We demonstrated to the jury through *demonstrative exhibits* and *trial testimony* that the insurance company's claim was not valid. The jury found for damages of only $83,000. |
| A West Coast marine barge company lost a vessel while towing, which resulted in an oil spill in Canadian waters. Transport Canada claimed $6,000,000 in *direct and indirect damages* in addition to possible *environmental* damages. Further, Transport Canada engaged a "Big 6" accounting firm to conduct a 6,000+ hour audit to validate the claim. | Through *affidavit and testimony*, we demonstrated that the Transport Canada claim was faulty and in conflict with their own regulations, and that the accounting firm's analysis had virtually *no reliability*. As a result, the Court directed a settlement in our client's favor. Our analysis consisted of less than 250 hours. |
| A manufacturer of RTA furniture was enduring divorce proceedings where the spouse had an expert *claiming an unrealistic value* for the business. | We demonstrated through a *formal valuation* that the company was worth less than one half the amount claimed. The conclusion was in favor of our client. |

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financial**forensics®
*(Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| MATTER | OUTCOME |
|---|---|
| A "Big 6" accounting firm asked us to serve as expert witness on their behalf in a *breach of contract* matter in Los Angeles, New York, and Anchorage. The matter required extensive forecasting and damages calculations and *refutation of opposition's expert testimony* by a nationally recognized economist. | The matter was dropped by opposition after our testimony. The General Counsel of the accounting firm *attributed much of the success of the matter* to our work. |
| A large West Coast bank asked us to assist them in their defense of a *negligence* suit. A British conglomerate had purchased a Portland manufacturer, whose controller began stealing funds. Upon discovery, the Britons claimed that the Bank should have discovered the theft much sooner, thus mitigating the losses. We testified that the internal controls which were management's responsibility were lacking and thus the Bank was not liable. | Based upon our analysis, the opposition *dropped the matter* shortly after trial began. |
| One of the largest lumber mills in the U.S. asked us to assist in their defense of a *complex earn-out agreement* dispute. Our analysis consisted of extensive industry-driven operational and cost accounting conclusions. | Based upon *key elements* of our testimony, the matter was found in favor of our client. |
| We prepared the damages claim in a *product liability* matter for a food products manufacturer. The damages included both actual and forecast costs and gross profits resulting from a faulty ingredient application. Due to the nature of the product mix, the damages to the company extended to its capital structure and also affected future *lost sales* to new customers. | Based upon our damages analysis consisting of both lost profits and valuation methodologies, the jury found for our client and awarded damages. |
| A construction company asked us to review and corroborate plaintiff's damage claim in connection with a construction *breach of contract* suit. The matter included confirmation of expenses due to extended construction contract duration using the *Eichleay* method. | Plaintiff was *awarded full damages, interest, and attorney's fees.* Client credited our testimony with much of the Judge's decision. |
| We were engaged by defendant's attorneys representing a maritime company which was being sued by an electrical utility for *damages* related to a ruptured undersea cable resulting from an anchor which failed to hold on the sea floor. | The ultimate award was *less than 10%* of the original claim, and the attorneys attributed the success to our aggressive and thorough scrutiny. |
| We were appointed by the Superior Court to *value and recommend for distribution* the net worth of a real estate development partnership. | The Judge relied almost entirely on the results of our report in his ruling on the matter, and suggested to the litigants that they *refer to our example* in their future business dealings. |

021807

Page 6 of 29

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® , CEA - Expert Witness/financial*forensics*®
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com     Web Site Address: www.financialforensics.com     Other sites: www.expertpages.com

## Regarding Our Business Valuation Work:

(**Note:** It is the policy of *financialforensics*® to prepare all business valuation in accordance with standards that **equal or exceed** the standards promulgated by the Uniform Standards of Professional Appraisal Practice (USPAP), the National Association of Certified Valuation Analysts (NACVA), and the American Institute of Certified Public Accountants (AICPA). Consequently, we are familiar with the **Asset, Income and Market Approaches**, their related Methods, and all aspects of secondary adjustments resulting from **control, minority and non-marketable** holdings, or other adjustments, e.g. key person, portfolio, etc.

Valuation assignments are often conducted within the *joint appointment* model where we are appointed by both parties to arrive at a mutually **cognizant** value. Most of the activity involves bringing the parties together in a joint work session where we instruct them in valuation methodologies, display their results via a computer projector, interactively model the **feasible** alternatives resulting from their input, and produce their input at the end of the work session.

Valuation assignments range from **Appraisal Report** (for USPAP), and **Opinion of Value** to **Estimate of Value** (for NACVA). Also, when appropriate we will conduct **Calculations** and/or **Other Valuation Services** (USPAP, NACVA and AICPA – American Institute of Certified Public Accountants). Our valuation opinions have included a wide variety of business entities including law firms, paint manufacturers, timber companies, medical clinics, construction companies, leasing companies, wholesale distribution, retail, farming/growing, wood products, printing, service, import/export, auto and related dealerships, accounting firms, real estate, etc.

All of the people that we assign to projects have specific project-related experience and have received training in the pertinent valuation and/or litigation topics to which they are exposed. The training is both **broad and deep** and is another element of the uniqueness of our Firm.

## Selected Business Valuation Assignments:

**estate valuations** - We prepared "Appraisal Report" valuations for the Estate of a decedent who held interests in **11 distinct business entities**, including partnerships, "C" corporations, "S" corporations, limited partnerships and bonds. The entities' operations spanned manufacturing, distribution, construction, raw land, electronics, multi-family apartments and single-family rentals. The varied ownership interests included **control, minority and 50/50 holdings**, thus requiring varied **secondary adjustments** such as control premiums, minority interest discounts and discounts for lack of marketability. Although most entities were considered "going concerns", 2 of the entities were technically bankrupt, requiring unique treatment. Also, certain of the entities contained buy/sell provisions, but others did not. The entities' **fiscal years ended on differing dates**, including February, July, September and December and the "as of" valuation dates had to be determined at 2 distinct points – date of death and 6 months later. Finally, the various valuation Methods included Asset (requiring real estate appraisal), Income and Market which required extensive research into the **securities market, and real estate limited partnerships (RELPs), real estate investment trusts (REITs) and closed-end mutual funds (CEMFs)**.

**ESOPs** – We often prepare valuations in connection with the DOL's (**US Department of Labor**) annual ESOP reporting requirement. Pension and Welfare Benefits Administration issued May 17, 1988 Proposed Rules (29 CFR Part 2510), "*Proposed Regulations Relating to the Definition of Adequate Consideration*." Our work typically consists of an Appraisal Report with extensive supporting technical analysis that validates the convergence of conclusions from every feasible viewpoint. Likewise, we have developed and applied a Control to Minority Reconciliation Model, known as the "**Articulation Method**" that illustrates and reconciles the integrated and articulated linkage within and among control and minority shareholdings. The valuations that we have performed range up to companies approximating **$100 million** in revenues.

**gifting valuations** – We routinely prepare valuations in connection with gifting transactions, often in conjunction with succession planning. Our Appraisal Reports are structured to comply with recently enacted IRS "**Adequate Disclosure**" requirements, REG-106177-98, December 22, 1998. The assets typically securitized

021807

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®
*(Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

in the *FLPs* and *LLCs* receiving the various assets have included operating businesses, real property, single- and multi-family properties, marketable securities and related assets. We encourage our clients to allow us to prepare preliminary calculations before completing the report so that wealth-maximization decisions can be applied in the most effective manner possible. Finally, we include the "Articulation Method" (see above) to comply with IRS requirements. Usually, these valuations are objectively based upon the securities market, and RELPs, REITs and CEMFs.

*merger/acquisition* – We have completed valuations in support of merger/acquisition decisions for both acquiring and disposing parties. The standard of value is ordinarily *fair market value*, but alternative considerations have required additional permutations including strategic, investment and synergistic value. Also, we recommend that the valuation effort accomplish *dual purposes*, thus resulting in an implementation/transition plan built upon a financial budget linked to the valuation analysis and assumptions. We maintain an extensive subscription base to *proprietary private business databases* upon which to base our analysis. The subscriptions include sources such as www.onesource.com, www.bvupdate.com, Bizcomps, BRG, IBA, "Done Deals"®, Mergerstat®, Chapman EBIT, Desmond's, www.nvst.com, and others as necessary.

*financing valuations* – We are often asked to execute valuations in support of financing requests, sometimes in connection with mergers/acquisitions, but also in connection with business growth/expansion financing needs. Our analysis is ordinarily very well received by the *lender(s)/investor(s)* because we comply with the highest standards possible, and likewise accommodate interactive *"sensitivity testing"* of the underlying assumptions.

*Selected example valuation projects are highlighted below:*

We completed the 60% control, non-marketable valuation of a company involved in timber purchasing and harvesting, and timber land sales in connection with a marital dissolution. Several *normalizations* were required due to their commingling of both personal and business assets. This valuation resulted in both a formal report and testimony.

We conducted both a 100% control, non-marketable and a 1% minority, non-marketable valuation of a small family-owned jewelry designer/manufacturer to assist the parents in gifting. The report level was Limited, Restricted-Use.

We conducted the 23.71% minority, non-marketable valuation of a wholesaler of textile-drapery and related materials. The Limited, Restricted-Use valuation was provided to them to identify redeeming shares from their own 401K retirement plan.

We completed the 92.7% control, non-marketable valuation of a highly specialized chemical manufacturer for purposes of Estate Tax (Form 706) filings and gifitings in connection with Estate Tax Regulations Section 20.2031-1(b). The *fair market value* 125-page report was prepared as a Comprehensive, Self-Contained document in accordance with both USPAP (Uniform Standards of Professional Appraisal Practice) as promulgated by the Appraisal Foundation and the American Institute of Certified Public Accountants (AICPA). The multi-purpose report also incorporated elements of strategic assessment and recommendations for future improvement by application of *SWOT* (Strengths, Weaknesses, Opportunities and Threats), a sub-component of situational assessment. The unique aspect of this valuation was the risk assessment since its sales were more than 98% dependent upon a national company whose founder-CEO was the brother of the decedent. This report was passed by the *IRS without comment.*

We completed the valuation of a highly specialized single-family home builder/operator who was transferring his assets in a planned and orderly manner to his children. The entities involved a limited partnership and a family LLC. The valuation required application of *securitization* discounts as a prelude to the tiered minority and marketability discounts for which the entities qualified. The document was prepared as a Comprehensive, Self-Contained document in accordance with both USPAP (Uniform Standards of Professional Appraisal Practice) as promulgated by the Appraisal Foundation and the American Institute of Certified Public Accountants (AICPA).

021807

Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites:    www.expertpages.com

We completed the valuation of a minority owner's interest in a professional firm partnership for purposes of *marital dissolution*. During our work we presented the developing results to the respective attorneys of the parties who ultimately relied upon our conclusions. The document was prepared as a Limited-Restricted Use report in accordance with both USPAP (Uniform Standards of Professional Appraisal Practice) as promulgated by the Appraisal Foundation and the American Institute of Certified Public Accountants (AICPA).

We prepared preliminary calculations for an engineering firm desiring to allow the *buy-in* of a new stockholder in connection with an out-of-state merger of operations. The calculations were prepared using several years of financial history and served as the discussion basis for finalizing the transaction. No final report was required.

We prepared numerous iterations of valuation calculations for a specialty printer considering acquiring a nearby competitor. The calculations were prepared under a variety of scenarios, and *various funding levels* depending upon alternative pricing and terms. The results were scrutinized by the potential seller's financial advisors and a third-party industry specialist, all of whom finally relied upon the results.

We prepared preliminary calculations for the married owners of a gravel hauling operation. The couple was divorcing and required a valuation of the company. We had both parties and their attorneys sit through an "*on-screen*" work session where we presented the preliminary results, and considered additional input provided by the parties. Although the matter proceeded to trial, the judge relied upon our analysis in reaching his decision.

We completed the *40.9837% minority, non-marketable* valuation of a $100 million multi-state and multi-line mechanical contractor for purposes of Estate Tax (Form 706) filings and giftings in connection with Estate Tax Regulations Section 20.2031-1(b). The *fair market value*, 67-page report was prepared as a Comprehensive, Self-Contained document in accordance with USPAP (Uniform Standards of Professional Appraisal Practice) as promulgated by the Appraisal Foundation. Further, it complied with the valuation-related guidelines of the American Institute of Certified Public Accountants (AICPA). It was further used by the remaining shareholders for modeling the alternative scenarios of available stock purchase. The *Income Approach, Capitalized Earnings Method* was the dominant driver for the results of this minority, non-marketable security which was corroborated by the *Cost Approach*.

We prepared a Comprehensive, Self-Contained valuation of a high-technology pre-press and printing operation pursuant to assisting the defendant of a dissenting shareholder "*fair value*" statute. The valuation was prepared for litigation and consisted of both multi-year/multi-date and dual-premise (going-concern and liquidation) scenarios. Extensive financial statement *normalization and sophisticated forecasting* was required since the company's financial statements were unreliable. The complexities were necessary due to the unknown parameters that might result from the Jury, and thus numerous scenarios were quantified in order to enable attorneys to manage virtually any contingency. Since the two shareholders held 75% and 25% the *Income Approach, Capitalized Earnings Method* was most heavily relied upon, with application of *both a control premium/marketability discount, and a minority/marketability discount*, respectively.

We completed the valuation of a large, highly diversified multi-property real estate partnership transferred into an LLC (dual) holding company in compliance with *Gift Tax Regulations Section 25.2512-1*. The structure was designed to allow the previous partners to each hold 1% of the shares yet control virtually all the cash distributions of the entity among the remaining 99% shareholders. In accordance with contemporary valuation techniques, and Internal Revenue Service guidelines the value was largely supported by publicly-held limited partnership (LP) values.

We critiqued the Comprehensive, Self-Contained valuation of a closely held tractor-trailer dealership in connection with an ESOP. The valuation resulted in values inconsistent with the beliefs of management and was likely to be subpoenaed in connection with a *concurrent management buy-out suit*. Based upon our analysis we directed the attorneys to the few, significant "defects" in the report that avoided a complex and costly re-write, and enabled the appraiser to cost-effectively modify his report. The valuation was heavily dependent upon the Market Approach with appropriate secondary adjustments.

We *critiqued* the Limited, Restricted-Use valuation of a Family Limited Partnership (FLP) prepared by the family members intending to use it for gifting purposes. We identified a few, critical modifications that resulted in the report being cost-effectively enhanced in accordance with their original intentions.

021807

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

We critiqued the non-USPAP valuation of *the trust-held minority shares* of a small Kansas bank. The appraiser (a nationally-known banking consultant) had failed to follow and apply both USPAP and generally accepted valuation methodologies when he arrived at his values for the shares held by the Trust. Based upon our analysis, the Trustee and his attorney adopted our revisions for filing the Form 706, and used our findings to convince the appraiser to significantly modify his report. The appraiser failed to substantiate and reconcile his findings, so a determination of Approach was not possible until we convinced him to revise his techniques.

We have completed the valuation of several medical clinics (e.g., Ob-Gyn, Orthopedics, Primary Care, etc.) in connection with potential acquisition by hospitals and buy-ins/buy-outs of physicians. The valuations were classified as Limited, Restricted-Use and completed in a *dual-scenario format* which simultaneously calculated both *fair market value* and *acquisition value* for the affected entities. Most of these valuations required simultaneous application of control/marketability and minority/marketability secondary adjustments and included up-to-the-minute industry Market Approach considerations.

We have completed several valuations pursuant to marital dissolution in a wide variety of businesses including law firms, accounting firms, construction companies, auto dealerships, farming operations, leasing companies, retail businesses, service companies, manufacturers, wholesale distributors, etc. In accordance with State laws, the valuation standard has typically focused on *fair market value* (for equitable distribution) and has included both formal reports and *in-Court computer-driven findings supported by exhibits, Notebook scripts, and testimony*.

## Selected Business Transition Engagements

*business management* A heavy equipment distributor/installer was concerned that despite increasing sales volume, cash was diminishing. Based upon our initial analysis we determined that the accountant had to be replaced. We *executed the termination and maintained his accounting and administrative functions* until a full-time replacement could be hired and trained. Our efforts included *collection of his outstanding accounts receivable* in order to insure that his payroll was covered in the interim. Certain of our proprietary business tools were essential to the success of our work, including RCF®, DTC® and BVS®.

*family crisis/transition* A 30+-year automotive repair business was transitioned to the owner's sons-in-law with the intent for them to purchase it, thus providing a retirement source for the owner. We discerned that the sons-in-law had caused the business to dramatically overspend in 8 months, and had put the business in *jeopardy of continuation*. We immediately involved all family members in a series of *late night, high-intensity* work sessions necessary to implement triage actions. Our results included out-counseling the sons-in-law, reinstalling the owner as the operator, and keeping the family together during the highly critical period. Certain of our proprietary business tools were essential to the success of our work, including DTC® and RCF®.

*management transition* A paint manufacturer was struggling with *extraordinary internal and economic* disruptions during the installation of a new CEO. We incorporated specific elements of his business model within the context of our preparation of an ESOP valuation, thus validating and reinforcing the goals and plans for the employees. The next fiscal year *exceeded the expectations* set forth by the business model.

*business cycle transition* An insulated panel manufacturer in business for 30+ years was experiencing an eroding sales and profit volume. After a preliminary diagnosis, we implemented various *parallel and sequential* actions in order to improve the circumstances while *simultaneously training* management in the pertinent tools. Our actions began with training the Los Angeles-based Sales Manager in the processes of goal-setting and salesperson management. Also, we implemented BVS® tools in the manufacturing segment. Finally, we transitioned the company from low-margin high-volume sales to the supermarket industry, into more niche-oriented segments, which avoided competition with much large companies. Upon the completion of various other training and measurement tools we phased out at the end of a *3-year engagement cycle*.

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financial**forensics®
*(Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

ADDITIONAL INFORMATION

Publications:

*"Is the Moneyed Spouse Lying About the Money?®"* The American Journal of Family Law. (Vol. 21 No.1, 2007), co-authored with Gregory A. Gadawski and Thomas S. Brown.

*Current Update in Valuation – 2006*, National Association of Certified Valuation Analysts, Co-Author of annual technical standards in valuation, litigation and forensic accounting, May 2006.

*Valuation Forensics*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 5 Issue 7, December 2005).

*Small Business Valuation Case Study*, National Association of Certified Valuation Analysts (NACVA) – Consultants' Training Institute (CTI) – September, 2005.

*Write Two Reports*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 4 Issue 13, June 2005 and Vol. 4 Issue 16, September 2005).

*Do Buy-Sell Agreements Matter?*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 4 Issue 13, June 2005 and Vol. 4 Issue 14, July 2005).

*Forensic Accounting: Counterterrorism Weaponry*, United States Attorneys' Bulletin, 2-Part Series, (May 2005, Vol. 53 No. 3), United States Department of Justice, Executive Office for United States Attorneys, Office of Legal Education co-authored with Gregory A. Gadawski.

*Counterterrorism: Using Conventional Tools for Unconventional Warfare*, United States Attorneys' Bulletin, 2-Part Series, (March 2005, Vol. 53 No. 2), United States Department of Justice, Executive Office for United States Attorneys, Office of Legal Education co-authored with Gregory A. Gadawski.

*Current Update in Valuation – 2005*, National Association of Certified Valuation Analysts, Co-Author of annual technical standards in valuation, litigation and forensic accounting, May 2005.

*TimelineXpress™*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 4 Issue 11, April 2005).

*When Can You Rely Upon a 'PBC' Forecast?*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 4 Issue 9, February 2005).

*Fire Extinguisher – Nonsolicitation Agreements*, Bloomberg Wealth Manager, (cited) December 2004/January 2005.

Chuck Whitlock's Crimeline™ *"Law Enforcement Training Program - Workbook,"* Sponsored by Experian® – December 8, 2004 – *"Forensic Accounting Applications in Business, Consumer and Terrorism Matters."*

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®**
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

**Publications, cont.:**

*Alter Ego Diagnosis to Find Potentially Hidden Assets in Divorce Cases*, The American Journal of Family Law, (Vol. 18. No.4, 2004), co-authored with Christine A. Kosydar.

*"FASB Gives Companies A Break – Option Expensing Delayed,"* IR Magazine, (cited) October 22, 2004.

*WPN, i.e. "Weapon,"* National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 4 Issue 4, September 2004).

*When Does Valuation NOT Work?*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 4 Issue 2, July 2004).

*Current Update in Valuation – 2004*, National Association of Certified Valuation Analysts, Co-Author of annual technical standards in valuation and litigation, May 2004.

*Can't Reasonable People Disagree?,"* National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 3 Issue 9, February 2004).

*Using Ratio Analysis: A Case Study,"* National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 3 Issue 7, December 2003), co-authored with Gregory A. Gadawski.

*"Using Software to Sniff Out Fraud,"* Business Week, (cited) September 30, 2003.

*"Cost vs. Value – Intellectual Property Disclosure,"* IR Magazine, (cited) September 2003.

*Solvency Analysis,* National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 3 Issue 2, July 2003), co-authored with Gregory A. Gadawski.

*"IT and the Small Firm"* Practical Accountant, (cited) March 2003.

*A Review and Commentary of the "Cost of Capital, Estimation and Applications 2nd Ed.',* by Shannon P. Pratt, John Wiley & Sons, New York, 2002), National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 2 Issue 9, February 2003).

*The Combat CPA©,* National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 2 Issue 9, February 2003).

*Combat CPA© Uses Accounting To Ferret Out Fraud,* "Oregonian" (Portland Newspaper) – Feature Article, Metro Southwest and other editions, January 16, 2003.

*Discount Rate Comparisons* – Shannon Pratt's Business Valuation Update® (citation), Vol. 8, No. 12, (December 2002 – Portland, OR).

Critique of *AICPA Statement on Standards for Valuation Services No.1 – Exposure Draft*, Issued by the Business Valuation Standards Taskforce/ Business Valuation Subcommittee, American Institute of Certified Public Accountants, (New York, New York – October 2002.)

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®
(Selected) Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

## Publications, cont.:

*The "Articulation" Method: Control/Minority – Minority/Control Reconciliation – A Practical Illustration of the "Levels of Value"*, Valuation Strategies, Warren, Gorham and Lamont/RIA, (New York, New York - September/October 2002).

*An Analysis of Restricted Stock Studies*, Shannon Pratt's Business Valuation Update® (citation), Vol. 8, No. 8, (August 2002 – Portland, OR).

*Comparative Discount/Capitalization Rate Development* - National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 1 Issue 14, July 2002).

*Net Cash Flow (NCF) May Understate Value: A Proposed "Gross Profit" Adjustment*, Business Appraisal Practice, (Institute of Business Appraisers, Spring, 2002).

*Deposition Matrix*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 2 Issue 9, 2002).

*Marketability Discounts – A Comprehensive Analysis*, The Valuation Examiner, (National Association of Certified Valuation Analysts, March/April 2002).

*Polishing Your Trophies*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 2 Issue 6, 2002).

*Valuation Standard Report Template* – John Wiley & Sons (Publishers), BVM, ©2002 (interactive business valuation standard report narrative, January 2002).

*No Wonder the Courts Are Confused* – National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 2 Issue 2, 2002).

*Valuation Report Card* – The American Journal of Family Law, (Vol. 16. No.2, 2002).

*FLP/LLC Memo – 2001 Planning Commentary* - Financial Consulting Group, www.fcgic.com, (November 2001).

*Valuation Assessment Tool* – National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 1 Issue 7, 2001).

*Global Business Credential* – The Journal of Accountancy, (September 2001), page 85.

*Control to Minority Reconciliation* – National Litigation Consultants' Review (Litigation Consultants, LLC – Vol. 1 Issue 5, 2001).

*Chem Co., Inc.* – Special Edition Reports Library, (National Association of Certified Valuation Analysts, 2001), Section D.

*Forensic Accounting* – "From the Witness Chair", National Litigation Consultants' Review (Litigation Consultants, LLC – Vol. 1 Issue 3, 2001).

*End of the Year Special* – "Marketing Tips", Litigation Services Counselor, February 2001 – Harcourt, Brace – New York).

*The Best Things in Life Are Free: "A Review and Commentary of the Reference Guide on Estimation of Economic Losses in*

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financial**forensics®
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com     Web Site Address: www.financialforensics.com     Other sites: www.expertpages.com

---

**Publications, cont.:**

*Damages Awards*", by Robert E. Hall, Ph.D. and Victoria A. Lazear, M.S., Federal Judicial Center - National Litigation Consultants' Review (Litigation Consultants, LLC – Vol. 1 Issue 2, 2001).

*Respected for Knowledge, Revered for Wisdom* – "From the Witness Chair", Litigation Services Counselor, (September 2000 – Harcourt, Brace – New York).

*Visual Forecasting* – "From the Witness Chair", Litigation Services Counselor, (July 2000 – Harcourt, Brace – New York).

*Testifying Toolkit* – "From the Witness Chair", Litigation Services Counselor, (November 1999 – Harcourt, Brace – New York).

*Using Valuation Software to Resolve Litigation* – CPA Journal, (February 1999 – New York State Society of Certified Public Accountants).

*The Value of Visuals*® – March 1997, (MarTec LLC – Portland, OR)

Litigation Support Services – Technical Reviewer, (Practitioners Publishing Company, PPC, 1997 – Fort Worth, TX)

*Valuation: Myths or Methodologies?*®, September 1996, (MarTec LLC – Portland, OR)

*Financial Statements: Depiction or Deception?*®, October 1995, (MarTec LLC – Portland, OR)

Small Business Management Fundamentals – Citation, Steinhoff and Burgess, 6th Ed., (McGraw-Hill, October 1992).

Financial Information Effectiveness Review (FIER) – MCS Practice Aids Price Waterhouse., (1985 – New York).

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®**
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| Selected Speaking Engagements: | |
|---|---|

**Oregon State University** – Auditing Classes – Corvallis, OR – February 14, 2007 – "Forensic Accounting – Tools & Techniques"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Diego, CA – December 9, 2006 – "Current Update in Valuation (CUV)"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Diego, CA – December 8, 2006 – "Valuation Methods"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Diego, CA – December 8, 2006 – "Normalizing & Projecting Earnings"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Diego, CA – December 5, 2006 – "Small Business Valuation Case Study(SBVC)"

**AICPA Conference on Fraud & Litigation Services (American Institute of Certified Public Accountants)** - Austin, TX – December 4, 2006 –"Damages: DCF-Equivalent or Business Valuation Delta - Which Approach Is 'Right' and How Do You Critique Opposition?"

**Executive Officers' Club of the Willamette Valley** — Corporate Health - Salem, OR – December 1, 2006 – "Forensic Accounting."

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Providence, RI – October 25, 2006 – "Testifying Skills Workshop."

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Providence, RI – October 24, 2006 – "Litigation Report Writing."

**Oregon State Bar** – Super Saturday CLE, Lake Oswego, OR – October 21, 2006, "Financial Statements: Depiction or Deception?©"

**Financial Crimes Conference** – Co-Sponsored by FBI, USDOJ, ORDOJ, et al – Eugene, OR – September 21, 2006 – "Financial Crimes Case Tools©"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Antonio, TX – September 16, 2006 – "Current Update in Valuation (CUV)"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Antonio, TX – September 12, 2006 – "Small Business Valuation Case Study(SBVC)"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Philadelphia, PA – August 23, 2006 – "Current Update in Valuation (CUV)"

**CPA Associates International, Inc. (CPAAI)** – Annual Conference – Philadelphia, PA – August 22, 2006 – "Financial Crimes Case Tools©"

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®**
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

**Selected Speaking Engagements, cont.:**

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Washington, D.C. – July 28, 2006 – "*Current Update in Valuation (CUV)*"

**National Association of Certified Valuation Analysts (NACVA)** – San Francisco, CA – May 31, 2006 – 13th Annual Business Valuation Conference, "*Current Update in Valuation (CUV)*"

**AGN - International** – North American Regional Meeting, Philadelphia, PA – May 22, 2006, "*Financial Crimes Case Tools©*"

**AGN - International** – North American Regional Meeting, Philadelphia, PA – May 22, 2006, "*Your Professional Signature©*"

**California Society of Certified Public Accountants** – Business Valuation Conference,    Burlingame, CA – May 18, 2006, "*Your Professional Signature© - Testimony: Oral and Written*"

**New York State Society of Certified Public Accountants** – Foundation for Accounting Education – Business Valuation Conference, New York, New York – May 15, 2006, "*Your Professional Signature©*"

**Northwest Automotive Trades Association** – Evening Training Session, Portland, OR – May 3, 2006, "*Valuation of Your Automotive Business*"

**Southern Oregon Financial Fraud and Security Team (SOFFAST)** – Annual Conference, Canyonville, OR – March 3, 2006, *Financial Crimes Case Tools©*"

**Northwest Automotive Trades Association** – Express Lunch and Learn, Portland, OR – January 19, 2006, "*Valuation of Your Automotive Business*"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – San Diego, CA – November 19, 2005 – "*Current Update in Valuation (CUV)*"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Jersey City, NJ – November 2, 2005 – "*Testifying Skills Workshop.*"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Jersey City, NJ – November 1, 2005 – "*Litigation Report Writing.*"

**Oregon State Bar** – Super Saturday CLE, Wilsonville, OR – October 22, 2005, "*Financial Statements: Depiction or Deception?©*"

**Pacific Automotive Trades Association** – Express Lunch and Learn, Portland, OR – October 19, 2005, "*Financial Management Tools & Techniques*"

**Oregon Association of Certified Fraud Examiners** – Operation Fraud Seminar – Portland, OR – September 29, 2005, "*Forensic Accounting Case Study: An In-Depth Look.*"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Las Vegas, NV – September 23, 2005, "*Current Update in Valuation.*"

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Las Vegas, NV – September 19, 2005 – "*Small Business Valuation Case Study.*"

**United States Department of Justice**, Counterterrorism Section, Washington, D.C., September 9, 2005, "*Forensic Accounting in Counterterrorism.*"

Page 16 of 29

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®**
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com     Web Site Address: www.financialforensics.com     Other sites: www.expertpages.com

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Las Vegas, NV – December 3, 2004 – *"Drafting a Good Valuation Report - Your Professional Signature®.*

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Las Vegas, NV – December 2, 2004 – *"Current Update in Valuation."*

**Pennsylvania Institute of Certified Public Accountants (PICPA)** – Valley Forge, PA – November 30, 2004 – 2004 Forensic and Litigation Services Conference, *"The "Combat CPA©" – Spec Ops Fight in a Cub Scout World©, "Data Mining: Selecting the Proper Shovel©," "Forensic Statistics: The DNA-Equivalent of Financial Investigation©," "Conference Wrap Up: Your New Career Starts Tonight."*

**Chuck Whitlock's Crimeline™ "Law Enforcement Training Program,"** Sponsored by Experian® – Camas, WA Police Department – November 27, 2004 – *"Forensic Accounting Applications in Business, Consumer and Terrorism Matters."*

**National Association of Certified Valuation Analysts (NACVA)** – Consultants' Training Institute (CTI) – Chicago, IL – October 21, 2004 – *"Current Update in Valuation."*

**American Institute of Certified Public Accountants (AICPA)** – Phoenix, AZ – September 27-28, 2004 – National Conference on Fraud and Litigation Services, *"The "Combat CPA©" – Spec Ops Fight with Cub Scout Tools© Forensic Evidence Analysis."*

**National Association of Certified Valuation Analysts (NACVA)** – Forensic Institute – Boston, MA – September 24, 2004 – *"Expert Witness Skills Workshop."*

**Northwest Chapter, Turnaround Management Association 5th Annual Whistler Cross-Border Business Restructuring & Turnaround Conference** – Whistler, B.C. (Canada) – September 18, 2004 – *"Reshaping the Estate: Identifying Fraudulent Conveyances, Alter Ego Claims, Solvency and Substantive Consolidation."*

**Career Development Institute (NACVA)** – Philadelphia, PA – June 20, 2004 – *"Current Update in Valuation."*

**The Bankruptcy Bar Association, Eastern District of Washington – 14th Annual Bankruptcy Seminar,** Winthrop, WA – June 11 & 12, 2004 – *"Valuation Myths & Methodologies©"* and *"Civil Tools for Uncivilized Actions©"* (alter ego, fraudulent conveyance and solvency).

**FBI (Federal Bureau of Investigation)** – Reno, NV – May 19, 2004 – Specialized Criminal Investigations In-Service, *"Conventional Tools for Unconventional Warfare©"* (alter ego, fraudulent conveyance and solvency).

**NLSSA (National Litigation Support Services Association)** – Las Vegas, NV – May 12, 2004 – *"Driving the Demand for Your Services."*

**National Association of Certified Valuation Analysts (NACVA) CVA/AVA Training Center** – Portland, OR – Various dates, 2001–2004 - *"Current Update in Valuations."*

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financial**forensics®
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com     Web Site Address: www.financialforensics.com     Other sites: www.expertpages.com

**IMA (Institute of Management Accountants)** – 9th Annual REST (Reno Educational Seminars and Training) – Reno, NV – February 19 & 20, 2004, *"Forensic Accounting," "Fraud Prevention and Detection,"* and *"Management Coaching."*

**National Association of Certified Valuation Analysts (NACVA)** – Oregon Chapter – West Linn, OR – December 12, 2003 – *"Technical Valuation Update".*

**Career Development Institute (NACVA)** – San Diego, CA – December 4, 2003 – *"FLPs (Family Limited Partnerships),"* and *"Your Professional Signature*®*".*

**Career Development Institute (NACVA)** – San Diego, CA – December 3, 2003 – *"Current Update in Valuation."*

**Career Development Institute (NACVA)** – San Antonio, TX – November 22, 2003 – *"Current Update in Valuation."*

**Career Development Institute (NACVA)** – New Orleans, LA – October 29 and 30, 2003 – *"Current Update in Valuation,"* and *"Your Professional Signature*®*".*

**SEAK** – 12th Annual National Expert Witness and Litigation Seminar – Hyannis, MA – June 26, 2003, *"The Teaching Expert: Advanced Methodology and Techniques,"* and *"Building A Premier Forensic Practice."*

**PriceWaterhouseCoopers** – Tech Tuesday – Portland, OR – June 10, 2003, *"Forensic Accounting."*

**National Association of Certified Valuation Analysts (NACVA)** – 10th Annual National Conference – New York, New York – May 28, 2003, *"Your Professional Signature*®*".*

**Accountants' Global Network (AGN)** – Valuation/Litigation SIG – 2003 North American Regional Meeting & 25th Anniversary Celebration – Cincinnati, OH – May 19, 2003, *"Lost Profits Analysis & Damages Analysis."*

**Securities and Exchange Commission (SEC)** – Division of Enforcement – Pacific Regional Office - Los Angeles, CA – March 13, 2003, *"Fiduciary Strategies and Forensic Accounting Techniques in Enforcement."*

**Washington Society of CPAs** – Southwest Washington Chapter - Vancouver, WA - January 17, 2003, *"Business Valuation Fundamentals."*

**National Association of Certified Valuation Analysts (NACVA) Regional Conference** - Ft. Lauderdale, FL – January 9, 2003 – *"The Combat CPA*®*", "Forensic Accounting."*

**Career Development Institute (NACVA)** – Atlanta, GA - November 12, 2002 – *"Your Professional Signature*®*".*

**Career Development Institute (NACVA)** – Phoenix, AZ – October 2, 2002 – *"Current Update in Valuations."*

**Northwest Automotive Trades Association (NATA)** – Lincoln City, OR – September 14, 2002 – Leadership Training Workshop, *"Enhancing The Value of Your Business."*

02:1807

Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

**Business Valuations: Fundamentals, Techniques & Theory (FTT)** (NACVA's CVA/AVA Training Center) – Boston, MA – August 23, 2002 – "Being Effective in Litigation Consulting and Expert Testimony."

**Career Development Institute (NACVA)** – Palo Alto, CA – July 27, 2002 – "Current Update in Valuations."

**National Association of Certified Valuation Analysts (NACVA)** – San Diego, CA – May 23, 2002 – 9th Annual Business Valuation Conference, "Your Professional Signature®."

**Northwest Automotive Trades Association (NATA)** – Portland, OR – November 28, 2001 – Leadership Training Workshop, "Business Focus During Economic Distraction."

**Career Development Institute (NACVA)** – Las Vegas, NV – November 27, 2001 – 8th Annual Business Valuation Conference, "Your Professional Signature®. Writing Valuation Reports.

**(FBI) Federal Bureau of Investigation** – Quantico, VA – June 27, 2001 – Specialized Criminal Investigations In-Service, "The Combat CPA® in Court – Forensic Accounting and Testimony Delivery."

**Pacific Automotive Trades Association (PATA)** – Portland, OR – June 7, 2001 – Business Management Workshop, "Business Valuation."

**National Association of Certified Valuation Analysts (NACVA)** – Chicago, IL May 25, 2001 – 8th Annual Business Valuation Conference, "Drafting A Good Valuation Report®."

**Pacific Automotive Trades Association (PATA)** – Portland, OR – May 9 & 16, 2001 – Leadership Training Workshop, "Business Management."

**Pacific Automotive Trades Association (PATA)** – Portland, OR – April 25, 2001 – Leadership Training Workshop, "Asset Protection."

**Oregon State Bar** – Portland, OR – February 16 2001 – "Crunching the Numbers – Financial Statement Interpretation."

**Pacific Automotive Trades Association (PATA)** – Portland, OR – April 25, 2001 – Leadership Training Workshop, "Asset Protection."

**Oregon State Bar** – Portland, OR – February 16 2001 – "Crunching the Numbers – Financial Statement Interpretation."

**Washington State Bar, Business Law Institute** – Seattle, WA – December, 2000 – Annual Best of CLE – "Beyond and Behind the Numbers® - Forensic Accounting, Damages and Testimony."

**Executive Officers' Club** – Portland, OR – October 26, 2000 – Monthly Work Session, "Prevention, Detection and Pursuit of Employee Fraud."
**American Institute of Certified Public Accountants (AICPA)** – Beverly Hills, CA – October 16 & 17, 2000 – National Advanced Litigation Services Conference, "The Combat CPA® in Court –Damages and Testimony Delivery."

021807

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®

**(Selected** Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites:   www.expertpages.com

**Oregon Trial Lawyers Association (OTLA)** – Portland, OR – September 14, 2000 – *"Forensic Accounting – Beyond and Behind the Numbers®."*

**Washington State Bar, Business Law Institute** – Vancouver, WA – March 3, 2000 – Litigation Subcommittee – *"Accounting Issues in Intra-Entity Litigation – Beyond and Behind the Numbers®."*

**AGN International (Accountants' Global Network)** – San Diego, CA – September 23 & 24, 1999 – Litigation and Valuation SIG - *"The Combat CPA® in Court – Litigation, Valuation, Forensic Accounting and Testimony Delivery."*

**Oregon State Bar** – Seaside, OR – September, 1999 – Litigation Breakout - *"Beyond and Behind the Numbers® - Forensic Accounting, Damages and Testimony."*

**Various Oregon and Washington Attorneys** – Portland, OR – 1997-2000 – Financial Forensics Initiative®, *"Financial Statements: Depiction or Deception?®" "Valuation: Myths or Methodologies?®"* and *"The Value of Visuals ®."*

**American Institute of Certified Public Accountants (AICPA)** – Tempe, AZ – October 15, 1998 – National Advanced Litigation Services Conference, *"The Value of Visuals® – From A Testifying Expert."*

**Northwest Tax Institute** – Las Vegas, NV – October 11, 1998 – Annual Conference, *"Valuation – Myths and Methodologies."*

**National Litigation Support Services Association (NLSSA)** – Chicago, IL – May 23, 1998 – Litigation SIG Workshop, *"Financial Statements – Depiction or Deception?®"*

**Oregon Tax Forum** – Eugene, OR – October 1997 – *"Business Valuation Methodologies"*

**Oregon State Bar, Family Law Section** – October 1996 – October1996 – *"Uncovering Hidden Assets/Income."*

**Small Business Administration** – Portland, OR – March, 1996 – *"Business Management Toolkit®."*

**Oregon Law Institute** – Portland, OR – August, 1995 - *"Financial Statements: Depiction or Deception?®"*

021807

# Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®

(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites:  www.expertpages.com

| | |
|---|---|
| **Education/ Certification** | B.S., Accounting, Arkansas State University, 1972<br>CPA, Certified Public Accountant (OR, #5689)<br>M.B.A., Finance, Southern Illinois University, 1977<br>ASA, Accredited Senior Appraiser (1998)<br>CVA, Certified Valuation Analyst (#980168)<br>ABV, Accredited in Business Valuation (AICPA, 2004) | CMA, Certified Management Accountant (#1039)<br>CMC® Certified Management Consultant (1989)<br>DABFA, Diplomate – American Board of Forensic Accountants (1999)<br>CEA, Business Valuation (AICPA, 1997) |
| **Professional and Business History** | **Darrell D. Dorrell, CPA, P.C. Principal, financialforensics®** 1999 to present. | Ernst & Young: Supervisor, 1977 to 1980 |
| | Yergen and Meyer, LLP: Director of Financial Forensics®, 1994 to 1999 (Moss Adams, LLP – Transition) | Wetterau Incorporated: Director of Financial Reporting, 1972 to 1977 |
| | *Panel of Experts* – Accountants' Global Network, 1996 to present. | Maryhurst University, Graduate Faculty, 2005 to present in Finance. |
| | *financialforensics®* Owner, 1993 to present | University of Phoenix, Graduate Faculty, Campus Finance Chair, 1997 to present, in Finance, Accounting, Forecasting |
| | Aldrich, Kilbride & Tatone: Partner, 1991 to 1993; Director, 1989 to 1991 | Concordia University, Major Professor, 1990 to 2001, in Economics, Accounting, Forecasting, Management, Marketing, Operations, Group Dynamics |
| | Price Waterhouse: Partner, 1985 to 1989; Senior Manager, 1980 to 1985 | |
| **Awards and Honors** | American Society of Appraisers (ASA) – International Board of Examiners – Expired July 2005. | John Wiley & Sons – Valuation software calculations beta tester – 2002, 2001, 1999; BVRW tester – 2004. |
| | National Association of Certified Valuation Analysts (NACVA) – Outstanding Member Award, June 3, 2004. | National Association of Certified Valuation Analysts (NACVA) – Valuation software calculations beta tester –2004, 2003, 2002, 2001. |
| | National Association of Certified Valuation Analysts (NACVA) – Instructor of Great Distinction Award, June 4, 2004. | Graduate Faculty of the Year – University of Phoenix, Portland, Oregon Campus – June 2001. |
| | Instructor, CDI (Career Development Institute – NACVA) – "Current Updates in Valuation" – 2002-date. | Jeffrey Salins Report Writing Award – For excellence in business valuation report writing, conferred by the National Association of Certified Valuation Analysts (NACVA) - May 2001. |
| | Complaints Committee. Oregon Board of Accountancy – Expires June 2007 | Eagle Scout, Boy Scouts of America® – 1968 |
| | | FCC – Federal Communications Commission – Amateur Extra Class, Amateur Radio License: N7DDD – Expires 10/05/09 |

021807

Page 21 of 29

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financial**forensics®
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| Professional and Civic Affiliations | Professional Organizations: | Civic Organizations: |
|---|---|---|
| | • American Institute of Certified Public Accountants<br>• Oregon Society of Certified Public Accountants<br>• American Society of Appraisers<br>• National Association of Certified Valuation Analysts<br>• American College of Forensic Examiners<br>• Institute of Management Accountants<br>• Council of Consulting Organizations | • Oswego Lake Country Club<br>• St. Augustine's Parish – Lincoln City, OR |

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®**
(Selected Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| Attorney | | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|---|
| | | | Matters Placed into the Court Record As Indicated: T – Testimony, D – Deposition, A – Affidavit, E – Expert Report | |
| Lou Baran | 360-699-1440 | Lou M. Baran Vancouver, WA | Fisher v. Fisher, (Fraudulent Transfer, Valuation & Critique), T, E | Case No. 03 3 00263 9 Clark County Superior Court |
| Charles French | 503-988-2735 | Multnomah County District Attorney Portland, OR | Multnomah County Board of Commissioners – Resolution No. 06-094, E | Independent Review of Policies and Procedures of Correctional Facilities Operated By the Multnomah County Sheriff's Office - 2006 |
| Mark R. Hartney | 213-955-5588 | Allen, Matkins, Leck, Gamble & Mallory, LLP Los Angeles, CA | Securities and Exchange Commission v. C. Wesley Rhodes, Jr., The Rhodes Econometrics, Inc, The Rhodes Company, and Resource Transactions, Inc.: (Preliminary Report of Receiver), E | Case No. CV06 1353 PK United States District Court of Oregon |
| Peter McKittrick | 503-228-6044 | Farleigh Witt Portland, OR | | |
| Charles Corrigan | 503-222-4202 | Ramis, Crew, Corrigan, LLP Portland, OR | City of West Linn – Elma Sandoval Magkamit, Alleged Asset Misappropriation (Fraud Investigation), E | State vs. Elma Sandoval Magkamit |
| Hillary A. Brooks | 503-222-3613 | Marger, Johnson & McCollom, P.C. Portland, OR | Footwear Industries, Pty. Ltd. v. Perry Meek, individually and dba Steel Blue Clothing, (Trademark Infringement, Forensic Accounting), A | Case No. cv. 05-5007 abc (PLAx) |
| Lou Baran | 360-699-1440 | Lou M. Baran Vancouver, WA | Fisher v. Fisher, (Fraudulent Transfer, Alter Ego), T, D, E | Case No. 03 3 00263 9 Clark County Superior Court |
| Mark R. Hartney, David R. Zaro | 213-955-5588 | Allen, Matkins, Leck, Gamble & Mallory, LLP Los Angeles, CA | Michael A. Grassmueck, Federal Equity Receiver for Health Maintenance Centers, Inc.; Znetix, Inc. v. Jeffrey M. Bensky, an individual, et al. (Fraudulent Conveyance, Unjust Enrichment, Reasonably Equivalent Value, Solvency, Forensic Accounting), D, E | Case No. 04-cv-02016-MJP United States District Court West. District of Washington - Seattle |
| Donald A. Greig | 360-816-2518 | Landerholm Law Office Vancouver, WA | McDonald Excavating, Inc., v. Riverview Community Bank; (Damages, Valuation, Fraudulent Misrepresentation), D, E | Case No. 01 2 05026 9 Clark County Superior Court of the State of Washington |

021807

Page 23 of 29

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®**
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites:  www.expertpages.com

| Attorney | | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|---|
| | | | **Matters Placed into the Court Record As Indicated:** | |
| | | | **T – Testimony; D – Deposition; A – Affidavit; E – Expert Report** | |
| Lou Baran | 360-699-1440 | Lou M.Baran Vancouver, WA | White vs. White, (Forensic Accounting, Fraudulent Misrepresentation), T, E | Case No. 03-3-02099-8 Clark County Superior Court |
| Stephen Redshaw | 503-294-9274 | Stoel Rives LLP Portland, OR | Thrifty Supply Co. of Seattle, Inc. v. Slakey Brothers, Inc., et al (Forensic Accounting, Lost Net Profits), T, E | Case No. CV04060437 Clackamas County Circuit Court |
| Shannon Connall Des Connall | 503-227-2688 503-227-2688 | Des & Shannon Connall, LLP Portland, OR | State of Oregon vs. Carol Pendergraft; (Fraud, Forensic Accounting), T | Case No. 03-05-32414 Multnomah County Circuit Court |
| Dylan Cernitz John Peterson | 503-547-0576 503-648-0766 | Peterson, Peterson & Cernitz Hillsboro, OR | Troyer and Troyer; (Valuation), T, E | Case No. DR0405-0344 Clackamas County Circuit Court |
| Lou Baran | 360-699-1440 | Lou M. Baran Vancouver, WA | Mitchell vs. Waite, (Forensic Accounting, Valuation), T, E | Case 02-3-593-0 Clark County Superior Court |
| Dennis J. Dunphy | 206-292-1327 | Mr. Dennis J. Dunphy Schwabe, Williamson & Wyatt Seattle, WA | White Star Timber Co. v. The United States, (*alter ego*), T, D, E | No. 94-425C United States Court of Federal Claims |
| Richard S. Pope | 503-228-8446 | Newcomb, Sabin, Schwartz & Landsverk, LLP Portland, OR | David Lezak, v. Expand Cellular, Inc. Gordon C. Collett, et al, Defendants; (Trade Secrets Misappropriation), T,E | Case No. 0212-12947 Multnomah County Circuit Court |
| Julianne R. Davis | 503-227-5631 | Chernoff, Vilhauer, McClung & Stenzel, LLP Portland, OR | Michaels of Oregon Co., v. Clean Gun, LLC; (Patent Infringement, Alter Ego), D, E, A | United States District Court District of Oregon Civil No. CV 01-1158-JO |
| Christine A. Kosydar | 503-294-9533 | Stoel Rives LLP Portland, OR | Gateway Brookside, Inc., a California corporation, v. GRSI, INC., formerly known as G. Raden & Sons, a Washington corporation, and Gary P. Raden, an individual, and Columbia Distributing Company; (Fraudulent Transfer, Alter Ego), D, E. | United States Bankruptcy Court Western District of Washington Case No. 02-21387-TTG11 |

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financialforensics®**
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| Attorney | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|
| | | **Matters Placed into the Court Record As Indicated:** T – Testimony, D – Deposition, A – Affidavit; E – Expert Report | |
| Michael Simon  503-727-2000 | Perkins Coie Portland, OR | Confederated Tribes of Siletz Indians, Smokey Point Hardwoods, Inc. and Ross-Simmons Hardwood Lumber Company v. Weyerhaeuser, Inc., (Anti-Trust, Forensic Accounting, Valuation), T, D, E | United States District Court District of Oregon Civil No. CV 00-1693 BR |
| Stephen Phillabaum | Phillabaum, Ledlin, Matthews and Gaffney-Brown, P. S. Spokane, WA | Bob McNellis, Bob McNellis, Inc., Peaks and Plains Medical, and Parker-McNellis, Inc. v. | United States Bankruptcy Court Eastern District of Washington |
| Ian Ledlin  509-838-6055 | | Raymond A. & Judi A. Parker, (Bankruptcy Dismissal, Valuation, *after ego*), T, E | No. 02-04195-W13 |
| Robert Custis  503-220-0717 | Kent Custis, LLP Portland, OR | Cort MacKenzie & Company v. Oregon Armored Service, et al; (Business Valuation, Forensic Accounting), T, E | CV 0102-01449 Multnomah County Circuit Court |
| Christopher Kent  503-220-0717 | | | |
| Michael Wise  503-224-8422 | Wise & Associates, P. C. Portland, OR | Howard Wayne Smith v. Everest Bodkin; (Personal Injury), T | CCV0110873 Clackamas County |
| Michael Casey  503-219-0629 | | | |
| Michael Grassmueck  503-294-9928 | Michael A. Grassmueck, Receiver Portland, OR | Securities and Exchange Commission v. Health Maintenance Centers, Inc., et al; (Forensic Accounting), E | C02-0153P United States District Court West. Dist. of Washington - Seattle |
| Paul Thalhofer  503-266-3456 | Reif, Reif & Thalhofer Gresham, OR | Turnbull and Turnbull; (Business Valuation – Holding and Operating Companies), E | DR0101311 Clackamas County |
| Mark Kramer  503-243-2733 | Kramer & Associates Portland, OR | Bishop and Bishop (Business Valuation – Distribution Company), T, E | 000362559 Multnomah County |
| Dennis Elliott  503-227-1690 | Elliott & Park Portland, OR | Oregon-Canadian Forest Products v. Wright Companies, (Forensic Accounting, Solvency), A | 99-CV-1266-A5 District Court |
| Jens Schmidt  541-485-0220 | Harrang, Long Gary, Rudnick Eugene, OR | Danebo Properties, LLC, et al v. City of Eugene, OR, et al; (Damages, Wrongful Taking), E | 98-6229-HO Federal Court |
| Tracy Reeve  503-225-5863 | Reeve Kearns, PC Portland, OR | Gantenbein v. City of Portland; (Wrongful Termination), E | CV99-864KI Multnomah County |

021807

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®**
(Selected) Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com     Web Site Address: www.financialforensics.com     Other sites: www.expertpages.com

| Attorney | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|
| | | **Matters Placed into the Court Record As Indicated:**<br>T – Testimony; D – Deposition; A – Affidavit; E – Expert Report | |
| Richard B. Thierolf, Jr.<br>541-773-2727 | Jacobson, Thierolf & Dickey<br>Medford, OR | Rogue Rifle, Inc. v. Keystone, Inc.; (Damages – Trademark Infringement), A, E | 96-3051-CO<br>Federal Court |
| Dennis Elliott<br>503-227-1690<br>Julianne Davis<br>503-227-5361 | Elliott & Park<br>Portland, OR | Rycraft, Inc. v. Ribble, Inc.; (Damages – Trademark Infringement), T, E | CV-971573-KI<br>Federal Court |
| Tracy Reeve<br>503-225-9863 | Reeve Kearns, PC<br>Portland, OR | Lishey v. City of Portland, (Wrongful Termination0, E | CV99-84JO<br>Multnomah County |
| Sue-Del McCulloch<br>503-222-4402 | Ramis, Crew, Corrigan, et al<br>Portland, OR | Rosecrans v. Teledyne Industries, Inc., et al; (Wrongful Termination), D, E | 78033-01<br>Marion County |
| William P. Horton<br>503-294-0050 | William P. Horton, Attorney<br>Portland, OR | Pegasus Corporation, et al v. City of North Bend; (Damages – Breach of Contract), E | 996268HO<br>District Court |
| Benjamin Shafton<br>360-699-4780 | Morse & Bratt<br>Vancouver, WA | GEM Equipment v. Foss Manufacturing, (Business Interruption), T, D | 97-2 02852 7<br>Clark County Superior Court |
| Dennis Elliott<br>503-227-1690 | Elliott & Park<br>Portland, OR | Tigard SportSurfaces v. SynTenniCo; (Breach of Contract), T, D, E | 98-1359-JE<br>US District Court, Oregon |
| Dolores Empey<br>503-245-8774 | Dolores Empey, Attorney at Law<br>Portland, OR | Baker v. York; (Personal Injury), T | unavailable |
| Robert Dorband<br>503-968-8111 | DuBoff Dorband Cushing & King PC<br>Portland, OR | Rycraft; (Trademark Infringement), T, D, E | 97 1573-KI<br>US District Court, Oregon |
| Gregory Dennis<br>360-696-3312 | Landerholm, Memovich et al.<br>Vancouver, WA | One Longview, Inc.; (Fraudulent Misrepresentation), T, E | 99-2 00992 8<br>Clark County Superior Court |
| Dolores Empey<br>503-245-8774 | Dolores Empey, Attorney at Law<br>Portland, OR | Balkovich; (Personal Injury). T, D, E | unavailable |
| Gilbert Feibleman<br>503-399-9218 | Feibleman & Associates, PC<br>Salem, OR | Killen, (Marital Dissolution, Valuation). T, D, E | 99C-31541<br>Marion County Circuit Court |

021807

Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC®, CEA - Expert Witness/financial*forensics*®
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| Attorney | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|
| | | **Matters Placed into the Court Record As Indicated:**<br>T – Testimony, D – Deposition, A – Affidavit, E – Expert Report | |
| Shannon Connall<br>503-227-2688 | Des Connall, PC<br>Portland, OR | McKimmie, (Marital Dissolution, Valuation), T, D, E | 9711-72822<br>Multnomah County |
| Richard Yugler<br>503-227-2177 | Richard Yugler, Attorney at Law<br>Portland, OR | Johnson Securities, (Misrepresentation), T | 9712-10187<br>Multnomah County |
| Kathryn Johnston<br>541-673-5528 | Cegavske Johnston & Associates PC<br>Roseburg, OR | Cooper, (Marital Dissolution, Valuation), T, E | 98-DO-0287DS<br>Douglas County |
| Michael Simon<br>503-727-2000 | Perkins Coie<br>Portland, OR | US West, (Business Interruption), T, D, E | 94-1354-JE<br>US District Court, Oregon |
| Howard Levine<br>503-227-1111 | Sussman Shank<br>Portland, OR | K. Pixton, (Net Present Value), T | 396-35255-ELP7<br>US Bankruptcy Court, Oregon |
| Linda Algar<br>503-630-6212 | Linda Algar, Attorney<br>Portland, OR | R. Bankes, (Valuation), T | 9705046<br>Clackamas County |
| Michael Seidl<br>503-229-1819 | Seidl & Rizzo<br>Portland, OR | National Starch & Chemical, (Lost Profits), T, E | 976010TC<br>US District Court, Oregon |
| Julianne Davis<br>503-227-5631 | Chernoff Vilhauer McClung et al<br>Portland, OR | Leatherman Tools, (Trademark Infringement) T, E | 96-1346-MA<br>US District Court, Oregon |
| Ward Greene<br>503-295-2668 | Greene & Markley, PC<br>Portland, OR | Great West Construction: (*alter ego*), T, E | 9607-05717<br>Multnomah County |
| Richard Yugler<br>503-227-2177 | Richard Yugler, Attorney<br>Portland, OR | Computer Concepts, (Damages Amortization), T | 861207746<br>Multnomah County |
| Annette Kolodzie<br>503-295-2668 | Greene and Markley<br>Portland, OR | Holland America, (Damages - Lost Profits), T, D, E | 92-2-02827-5<br>Clark Cty. (WA) Superior Ct. |
| Chris Kosydar<br>503-294-9533 | Stoel Rives<br>Portland, OR | Bank of America, (National Trust as Bond Trustee), T, E | Civil Case CS-96-0067-JLQ<br>US Federal Court - Eastern Dt. |

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financial**forensics®
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrelld@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites:  www.expertpages.com

| Attorney | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|
| | | **Matters Placed into the Court Record As Indicated:** T – Testimony, D – Deposition; A – Affidavit, E – Expert Report | |
| Michael Grassmueck 541-773-8108 | Michael Grassmueck, Rcver. Medford, OR | Professionals 100; (Receivership), T, E | C941232CV State Court (OR) |
| Richard Mario 503-620-8900 | Buckley, LeChevallier Lake Oswego, OR | Wilson; (Amortization), T | 394-35390-ELP13 Clackamas County |
| Paul Lehto 206-303-0348 | Tollefson & Company Everett, WA | Nendels Hotels; (Damages, Present Value), D | unavailable Multnomah County |
| Dan Doyle 503-588-8053 | VanderMay & Doyle Salem, OR | Brooks vs. Brooks; (Business Valuation), E | 95C11498 Marion County Circuit Court |
| William Horton 503-294-0050 | William Horton, Attorney Portland, OR | Lost Earnings; T, E | unavailable Multnomah County |
| Gary Zimmer 503-228-6191 | Kennedy, King & Zimmer Portland, OR | Bredenkamp and Bredenkamp; (Valuation),T, E | 9302-60-949 Multnomah County |
| Ronald Johnston 503-226-7986 | Johnston & Root Portland, OR | Gault and Gault; (Business Valuation), T, E | 931270184 Multnomah County |
| Melissa Turner 503-641-7990 | Mason & Associates Beaverton, OR | Nordness and Nordness, (Business Valuation), E | C942875 Washington County |
| Richard Botteri, Vince Salvi 503-228-3200 | Preston Gates Portland, OR | Hillman-Safeco; (Lost Profits), T, D | 91-120-8405 Circuit Court, Multnomah Cty. |
| Chris Angius 503-722-2000 | Perkins, Coie Portland, OR | Yoshida's vs. Virginia Dare; (Lost Profits), T, E | 9111-07637 Circuit Court, Multnomah Cty. |
| Guy Stephenson 503-796-2903 | Schwabe, Williamson Portland, OR | Sause Bros. vs. Tran. Canada; (Damages), T, E | 89-609RE Federal Court, OR District |
| Kathy Root 503-226-7986 | Johnston & Root Portland, OR | Darcy and Darcy; (Marital Dissolution, Taxes), T, E | C902006DR Circuit Court, Washington Cty. |

**Darrell D. Dorrell, BS, CPA/ABV, MBA, ASA, CVA, DABFA, CMA, CMC® CEA - Expert Witness/financialforensics®**
(*Selected* Forensic Accounting, Litigation and Valuation Experience - Prepared per FRCP 26)

E-Mail Address: darrell@financialforensics.com    Web Site Address: www.financialforensics.com    Other sites: www.expertpages.com

| Attorney | Law Firm | Case Name / Type | Case Number / Venue |
|---|---|---|---|
| | | **Matters Placed into the Court Record As Indicated:**<br>T – Testimony; D – Deposition; A – Affidavit; E – Expert Report | |
| Richard Mario<br><br>503-620-8900 | Buckley, LeChevallier<br>Lake Oswego, OR | Ricciardi-Companion Litigation;<br>(Damages, Solvency), T, E | 93-4-3-941152<br>Circuit Court, Clackamas Cty. |
| Aaron Bell<br><br>503-221-1772 | Brownstein, Rask<br>Portland, OR | Davis vs. Critzer; (Damages,<br>Amortization), T | Unavailable<br>Circuit Court, Washington Cty. |
| Norm Lindstedt<br><br>503-222-6881 | Lindstedt & Buono<br>Portland, OR | Shelton vs. First Union; (Damages,<br>Breach of Contract), T, E | Multnomah County |

# Gregory A. Gadowski, CPA/ABV, CVA, CFE – Expert Witness/*financialforensics*®
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address:  gregg@financialforensics.com  Web Site Address:  www.financialforensics.com



financial**forensics**®

---

## Position

Principal, Darrell D. Dorrell, CPA, P.C.
*financialforensics*®
5285 SW Meadows Road, Suite 340
Lake Oswego, Oregon 97035
(503) 636-7999 phone; (503) 639-9113 fax

---

## Professional Experience

Mr. Gadowski's litigation, fraud investigation and business valuation related experience includes a variety of complex matters. His expertise encompasses a wide scope of industries, including professional service organizations, brokerages, financial services, construction, retail, utilities, municipalities, not-for-profits, manufacturing and others.

---

## Types of Expert Witness Litigation

Mr. Gadowski's experience includes the following types of matters:

- Breach of Contract
- Compensation Calculations
- Lost Profit Calculations
- Marital Dissolution
- Personal Injury
- Wrongful Termination
- Fiduciary Duty
- Business Interruption

- Wrongful Death
- Lender Liability
- Fraud/Embezzlement
- Alter Ego
- Inverse Condemnation
- Trademark/Tradedress Infringement
- Patent Infringement
- Construction Claims

---

## Types of Business Valuation Projects

- Auto Dealerships
- Construction Companies
- Dissenting Shareholders
- Nurseries
- Wholesale/Distributors

- Financial Institutions
- FLPs/LLCs
- Gift Tax
- Wood Products
- Manufacturers

- Medical Clinics
- Patents/Trademarks
- Physicians
- Printing
- Service Companies

# Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/financial*forensics*®

(Selected Litigation and Accounting Experience – Prepared per FRCP 26)

E-Mail Address: gregg@financialforensics.com  Web Site Address: www.financialforensics.com

---

### Involvement Guidelines

We have found that our cost-effectiveness as litigation and valuation support specialists requires a minimum claim amount of about $25,000. However, we will provide advisory and pro bono assistance in smaller matters.

### Fee Policy

It is our practice to spend up to 4 hours at no charge to gain an understanding of the matter, and advise you of the most effective application of our expertise. We will provide you with deliverable-specific fee estimates where possible.

### Technology Sources

We utilize the most current technology for research, analysis and presentation including Internet access and a variety of on-line databases and services.

### Selected Litigation and Business Valuation Assignments

The following selected examples illustrate the types of cases and assignments in which we have provided assistance. Further details can be provided upon request.

## MATTER

The bookkeeper of an Oregon non-profit organization managed to embezzle in excess of $175,000 during a period of 4 years. The bookkeeper employed a variety of embezzlement techniques and managed to avoid detection even though the organization had an annual audit performed by an outside CPA firm.

A supplier of building materials asked us to review and recalculate plaintiff's damage claim in connection with a breach of warranty suit. The matter included analysis and recalculation of expenses and damages due to extended construction contract pertaining to the use of defective materials.

A well-known toolmaker sued a large corporation under the Lanham Act for trademark infringement related to the design, manufacturing and distribution of a specialized tool. The plaintiff sought injunctive relief and damages for lost profits.

## OUTCOME

We performed a detailed investigation into the fraud and provided assistance to both the Assistant District Attorney in the criminal matter and counsel for the organization in civil recovery. Based upon our analysis and the diligent work of counsel, the defendant pled guilty and was sentenced to 48 months in prison. Furthermore, the organization was successful in recovering virtually all of the funds embezzled through settlements with insurance carriers and a settlement with the organization's independent auditor.

The matter settled during mediation for a fraction of the original claim. The client credited our analysis for the favorable outcome.

Based upon our testimony at the settlement hearing, our client settled the case for an amount in excess of their expectations and obtained injunctive relief against the defendant.

# Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/*financialforensics*®

(Selected Litigation and Accounting Experience – Prepared per FRCP 26)

E-Mail Address: gregg@financialforensics.com  Web Site Address: www.financialforensics.com

| MATTER | OUTCOME |
|---|---|
| A group of lumber brokers sued their former employer for unpaid commissions. The brokers were to be paid a certain percentage of the gross margin on each completed transaction. They claimed that their former employer, a large Oregon based lumber broker, had purposely excluded certain items from gross margin in order to reduce commissions. We were asked to analyze the corporation's accounting of revenues and expenses. | We recalculated the lost commissions based upon the exclusions of certain items from the gross margin. The client settled the matter before trial for an amount in excess of our calculations. |
| A neurosurgeon was permanently disabled during a routine back surgery. Due to his disability the plaintiff could no longer work in any capacity and was unable to perform the most routine daily tasks. | The client utilized our damage calculations to settle the case favorably with the defendant's insurance carrier. |
| An art dealer was sued by a supplier claiming that there was a substantial account balance remaining to be paid. The defendant filed a counter-claim stating that they had a credit balance with the supplier and they were due a refund of their monies. | We assisted the art dealer in arriving at the correct ending balance of their account. Due to the lack of reliable accounting records for both the supplier and buyer, we had to rely heavily on the source documents in order to validate the transactions and calculate the ending account balance. The matter settled the day of trial in favor of the art dealer. |
| A large Oregon timber mill was seeking a $2,000,000 redress from a national insurer claiming the opposing insured had misrepresented their financial status, thus avoiding the contractual commitment. We were asked to employ forensic accounting techniques to assess the financial condition, i.e. solvency of the insured as of two distinct points in time. The insured consisted of multiple entities within a holding company compelling the use of complex accounting and consolidation methods compared against financial analysis in order to demonstrate the correct financial position, assertions notwithstanding. | We executed an extensive financial analysis and comparison among industry guidelines and wrote an affidavit indicating the facts to the Court. The Court found in favor of our client during a summary judgment hearing, and cited our analysis as specifically crucial to his decision. |

# Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/*financialforensics*®

(Selected Litigation and Accounting Experience – Prepared per FRCP 26)

E-Mail Address:  greg@financialforensics.com  Web Site Address:  www.financialforensics.com

| MATTER | OUTCOME |
|---|---|
| A large Northeastern US fabric manufacturer was sued by another manufacturer for faulty product causing their claimed loss of sales to Korea and Germany, resulting in the financial collapse of their entire manufacturing business.  The claim spanned nearly six years and required analysis of the economic conditions and currency exchange in the US, Germany, and Korea for the pertinent periods.  The analysis was challenging since the time period overlapped the Asian market crisis. | We performed an extensive international product supply/demand analysis and determined its likely impact on the plaintiff for the multi-year period.  Our conclusions resulted in a key observation that was likely pivotal to the jury's decision; we clearly demonstrated that the business relationship between the supplier and producer had begun deteriorating three years prior to the initial damage claim.  Likewise, we were instrumental in demonstrating that the plaintiff's key witness had perjured himself. The jury found for the defendant. |
| We were engaged by the respondent in a marital dissolution to perform a detailed analysis segregating separate and marital property per a pre-nuptial agreement. Assets included various corporate entities, numerous bank and investment accounts, personal property and real property. | The judge awarded the respondent her share of the marital property based upon our detailed tracing and analysis of the financial transactions during the course of the marriage.  Additionally, the opposing expert utilized our analysis merely changing certain assumptions in favor of his client's position. |
| A developer sued an Oregon city for a "wrongful taking" of his development property.  Plaintiff's damages were prepared by a high-profile economics firm that included very aggressive assumptions and little foundation, thus resulting in a significant overstatement of damages. | We prepared a comprehensive damages analysis indicating the most likely impact to the developer.  We also used sensitivity testing and validation to identify the pivotal weaknesses of opposition's report in anticipation of testimony.  We produced a written critique in anticipation of testimony, but the matter settled pre-trial with defendant paying a nominal amount. |
| An Oregon cookie stamp producer filed against a Pennsylvania company for trade dress infringement and resultant Lanham Act damages.  We prepared and testified to a damages analysis approximating $4,000,000.  The jury found for our client in the amount of $4,000,000 and also assessed punitive damages approximating an additional $8,000,000.  However, due to a concurrent US Supreme Court decision the case was remanded for retrial. | We updated our damages analysis for the nearly 2 years since the previous trial and prepared to deliver the same testimony at a new trial.  However, the opposition settled in favor of our client before trial commenced. |

**Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/financialforensics®**
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address: gregg@financialforensics.com  Web Site Address: www.financialforensics.com

*MATTER*

We were retained by an insurance carrier to analyze a lost earnings claim presented by a party injured in an auto accident. The injured party was a securities broker and claimed lost commissions due to decreased working capacity resulting from the accident.

A closely held automotive repair business suspected their accountant/office manager of *embezzlement*. The impact threatened the continuation of the business, and the suspect (through his attorney) declined to participate in any way. We conducted an on-site records analysis requiring *extensive forensic analysis and partial reconstruction* to determine the extent of the fraud.

*OUTCOME*

Based upon our analysis and findings, the insurance carrier settled favorable with the injured party during mediation. Our analysis illustrated that the lost commissions were not proximately caused by the auto accident. In fact, the claimant's commissions decreased dramatically due to significant declines within the stock market and NASDAQ. The claimant had previously based his claim on prior commissions earned during the period of very robust markets.

*Based upon our findings, the suspect conceded his involvement, and assigned virtually all of his personal assets to the business owners, and also signed a personal note committing to repay the difference.*

## Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/*financialforensics*®
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address: gregg@financialforensics.com Web Site Address: www.financialforensics.com

---

### Regarding Our Business Valuation Work:

**(Note:** It is the policy of *Financial Forensics*® to prepare all business valuation in accordance with standards that equal or exceed the standards promulgated by the Uniform Standards of Professional Appraisal Practice (USPAP) and the American Institute of Certified Public Accountants (AICPA)). Consequently, we are familiar with the **Cost, Income and Market Approaches**, and all aspects of secondary adjustments resulting from **control, minority and non-marketable holdings.**

Valuation assignments are often conducted within the *joint appointment* model where we are appointed by both parties to arrive at a mutually acceptable value. Most of the activity involves bringing the parties together in a joint work session where we instruct them in valuation methodologies, display their results via a computer projector, interactively model the alternatives resulting from their input, and produce final results at the end of the work session.

Valuation assignments range from Comprehensive, Self-Contained through Limited, Restricted-Use and have included a wide variety of business entities including law firms, medical clinics, construction companies, leasing companies, wholesale distribution, retail, farming/growing, wood products, printing, service, import/export, auto and related dealerships, accounting firms, real estate, etc.

All of the people that we assign to projects have specific project-related experience and have received training in the pertinent valuation and/or litigation topics to which they are exposed. The training is both broad and deep and is another element of the uniqueness of our Firm.

---

### Business Valuation Assignments:

***estate valuations*** - We prepared "Appraisal Report" valuations for the Estate of a decedent who held interests in ***11 distinct business entities***, including partnerships, "C" corporations, "S" corporations, limited partnerships and bonds. The entities' operations spanned manufacturing, distribution, construction, raw land, electronics, multi-family apartments and single-family rentals. The varied ownership interests included ***control, minority and 50/50 holdings***, thus requiring varied ***secondary adjustments*** such as control premiums, minority interest discounts and discounts for lack of marketability. Although most entities were considered "going concerns", 2 of the entities were technically bankrupt, requiring unique treatment. Also, certain of the entities contained ***buy/sell*** provisions, but others did not. The entities' ***fiscal years ended on differing dates***, including February, July, September and December and the "as of" valuation dates had to be determined at 2 distinct points – date of death and 6 months later. Finally, the various valuation Methods included Asset (requiring real estate appraisal), Income and Market which required extensive research into the ***securities market, and real estate limited partnerships (RELPs), real estate investment trusts (REITs) and closed-end mutual funds (CEMFs).***

***ESOPs*** – We often prepare valuations in connection with the DOL's (*US Department of Labor*) annual ESOP reporting requirement. Pension and Welfare Benefits Administration issued May 17, 1988 Proposed Rules (29 CFR Part 2510), "*Proposed Regulations Relating to the Definition of Adequate Consideration*." Our work typically consists of an Appraisal Report with extensive supporting technical analysis that validates the convergence of conclusions from every feasible viewpoint. Likewise, we have developed and applied a Control to Minority Reconciliation Model, known as the "***Articulation Method***" that illustrates and reconciles the integrated and articulated linkage within and among control and minority

**Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/financialforensics®**
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address: gregg@financialforensics.com  Web Site Address: www.financialforensics.com

shareholdings. The valuations that we have performed range up to companies approximating *$100 million* in revenues.

**gifting valuations** – We routinely prepare valuations in connection with gifting transactions, often in conjunction with succession planning. Our Appraisal Reports are structured to comply with recently enacted IRS "**Adequate Disclosure**" requirements, REG-106177-98, December 22, 1998. The assets typically securitized in the *FLPs* and *LLCs* receiving the various assets have included operating businesses, real property, single- and multi-family properties, marketable securities and related assets. We encourage our clients to allow us to prepare preliminary calculations before completing the report so that wealth-maximization decisions can be applied in the most effective manner possible. Finally, we include the "Articulation Method" (see above) to comply with IRS requirements. Usually, these valuations are objectively based upon the securities market, and RELPs, REITs and CEMFs.

**merger/acquisition** – We have completed valuations in support of merger/acquisition decisions for both acquiring and disposing parties. The standard of value is ordinarily *fair market value*, but alternative considerations have required additional permutations including strategic, investment and synergistic value. Also, we recommend that the valuation effort accomplish *dual purposes*, thus resulting in an implementation/transition plan built upon a financial budget linked to the valuation analysis and assumptions. We maintain an extensive subscription base to *proprietary private business databases* upon which to base our analysis. The subscriptions include sources such as www.onesource.com, www.bvupdate.com, Bizcomps, BRG, IBA, "Done Deals®", Mergerstat®, Chapman EBIT, Desmond's, www.nvst.com, and others as necessary.

**financing valuations** – We are often asked to execute valuations in support of financing requests, sometimes in connection with mergers/acquisitions, but also in connection with business growth/expansion financing needs. Our analysis is ordinarily very well received by the *lender(s)/investor(s)* because we comply with the highest standards possible, and likewise accommodate interactive "*sensitivity testing*" of the underlying assumptions.

**Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/financial**forensics®
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address: gregg@financialforensics.com  Web Site Address: www.financialforensics.com

## ADDITIONAL INFORMATION

**Professional and Civic Affiliations**

**Professional Organizations:**
- American Institute of CPA's
- Oregon Society of CPA's
- OSCPA – Professional Responsibility Strategic Interest Team
- National Association of Certified Valuation Analysts
- Association of Certified Fraud Examiners

**Civic Affiliations:**
- Treasurer – Greater Portland Soccer District, Inc. (2002 – 2005)
- Rock Creek Country Club

**Publications**

*"Is the Moneyed Spouse Lying About the Money?*®" The American Journal of Family Law, (Vol. 21 No.1, 2007), co-authored with Darrell D. Dorrell and Thomas S. Brown.

*Forensic Accounting: Counterterrorism Weaponry*, United States Attorneys' Bulletin, 2-Part Series, (May 2005, Vol. 53 No. 3), United States Department of Justice, Executive Office for United States Attorneys, Office of Legal Education co-authored with Darrell D. Dorrell.

*Counterterrorism: Using Conventional Tools for Unconventional Warfare*, United States Attorneys' Bulletin, 2-Part Series, (March 2005, Vol. 53 No. 2), United States Department of Justice, Executive Office for United States Attorneys, Office of Legal Education co-authored with Darrell D. Dorrell.

Chuck Whitlock's Crimeline™ *"Law Enforcement Training Program - Workbook,"* Sponsored by Experian® – December 8, 2004 – *"Forensic Accounting Applications in Business, Consumer and Terrorism Matters,"* co-authored with Darrell D. Dorrell.

*Plaintiffs and Defendants: Who Are They And Who Should They Be?* – National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 2, Issue 7, 202).

*Solvency Analysis*, National Litigation Consultants' Review, (Litigation Consultants, LLC – Vol. 3 Issue 2, July 2003), co-authored with Darrell D. Dorrell.

# Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/*financialforensics*®
(Selected Litigation and Accounting Experience -- Prepared per FRCP 26)
E-Mail Address:  gregg@financialforensics.com  Web Site Address:  www.financialforensics.com

| | |
|---|---|
| **Selected Speaking Engagements** | *Using Ratio Analysis: A Case Study.*" National Litigation Consultants' Review. (Litigation Consultants, LLC – Vol. 3 Issue 7, December 2003), co-authored with Darrell D. Dorrell. |
| | **NBI** – *Successful Financial Settlements for Your Divorce Client in Oregon*, "*Forensic Accounting and Valuation Implications in Divorce.*" Portland, OR. December 4, 2006. |
| | **Oregon State Bar** – Super Saturday CLE, "*Financial Statements: Depiction or Deception?©*" Lake Oswego, OR.  October 21, 2006 |
| | **Willamette College of Law** – Intensive Trial Practice Class – Financial expert witness; direct and cross-examination.  Salem, OR. February 28, 2006 |
| | **Oregon State Bar** – Super Saturday CLE, "*Financial Statements: Depiction or Deception?©*" Wilsonville, OR.  October 22, 2005 |
| | **Institute of Management Accountants (IMA) Portland Chapter and Oregon Chapter of the Association of Certified Fraud Examiners (OACFE)** – Portland, OR – October 19, 2004 – Joint Meeting, "*Forensic Evidence Analysis*" and "*Conducting an Effective Investigation*" |
| | **American Institute of Certified Public Accountants (AICPA)** – Phoenix, AZ – September 27-28, 2004 – National Conference on Fraud and Litigation Services, "*The "Combat CPA©" – Spec Ops Fight with Cub Scout Tools© - Forensic Evidence Analysis.*" |
| | Portland Police Fraud Division – "*Basic Excel Training for Financial Investigations*" |
| | Oregon State Bar - New Lawyers Division – "*Trial Strategies, Practices and Techniques*" |
| | Beta Alpha Psi - "*Fraud Investigation and SAS 82*" |
| **Education/ Certification** | B.S. Accounting, University of Portland – 1994
**CPA,** Certified Public Accountant (OR #8719) – 1997
**CVA,** Certified Valuation Analyst (#010457) – 2001
**CFE,** Certified Fraud Examiner – 2004
**ABV,** Accredited in Business Valuation (#2795) – 2005 |
| **Professional and Business History** | Darrell D. Dorrell, CPA, P.C. (DBA: Financial Forensics®): Principal, 2000 to present
Yergen and Meyer, LLP, Portland, Oregon:  Senior Accountant, 1997 to 1999
Kern, Lewis and Thompson, LLC, Portland, Oregon:  Staff Accountant, 1996 - 1997
Yergen and Meyer, LLP, Astoria, Oregon:  Staff Accountant, 1995 - 1996 |

## Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/financialforensics®

(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address:  gregg@financialforensics.com  Web Site Address:  www.financialforensics.com

| Attorney/Contact | Law Firm | Case Name/Type | Case Number/Venue |
|---|---|---|---|
| | | T – Testimony; D – Deposition; A – Affidavit or Declaration; E – Expert Report | |
| Claire M. Fay<br><br>(503) 727-1022 | Assistant U.S. Attorney<br>District of Oregon | United States of America v. Glen D. Wright (Embezzlement); T (Sentencing Hearing) | Case No. CR 05-500 (KI)<br>United States District Court – District of Oregon |
| Michael P. Regan<br><br>(503) 722-2704 | Deputy District Attorney<br>Clackamas County, OR | State of Oregon v. Elma Sandoval Magkamit (Embezzlement); T (Sentencing Hearing) | Case No. 06-00683<br>Clackamas County |
| Mark R. Hartney<br>(213) 955-5588<br><br>Peter McKittrick<br>(503) 228-6044 | Allen, Matkins, Leck, Gamble & Mallory, LLP<br>Los Angeles, CA<br><br>Farleigh Witt<br>Portland, OR | Securities and Exchange Commission v. C. Wesley Rhodes, Jr., Rhodes Econometrics, Inc., The Rhodes Company, and Resource Transactions, Inc.; (Forensic Accountants' Report); E | Case No. CV06 1353 PK<br>United States District Court of Oregon |
| Charles Corrigan<br><br>(503) 222-4202 | Ramis, Crew, Corrigan, LLP<br>Portland, OR | City of West Linn – Elma Sandoval Magkamit, Alleged Asset Misappropriation (Fraud Investigation); E | State of Oregon vs. Elma Sandoval Magkamit |
| Craig Russillo<br><br>(503) 222-9981 | Schwabe, Williamson & Wyatt<br>Portland, OR | Donald Kasterow v. BagelHeads, Inc. et al. (Forensic Accounting); T | Case No. 04 2 03903 1<br>Superior Court of Washington for Clark County |
| Robert S. Dorband<br><br>(503) 675-1400 | Law Offices – Robert S. Dorband<br>Lake Oswego, OR | Fuel Clothing Company, Inc. v. Safari Shirt Company d.b.a. Fuel Clothing Co. (Economic Loss Trademark Infringement); D, E | Case No. CV 05-1220 HU<br>United States District Court – District of Oregon |
| Mark Hartney<br><br>(213) 622-5555 | Allen, Matkins, Leck, Gamble & Mallory LLP<br>Los Angeles, CA | Michael A. Grassmueck, Federal Equity Receiver for Health Maintenance Centers, Inc.; Znetix, Inc. v. Jeffrey M. Bensky, an individual, et al; (Fraudulent Conveyance, Unjust Enrichment, Reasonably Equivalent Value, Solvency, Forensic Accounting); D, E | Case No. C04-2016MJP<br>United States District Court West. Dist. of Washington – Seattle |

**Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/*financialforensics*®**
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address: gregg@financialforensics.com   Web Site Address: www.financialforensics.com

| Name / Phone | Law Firm | Case (Type) | Court |
|---|---|---|---|
| Alexander D. Libmann (503) 675-1400 | Law Offices – Robert S. Dorband, Lake Oswego, OR | Wilmot v. SAFECO (Economic Loss); T (Arbitration) | Multnomah County |
| D. Eric Woodard (503) 243-2733 | Kramer and Associates, Portland, OR | Tinn and Tinn Marital Dissolution (Forensic Accounting and Business Valuation); E, T | Case No. 0501-60192 Multnomah County |
| Daniel Lee Martin Deniston (213) 624-3044 | Wilson, Elser, Moskowitz, Edelman & Dicker LLP, Los Angeles, CA | Flex Equipment Company, Inc. v. John J. Tasker et al (Forensic Accounting); D, T | Case No. BC318948 California Superior Court for the County of Los Angeles |
| Stephen Redshaw (503)-294-9274 | Stoel Rives LLP, Portland, OR | Thrifty Supply Co. of Seattle, Inc., v. Slakey Brothers, Inc., et al (Forensic Accounting, Lost Net Profits); E | Case No. CV04060437 Clackamas County Circuit Court |
| Craig Russillo Bill Crow (503) 222-9981 | Schwabe, Williamson & Wyatt, Portland, OR | Allen, et al v. Pacific Rogue Ranch, Inc., et al (Breach of Fiduciary Duty); T | 03-cv-0184 Curry County |
| Yvonne Dutton (619) 233-1155 | Allen, Matkins, Leck, Gamble & Mallory LLP, San Diego, CA | Grassmueck v. ICON Health & Fitness, et al (Solvency); E, D | 2-03-cv-1021 United States District Court West. Dist. of Washington – Seattle |
| Dylan Cernitz (503)-547-0576 John Peterson (503)-648-0766 | Peterson, Peterson & Cernitz, Hillsboro, OR | Troyer and Troyer (Valuation); E | Case No. DR0405-0344 Clackamas County Circuit Court |
| Kimberly Donlon (213) 622-5555 | Allen, Matkins, Leck, Gamble & Mallory LLP, Los Angeles, CA | Grassmueck, et al v. Ogden Murphy Wallace, et al (Forensic Accounting); E, D | 2-02-cv-1403 United States District Court West. Dist. of Washington – Seattle |
| Dennis Shen (503) 988-3162 | Multnomah County DA Office Portland, OR | State of Oregon v. Rosemary Volage (Embezzlement); T (grand jury) | Multnomah County |
| Michael Grassmueck (503) 294-9928 | Michael A. Grassmueck, Receiver Portland, OR | Securities and Exchange Commission v. Health Maintenance Centers, Inc., et al (Forensic Accounting); E | C02-0153P United States District Court West. Dst. of Washington - Seattle |

**Gregory A. Gadawski, CPA/ABV, CVA, CFE – Expert Witness/financialforensics®**
(Selected Litigation and Accounting Experience – Prepared per FRCP 26)
E-Mail Address:  gregg@financialforensics.com  Web Site Address:  www.financialforensics.com

| Julianne R. Davis | Chernoff, Vilhauer, McClung & Stenzel, LLP Portland, OR | Michaels of Oregon Co., v. Clean Gun, LLC (Patent Infringement, Alter Ego); A | United States District Court District of Oregon Civil No. CV 01-1158-JO |
| | (503) 227-5631 | | |
| Michael Simon | Perkins Coie Portland, OR | Confederated Tribes of Siletz Indians, Smokey Point Hardwoods, Inc. and Ross-Simmons Hardwood Lumber Company v. Weyerhaeuser, Inc. (Anti-Trust); E | United States District Court District of Oregon Civil No. CV 00-1693 BR |
| | (503) 727-2000 | | |
| Robert Custis Christopher Kent | Kent Custis, LLP Portland, OR | Cort MacKenzie & Company v. Oregon Armored Service, et al. – (Business Valuation, Forensic Accounting); E | CV 0102-01449 Multnomah County Circuit Court |
| | (503) 220-0717 (503) 220-0717 | | |
| Paul Thalhofer | Reif, Reif & Thalhofer Gresham, OR | Turnbull and Turnbull (Business Valuation); E | DR0101311 Clackamas County |
| | (503) 266-3456 | | |
| Mark Kramer | Kramer & Associates Portland, OR | Bishop and Bishop (Business Valuation); E | 000362559 Multnomah County |
| | (503) 243-2733 | | |
| James R. Cartwright | Law Offices of James R. Cartwright Portland, OR | Taylor v. Taylor – (Forensic Accounting - Marital Dissolution); T | 9911-70825 Multnomah County |
| | (503) 226-0111 | | |
| Richard B. Thierholf, Jr. | Jacobson, Thierolf & Dickey Medford, OR | Rogue Rifle, Inc. v. Keystone, Inc. (Damages-Trademark Infringement); A | 96-3051-CO Federal Court |
| | (541) 773-2727 | | |
| William P. Horton | William P. Horton, Attorney Portland, OR | Pegasus Corporation, et al v. City of North Bend (Breach of Contract-Lost Profits); E | 99626BHO District Court |
| | (503) 294-0050 | | |
| Robert S. Dorband | Duboff, Dorband et al. Portland, OR | Collectors Editions, Inc. v. Teruhisa Tosaka, Art Brilliant Co., LTD. and Prestige Art Co, LTD. (Forensic Accounting); E, D | BC 179722 Superior Court, County of L.A. |
| | (503) 968-8111 | | |

# EXHIBIT B

# BIOGRAPHICAL INFORMATION FOR
# ALAN MATKINS

# Allen Matkins



**Focus**
Bankruptcy and Creditors'
Rights
Litigation

**Education**
J.D., University of California,
Hastings College of the Law

B.A., Stanford University

**Bar Admissions**
USDC, Central District of
California
USDC, Eastern District of
California
USDC, Northern District of
California
USDC, Southern District of
California
USDC, District of Arizona
Supreme Court of the State of
California
US Court of Appeals, 9th
Circuit

## David Zaro
*Partner*
Los Angeles Office

Phone: 213.955.5518
Facsimile: 213.620.8816
dzaro@allenmatkins.com

David is a partner in our Los Angeles office, where his practice focuses upon litigation with an emphasis upon creditors' rights, bankruptcy litigation, and state and federal receiverships. He is recognized for his handling of civil litigation through trial. In addition, David has resolved numerous matters through alternative dispute processes, including mediation and arbitration. David represents a wide range of clients including institutional lenders, developers, landlords, receivers, examiners, secured and unsecured creditors, and other business enterprises.

David has extensive experience as a bankruptcy lawyer as well as a trial lawyer in federal and state courts in California and several other jurisdictions. His experience in the field of insolvency, creditors' rights, and bankruptcy litigation includes out-of-court workouts and restructurings, federal and state court receiverships, and bankruptcy reorganization proceedings. David also advises commercial lenders and others regarding all aspects of commercial law with regard to workouts, collection actions, and transactional matters.

David's representative cases include the representation of Court Appointed Receivers in a $90 million stock fraud action brought by the Securities and Exchange Commission and a $130 million ponzi-like scheme involving a bankrupt operator of payphones; representation of lender in workout of mezzanine financing on a multi-building office park; defense of actions in bankruptcy by junior lienholder and debtor against lender on a industrial park; and structure lease termination and modifications for commercial and retail tenants both in and out of bankruptcy.

David lectures on matters regarding creditors' rights, construction law, and other real property remedies. He previously served as the Chairman of the Construction Law Subsection of the Los Angeles County Bar Association and a member of the Steering Committee. David is also a member of the Financial Lawyer's Conference, American Bankruptcy Institute, and the Business Section of the American Bar Association.

# Allen Matkins



**Focus**
Corporate and Securities
Emerging Companies and
Venture Capital
Finance and Capital Markets
Mergers and Acquisitions

**Education**
J.D., University of Southern
California, 1969

B.A., Stanford University, 1966

**Roger S. Mertz**
*Partner*
San Francisco Office

Phone:  415.273.7441
Facsimile:  415.837.1516
rmertz@allenmatkins.com

Roger is a partner in our San Francisco office whose corporate practice
provides business-based solutions to legal problems involving mergers and
acquisitions, public and private securities offerings, joint ventures, general
business agreements, and international transactions.  Roger represents clients
in diverse fields such as e-commerce, medical equipment, software
development, consumer products, publishing, real estate finance, and
financial services.

His recent representative transactions include the following:

- representation of privately-held computer game company in
  connection with its acquisition by an international home
  entertainment technology company;

- representation of a regional operator of health clubs in connection
  with the sale of certain subsidiaries;

- representation of the management in connection with a $600 million
  acquisition of an internet media company;

- representation of the management in connection with a $260 million
  acquisition of a publicly-owned financial services company;

- representation of a natural skin care company in connection with its
  sale to a publicly-owned consumer products company;

- representation of a Fortune 10 company in connection with a
  $750 million acquisition of a privately-held company;

- representation of an e-commerce company in connection with a $50
  million private placement to institutional investors;

- representation of a public company in connection with the sale of its
  principal operating business;

- representation of a bank holding company in connection with the
  representation of selling shareholders in connection with a $100
  million sale of a privately held technology company; and

# Allen Matkins

- representation of a public company in connection with the formation of a joint venture in the People's Republic of China.

Roger has also represented public and private companies in connection with numerous distribution, technical assistance, licensing, development, and related agreements. His public company representation has also included corporate governance issues and numerous proxy statements, annual reports, and other securities laws filings. Roger regularly represents offshore investors in connection with venture investments in the United States.

# Allen Matkins



**Focus**
Corporate: Mergers and
Acquisitions, Real Estate,
Securities, and Cross-border
Counseling

**Education**
J.D., Columbia University,
1982

A.B., *cum laude*, Dartmouth
College, 1979

**Languages**
French

## Clark H. Libenson
*Partner*
Del Mar Heights Office

Phone: 619.235.1554
Facsimile: 858.481.5028
clibenson@allenmatkins.com

Clark is a corporate partner in our Del Mar Heights office. With 25 years
experience representing domestic and international clients in the real estate,
finance, technology, banking, manufacturing and services sectors, Clark has
built a diverse corporate finance and business practice. His practice focuses
on representing clients in corporate reorganizations, mergers and
acquisitions, public offerings and private placements of equity and debt, real
estate securities, employee equity and compensation arrangements, corporate
governance and board advisory matters. On the international front, Clark
has extensive experience counseling clients on cross-border mergers and
acquisitions, joint ventures, secured financings, equipment leasing and
multi-jurisdictional distribution arrangements. Clark also counsels clients on
general commercial issues, including commercial lending and secured
transactions.

Representative examples of Clark's work are as follows:

- Acquisition of Union Development Financial by Barker Pacific
  Group

- Acquisition of Roberts Irrigation Products by John Deere & Co.

- Acquisition of Advanced EDM Automation by WHI Capital Partners

- Acquisition of Computación Tecnica SA by Ingram Micro Latin
  America

- Acquisition of Distribuidora de Computos, S.A. de C.V. by Ingram
  Micro Holdings

- Acquisition of Simplicity Pattern Co., Inc. by Simplicity Holdings,
  Inc.

- Acquisition of Western Sizzlin Inc. by WSI Acquisition Corp.

- Acquisition of Continental Graphics Corporation by Continental
  Graphics Acquisition Corp.

- Acquisition of Digiplug SARL by Faith, Inc.

- Acquisition of Almatec GmbH by Wilden Pump

# Allen Matkins

- Acquisition of Ruf Automotive Group by Bourns, Inc.
- Acquisition of X-Drive, Inc. by America Online, Inc.
- Acquisition of Union Development Financial, Inc. by Barker Pacific Group, Inc.
- Fonterra Cooperative Group (New Zealand) – Nestle S.A. Joint Venture, Latin America, Manufacturing and Consumer Product Assets
- Hyundai Motor Company - Daimler Chrysler de Mexico Distribution Agreement, Mexico
- Sunrise Company - Grupo Situr Joint Venture, Real Estate Acquisition, Cabo San Lucas, Mexico
- Desarrolladora Farallon, S.R.L. de C.V. – Joint Venture/Mixed-Used Development, Cabo San Lucas, Baja California
- Argus Realty Investors, LP – Private placement of tenant-in-common interests
- Hamilton Capital Partners Fund II, L.P. – Private placement of partnership interests (real estate equity fund)
- Sunrise Company, Real Estate Acquisition, Ensenada, Baja, California
- The Inteplast Group, Term Loan Facility
- Astec (BSR), PLC Standard Chartered Bank, Term Loan and Revolving Credit Facility
- Internet Design Technologies, Comerica Bank, Term Loan and Revolving Credit Facility
- Signet Armorlite, Inc., Wells Fargo Business Credit, Term Loan and Revolving Credit Facility
- SFX Broadcasting, Inc., Offer to Purchase and Consent Solicitation re 11% Senior Subordinated Notes Due 2000
- SFX Broadcasting, Inc., Rule 144A Placement of 6½% Series D Preferred Stock
- Sahaviriya Steel Industries, Rule 144A Placement of Convertible EuroBonds
- Textainer Marine Containers Limited, Rule 144A Placement of Floating Rate Asset Backed Notes

# Allen Matkins

- Lyle Anderson Company Loch Lomond, Regulation S Placement of Debentures

- GE Capital Corp., U.S.-Mexico capital equipment leasing transactions

- U.S. Bank – Cross-border lending program

- Software Manufacturer, Series A Preferred Private Placement, $10 million

- Telecommunications Provider, Initial Public Offering (ADRs), $1.2 billion

- Software Manufacturer, Initial Public Offering (Common Stock), $28 million

- Hardware Manufacturer, Initial Public Offering (Common Stock), $25 million

- Service Provider, Public Offering (Convertible Debentures), nearly $52 million

- Software Manufacturer, Initial Public Offering (Common Stock), $16 million

- Service Provider, Public Offering (Subordinated Notes), $30 million

- Distribution Company, Initial Public Offering (Common Stock), $19 million

- Broadcasting Company, Public Offering (Common Stock), $37 million

- Software Manufacturer, Initial Public Offering (Common Stock), over $55 million

- Hardware Manufacturer, Initial Public Offering (Common Stock), $30 million

- Broadcasting Company, Universal Shelf (Debt and Equity Securities), $500 million

Clark is admitted to practice law in California. He received his law degree from Columbia Law School (J.D., 1982), where he was Financial Editor of the *Columbia Journal of Transnational Law*. He received his undergraduate degree from Dartmouth College (A.B., 1979, *cum laude*) and received a Certificat de Langue Française from the University of Paris (Sorbonne). Clark speaks fluent French.

# Allen Matkins



**Focus**
Bankruptcy & Creditors' Rights
Litigation

**Education**
J.D., University of Southern
California 2005

PhD Candidate, University of
Michigan

M.A., University of Michigan
1998

B.A., University of Southern
California 1996

## Joshua A. del Castillo
*Associate*
Los Angeles Office

Phone: 213.622.5555
Facsimile: 213.620.8816
jdelcastillo@allenmatkins.com

Joshua del Castillo is an associate in the firm's Los Angeles office, where he is a member of the Bankruptcy & Creditors' Rights and Litigation groups. He has experience in Chapter 7 and Chapter 11 litigation, corporate governance, general business litigation, trademark and intellectual property litigation, securities litigation, federal appeals, and Constitutional rights litigation. Prior to joining Allen Matkins, Joshua practiced in the Litigation department of the Los Angeles office of Milbank, Tweed, Hadley & McCloy, LLP, where he received a 2006 *Pro Bono* award.

Joshua is admitted to the State Bar of California.

Joshua received his B.A. in Economics, *cum laude*, from the University of Southern California in 1996. He received his M.A. in Anthropology, with a subspecialty in economic anthropology and development, from the University of Michigan in 1998, advancing to Ph.D. candidacy in 2000. In 2005, he received his J.D. from USC Law School where he was awarded an Olin Foundation / USC Center for Law, Economics, and Organization scholarship, and was selected as a member of the inaugural class of USC Law School Summer Fellows. At USC Law School, Joshua participated in the Hale Moot Court Honors Program, placing as a semi-finalist, and later serving on the Hale Moot Court's Board and the USC National Moot Court Team. Joshua was also a member of USC Law School's Public Interest Law Foundation, and served as a founding member of the law school's NLG chapter.



FIDUCIARY SERVICES TO BANKRUPTCY AND RECEIVERSHIP ESTATES

GRASSMUECK GROUP

Services

Grassmueck Group has a foundation of more than

20 years in the U.S. bankruptcy court as a trustee

and in state and federal court receiverships.

We have extensive experience as an assignee for

the benefit of creditors and as claims agent and

disbursing agent in cases both simple and complex.

Our goal is to always provide cost-effective fiduciary services that minimize the liability of and maximize the return to the estates we serve, while acting as strong and zealous advocates on their behalf. We do this work under the highest professional and ethical standards, because our credibility, our self-regard, and the respect of our constituency, adversaries, and colleagues demand nothing less.



P.O. BOX 3649 • PORTLAND, OREGON 97208 • PHONE 503-394-9928 • FAX 503-394-7961 • www.grassmueckgroup.com • info@grassmueckgroup.com





*Efficient*

*We are resourceful at devising inventive, cost-effective solutions to everyday and out-of-the-ordinary challenges.*

PROFILE



# A HISTORY OF EXCELLENCE

**INSOLVENCY AND FIDUCIARY PROCEEDINGS ARE OUR ONLY BUSINESS**

Established as Michael A. Grassmueck, Inc., in 1985, Grassmueck Group has handled thousands of insolvency-related cases. We've worked repeatedly with such agencies as the Securities and Exchange Commission, the Federal Trade Commission, the Oregon Division of Finance and Corporate Securities, and the U.S. Bankruptcy Court as trustee (in both Chapter 11 and Chapter 7 cases).

Equally important, we bring to our work a deep well of practical business experience. The cases we've handled have involved essentially every industry type, including retail, wholesale trade, food service, manufacturing, service industry, agriculture, and real estate. Proceedings have ranged from the relatively straightforward to the extremely complex. See Representative Cases for examples.

# STRATEGIC TEAM BUILDING

**STARTING WITH THE BEST**

The strength of any strategy depends on the strength of the team that plans and implements it. Every case handled by Grassmueck Group is administered by a core staff of legal and financial specialists with creative minds and broad experience, supported by seasoned and capable back-office staff.

Beyond the in-house team, we've developed long-standing working relationships with highly qualified companies and professionals in law, finance, accounting, investigation, and specialized business areas. Thanks to the reputation we've earned for integrity, discipline, and effectiveness, our alliances include the most respected firms in their fields.

As a result, Grassmueck Group has an exceptional ability to assemble and closely manage a team with the talent and depth to serve the needs of even the most complex cases. We guide that team in concert with the efforts of creditors, debtors, investors, and federal and state authorities to resolve the case and provide the maximum chance of meaningful returns to the creditors.



*Effective*

*Grassmueck Group has an exceptional ability to assemble and closely manage a team with the talent and depth to serve the needs of even the most complex cases.*

# SERVICES

## INSOLVENCY SUPPORT

With our experience in handling thousands of insolvency-related cases, we can provide a range of supporting fiduciary services, with investigative approaches and styles customized to your specific needs.

— Claims agent/claims processing

— Distribution/disbursement

— Information services: web site development and hosting, telephone and e-mail support

— Litigation support and preference analysis

— Fiduciary services for negotiated settlement cases

— Document management services

— Development of noticing materials and campaigns

— Creditor mailing list maintenance

## CONSULTATION

well as our options in service design and implementation. There is no cost or obligation attached to the consultation, and you may choose to have it by telephone or in person. Grassmueck Group is

## REORGANIZATION

All of our cases are handled in accordance with the strict standards established by the U.S. Department of Justice for Chapter 7 cases. These standards include rigorous security systems to track and report on assets and systems to handle cash.

— State court receiverships

— Federal court receiverships

— Assignment for the benefit of creditors

— Chapter 11 reorganizations

— Liquidating trust trustee

— Examiner

— Chapter 7 case trustee

Get expert perspective on all available strategies and tactics, as

especially resourceful at devising inventive, cost-effective solutions to both everyday and out-of-the-ordinary challenges.

Following your consultation we

produce a proposal customized to the specific needs of your case. This proposal clearly spells out the precise services we will employ along an established timeline.





*Experienced*

*The resourcefulness to be effective in the face of situations never before encountered comes only with experience.*

## INSOLVENCY SUPPORT SERVICES

**EXPERIENCE AND LANGUAGE THAT'S QUICK AND EASY TO UNDERSTAND**

With 20-plus years of experience in insolvency-related cases as a foundation, Grassmueck Group offers a wide range of supporting fiduciary services. Those services are based on the processes we've practiced as receiver or trustee in thousands of state and federal proceedings. Our clients benefit from an investigative approach that brings our skills and creativity into action to complement the work of your own staff.

All forms, instructions, and reports we produce are written in plain English to minimize time-consuming confusion and questions that add to administrative costs. Naturally, the initial drafts must gain the approval of your legal department.

Our support services range from the basics to beyond, depending on the details of the case and your needs.

## CLAIMS AGENT

Over two decades, Grassmueck Group has processed hundreds of thousands of claims. Through this experience, we fully understand the attributes of an effective claims agent: Speed with accuracy; development of clear, complete forms and explanations in a way that minimizes questions and

improves timeliness; data compiled and arranged to allow the generation of specific and useful reports. To achieve these ends, the agent should be an active participant in the process from the very beginning. At the Grassmueck Group, that process begins even before you assign us to your case.

CLAIMS AGENT

DISBURSING AGENT

WEB SERVICES

TELEPHONE SUPPORT

OTHER SERVICES

**INSOLVENCY SUPPORT**





## ACTING AS YOUR CLAIMS AGENT

As your claims agent, we can provide any or all of the following functions:

— Provide draft claims procedures or motions to interested parties for discussion

— Design custom proof of claim forms and instructions that are written in plain English, helping eliminate time-consuming questions during the claims settlement process and dramatically lowering administrative expenses

— Provide comprehensive, easily understood communications to parties of interest in the case. Actions may include:

• Developing and implementing noticing campaigns

• Generating information relating to essential claims procedures, court documents, notices, press releases, status reports, and other documents

• Updating and posting the flow of information to the web. We can post to your own site, assume administration of the entity's previous site, or build and host a searchable case-specific site.

— Draft, organize, and publish the Notice to File Claims in printed media and on-line

— Mail out Proof of Claim Forms to potential claimants and/or create an Online Claim Form. The on-line form can be uploaded into our claims registry to streamline hours of data entry

— Maintain a continually updated master mailing matrix

— Audit claims with precision and efficiency

— Provide customized reports on any specific information requested

— File and maintain the court's official proofs of claims register

— Scan claims into electronic format if needed for claims register or litigation

— Resolve claim deficiencies

— Activate a dedicated, toll-free phone number and/or e-mail address to handle case-related inquiries

— Perform a preliminary claims audit that includes:

• claims review

• request for deficient documents

• chart of causes of possible objections

• Prepare and notify claimants of objections to their claim and attempt settlement of objections within your specific parameters

• Prepare objection summaries and documentation for objection hearing

• Act as your Disbursing Agent



INSOLVENCY SUPPORT



## DISBURSING AGENT

The attributes of an effective disbursing agent include credibility and diligence. Company founder and principal Michael A. Grassmueck has served as a Chapter 7 panel Trustee for the U.S. Bankruptcy Court for the District of Oregon since 1985. As a consequence, all of our actions as disbursing agent are handled according to the exacting regulations established by the U.S. Department of Justice Office of the U.S. Trustee for Chapter 7 bankruptcy cases.

### CREATING A DISTRIBUTION PLAN

This important step helps eliminate further liability and smoothes the distribution process by limiting creditors' ability to challenge (and possibly delay) the distribution plan at a time-critical point.

— Provide bonding as required

— Keep claimants informed of disbursement progress with regular web postings. We can post on an existing website or build and post on a dedicated case-specific website.

— If there is concern over liability, send a notice of intent to distribute to interested parties

— Activate a dedicated, toll-free phone number and/or e-mail address to field inquiries from claimants

— Disburse funds as directed

— Prepare reports on disbursed funds

— Reprocess funds returned due to address unknown, deceased, etc, as per disbursement plan

## WEB SERVICES

### GREATER ACCESS TO INFORMATION

— Develop content and post to your own site

— Administer the entity's prior sites

— Build and host a searchable case-specific site

— Whichever approach you decide on, the site may include such elements as:

— Branding with existing corporate logos when appropriate

— Quickly post key documents and information:

— Case progress and key dates

— Case synopsis

— Recent court documents

— Financial reports filed

— Press releases

— Messages from the fiduciary

— Claims information

— FAQs

— Contact information

— Links to other important sites

— On-line preliminary proof of claims filing

INSOLVENCY SUPPORT





## TELEPHONE SUPPORT

Grassmueck Group can provide phone support for any aspect of a case, to relieve you of the burden of common calls from creditors, investors, and other interested parties. We tailor the level of information we disseminate according to your needs, following your wishes as to the amount and style of information to be shared. Our years of experience as administrators of similar cases assists us in handling many questions without the need for detailed scripts or FAQs.

## ADDITIONAL SERVICES

Draw on our experience and creativity to develop effective solutions to a wide range of special situations that occur in insolvency cases.

— Review of financial records

— Initial preference analysis. If you are pursuing preferential or fraudulent transfer issues, we help with document maintenance of the records needed for litigation

— Prepare or assist with reports, including monthly Chapter 11 reports, monthly and quarterly receiver's reports, and initial case assessment reports

— Provide fiduciary services for negotiated settlement cases

— Document management services: coordinate scanning (shipping, control, dissemination of scanned images, Bates stamping), document storage, retrieval and destruction

— Drafting or editing notice materials, reports, and other communications

— Function as noticing agent

— Creditor mailing list maintenance





## ABOUT THE FOUNDER

Michael A. Grassmueck has more than 20 years' experience in the U.S. Bankruptcy Court as a Chapter 11 Trustee in Washington and Oregon, and in numerous state and federal court receiverships. In 1985 he was appointed a Chapter 7 panel Trustee for the U.S. Bankruptcy Court for the District of Oregon.

As founding principal of Grassmueck Group, Mr. Grassmueck established the standards of discipline, integrity, and efficiency that are company hallmarks. He has been instrumental in developing strategies and overseeing the administration of insolvency-related cases with an aggregate worth totaling millions of dollars. These include his appointment by

the Securities and Exchange Commission as permanent receiver in the largest stock swindle in Washington State history, in which investors and creditors were defrauded of $91 million. Recoveries in that case now total over $30 million. Possessing a strong combination of determination and creativity, he has a rare ability to think around corners in assessing a case and determining an effective plan of action.

Mr. Grassmueck is a member of the National Association of Bankruptcy Trustees. He has been active as a presenter at NABT conventions and has been invited to provide input on numerous issues to the current board and to the Office of the U.S. Trustee and

individual U.S. Trustee staff members. Since 2003 he has served on the faculty of the National Bankruptcy Training Institute at the National Advocacy Center for the Department of Justice, Office of U.S. Trustees.

Mr. Grassmueck's background includes seven years in both the residential and commercial real estate industries, where he developed special expertise in purchasing distressed property and distressed debt and packaging it for syndication. He brings to his cases practical knowledge gained from working with a wide range of industries, including retail, wholesale trade, food service, manufacturing, personal services, banking, and agriculture.

BACKGROUND



# REPRESENTATIVE CASES

At Grassmueck Group, we believe that success in such a volatile environment requires more than technical knowledge and skill. A receiver, a trustee, an administrator must also know how to be tenacious, flexible, and creative. The resourcefulness to be effective in the face of situations never before encountered comes only with experience.

## CHAPTER 11 TRUSTEESHIP
### ADVANCED RODS, INC. (DBA ROGUE RODS)

The company manufactured high-grade, medium cost fishing rods. It had enjoyed sudden and rapid success, but was undercapitalized and lacked knowledgeable management. As a result, the company was unable to deliver the products ordered and consequently lost the confidence of the market. As Chapter 11 Trustee, we continued operations to meet strategic needs while positioning Advanced Rods for sale to maximize returns.
**RESULT:** The company was sold and its employees' jobs were retained. Creditors received more than two

times the amount anticipated from the sale of assets. Litigation with principal doubled final payment to creditors.

## CHAPTER 11 AND CHAPTER 7 TRUSTEESHIPS
### AGRIPAC

Agripac, an agricultural co-op, had grown to become the largest food processor in Oregon's Willamette Valley when the decline of agricultural activity in the area forced it to file for bankruptcy. Our review of documents and subsequent investigations as Chapter 11 Trustee led to numerous preference cases against co-op members, board of directors, attorneys, and accountants. Selection of a mediator acceptable to both sides was the key to timely resolution of these delicate proceedings. We recruited the services of a well-known federal judge with a background in farming in the Willamette Valley. His name and stature were enough to bring all parties to the table and effectuate settlements.
**RESULT:** The settlements helped increase assets from $600,000 to

more than $16 million for distribution to creditors in subsequent Chapter 7 proceedings.

## ASSIGNMENT FOR THE BENEFIT OF CREDITORS
### CENTER FOR NEUROLOGICAL EDUCATIONAL TRAINING

The board of directors of this nonprofit institution had allegedly misallocated funds granted from the State of Oregon. The state claimed the board had potential criminal and personal liability. To satisfy the legal obligations, the state and board reached an agreement that all corporation assets would be surrendered to the state.

The Oregon Department of Justice requested our assistance in recruiting a liquidator. Our analysis of the case revealed that the proposed action exposed the state to liability on issues relating to other creditors' rights. Under our recommendation, the Oregon Department of Justice and board appointed our company assignee for the benefit of creditors. We were able to facilitate the recovery of assets while shielding the state








REPRESENTATIVE CASES

from liability, and simultaneously relieve the legal burden faced by the board. Agreements were made to preserve personnel records and confidential patient files.

**RESULT:** The school's personal property and real property, living facilities and vehicles were successfully liquidated, the State of Oregon made significant recovery on its debt, trade creditors were paid, and the board of directors avoided personal liability.

### FTC RECEIVERSHIP
#### FORTUNA ALLIANCE

The Fortuna Alliance was an international case that operated an Internet Ponzi scheme based in Bellingham, Washington. Appointed Receiver by the Federal Trade Commission, our company took immediate possession and control of locations there and in Carson City, Nevada, where we intercepted domestic and foreign cashier's checks worth millions of dollars. We uncovered and drilled multiple safe deposit boxes, from which we seized hundreds of thousands more in international money orders. Other actions included

assisting the FTC and U.S. Attorney in seizing funds in Antigua and uncovering the purchase of an island offshore of Belize, part of the perpetrator's scheme to establish its own bank.

**RESULT:** More than $2.5 million in assets were seized. Funds were turned over to disbursing agent upon successful resolution of the case between the Federal Trade Commission and principals of Fortuna Alliance.

### SEC RECEIVERSHIP
#### HEALTH MAINTENANCE CENTERS/ZNETIX

Over a period of nearly seven years, executives of HMC/Znetix and its affiliates defrauded more than 7,000 investors of an estimated $91 million in what has been called the largest stock fraud in Washington State history. Investors were enticed in part by promises of spectacular stock returns, when the company had no plans to go public and was not registered to solicit investments in Washington State or elsewhere. The investment income was instead used to fund a lavish lifestyle that included million-dollar homes, boats, luxury cars, and expensive jewelry.

Appointed Receiver by the Securities and Exchange Commission, we mounted an exhaustive asset-recovery strategy. Our close review of entangled individual and company records uncovered significant hidden assets, and forensic accounting turned up questionable transactions that led to recoveries. Public real estate sales grossed another $5.6 million. Civil suits filed against the company's directors and officers and against its law firm resulted in multimillion dollar settlements. As the case progressed, we processed approximately 5,000 claims from investors in 49 states.

**RESULT:** From assets of $47,000 at appointment as Receiver, more than $30 million has now been recovered and is in process of disbursement. The scheme's ringleader is currently serving a 20-year prison sentence, one of the longest in a white-collar fraud prosecution in U.S. history. Eleven other company insiders were sentenced.



## CHAPTER 11 TRUSTEESHIP

**HOYT AND SONS RANCH PROPERTIES, INC.**

Hoyt and Sons Ranch Properties was landlord to other related entities who operated a complex "phantom cow" scheme out of Eastern Oregon. The subject properties included nine ranches covering thousands of acres and numerous leases for additional grazing land. No rent was being paid on the properties, putting them under imminent threat of loan default and subsequent foreclosure.

As court-appointed Trustee in the Chapter 11 bankruptcy of Hoyt and Sons, we established the existence of a landlord's lien against the lessees' cattle herds in favor of the bankruptcy estate. The terms of a landlord's lien require possession; in this case, the property subject to the lien was living cattle grazing on land spread throughout four states. Our solution was to mobilize a group of retirees in motor homes to physically stay with the cattle at locations in Oregon, Idaho, Nevada, and California. In other actions, we systematically listed ranch properties for sale, corrected

U.S. Forest Service and Bureau of Land Management lease issues to preserve lease rights for each ranch, and negotiated a $1,000,000 settlement from the lessees for back rents owed. That settlement failed to be completed, and the estate eventually received $2,000,000 total through subsequent renegotiated settlements.

**RESULT:** More than $5 million was collected. In a 1999 indictment for mail fraud, bankruptcy fraud, and money laundering, the perpetrators were charged with selling thousands of adult female breeding cows that "they never had and which did not exist." Our efforts as Trustee helped ensure that the principal architect of the scheme was sentenced to a lengthy term in federal prison.

## CHAPTER 11 TRUSTEESHIP

**PEARL FOODS**

Pearl Foods operated a poorly performing Arby's franchise in Honolulu, Hawaii, out of leased space with leased assets. At the time of its Chapter 11 filing, the company was unable to purchase food from Arby's corporation due to poor credit and imminent threat of closure by the Internal Revenue Service.

Our assessment indicated that strategic internal reorganization could turn the company into a viable entity. As Chapter 11 Trustee, we negotiated for a purchase of all leased equipment, shed leases that had no value to the estate, restored employee confidence, and remodeled the interior to increase sales value. With these changes, gross sales and net profits increased each month, and the restaurant rapidly grew into one of the top ten worldwide in the Arby's chain.

**RESULT:** After approximately three years of improving operation, the restaurant emerged from Chapter 11 and was sold as an ongoing business for $825,000.

## STATE COURT RECEIVERSHIP

**PROFESSIONALS 100**

Professionals 100 was one of the larger real estate brokerages in the greater Portland metropolitan area until the State of Oregon uncovered illegal banking activities relating to a company investment fund. Further investigation also showed that the chief financial officer had embezzled several million dollars. Checks to all agents had bounced within days prior to Christmas.





Appointed by the state court as Receiver, we mobilized a diverse team willing to work through Christmas Eve and on Christmas Day to assess the feasibility of continuing operations and outline a plan of action. Potential purchasers had expressed skepticism that the business retained value since all sales and listings would evaporate, and sales agents would simply move their licenses to other brokerages. Resolution of the case centered on our decision to close the business. That action prompted potential purchasers to reevaluate their previous unfavorable view of the company's value. In less than 48 hours, through a competitive bid process, we negotiated a sale of all 13 locations and its book of business to the John L. Scott Company of Washington.

**RESULT:** Within days of the sale, the creditors filed three involuntary bankruptcies. Funds recovered from the receivership action were paid to trustees for the creditors' benefit. Jobs that might have been lost were preserved, and John L. Scott was able to enter the Oregon market.

### STATE COURT RECEIVERSHIP, MANAGEMENT CONTRACT
#### WYNEMA HOTEL

The State of Oregon had made low-interest loans and grants to rehabilitate the aging Wynema Hotel in Klamath Falls, Oregon, to enable a developer to convert it into low-income housing. Problems with the developer over building management and the proper care and housing of the hotel's elderly tenants led to severe loan payment defaults.

Appointed Receiver by the state court, we analyzed the building's condition; corrected significant

health, safety, and environmental violations to ensure a sound environment for elderly tenants; and collected funds pending foreclosure.

Operating under a management contract, we functioned as agent for the state, shielding the state from liability relating to the building's condition and issues with elderly tenants. Our responsibilities as agent included all phases of building management and preparing the building for sale. Sales preparation included contracting for and supervising installation of a new roof.

**RESULT:** The building was brought up to safety and environmental code. Through the use of a receiver and agent, the state made recovery on its loans to the original developer and was effectively shielded from liability in its relationship with tenants.

P.O. BOX 3649 • PORTLAND, OREGON 97208 • www.grassmueckgroup.com • info@grassmueckgroup.com

GRASSMUECK GROUP • PHONE 503-294-9928 • FAX 503-294-7961

**REPRESENTATIVE CASES**