UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

           Plaintiff(s),

    v.

Alexander James Trabulse, et al.

           Defendant(s).
_____/

Case No. C 07-4975 (WHA)

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/19/07

           Alexander James Trabulse
           [Party]

Dated: 12/19/07

           Michael D. Celio
           [Counsel]

*Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding signatures, Michael D. Celio hereby attests that concurrence in the filing of the document has been obtained.*