KEKER & VAN NEST, LLP
MICHAEL D. CELIO - #197998
CLEMENT S. ROBERTS - #209203
JO F. WEINGARTEN - #246224
710 Sansome Street
San Francisco, CA 94111-1704
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188
Email: mcelio@kvn.com
       croberts@kvn.com
       jweingarten@kvn.com

Attorneys for Defendants
ALEXANDER JAMES TRABULSE,
FAHEY FUND, L.P., FAHEY FINANCIAL
GROUP, INC., INTERNATIONAL TRADE
& DATA, and ITD TRADING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant,<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C-07-4975 WHA<br><br>DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16<br><br>Dept.     Courtroom 9, 19th Floor<br>Judge:    Hon. William Alsup<br><br>Date Action Filed:    September 26, 2007 |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3
4  Dated: December 20, 2007                    KEKER & VAN NEST, LLP
5
6
7                                              By: /s/ Michael D. Celio
                                                   MICHAEL D. CELIO
8                                                  Attorneys for Defendants
                                                   ALEXANDER JAMES TRABULSE,
9                                                  FAHEY FUND, L.P., FAHEY
                                                   FINANCIAL GROUP, INC.,
10                                                 INTERNATIONAL TRADE & DATA,
                                                   and ITD TRADING