**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 10, 2008

Case No.  C 07-04975 WHA

Title: SEC  v.  ALEXANDER TRABULSE

Plaintiff Attorneys: Mark Fickes; Erin Schneider

Defense Attorneys: Michael Celio

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to   for Claims Construction

Continued to    for Pretrial Conference

Continued to    for Trial

**ORDERED AFTER HEARING:**

Parties have reached a settlement agreement and expect SEC Committee approval by early April. Parties shall then file a motion for consent judgment.

In case the settlement is not approved, the Court shall set the matter for trial on 2/11/09.