# EXHIBIT "A"

SEC v. TRABULSE
MONITOR'S REPORT
EXHIBIT A

The following graphs illustrate the change in account balances for the Fahey Fund bank and investment accounts since the Monitor has begun tracking the same. *Note that not all graphs are prepared on the same scale.*





18

SEC v. TRABULSE
MONITOR'S REPORT
EXHIBIT A



