# EXHIBIT "B"

LAW OFFICES
# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

RECEIVED
JAN 16 2008
By: _____

MICHAEL D. CELIO
MCELIO@KVN.COM

January 15, 2008

**VIA HAND DELIVERY**

Mark P. Fickes, Esq.
U.S. Securities & Exchange Commission
44 Montgomery Street
Suite 2600
San Francisco, CA  94104

**VIA FEDERAL EXPRESS**

Gregory A. Gadawski, CPA, CVA
Financial Forensics
Kruse Woods 1
5285 SW Meadows Road
Suite 340
Lake Oswego, OR 97035

Re:      *SEC v. Trabulse, C-07-4975*

Dear Mr. Fickes and Mr. Gadawski:

Please find enclosed the accounting ordered by the Court in the above-entitled action. Note that it consists of two parts: first, an accounting of the Fund's current assets provided by Ueltzen & Company, who were retained for the express purpose of providing the analysis required by the Court.  Second, we have also included a separate summary of assets that Mr. Trabulse purchased with the Fahey bank accounts for himself or his family.  Because the information in this second document is not information about the Fund's assets, it does not constitute part of the audit and has, instead, been authored by the individuals who are in physical possession of the items listed therein.  As you know, we regard this second set of purchases as personal compensation to Mr. Trabulse.

I am traveling today.  Once you have each had an opportunity to review this information, please feel free to call me with any questions you have.

Very truly yours,

MICHAEL D. CELIO

MDC/gap

Enclosures

cc:    David Zaro, Esq. (w/o enclosures)

409380.01

*20*



**UELTZEN**
**&**
C O M P A N Y , L L P
CERTIFIED PUBLIC ACCOUNTANTS



Michael G. Ueltzen, CPA, CFE
mueltzen@ueltzen.com

January 14, 2007

*Privileged and Confidential*

Mr. Michael Celio
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA  94111

RE:  <u>Alexander J. Trabulse</u>

Dear Mr. Celio:

Consistent with your request, we have compiled information as to the assets of the Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade and Data, and ITD Trading (collectively referred to as the "Fund"). This compilation of financial information is consistent with the Preliminary Injunction Order and Other Ancillary Relief ("the Order") entered in the matter of the <u>Securities and Exchange Commission v. Alexander J. Trabulse, et al.</u>, dated December 7, 2007.

**Scope of the Order**

The Order provided that a verified accounting be submitted by Mr. Trabulse for two purposes: "(1) to identify the location and disposition of all funds received from investors, and (2) the location and value of all personal or Fund assets presently held by Trabulse under his control or over which he exercises actual or apparent investment authority." The Order further provided that the accounting must provide, at a minimum, the following:

1. List all diamonds, pearls, rugs and other property (other than the brokerage accounts) that belong to the Fund, stating the exact description and location for each;

2. Identify and produce all title records for all such items;

3. State the true market value of each of the items stating the basis for the value and identifying and producing all records bearing on the value; and,

Mr. Michael Celio
Keker & Van Nest, LLP
January 14, 2008

Page 2

4. State the original cost of the items to the Fund, identifying and producing the bill of sale or other records needed to prove the cost.

In addition, Mr. Trabulse is to provide an accounting for all similar items owned by himself and/or his family that were acquired directly or indirectly from the Fund's money or distribution thereon.

Our compilation of information addresses the first requirement which requires an accounting for the Fund. Mr. Trabulse will submit a separate accounting for his personal assets and/or family assets.

**Information Provided**

To complete the compilation of the accounting information required by the Order, we were provided the following information:

➢ Information provided by counsel for Mr. Trabulse which consisted of documents provided to the SEC that identified all assets of the Fund;

➢ An interview with Mr. Trabulse at which time our preliminary compilation was reviewed and discussed and additional information was obtained directly from Mr. Trabulse.

**Approach**

Given the lack of an integrated accounting system that would be normally expected to provide such an accounting, we had to review all materials that were made available to us and identified all assets that could be identified from a review of the checking account records (although not all checking accounts for all periods of time were available to us), evidence of any assets (purchase documents for gems or rugs, title records, proof of ownership, or appraisals) that became evident to us for the period of 2002 through January, 2008. From this analysis, we undertook an effort to determine whether the assets that had been identified as existing during the above timeframe were currently in existence and, if so, what was their current Fair Market Value. We have also prepared a summary of assets we observed, but are no longer in existence. The accompanying schedules and analysis reflect the results of this undertaking.

UELTZEN & COMPANY, LLP

22

Mr. Michael Celio
Keker & Van Nest, LLP
January 14, 2008

Page 3


## Characteristics

The key assertions that are presented in the accompanying schedules reflect the following assertions about account balances:

1. Existence – assets, liabilities and equity interests exist;

2. Rights and obligations – the Fund holds or controls the rights to assets and the liabilities are obligations of the Fund;

3. Completeness – all assets, liabilities and equity interests have been recorded on the schedule;

4. Valuation and Allocation – assets, liabilities and equity interest are included in the schedules at appropriate amounts, and any resulting valuation or allocation adjustments are appropriately recorded.

As the accompanying schedule reflects, we have identified the following to the extent they exist:

1. Nature of the asset;

2. Cost basis;

3. Title records;

4. Proof of purchase and ownership;

5. Location;

6. Current valuation.

The compilation reflects the total estimated assets of the Fund at estimated Fair Market Value to be $10,231,289.64.

## Representations

We met with Mr. Trabulse on January 10, 2008 in your offices. In our presence, you instructed Mr. Trabulse to be truthful, honest and complete in response to any questions and issues we posed of Mr. Trabulse during the meeting. Mr. Trabulse also

UELTZEN & COMPANY, LLP

23

Mr. Michael Celio
Keker & Van Nest, LLP
January 14, 2008

Page 4

confirmed that he understood that he was under your instruction to be truthful, honest
and complete in response to any questions and issues we posed.

**Materials Provided**

The following materials are included:

| Exhibit | Description |
|---------|-------------|
| A | Current Summary of Net Assets of the Fund |
| B | Detailed Analysis of the Current Assets of the Fund |
| C | Prior Assets No Longer Held By or In Existence of the Fund |

In addition, we will be providing two binders of materials that will provide supporting
documentation as it exists to reflect the cost, title records, proof of purchase and
ownership, location, and current valuation information.

Should you have any questions, please call.

Sincerely,

UELTZEN & COMPANY, LLP

By: _Michael B. Ueltzen_ by Ramona R. Farrell
Michael G. Ueltzen, CPA, CFE

MGU:jer
Enclosures

24

# Exhibit

# A

# EXHIBIT A

## JAMES A. TRABULSE

### Summary of Current Value of Known Assets of the Fund

| | | |
|---|---|---|
| Total Current Value of Known Assets Before Bank and Investment Accounts | $ | 4,844,538.76 |
| Total Current Bank and Investment Accounts | | 5,386,750.88 |
| **Total Current Value of Known Assets of Fund** | **$** | **10,231,289.64** |

26

# Exhibit B

EXHIBIT B

JAMES A. TRABULSE

Accounting of Known Assets of the Fund

| Binder & Tab # | Asset Category | Asset Description | Date Acquired | Purchase Price | Source of Funds | Purchased From | Proof of Purchase | Ownership | Proof of Ownership | Location of Asset | Current Value | Valuation Date | Source of Valuation | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B-11 (2) | Equipment | New Robart Tilt Tech | 07/19/03 | 1,900.00 | Fahey Financial | Hyster Sales Company | Machine Invoice | Fahey Financial Group | Machine Invoice | Catherine OReilly | $ | | Representation of Mr. Trabulse | |
| B-11 (3) | Real Property | Real Property - Panama | 06/14/06 | 172,503.00 | | Inya De Collins Ideta, S.A. | Land Notary form for the Republic of Panama | Neza Assistance Cargos; AMI CA, Inc. | Land Notary form for the Republic of Panama | Panama Estates, Panama | 172,503.00 | 01/01/00 | Receivables and Payables Report prepared by the Law Offices of Rainelda Mata-KCty | |
| B-11 (4) | Real Property | Space 38 Mobile Home | 06/26/02 | 55,000.00 | Fahey Hedge Fund | Jose A. Flores & Paula Campbell-Flores | Sales Agreement – Mobile Home and Notice of Sale or Transfer, and copies of checks | Fahey Financial Group, Inc. registered to Barbara Powell | Certificate of Title issued 02/16/05 | Stab's Mobile Home Park, 747 Levelling Blvd, San Leandro, CA | 1,767.00 | 01/07/08 | Dept. of Housing and Community Development, NADA Appraisal Guide and letter of support from Jose Flores dated 1/18/08 | |
| B-11 (5) | Real Property | Space 40 Mobile Home | 11/01/04 | 55,000.00 | Fahey Financial Group, Inc. and Society of St. Maximilian Kolbe | Richard McIntosh | Copy of Home Owner's Insurance; Notice of Sale or Transfer dated 01/03/05, copy of check | Fahey Financial Group, Inc. registered to IDT Treding | Certificate of Title issued 02/16/05 and Notice of Sale or Transfer | Stab's Mobile Home Park, 747 Levelling Blvd, San Leandro, CA | 2,053.00 | 01/07/08 | Dept. of Housing and Community Development, NADA Appraisal Guide and letter of support from Jose Flores dated 1/18/08 | |
| B-11 (6) | Real Property | Space 42 Mobile Home | 09/01/02 | 34,650.00 | Fahey Hedge Fund | Jose A. Flores & Paula Campbell-Flores | Sales Agreement – Mobile Home, copies of checks | Fahey Financial Group, Inc.; registered to Lawrence Sanders | Certificate of Title issued 05/02/05 and Notice of Sale or Transfer dated 6/15/05 and executed on 6/17/07 | Stab's Mobile Home Park, 747 Levelling Blvd, San Leandro, CA | 1,956.00 | 01/07/08 | Dept. of Housing and Community Development, NADA Appraisal Guide and letter of support from Jose Flores dated 1/18/08 | |
| B-11 (8) | Real Property | Space 59 Mobile Home | 07/12/03 | 37,695.00 | Fahey Financial Group, Inc. | Shely L. Ciritten | Sales Agreement – Mobile Home and copies of checks | Fahey Financial Group, Inc.; registered to Cathy Dixon | Certificate of Title issued 3/04/05 and Notice of Sale or Transfer | Stab's Mobile Home Park, 747 Levelling Blvd, San Leandro, CA | 5,743.00 | 01/07/08 | Dept. of Housing and Community Development, NADA Appraisal Guide and letter of support from Jose Flores dated 1/18/08 | |
| B-11 (9) | Real Property | Real Property - Sonia, CA | 01/19/07 | 600,000.00 | Fahey Financial Group, Inc. | Greg and Julie Tobo | Buyer's Final Settlement Statement dated 01/19/07 | Fahey Financial Group, Inc. | Grant Deed | 4725 Northridge Drive, Sonia, CA (Saleoy Country Club) | 491,500.00 | 04/06/07 | Appraisal of Real Property Report by Robert Tilford as of 4/6/07 for $535,500 and Note Secured by Deed of Trust with mortgage balance of $515,500 | |
| B-11 (9) | Real Property | Real Property - Sonia, CA | 01/19/07 | 700,000.00 | Fahey Financial Group, Inc. | LTMW Trust | Buyer's Final Settlement Statement dated 01/19/07 | Fahey Financial Group, Inc. | Grant Deed | Lot #5 Skywalker Drive, Sonia, CA (Saleoy Country Club) | 263,000.00 | 04/06/07 | Appraisal of Real Property Report by Robert Tilford as of 4/6/07 for $722,000 and Note Secured by Deed of Trust for $449,000 | |
| B-11 (10) | Business Investment | 2.5% interest (Tier 1), 500 shares in Suntree Mining LP | 07 - 09 2006 | | | Suntree Mining LP | 2006 3rd Quarter Report dated 12/12/06 | Fahey Fund | Year 2007 Business Plan dated 12/30/06 | 504 Sun Tree Court, Roseville, CA | 500.00 | 01/10/08 | No formal valuation, value unknown | |
| B-12 (1) | Real Property | Real Property - France | 12/29/06 | 698,000.00 | Fahey Fund wire | Michel Cristiere-Cone | Attestation of Samuel Chauveau, notary 4/6/07 | Fahey Financial Group, Inc. | Attestation of Samuel Chauveau, notary dated 4/6/07 | Town of Beauregroy, La Pre d Alzone "La Tuilerie" France | 698,000.00 | 04/06/07 | Attestation of Samuel Chauveau, notary dated 4/6/07 and 12/27/06 bank wire | |
| B-12 (3) | Gems | Cultured South Sea Pearls | | | | | | Fahey Financial Group, Inc. | Pearl Paradise Certified Appraisal | | 1,400,000.00 | Dec 2007 | Pearl Paradise Certified Appraisal | |

Page 1 of 4
Untana & Company, LLP

28

EXHIBIT B

JAMES A. TRABULSE

Accounting of Known Assets of the Fund

| Binder & Tab # | Asset Category | Asset Description | Date Acquired | Purchase Price | Source of Funds | Purchased From | Proof of Purchase | Ownership | Proof of Ownership | Location of Asset | Current Value | Valuation Date | Source of Valuation | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B-1-2 (6) | Business Investment | Count Yogi Golf, llc | 09/01/05 | 100,000.00 | Fahey Financial Group (estimated by Mr. Trabulse) | | | Fahey Fund | Preliminary Agreement Between Count Yogi Golf, llc and FF or FFG (unsigned) | | 500.00 | 01/10/08 | No formal valuation, value unknown | |
| B-1-3 (6) | Rugs | 181 (est.) Rugs | 11/11/05–12/19/06 | 753,285.00 | Various preliminary numbers as The Magic Carpet rugs need to be verified | The Magic Carpet and other rug dealers | The Magic Carpet Appraisal dated 4/6/07 | Fahey Financial Group, Inc. | The Magic Carpet Appraisal dated 4/6/07 | Various, not physically inspected/verified | 1,123,170.00 | 04/06/07 | The Magic Carpet Appraisal (without physical inspection) | |
| B-1-2 (6) | Real Property | Real Property – Lot 1 of Indian Trails (Well) | 11/29/07 | 289,000.00 | Fahey Fund (represented by Mr. Trabulse) | Paul Jorgenson | Purchase Agreement and Deposit Receipt Grant Deed | Fahey Financial Group, Inc. | Grant Deed | Lot 1 of Indian Trails, Nevada County, CA | 289,000.00 | 06/22/07 | Purchase Agreement and Deposit Receipt dated 6/22/07 | |
| B-1-2 (7) | Real Property | Real Property – Lot 2 of Indian Trails (Well) | 11/29/07 | 289,000.00 | Fahey Fund (represented by Mr. Trabulse) | | Buyer's Estimated Settlement Statement; Grant Deed | Fahey Financial Group, Inc. | Grant Deed | Lot 2 of Indian Trails, Nevada County, CA | 169,000.00 | 08/22/07 | Buyer's Estimated Settlement Statement, price $289,000 less loan of $160,000 | |
| B-1-3 (8) | Real Property | Real Property – Lot 3 of Indian Trails (Well) | 11/29/07 | 340,000.00 | Fahey Fund (represented by Mr. Trabulse) | Erickson Realty, Ltd., and upfront transfer from Jesse Esparza | Grant Deed and Interspousal Transfer Grant Deed | Easter Trabulse | Interspousal Transfer Grant Deed | Lot 3 of Indian Trails, Nevada County, CA | 34,900.00 | 09/28/07 | Buyer's Estimated Settlement Statement, price $340,000 less loan of $314,100 | |
| B-1-2 (9) | Gems | Sleeping Beauty Turquoise set in Sterling Silver | 11/14/05 | 16,700.00 | Fahey Financial Group | Twin Rocks Trading | Accounting records | Fahey Financial Group | Representation of Mr. Trabulse | Reflects cost, no formal valuation, Twin Rocks Trading Post special collection print out dated 10/28/05 shows jewelry | 16,700.00 | | Reflects cost, no formal valuation, Twin Rocks Trading Post special collection print out dated 10/28/05 shows jewelry | |
| B-1-2 (10) | Gems | Gems – Pink Tourmaline Crystals | Feb 2006 | 12,000.00 | | | | Fund | Representation of Mr. Trabulse | Represented by Mr. Trabulse to be with Douglas Dodge c/o Angie Douglas at 17283 Sunset Blvd., #A330, Pacific Palisades, CA 92272 | 23,000.00 | Mar 2007 | Freedom Valley Gems handwritten appraisal dated 5/07 | |
| B-1-2 (11) | Gems | Gems – Aquamarine Large Crystals and Morganite Large Crystal in Mica Matrix | Oct 2005 | 15,000.00 | | | | Fund | Representation of Mr. Trabulse | Represented by Mr. Trabulse to be with Douglas Dodge c/o Angie Douglas at 17283 Sunset Blvd., #A330, Pacific Palisades, CA 92272 | 25,000.00 | Mar 2007 | Freedom Valley Gems handwritten appraisal dated 5/07 | |
| B-1-2 (12) | Gems | Gems – Green Tourmaline Crystal | Oct 2005 | 25,000.00 | | | | Fund | Representation of Mr. Trabulse | Represented by Mr. Trabulse to be located in a safe in his residence at 375 3rd Avenue, Daly City, CA | 60,000.00 | Mar 2007 | Freedom Valley Gems handwritten appraisal dated 5/07 | |

29

**EXHIBIT B**
**JAMES A. TRABULSE**
Accounting of Known Assets of the Fund

| Binder & Tab # | Asset Category | Asset Description | Date Acquired | Purchase Price | Source of Funds | Purchased From | Proof of Purchase | Ownership | Proof of Ownership | Location of Asset | Current Value | Valuation Date | Source of Valuation | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B-1-2 (13) | Business Investment | 50% Partnership Interest in the Society of Saint Maximilian Kolbe | 07/15/99 | | | The Society of Saint Maximilian Kolbe | Partnership Agreement for the Society of Saint Maximilian Kolbe | Jim Trabulse | | | | | Charity (society) per Mr. Trabulse | |
| B-1-2 (14) | Art - Painting | Kathy Burke Investment | | | Fabry Fund | | | Fabry Fund | Email from Kathy Burke dated 4/15/07 and letter dated 4/20/07 | | 146,346.76 | 04/15/07 | Letter from Kathy Burke dated 4/20/07 indicates Euro value of 107,600.00 | [a] |
| B-1-2 (15) | Gems | Henderson Pearls (2) | 06/21/06 | 9,724.06 | Fabry Financial Group | Pearl Paradise | Accounting records | Fabry Financial Group | Representation of Mr. Trabulse | Represented by Mr. Trabulse to be located in a safe in his residence at 375 3rd Avenue, Daly City, CA | 66,000.00 | 01/10/08 | Representation of Mr. Trabulse, $33,000 ea. | |
| B-1-2 (16) | Gems | Gems - Multiple investment grade stones | 05/11/07 | 26,500.00 | | | | Fund | Representation of Mr. Trabulse | Represented by Mr. Trabulse to be located in a safe in his residence at 375 3rd Avenue, Daly City, CA | 26,500.00 | 01/10/08 | Representation of Mr. Trabulse | |
| B-1-2 (17) | Gems | Gems - Emerald and two tanzanite stones | 09/11/07 | 60,000.00 | | | | Fund | Representation of Mr. Trabulse | Represented by Mr. Trabulse to be located in a safe in his residence at 375 3rd Avenue, Daly City, CA | 60,000.00 | 01/10/08 | Representation of Mr. Trabulse | |
| B-1-2 (18) | Business Investment | Fabien Redeweok, Filmmaker | | | | | | | | | 500.00 | 01/10/08 | No formal valuation, value unknown | |
| B-1-2 (19) | Business Investment | Rene DIEU, Sculptor | | | Fabry Fund | | Accounting records | | | | | 01/10/08 | A failed investment per Mr. Trabulse | |
| B-1-2 (20) | Business Investment | BioSteel Solutions | | | Fabry Fund | | Accounting records | | | | | 01/10/08 | A failed investment per Mr. Trabulse | |

30

EXHIBIT B
JAMES A. TRABULSE
Accounting of Known Assets of the Fund

| Binder & Tab # | Asset Category | Asset Description | Date Acquired | Purchase Price | Source of Funds | Purchased From | Proof of Purchase | Ownership | Proof of Ownership | Location of Asset | Current Value | Valuation Date | Source of Valuation | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B-1.2 (18) | Gems | Gems - small strand of pearls and earrings | | | | | Accounting records | | | Represented by Mr. Trabulse to be located in a safe in his residence at 375 3rd Avenue, Daly City, CA | 0 | 01/10/08 | No formal valuation, representation of Mr. Trabulse - pearls used for promotion purposes, no value | |
| B-1.2 (19) | Business Investment | Les Bordes Golf Membership | 11/10/03 | 24,000.00 | Fahey Fund | | Representation of Mr. Trabulse and accounting records | | | | 500.00 | 01/10/08 | No formal valuation, value unknown | |
| Total Current Value of Known Assets Before Bank and Investment Accounts | | | | | | | | | | | 4,846,536.76 | | | |
| B-1.2 (19) | Cash | Checking Account | | | | | Bank Statements | Fahey Financial Group | | Bank of America 0049 6376 3314 | $ 198,847.57 | 01/11/08 | 1/11/08 print out of account statement balance | |
| B-1.2 (20) | Cash | Checking Account | | | | | Bank Statements | Fahey Financial Group | | Bank of America 0049 6412 8846 | 32,065.95 | 01/11/08 | 1/11/08 print out of account statement balance | |
| B-1.2 (21) | Cash | Checking Account | | | | | Bank Statement - print out | Fahey Fund | | US Bank account ending in 5559 | 126,337.28 | 01/11/08 | 01/11/08 print out of account statement balance | |
| B-1.2 (22) | Cash | Checking Account | | | | | Bank Statement - print out | ITD | | US Bank account ending in 5570 | 117,558.52 | 01/11/08 | 01/11/08 print out of account statement balance | |
| B-1.2 (23) | Cash | Brokerage Account | | | | | Account statement - printout | Fahey Fund | | Concord Capital account 500-418A-8 (CAD) | 70,794.42 | 01/31/08 | Print out of account statement balance of $72,155 CAD (also references USD fund account #500-418S-7 with a zero balance) | [b] |
| B-1.2 (24) | Cash | Brokerage Account | | | | | International Trade & Data, Brokerage Statements | | | A.C. Edwards and Sons, Inc. 425599 5545-4127 (prior acct. 455-003569-009) | 4,841,117.34 | 01/11/08 and 01/10/08 | Futures and Stocks: 01/11/08 print out of account net liquidating value of $3,307,048.57 and 1/10/08 report for current cash value of $1,534,068.77 | [b] |
| Total Current Bank and Investment Accounts | | | | | | | | | | | $ 5,386,720.88 | | | |
| Total Current Value of Known Assets of Fund | | | | | | | | | | | $ 10,231,259.64 | | | |

Notes:
[a]  Euro exchange rate at April 20, 2007 was $1.3601 (source, www.x-rates.com)
[b]  Canadian exchange rate at January 31, 2008 was $0.9926 (source: www.x-rates.com)

Page 4 of 4
Ueltzen & Company, LLP

31

# Exhibit C

# EXHIBIT C

## JAMES A. TRABULSE

### Accounting of Prior Assets of Fund

| Asset Category | Asset Description | Status |
|---|---|---|
| Vehicle | Vehicle - 1991 Mercedes 300C | Sold in 2004 for $6,000 to $8,000 |
| Business Investment | VitaCor, Inc. | Company created by Mr. Trabulse in 2003; Bank of Hawaii account number 0032-001769 was closed in October 2007 and any funds returned to Mr. Trabulse |
| Business Investment | AMI Group, Inc. | Company created by Mr. Trabulse in 2003; Bank of Hawaii account number 0032-001750 was closed in October 2007 and any funds returned to Mr. Trabulse |
| Real Property | Real Property - Daly City, CA | No ownership, rental property |
| Gems | True North Gems | Canadian stock trade (TGX on TSX) in 2004 - liquidated and moved funds to Fahey Fund ($25,000) and Canaccord Capital account ($50,000) |
| Stock Investment | 75,000 Shares Century Mining Corp | Stock investment liquidated and funds kept in Canaccord Capital account |
| Real Property | Apartment, Tempo Lodge, France | No ownership, rental used for business purposes |
| Gold | COMEX Gold Receipt #063536 - 101.56 troy ounces | Liquidated certificate and used funds to pay taxes |
| Gold | COMEX Gold Receipt #063537 - 101.70 troy ounces | Liquidated certificate and used funds to pay taxes |
| Gold | COMEX Gold Receipt #063538 - 102.92 troy ounces | Liquidated certificate and used funds to pay taxes |
| Gold | COMEX Gold Receipt #D41034 - 100.74 troy ounces | Liquidated certificate and used funds to pay taxes |

33

**EXHIBIT C**

**JAMES A. TRABULSE**

Accounting of Prior Assets of Fund

| Asset Category | Asset Description | Status |
|---|---|---|
| Cash | Euro T Bill | Purchased Dec. 20, 2006, liquidated and returned to Fund |
| Cash | Fixed Term Euro Currency Deposit (30 day) | Purchased in March, 2007 and Liquidated in June, 2007 and used as personal compensation to pay taxes |
| Cash | Bank of the West 102-081031 | Account closed and funds moved to US Bank |
| Cash | Bank of the West 102-091410 | Account closed and funds moved to US Bank |
| Cash | Bank of the West 102-002573 | Account closed and funds moved to US Bank |
| Cash | Bank of the West 102-000445 | Account closed and funds moved to US Bank |
| Cash | Bank of the West 102-002375 | Account closed and funds moved to US Bank |
| Cash | Iowa Grain Brokerage account | Account was dormant beginning in April, 2007 and closed in October, 2007 |

Source: Representations of Mr. Trabulse

34

Family and Friends distributed from Fahey Fund and from Fahey Financial Group, Inc.
Details on following worksheets

Summary

|  | Fahey | FFG |
|------|------------|------------|
| 2001 | 2,600.00 | |
| 2002 | 3,000.00 | |
| 2003 | 79,363.47 | 39,653.05 |
| 2004 | 169,348.20 | 90,641.43 |
| 2005 | 49,500.00 | 226,928.61 |
| 2006 | 149,645.77 | 150,853.27 |
| | 453,457.44 | 508,076.36 |

SEE WORKSHEET Labeled 'Easter Trabulse' for items purchased through Fund bank accounts

35

**Distributions From the Fahey Financial Group, Inc., Bank Accounts to Family, emphasis on Catherine O'Riley (spouse)**

| YEAR | DATE | Check #<br>Check card | Amount | Paid to and reason |
|---|---|---|---|---|
| 2001 | | No Family distributions | | |
| | 11.08.01 | 1231 | 2,600.00 | Distribution to O'Riley |
| | | | 2,600.00 | |
| 2002 | | | | |
| | 01.16.02 | 1240 | 8,982.83 | PHOTO EQUIPMENT for wedding and for photographer |
| | 01.31.02 | 1243 | 3,400.00 | PHOTO EQUIPMENT for wedding and for photographer |
| | 02.20.02 | 1255 | 3,500.00 | PHOTO EQUIPMENT for wedding and for photographer |
| | 03.07.02 | 1256 | 1,000.00 | PHOTO EQUIPMENT for wedding and for photographer |
| | 06.12.02 | 1278 | 10,000.00 | Distribution to O'Riley |
| | 07.25.02 | 1300 | 15,000.00 | Distribution to O'Riley |
| | 08.26.02 | Wire Out | 17,480.64 | PEARSONS SMALL ENGINE-wood chipper for home |
| | 08.29.02 | 1310 | 10,000.00 | Distribution to O'Riley |
| | 12.18.02 | 1327 | 10,000.00 | Distribution to O'Riley |
| | | | 79,363.47 | |
| 2003 | | No Family distributions | | |
| | 01.22.03 | Wire Out | 2,000.00 | Distribution to O'Riley |
| | 04.23.03 | 1348 | 5,000.00 | Distribution to O'Riley |
| | 05.19.03 | 1357 | 10,000.00 | Distribution to O'Riley |
| | 06.06.03 | 9055 | 4,000.00 | Eesa Mokri Rugs |
| | 06.09.03 | 9007 | 7,000.00 | Eesa Mokri Rugs |
| | 07.21.03 | 1367 | 25,000.00 | Distribution to O'Riley |
| | 11.26.03 | Wire Out | 20,000.00 | Distribution to O'Riley |
| | 12.12.03 | 1381 | 8,000.00 | Distribution to O'Riley |
| | | | 79,363.47 | |
| 2004 | | | | |
| | 07.16.02 | 1292 | 3,000.00 | S. TRABULSE |
| | | | 3,000.00 | |
| | Catherine O'Riley | | | |
| | | 9080 | 8,500.00 | Eesa Mokri Rugs |
| | 02.24.04 | 1389 | 15,000.00 | Distribution to O'Riley |
| | 03.09.04 | Wire Out | 3,500.00 | Garreck Beck Indian Pottery |
| | 03.22.04 | 1393 | 15,000.00 | Distribution to O'Riley |
| | 04.23.04 | Wire Out | 15,000.00 | Distribution to O'Riley |
| | 05.06.04 | Wire Out | 15,000.00 | Distribution to O'Riley |
| | 06.28.04 | Wire Out | 3,850.00 | Garreck Beck Indian Pottery |
| | 07.20.04 | Wire Out | 15,000.00 | Distribution to O'Riley |
| | 07.26.04 | Wire Out | 2,500.01 | BNP Pers |
| | 08.18.04 | 9074 | 22,000.00 | Eesa Mokri Rugs |
| | 10.20.04 | Bank Debit | 23,000.00 | Eesa Mokri Rugs |
| | 12.14.04 | Wire Out | 4,998.19 | BNP Pers |
| | 12.16.04 | Wire Out | 3,000.00 | Garreck Beck Indian Pottery |
| | 12.21.04 | Wire Out | 20,000.00 | Distribution to O'Riley |
| | | | 166,348.20 | |
| 2005 | | | | |
| | 02.23.05 | Wire Out | 25,000.00 | Distribution to O'Riley |
| | 08.15.05 | Wire Out | 12,000.00 | BNP Distribution to O'Riley |
| | 11.07.05 | Wire Out | 12,500.00 | BNP Distribution to O'Riley |
| | | | 49,500.00 | |
| 2006 | 06.14.06 | Wire Out | 24,000.00 | Dolores Wilson nursing home for Trabulse Mother |
| | 11.22.06 | Wire Out | 24,000.00 | Dolores Wilson nursing home for Trabulse Mother |
| | | | 48,000.00 | |
| | Catherine O'Riley | | | |
| | 04.17.06 | Wire Out | 65,000.00 | O'Riley mortgage payoff |
| | 06.14.06 | Wire Out | 12,500.00 | At Home Theater |
| | 06.28.06 | Wire Out | 9,999.99 | BNP Distribution to O'Riley |
| | 07.28.06 | Wire Out | 14,145.78 | At Home Theater |
| | | | 101,645.77 | |

*36*

Distributions From the Fahey Fund Bank Accounts to Family, emphasis on Catherine O'Riley (spouse)

| YEAR | DATE | Check # / Check card | Amount | Paid to and reason |
|------|------|------|--------|--------------------|
| 2001 | none | | | |
| 2002 | none | | | |
| 2003 | | | | |
| | 4/1/2003 | 117 | 3,000.00 | Susan Trabulse |
| | 10/10/2003 | 163 | 4,500.00 | Susan Trabulse |
| | | | 7,500.00 | |
| | Catherine O'Riley | | | |
| | | 119 | 2,500.00 | Anything in Canvas-O'Riley house |
| | 4/24/2003 | 125 | 2,716.32 | Anything in Canvas-O'Riley house |
| | 6/3/03 | 132 | 5,000.00 | Distribution to O'Riley |
| | 6/27/03 | 141 | 10,000.00 | Distribution to O'Riley |
| | 6/27/03 | 142 | 10,000.00 | Distribution to O'Riley |
| | 12/12/2003 | Checkcard | 1,936.73 | Nomad Rugs |
| | | | 32,153.05 | |
| 2004 | | | | |
| | 1/15/2004 | 164 | 4,500.00 | Susan Trabulse |
| | 3/26/2004 | 218 | 6,000.00 | Susan Trabulse |
| | 6/30/2004 | 231 | 6,000.00 | Susan Trabulse |
| | 9/30/2004 | 259 | 6,000.00 | Susan Trabulse |
| | | | 22,500.00 | |
| | Catherine O'Riley | | | |
| | 1/27/2004 | 192 | 5,000.00 | Dabbah Jewel-emeralds to Easter |
| | 2/17/2004 | 201 | 1,500.00 | Rock our World |
| | 2/17/2004 | 200 | 5,083.50 | Rock our World |
| | 2/17/2004 | Checkcard | 5,000.00 | United Air |
| | 2/18/2004 | 202 | 1,700.00 | Jim Trabulse - Gems |
| | 2/23/2004 | Checkcard | 908.39 | Travel |
| | 6/7/2004 | 225 | 15,000.00 | Distribution to O'Riley |
| | 6/25/2004 | 233 | 3,175.00 | Blue Mountain Trading-personal |
| | 6/25/2004 | 234 | 870.00 | Distribution to O'Riley |
| | 8/24/2004 | 238 | 15,000.00 | Distribution to O'Riley |
| | 8/31/2004 | 249 | 1,500.00 | J. Trabulse Indian Jewelry |
| | 9/13/2004 | 251 | 10,000.00 | Distribution to O'Riley |
| | 10/7/2004 | Checkcard | 643.66 | Blue Mountain Trading-Indian Jewelry |
| | 11/17/2004 | Checkcard | 1,080.28 | Air France |
| | 11/22/2004 | Checkcard | 242.51 | Garrick Beck - Stone O'Riley |
| | 12/2/2004 | Checkcard | 300.38 | Windhorse Rugs |
| | 12/8/2004 | Checkcard | 1,137.71 | United Air |
| | | | 68,141.43 | |
| 2005 | | | | |
| | 1/19/2005 | 267 | 6,000.00 | Susan Trabulse |
| | 4/5/2005 | 313 | 4,500.00 | Susan Trabulse |
| | 4/14/2005 | 315 | 1,500.00 | Susan Trabulse |
| | 6/29/2005 | 342 | 6,000.00 | Susan Trabulse |
| | 9/27/2005 | 379 | 7,500.00 | Susan Trabulse |
| | | | 25,500.00 | |
| | Catherine O'Riley | | | |
| | 2/7/2005 | Checkcard | 3,972.88 | Mike's Tools |
| | 2/8/2005 | Checkcard | 1,000.00 | Rock our World-geodes for O'Riley |
| | 2/9/2005 | Checkcard | 2,250.00 | Alishah Rugs & Art-Oriley |
| | 2/9/2005 | 286 | 10,000.00 | Distribution to O'Riley |
| | 2/14/2005 | Checkcard | 885.00 | Gemas N.O.-Ring-Oriley |
| | 2/17/2005 | 291 | 1,100.00 | Natural Stones-gem O'Riley |
| | 2/24/2005 | 292 | 5,317.85 | Rock our World-geode O'Riley |
| | 3/17/2005 | 303 | 36,355.85 | Import Motors used 2004 auto |
| | 3/30/2005 | 314 | 15,000.00 | Distribution to O'Riley |
| | 4/19/2005 | 322 | 15,000.00 | Distribution to O'Riley |
| | 5/31/2005 | 332 | 15,000.00 | Distribution to O'Riley |
| | 6/3/2005 | Checkcard | 524.00 | Gemday Jewelers-O'Riley |
| | 6/13/2005 | Checkcard | 745.00 | Gemday Jewelers-O'Riley |
| | 6/16/2005 | Checkcard | 269.00 | Gemday Jewelers-O'Riley |
| | 6/17/2005 | Checkcard | 524.00 | Gemday Jewelers-O'Riley |
| | 6/22/2005 | Checkcard | 327.00 | Gemday Jewelers-O'Riley |
| | 6/30/2005 | 348 | 15,000.00 | Distribution to O'Riley |
| | 6/30/2005 | 338 | 1,305.00 | Esalen |
| | 7/28/2005 | Checkcard | 149.90 | Gemday Jewelers-O'Riley |

*37*

| Date | Check/Type | Amount | Description |
|---|---|---|---|
| 8/3/2005 | Checkcard | 59.95 | Gemday Jewelers-O'Riley |
| 8/10/2005 | Checkcard | 1,704.85 | Air France |
| 8/22/2005 | Checkcard | 288.73 | Mike's Tools-O'Riley house |
| 9/7/2005 | 380 | 15,000.00 | Distribution to O'Riley |
| 11/1/2005 | 389 | 15,000.00 | Distribution to O'Riley |
| 11/3/2005 | 388 | 7,367.00 | Blue Mountain Trading-Indian Jewelry |
| 11/7/2005 | 390 | 10,000.00 | Distribution to O'Riley |
| 11/14/2005 | 393 | 7,000.00 | Magic Carpet-rugs to O'Riley |
| 11/14/2005 | Checkcard | 2,012.20 | Magic Carpet-rugs to O'Riley |
| 11/14/2005 | Checkcard | 2,708.18 | Magic Carpet-rugs to O'Riley |
| 11/15/2005 | 394 | 5,000.00 | Distribution to O'Riley |
| 11/25/2005 | Checkcard | 4,222.22 | Magic Carpet-rugs to O'Riley |
| 11/28/2005 | Checkcard | 6,340.00 | Unique Gems and Jewelery-To O'Riley |
| | | 201,428.61 | |

**2006**

| Date | Check/Type | Amount | Description |
|---|---|---|---|
| 1/11/2006 | 452 | 7,500.00 | S. Trabulse |
| 2/28/2006 | 468 | 2,000.00 | M. Goodman |
| 4/3/2006 | 512 | 5,000.00 | M. Goodman |
| 5/8/2006 | 527 | 1,500.00 | M. Goodman |
| 6/26/2006 | 544 | 8,500.00 | S. Trabulse |
| 6/29/2006 | 552 | 1,500.00 | M. Goodman |
| 7/25/2006 | 558 | 1,000.00 | M. Goodman |
| 7/28/2006 | 562 | 1,500.00 | M. Goodman |
| 8/30/2006 | 611 | 1,500.00 | M. Goodman |
| 9/28/2006 | 601 | 1,500.00 | M. Goodman |
| 9/29/2006 | 564 | 7,500.00 | S. Trabulse |
| | | 39,000.00 | |

**Catherine O'Riley**

| Date | Check/Type | Amount | Description |
|---|---|---|---|
| 1/3/2006 | CheckCard | 158.00 | Hawaiian Air |
| 1/3/2006 | CheckCard | 158.00 | Hawaiian Air |
| 1/9/2006 | 459 | 25,000.00 | Distribution to O'Riley |
| 1/17/2006 | CheckCard | 1,860.82 | Jim Saylor Jewelers-pearls to O'Riley |
| 1/17/2006 | CheckCard | 3,655.00 | Jim Saylor Jewelers-pearls to O'Riley |
| 1/20/2006 | CheckCard | 885.42 | Jim Saylor Jewelers-pearls to O'Riley |
| 1/20/2006 | CheckCard | 1,414.40 | Jim Saylor Jewelers-pearls to O'Riley |
| 1/20/2006 | CheckCard | 2,145.81 | Savage Pearls-pearls to O'Riley |
| 1/25/2006 | CheckCard | 1,246.88 | Hawaiian Trading-pearls to O'Riley |
| 1/26/2006 | CheckCard | 411.46 | Hawaiian Trading-pearls to O'Riley |
| 3/20/2006 | 470 | 2,007.00 | Magic Carpet-rugs to O'Riley |
| 3/28/2006 | 474 | 2,147.50 | Magic Carpet-rugs to O'Riley |
| 4/11/2006 | 517 | 15,000.00 | Distribution to O'Riley |
| 6/29/2006 | 548 | 20,000.00 | Distribution to O'Riley |
| 7/3/2006 | 554 | 10,000.00 | Distribution to O'Riley |
| 7/31/2006 | Checkcard | 7,659.17 | Air France |
| 8/28/2006 | 606 | 1,610.63 | Magic Carpet-rugs to O'Riley |
| 9/19/2006 | 567 | 15,000.00 | Distribution to O'Riley |
| 9/25/2006 | Checkcard | 1,493.18 | Air France |
| | | 111,853.27 | |

38

The following are or have been in the possession of Easter Trabulse.
And were purchased with fund held in Fahey Bank accounts.

Easter Trabulse

| | | QTY | Cost |
|---|---|---|---|
| Pearl Strands | | | |
| | One Akoya | 1 | 3,000.00 |
| | Baroque Pearls | 3 | 6,000.00 |
| | Freshadama | 4 | 1,600.00 |
| | Ring | 1 | 500.00 |
| | Earrings | 4 | 3,200.00 |
| Jewelry | | | |
| | Necklace-peridot | 1 | 800.00 |
| | Pendant tourmaline | 1 | 900.00 |
| | rings | 16 | 12,800.00 |
| Rugs | | | |
| | (on loan from collection) | | |
| | Baktiari | 1 | |
| | Harise | 1 | |
| | Personal | 10 | 14,000.00 |
| Auto | 1994 BMW 5301 | Aug-04 | 9,500.00 |
| emeralds (Tucson Gem show) | | 2004 | |
| | earrings | | 3,000.00 |
| | crystal (loose) | | 1,000.00 |
| Espresso machine + grinder) | | 2007 | 1,600.00 |
| Furniture | | | |
| | tea chest | | 375.00 |
| | chest of drawers | 2 | 1,350.00 |
| | dining table | | 1,200.00 |
| | book case | | 600.00 |
| | matress | | 1,700.00 |
| | sofa | | 495.00 |
| | chairs | | 1,725.00 |
| | | | 65,345.00 |

39