**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER J. TRABULSE,<br><br>　　　　Defendant,<br><br>　and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>　　　　Relief Defendants.　　　　　　　／ | No. C 07-04975 WHA<br><br>**REQUEST FOR RESPONSE RE REPORT OF MICHAEL A. GRASSMUECK** |

　　　The Court has received the report of monitor Michael Grassmueck for the period December 17, 2007, through January 31, 2008. The SEC and defendants are requested to respond to the report by **FEBRUARY 13, 2008**, at **5:00 P.M.**

　　　**IT IS SO ORDERED.**

Dated: February 6, 2008.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE