

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO DISTRICT OFFICE
44 Montgomery Street
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104**

DIRECT DIAL: 415-705-8103
FAX NUMBER: 415-705-2501

April 4, 2008

*Via Courier*

The Clerk of the Court for the Honorable William Alsup
United States District Court
450 Golden Gate Avenue
16th Floor
San Francisco, CA  04102

    Re:    *SEC v. Trabulse, C-07-4975 (WHA)*

    Enclosed please find a chamber's copy of Defendant's and Relief Defendants' Consent to Final Judgment and [Proposed] Final Judgment, both of which were e-filed today.  These documents reflect the parties' proposed settlement of this litigation, subject to the Court's approval.

        Very truly yours,

        *Mark P. Fickes*

        Mark P. Fickes

cc: Michael Celio