UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING ORDERS APPOINTING MONITOR |

Whereas Plaintiff Securities and Exchange Commission ("Commission") filed a complaint against Defendant Alexander James Trabulse ("Trabulse" or "Defendant") and Relief Defendants Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading (collectively, the "Relief Defendants");

Whereas the Commission, Trabulse and the Relief Defendants stipulated to certain injunctive relief on October 18, 2007;

Whereas the Court adopted as its order, the stipulation of the parties on October 29, 2007;

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
799597.04/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR

Whereas, the Court entered further orders for injunctive and ancillary relief on December 6, 2007 and December 10, 2007;

Whereas the Court issued its order on December 17, 2007 appointing Michael Grassmueck (the "Monitor") to serve as an independent monitor;

Whereas the Court issued its order incorporating the prior orders of the Court and implementing certain recommendations of the Monitor on February 13, 2008;

Whereas the final judgment (the "Judgment") as to Defendant Alexander James Trabulse and Relief Defendants was entered April 4, 2008; and

Whereas the parties, in implementing the foregoing orders of this Court, have determined that certain terms of prior orders appointing the Monitor and approving the Monitor's recommendations require some modification in order to further the best interests of the parties and investors.

Therefore, the Commission, Trabulse, the Relief Defendants and the Monitor stipulate and agree to, and ask the Court to adopt as its order, the following:

I.

IT IS ORDERED that the Monitor shall establish an interest-bearing account (the "Account") at the Bank of America for the purpose of receiving and holding the Liquidated Proceeds (as defined in the Judgment) received from the sale of all assets in the name of or for the benefit of Relief Defendants, and/or held in the name of or for the benefit of investors in the Relief Defendants.

II.

IT IS FURTHER ORDERED that the Liquidated Proceeds shall be turned over to the Monitor and deposited in the Account, subject to further orders of this Court.

III.

IT IS FURTHER ORDERED that the Monitor is authorized to use funds in the Account solely for the purpose of paying ordinary monthly expenses associated with the maintenance and preservation of assets which are to be sold in accordance with the orders of this Court. In no case may the Monitor expend more than $20,000 per month for such expenses without further order of

the Court. The Monitor shall provide a monthly report to Trabulse and the Commission reflecting the payments from the Accounts.

IV.

IT IS FURTHER ORDERED that all prior orders of the Court concerning injunctive or other ancillary relief are incorporated herein by this reference as though set forth in full and remain in full force and effect as though set forth in full herein.

IT IS SO STIPULATED:

Dated: August 6, 2008        /s/
                             Mark P. Fickes
                             Erin E. Schneider
                             Attorneys for Plaintiff
                             SECURITIES AND EXCHANGE
                             COMMISSION

Dated: August 6, 2008        /s/
                             Michael D. Celio
                             Clement S. Roberts
                             Attorneys for Defendant ALEXANDER JAMES
                             TRABULSE, and Relief Defendants FAHEY
                             FUND, L.P., FAHEY FINANCIAL GROUP,
                             INC., INTERNATIONAL TRADE & DATA,
                             and ITD TRADING

Dated: August 6, 2008        /s/
                             Michael A. Grassmueck, Monitor

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: August 7, 2008        ALLEN MATKINS LECK GAMBLE MALLORY
                             & NATSIS LLP

                             By:/s/
                                David R. Zaro
                                Attorneys for Monitor
                                MICHAEL A. GRASSMUECK

\\\
\\\

1  The Court, having considered this proposed Stipulation and Order, adopts as its order the
2  provisions of paragraphs I through IV, above.
3  IT IS SO ORDERED:
4  Dated: _____

William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

7  Prepared by:
8  David R. Zaro, Esq. (SBN 124334)
Allen Matkins Leck Gamble Mallory & Natsis LLP
9  515 S. Figueroa Street, 9th Floor
Los Angeles, CA  90071-3398
10  213.622.5555  **P**  |  213.620.8816  **F**
dzaro@allenmatkins.com

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

799597.04/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR
-4-