1
2
3
4
5
6
7

8       UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA

10      SAN FRANCISCO

11  SECURITIES AND EXCHANGE          Case No. C 07-4975 (WHA)
    COMMISSION,

12
            Plaintiff,               STIPULATION AND [PROPOSED] ORDER
13                                   MODIFYING ORDERS APPOINTING
            vs.                      MONITOR RE:  TIMING OF ASSET SALES
14
    ALEXANDER JAMES TRABULSE,
15
            Defendant.
16
            and
17
    FAHEY FUND, L.P., FAHEY FINANCIAL
18  GROUP, INC., INTERNATIONAL TRADE &
    DATA, and ITD TRADING,
19
            Relief Defendants.
20

21          Whereas Plaintiff Securities and Exchange Commission ("Commission") filed a complaint

22  against Defendant Alexander James Trabulse ("Trabulse") and Relief Defendants Fahey Fund,

23  L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading (collectively, the

24  "Relief Defendants");

25          Whereas the Commission, Trabulse and the Relief Defendants stipulated to certain

26  injunctive relief on October 18, 2007;

27          Whereas the Court adopted as its order, the stipulation of the parties on October 29, 2007;

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**
801285.02/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR

1    Whereas, the Court entered further orders for injunctive and ancillary relief on

2  December 6, 2007 and December 10, 2007;

3    Whereas, the Court issued its Order on December 17, 2007 appointing Michael

4  Grassmueck (the "Monitor") to serve as an independent monitor;

5    Whereas, the Court issued its Order incorporating the prior orders of the Court and

6  implementing certain recommendations of the Monitor on February 13, 2008;

7    Whereas, the final judgment (the "Judgment") as to Defendant Trabulse and Relief

8  Defendants was entered April 7, 2008, which Judgment provided for the liquidation of all assets

9  held in the name of or for the benefit of Relief Defendants and/or held in the name of or for the

10  benefit of investors in the Relief Defendants (the "Liquidated Proceeds");

11    Whereas, the Judgment provided that the liquidation of assets shall be completed no later

12  than 120 days after entry of the Court's Judgment or as soon thereafter as reasonably practicable;

13    Whereas, Trabulse has successfully liquidated all of the securities' positions generating

14  Liquid Proceeds and Trabulse and the Monitor have cooperated in an attempt to liquidate the

15  balance of the assets in accordance with the Judgment;

16    Whereas, Trabulse has, despite his reasonable efforts, been unable to complete the sales of

17  the balance of the real and personal property within the 120 day time period set forth in the

18  Judgment;

19    Whereas, certain of the personal property, such as rugs and jewelry, will be sold at auctions

20  which are scheduled over the next six months and the real properties will be sold in the ordinary

21  course over the same estimated time period;

22    Therefore, the Commission, Trabulse, the Relief Defendants and the Monitor stipulate and

23  agree to and ask the Court to adopt as its Order, the following:

24

25                                              I.

26    ITS IS ORDERED that the liquidation of assets pursuant to the Judgment and prior orders

27  of this Court be completed not later than March 31, 2009 absent further order of the Court.

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

801285.02/LA

-2-

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR

II.

IT IS FURTHER ORDERED that all prior orders of the Court concerning injunctive and other ancillary relief are incorporated herein by this reference as those set forth in full and remain in full force and effect as those set forth in full herein.

IT IS SO STIPULATED:

Dated:  August 6, 2008                    SECURITIES AND EXCHANGE COMMISSION

                                          By:/s/_____
                                             Mark P. Fickes
                                             Attorneys for Plaintiff
                                             SECURITIES AND EXCHANGE
                                             COMMISSION

Dated:  August 6, 2008            By:/s/_____
                                     Michael D. Celio
                                     Attorneys for Defendant ALEXANDER JAMES
                                     TRABULSE, and Relief Defendants FAHEY
                                     FUND, L.P., FAHEY FINANCIAL GROUP,
                                     INC., INTERNATIONAL TRADE & DATA,
                                     and ITD TRADING

Dated:  August 6, 2008               /s/_____
                                     Michael A. Grassmueck, Monitor

            I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  August 7, 2008                    ALLEN MATKINS LECK GAMBLE MALLORY
                                          & NATSIS LLP

                                          By:/s/_____
                                             David R. Zaro
                                             Attorneys for Monitor
                                             MICHAEL A. GRASSMUECK

\\\

\\\

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

801285.02/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR

-3-

1       The Court, having considered this proposed Stipulation and Order, adopts as its order the

2   provisions of paragraphs I through II, above.

3       IT IS SO ORDERED:

4   Dated: _____        _____

5                                          William H. Alsup
                                           UNITED STATES DISTRICT COURT JUDGE

6

7   Prepared by:

8   David R. Zaro, Esq. (SBN 124334)
    Allen Matkins Leck Gamble Mallory & Natsis LLP

9   515 S. Figueroa Street, 9th Floor
    Los Angeles, CA  90071-3398

10  213.622.5555  **P**  |  213.620.8816  **F**
    dzaro@allenmatkins.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

801285.02/LA

-4-

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR