UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>　　　　Defendant.<br><br>　　and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>　　　　Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING ORDERS APPOINTING MONITOR |

Whereas Plaintiff Securities and Exchange Commission ("Commission") filed a complaint against Defendant Alexander James Trabulse ("Trabulse" or "Defendant") and Relief Defendants Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading (collectively, the "Relief Defendants");

Whereas the Commission, Trabulse and the Relief Defendants stipulated to certain injunctive relief on October 18, 2007;

Whereas the Court adopted as its order, the stipulation of the parties on October 29, 2007;

1  Whereas, the Court entered further orders for injunctive and ancillary relief on
2 December 6, 2007 and December 10, 2007;

3  Whereas the Court issued its order on December 17, 2007 appointing Michael Grassmueck
4 (the "Monitor") to serve as an independent monitor;

5  Whereas the Court issued its order incorporating the prior orders of the Court and
6 implementing certain recommendations of the Monitor on February 13, 2008;

7  Whereas the final judgment (the "Judgment") as to Defendant Alexander James Trabulse
8 and Relief Defendants was entered April 4, 2008; and

9  Whereas the parties, in implementing the foregoing orders of this Court, have determined
10 that certain terms of prior orders appointing the Monitor and approving the Monitor's
11 recommendations require some modification in order to further the best interests of the parties and
12 investors.

13  Therefore, the Commission, Trabulse, the Relief Defendants and the Monitor stipulate and
14 agree to, and ask the Court to adopt as its order, the following:

15  I.

16  IT IS ORDERED that the Monitor shall establish an interest-bearing account (the
17 "Account") at the Bank of America for the purpose of receiving and holding the Liquidated
18 Proceeds (as defined in the Judgment) received from the sale of all assets in the name of or for the
19 benefit of Relief Defendants, and/or held in the name of or for the benefit of investors in the Relief
20 Defendants.

21  II.

22  IT IS FURTHER ORDERED that the Liquidated Proceeds shall be turned over to the
23 Monitor and deposited in the Account, subject to further orders of this Court.

24  III.

25  IT IS FURTHER ORDERED that the Monitor is authorized to use funds in the Account
26 solely for the purpose of paying ordinary monthly expenses associated with the maintenance and
27 preservation of assets which are to be sold in accordance with the orders of this Court. In no case
28 may the Monitor expend more than $20,000 per month for such expenses without further order of

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

799597.04/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR
-2-

1 the Court. The Monitor shall provide a monthly report to Trabulse and the Commission reflecting
2 the payments from the Accounts.

3                                               IV.

4     IT IS FURTHER ORDERED that all prior orders of the Court concerning injunctive or
5 other ancillary relief are incorporated herein by this reference as though set forth in full and
6 remain in full force and effect as though set forth in full herein.

7     IT IS SO STIPULATED:

8 Dated: August 6, 2008                          /s/
                                                 Mark P. Fickes
9                                                Erin E. Schneider
                                                 Attorneys for Plaintiff
10                                               SECURITIES AND EXCHANGE
                                                 COMMISSION
11

12
 Dated: August 6, 2008                          /s/
13                                               Michael D. Celio
                                                 Clement S. Roberts
14                                               Attorneys for Defendant ALEXANDER JAMES
                                                 TRABULSE, and Relief Defendants FAHEY
15                                               FUND, L.P., FAHEY FINANCIAL GROUP,
                                                 INC., INTERNATIONAL TRADE & DATA,
16                                               and ITD TRADING

17
 Dated: August 6, 2008                          /s/
18                                               Michael A. Grassmueck, Monitor

19

20     I hereby attest that I have on file all holograph signatures for any signatures indicated by a
21 "conformed" signature (/s/) within this efiled document.

22 Dated: August 7, 2008              ALLEN MATKINS LECK GAMBLE MALLORY
                                       & NATSIS LLP
23

24                                    By:/s/
                                         David R. Zaro
25                                       Attorneys for Monitor
                                         MICHAEL A. GRASSMUECK
26

27 \\\

28 \\\

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

799597.04/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR
-3-

1 | The Court, having considered this proposed Stipulation and Order, adopts as its order the
2 | provisions of paragraphs I through IV, above.
3 |     IT IS SO ORDERED:
4 | Dated: August 7, 2008.

*[Stamp: IT IS SO ORDERED / Judge William Alsup / signature]*

William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

7 | Prepared by:
8 | David R. Zaro, Esq. (SBN 124334)
   Allen Matkins Leck Gamble Mallory & Natsis LLP
9 | 515 S. Figueroa Street, 9th Floor
   Los Angeles, CA 90071-3398
10 | 213.622.5555 **P** | 213.620.8816 **F**
    dzaro@allenmatkins.com

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

799597.04/LA

STIPULATION AND [PROPOSED] ORDER
MODIFYING ORDERS APPOINTING
MONITOR
-4-