DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>NOTICE OF MOTION TO APPROVE CLAIMS PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE<br><br>Date: October 16, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>       United States District Court<br>       Northern District of California-<br>       San Francisco Division<br>       450 Golden Gate Avenue<br>       San Francisco, CA 94102 |

PLEASE TAKE NOTICE THAT Michael A. Grassmueck, the Court-appointed corporate monitor (the "Monitor") with regard to the Fahey Fund, L.P.; Fahey Financial Group, Inc.; International Trade & Data; and ITD Trading (collectively, the "Relief Defendants") and Alexander James Trabulse ("Trabulse"), has submitted a motion this Court (the "Motion") for an order to approve claims procedures and to establish a claims bar date.

On December 17, 2007, the Court entered the Order Appointing Monitor And Other Ancillary Relief ("Monitor Order"), which authorized the appointment of the Monitor with regard to the Relief Defendants and Trabulse.  Pursuant to the Monitor Order, the Monitor was empowered and directed to, among other things, conduct such investigation as would be necessary to locate and account for the Relief Defendants' assets, and review the overall operation of the Relief Defendants in accordance with the Monitor Order.

On February 13, 2008, the Court entered an Order implementing certain recommendations of the Monitor, and which also incorporated the terms of the Monitor Order (the "Modified Order").  The Modified Order authorized the Monitor to, among other things, undertake the review and analysis of claims, and determine the allowance of claims, through a claims review process, and assist in the sale and liquidation of assets.

In connection with his duties under the Modified Order, and based on the timing of this case and the existence of funds available for distribution to investors and creditors, the Monitor has determined that it is appropriate to commence the claims review and analysis process.  The first step in the process is to obtain Court approval of the following: (i) the procedure to be used by the Monitor for the solicitation, review and allowance of claims, (ii) a date certain (the "Bar Date") by which the Monitor must receive proofs of claim of any type against any of the Relief Defendants, and (iii) the form and manner of notice of the Bar Date to be sent to investors and creditors, (collectively, the "Claims Procedures").

PROPOSED CLAIMS PROCEDURES

The Monitor proposes that once the Court has approved the form and content of a Notice of Bar Date for Submitting Any and All Claims (the "Notice of Bar Date") (attached as Exhibit A to the Motion), the Monitor shall mail the Notice of Bar Date along with an approved proof of claim form to all known and suspected interested parties, and will publish notice in appropriate newspapers of general readership.  The establishment of a Bar Date is necessary in order to provide certainty and finality to the claims process and to allow for the timely wind-down of the monitorship.  Once the Bar Date has passed and the Monitor has reviewed the claims, the Monitor will bring an omnibus motion or motions for approval of claims, rejection of claims, and

1  disbursement of proceeds. All claimants will receive notice of this omnibus motion or motions
2  with information about how his/her or its claim will be treated, so that a claimant whose claim is
3  rejected can file an opposition to the motion if the claimant wishes to be heard.

4  NOTICE

5        The Monitor intends to provide creditors at least ninety (90) days notice to file a proof of
6  claim from the date of receipt of the Notice of Bar Date. Setting the Bar Date ninety-five (95)
7  days from the date of mailing the Notice of Bar Date will ensure that creditors have sufficient
8  notice within which to file their claims with the Monitor. The Monitor will also publish notice of
9  the Bar Date in appropriate newspapers and on the Monitor's website.

10 EFFECT OF FAILURE TO FILE PROOF OF CLAIM

11       Any party who is required to file a proof of claim and otherwise fails to do so by the Bar
12 Date: (i) should not, with respect to any such claim, be treated as a creditor or claimant of the
13 Relief Defendants, (ii) should be forever barred, estopped and enjoined from (a) filing a proof of
14 claim at a later date with respect to such claim, (b) asserting any claim against the Relief
15 Defendants, and (c) participating in any distribution in this case on account of such claim, and (iii)
16 the Monitor and Relief Defendants should be discharged forever from any and all indebtedness or
17 liability in respect of such claim.

18       PLEASE TAKE FURTHER NOTICE that copies of the Motion can be viewed at or
19 obtained from the Clerk of the Court, U.S. District Court, Northern District of California, San
20 Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102, or by writing to counsel
21 to the Monitor at the above-referenced address.

22
23
24
25 ////
26 ////
27 ////
28 ////

1  PLEASE TAKE FURTHER NOTICE any objecting party may file a response not later
2 than twenty-one (21) days prior to the hearing date, pursuant to Local Rule 7-3. Failure to file a
3 response may be deemed as a waiver of any opposition to the Motion.

4

5 Dated: September 9, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
YALE K. KIM

By: /s/ Yale K. Kim
Yale K. Kim
Attorneys for Michael A. Grassmueck,
Monitor