1   DAVID R. ZARO (BAR NO. 124334)
     YALE K. KIM (BAR NO. 188895)
2   ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3   515 South Figueroa Street, Ninth Floor
     Los Angeles, California 90071-3309
4   Phone:  (213) 622-5555
     Fax:  (213) 620-8816
5   Email: dzaro@allenmatkins.com
        ykim@allenmatkins.com
6

7   Attorneys for Michael A. Grassmueck, Monitor

8             UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, | Case No. C 07-4975 (WHA) |
| 12           Plaintiff, | ORDER ON MOTION TO APPROVE CLAIMS PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE |
| 13 | |
| 14     vs. | |
| 15  ALEXANDER JAMES TRABULSE, | Date:   October 16, 2008 |
| 16          Defendant. | Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor |
| 17     and | United States District Court<br>Northern District of California- |
| 18  FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, | San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 19 | |
| 20       Relief Defendants. | |
| 21 | |

22

23

24

25

26

27

28

1        This Court, having reviewed the Motion For Order Approving Claims Procedure And For

2   Order Establishing Claims Bar Date, (the "Motion"), filed by the monitor Michael A. Grassmueck

3   (the "Monitor"), and good cause appearing therefore, orders as follows:

4        1.      The Motion is granted in its entirety.

5        2.      The Notice of Bar Date attached as Exhibit A is hereby approved and the Monitor

6   shall mail the Notice of Bar Date to creditors, investors and parties of interest.

7        3.      The Notice for Publication attached hereto as Exhibit B is hereby approved and the

8   Monitor shall have it published in appropriate newspapers of general readership.

9        4.      The Proof of Claim Form attached hereto as Exhibit C is hereby approved and the

10  Monitor shall mail the Proof of Claim form with the Notice of Bar Date to creditors, investors and

11  parties of interest.

12       5.      The last date by which the Monitor must receive proofs of claim of any type against

13  any of Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD

14  Trading, and their subsidiaries and affiliates and any entities controlled by them, (collectively

15  referred to as the "Relief Defendants") is fixed at the date ninety-five (95) days from the date that

16  the Notice of Bar Date is mailed by the Monitor to creditors, investors and parties of interest.

17       6.      Those asserting a claim against the Relief Defendants, must file their claims with

18  the Monitor by the Bar Date or forever be barred from asserting a claim against the Relief

19  Defendants.

20

21       **IT IS SO ORDERED.**

22

23  Dated:                                    _____

24                                            WILLIAM H. ALSUP
                                              U.S. DISTRICT COURT JUDGE

25

26

27

28

**EXHIBIT A**

1  DAVID R. ZARO (BAR NO. 124334)
    YALE K. KIM (BAR NO. 188895)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  515 South Figueroa Street, Ninth Floor
    Los Angeles, California 90071-3309
4  Phone: (213) 622-5555
    Fax: (213) 620-8816
5  Email: dzaro@allenmatkins.com
         ykim@allenmatkins.com
6
    Attorneys for Michael A. Grassmueck, Monitor
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO

| | |
|---|---|
| 11  SECURITIES AND EXCHANGE COMMISSION, | Case No. C 07-4975 (WHA) |
| 12  Plaintiff, | NOTICE OF BAR DATE FOR SUBMITTING ANY AND ALL CLAIMS |
| 13  vs. | DEADLINE FOR FILING CLAIMS [DATE] |
| 14  ALEXANDER JAMES TRABULSE, | |
| 15  Defendant. | |
| 16  and | |
| 17  FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, | |
| 18  Relief Defendants. | |

PLEASE TAKE NOTICE that the United States District Court for the Northern District of California, San Francisco Division, ("District Court") has entered its order establishing a deadline of [DATE], by which proofs of claim must be received by the Court appointed monitor, Michael A. Grassmueck, ("Monitor") by all persons or entities that hold or assert that they have or hold a claim against or interest in Fahey Fund, L.P.; Fahey Financial Group, Inc.; International Trade & Data; and ITD Trading (collectively, the "Relief Defendants").

Pursuant to the orders of the District Court, the Monitor has been charged with holding the proceeds from the collection and liquidation of assets of the Relief Defendants and money received from Trabulse. As a result, and in accordance with the consent of the Securities and Exchange Commission and the District Court, there will be a distribution made to claimants. Only those individuals and entities who hold claims allowed by the District Court will be eligible to receive distributions from the Monitor.

All persons or entities asserting a claim against or right to distribution from any of the Relief Defendants or otherwise wish to pursue relief related to a claim against the Relief Defendants based upon, among other things, an investment with or in any of the Relief Defendants, must do so by filing a Proof of Claim as provided herein and the Proof of Claim form distributed by the Monitor. Accordingly, if you fall within any of the following categories, your Proof of Claim must be received by the Monitor before [DATE] at 5:00 p.m. PST:

- If you were an investor with, through or in any of the Relief Defendants or claim that you made an investment with any of the Relief Defendants with or through any person or entity during the period 1997 through the present;

- If you assert an interest with or in any of the Relief Defendants or any of its assets;

- If you assert a claim against any of the Relief Defendants or any entity under its control based on primary, secondary, direct, indirect, secured, unsecured, or contingent liabilities;

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

804062.02/LA

-2-

NOTICE OF BAR DATE

Exhibit A -- Page 4

1       •    If you assert a claim of any sort against any of the Relief Defendants or any

2   entity under its control whether such claim is based upon contract, tort, contribution, indemnity,

3   reimbursement, subrogation theories or other legal or equitable theory; or

4       •    If you assert a claim against any other person or entity arising out of or based

5   upon (a) any investment in any of the Relief Defendants or any investment made with or

6   through any of the Relief Defendants; (b) any interest in any of the Relief Defendants or any of

7   its assets or any claim against any of the Relief Defendants or any entity under its control based

8   on primary, secondary, direct, indirect, secured, unsecured, or contingent liabilities; or (c) any

9   claim of any sort against any of the Relief Defendants or any entity under its control whether

10  such claim is based upon contract, tort, contribution, indemnity, reimbursement, subrogation

11  theories or other legal or equitable theory.

12      **THIS BAR DATE NOTICE APPLIES TO (1) EVERY CLAIM AGAINST THE
    RELIEF DEFENDANTS OR ANY ENTITY UNDER THE RELIEF DEFENDANTS'**
13  **CONTROL AND (2) EVERY CLAIM AGAINST ANY OTHER PERSON OR ENTITY
    ARISING OUT OF OR RELATED TO ANY CLAIM AGAINST THE RELIEF**
14  **DEFENDANTS OR ANY ENTITY UNDER THE RELIEF DEFENDANTS' CONTROL.
    DISTRIBUTIONS WILL BE MADE ONLY TO PERSONS OR ENTITIES WHO HAVE**
15  **SUBMITTED CLAIMS WHICH ARE ALLOWED BY THE DISTRICT COURT.**

16

17      When you submit a Proof of Claim form in this case, you consent to the jurisdiction of

18  the District Court for all purposes, including a determination on a summary basis, among other

19  things, as to the validity and amount of your claim.  In submitting a Proof of Claim, you agree

20  to be bound by the actions of the District Court even if that means that your claim is limited or

21  denied entirely.  By submitting a Proof of Claim, you further agree that your participation in

22  any distribution from the Monitor may exclude you from any other remedies against the Relief

23  Defendants or any other person or entity based upon your claim.

24      In order to assist the Monitor, in reviewing your claim and reconciling it with the books

25  and records of the Relief Defendants, you must submit, in addition to your Proof of Claim, a

26  copy of all documents evidencing your claim, including but not limited to any canceled checks

27  (front and back), bank statements, account ledgers, invoices, statements, or other documents

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

804062.02/LA

-3-

NOTICE OF BAR DATE

Exhibit A – Page 5

1   evidencing the amount or basis of your claim, and any document evidencing a security interest,

2   if any.  **FAILURE TO SUBMIT APPROPRIATE SUPPORTING DOCUMENTS MAY**

3   **RESULT IN DENIAL OF YOUR CLAIM.**

4       You must inform the Monitor if you change your address after you submit your proof of

5   claim or interest.  In addition, you should also inform the Monitor if the address to which this

6   notice was mailed is incorrect.

7       **IF YOUR PROOF OF CLAIM IS NOT RECEIVED BY THE MONITOR**

8   **BEFORE [DATE] AT 5:00 P.M. PST, YOU WILL BE FOREVER BARRED FROM**
    **SEEKING OR PURSUING RECOVERY ON ANY CLAIM YOU MAY HAVE OR**

9   **HOLD WHICH RELATES TO OR ARISES OUT OF ANY INVESTMENT WITH,**
    **THROUGH OR IN THE RELIEF DEFENDANTS OR ANY CLAIMS YOU MAY**

10  **ASSERT AGAINST THE RELIEF DEFENDANTS OR ANY OF THEM.  YOU MAY**
    **WANT TO CONSULT YOUR OWN ATTORNEY.  YOU HAVE THE SOLE**

11  **RESPONSIBILITY TO CORRECTLY AND TIMELY FILE THE PROOF OF CLAIM**
    **FORM.**

12

13      To file your proof of claim, you must mail the original proof of claim to the Monitor at:

14  Michael A. Grassmueck, Monitor, PO Box 3649, Portland, Oregon 97208-3649 (to receive a

15  conformed (date-stamped) copy of your filed Proof of Claim form, enclose an extra copy of the

16  form, along with a stamped, self-addressed envelope).  You may also visit the Monitor's

17  website at www.grassmueckgroup.com/fahey_fund.php, to obtain a copy of the proof of claim

18  form and instructions for filing your proof of claim.

19

20  Dated: _____, 2008      ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP

21          DAVID R. ZARO
    YALE K. KIM

22

23          By: _____

24             Yale K. Kim
            Attorneys for Michael A. Grassmueck,

25          Monitor

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

804062.02/LA

-4-

NOTICE OF BAR DATE

Exhibit A – Page 6

**EXHIBIT B**

**\*\*FOR PUBLICATION NOTICE ONLY\*\***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA –SAN FRANCISCO DIVISION
Case No. C 07-4975 (WHA)

**NOTICE OF BAR DATE FOR SUBMITTING CLAIMS
DEADLINE FOR FILING CLAIMS:  [DATE]**

SECURITIES AND EXCHANGE COMMISSION, Plaintiff
v.
ALEXANDER JAMES TRABULSE, FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, Defendants.

PLEASE TAKE NOTICE that the United States District Court for the Northern District of California, San Francisco Division, ("District Court") has entered an order establishing a deadline by which proofs of claim must be submitted to the Monitor by all persons or entities that hold or assert that they have or hold a claim against or interest in Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading, as well as their predecessors, subsidiaries, affiliates, and any entities controlled by them (collectively, the "Relief Defendants").

All persons or entities asserting a claim against or right to distribution from any of the Relief Defendants or otherwise wish to pursue relief related to a claim against the Relief Defendants or their subsidiaries and affiliates based upon, among other things, an investment in any of the Relief Defendants, must do so by filing a Proof of Claim.  If you have not received a Proof of Claim form, you can obtain one by visiting **www.grassmueckgroup.com/fahey_fund.php** or by writing to Michael A. Grassmueck, Monitor, P.O. Box 3649, Portland, Oregon 97208-3649.  If you fall within any of the following categories, **your Proof of Claim must be received by the Monitor by no later than [DATE] at 5:00 p.m. PST:**

- If you were an investor with, through or in any of the Relief Defendants or if you assert an interest in any of the Relief Defendants or any of their assets;

- If you assert a claim against any of the Relief Defendants or any entity under their control based on primary, secondary, direct, indirect, secured, unsecured, or contingent liabilities, or whether such claim is based upon contract, tort, contribution, indemnity, reimbursement, subrogation theories or other legal or equitable theory; or

- If you assert a claim against any other person or entity arising out of or based upon (a) any investment with, through or in any of the Relief Defendants; (b) any interest in any of the Relief Defendants or any of their assets or any claim against any of the Relief Defendants or any entity under their control based on primary, secondary, direct, indirect, secured, unsecured, or contingent liabilities; or (c) any claim of any sort against any of the Relief Defendants or any entity under their control whether such claim is based upon contract, tort, contribution, indemnity, reimbursement, subrogation theories or other legal or equitable theory.

When you submit a Proof of Claim form in this case, you consent to the jurisdiction of the District Court for all purposes, including a determination, among other things, as to the validity and amount of your claim.  In submitting a Proof of Claim, you agree to be bound by the actions of the District Court even if that means your claim is limited or denied.  By submitting a Proof of Claim, you further agree that your participation in any distribution from the Monitor may exclude you from any other remedies against the Relief Defendants or any other person or entity based upon your claim.

You must submit, in addition to your Proof of Claim, a copy of all documents evidencing your claim, including but not limited to any, canceled checks (front and back), bank statements, account ledgers, invoices, statements, or other documents evidencing the amount or basis of your claim, and any document evidencing a security interest, if any.

**IF YOU FAIL TO FILE A PROOF OF CLAIM BY [DATE] AT 5:00 P.M. PST, YOU WILL BE FOREVER BARRED FROM SEEKING OR PURSUING RECOVERY ON ANY CLAIM YOU MAY HAVE OR HOLD WHICH RELATES TO OR ARISES OUT OF ANY INVESTMENT IN THE RELIEF DEFENDANTS.  TO FILE YOUR PROOF OF CLAIM, YOU MUST MAIL THE ORIGINAL PROOF OF CLAIM TO THE MONITOR AT: MICHAEL A. GRASSMUECK, MONITOR, P.O. BOX 3649, PORTLAND, OREGON 97208-3649 (TO RECEIVE A DATE-STAMPED COPY OF YOUR FILED PROOF OF CLAIM FORM, ENCLOSE AN EXTRA COPY OF THE FORM, ALONG WITH A STAMPED, SELF-ADDRESSED ENVELOPE).  YOU MAY ALSO VISIT THE MONITOR'S WEBSITE AT** www.grassmueckgroup.com/fahey_fund.php, **TO OBTAIN A COPY OF THE PROOF OF CLAIM FORM AND INSTRUCTIONS FOR FILING YOUR PROOF OF CLAIM.**

Exhibit B

**EXHIBIT C**

| UNITED STATES DISTRICT COURT<br>**Northern District of California – San Francisco Division** | **PROOF OF CLAIM** |
|---|---|

*SECURITIES AND EXCHANGE COMMISSION, Plaintiff*
*v.*
*Alexander James Trabulse, Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading, Defendants*

Case Number C 07-4975 (WHA)

**1.   NAME AND ADDRESS OF CLAIMANT :**

Name _____

Address _____

City / State / Zip Code _____

Telephone No. of Claimant: _____

Tax I.D. No. or SSN: _____

Account or Reference No: _____

**2.   CLAIMANT IS A(N):**    ☐ **INVESTOR**  (Go to Box 3)
                                    ☐ **CREDITOR**  (Go to Box 4)

If Claimant is both an Investor and a Creditor, please file separate Proof of Claim forms for each claim.

---

**3.   INVESTORS ONLY**

**3a.  Entity In or With Which You Claim To Have Invested:** (If you invested in or with several entities, provide separate Proof of Claim forms for each entity)

☐ Fahey Fund L.P.
☐ Fahey Financial Group, Inc.
☐ International Trade & Data
☐ ITD Trading
☐ Other: _____

**3b.  Total Amount of Claim as of December 17, 2007:** $_____

☐   Check this box if claim includes increases over principal invested, interest or other charges, such as attorneys' fees, damages, claims or late fees in addition to the principal amount of the claim.  Attach itemized statement of all additional amounts, interest or charges.

☐   Check this box if you contend your claim is subject to a security interest.  Attach copies of all documents that evidence the claim of secured status.

**3c.  Date and Amount of Funds Paid or Entrusted:**

Date:_____        Amount: $_____

Date:_____        Amount: $_____

**3d.  Date and Amount of Any Distributions (including interest, dividends or returns of principal) or Withdrawals:**

Date:_____        Amount: $_____

Date:_____        Amount: $_____

(Attach additional sheets as necessary to reflect the date and amount of all distributions.)

**3e.  Attach Certificates/Agreements:**

Attach to your Proof of Claim, copies of all Agreements, cancelled checks (front and back), bank statements, account ledgers, statements or other documents evidencing the amount and basis of your claim.

**\*You Must Date and Sign The Claim At Lines 7 and 8 Below For This Claim To Be Valid.**

---

**4.   CREDITORS ONLY**

**4a. Basis of Claim:**

☐   Goods Sold
☐   Services Performed
☐   Money Loaned
☐   Taxes
☐   Wages, salaries or compensation (fill out below)
      Your SS#_____
      Unpaid compensation for services performed
      from _____ to _____ (dates)
☐   Benefits (provide a detailed explanation on attached sheet)
☐   Other (provide a detailed explanation on attached sheet)

**4b.  Entity/Person with whom claim was incurred:** _____

**4c.  Date Claim was Incurred:**_____

**4d.  If Legal Action Pending, Date Commenced, Court and Case No.:**
_____
_____
_____

If Court Judgment, Date Obtained:_____

**4e.  Total Amount of Claim as of December 17, 2007:** $_____

☐   Check this box if you contend your claim is subject to a security interest. Attach copies of all security agreements and other documents that evidence the claim of secured status.

☐   Check this box if claim includes interest or other charges, such as attorney's fees, lost profits or late fees in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

---

**5.   Supporting Documents:**  *Attach copies of supporting documents,* such as canceled checks (front and back), account ledgers, bank statements, promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary.

**6.   Date-Stamped Copy:**  To receive an acknowledgment of the filing of your Proof of Claim form, enclose a stamped, self-addressed envelope and copy of this proof of claim.

---

| **7.**  Date | **8.**  Sign and print the name and title, if any, of all claimants or other persons authorized to file this claim (attach copy of power of attorney, death certificate or other document as needed if co-owner is unable to sign): |
|---|---|

#804460 v2 - sec/trabuse: proof of claim form exhibit c

Exhibit C – Page 8          Exhibit C

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

## UNITED STATES DISTRICT COURT
### Northern District of California – San Francisco Division

SECURITIES AND EXCHANGE COMMISSION, Plaintiff

v.

Alexander James Trabulse, Fahey Fund, L.P., Fahey Financial Group, Inc.,
International Trade & Data, and ITD Trading, Defendants

Case Number C 07-4975 (WHA)

## GENERAL INFORMATION

Michael A. Grassmueck, the Monitor in the above-captioned case, has determined that there will likely be some assets to distribute to creditors and investors. The amount of funds available for distribution has not been determined; however, the Monitor believes that the best source of compensation to the investors and creditors is from the funds that the Monitor has recovered in this matter and investors and creditors are strongly encouraged to file claims using the attached form. **If your Proof of Claim is not received before [DATE] at 5:00 p.m. PST, you will lose your right to receive any distributions from the Monitor and your claim will be barred.**

1.  **WHO MUST FILE A PROOF OF CLAIM FORM?** You must file a Proof of Claim form if you believe that you are owed any money by the following Defendants: Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading, and their subsidiaries and affiliates and any entities controlled by them (collectively referred to as the "Relief Defendants") or if you assert a claim against any other person or entity arising out of or based upon (a) any investment with, through, or in any of the Relief Defendants; (b) any interest in any of the Relief Defendants or any of their assets (c) any claim against any of the Relief Defendants or any entity under their control based on primary, secondary, direct, indirect, secured, unsecured, or contingent liabilities; or (d) any claim of any sort against any of the Relief Defendants or any entity under their control whether such claim is based upon contract, tort, contribution, indemnity, reimbursement, subrogation theories or other legal or equitable theory. Proof of Claim forms must be filed by claimants who are Investors and/or Creditors of the above-listed Relief Defendants and their affiliates and subsidiaries. If you are both an Investor and Creditor, or are an Investor with or through more than one of the Relief Defendants or affiliates or subsidiaries, file separate Proof of Claim forms for each and every claim or interest you allege to have against them or any of them. **Note that a failure to submit a signed Proof of Claim form and supporting documentation may result in the denial of your claim.**

2.  **CONSENT TO JURISDICTION OF THE COURT AND THE CONSEQUENCES THEREOF.** If you submit a Proof of Claim form in this case, you consent to the jurisdiction of United States District Court for the Northern District of California, San Francisco Division ("District Court") for all purposes, agree to be bound by its decisions, including a determination, among other things, as to the validity and amount of your claim against the Relief Defendants, affiliates, subsidiaries or other persons or entities as identified in paragraph 1. In submitting a Proof of Claim, you agree to be bound by the actions of the District Court even if that means that your claim is limited or denied. By submitting a Proof of Claim, you further agree that your participation in any distribution from the Monitor may exclude or prevent you from pursuing any other remedies.

3.  **WHERE MUST THE PROOF OF CLAIM FORM BE SENT?** The completed Proof of Claim form, along with all supporting documentation must be mailed to: Michael A. Grassmueck, Monitor, PO Box 3649, Portland, Oregon 97208. You may visit www.grassmueckgroup.com/fahey_fund.php, and obtain a copy of the Proof of Claim form and instructions.

4.  **WHEN IS THE DEADLINE TO FILE THIS PROOF OF CLAIM FORM?** The Proof of Claim form must be received by the Monitor before [DATE] at 5:00 p.m. PST. Please note that any late filed claim will be objected to and denied in its entirety.

5.  **AM I AN INVESTOR OR CREDITOR?** If you believe you have or allege you have purchased stock or bonds through the Relief Defendants or otherwise invested with, through or in the above-listed Relief Defendants or their affiliates and subsidiaries (see Paragraph 3a of the Claim for names of some of the other entities), you are an Investor. If you have performed services for the Relief Defendants, sold merchandise, loaned money, or were an employee of the above-listed Relief Defendants or their affiliates or subsidiaries, you are a Creditor. All other claimants to whom the Relief Defendants owe a debt, which debts are not based on the purchase of stocks or other investments, are also Creditors. Based on your categorization as either an Investor or Creditor, fill in the appropriate section of the attached Proof of Claim form. If you believe that you are both an Investor and a Creditor, fill out two (2) separate Proof of Claim forms. In either case, you must sign the form at line 8.

6.  **SUPPORTING DOCUMENTS.** You must attach to the Proof of Claim form copies of all documents that show that the Relief Defendants owe the debts or amounts claimed, or if the documents are lengthy, a summary of those documents. If supporting documents are not available, you must attach an explanation of why they are not available. Failure to provide such documents may result in the denial of your claim.

7.  **TAXES.** The Monitor cannot provide tax advice. You are encouraged to seek independent advice with regard to the filing of claims.

8.  **ADDITIONAL INFORMATION.** Note that additional information regarding filing the Proof of Claim form, along with additional blank forms, can be obtained at www.grassmueckgroup.com/fahey_fund.php or you may write to the Monitor at the following address: Michael A. Grassmueck, Monitor, P.O. Box 3649, Portland, Oregon 97208.

Exhibit C – Page 9

Exhibit C

# INFORMATION ON COMPLETING THE PROOF OF CLAIM FORM

1. **Information about Claimant.** Complete this section giving the name, address and telephone number of the Claimant to whom the Relief Defendants owe money or property, and any account or reference number associated with such debt.

2. **Claimant Type.** Indicate in this box whether you are an Investor or Creditor (as defined in the General Information section above). If you are both an Investor and a Creditor, please file separate Proof of Claim forms for each claim. Upon completing this box, if you have marked Investor, please proceed to box 3; if you have marked Creditor, please proceed to box 4.

3. **FOR INVESTORS ONLY.**
   **3a.** Indicate the name of the entity with, through, or in which you claim to have invested funds.
   **3b.** **Claim Amount.** State the amount you invested or paid to the Relief Defendants or their predecessors, affiliates or subsidiaries as of December 17, 2007. If said claim amount includes increases over principal invested, such as interest, attorneys fees, damages, claims or late fees, please mark the appropriate box below the claim amount and provide a detailed break-down of the claim. Also attach all documentation supporting said claim amount and the calculation of same. Also, if you allege that your claim is subject to a security interest, mark the appropriate box in this section and provide all supporting documentation evidencing the secured status of your claim.
   **3c.** **Date and Amount of Funds Invested.** Indicate in this section each time you made an investment with the applicable Relief Defendant by indicating the investment date and the investment amount. Attach additional sheets as necessary to reflect all investments.
   **3d.** **Date and Amount of any Distributions or Withdrawals.** Indicate the date of any distributions or withdrawals from the applicable Relief Defendant by indicating the date and amount of each said distribution or withdrawal. Attach additional sheets as necessary to reflect the date and amount of all transfers of money out of the applicable Relief Defendant. (Investors go to Section 5 of the Proof of Claim and complete Sections 5 – 8.)
   **3e.** Attach to your Proof of Claim, copies of all Agreements, Certificates, and any other documents you contend reflect the terms of your agreement or investment with any of the Relief Defendants.

4. **FOR CREDITORS ONLY.**
   **4a.** Indicate the basis of your claim in this section.
   **4b.** Entity/Person with whom claim was incurred: Identify the person or entity you believe owes you the money.
   **4c.** **Date the Claim was Incurred.** Indicate the date on which the amount you allege to be owed arose.
   **4d.** **Pending Legal Action.** If you have commenced a legal action against any of the Relief Defendants, provide the details of said legal action here. Attach any additional pages of description and supporting documentation. Also, please provide any information regarding court judgments obtained against any of the above-captioned defendants.
   **4e.** **Total Claim Amount as of December 17, 2007.** State your claim amount as of December 17, 2007. Also, mark the applicable box if you contend your claim is subject to a security interest, and attach copies of all security agreements and other documents that evidence the claim of secured status. Mark the applicable box if your claim amount includes interest or other charges, such as attorneys fees, lost profits, or late fees in addition to the principal amount of your claim, and attach an itemized statement of all such additional charges.

5. **Supporting Documentation.** Note that in addition to filling out the Proof of Claim form, you should provide supporting documentation evidencing your claim. Supporting documentation may include documents such as canceled checks, bank statements, account ledgers, promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, or evidence of perfection of liens. Furthermore, feel free to provide any additional pages of explanation or narrative discussing your claim and claim amount.

6. **Acknowledgement of Filing.** To receive an acknowledgement of the filing of your Proof of Claim form, enclose an additional copy of the Proof of Claim form, along with a self-addressed, stamped envelope when filing the original form.

7. **Date.** Insert the date on which you completed and signed the Proof of Claim form.

8. **Signature.** Sign the Proof of Claim form and indicate your title, if applicable.

Exhibit C – Page 10

Exhibit C