DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>    Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>CERTIFICATE OF SERVICE ON MAIN PARTIES TO ACTION<br><br>Date: October 16, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>      United States District Court<br>      Northern District of California-<br>      San Francisco Division<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102 |

<strong><u>PROOF OF SERVICE</u></strong>

STATE OF CALIFORNIA                ) 
                                   ) ss.: 
COUNTY OF LOS ANGELES              )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, 7th Floor, Los Angeles, California 90071-3398.

    On **September 10, 2008**, I served the foregoing documents described as

**NOTICE OF MOTION TO APPROVE CLAIMS PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE; MOTION TO APPROVE CLAIMS PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE [Exhibits "A" – "C"]; DECLARATION OF MICHAEL A. GRASSMUECK IN SUPPORT OF MOTION; ORDER ON MOTION TO APPROVE CLAIMS PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE**

on the interested parties in this action by placing a true copy enclosed in sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

  __X__  **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ____  **BY FACSIMILE TRANSMISSION:** from facsimile machine telephone number (213) 620-8816 to the facsimile number(s) indicated above.

  ____  **BY FEDERAL EXPRESS or OTHER OVERNIGHT DELIVERY SERVICE:** for delivery on the next business day.

    Executed on **September 10, 2008**, at Los Angeles, California.

  __X__  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

| Lorrie Anderson | *Lorrie Anderson* |
|---|---|
| (Type or print name) | (Signature) |

## SERVICE LIST

<u>Attorney for Defendant and Relief Defendants</u>
Michael D. Celio, Esq.
Keker & Van Nest LLP
710 Sansome Street
San Francisco, California 94111-1704

Office of the Securities and Exchange Commission
Helane L. Morrison, Esq.
Mark P. Fickes, Esq.
Erin E. Schneider, Esq.
44 Montgomery Street, Suite 2600
San Francisco, CA 94104