DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>    Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>CERTIFICATE OF SERVICE ON INVESTORS AND CREDITORS<br><br>Date: October 16, 2008<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>    United States District Court<br>    Northern District of California-<br>    San Francisco Division<br>    450 Golden Gate Avenue<br>    San Francisco, CA 94102 |

1  I, Geoff Winkler, am employed with The Grassmueck Group in the County of Multnomah,
2  State of Oregon. I am over the age of 18 years and not a party to the within action. My business
3  mailing address is P. O. Box 3649, Portland, Oregon 97208-5248.
4  On September 9, 2008, I hereby certify that the office staff of the corporate monitor,
5  Michael A. Grassmueck, served the attached NOTICE OF MOTION TO APPROVE CLAIMS
6  PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE on all known
7  investors and creditors of the monitorship. The list of service parties is attached hereto with home
8  addresses redacted to protect confidentiality.
9  I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct.
11  Executed this 9th day of September, 2008, at Portland, Oregon.

GEOFF WINKLER

DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>    Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>NOTICE OF MOTION TO APPROVE CLAIMS PROCEDURES AND FOR ORDER ESTABLISHING CLAIMS BAR DATE<br><br>Date:  October 16, 2008<br>Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>       United States District Court<br>       Northern District of California-<br>       San Francisco Division<br>       450 Golden Gate Avenue<br>       San Francisco, CA 94102 |

PLEASE TAKE NOTICE THAT Michael A. Grassmueck, the Court-appointed corporate monitor (the "Monitor") with regard to the Fahey Fund, L.P.; Fahey Financial Group, Inc.; International Trade & Data; and ITD Trading (collectively, the "Relief Defendants") and Alexander James Trabulse ("Trabulse"), has submitted a motion this Court (the "Motion") for an order to approve claims procedures and to establish a claims bar date.

On December 17, 2007, the Court entered the Order Appointing Monitor And Other Ancillary Relief ("Monitor Order"), which authorized the appointment of the Monitor with regard to the Relief Defendants and Trabulse. Pursuant to the Monitor Order, the Monitor was empowered and directed to, among other things, conduct such investigation as would be necessary to locate and account for the Relief Defendants' assets, and review the overall operation of the Relief Defendants in accordance with the Monitor Order.

On February 13, 2008, the Court entered an Order implementing certain recommendations of the Monitor, and which also incorporated the terms of the Monitor Order (the "Modified Order"). The Modified Order authorized the Monitor to, among other things, undertake the review and analysis of claims, and determine the allowance of claims, through a claims review process, and assist in the sale and liquidation of assets.

In connection with his duties under the Modified Order, and based on the timing of this case and the existence of funds available for distribution to investors and creditors, the Monitor has determined that it is appropriate to commence the claims review and analysis process. The first step in the process is to obtain Court approval of the following: (i) the procedure to be used by the Monitor for the solicitation, review and allowance of claims, (ii) a date certain (the "Bar Date") by which the Monitor must receive proofs of claim of any type against any of the Relief Defendants, and (iii) the form and manner of notice of the Bar Date to be sent to investors and creditors, (collectively, the "Claims Procedures").

PROPOSED CLAIMS PROCEDURES

The Monitor proposes that once the Court has approved the form and content of a Notice of Bar Date for Submitting Any and All Claims (the "Notice of Bar Date") (attached as Exhibit A to the Motion), the Monitor shall mail the Notice of Bar Date along with an approved proof of claim form to all known and suspected interested parties, and will publish notice in appropriate newspapers of general readership. The establishment of a Bar Date is necessary in order to provide certainty and finality to the claims process and to allow for the timely wind-down of the monitorship. Once the Bar Date has passed and the Monitor has reviewed the claims, the Monitor will bring an omnibus motion or motions for approval of claims, rejection of claims, and

1  disbursement of proceeds. All claimants will receive notice of this omnibus motion or motions
2  with information about how his/her or its claim will be treated, so that a claimant whose claim is
3  rejected can file an opposition to the motion if the claimant wishes to be heard.

4  NOTICE

5  The Monitor intends to provide creditors at least ninety (90) days notice to file a proof of
6  claim from the date of receipt of the Notice of Bar Date. Setting the Bar Date ninety-five (95)
7  days from the date of mailing the Notice of Bar Date will ensure that creditors have sufficient
8  notice within which to file their claims with the Monitor. The Monitor will also publish notice of
9  the Bar Date in appropriate newspapers and on the Monitor's website.

10 EFFECT OF FAILURE TO FILE PROOF OF CLAIM

11 Any party who is required to file a proof of claim and otherwise fails to do so by the Bar
12 Date: (i) should not, with respect to any such claim, be treated as a creditor or claimant of the
13 Relief Defendants, (ii) should be forever barred, estopped and enjoined from (a) filing a proof of
14 claim at a later date with respect to such claim, (b) asserting any claim against the Relief
15 Defendants, and (c) participating in any distribution in this case on account of such claim, and (iii)
16 the Monitor and Relief Defendants should be discharged forever from any and all indebtedness or
17 liability in respect of such claim.

18 PLEASE TAKE FURTHER NOTICE that copies of the Motion can be viewed at or
19 obtained from the Clerk of the Court, U.S. District Court, Northern District of California, San
20 Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102, or by writing to counsel
21 to the Monitor at the above-referenced address.

25 ////
26 ////
27 ////
28 ////

PLEASE TAKE FURTHER NOTICE any objecting party may file a response not later than twenty-one (21) days prior to the hearing date, pursuant to Local Rule 7-3. Failure to file a response may be deemed as a waiver of any opposition to the Motion.

Dated: September 9, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
YALE K. KIM

By: _____
Yale K. Kim
Attorneys for Michael A. Grassmueck, Monitor

Fahey Fund Investor Service List

| Name | City | State | Zip |
|---|---|---|---|
| Anna and Cole Stratton | Vallejo | CA | 94591 |
| Anna Marie Ketelsen | Santa Rosa | CA | 95405 |
| Anna Stratton | Vallejo | CA | 94591 |
| Anne Fisher | San Francisco | CA | 94114 |
| Anthony Maffei | Daly City | CA | 94015 |
| Barbara Collier | Boca Raton | FL | 33434 |
| Bastian S. Villarama | West Covina | CA | 91791 |
| Brian R. Deans | Berkeley | CA | 94705 |
| Brian R. Deans, IRA | Berkeley | CA | 94705 |
| Cassandra Hawthorne | Daly City | CA | 94015 |
| Catherine O'Riley | Grass Valley | CA | 95949 |
| Cathryn Constantin | San Rafael | CA | 94901 |
| Celia Neimark | Youngstown | OH | 44505-2110 |
| Charles Harris | Ft. Lauderdale | FL | 33309 |
| Chris Garlington | San Francisco | CA | 94108 |
| Cornfield Family Trust & Michael I. Cornfield, D.P.M. | Brea | CA | 92821-3553 |
| Dale Singh | San Francisco | CA | 94110 |
| Dan O'Connell | Los Gatos | CA | 95032 |
| Daniel J. Elliott | Lighthouse Point | FL | 33074 |
| Dave Warren | Cambria | CA | 93428 |
| David J. Hingston | San Francisco | CA | 94112 |
| Dawn Collier | Boca Raton | FL | 33434 |
| Denise Danaher | Monterey | CA | 93942 |
| Dolores A. Adamopolous | Dublin | CA | 94568-3984 |
| Donald A. Duck | Novato | CA | 94947 |
| Donald G. Sather & Lee Ann Oliphant | Cambria | CA | 93428 |
| Douglas Perlstadt | Berkeley | CA | 94707 |
| Dustin Collier | Boca Raton | FL | 33434 |
| Dwain Davis | Templeton | CA | 93465 |
| Edmond C. Lelandais | Oroville | CA | 95966 |
| Eileen Hirst | San Francisco | CA | 94109 |
| Elijah Aaron Perlstadt Educational Trust & Douglas and Lori Perlstadt, TTE | Berkeley | CA | 94707 |
| Elizabeth Ohanneson | Nicasio | CA | 94946 |
| Ellen Ketelsen | Santa Rosa | CA | 95405 |
| Eric Southard | Nevada City | CA | 95959 |
| Erin Finn | Washington | PA | 15301 |
| Frank A. Panacci | Lafayette | CA | 94549 |
| Frederick Wyler | San Francisco | CA | 94121 |
| Gerry S. Fait | Sausalito | CA | 94965 |
| Gregory Gensler | McKees Rocks | PA | 15136 |
| Hans Nielsen & Cynthia Deno | Oro Valley | AZ | 85737 |
| Harald Haerter | 3012 Berne | SWITZERLAND | 011 41  1 350 1735 |
| Harvey Collier | Ft. Lauderdale | FL | 33309 |
| Harvey Collier | Boca Raton | FL | 33434 |
| Hettie Ware & Joel Ware | Corte Madera | CA | 94925 |
| Howard J. Walsh & Eleanor A. Walsh | Saddle River | NJ | 07645 |
| International Resources Corporation | Saipan | MP | 96950 |
| J. Trabulse, Trustee | Daly City | CA | 94015 |
| Jacobus P. Hey | Palo Alto | CA | 94301-2712 |
| James Hirst | San Francisco | CA | 94109 |
| James Osella | McDonald | PA | 15057 |

Fahey Fund Investor Service List

| Name | City | State | Zip |
|---|---|---|---|
| James P. Banister & Michelle M. Banister | Davis | CA | 95616 |
| James T. Gale | San Jose | CA | 95125 |
| James Wojack IRA | Chicago | IL | 60655 |
| James Wojack Trust & James M Wojack, Trustee | Chicago | IL | 60655 |
| Janice Koga & Ronald Acac | Daly City | CA | 94014 |
| Jerome Okonski | Cocoa Beach | FL | 32931 |
| Jerry Mazza | Bridgeville | PA | 15017 |
| Joann Koga & Mark Krueger | San Francisco | CA | 94122 |
| John and Kimberly Powell | Sonoma | CA | 95476 |
| John F. Novak | Darien | CT | 6820 |
| John W. Hagan Jr. | Modesto | CA | 95356 |
| Jon P. Ledyard | Sebastopol | CA | 95473 |
| Joseph E. Barron | Celebration | FL | 43737 |
| Joseph E. Barron | Celebration | FL | 34737 |
| Julio DeLucchi | South San Francisco | CA | 94080 |
| Karen Rusiniak | Berkeley | CA | 94710 |
| Karl Hillemann | Grass Valley | CA | 95949 |
| Katherine M. Lawler | Berkeley | CA | 94707-1709 |
| Kathleen Goss | Darwin | CA | 93522 |
| Kathleen Ranz | Valpariaso | IN | 46385-5385 |
| Keith A. Frandsen | Las Vagas | NV | 89138 |
| Kevin Hawthorne | Daly City | CA | 94015 |
| Kevin McDonough | Cupertino | CA | 95014 |
| Lawrence Sanders | San Leandro | CA | 94579 |
| Louise Blunkosky | McDonald | PA | 15057 |
| Lyle Rausch, MD | Redwood City | CA | 94062 |
| Lyle Rausch, MD Pension Plan & Dr. Lyle Rausch, TTE | Redwood City | CA | 94062 |
| M. Bruce Lawler | Berkeley | CA | 94707-1709 |
| M. J. Schroeder | San Francisco | CA | 94123 |
| Mario R. Schuman | Las Vegas | NV | 89145 |
| Mario R. Schuman & Silvia P. Schuman | Las Vegas | NV | 89144 |
| Mark D. Gale | San Jose | CA | 95124 |
| Mark D. Gale, TTE & Patricia C. Gale, TTE | San Jose | CA | 95124 |
| Martin Button Cosdel | San Francisco | CA | 94105 |
| Martin Button, Rose Button Custodians | Napa | CA | 94558 |
| Martin Button, Rose Button Custodians | Napa | CA | 94558 |
| Mary Escher | Kalona | IA | 52247 |
| Mary Mendez | San Jose | CA | 95128 |
| Michael A. Chavez, Trustee | S. San Francisco | CA | 94080 |
| Michael and Sandra Lee Rostad | San Carlos | CA | 94070 |
| Michael I. Cornfield, D.P.M. | Brea | CA | 92821-3553 |
| Misti Covitz | Seattle | WA | 98116 |
| Mitra M. Walsh & Thomas P. Walsh | Las Vegas | NV | 89135 |
| Neil Ratzlaff | Oakland | CA | 94610 |
| O. R. Reddy, Trustee & O. R. REDDY, MD- A Sole Proprietorship 401(k) Profit Sharing Plan | Pleasanton | CA | 94588 |
| Paul J. Schwab | Manhattan Beach | CA | 90266 |
| Paul Jorgensen & Eileen Jorgensen | Nevada City | CA | 95959 |
| Per Madsen | San Francisco | CA | 94133 |
| Peter John Migale | Novato | CA | 94949 |
| Raymond V. Dunn, Admin. | Palo Alto | CA | 94301-2712 |
| RAYMOND V. DUNN, Trustee | Palo Alto | CA | 94301-2712 |

Fahey Fund Investor Service List

| | | | |
|---|---|---|---|
| Richard A. Negri & Gail O. Negri | Arroyo Grande | CA | 93420 |
| Richard M. Layne | Crystal Bay | NV | 89402 |
| Robert A. Walters | Palos Verdes Penninsula | CA | 90274 |
| Robert J. and Jacqueline M. Spagiare | Pittsburgh | PA | 15218 |
| Robert J. Spagiare | Pittsburgh | PA | 15218 |
| Robert J. Spagiare, Trustee | Pittsburgh | PA | 15218 |
| Robert Mora | Rough and Reddy | CA | 95975 |
| Ron D. Myers | Foster City | CA | 94404 |
| Rose Alcantara | Fairfield | CA | 94534 |
| Rose Button | Fairfield | CA | 94534 |
| Rosemary Kenner & Laurel Kenner | Santa Cruz | CA | 95060 |
| Sabrina Hawthorne | Daly City | CA | 94015 |
| SANDRA KASKY | Carmel | CA | 93923 |
| SANDRA KASKY-Button | Carmel | CA | 93923 |
| SANDRA KASKY-BUTTON & Martin E. Button | Carmel | CA | 93923 |
| Sandra Lee Rostad | San Carlos | CA | 94070 |
| Sanford Smith | Crystal Bay | NV | 89402 |
| Shan Clark | Kanab | UT | 84741 |
| Signe Vik | San Francisco | CA | 94111 |
| Silvia P. Schuman | Las Vegas | NV | 89145 |
| Silvia P. Schuman & Mario R. Schuman | Las Vegas | NV | 89144 |
| Sophia Merk | Ridgecrest | CA | 93555 |
| Trustees | Daly City | CA | 94015 |
| Stephano Maffei | Daly City | CA | 94015 |
| Stephen G. Graves | Vallejo | CA | 94591 |
| Steve Hawthorne | Daly City | CA | 94015 |
| Suzanne Gregg | San Francisco | CA | 94109 |
| Tadashi T. Koga | Daly City | CA | 94015 |
| Tadashi T. Koga TTE & Hatsuki Koga, TTE | Daly City | CA | 94015 |
| The Curtis Bok and Sharon L. Bailey-Bok Living Trust, Feb. 5, 2003 & Curtis and Sharon Bok, TTEs | Nevada City | CA | 93959 |
| Thomas P. Walsh & Mitra M. Walsh | Las Vegas | NV | 89135 |
| Thurman E. Hunt | Piedmont | CA | 94611 |
| Urbano Maffei | Daly City | CA | 94014 |
| Valentino Mandapat & Besilda Mandapat | Daly City | CA | 94014 |
| WILLIAM AND CANDACE WADE Living Trust | Columbia | TN | 38401 |
| William M. Levin | San Francisco | CA | 94123-1100 |
| Yancey O. Wade | Riverside | CA | 92506 |
| Trustees | Port Angeles | WA | 98362-2097 |
| The Magic Carpet & Paul Jorgensen | Nevada City | CA | 95959 |