UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE REPORTS TO SECURITIES AND EXCHANGE COMMISSION**<br><br>Dept: Courtroom 9, 19th Floor<br>Judge: Hon. William Alsup<br><br>Date Action Filed: September 26, 2007 |

WHEREAS, Plaintiff Securities and Exchange Commission ("Commission") filed a complaint against Defendant Alexander James Trabulse ("Trabulse") and Relief Defendants Fahey Fund, L.P., Fahey Financial Group, Inc., International Trade & Data, and ITD Trading (collectively, the "Relief Defendants"); and

WHEREAS, on October 18, 2007 the parties agreed to certain preliminary injunctive relief and filed a stipulation with this Court memorializing that agreement; and

1

STIPULATION AND ~~PROPOSED~~ ORDER RE REPORTS TO SECURITIES AND EXCHANGE COMMISSION
CASE NO. C-07-4975 WHA

432120.01

1  WHEREAS, Paragraph VI of that stipulation said: "Defendant shall provide to the
2  Commission's counsel, within fifteen (15) business days after the end of each calendar month, a
3  sworn accounting of all funds or assets transferred out of any bank or brokerage account" (the
4  "Paragraph VI Requirement"); and

5  WHEREAS, the Court signed the stipulation on October 29, 2007; and

6  WHEREAS, Defendants complied with the terms of the stipulation, including the
7  Paragraph VI Requirement; and

8  WHEREAS, the parties entered into a stipulated Judgment on April 4, 2008, which the
9  Court signed on April 7, 2008; and

10  WHEREAS, Defendants have represented that they have transferred the funds and assets
11  described in Paragraph VI of the October 18 stipulation to the control of a Court-appointed
12  Monitor and the Monitor has confirmed receipt of the transferred funds; and

13  WHEREAS, Defendants represent that they no longer have control of any asset that would
14  necessitate a Paragraph VI Report and there is thus no longer any need for a monthly Paragraph VI
15  Report; and

16  WHEREAS, the Commission, based on Defendants' representations and the Monitor's
17  accounting and report, believes that no purpose would be served by Defendants' continued
18  reporting,

19  **IT IS THEREFORE STIPULATED THAT**

20  Defendants are no longer required to provide Paragraph VI Reports to the Commission.

21  **IT IS SO STIPULATED:**

22  Dated: December 3, 2008                    KEKER & VAN NEST, LLP

By: /s/ Michael D. Celio
MICHAEL D. CELIO
Attorneys for Defendants
ALEXANDER JAMES TRABULSE, FAHEY
FUND, L.P., FAHEY FINANCIAL GROUP, INC.,
INTERNATIONAL TRADE & DATA, and ITD
TRADING

| | |
|---|---|
| Dated: December 3, 2008 | SECURITIES AND EXCHANGE COMMISSION |
| | By: <u>Concurrence obtained per General Order 45 X.B.</u><br>MARK P. FICKES<br>ERIN E. SCHNEIDER<br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION |

The Court, having considered this proposed stipulation and order, adopts as its order the provisions above.

**IT IS SO ORDERED.**

Dated: <u>December 4</u>, 2008

IT IS SO ORDERED
Judge William Alsup

_____
William H. Alsup
UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND ~~PROPOSED~~ ORDER RE REPORTS TO SECURITIES AND EXCHANGE COMMISSION
CASE NO. C-07-4975 WHA

432120.01