IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ALEXANDER J. TRABULSE,

    Defendant,

and

FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,

    Relief Defendants.
    /

No. C 07-04975 WHA

**NOTICE**

Please take notice of the attached letter from Neil Ratzlaff, one of the people claiming to be defrauded by James Trabulse, regarding proposals for the distribution of the remaining funds.

**IT IS SO ORDERED.**

Dated: March 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE