UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>　　　　Defendant.<br><br>　　and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>　　　　Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>[~~PROPOSED~~] ORDER ON THIRD INTERIM FEE APPLICATION OF (1) MONITOR, MICHAEL A. GRASSMUECK; (2) MONITOR'S COUNSEL, ALLEN MATKINS; AND (3) MONITOR'S FORENSIC ACCOUNTANTS, FINANCIAL FORENSICS, FOR INTERIM FEES AND EXPENSES FOR THE PERIOD JUNE 1, 2008 THROUGH DECEMBER 31, 2008 ; ORDER VACATING HEARING<br><br>Date:　April 16, 2009<br>Time:　2:00 p.m.<br>Place:　Courtroom 9, 19th Floor<br>　　　　450 Golden Gate Avenue<br>　　　　San Francisco, CA  94102 |

In accordance with the Order Granting Appointing Monitor And Other Ancillary Relief dated December 17, 2007 (the "Order"), Michael A. Grassmueck (the "Monitor"), the Monitor's counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), and the Monitor's forensic accountants, Financial Forensics, submitted applications seeking reimbursement for fees and costs rendered for the third interim period commencing June 1, 2008 and ending December 31, 2008 ("Third Interim Fee Applications" or "Fee Applications").  Adequate notice was provided to all parties, in accordance with the Order.

1  The Monitor sought approval of an award of $39,875.99 in fees incurred for the Third Interim Period.

Allen Matkins sought approval of an award of $54,811.97 in fees and costs incurred for the Third Interim Period.

Financial Forensics sought approval of an award of $63,669.90 in fees and costs for the Third Interim Period.

This Court, without oral argument, took the Fee Application under submission. The Court, having considered the Fee Application and any oppositions thereto, and good cause appearing therefore,

**HEREBY ORDERS:**

1. In accordance with the Order, payments shall be made from the escrow established pursuant to the Order as follows:

    a. The Monitor's request for $39,875.99 in fees incurred for the Third Interim Period is granted in full. The Monitor is authorized to pay himself this amount out of the bank account identified in the Fee Application and the Order Appointing Monitor;

    b. Allen Matkins' request for $54,811.97 in fees and costs incurred for the Third Interim Period is granted in full. The Monitor is authorized to pay Allen Matkins this amount out of the bank account identified in the Fee Application and the Order Appointing Monitor;

    c. Financial Forensics' request for $63,669.90 in fees and costs incurred for the Third Interim Period is granted in full. The Monitor is authorized to pay Financial Forensics this amount out of the bank account identified in the Fee Application and the Order Appointing Monitor.

\\\
\\\
\\\
\\\
\\\

2. The Fees and costs applied for herein in the Third Interim Fee Application are approved as final.

**IT IS SO ORDERED.**

**Dated:** April 13, 2009

_____
United States District Court Judge
WILLIAM ALSUP

The hearing scheduled for April 16, 2009, is hereby **VACATED**.

Presented by:

David R. Zaro, Esq.
Allen Matkins Leck Gamble Mallory
　& Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA  90071-3309


          /s/
_____
David R. Zaro, Attorneys for
Court Appointed Corporate Monitor
MICHAEL A. GRASSMUECK