IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 07-04975 WHA |
| Plaintiff, | |
| v. | **NOTICE** |
| ALEXANDER J. TRABULSE, | |
| Defendant, | |
| and | |
| FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, | |
| Relief Defendants. | |

The Court has received a letter from William Levin, who claims to have been an investor in the Fahey Fund, regarding the claims process. The letter does not indicate that either the Commission or the monitor were provided with a copy thereof. Counsel for the Commission and for the monitor are hereby requested to review the letter and file a response thereto by **MAY 15, 2009, AT 5:00 P.M**. Counsel should contact Deputy Clerk Dawn Toland at 415-522-2020 and make arrangements to come to court and review the letter. The letter is not being made part of the public record in order to protect Mr. Levin's personal financial information.

Dated: May 5, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE