IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>ALEXANDER J. TRABULSE,<br><br>      Defendant,<br><br>  and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>      Relief Defendants.<br>_____/ | No. C 07-04975 WHA<br><br>**ORDER REGARDING LEVIN LETTER** |

      The Court received a letter from William Levin, who claimed to have been an investor in the Fahey Fund, expressing concern that his claim would not be evaluated. The Court requested a response from counsel for the Commission and the monitor. Counsel have responded and indicated that Mr. Levin's claim will in fact be evaluated on the merits. If they have not already done so, counsel are requested to contact Mr. Levin to inform him that his claim will be evaluated on the merits.

Dated: June 1, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE