IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 07-04975 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING CLAIMANTS BUTTON AND KASKY'S REQUEST FOR RECONSIDERATION** |
| ALEXANDER J. TRABULSE, | |
| Defendant, | |
| and | |
| FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING, | |
| Relief Defendants. | |

The Court is in receipt of a letter from claimants Martin Button and Sandra Kasky requesting reconsideration of the order disallowing claims for five of their accounts. Claimants' request for reconsideration is **DENIED**. Civil Local Rule 7-9(b) provides that a party moving for reconsideration must show:

> (1) That at the time of a motion for leave [to file a motion for reconsideration], a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or
>
> (2) The emergence of new material facts or a change of law occurring after the time of such order; or
>
> (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Claimants have not shown any of the above. Rather, they merely reiterate the same arguments that were previously rejected by the monitor and adopted by the previous order.

**IT IS SO ORDERED.**

Dated: October 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2