DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>**ORDER ON MOTION TO APPROVE (I) EMPLOYMENT OF PANAMA COUNSEL AND PAYMENT OF RETAINER, (II) EMPLOYMENT OF PANAMA REAL ESTATE BROKER AND PAYMENT OF SALES COMMISSION, (III) SALE OF PANAMA PROPERTY FREE AND CLEAR, AND (IV) OTHER RELATED RELIEF**<br><br>Date: April 8, 2010<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>      United States District Court<br>      Northern District of California-<br>      San Francisco Division<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102 |

      This Court, having reviewed the Motion to Approve (I) Employment of Panama Counsel and Payment of Retainer, (II) Employment of Panama Real Estate Broker and Payment of Sales Commission, (III) Sale of Panama Property Free and Clear, and (IV) Other Related Relief, filed by the Court-appointed monitor, Michael A. Grassmueck, (the "Monitor"), and good cause appearing therefore, orders as follows:

1. The Motion is granted in its entirety.

2. The Monitor is authorized to employ Watts Law as Panamanian counsel for the estate, and is authorized to pay a retainer to Watts Law of $10,000, and to cover payment of any additional and necessary fees and costs up to the amount of $15,000. Any unused portion of the retainer shall be refundable to the estate.

3. The Monitor is authorized to employ Panamanian real estate broker Boquete Legacy Real Estate ("Broker"), and to pay the Broker commission which will be 6% of any gross sales price for the sale of the estate real property (the "Property"), identified as Lot # 15, located in the Republic of Panama ("Panama"), and related shares ("Shares") necessary to complete the sale and transfer of the Property.

4. The Monitor is authorized to close the sale of the Property and Shares (collectively, the "Assets") and take any action necessary to deliver title to the Assets to the buyer with the highest offer for the Assets.

5. The Monitor is authorized to sell the Assets on an "AS IS," "WHERE IS," and "WITH ALL FAULTS" basis, with no representations or warranties as to condition or fitness of use for any of the Assets, and expressly disclaiming all express and implied warranties with respect to the Assets, including, without limitation, the warranties of merchantability and fitness for a particular purpose. The sale of the Assets shall be free and clear of all liens, claims, and encumbrances, with such liens, claims and encumbrances attaching to the proceeds of sale.

6. The following terms and procedures for the public sale of the Assets are approved (the "Auction Sale Procedures"):

(i) **Teleconference Auction Held at Monitor's Counsel's Office and Broker Office**. The Monitor will conduct a public sale of the Assets ("Auction") by teleconference at the Monitor's counsel's office in San Francisco, California ("Monitor's Counsel's Office") and with bidders appearing at the Broker's office in Panama ("Broker Office"). Any interested overbidders in the United States and in Panama who wish to bid may participate telephonically or in person at the Auction. Monitor's Counsel's Office is located in the Federal District in which the Monitor was appointed.

(ii) **Publication of Notice of Teleconference Auction**. The Monitor will publish notice of the date, time, and, location of the auction of the Assets, in a newspaper of general circulation in the San Francisco Bay Area and in Province of Chiriqui, Panama. This notice will be published once a week for at least four weeks prior to any scheduled public sale date.

(iii) **Assets Sold to Highest Bidder at Teleconference Auction**. The Assets will be sold to the bidder making the highest or best offer at the Auction.

(iv) **Proof of Funds and Requirements Necessary for Qualified Overbidders**. In order to participate at the Auction, each bidder must present the Monitor or Broker with $5,000 cash or cash equivalent <u>at least 24 hours in advance of the Auction</u>. The high bidder at Auction will be required to make a cash deposit equal to 25% of the winning bid, to the Monitor, and will have 3 business days following the Auction to pay to the Monitor the remainder of the winning bid. The high bidder at Auction shall also execute the purchase agreement as needed to finalize the sale of the Assets to the high bidder, and the Monitor and Broker will be authorized to take whatever actions necessary to finalize the purchase agreement, and transfer title to the Assets to the high bidder.

(v) **Back-Up High Bidder May Become Winning Bidder**. If the winning bidder fails to pay the remainder of the purchase price within 3 business days following the Auction, the Monitor will be authorized to sell to the next highest bidder, who will also then have 3 business days to pay the remainder of its winning bid. If the Monitor is unable to close the sale to any bidder following the Auction, the Monitor reserves the right to reschedule a further auction date and time for the Assets, and conduct such auction pursuant to the Auction Sale Procedures.

(vi) **Overbid Minimum Increments and Minimum Sale Price**. Overbids will be accepted for all Assets sold at the Auction at increments to be determined by the Monitor and Broker at the time of Auction for the Assets. If no acceptable bid is received, the Monitor may cancel the Auction.

7. The public sale of the Assets is deemed in compliance with 28 U.S.C. §§ 2001(a), 2002, and 2004.

8. The hearing scheduled for April 8, 2010, at 8:00 a.m. is hereby vacated.

**IT IS SO ORDERED.**

Dated: April 5, 2010.



The Honorable William Alsup
United States District Judge