DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: dzaro@allenmatkins.com
       ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>[PROPOSED] ORDER ON FOURTH INTERIM FEE APPLICATION OF (1) MONITOR, MICHAEL A. GRASSMUECK; (2) MONITOR'S COUNSEL, ALLEN MATKINS; AND (3) MONITOR'S FORENSIC ACCOUNTANTS, FINANCIAL FORENSICS, FOR INTERIM FEES AND EXPENSES FOR THE PERIOD JANUARY 1, 2009 THROUGH FEBRUARY 28, 2010<br><br>Date: June 17, 2010<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

In accordance with the Order Granting Appointing Monitor And Other Ancillary Relief dated December 17, 2007 (the "Monitor Order"), Michael A. Grassmueck (the "Monitor"), the Monitor's counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), and the Monitor's forensic accountants, Financial Forensics, submitted an application seeking reimbursement for fees and costs rendered for the fourth interim period commencing January 1, 2009 and ending February 28, 2010 ("Fee Application"). Adequate notice was provided to all parties.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

859505.01/LA

[PROPOSED] ORDER GRANTING MONITOR'S
FOURTH INTERIM FEE APPLICATION

1   The Monitor sought approval of an award of $74,198.50 in fees and $893.74 in costs
2   incurred for the Fourth Interim Period.

3   Allen Matkins sought approval of an award of $78,693.50 in fees and $1,875.24 in costs
4   incurred for the Fourth Interim Period.

5   Financial Forensics sought approval of an award of $8,792 in fees and $4.95 in costs
6   incurred for the Fourth Interim Period.

7   This Court, without oral argument, took the Fee Application under submission. The Court,
8   having considered the Fee Application and any oppositions thereto, and good cause appearing
9   therefore,

10  **HEREBY ORDERS:**

11  1.   In accordance with the Monitor Order, payments shall be made from the escrow
12  established pursuant to the Monitor Order as follows:

13       a.   The Monitor's request for $78,693.50 in fees and $1,875.24 in costs
14  incurred for the Fourth Interim Period is granted in full. The Monitor is authorized to pay himself
15  this amount from the bank account identified in the Monitor Order, or such other funds as
16  available to the Monitor for payment of the fees and costs;

17       b.   Allen Matkins' request for $78,693.50 in fees and $1,875.24 in costs
18  incurred for the Fourth Interim Period is granted in full. The Monitor is authorized to pay Allen
19  Matkins this amount from the bank account identified in the Monitor Order, or such other funds as
20  available to the Monitor for payment of the fees and costs;

21       c.   Financial Forensics' request for $8,792 in fees and $4.95 in costs incurred
22  for the Fourth Interim Period is granted in full. The Monitor is authorized to pay Financial
23  Forensics this amount from the bank account identified in the Monitor Order, or such other funds
24  as available to the Monitor for payment of the fees and costs.

25  \\\
26  \\\
27  \\\
28  \\\

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

859505.01/LA

~~PROPOSED~~ ORDER GRANTING MONITOR'S
FOURTH INTERIM FEE APPLICATION

2. The fees and costs applied for in the Fee Application are approved as final.

**IT IS SO ORDERED.**

Dated: _____May 12, 2010_____

*[Signature: Judge William Alsup — IT IS SO ORDERED]*

Presented by:

David R. Zaro, Esq.
Allen Matkins Leck Gamble Mallory
    & Natsis LLP
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071-3309

    /s/ David R. Zaro, Esq.
David R. Zaro, Attorneys for
Court Appointed Corporate Monitor
MICHAEL A. GRASSMUECK