United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER J. TRABULSE,<br><br>    Defendant,<br><br>  and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>    Relief Defendants.<br>_____/ | No. C 07-04975 WHA<br><br>**REQUEST FOR CLARIFICATION** |

      The Court is in receipt of a stipulation to amend allowance of the claim of Paul and Eileen Jorgensen. Paragraph H of the recitals states the increase in the allowed amount of the claim will be $155,939.98. Paragraph three of the agreement also references this amount. Paragraph G of the recitals states that the monitor agrees to amend and increase the total allowed amount of the Jorgensen's claim from $153,744 to $315,683.99. Based on the numbers provided, an increase in $155,939.98 of the allowed amount of the claim yields $309,683.98 as a total allowed amount of

the claim, not $315,683.99.  Counsel shall provide an explanation for this discrepancy by **NOON ON OCTOBER 24, 2011**.

    **IT IS SO ORDERED.**

Dated: October 19, 2011.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE