1 DAVID R. ZARO (BAR NO. 124334)
YALE K. KIM (BAR NO. 188895)
2 ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
3 515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
4 Phone: (213) 622-5555
Fax: (213) 620-8816
5 Email: dzaro@allenmatkins.com
 ykim@allenmatkins.com

Attorneys for Michael A. Grassmueck, Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER JAMES TRABULSE,<br><br>Defendant.<br><br>and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>Relief Defendants. | Case No. C 07-4975 (WHA)<br><br>ORDER APPROVING AMENDED STIPULATION REGARDING AMENDING ALLOWANCE OF CLAIM OF PAUL AND EILEEN JORGENSEN |

This Order approves the Amended Stipulation Regarding Amending Allowance of Claim of Paul and Eileen Jorgensen, which was entered into by and between Michael A. Grassmueck, the Court appointed monitor in this action, and the claimants Paul and Eileen Jorgensen, and which was filed with the Court on November 8, 2011, as ECF Docket # 166. The Court will retain jurisdiction for one year.

DATED: November 12, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

908732.02/LA

-2-

ORDER APPROVING
AMENDED STIPULATION