IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ALEXANDER J. TRABULSE,

Defendant,

and

FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,

Relief Defendants.

No. C 07-04975 WHA

**ORDER RE MOTION FOR ORDER CLOSING CASE AND DISCHARGING THE MONITOR EFFECTIVE UPON COMPLETION OF THE FINAL CLOSING TASKS AND FOR OTHER RELATED RELIEF**

The Court has received the motion for order closing case and discharging the monitor filed by the monitor, Michael A. Grassmueck (Dkt. No. 168). The Commission has filed a statement of non-opposition. No other responses have been received.

The motion states that the monitor was working to conclude the unresolved claims of Mr. and Mrs. Jorgensen, "and other smaller claims that were the subject of the appeals from the claims objection process." The monitor avers that the claims of the Jorgensens have been resolved. The monitor should clarify whether all remaining claims have been resolved, including the "smaller claims" referenced above.

**IT IS SO ORDERED.**

Dated: September 17, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE