IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ALEXANDER J. TRABULSE,

Defendant,

and

FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,

Relief Defendants.

No. C 07-04975 WHA

**ORDER RE COMPLETION OF THE FINAL CLOSING TASKS**

Upon motion of the monitor, Michael A. Grassmueck, the Court entered an order discharging the monitor effective upon completion of the final closing tasks (Dkt. No. 176). Pursuant to that order, the monitor was required to complete certain tasks and to file a declaration confirming completion of those tasks and attaching the final accounting. Many months have passed since entry of that order and no declaration has been received from the monitor. Accordingly, the monitor is hereby ordered to file a status update regarding the status of the tasks listed in the order and providing a timeline for completion of any outstanding tasks, due by **AUGUST 16**.

**IT IS SO ORDERED.**

Dated: August 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE