IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER J. TRABULSE,<br><br>　　　　Defendant,<br><br>　and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>　　　　Relief Defendants. | No. C 07-04975 WHA<br><br>**NOTICE TO SEC RE MONITOR'S REQUEST TO CLOSE CASE AND DISCHARGE THE MONITOR** |

In August 2012, the monitor, Michael A. Grassmueck, filed a motion requesting an order discharging the monitor and closing the case effective upon completion of the final closing tasks (Dkt. No. 168). The SEC filed a notice of non-opposition to the motion, following which the Court entered an order requiring the monitor to complete certain tasks and to file a declaration confirming completion of those tasks. The monitor has now filed a declaration stating that he has completed the final closing tasks identified in the Court's prior order and requesting that he be discharged.

The Court is inclined to grant the monitor's request for discharge and to close the case. The

1  SEC is hereby requested to file a response to the monitor's request, due by **NOON ON AUGUST 22**.

3     **IT IS SO ORDERED.**

5  Dated:  August 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE