IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER J. TRABULSE,<br><br>  Defendant<br><br>  and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>  Relief Defendants.<br>_____/ | No. C 07-04975 WHA<br><br>**SECOND NOTICE TO SEC RE MONITOR'S REQUEST TO CLOSE CASE** |

At the Court's request, the SEC filed a response to the monitor's request for (1) discharge and (2) to close the case. The SEC's response, however, simply states that "[t]he Commission does not oppose the monitor's request to be discharged from this case," with no mention of the monitor's request to close the case (Dkt. No. 181). By **NOON ON AUGUST 26**, the SEC is hereby requested to file a response regarding whether this case may be closed, or if there is anything remaining that must be done.

**IT IS SO ORDERED.**

Dated: August 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE