IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>  v.<br><br>ALEXANDER J. TRABULSE,<br><br>            Defendant,<br><br>  and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>            Relief Defendants.<br>                                                                        / | No. C 07-04975 WHA<br><br><br>**ORDER RE NOTICE TO DEFENDANT CONCERNING CLOSING CASE AND DISCHARGING THE MONITOR** |

Upon motion of the monitor, Michael A. Grassmueck, the Court entered an order discharging the monitor effective upon completion of the final closing tasks (Dkt. No. 176). The monitor has filed a declaration stating that he has completed the final closing tasks identified in the Court's prior order and requesting that he be discharged (Dkt. No. 179). The SEC has stated that it does not oppose the monitor's requests to be discharged and to close this matter (Dkt. No. 178). However, it is unclear whether defendant and relief defendants have been given notice of the monitor's requests to be discharged and to close the case.

Accordingly, the monitor is hereby ordered to provide such notice to defendant and relief

defendants. In addition, the monitor shall file a status update regarding how and when defendants received the notice, as well any responses from defendants concerning this notice. The monitor's status update is due by **NOON ON SEPTEMBER 9.**

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE