IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXANDER J. TRABULSE,<br><br>　　　　Defendant,<br><br>　and<br><br>FAHEY FUND, L.P., FAHEY FINANCIAL GROUP, INC., INTERNATIONAL TRADE & DATA, and ITD TRADING,<br><br>　　　　Relief Defendants.<br>　／ | No. C 07-04975 WHA<br><br>**ORDER CLOSING THE CASE AND DISCHARGING THE MONITOR** |

　　　As discussed in the prior order (Dkt. No. 184), the monitor Michael A. Grassmueck has completed the final closing tasks. Counsel for the monitor has submitted a declaration stating that the monitor has provided notice to defendant and relief defendants of his requests to be discharged and to close this matter (Dkt. No. 185). No response has been received from defendants or relief defendants. In addition, the SEC does not oppose the monitor's requests (Dkt. No. 178).

　　　Accordingly, the monitor is **HEREBY DISCHARGED** of all duties under the order appointing the monitor, dated December 17, 2007, and the subsequent amendments thereto. Pursuant to the discharge, the monitor is released from any and all claims and liabilities associated with the

1  monitorship, the entities covered by the order appointing the monitor, and the defendants named in
2  this action.
3      **THE CLERK SHALL CLOSE THE FILE**.

5      **IT IS SO ORDERED.**

7  Dated:  September 9, 2013.

   _____
   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE